**Exxon Mobile Corporation (XOM)**  **Yoshikawa, Mendi**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 2/20/2020 | 820 | $60.0000 |
| Purchase | 12/10/2020 | 16 | $44.0404 |

# EXHIBIT B