UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated,  )<br><br>*Plaintiff*,<br><br>v.<br><br>EXXON MOBIL CORPORATION, DARREN W. WOODS, ANDREW P. SWIGER, and DAVID S. ROSENTHAL,<br><br>*Defendants*. | Civil Action No. 3:21-cv-00194-N |

## DEFENDANTS' UNOPPOSED MOTION
## FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

In accordance with Local Rule 83.10(a), Defendants Exxon Mobil Corporation, Darren W. Woods, Andrew P. Swiger, and David S. Rosenthal (collectively, "Defendants") respectfully request leave to proceed without local counsel. Local Rule 83.10(a) requires that attorneys who are not residents in the district associate with local counsel who either resides or maintains her principal office within this district and within 50 miles of the courthouse.

Michelle Davis currently resides within the Northern District, Fort Worth Division, in Granbury, Texas, and approximately 60 miles from the courthouse. Defendants respectfully submit that Ms. Davis's current residence is sufficiently close to the courthouse to allow her to be readily available for court appearances or as otherwise required by the Court.

Accordingly, Defendants seek leave to litigate this matter with Ms. Davis and avoid the additional expense of engaging local counsel within the Dallas Division.

Dated: March 22, 2021

Respectfully submitted,

*/s/ Noelle M. Reed*
Noelle M. Reed
Texas Bar No. 24044211
noelle.reed@skadden.com
Kenneth P. Held
Texas Bar No. 24030333
kenneth.held@skadden.com
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1000 Louisiana St., Suite 6800
Houston, Texas 77002
Phone: (713) 655-5122
Fax:    (713) 483-9122

Of Counsel:

Michelle L. Davis
Texas Bar No. 24038854
michelle.davis@skadden.com
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
308 Bahama Court
Granbury, Texas 76048
Phone: (713) 655-5197
Fax:    (713) 483-9197

*Attorneys for Defendants Exxon Mobil
Corporation, Darren W. Woods
Andrew P. Swiger, and David S. Rosenthal*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for the plaintiff on March 19, 2021 regarding this Motion. Counsel for the plaintiff does not oppose the relief requested.

*/s/ Kenneth P. Held*
Kenneth P. Held

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court, which will send notification of such submission to the counsel who have registered with the Court.

*/s/ Noelle M. Reed*
Noelle M. Reed