# EXHIBIT 3

**Exxon Mobil Corporation Loss Chart**
**Class Period: February 28, 2019 through January 14, 2021**

Lookback Price: 53.3012

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Llano, Mark | 11/13/2019 | 1000 | ($68.68) | ($68,680.00) | 11/15/2019 | 1000 | $69.23 | $69,230.00 | | | |
| | 11/13/2019 | 1000 | ($68.96) | ($68,960.00) | 11/15/2019 | 1000 | $69.23 | $69,230.00 | | | |
| | 11/14/2019 | 62 | ($68.51) | ($4,247.62) | 11/15/2019 | 62 | $69.22 | $4,291.64 | | | |
| | 11/14/2019 | 100 | ($68.47) | ($6,847.00) | 11/15/2019 | 100 | $69.23 | $6,923.00 | | | |
| | 11/14/2019 | 855 | ($68.47) | ($58,541.85) | 11/15/2019 | 855 | $69.23 | $59,191.65 | | | |
| | 11/14/2019 | 38 | ($68.47) | ($2,601.86) | 11/15/2019 | 38 | $69.22 | $2,630.36 | | | |
| | 11/14/2019 | 7 | ($68.47) | ($479.29) | 11/15/2019 | 7 | $69.22 | $484.54 | | | |
| | 11/14/2019 | 938 | ($68.51) | ($64,262.38) | 11/15/2019 | 938 | $69.22 | $64,928.36 | | | |
| | 11/18/2019 | 100 | ($68.55) | ($6,855.00) | 11/21/2019 | 100 | $69.18 | $6,918.00 | | | |
| | 11/18/2019 | 1600 | ($68.57) | ($109,712.00) | 11/21/2019 | 1600 | $69.18 | $110,688.00 | | | |
| | 11/18/2019 | 81 | ($68.57) | ($5,554.17) | 11/21/2019 | 81 | $69.18 | $5,603.58 | | | |
| | 11/18/2019 | 219 | ($68.56) | ($15,014.64) | 11/21/2019 | 219 | $69.18 | $15,150.42 | | | |
| | 11/19/2019 | 1000 | ($68.37) | ($68,370.00) | 11/21/2019 | 1000 | $69.18 | $69,180.00 | | | |
| | 11/20/2019 | 779 | ($67.56) | ($52,629.24) | 11/21/2019 | 779 | $69.18 | $53,891.22 | | | |
| | 11/20/2019 | 1000 | ($68.32) | ($68,320.00) | 11/21/2019 | 1000 | $69.18 | $69,180.00 | | | |
| | 11/20/2019 | 100 | ($67.57) | ($6,757.00) | 11/21/2019 | 100 | $69.18 | $6,918.00 | | | |
| | 11/20/2019 | 121 | ($67.56) | ($8,174.76) | 11/21/2019 | 121 | $69.18 | $8,370.78 | | | |
| | 11/27/2019 | 2000 | ($68.50) | ($137,000.00) | 12/6/2019 | 2000 | $69.15 | $138,300.00 | | | |
| | 11/29/2019 | 100 | ($68.11) | ($6,811.00) | 12/6/2019 | 100 | $69.15 | $6,915.00 | | | |
| | 11/29/2019 | 400 | ($68.12) | ($27,248.00) | 12/6/2019 | 400 | $69.15 | $27,660.00 | | | |
| | 11/29/2019 | 500 | ($68.12) | ($34,060.00) | 12/6/2019 | 500 | $69.15 | $34,575.00 | | | |
| | 12/2/2019 | 1000 | ($68.65) | ($68,650.00) | 12/6/2019 | 1000 | $69.15 | $69,150.00 | | | |
| | 12/2/2019 | 1000 | ($68.66) | ($68,660.00) | 12/6/2019 | 1000 | $69.15 | $69,150.00 | | | |
| | 12/2/2019 | 1000 | ($68.70) | ($68,700.00) | 12/6/2019 | 1000 | $69.15 | $69,150.00 | | | |
| | 12/2/2019 | 1000 | ($68.65) | ($68,650.00) | 12/6/2019 | 1000 | $69.15 | $69,150.00 | | | |
| | 12/2/2019 | 1000 | ($68.70) | ($68,700.00) | 12/6/2019 | 1000 | $69.15 | $69,150.00 | | | |
| | 12/3/2019 | 1000 | ($67.60) | ($67,600.00) | 12/6/2019 | 1000 | $69.15 | $69,150.00 | | | |
| | 12/3/2019 | 1000 | ($67.79) | ($67,790.00) | 12/6/2019 | 1000 | $69.15 | $69,150.00 | | | |
