UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 3:21-cv-00194-N |
| Plaintiff, | |
| v. | |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, ANDREW P. SWIGER, and DAVID S. ROSENTHAL, | |
| Defendants. | |
| MARTIN J. BENTLER, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 3:21-cv-00335-X |
| Plaintiff, | |
| v. | |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, ANDREW P. SWIGER, DAVID S. ROSENTHAL, NEIL A. CHAPMAN, JACK P. WILLIAMS, LIAM M. MALLON, NEIL A. HANSEN, and JEFFREY J. WOODBURY, | |
| Defendants. | |

DECLARATION OF WILLIE C. BRISCOE, ESQ.
IN SUPPORT OF MOTION OF STEVEN J. RANDO FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD
COUNSEL

I, Willie C. Briscoe, Esq., hereby declare as follows:

1. I am a Partner with The Briscoe Law Firm, PLLC ("BLF"), counsel on behalf of Steven J. Rando ("Rando"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Rando's motion for appointment as Lead Plaintiff for the Class and approval of Rando's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel and BLF as Liaison Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A: Loss chart of Rando;

Exhibit B: Press release published over *PRNewswire* on January 28, 2021, announcing the pendency of the first-filed of the above-captioned actions;

Exhibit C: Shareholder Certification executed by Rando;

Exhibit D: Declaration executed by Rando;

Exhibit E: Firm resume of Pomerantz; and

Exhibit F: Firm resume of BLF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 29, 2021, at Dallas, Texas.

/s/ Willie C. Briscoe
Willie C. Briscoe

1

## **CERTIFICATE OF SERVICE**

This is to certify that on March 29, 2021, I have filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing:

*/s/ Willie C. Briscoe*
Willie C. Briscoe