**Exxon Mobil Corporation (XOM)**
**Class Period: February 28, 2018 to January 14, 2021**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PreClass | 3,000 | | | | |
| Rando, Steven J. | 1/15/2020 | 2,176 | $68.9300 | ($149,992) | 11/30/2020 | (14,511) | $38.5700 | $559,689 | | |
| Rando, Steven J. | 1/29/2020 | 1,550 | $64.5500 | ($100,053) | | | | | | |
| Rando, Steven J. | 2/6/2020 | 802 | $62.2400 | ($49,916) | | | | | | |
| Rando, Steven J. | 2/20/2020 | 333 | $59.8600 | ($19,933) | | | | | | |
| Rando, Steven J. | 2/24/2020 | 1,500 | $56.7300 | ($85,095) | | | | | | |
| Rando, Steven J. | 3/5/2020 | 2,524 | $49.9600 | ($126,099) | | | | | | |
| Rando, Steven J. | 6/26/2020 | 458 | $43.7000 | ($20,015) | | | | | | |
| Rando, Steven J. | 7/10/2020 | 1,668 | $42.0100 | ($70,073) | | | | | | |
| Rando, Steven J. | 9/11/2020 | 500 | $36.9900 | ($18,495) | | | | | | |
| **Rando, Steven J.** | | **11,511** | | **($639,670)** | | **(14,511)** | | **$559,689** | **11,511** | **($195,691)** |