UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> EXXON MOBIL CORP., DARREN W. WOODS, ANDREW P. SWIGER, and DAVID S. ROSENTHAL, <br><br> Defendants. | Case No. 3:21-cv-194-N <br><br> CLASS ACTION |
| MARTIN J. BENTLER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> EXXON MOBIL CORPORATION, DARREN W. WOODS, ANDREW P. SWIGER, DAVID S. ROSENTHAL, NEIL A. CHAPMAN, JACK P. WILLIAMS, LIAM M. MALLON, NEIL A. HANSEN, and JEFFREY J. WOODBURY, <br><br> Defendants. | Case No. 3:21-cv-335-X <br><br> CLASS ACTION |

**APPENDIX OF EXHIBITS IN SUPPORT OF THE MOTION OF RHODE ISLAND AND AMALGAMATED BANK FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF THEIR SELECTION OF COUNSEL**

| Exhibit | Description | Appendix Pages |
|---|---|---|
| A | Declaration of Lewis T. LeClair in Support of the Motion of Rhode Island and Amalgamated Bank for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Their Selection of Counsel. | App-01 – App-04 |
| B | Certifications of the State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island ("Rhode Island") and Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index VEBA Fund, LongView LargeCap 500 Index Fund, LongView Large Cap 1000 Index Value Fund, and LongView Broad Market 3000 Index Fund (collectively, "Amalgamated Bank"). | App-05 – App-15 |
| C | Charts of transactions and losses of Rhode Island and Amalgamated Bank. | App-16 – App-24 |
| D | Joint Declaration of Amy Crane and Deborah Silodor in Support of the Motion of Rhode Island and Amalgamated Bank for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Their Selection of Counsel. | App-25 – App-33 |
| E | Notice of pendency of *Yoshikawa v. Exxon Mobil Corporation*, No. 3:21-cv-00194-N (N.D. Tex.), published on January 28, 2021 via *PR Newswire*. | App-34 – App-36 |
| F | Notice of pendency of *Bentler v. Exxon Mobile Corporation*, No. 3:21-cv-00335-X (N.D. Tex.), published on February 17, 2021 via *PR Newswire*. | App-37 – App-40 |
| G | Firm Résumé of Bernstein Litowitz Berger & Grossmann LLP. | App-41 – App-103 |
| H | Firm Résumé of Grant & Eisenhofer P.A. | App-104 – App-162 |

Dated: March 29, 2021

Respectfully submitted,

**McKOOL SMITH PC**

*/s/ Lewis T. LeClair*
Lewis T. LeClair
Texas Bar No. 12072500
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Tel:    (214) 978-4000
Fax:    (214) 978-4044
lleclair@mckoolsmith.com

*Proposed Liaison Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**

Hannah Ross
Avi Josefson
Scott R. Foglietta
1251 Avenue of the Americas
New York, NY 10020
Tel:    (212) 554-1400
Fax:    (212) 554-1444
hannah@blbglaw.com
avi@blbglaw.com
scott.foglietta@blbglaw.com

*Counsel for Proposed Lead Plaintiff Rhode Island and Proposed Lead Counsel for the Class*

**GRANT & EISENHOFER P.A.**

Daniel L. Berger
Barbara Hart
Jonathan D. Park
Rachel A. Berger
485 Lexington Avenue
New York, NY 10017
Tel:    (646) 722-8500
Fax:    (646) 722-8501
dberger@gelaw.com
bhart@gelaw.com
jpark@gelaw.com
rberger@gelaw.com

*Counsel for Proposed Lead Plaintiff Amalgamated Bank and Proposed Lead Counsel for the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 29, 2021, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Lewis T. LeClair*
Lewis T. LeClair
