# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>    v.<br><br>EXXON MOBIL CORP., DARREN W. WOODS, ANDREW P. SWIGER, and DAVID S. ROSENTHAL,<br><br>Defendants. | Case No. 3:21-cv-194-N<br><br><br>CLASS ACTION |
| MARTIN J. BENTLER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>    v.<br><br>EXXON MOBIL CORPORATION, DARREN W. WOODS, ANDREW P. SWIGER, DAVID S. ROSENTHAL, NEIL A. CHAPMAN, JACK P. WILLIAMS, LIAM M. MALLON, NEIL A. HANSEN, and JEFFREY J. WOODBURY,<br><br>Defendants. | Case No. 3:21-cv-335-X<br><br><br>CLASS ACTION |

**DECLARATION OF LEWIS T. LECLAIR IN SUPPORT OF THE MOTION OF RHODE ISLAND AND AMALGAMATED BANK FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF THEIR SELECTION OF COUNSEL**

App-02

I, Lewis T. LeClair, declare as follows:

1.      I am a member in good standing of the bars of the State of Texas and of this Court and am a shareholder in the law firm of McKool Smith PC ("McKool Smith").  I submit this declaration in support of the Motion filed by the State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island ("Rhode Island") and Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index VEBA Fund, LongView LargeCap 500 Index Fund, LongView Large Cap 1000 Index Value Fund, and LongView Broad Market 3000 Index Fund (collectively, "Amalgamated Bank") for an order: (i) consolidating the above-captioned related securities class actions; (ii) appointing Rhode Island and Amalgamated Bank as Lead Plaintiff; (iii) approving Rhode Island's and Amalgamated Bank's selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Grant & Eisenhofer P.A. ("G&E") as Lead Counsel for the Class and McKool Smith PC ("McKool Smith") as Liaison Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

2.      Attached as Exhibits B through H are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT B: | Certifications of Rhode Island and Amalgamated Bank; |
| EXHIBIT C: | Charts of transactions and losses of Rhode Island and Amalgamated Bank; |
| EXHIBIT D: | Joint Declaration of Amy Crane and Deborah Silodor in Support of the Motion of Rhode Island and Amalgamated Bank for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Their Selection of Counsel; |
| EXHIBIT E: | Notice of pendency of *Yoshikawa v. Exxon Mobil Corporation*, No. 3:21-cv-00194-N (N.D. Tex.), published on January 28, 2021 via *PR Newswire*; |
| EXHIBIT F: | Notice of pendency of *Bentler v. Exxon Mobile Corporation*, No. |

3:21-cv-00335-X (N.D. Tex.), published on February 17, 2021 via *PR Newswire*;

EXHIBIT G:     Firm Résumé of Bernstein Litowitz; and

EXHIBIT H:     Firm Résumé of G&E.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of March, 2021.

*/s/ Lewis T. LeClair*

Lewis T. LeClair
Texas Bar No. 12072500
