App-05

# EXHIBIT B

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Amy Crane, on behalf of the State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of the State of Rhode Island ("Rhode Island"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the General Counsel for the State of Rhode Island, Office of the General Treasurer, and am fully authorized to enter into and execute this Certification on behalf of Rhode Island. I have reviewed a complaint filed in this matter. Rhode Island has authorized the filing of this motion for appointment as lead plaintiff.

2. Rhode Island did not purchase the securities that are the subject of this action at the direction of counselor in order to participate in any action arising under the federal securities laws.

3. Rhode Island is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Rhode Island fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Rhode Island's transactions in the Exxon Mobil Corporation securities that are the subject of this action are set forth in the chart attached hereto.

5. Rhode Island has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

> *In re Alphabet, Inc. Securities Litigation,* No. 18-cv-6245 (N.D. Cal.)
> *In re Apple Inc. Securities Litigation*, No. 19-cv-2033 (N.D. Cal.)
> *In re 3M Company Securities Litigation*, No. 19-cv-15982 (D.N.J.)
> *In re HP Inc. Securities Litigation*, No. 20-cv-1260 (N.D. Cal.)
> *In re Wells Fargo & Company Securities Litigation*, No. 20-cv-4494 (S.D.N.Y.)

6. Rhode Island has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

> *In re Micron Technology, Inc. Securities Litigation,* No. 19-cv-678 *(S.D.N.Y.)*
> *In re FedEx Corp. Securities Litigation*, No. 19-cv-5990 (S.D.N.Y.)

7. Rhode Island will not accept any payment for serving as a representative party on behalf of the Class beyond Rhode Island's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of March, 2021.

*Amy L. Crane*
General Counsel
*State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of the State of Rhode Island*

**Employees' Retirement System of the State of Rhode Island**
**Transactions in Exxon Mobil Corp.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/29/2018 | 24,700 | 74.6100 |
| Purchase | 3/29/2018 | 1,400 | 74.6100 |
| Purchase | 3/29/2018 | 1,100 | 74.6100 |
| Purchase | 3/29/2018 | 500 | 74.6100 |
| Purchase | 3/29/2018 | 15,200 | 74.6100 |
| Purchase | 3/29/2018 | 67,400 | 74.6100 |
| Purchase | 7/31/2018 | 197,800 | 81.5100 |
| Purchase | 9/7/2018 | 200 | 81.3900 |
| Purchase | 9/21/2018 | 1,000 | 85.1700 |
| Purchase | 11/26/2018 | 200 | 76.7900 |
| Purchase | 12/4/2018 | 200 | 79.5850 |
| Purchase | 12/4/2018 | 600 | 79.4300 |
| Purchase | 12/21/2018 | 1,800 | 68.1200 |
| Purchase | 2/12/2019 | 600 | 75.2310 |
| Purchase | 3/4/2019 | 1,000 | 80.3100 |
| Purchase | 3/15/2019 | 1,300 | 80.1500 |
| Purchase | 3/29/2019 | 30,500 | 80.8000 |
| Purchase | 4/4/2019 | 600 | 82.0500 |
| Purchase | 4/10/2019 | 600 | 81.5600 |
| Purchase | 5/10/2019 | 400 | 76.5600 |
| Purchase | 7/12/2019 | 996 | 77.5790 |
| Purchase | 10/28/2019 | 999 | 68.9050 |
| Purchase | 2/18/2020 | 603 | 59.6336 |
| Purchase | 3/20/2020 | 2,000 | 32.7400 |
| Sale | 6/29/2018 | (79,658) | 83.0335 |
| Sale | 10/16/2018 | (2,500) | 81.2000 |
| Sale | 5/23/2019 | (4,600) | 73.7900 |
| Sale | 7/25/2019 | (7,200) | 74.9300 |
| Sale | 10/29/2019 | (1,900) | 68.5063 |
| Sale | 10/29/2019 | (300) | 68.4400 |
| Sale | 12/26/2019 | (1,522) | 70.1259 |
| Sale | 1/28/2020 | (2,507) | 64.7794 |
| Sale | 6/30/2020 | (1,000) | 44.4950 |
| Sale | 6/30/2020 | (2,100) | 44.7200 |
| Sale | 8/27/2020 | (4,800) | 39.7400 |
| Sale | 9/30/2020 | (10,100) | 34.3300 |
| Sale | 9/30/2020 | (3,000) | 34.3300 |
| Sale | 9/30/2020 | (3,300) | 34.3300 |
| Sale | 9/30/2020 | (19,700) | 34.3300 |
| Sale | 9/30/2020 | (1,800) | 34.3300 |

