# EXHIBIT C

**Rhode Island**

**LIFO Loss in Exxon Mobil Corp. (XOM)**

Class Period: 02/28/18 - 01/14/21
Cusip: 30231G102
Retained share price: $53.3622 (01/15/21 - 03/26/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale | 6/29/2018 | (79,658) | 83.0335 | ($6,614,282.46) |
| | | | | | Sale | 10/16/2018 | (2,500) | 81.2000 | ($202,999.99) |
| | | | | | Sale | 5/23/2019 | (4,600) | 73.7900 | ($339,434.00) |
| Purchase | 3/29/2018 | 24,700 | 74.6100 | $1,842,867.00 | Sale | 7/25/2019 | (7,200) | 74.9300 | ($539,496.00) |
| Purchase | 3/29/2018 | 1,400 | 74.6100 | $104,454.00 | Sale | 10/29/2019 | (1,900) | 68.5063 | ($130,161.97) |
| Purchase | 3/29/2018 | 1,100 | 74.6100 | $82,071.00 | Sale | 10/29/2019 | (300) | 68.4400 | ($20,532.00) |
| Purchase | 3/29/2018 | 500 | 74.6100 | $37,305.00 | Sale | 12/26/2019 | (1,522) | 70.1259 | ($106,731.62) |
| Purchase | 3/29/2018 | 15,200 | 74.6100 | $1,134,072.00 | Sale | 1/28/2020 | (2,507) | 64.7794 | ($162,401.95) |
| Purchase | 3/29/2018 | 67,400 | 74.6100 | $5,028,714.00 | Sale | 6/30/2020 | (1,000) | 44.4950 | ($44,495.00) |
| Purchase | 7/31/2018 | 197,800 | 81.5100 | $16,122,678.00 | Sale | 6/30/2020 | (2,100) | 44.7200 | ($93,912.00) |
| Purchase | 9/7/2018 | 200 | 81.3900 | $16,278.00 | Sale | 8/27/2020 | (4,800) | 39.7400 | ($190,752.00) |
| Purchase | 9/21/2018 | 1,000 | 85.1700 | $85,170.00 | Sale | 9/30/2020 | (10,100) | 34.3300 | ($346,733.01) |
| Purchase | 11/26/2018 | 200 | 76.7900 | $15,358.00 | Sale | 9/30/2020 | (3,000) | 34.3300 | ($102,990.01) |
| Purchase | 12/4/2018 | 200 | 79.5850 | $15,917.00 | Sale | 9/30/2020 | (3,300) | 34.3300 | ($113,289.01) |
| Purchase | 12/4/2018 | 600 | 79.4300 | $47,658.00 | Sale | 9/30/2020 | (19,700) | 34.3300 | ($676,301.04) |
| Purchase | 12/21/2018 | 1,800 | 68.1200 | $122,616.00 | Sale | 9/30/2020 | (1,800) | 34.3300 | ($61,794.00) |
| Purchase | 2/12/2019 | 600 | 75.2310 | $45,138.60 | Sale | 9/30/2020 | (3,300) | 34.3300 | ($113,289.01) |
| Purchase | 3/4/2019 | 1,000 | 80.3100 | $80,310.00 | Sale | 9/30/2020 | (3,300) | 34.3300 | ($113,289.01) |
| Purchase | 3/15/2019 | 1,300 | 80.1500 | $104,195.00 | Sale | 9/30/2020 | (13) | 34.3300 | ($446.29) |
| Purchase | 3/29/2019 | 30,500 | 80.8000 | $2,464,400.06 | Sale | 9/30/2020 | (10,100) | 34.3300 | ($346,733.01) |
| Purchase | 4/4/2019 | 600 | 82.0500 | $49,230.00 | Sale | 12/29/2020 | (2,700) | 41.3255 | ($111,578.85) |
| Purchase | 4/10/2019 | 600 | 81.5600 | $48,936.00 | | | | | |
| Purchase | 5/10/2019 | 400 | 76.5600 | $30,624.00 | Sale* | 1/27/2021 | (300) | 47.4900 | ($14,247.00) |
| Purchase | 7/12/2019 | 996 | 77.5790 | $77,268.68 | Sale* | 1/27/2021 | (4,900) | 47.4900 | ($232,701.00) |
| Purchase | 10/28/2019 | 999 | 68.9050 | $68,836.10 | Sale* | 2/24/2021 | (1,700) | 56.8041 | ($96,566.97) |
| Purchase | 2/18/2020 | 603 | 59.6336 | $35,959.06 | | | | | |
| Purchase | 3/20/2020 | 2,000 | 32.7400 | $65,480.00 | Retained | | (179,398) | 53.3622 | ($9,573,080.01) |
| | | 351,698 | | $27,725,535.50 | | | (351,698) | | ($20,348,237.21) |

