# EXHIBIT E

```
                                    Exxon (003)
Wire: PR Newswire (PRN)
Date: Jan 28 2021  22:57:26
Pomerantz Law Firm Announces the Filing of a Class Action against Exxon Mobil
Corporation and Certain Officers  - XOM

Pomerantz Law Firm Announces the Filing of a Class Action against Exxon Mobil
                    Corporation and Certain Officers - XOM


PR Newswire

NEW YORK, Jan. 28, 2021

NEW YORK, Jan. 28, 2021 /PRNewswire/ -- Pomerantz LLP announces that a class
action lawsuit has been filed against Exxon Mobil Corporation ("Exxon" or the
"Company") (NYSE: XOM) and certain of its officers.   The class action, filed
in the United States District Court for the Northern District of Texas, and
docketed under 21-cv-000194, is on behalf of a class consisting of all persons
and entities other than Defendants that purchased or otherwise, acquired Exxon
securities between November 6, 2019 and January 14, 2021, both dates inclusive
(the "Class Period"), seeking to recover damages caused by Defendants'
violations of the federal securities laws and to pursue remedies under
Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange
Act") and Rule 10b-5 promulgated thereunder, against the Company and certain
of its top officials.

If you are a shareholder who purchased Exxon securities during the Class
Period, you have until March 29, 2021 to ask the Court to appoint you as Lead
Plaintiff for the class.  A copy of the Complaint can be obtained at
www.pomerantzlaw.com.   To discuss this action, contact Robert S. Willoughby
at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext.
7980. Those who inquire by e-mail are encouraged to include their mailing
address, telephone number, and the number of shares purchased.

[Click here for information about joining the class action]

Exxon explores for and produces crude oil and natural gas in the U.S. and
abroad.  One of the Company's most important oil and gas properties is in the
Permian Basin, which is currently the highest-producing oil field in the U.S.

The Complaint alleges that throughout the Class Period, Defendants made
materially false and misleading statements, and failed to disclose material
adverse facts about the Company's business, operational, and compliance
policies.  Specifically, Defendants made false and/or misleading statements
and failed to disclose to investors that: (i) Exxon forced its employees to
use unrealistic assumptions regarding the timelines for well drilling in the
Permian Basin; (ii) the foregoing assumptions served to artificially inflate
the value of the Company's well operations in the Permian Basin; (iii) the
foregoing conduct, when revealed, subjected Exxon to a heightened risk of
```

App-35

                                    Exxon (003)
regulatory investigation and oversight; and (iv) as a result, the Company's
public statements were materially false and misleading at all relevant times.

On January 15, 2021, pre-market, the Wall Street Journal published an article
entitled "Exxon Draws SEC Probe Over Permian Basin Asset Valuation."  The
article reported that the SEC probe stemmed from a whistleblower complaint
that, during a 2019 internal assessment, workers were forced to use
unrealistic assumptions about how quickly wells in the Permian Basin could be
drilled to reach a higher valuation, and that at least one worker who
complained about the assumptions was fired.

On this news, Exxon's stock price fell $2.42 per share, or 4.81%, to close at
$47.89 per share on January 15, 2021.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris
is acknowledged as one of the premier firms in the areas of corporate,
securities, and antitrust class litigation. Founded by the late Abraham L.
Pomerantz, known as the dean of the class action bar, the Pomerantz Firm
pioneered the field of securities class actions. Today, more than 80 years
later, the Pomerantz Firm continues in the tradition he established, fighting
for the rights of the victims of securities fraud, breaches of fiduciary duty,
and corporate misconduct. The Firm has recovered numerous multimillion-dollar
damages awards on behalf of class members. See www.pomerantzlaw.com.

CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com
888-476-6529 ext. 7980


Cision View original
content:http://www.prnewswire.com/news-releases/pomerantz-law-firm-announces-the-fil
ing-of-a-class-action-against-exxon-mobil-corporation-and-certain-officers---xom-301
217857.html

SOURCE Pomerantz LLP

Website: www.pomerantzlaw.com
-0- Jan/29/2021 03:57 GMT

---------------------------------================================-------------------------------
                              Copyright (c) 2021

############################## END OF STORY 1 ##############################