**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) Civil Action No.: 3:21-cv-00194-N |
| v. | ) ) Hon. David C. Godbey |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, ANDREW P. SWIGER, and DAVID S. ROSENTHAL, | ) ) ) ) |
| Defendants. | ) ) ) ) ) ) |

**AGREED ORDER EXTENDING TIME FOR LEAD PLAINTIFF TO FILE THE**
**AMENDED COMPLAINT AND SUBSEQUENT DEADLINES**

**NOW**, upon review of Lead Plaintiffs Amalgamated Bank ("Amalgamated") and State of Rhode Island, Office of the General Treasurer on behalf of the Employees' Retirement System of Rhode Island ("Rhode Island") (together, "Lead Plaintiff") Unopposed Motion to Extend the Deadline for Filing The Amended Complaint and Subsequent Deadlines, and due consideration having had thereon, and finding that no party will be prejudiced by this Order; it is hereby

**ORDERED**, that the Motion is GRANTED;

**ORDERED**, that Lead Plaintiff's original deadline to file and serve the amended complaint is hereby extended to September 10, 2021;

**ORDERED**, that Defendants shall answer, move against, or otherwise respond to Lead Plaintiff's amended complaint within seventy-five (75) days after Lead Plaintiff files the amended complaint;

2

**ORDERED**, that if Defendants move to dismiss the amended complaint, Lead Plaintiff shall have forty-five (45) days from the filing of such motion in which to file its opposition to that motion; if Lead Plaintiff files an opposition, Defendants shall have thirty (30) days from the filing of Lead Plaintiff's opposition in which to file a reply;

**ORDERED**, that should any of the deadlines set pursuant to this Order fall on a Saturday, Sunday, or legal holiday, the period will continue to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

**WHEREFORE**, this motion is GRANTED.

SIGNED this 23rd day of August, 2021.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ _____
Lewis T. LeClair
Texas Bar No. 12072500
lleclair@mckoolsmith.com
**McKOOL SMITH PC**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Phone: (214) 978-4000
Fax: (214) 978-4044


*Liaison Counsel for the Class*


Daniel L. Berger (*pro hac vice*)
dberger@gelaw.com
Barbara J. Hart (*pro hac vice*)
bhart@gelaw.com
Caitlin M. Moyna (*pro hac vice*)
cmoyna@gelaw.com
Rachel A. Berger (*pro hac vice*)
rberger@gelaw.com
**GRANT & EISENHOFER PA**
485 Lexington Avenue
New York, New York 10017
Phone: (646)722-8500
Fax: (646) 7222-8501


*Co-Lead Counsel the Class*

John Rizio-Hamilton (*pro hac vice*)
johnr@blbglaw.com
Rebecca E. Boon (*pro hac vice*)
rebecca.boon@blbglaw.com
Kate W. Aufses (*pro hac vice*)
kate.aufses@blbglaw.com
R. Ryan Dykhouse (*pro hac vice*)
ryan.dykhouse@blbglaw.com
Matthew Traylor (*pro hac vice motion pending*)
matthew.traylor@blbglaw.com
**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 554-1400
Fax: (212) 554-1444


*Co-Lead Counsel for the Class*

4