# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Civil Action No. 3:21-cv-00194-N |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, ANDREW P. SWIGER, and DAVID S. ROSENTHAL, | ) ) ) ) | |
| *Defendants.* | ) ) ) | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

Pending before the Court is the unopposed motion by Counsel for Plaintiff Martin J. Bentler ("Bentler") to withdraw Karl Rupp, Bradley E. Beckworth, Jeffrey J. Angelovich, Susan Whatley, and Cody Hill as attorneys for Bentler. Having considered Counsel for Bentler's unopposed motion to withdraw, the Court hereby GRANTS the motion. It is therefore:

ORDERED that Karl Rupp, Bradley E. Beckworth, Jeffrey J. Angelovich, Susan Whatley, and Cody Hill are hereby withdrawn as counsel of record for Plaintiff Martin J. Bentler. The Court directs the Clerk to terminate CM/ECF notices to Karl Rupp, Bradley E. Beckworth, Jeffrey J. Angelovich, Susan Whatley, and Cody Hill in this case.

SIGNED this 7th day of September, 2021.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE