**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>EXXON MOBIL CORPORATION, DARREN W. WOODS, NEIL A. CHAPMAN, JACK WILLIAMS, NEIL A. HANSEN, DAVID ROSENTHAL, LIAM M. MALLON, JEFFREY J. WOODBURY, and SARA N. ORTWEIN,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 3:21-cv-00194-N |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

Pending before the Court is the unopposed motion by Kenneth P. Held – counsel for Defendants Exxon Mobil Corporation, Darren W. Woods, Neil A. Chapman, Jack Williams, Neil A. Hansen, David S. Rosenthal, Liam M. Mallon, and Jeffrey J. Woodbury ("Defendants") – to withdraw Kenneth P. Held as attorney for Defendants. Having considered the unopposed motion to withdraw, the Court hereby GRANTS the motion. It is therefore:

ORDERED that Kenneth P. Held is hereby withdrawn as counsel of record for Defendants. The Court directs the Clerk to terminate CM/ECF notices to Kenneth P. Held in this case.

SIGNED October 6, 2021.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE