**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> EXXON MOBIL CORPORATION, DARREN W. WOODS, NEIL A. CHAPMAN, JACK WILLIAMS, NEIL A. HANSEN, DAVID ROSENTHAL, LIAM M. MALLON, JEFFREY J. WOODBURY, and SARA N. ORTWEIN, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 3:21-cv-00194-N |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR**
**LEAVE TO EXCEED PAGE LIMITS**

On this day, the Court considered Defendants' Unopposed Motion for Leave to Exceed Page Limits. After considering the Motion, the Court has determined that the Motion should be GRANTED.  It is therefore ORDERED that Defendants' principal brief in support of their Motion to Dismiss shall not exceed 45 pages, exclusive of the cover page, tables of contents and authorities, the glossary, and signature pages.

SIGNED this 17th day of November, 2021.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE