**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>EXXON MOBIL CORPORATION, DARREN W. WOODS, NEIL A. CHAPMAN, JACK P. WILLIAMS, NEIL A. HANSEN, DAVID S. ROSENTHAL, LIAM M. MALLON, JEFFREY J. WOODBURY, and SARA N. ORTWEIN,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> Civil Action No.: 3:21-cv-00194-N |

**DEFENDANTS' MOTION TO COMPEL
PLAINTIFFS TO IDENTIFY CONFIDENTIAL WITNESSES**

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
Tel.: (713) 655-5122
Fax: (713) 483-9122

*Attorneys for Defendants Exxon Mobil
Corporation, Darren W. Woods, Neil A.
Chapman, Jack Williams, Neil A. Hansen,
David S. Rosenthal, Liam M. Mallon, Jeffrey
J. Woodbury, and Sara N. Ortwein*

Defendants Exxon Mobil Corporation, Darren W. Woods, Neil A. Chapman, Jack P. Williams, Neil A. Hansen, David S. Rosenthal, Liam M. Mallon, Jeffrey J. Woodbury, and Sara N. Ortwein ("Defendants") respectfully submit this motion to compel Plaintiffs to disclose to Defendants the identity of the confidential witnesses, "FE1" through "FE6," listed in Plaintiffs' Amended Class Action Complaint.  (Dkt. 53.)  The grounds for this motion are set forth in the accompanying brief in support of Defendants' Motion to Compel Plaintiffs to Identify Confidential Witnesses.

Dated: November 19, 2021                    Respectfully submitted,

                                            /s/ Noelle M. Reed
                                              Noelle M. Reed
                                                 State Bar No. 24044211
                                              Wallis M. Hampton
                                                 State Bar No. 00784199
                                              Brent M. Hanson
                                                 State Bar No. 24106051
                                              SKADDEN, ARPS, SLATE,
                                                 MEAGHER & FLOM LLP
                                              1000 Louisiana Street, Suite 6800
                                              Houston, Texas 77002
                                              Tel.: (713) 655-5122
                                              Fax: (713) 483-9122
                                              noelle.reed@skadden.com
                                              wallis.hampton@skadden.com
                                              brent.hanson@skadden.com

                                              Michelle L. Davis
                                                 State Bar No. 24038854
                                              SKADDEN, ARPS, SLATE,
                                                 MEAGHER & FLOM LLP
                                              308 Bahama Court
                                              Granbury, Texas 76048
                                              Tel.: (713) 655-5197
                                              Fax: (713) 483-9197
                                              michelle.davis@skadden.com

                                              *Attorneys for Defendants Exxon Mobil
                                              Corporation, Darren W. Woods, Neil A.
                                              Chapman, Jack Williams, Neil A. Hansen,
                                              David S. Rosenthal, Liam M. Mallon,
                                              Jeffrey J. Woodbury, and Sara N. Ortwein*

3

**CERTIFICATE OF CONFERENCE**

On November 18 and 19, 2021, I conferred with Plaintiffs' counsel Caitlin Moyna regarding this Motion. Plaintiffs oppose the Motion.

/s/ Noelle M. Reed
Noelle M. Reed