**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) Civil Action No.: 3:21-cv-00194-N ) ) |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, NEIL A. CHAPMAN, JACK P. WILLIAMS, NEIL A. HANSEN, DAVID S. ROSENTHAL, LIAM M. MALLON, JEFFREY J. WOODBURY, and SARA N. ORTWEIN, | ) ) ) ) ) ) ) ) ) |
| *Defendants*. | ) ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL**
**PLAINTIFFS TO IDENTIFY CONFIDENTIAL WITNESSES**

On this day, the Court considered Defendants' Motion to Compel Plaintiffs to Identify Confidential Witnesses. After considering the Motion, the Response, and all pleadings on file, the Court has determined that the Motion is meritorious and should be granted. It is therefore ORDERED that Plaintiffs shall provide Defendants with the full names of FE1 through FE6 within three business days of this Order.

SIGNED this _____ day of _____, 2021.

 

 

                   DAVID C. GODBEY
                   UNITED STATES DISTRICT JUDGE