| | 12/3/2019 | 1000 | ($67.59) | ($67,590.00) | 12/6/2019 | 1000 | $69.15 | $69,150.00 | | | |
| | 12/3/2019 | 1000 | ($67.98) | ($67,980.00) | 12/6/2019 | 1000 | $69.15 | $69,150.00 | | | |
| | 12/3/2019 | 1000 | ($67.68) | ($67,680.00) | 12/6/2019 | 1000 | $69.15 | $69,150.00 | | | |
| | 12/3/2019 | 1000 | ($67.97) | ($67,970.00) | 12/6/2019 | 1000 | $69.15 | $69,150.00 | | | |
| | 12/5/2019 | 1000 | ($68.35) | ($68,350.00) | 12/6/2019 | 1000 | $69.15 | $69,150.00 | | | |
| | 12/5/2019 | 1000 | ($68.69) | ($68,690.00) | 12/6/2019 | 1000 | $69.15 | $69,150.00 | | | |
| | 1/6/2020 | 119 | ($71.00) | ($8,449.00) | 3/19/2020 | 119 | $33.06 | $3,934.14 | | | |
| | 1/6/2020 | 100 | ($71.00) | ($7,100.00) | 3/19/2020 | 100 | $33.07 | $3,307.00 | | | |
| | 1/6/2020 | 1200 | ($70.99) | ($85,188.00) | 3/19/2020 | 1200 | $33.08 | $39,696.00 | | | |
| | 1/6/2020 | 400 | ($71.00) | ($28,400.00) | 3/19/2020 | 400 | $33.07 | $13,228.00 | | | |
| | 1/6/2020 | 216 | ($70.99) | ($15,333.84) | 3/19/2020 | 216 | $33.08 | $7,145.28 | | | |
| | 1/6/2020 | 99 | ($71.00) | ($7,029.00) | 3/19/2020 | 99 | $33.08 | $3,274.92 | | | |
| | 1/6/2020 | 81 | ($71.00) | ($5,751.00) | 3/19/2020 | 81 | $33.05 | $2,677.05 | | | |
| | 1/6/2020 | 3 | ($70.99) | ($212.97) | 3/19/2020 | 3 | $33.05 | $99.15 | | | |
| | 1/6/2020 | 81 | ($71.00) | ($5,751.00) | 3/19/2020 | 81 | $33.06 | $2,677.86 | | | |
| | 1/6/2020 | 3800 | ($71.00) | ($269,800.00) | 3/19/2020 | 3800 | $33.06 | $125,628.00 | | | |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| 1/6/2020 | 3901 | ($71.00) | ($276,971.00) | 3/19/2020 | 3901 | $33.05 | $128,928.05 |
| 1/7/2020 | 1000 | ($70.05) | ($70,050.00) | 3/19/2020 | 1000 | $33.05 | $33,050.00 |
| 1/7/2020 | 1000 | ($69.65) | ($69,650.00) | 3/19/2020 | 1000 | $33.05 | $33,050.00 |
| 1/7/2020 | 100 | ($70.05) | ($7,005.00) | 3/19/2020 | 100 | $33.05 | $3,305.00 |
| 1/7/2020 | 1000 | ($69.84) | ($69,840.00) | 3/19/2020 | 1000 | $33.05 | $33,050.00 |
| 1/7/2020 | 600 | ($70.05) | ($42,030.00) | 3/19/2020 | 600 | $33.05 | $19,830.00 |
| 1/7/2020 | 300 | ($70.05) | ($21,015.00) | 3/19/2020 | 300 | $33.05 | $9,915.00 |
| 1/7/2020 | 1000 | ($70.14) | ($70,140.00) | 3/19/2020 | 1000 | $33.05 | $33,050.00 |
| 1/7/2020 | 1000 | ($70.29) | ($70,290.00) | 3/19/2020 | 1000 | $33.05 | $33,050.00 |
| 1/7/2020 | 250 | ($69.59) | ($17,397.50) | 3/19/2020 | 250 | $33.05 | $8,262.50 |
| 1/7/2020 | 750 | ($69.59) | ($52,192.50) | 3/19/2020 | 750 | $33.05 | $24,787.50 |
| 1/7/2020 | 1000 | ($69.94) | ($69,940.00) | 3/19/2020 | 1000 | $33.05 | $33,050.00 |
| 1/8/2020 | 2000 | ($70.04) | ($140,080.00) | 3/19/2020 | 2000 | $33.05 | $66,100.00 |
| 1/8/2020 | 1000 | ($69.33) | ($69,330.00) | 3/19/2020 | 1000 | $33.05 | $33,050.00 |
| 1/9/2020 | 1000 | ($69.09) | ($69,090.00) | 3/19/2020 | 1000 | $33.05 | $33,050.00 |