**Employees' Retirement System of the State of Rhode Island**
**Transactions in Exxon Mobil Corp.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 9/30/2020 | (3,300) | 34.3300 |
| Sale | 9/30/2020 | (3,300) | 34.3300 |
| Sale | 9/30/2020 | (13) | 34.3300 |
| Sale | 9/30/2020 | (10,100) | 34.3300 |
| Sale | 12/29/2020 | (2,700) | 41.3255 |

App-09

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index VEBA Fund, LongView LargeCap 500 Index Fund, LongView Large Cap 1000 Index Value Fund, and LongView Broad Market 3000 Index Fund ("Amalgamated Bank"), declares:

1.      Amalgamated Bank has reviewed the complaints filed in this matter and authorized the filing of a motion for lead plaintiff.

2.      Amalgamated Bank did not purchase the security that is the subject of this action at the direction of counsel or to participate in this private action or any other litigation under the federal securities laws.

3.      Amalgamated Bank is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Amalgamated Bank's transactions during the Class Period in the securities that are the subject of this action are set forth in the attached Schedule A.

5.      (a)      Amalgamated Bank has been appointed to serve as a representative party for a class in the following action filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Yuan v. Facebook, Inc.*, No. 5:18-cv-01725 (N.D. Cal.)

(b)      Amalgamated Bank sought but was not appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*St. Clair County Employees' Ret. Sys. v. Acadia Healthcare Co., Inc.*,
No. 3:18-cv-00988 (M.D. Tenn.)

*Heavy & General Laborers' Locals 472 & 172 Welfare Fund v. 3M Company*,
No. 2:19-cv-15982 (D.N.J.)

6.      Amalgamated Bank will not accept any payment for serving as a representative party on behalf of the class beyond Amalgamated Bank's pro rata share of any recovery, except as ordered or approved by the court.

App-10

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of March, 2021.


Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index VEBA Fund, LongView LargeCap 500 Index Fund, LongView LargeCap 1000 Index Value Fund, and LongView Broad Market 3000 Index Fund.

By:     _____
        Eleanor Innes
        Senior Vice President & Director of Equities
        Investment Management Division
        Amalgamated Bank

# Exxon Mobil Corporation -- Schedule A

**Cusip:**    30231G102
**Ticker:**    XOM
**Class Period:**  February 28, 2018 through January 14, 2021

**LongView LargeCap 500 Index VEBA Fund -- 120004**
**Beginning Holdings:** 156,945 shares

| Purchases / Receipts | | | | Sales / Deliveries | | | |