**Loss** **($7,377,298.29)**

*Shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

App-17

**Amalgamated Bank**
**LIFO Loss in Exxon Mobil Corp. (XOM)**
Class Period: 02/28/18 - 01/14/21
Cusip: 30231G102
Retained share price: $53.3622 (01/15/21 - 03/26/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **LongView LargeCap 500 Index VEBA Fund** | | | | | | | | | |
| Pre-class holdings | | 156,945 | | | Sale | 3/27/2018 | (700) | 73.6965 | ($51,587.54) |
| | | | | | Sale | 6/1/2018 | (17,600) | 81.8274 | ($1,440,162.88) |
| | | | | | Sale | 6/20/2018 | (900) | 80.4472 | ($72,402.44) |
| | | | | | Sale | 6/25/2018 | (200) | 79.7372 | ($15,947.43) |
| | | | | | Sale | 7/16/2018 | (1,000) | 82.4871 | ($82,487.12) |
| | | | | | | | (20,400) | | ($1,662,587.41) |
| Purchase | 3/16/2018 | 400 | 75.1190 | $30,047.60 | | | | | |
| Receipt | 4/4/2018 | 5,800 | 74.8700 | $434,246.02 | | | | | |
| Purchase | 6/7/2018 | 100 | 82.9990 | $8,299.90 | | | | | |
| Purchase | 6/15/2018 | 500 | 80.6580 | $40,329.00 | | | | | |
| Purchase | 6/26/2018 | 900 | 80.6418 | $72,577.62 | | | | | |
| Purchase | 7/18/2018 | 200 | 82.2740 | $16,454.80 | | | | | |
| Purchase | 8/20/2018 | 170 | 78.8100 | $13,397.70 | | | | | |
| Purchase | 9/7/2018 | 200 | 81.4625 | $16,292.50 | | | | | |
| Purchase | 9/21/2018 | 800 | 85.1665 | $68,133.20 | | | | | |
| Purchase | 10/23/2018 | 100 | 79.8418 | $7,984.18 | | | | | |
| Purchase | 12/3/2018 | 200 | 81.4075 | $16,281.50 | | | | | |
| Purchase | 12/6/2018 | 200 | 77.5650 | $15,513.00 | | | | | |
| Purchase | 12/7/2018 | 200 | 79.3907 | $15,878.14 | | | | | |
| Purchase | 12/17/2018 | 200 | 74.1094 | $14,821.88 | | | | | |
| Purchase | 12/21/2018 | 500 | 68.1200 | $34,060.00 | | | | | |
| Purchase | 12/27/2018 | 200 | 67.0225 | $13,404.50 | | | | | |
| Purchase | 1/10/2019 | 200 | 71.6850 | $14,337.00 | | | | | |
| Purchase | 1/30/2019 | 2,100 | 72.2918 | $151,812.78 | | | | | |
| Purchase | 3/1/2019 | 1,400 | 80.0018 | $112,002.52 | | | | | |
| Purchase | 3/12/2019 | 200 | 80.4950 | $16,099.00 | | | | | |
| Purchase | 3/15/2019 | 950 | 80.1480 | $76,140.60 | | | | | |
| Purchase | 3/28/2019 | 200 | 80.6400 | $16,128.00 | | | | | |
| Purchase | 4/1/2019 | 5,500 | 81.7318 | $449,524.90 | | | | | |
| Purchase | 4/3/2019 | 100 | 81.2700 | $8,127.00 | | | | | |
| Purchase | 4/22/2019 | 150 | 82.9020 | $12,435.30 | | | | | |
| Purchase | 6/3/2019 | 4,200 | 71.8818 | $301,903.56 | | | | | |
| Purchase | 6/21/2019 | 600 | 77.6890 | $46,613.40 | | | | | |