| 1/9/2020 | 1201 | ($69.11) | ($83,001.11) | 3/19/2020 | 1201 | $33.05 | $39,693.05 |
| 1/9/2020 | 99 | ($69.11) | ($6,841.89) | 3/19/2020 | 99 | $33.05 | $3,271.95 |
| 1/9/2020 | 187 | ($68.69) | ($12,845.03) | 3/19/2020 | 187 | $33.05 | $6,180.35 |
| 1/9/2020 | 700 | ($69.11) | ($48,377.00) | 3/19/2020 | 700 | $33.05 | $23,135.00 |
| 1/9/2020 | 813 | ($68.69) | ($55,844.97) | 3/19/2020 | 813 | $33.05 | $26,869.65 |
| 1/10/2020 | 100 | ($69.40) | ($6,940.00) | 3/19/2020 | 100 | $33.08 | $3,308.00 |
| 1/10/2020 | 40 | ($69.40) | ($2,776.00) | 3/19/2020 | 40 | $33.08 | $1,323.20 |
| 1/10/2020 | 1000 | ($69.42) | ($69,420.00) | 3/19/2020 | 1000 | $33.08 | $33,080.00 |
| 1/10/2020 | 100 | ($69.40) | ($6,940.00) | 3/19/2020 | 100 | $33.09 | $3,309.00 |
| 1/10/2020 | 760 | ($69.40) | ($52,744.00) | 3/19/2020 | 760 | $33.08 | $25,140.80 |
| 1/10/2020 | 1000 | ($69.39) | ($69,390.00) | 3/19/2020 | 1000 | $33.08 | $33,080.00 |
| 1/10/2020 | 1000 | ($69.39) | ($69,390.00) | 3/19/2020 | 1000 | $33.08 | $33,080.00 |
| 1/10/2020 | 1000 | ($69.42) | ($69,420.00) | 3/19/2020 | 1000 | $33.08 | $33,080.00 |
| 1/16/2020 | 1000 | ($69.20) | ($69,200.00) | 3/19/2020 | 1000 | $33.07 | $33,070.00 |
| 1/16/2020 | 600 | ($69.21) | ($41,526.00) | 3/19/2020 | 600 | $33.07 | $19,842.00 |
| 1/16/2020 | 1000 | ($69.19) | ($69,190.00) | 3/19/2020 | 1000 | $33.07 | $33,070.00 |
| 1/16/2020 | 1000 | ($69.19) | ($69,190.00) | 3/19/2020 | 1000 | $33.07 | $33,070.00 |
| 1/16/2020 | 1000 | ($69.20) | ($69,200.00) | 3/19/2020 | 1000 | $33.07 | $33,070.00 |
| 1/16/2020 | 1000 | ($69.22) | ($69,220.00) | 3/19/2020 | 1000 | $33.07 | $33,070.00 |
| 1/16/2020 | 160 | ($69.21) | ($11,073.60) | 3/19/2020 | 160 | $33.08 | $5,292.80 |
| 1/16/2020 | 240 | ($69.21) | ($16,610.40) | 3/19/2020 | 240 | $33.07 | $7,936.80 |
| 1/17/2020 | 14 | ($68.64) | ($960.96) | 3/19/2020 | 14 | $33.07 | $462.98 |
| 1/17/2020 | 400 | ($68.64) | ($27,456.00) | 3/19/2020 | 400 | $33.07 | $13,228.00 |
| 1/17/2020 | 100 | ($68.64) | ($6,864.00) | 3/19/2020 | 100 | $33.07 | $3,307.00 |
| 1/17/2020 | 200 | ($68.64) | ($13,728.00) | 3/19/2020 | 200 | $33.07 | $6,614.00 |
| 1/17/2020 | 86 | ($68.64) | ($5,903.04) | 3/19/2020 | 86 | $33.07 | $2,844.02 |
| 1/17/2020 | 200 | ($68.64) | ($13,728.00) | 3/19/2020 | 200 | $33.07 | $6,614.00 |
| 1/21/2020 | 1000 | ($68.33) | ($68,330.00) | 3/19/2020 | 1000 | $33.07 | $33,070.00 |
| 1/21/2020 | 1000 | ($67.96) | ($67,960.00) | 3/19/2020 | 1000 | $33.07 | $33,070.00 |
| 1/21/2020 | 1000 | ($68.17) | ($68,170.00) | 3/19/2020 | 1000 | $33.07 | $33,070.00 |
| 1/22/2020 | 1000 | ($67.40) | ($67,400.00) | 3/19/2020 | 1000 | $33.07 | $33,070.00 |
| 1/22/2020 | 300 | ($67.41) | ($20,223.00) | 3/19/2020 | 300 | $33.07 | $9,921.00 |
| 1/22/2020 | 103 | ($67.41) | ($6,943.23) | 3/19/2020 | 103 | $33.07 | $3,406.21 |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/22/2020 | 12 | ($67.40) | ($808.80) | 3/19/2020 | 12 | $33.07 | $396.84 | | | |