|---|---|---|---|---|---|---|---|
| Transaction Type | Trade Date | Quantity | Price | Transaction Type | Trade Date | Quantity | Price |
| Purchase | 03/16/18 | 400 | $75.1190 | Sale | 03/27/18 | 1,100 | $73.7000 |
| Receipt | 04/04/18 | 5,800 | $74.8700 | Sale | 04/04/18 | 600 | $74.8700 |
| Purchase | 06/07/18 | 100 | $82.9950 | Sale | 05/18/18 | 400 | $81.3000 |
| Purchase | 06/15/18 | 500 | $80.6580 | Sale | 06/01/18 | 22,400 | $81.8300 |
| Purchase | 06/26/18 | 900 | $80.6440 | Sale | 06/20/18 | 1,500 | $80.4500 |
| Purchase | 07/18/18 | 200 | $82.2700 | Sale | 06/25/18 | 200 | $79.7400 |
| Purchase | 08/20/18 | 170 | $78.8050 | Sale | 06/28/18 | 200 | $81.9700 |
| Purchase | 09/07/18 | 200 | $81.4575 | Sale | 07/16/18 | 1,700 | $82.4900 |
| Purchase | 09/21/18 | 800 | $85.1665 | Sale | 05/14/19 | 200 | $75.8100 |
| Purchase | 10/23/18 | 100 | $79.8400 | Sale | 01/03/20 | 2,100 | $70.3300 |
| Purchase | 12/03/18 | 200 | $81.4025 | Sale | 05/21/20 | 416 | $44.5600 |
| Purchase | 12/06/18 | 200 | $77.5600 | Sale | 12/18/20 | 4,616 | $42.7300 |
| Purchase | 12/07/18 | 200 | $79.3857 | Sale | 12/31/20 | 3,118 | $41.2200 |
| Purchase | 12/17/18 | 200 | $74.1044 | | | | |
| Purchase | 12/21/18 | 500 | $68.1200 | | | | |
| Purchase | 12/27/18 | 200 | $67.0175 | | | | |
| Purchase | 01/10/19 | 200 | $71.6800 | | | | |
| Purchase | 01/30/19 | 2,100 | $72.2900 | | | | |
| Purchase | 03/01/19 | 1,400 | $80.0000 | | | | |
| Purchase | 03/12/19 | 200 | $80.4900 | | | | |
| Purchase | 03/15/19 | 950 | $80.1480 | | | | |
| Purchase | 03/28/19 | 200 | $80.6350 | | | | |
| Purchase | 04/01/19 | 5,500 | $81.7300 | | | | |
| Purchase | 04/03/19 | 100 | $81.2650 | | | | |
| Purchase | 04/22/19 | 150 | $82.9000 | | | | |
| Purchase | 06/03/19 | 4,200 | $71.8800 | | | | |
| Purchase | 06/21/19 | 600 | $77.6890 | | | | |
| Purchase | 07/02/19 | 150 | $75.7200 | | | | |
| Purchase | 09/20/19 | 600 | $72.0785 | | | | |
| Purchase | 10/01/19 | 1,900 | $68.9500 | | | | |
| Purchase | 10/02/19 | 350 | $68.2786 | | | | |
| Purchase | 10/04/19 | 150 | $68.9700 | | | | |
| Purchase | 10/10/19 | 150 | $68.2750 | | | | |
| Purchase | 10/16/19 | 150 | $68.2300 | | | | |
| Purchase | 10/22/19 | 150 | $69.6650 | | | | |
| Purchase | 11/06/19 | 150 | $72.3900 | | | | |
| Purchase | 12/20/19 | 700 | $69.9383 | | | | |
| Purchase | 12/31/19 | 11,100 | $69.7800 | | | | |
| Purchase | 01/02/20 | 450 | $70.8129 | | | | |
| Purchase | 01/31/20 | 1,600 | $62.1200 | | | | |
| Purchase | 02/03/20 | 150 | $61.2300 | | | | |
| Purchase | 02/18/20 | 1,250 | $59.8800 | | | | |
| Purchase | 03/02/20 | 250 | $52.9780 | | | | |