App-18

**Amalgamated Bank**

**LIFO Loss in Exxon Mobil Corp. (XOM)**

Class Period: 02/28/18 - 01/14/21

Cusip: 30231G102

Retained share price: $53.3622 (01/15/21 - 03/26/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/2/2019 | 150 | 75.7220 | $11,358.30 | | | | | |
| Purchase | 9/20/2019 | 600 | 72.0785 | $43,247.10 | | | | | |
| Purchase | 10/1/2019 | 1,900 | 68.9518 | $131,008.42 | | | | | |
| Purchase | 10/2/2019 | 350 | 68.2836 | $23,899.26 | | | | | |
| Purchase | 10/4/2019 | 150 | 68.9720 | $10,345.80 | | | | | |
| Purchase | 10/10/2019 | 150 | 68.2800 | $10,242.00 | | | | | |
| Purchase | 10/16/2019 | 150 | 68.2320 | $10,234.80 | | | | | |
| Purchase | 10/22/2019 | 150 | 69.6700 | $10,450.50 | Sale | 3/27/2018 | (400) | 73.6965 | ($29,478.60) |
| Purchase | 11/6/2019 | 150 | 72.3950 | $10,859.25 | Sale | 4/4/2018 | (600) | 74.8665 | ($44,919.88) |
| Purchase | 12/20/2019 | 700 | 69.9383 | $48,956.81 | Sale | 5/18/2018 | (400) | 81.2969 | ($32,518.77) |
| Purchase | 12/31/2019 | 11,100 | 69.7815 | $774,574.65 | Sale | 6/1/2018 | (4,800) | 81.8274 | ($392,771.69) |
| Purchase | 1/2/2020 | 450 | 70.8179 | $31,868.06 | Sale | 6/20/2018 | (600) | 80.4472 | ($48,268.29) |
| Purchase | 1/31/2020 | 1,600 | 62.1218 | $99,394.88 | Sale | 6/28/2018 | (200) | 81.9671 | ($16,393.42) |
| Purchase | 2/3/2020 | 150 | 61.2350 | $9,185.25 | Sale | 7/16/2018 | (700) | 82.4871 | ($57,740.99) |
| Purchase | 2/18/2020 | 1,250 | 59.8818 | $74,852.25 | Sale | 5/14/2019 | (200) | 75.8064 | ($15,161.28) |
| Purchase | 3/2/2020 | 250 | 52.9830 | $13,245.75 | Sale | 1/3/2020 | (2,100) | 70.3267 | ($147,686.16) |
| Purchase | 4/3/2020 | 1,763 | 39.2200 | $69,144.86 | Sale | 5/21/2020 | (416) | 44.5490 | ($18,532.39) |
| Purchase | 4/16/2020 | 5,521 | 39.1550 | $216,174.76 | Sale | 12/18/2020 | (4,616) | 42.7201 | ($197,195.78) |
| Purchase | 5/20/2020 | 2,473 | 45.3800 | $112,224.74 | Sale | 12/31/2020 | (3,118) | 41.2101 | ($128,493.05) |
| Purchase | 5/22/2020 | 283 | 44.6100 | $12,624.63 | | | | | |
| Purchase | 6/18/2020 | 2,796 | 46.9300 | $131,216.28 | Sale* | 3/19/2021 | (3,429) | 56.4807 | ($193,672.36) |
| Purchase | 8/10/2020 | 6,429 | 44.5190 | $286,212.65 | | | | | |
| Purchase | 11/20/2020 | 1,145 | 36.9490 | $42,306.61 | Retained | | (44,351) | 53.3622 | ($2,366,668.92) |
| | | 65,930 | | $4,206,473.21 | | | (65,930) | | ($3,689,501.58) |