| 1/22/2020 | 55 | ($67.41) | ($3,707.55) | 3/19/2020 | 55 | $33.07 | $1,818.85 | | | |
| 1/22/2020 | 126 | ($67.41) | ($8,493.66) | 3/19/2020 | 126 | $33.07 | $4,166.82 | | | |
| 1/22/2020 | 1000 | ($67.45) | ($67,450.00) | 3/19/2020 | 1000 | $33.07 | $33,070.00 | | | |
| 1/22/2020 | 100 | ($67.41) | ($6,741.00) | 3/19/2020 | 100 | $33.07 | $3,307.00 | | | |
| 1/22/2020 | 1000 | ($67.54) | ($67,540.00) | 3/19/2020 | 1000 | $33.07 | $33,070.00 | | | |
| 1/22/2020 | 304 | ($67.41) | ($20,492.64) | 3/19/2020 | 304 | $33.07 | $10,053.28 | | | |
| 1/23/2020 | 1000 | ($66.36) | ($66,360.00) | 3/19/2020 | 1000 | $33.07 | $33,070.00 | | | |
| 1/23/2020 | 1000 | ($66.54) | ($66,540.00) | 3/19/2020 | 1000 | $33.07 | $33,070.00 | | | |
| 1/23/2020 | 1000 | ($66.60) | ($66,600.00) | 3/19/2020 | 1000 | $33.07 | $33,070.00 | | | |
| 1/24/2020 | 1000 | ($66.12) | ($66,120.00) | 3/19/2020 | 1000 | $33.07 | $33,070.00 | | | |
| 1/27/2020 | 1000 | ($64.86) | ($64,860.00) | 3/19/2020 | 1000 | $33.07 | $33,070.00 | | | |
| 2/10/2020 | 1000 | ($68.34) | ($68,340.00) | 3/19/2020 | 1000 | $33.07 | $33,070.00 | | | |
| 2/10/2020 | 1000 | ($67.95) | ($67,950.00) | 3/9/2020 | 1000 | $43.46 | $43,460.00 | | | |
| 2/21/2020 | 1000 | ($58.96) | ($58,960.00) | 3/9/2020 | 1000 | $43.46 | $43,460.00 | | | |
| 2/21/2020 | 1000 | ($58.95) | ($58,950.00) | 3/9/2020 | 1000 | $43.46 | $43,460.00 | | | |
| 2/24/2020 | 1000 | ($57.47) | ($57,470.00) | 3/9/2020 | 1000 | $43.46 | $43,460.00 | | | |
| 2/24/2020 | 1000 | ($57.27) | ($57,270.00) | 3/9/2020 | 1000 | $43.46 | $43,460.00 | | | |
| 2/24/2020 | 1000 | ($57.49) | ($57,490.00) | 3/9/2020 | 1000 | $43.46 | $43,460.00 | | | |
| 2/24/2020 | 1000 | ($56.92) | ($56,920.00) | 3/9/2020 | 1000 | $43.46 | $43,460.00 | | | |
| 2/25/2020 | 1000 | ($55.81) | ($55,810.00) | 3/9/2020 | 1000 | $43.46 | $43,460.00 | | | |
| 2/27/2020 | 255 | ($52.16) | ($13,300.80) | 3/9/2020 | 255 | $43.46 | $11,082.30 | | | |
| 2/27/2020 | 745 | ($52.16) | ($38,859.20) | 3/9/2020 | 745 | $43.46 | $32,377.70 | | | |
| 3/3/2020 | 455 | ($51.38) | ($23,377.90) | 3/9/2020 | 455 | $43.50 | $19,792.50 | | | |
| 3/3/2020 | 200 | ($51.38) | ($10,276.00) | 3/9/2020 | 200 | $43.50 | $8,700.00 | | | |
| 3/3/2020 | 312 | ($51.38) | ($16,030.56) | 3/9/2020 | 312 | $43.46 | $13,559.52 | | | |
| 3/3/2020 | 33 | ($51.38) | ($1,695.54) | 3/9/2020 | 33 | $43.47 | $1,434.51 | | | |
| 8/20/2020 | 100 | ($41.50) | ($4,150.00) | 8/24/2020 | 100 | $42.19 | $4,219.00 | | | |
| 8/20/2020 | 1000 | ($41.73) | ($41,730.00) | 8/24/2020 | 1000 | $42.19 | $42,190.00 | | | |
| 8/20/2020 | 1900 | ($41.50) | ($78,850.00) | 8/24/2020 | 1900 | $42.19 | $80,161.00 | | | |
| | 88,000 | | ($5,866,121.50) | | 88,000 | | $3,943,554.13 | 0 | $0.00 | ($1,922,567.37) |