App-12

# Exxon Mobil Corporation -- Schedule A

**Cusip:**      30231G102
**Ticker:**     XOM
**Class Period:** February 28, 2018 through January 14, 2021

| | | | |
|---|---|---|---|
| Purchase | 04/03/20 | 1,763 | $39.2100 |
| Purchase | 04/16/20 | 5,521 | $39.1500 |
| Purchase | 05/20/20 | 2,473 | $45.3700 |
| Purchase | 05/22/20 | 283 | $44.6000 |
| Purchase | 06/18/20 | 2,796 | $46.9200 |
| Purchase | 08/10/20 | 6,429 | $44.5100 |
| Purchase | 11/20/20 | 1,145 | $36.9400 |

**LongView LargeCap 500 Index Fund -- 120006**
**Beginning Holdings:** 505,502 shares

| Purchases / Receipts | | | | Sales / Deliveries | | | |
|---|---|---|---|---|---|---|---|
| Transaction Type | Trade Date | Quantity | Price | Transaction Type | Trade Date | Quantity | Price |
| Purchase | 03/16/18 | 1,000 | $75.1190 | Sale | 03/01/18 | 300 | $75.1962 |
| Purchase | 06/15/18 | 1,500 | $80.6580 | Sale | 03/20/18 | 200 | $73.9865 |
| Purchase | 09/21/18 | 2,400 | $85.1665 | Sale | 03/26/18 | 400 | $73.9963 |
| Purchase | 12/21/18 | 1,800 | $68.1200 | Sale | 04/11/18 | 1,200 | $77.4264 |
| Purchase | 02/19/19 | 1,800 | $78.2320 | Sale | 04/30/18 | 600 | $77.7464 |
| Purchase | 03/01/19 | 1,000 | $80.0018 | Sale | 05/14/18 | 500 | $81.8263 |
| Purchase | 03/15/19 | 3,400 | $80.1480 | Sale | 05/30/18 | 600 | $81.4971 |
| Purchase | 04/10/19 | 1,800 | $81.5618 | Sale | 06/04/18 | 100 | $80.9669 |
| Purchase | 04/18/19 | 450 | $81.1318 | Sale | 06/26/18 | 800 | $80.6372 |
| Purchase | 04/22/19 | 200 | $83.0440 | Sale | 06/28/18 | 5,300 | $81.9671 |
| Purchase | 05/09/19 | 1,100 | $76.7718 | Sale | 06/29/18 | 400 | $82.7271 |
| Purchase | 05/16/19 | 200 | $76.3618 | Sale | 07/10/18 | 1,500 | $83.6571 |
| Purchase | 06/17/19 | 650 | $75.0920 | Sale | 07/19/18 | 100 | $82.0074 |
| Purchase | 06/21/19 | 1,400 | $77.6890 | Sale | 08/13/18 | 600 | $78.5572 |
| Purchase | 06/25/19 | 900 | $76.2718 | Sale | 09/14/18 | 600 | $82.9169 |
| Purchase | 07/11/19 | 150 | $77.2450 | Sale | 09/26/18 | 9,800 | $85.7769 |
| Purchase | 07/22/19 | 1,000 | $75.0720 | Sale | 09/28/18 | 1,600 | $85.0171 |
| Purchase | 07/23/19 | 350 | $75.5050 | Sale | 10/01/18 | 100 | $85.8070 |
| Purchase | 07/31/19 | 1,700 | $74.3618 | Sale | 10/04/18 | 300 | $85.5769 |
| Purchase | 09/05/19 | 300 | $70.1550 | Sale | 10/25/18 | 29,300 | $78.3075 |
| Purchase | 09/09/19 | 150 | $71.2790 | Sale | 11/01/18 | 300 | $80.6669 |
| Purchase | 09/20/19 | 1,450 | $72.0785 | Sale | 11/05/18 | 100 | $81.6369 |
| Purchase | 10/04/19 | 350 | $68.9720 | Sale | 11/26/18 | 300 | $76.9770 |
| Purchase | 11/06/19 | 72,900 | $71.4915 | Sale | 12/24/18 | 2,300 | $65.5073 |
| Purchase | 11/07/19 | 650 | $72.9399 | Sale | 01/29/19 | 300 | $71.5071 |
| Purchase | 11/11/19 | 150 | $70.0650 | Sale | 01/30/19 | 500 | $72.2873 |
| Purchase | 11/12/19 | 200 | $70.3100 | Sale | 02/04/19 | 1,800 | $74.8172 |
| Purchase | 11/15/19 | 300 | $69.1918 | Sale | 02/07/19 | 1,900 | $74.6772 |
| Purchase | 11/18/19 | 200 | $68.4900 | Sale | 03/22/19 | 25,500 | $80.4772 |
| Purchase | 12/03/19 | 150 | $67.8871 | Sale | 03/25/19 | 12,000 | $79.9172 |
| Purchase | 12/18/19 | 1,800 | $69.8718 | Sale | 09/26/19 | 200 | $70.9667 |
| Purchase | 12/20/19 | 1,950 | $69.9383 | Sale | 10/07/19 | 200 | $68.0166 |

App-13

# Exxon Mobil Corporation -- Schedule A

**Cusip:**      30231G102
**Ticker:**     XOM
**Class Period:** February 28, 2018 through January 14, 2021

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Purchase | 01/10/20 | 400 | $69.3810 | Sale | 10/21/19 | 850 | $68.7366 |
| Purchase | 02/12/20 | 350 | $61.2718 | Sale | 10/23/19 | 350 | $69.7465 |
| Purchase | 03/03/20 | 900 | $51.3020 | Sale | 12/16/19 | 1,350 | $69.9967 |
| Purchase | 03/06/20 | 1,350 | $47.6918 | Sale | 02/05/20 | 2,000 | $62.7267 |
| Purchase | 03/19/20 | 1,400 | $34.4318 | Sale | 03/09/20 | 17,300 | $41.8573 |
| Purchase | 03/27/20 | 10,650 | $36.9518 | Deliver | 04/24/20 | 15,117 | $43.7300 |
| Purchase | 04/03/20 | 2,511 | $39.2200 | Sale | 05/22/20 | 980 | $44.5890 |
| Purchase | 04/20/20 | 14,442 | $41.1850 | Sale | 06/16/20 | 4,376 | $48.1889 |
| Purchase | 07/02/20 | 6,660 | $44.0890 | Sale | 12/09/20 | 12,754 | $42.7901 |
| Purchase | 07/31/20 | 10,606 | $42.0890 | Sale | 12/30/20 | 12,729 | $41.5901 |