**LongView LargeCap 500 Index VEBA Fund Loss**   **($516,971.63)**

**LongView LargeCap 500 Index Fund**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 505,502 | | | Sale | 3/1/2018 | (300) | 75.1962 | ($22,558.87) |
| | | | | | Sale | 4/11/2018 | (800) | 77.4264 | ($61,941.13) |
| | | | | | Sale | 4/30/2018 | (600) | 77.7464 | ($46,647.84) |
| | | | | | Sale | 5/14/2018 | (500) | 81.8263 | ($40,913.15) |
| | | | | | Sale | 5/30/2018 | (600) | 81.4971 | ($48,898.28) |
| | | | | | Sale | 6/4/2018 | (100) | 80.9669 | ($8,096.69) |
| | | | | | Sale | 6/28/2018 | (4,600) | 81.9671 | ($377,048.82) |

**Amalgamated Bank**

**LIFO Loss in Exxon Mobil Corp. (XOM)**

Class Period: 02/28/18 - 01/14/21

Cusip: 30231G102

Retained share price: $53.3622 (01/15/21 - 03/26/21)

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sale | 6/29/2018 | (400) | 82.7271 | ($33,090.84) |
| | | | | | | Sale | 7/10/2018 | (1,500) | 83.6571 | ($125,485.66) |
| | | | | | | Sale | 7/19/2018 | (100) | 82.0074 | ($8,200.74) |
| | | | | | | Sale | 8/13/2018 | (600) | 78.5572 | ($47,134.30) |
| | | | | | | Sale | 9/14/2018 | (600) | 82.9169 | ($49,750.15) |
| | | | | | | Sale | 9/26/2018 | (7,400) | 85.7769 | ($634,748.95) |
| | | | | | | Sale | 9/28/2018 | (1,600) | 85.0171 | ($136,027.35) |
| | | | | | | Sale | 10/1/2018 | (100) | 85.8070 | ($8,580.70) |
| | | | | | | Sale | 10/4/2018 | (300) | 85.5769 | ($25,673.06) |
| | | | | | | Sale | 10/25/2018 | (29,300) | 78.3075 | ($2,294,409.22) |
| | | | | | | Sale | 11/1/2018 | (300) | 80.6669 | ($24,200.08) |
| | | | | | | Sale | 11/5/2018 | (100) | 81.6369 | ($8,163.69) |
| | | | | | | Sale | 11/26/2018 | (300) | 76.9770 | ($23,093.09) |
| | | | | | | Sale | 12/24/2018 | (500) | 65.5073 | ($32,753.67) |
| | | | | | | Sale | 1/29/2019 | (300) | 71.5071 | ($21,452.12) |
| | | | | | | Sale | 1/30/2019 | (500) | 72.2873 | ($36,143.63) |
| | | | | | | Sale | 2/4/2019 | (1,800) | 74.8172 | ($134,671.01) |
| | | | | | | Sale | 2/7/2019 | (1,900) | 74.6772 | ($141,886.74) |
| | | | | | | Sale | 3/22/2019 | (19,300) | 80.4772 | ($1,553,209.07) |
| | | | | | | Sale | 3/25/2019 | (12,000) | 79.9172 | ($959,005.93) |
| | | | | | | | | (86,400) | | ($6,903,784.77) |
| Purchase | 3/16/2018 | 1,000 | 75.1190 | $75,119.00 | | | | | | |
| Purchase | 6/15/2018 | 1,500 | 80.6580 | $120,987.00 | | | | | | |
| Purchase | 9/21/2018 | 2,400 | 85.1665 | $204,399.60 | | | | | | |
| Purchase | 12/21/2018 | 1,800 | 68.1200 | $122,616.00 | | | | | | |
| Purchase | 2/19/2019 | 1,800 | 78.2320 | $140,817.60 | | | | | | |
| Purchase | 3/1/2019 | 1,000 | 80.0018 | $80,001.80 | | | | | | |
| Purchase | 3/15/2019 | 3,400 | 80.1480 | $272,503.20 | | | | | | |
| Purchase | 4/10/2019 | 1,800 | 81.5618 | $146,811.24 | | | | | | |
| Purchase | 4/18/2019 | 450 | 81.1318 | $36,509.31 | | | | | | |
| Purchase | 4/22/2019 | 200 | 83.0440 | $16,608.80 | | | | | | |
| Purchase | 5/9/2019 | 1,100 | 76.7718 | $84,448.98 | | | | | | |
| Purchase | 5/16/2019 | 200 | 76.3618 | $15,272.36 | | | | | | |
| Purchase | 6/17/2019 | 650 | 75.0920 | $48,809.80 | | | | | | |
| Purchase | 6/21/2019 | 1,400 | 77.6890 | $108,764.60 | | | | | | |