## LongView Large Cap 1000 Index Value Fund -- 120026
**Beginning Holdings:** 85,973 shares

| Purchases / Receipts | | | | Sales / Deliveries | | | |
|---|---|---|---|---|---|---|---|
| Transaction Type | Trade Date | Quantity | Price | Transaction Type | Trade Date | Quantity | Price |
| Purchase | 02/28/18 | 1,166 | $75.7450 | Sale | 06/21/18 | 1,398 | $79.6790 |
| Purchase | 03/20/18 | 490 | $74.3850 | Sale | 06/22/18 | 6,100 | $81.3689 |
| Purchase | 09/21/18 | 167 | $85.1800 | Sale | 09/28/18 | 1,142 | $85.0089 |
| Purchase | 12/21/18 | 256 | $68.1300 | Sale | 01/18/19 | 900 | $72.9791 |
| Purchase | 03/15/19 | 574 | $80.1600 | Sale | 02/13/19 | 3,300 | $76.2390 |
| Purchase | 09/20/19 | 538 | $72.0900 | Sale | 06/28/19 | 454 | $76.6184 |
| Purchase | 11/13/19 | 7,235 | $68.8100 | Sale | 09/24/19 | 360 | $71.1285 |
| Purchase | 12/20/19 | 1,049 | $69.9500 | Sale | 03/20/20 | 544 | $32.7293 |
| Purchase | 04/03/20 | 349 | $39.8700 | Sale | 06/26/20 | 14,472 | $43.6190 |
| Purchase | 04/20/20 | 2,892 | $41.1850 | Sale | 07/13/20 | 1,493 | $42.6501 |
| Purchase | 05/08/20 | 458 | $46.1900 | Sale | 08/27/20 | 3,214 | $39.7301 |
| Purchase | 10/28/20 | 532 | $31.5790 | Sale | 09/29/20 | 846 | $34.2702 |
| Purchase | 12/14/20 | 2,919 | $42.2290 | Sale | 11/10/20 | 1,418 | $36.8502 |
| Purchase | 01/06/21 | 222 | $44.6190 | Sale | 12/18/20 | 350 | $42.7200 |

## LongView Broad Market 3000 Index Fund -- 120027
**Beginning Holdings:** 177,561 shares

| Purchases / Receipts | | | | Sales / Deliveries | | | |
|---|---|---|---|---|---|---|---|
| Transaction Type | Trade Date | Quantity | Price | Transaction Type | Trade Date | Quantity | Price |
| Purchase | 03/19/18 | 700 | $74.1550 | Sale | 06/22/18 | 1,916 | $81.3689 |
| Purchase | 03/29/18 | 2,810 | $74.6150 | Sale | 08/16/18 | 7,689 | $77.9890 |
| Purchase | 06/01/18 | 18,863 | $81.8400 | Sale | 10/02/18 | 14,711 | $86.4489 |
| Receipt | 06/19/18 | 20,615 | $80.7000 | Sale | 06/28/19 | 1,389 | $76.6184 |
| Purchase | 07/18/18 | 1,614 | $82.2300 | Sale | 04/23/20 | 5,392 | $43.4390 |

App-14

## Exxon Mobil Corporation -- Schedule A

**Cusip:**        30231G102
**Ticker:**       XOM
**Class Period:**  February 28, 2018 through January 14, 2021

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Purchase | 09/21/18 | 871 | $85.1800 | | Sale | 06/26/20 | 4,862 | $43.6201 |
| Purchase | 11/23/18 | 2,849 | $75.5000 | | Sale | 07/24/20 | 6,421 | $43.4220 |
| Purchase | 12/21/18 | 702 | $68.1300 | | Sale | 09/23/20 | 5,391 | $34.3802 |
| Purchase | 03/15/19 | 944 | $80.1600 | | Sale | 09/30/20 | 5,306 | $34.3202 |
| Purchase | 03/26/19 | 22,002 | $80.9700 | | Sale | 12/14/20 | 5,049 | $42.2101 |
| Purchase | 04/01/19 | 6,552 | $81.7400 | | Sale | 12/30/20 | 53,752 | $41.5901 |
| Receipt | 04/02/19 | 25,540 | $81.1100 | | | | | |
| Purchase | 04/04/19 | 9,950 | $82.0600 | | | | | |
| Receipt | 05/31/19 | 21,316 | $70.7700 | | | | | |
| Receipt | 06/26/19 | 6,555 | $76.4700 | | | | | |
| Purchase | 12/20/19 | 4,172 | $69.9500 | | | | | |
| Purchase | 04/21/20 | 5,972 | $40.9650 | | | | | |
| Purchase | 05/01/20 | 14,524 | $43.1500 | | | | | |
| Purchase | 05/13/20 | 2,695 | $41.9400 | | | | | |
| Purchase | 05/29/20 | 7,043 | $45.4800 | | | | | |
| Receipt | 08/19/20 | 11,900 | $41.8700 | | | | | |
| Purchase | 09/29/20 | 6,117 | $34.2890 | | | | | |