App-20

**Amalgamated Bank**

**LIFO Loss in Exxon Mobil Corp. (XOM)**

Class Period: 02/28/18 - 01/14/21
Cusip: 30231G102
Retained share price: $53.3622 (01/15/21 - 03/26/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/25/2019 | 900 | 76.2718 | $68,644.62 | | | | | |
| Purchase | 7/11/2019 | 150 | 77.2450 | $11,586.75 | | | | | |
| Purchase | 7/22/2019 | 1,000 | 75.0720 | $75,072.00 | | | | | |
| Purchase | 7/23/2019 | 350 | 75.5050 | $26,426.75 | Sale | 3/20/2018 | (200) | 73.9865 | ($14,797.29) |
| Purchase | 7/31/2019 | 1,700 | 74.3618 | $126,415.06 | Sale | 3/26/2018 | (400) | 73.9963 | ($29,598.51) |
| Purchase | 9/5/2019 | 300 | 70.1550 | $21,046.50 | Sale | 4/11/2018 | (400) | 77.4264 | ($30,970.56) |
| Purchase | 9/9/2019 | 150 | 71.2790 | $10,691.85 | Sale | 6/26/2018 | (800) | 80.6372 | ($64,509.72) |
| Purchase | 9/20/2019 | 1,450 | 72.0785 | $104,513.83 | Sale | 6/28/2018 | (700) | 81.9671 | ($57,376.99) |
| Purchase | 10/4/2019 | 350 | 68.9720 | $24,140.20 | Sale | 9/26/2018 | (2,400) | 85.7769 | ($205,864.52) |
| Purchase | 11/6/2019 | 72,900 | 71.4915 | $5,211,730.35 | Sale | 12/24/2018 | (1,800) | 65.5073 | ($117,913.23) |
| Purchase | 11/7/2019 | 650 | 72.9399 | $47,410.94 | Sale | 3/22/2019 | (6,200) | 80.4772 | ($498,958.35) |
| Purchase | 11/11/2019 | 150 | 70.0650 | $10,509.75 | Sale | 9/26/2019 | (200) | 70.9667 | ($14,193.34) |
| Purchase | 11/12/2019 | 200 | 70.3100 | $14,062.00 | Sale | 10/7/2019 | (200) | 68.0166 | ($13,603.31) |
| Purchase | 11/15/2019 | 300 | 69.1918 | $20,757.54 | Sale | 10/21/2019 | (850) | 68.7366 | ($58,426.09) |
| Purchase | 11/18/2019 | 200 | 68.4900 | $13,698.00 | Sale | 10/23/2019 | (350) | 69.7465 | ($24,411.29) |
| Purchase | 12/3/2019 | 150 | 67.8871 | $10,183.07 | Sale | 12/16/2019 | (1,350) | 69.9967 | ($94,495.61) |
| Purchase | 12/18/2019 | 1,800 | 69.8718 | $125,769.24 | Sale | 2/5/2020 | (2,000) | 62.7267 | ($125,453.40) |
| Purchase | 12/20/2019 | 1,950 | 69.9383 | $136,379.69 | Sale | 3/9/2020 | (17,300) | 41.8573 | ($724,130.85) |
| Purchase | 1/10/2020 | 400 | 69.3810 | $27,752.40 | Delivery | 4/24/2020 | (15,117) | 43.7300 | ($661,066.41) |
| Purchase | 2/12/2020 | 350 | 61.2718 | $21,445.13 | Sale | 5/22/2020 | (980) | 44.5890 | ($43,697.23) |
| Purchase | 3/3/2020 | 900 | 51.3020 | $46,171.80 | Sale | 6/16/2020 | (4,376) | 48.1889 | ($210,874.77) |
| Purchase | 3/6/2020 | 1,350 | 47.6918 | $64,383.93 | Sale | 12/9/2020 | (12,754) | 42.7901 | ($545,744.34) |
| Purchase | 3/19/2020 | 1,400 | 34.4318 | $48,204.52 | Sale | 12/30/2020 | (12,729) | 41.5901 | ($529,400.13) |
| Purchase | 3/27/2020 | 10,650 | 36.9518 | $393,536.67 | | | | | |
| Purchase | 4/3/2020 | 2,511 | 39.2200 | $98,481.42 | Sale* | 2/24/2021 | (14,768) | 56.6907 | ($837,208.41) |
| Purchase | 4/20/2020 | 14,442 | 41.1850 | $594,793.77 | Sale* | 3/19/2021 | (2,973) | 56.4807 | ($167,917.15) |
| Purchase | 7/2/2020 | 6,660 | 44.0890 | $293,632.74 | | | | | |
| Purchase | 7/31/2020 | 10,606 | 42.0890 | $446,395.93 | Retained | | (53,772) | 53.3622 | ($2,869,394.63) |
| | | 152,619 | | $9,567,505.74 | | | (152,619) | | ($7,940,006.14) |

**LongView LargeCap 500 Index Fund Loss**     **($1,627,499.60)**

**Amalgamated Bank**

**LIFO Loss in Exxon Mobil Corp. (XOM)**

Class Period: 02/28/18 - 01/14/21

Cusip: 30231G102

Retained share price: $53.3622 (01/15/21 - 03/26/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **LongView Large Cap 1000 Index Value Fund** | | | | | | | | | |
| Pre-class holdings | | 85,973 | | | Sale | 6/21/2018 | (1,398) | 79.6790 | ($111,391.19) |
| | | | | | Sale | 6/22/2018 | (6,100) | 81.3689 | ($496,350.55) |
| | | | | | Sale | 9/28/2018 | (1,142) | 85.0089 | ($97,080.16) |
| | | | | | Sale | 1/18/2019 | (900) | 72.9791 | ($65,681.15) |
| | | | | | Sale | 2/13/2019 | (3,300) | 76.2390 | ($251,588.73) |
| | | | | | Sale | 6/28/2019 | (454) | 76.6184 | ($34,784.76) |
| | | | | | Sale | 9/24/2019 | (360) | 71.1285 | ($25,606.27) |
| | | | | | Sale | 3/20/2020 | (544) | 32.7293 | ($17,804.73) |
| | | | | | Sale | 6/26/2020 | (14,472) | 43.6190 | ($631,254.68) |
| | | | | | Sale | 7/13/2020 | (1,493) | 42.6501 | ($63,676.53) |
| | | | | | Sale | 8/27/2020 | (3,214) | 39.7301 | ($127,692.60) |
| | | | | | Sale | 9/29/2020 | (846) | 34.2702 | ($28,992.62) |
| | | | | | Sale | 11/10/2020 | (1,418) | 36.8502 | ($52,253.56) |
| | | | | | Sale | 12/18/2020 | (350) | 42.7200 | ($14,952.01) |
| | | | | | Sale* | 1/19/2021 | (204) | 48.8299 | ($9,961.29) |
| | | | | | Sale* | 3/19/2021 | (57) | 56.4807 | ($3,219.40) |
| | | | | | | | (36,252) | | ($2,032,290.23) |
| Purchase | 2/28/2018 | 1,166 | 75.7450 | $88,318.67 | Sale | 6/21/2018 | (1,398) | 79.6790 | ($111,391.19) |
| Purchase | 3/20/2018 | 490 | 74.3850 | $36,448.65 | Sale | 6/22/2018 | (258) | 81.3689 | ($20,993.19) |
| Purchase | 9/21/2018 | 167 | 85.1800 | $14,225.06 | Sale | 9/28/2018 | (167) | 85.0089 | ($14,196.49) |
| Purchase | 12/21/2018 | 256 | 68.1300 | $17,441.28 | Sale | 1/18/2019 | (256) | 72.9791 | ($18,682.64) |
| Purchase | 3/15/2019 | 574 | 80.1600 | $46,011.84 | Sale | 6/28/2019 | (454) | 76.6184 | ($34,784.76) |
| Purchase | 9/20/2019 | 538 | 72.0900 | $38,784.42 | Sale | 9/24/2019 | (360) | 71.1285 | ($25,606.27) |
| Purchase | 11/13/2019 | 7,235 | 68.8100 | $497,840.35 | Sale | 3/20/2020 | (544) | 32.7293 | ($17,804.73) |
| Purchase | 12/20/2019 | 1,049 | 69.9500 | $73,377.55 | Sale | 6/26/2020 | (11,737) | 43.6190 | ($511,956.62) |
| Purchase | 4/3/2020 | 349 | 39.8700 | $13,914.63 | Sale | 11/10/2020 | (532) | 36.8502 | ($19,604.30) |
| Purchase | 4/20/2020 | 2,892 | 41.1850 | $119,107.02 | Sale | 12/18/2020 | (350) | 42.7200 | ($14,952.01) |
| Purchase | 5/8/2020 | 458 | 46.1900 | $21,155.02 | | | | | |
| Purchase | 10/28/2020 | 532 | 31.5790 | $16,800.03 | Sale* | 1/19/2021 | (204) | 48.8299 | ($9,961.29) |
| Purchase | 12/14/2020 | 2,919 | 42.2290 | $123,266.45 | | | | | |
| Purchase | 1/6/2021 | 222 | 44.6190 | $9,905.42 | Retained | | (2,587) | 53.3622 | ($138,048.13) |
| | | 18,847 | | $1,116,596.39 | | | (18,847) | | ($937,981.60) |

|  | |
|---|---|
| **LongView Large Cap 1000 Index Value Fund Loss** | **($178,614.79)** |

**Amalgamated Bank**
**LIFO Loss in Exxon Mobil Corp. (XOM)**
Class Period: 02/28/18 - 01/14/21
Cusip: 30231G102
Retained share price: $53.3622 (01/15/21 - 03/26/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **LongView Broad Market 3000 Index Fund** | | | | | | | | | |
| | | | | | | | | | |
| | Pre-class holdings | 177,561 | | | Sale | 6/22/2018 | (1,916) | 81.3689 | ($155,902.89) |
| | | | | | Sale | 8/16/2018 | (7,689) | 77.9890 | ($599,657.31) |
| | | | | | Sale | 10/2/2018 | (14,711) | 86.4489 | ($1,271,749.42) |
| | | | | | Sale | 6/28/2019 | (1,389) | 76.6184 | ($106,422.98) |
| | | | | | Sale | 4/23/2020 | (5,392) | 43.4390 | ($234,223.30) |
| | | | | | Sale | 6/26/2020 | (4,862) | 43.6201 | ($212,081.10) |
| | | | | | Sale | 7/24/2020 | (6,421) | 43.4220 | ($278,812.91) |
| | | | | | Sale | 9/23/2020 | (5,391) | 34.3802 | ($185,343.87) |
| | | | | | Sale | 9/30/2020 | (5,306) | 34.3202 | ($182,103.20) |
| | | | | | Sale | 12/14/2020 | (5,049) | 42.2101 | ($213,118.62) |
| | | | | | Sale | 12/30/2020 | (53,752) | 41.5901 | ($2,235,550.01) |
| | | | | | Sale* | 2/19/2021 | (4,183) | 52.3598 | ($219,021.21) |
| | | | | | Sale* | 3/22/2021 | (2,625) | 55.9007 | ($146,739.37) |
| | | | | | | | (118,686) | | ($6,040,726.19) |
| | | | | | | | | | |
| Purchase | 3/19/2018 | 700 | 74.1550 | $51,908.50 | | | | | |
| Purchase | 3/29/2018 | 2,810 | 74.6150 | $209,668.15 | | | | | |
| Purchase | 6/1/2018 | 18,863 | 81.8400 | $1,543,747.92 | | | | | |
| Receipt | 6/19/2018 | 20,615 | 80.7000 | $1,663,630.44 | | | | | |
| Purchase | 7/18/2018 | 1,614 | 82.2300 | $132,719.22 | | | | | |
| Purchase | 9/21/2018 | 871 | 85.1800 | $74,191.78 | Sale | 6/22/2018 | (1,916) | 81.3689 | ($155,902.89) |
| Purchase | 11/23/2018 | 2,849 | 75.5000 | $215,099.50 | Sale | 8/16/2018 | (7,689) | 77.9890 | ($599,657.31) |
| Purchase | 12/21/2018 | 702 | 68.1300 | $47,827.26 | Sale | 10/2/2018 | (14,711) | 86.4489 | ($1,271,749.42) |
| Purchase | 3/15/2019 | 944 | 80.1600 | $75,671.04 | Sale | 6/28/2019 | (1,389) | 76.6184 | ($106,422.98) |
| Purchase | 3/26/2019 | 22,002 | 80.9700 | $1,781,501.94 | Sale | 4/23/2020 | (5,392) | 43.4390 | ($234,223.30) |
| Purchase | 4/1/2019 | 6,552 | 81.7400 | $535,560.48 | Sale | 6/26/2020 | (4,862) | 43.6201 | ($212,081.10) |
| Receipt | 4/2/2019 | 25,540 | 81.3800 | $2,078,445.12 | Sale | 7/24/2020 | (6,421) | 43.4220 | ($278,812.91) |
| Purchase | 4/4/2019 | 9,950 | 82.0600 | $816,497.00 | Sale | 9/23/2020 | (5,391) | 34.3802 | ($185,343.87) |
| Receipt | 5/31/2019 | 21,316 | 70.7700 | $1,508,533.26 | Sale | 9/30/2020 | (5,306) | 34.3202 | ($182,103.20) |
| Receipt | 6/26/2019 | 6,555 | 76.6000 | $502,112.99 | Sale | 12/14/2020 | (5,049) | 42.2101 | ($213,118.62) |
| Purchase | 12/20/2019 | 4,172 | 69.9500 | $291,831.40 | Sale | 12/30/2020 | (53,752) | 41.5901 | ($2,235,550.01) |
| Purchase | 4/21/2020 | 5,972 | 40.9650 | $244,642.98 | | | | | |
| Purchase | 5/1/2020 | 14,524 | 43.1500 | $626,710.60 | Sale* | 2/19/2021 | (1,037) | 52.3598 | ($54,297.15) |

**Amalgamated Bank**
**LIFO Loss in Exxon Mobil Corp. (XOM)**
Class Period: 02/28/18 - 01/14/21
Cusip: 30231G102
Retained share price: $53.3622 (01/15/21 - 03/26/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/13/2020 | 2,695 | 41.9400 | $113,028.30 | Sale* | 3/22/2021 | (2,625) | 55.9007 | ($146,739.37) |
| Purchase | 5/29/2020 | 7,043 | 45.4800 | $320,315.64 | Sale* | 3/26/2021 | (10,178) | 57.7007 | ($587,277.78) |
| Receipt | 8/19/2020 | 11,900 | 41.9600 | $499,323.99 | | | | | |
| Purchase | 9/29/2020 | 6,117 | 34.2890 | $209,745.81 | Retained | | (68,588) | 53.3622 | ($3,660,009.65) |
| | | 194,306 | | $13,542,713.31 | | | (194,306) | | ($10,123,289.57) |

**LongView Broad Market 3000 Index Fund Loss**    **($3,419,423.74)**

**LIFO TOTAL**    **($5,742,509.75)**

*Shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*