**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> EXXON MOBIL CORPORATION, DARREN W. WOODS, NEIL A. CHAPMAN, JACK WILLIAMS, NEIL A. HANSEN, DAVID ROSENTHAL, LIAM M. MALLON, JEFFREY J. WOODBURY, and SARA N. ORTWEIN, <br><br> *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 3:21-cv-00194-N |

**APPENDIX IN SUPPORT OF MOTION TO DISMISS
<u>AMENDED CLASS ACTION COMPLAINT AND BRIEF IN SUPPORT</u>**

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
Tel.: (713) 655-5122
Fax: (713) 483-9122

*Attorneys for Defendants Exxon Mobil
Corporation, Darren W. Woods, Neil A.
Chapman, Jack Williams, Neil A. Hansen,
David S. Rosenthal, Liam M. Mallon, Jeffrey
J. Woodbury, and Sara N. Ortwein*

In support of Exxon Mobil Corporation, Darren W. Woods, Neil A. Chapman, Jack P. Williams, Neil A. Hansen, David S. Rosenthal, Liam M. Mallon, Jeffrey J. Woodbury, and Sara N. Ortwein's Motion to Dismiss the Amended Class Action Complaint and Brief in Support, attached are true and correct copies of the following documents:

| Exhibit No. | Description | Page(s) |
|---|---|---|
| A | Declaration of Noelle M. Reed | A-1 — A-7 |
| 1 | Exxon Mobil Corporation's Form 10-K for the Fiscal Year Ended December 31, 2018 (excerpts) | A-8 — A-43 |
| 2 | Exxon Mobil Corporation's Form 10-K for the Fiscal Year Ended December 31, 2019 (excerpts) | A-44 — A-68 |
| 3 | Exxon Mobil Corporation's Form 10-K for the Fiscal Year Ended December 31, 2020  (excerpts) | A-69 — A-106 |
| 4 | Exxon Mobil Corporation's Notice of 2018 Annual Meeting and Proxy Statement (excerpts) | A-107 — A-109 |
| 5 | November 26, 2018 SEC Form 4 for Neil A. Hansen | A-110 — A-111 |
| 6 | November 28, 2018 SEC Form 4 for Neil A. Hansen | A-112 — A-112 |
| 7 | December 3, 2018 SEC Form 4 for Neil A. Hansen | A-113 — A-113 |
| 8 | December 14, 2018 SEC Form 4 for Neil A. Hansen | A-114 — A-114 |
| 9 | November 26, 2019 SEC Form 4 for Neil A. Hansen | A-115 — A-116 |
| 10 | December 3, 2019 SEC Form 4 for Neil A. Hansen | A-117 — A-117 |
| 11 | December 10, 2019 SEC Form 4 for Neil A. Hansen | A-118 — A-118 |
| 12 | November 26, 2018 SEC Form 4 for Liam M. Mallon | A-119 — A-119 |
| 13 | November 28, 2018 SEC Form 4 for Liam M. Mallon | A-120 — A-120 |
| 14 | December 3, 2018 SEC Form 4 for Liam M. Mallon | A-121 — A-121 |
| 15 | December 12, 2018 SEC Form 4 for Liam M. Mallon | A-122 — A-122 |
| 16 | November 21, 2019 SEC Form 4 for Liam M. Mallon | A-123 — A-123 |
| 17 | December 3, 2019 SEC Form 4 for Liam M. Mallon | A-124 — A-124 |
| 18 | November 24, 2020 SEC Form 4 for Liam M. Mallon | A-125 — A-125 |
| 19 | November 27, 2020 SEC Form 4 for Liam M. Mallon | A-126 — A-126 |

| Exhibit No. | Description | Page(s) |
|---|---|---|
| 20 | March 12, 2018 SEC Form 4 for David S. Rosenthal | A-127 — A-127 |
| 21 | November 9, 2018 SEC Form 4 for David S. Rosenthal | A-128 — A-128 |
| 22 | November 15, 2018 SEC Form 4 for David S. Rosenthal | A-129 — A-129 |
| 23 | November 27, 2018 SEC Form 4 for David S. Rosenthal | A-130 — A-130 |
| 24 | November 28, 2018 SEC Form 4 for David S. Rosenthal | A-131 — A-131 |
| 25 | December 4, 2018 SEC Form 4 for David S. Rosenthal | A-132 — A-132 |
| 26 | November 26, 2019 SEC Form 4 for David S. Rosenthal | A-133 — A-134 |
| 27 | December 4, 2019 SEC Form 4 for David S. Rosenthal | A-135 — A-135 |
| 28 | November 24, 2020 SEC Form 4 for David S. Rosenthal | A-136 — A-136 |
| 29 | Press release issued by Exxon Mobil Corporation on January 17, 2017 | A-137 — A-138 |
| 30 | Press release issued by Exxon Mobil Corporation on March 7, 2018 | A-139 — A-142 |
| 31 | Press release issued by Exxon Mobil Corporation on February 26, 2019 | A-143 — A-144 |
| 32 | Press release issued by Exxon Mobil Corporation on March 5, 2019 | A-145 — A-146 |
| 33 | Press release issued by Exxon Mobil Corporation on March 6, 2019 | A-147 — A-150 |
| 34 | Press release issued by Exxon Mobil Corporation on March 5, 2020 | A-151 — A-154 |
| 35 | Exxon Mobil Corporation's 2017 Financial & Operating Review (excerpts) | A-155 — A-158 |
| 36 | Exxon Mobil Corporation's March 7, 2018 Analyst Meeting presentation (excerpts) | A-159 — A-162 |
| 37 | Exxon Mobil Corporation's October 2, 2018 Upstream Spotlight: Unlocking Permian Value presentation (excerpts) | A-163 — A-164 |
| 38 | Exxon Mobil Corporation's 2018 Summary Annual Report (excerpts) | A-165 — A-167 |
| 39 | Exxon Mobil Corporation's March 6, 2019 Investor Day presentation (excerpts) | A-168 — A-169 |
| 40 | Exxon Mobil Corporation's April 26, 2019 First Quarter 2019 Results presentation (excerpts) | A-170 — A-171 |
| 41 | Exxon Mobil Corporation's June 18, 2019 Growing Upstream Value: Spotlight on Guyana presentation (excerpts) | A-172 — A-173 |
| 42 | Exxon Mobil Corporation's August 2, 2019 Second Quarter 2019 Results presentation (excerpts) | A-174 — A-175 |

3

| Exhibit No. | Description | Page(s) |
|---|---|---|
| 43 | Exxon Mobil Corporation's November 1, 2019 Third Quarter 2019 Results presentation (excerpts) | A-176 — A-177 |
| 44 | Exxon Mobil Corporation's January 31, 2020 Fourth Quarter 2019 Results presentation (excerpts) | A-178 — A-180 |
| 45 | Exxon Mobil Corporation's March 5, 2020 Investor Day presentation (excerpts) | A-181 — A-183 |
| 46 | Exxon Mobil Corporation's February 2, 2021 Fourth Quarter 2020 Results presentation (excerpts) | A-184 — A-186 |
| 47 | Exxon Mobil Corporation's March 7, 2018 Shareholder/Analyst Call Transcript (excerpts) | A-187 — A-190 |
| 48 | Exxon Mobil Corporation's March 6, 2019 Analyst/Investor Day Transcript (excerpts) | A-191 — A-199 |
| 49 | Exxon Mobil Corporation's April 26, 2019 Q1 2019 Earnings Call Transcript (excerpts) | A-200 — A-203 |
| 50 | Exxon Mobil Corporation's November 1, 2019 FQ3 2019 Earnings Call Transcript (excerpts) | A-204 — A-207 |
| 51 | Exxon Mobil Corporation's March 5, 2020 Investor Day Transcript (excerpts) | A-208 — A-211 |
| 52 | Exxon Mobil Corporation's May 1, 2020 Q1 2021 Earnings Call Transcript (excerpts) | A-212 — A-218 |
| 53 | August 3, 2018 *Wall Street Journal* article entitled, "SEC Drops Probe of Exxon's Climate-Change Disclosures" | A-219 — A-221 |
| 54 | January 15, 2021 *Wall Street Journal* article entitled, "Exxon Draws SEC Probe Over Permian Basin Asset Valuation" | A-222 — A-225 |
| 55 | September 7, 2015 *Energy Intelligence* article entitled, "Exxon's Tillerson Sees Old Patterns in Price Downturn" | A-226 — A-229 |

Dated: November 24, 2021

Respectfully submitted,

*/s/ Noelle M. Reed*

Noelle M. Reed
   State Bar No. 24044211
Wallis M. Hampton
   State Bar No. 00784199
Brent M. Hanson
   State Bar No. 24106051
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, Texas 77002
Tel.: (713) 655-5122
Fax: (713) 483-9122
noelle.reed@skadden.com
wallis.hampton@skadden.com
brent.hanson@skadden.com

Michelle L. Davis
   State Bar No. 24038854
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
308 Bahama Court
Granbury, Texas 76048
Tel.: (713) 655-5197
Fax: (713) 483-9197
michelle.davis@skadden.com

*Attorneys for Defendants Exxon Mobil
Corporation, Darren W. Woods, Neil A.
Chapman, Jack Williams, Neil A. Hansen,
David S. Rosenthal, Liam M. Mallon,
Jeffrey J. Woodbury, and Sara N. Ortwein*

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, ) ) ) ) *Plaintiff*, ) ) v. ) ) EXXON MOBIL CORPORATION, DARREN W. WOODS, NEIL A. CHAPMAN, JACK WILLIAMS, NEIL A. HANSEN, DAVID ROSENTHAL, LIAM M. MALLON, JEFFREY J. WOODBURY, and SARA N. ORTWEIN, ) ) ) ) ) ) ) ) *Defendants*. ) ) | Civil Action No. 3:21-cv-00194-N |

**<u>DECLARATION OF NOELLE M. REED</u>**

1.      My name is Noelle M. Reed.  I am over the age of 18, of sound mind, am competent to make this declaration, and every statement herein is based upon my personal knowledge and is true and correct.  I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, resident in the firm's Houston office.  I represent Defendants Exxon Mobil Corporation, Darren W. Woods, Neil A. Chapman, Jack P. Williams, Neil A. Hansen, David S. Rosenthal, Liam M. Mallon, Jeffrey J. Woodbury, and Sara N. Ortwein ("Defendants") in the above-captioned matter.

2.      I submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint and Brief in Support.

3.      Attached as Exhibit 1 is a true and correct copy of excerpts from Exxon Mobil Corporation's Form 10-K for the Fiscal Year Ended December 31, 2018.

4.      Attached as Exhibit 2 is a true and correct copy of excerpts from Exxon Mobil Corporation's Form 10-K for the Fiscal Year Ended December 31, 2019.

5.      Attached as Exhibit 3 is a true and correct copy of excerpts from Exxon Mobil Corporation's Form 10-K for the Fiscal Year Ended December 31, 2020.

6.      Attached as Exhibit 4 is a true and correct copy of excerpts from Exxon Mobil Corporation's Notice of 2018 Annual Meeting and Proxy Statement.

7.      Attached as Exhibit 5 is a true and correct copy of a November 26, 2018 SEC Form 4 for Neil A. Hansen.

8.      Attached as Exhibit 6 is a true and correct copy of a November 28, 2018 SEC Form 4 for Neil A. Hansen.

9.      Attached as Exhibit 7 is a true and correct copy of a December 3, 2018 SEC Form 4 for Neil A. Hansen.

10.      Attached as Exhibit 8 is a true and correct copy of a December 14, 2018 SEC Form 4 for Neil A. Hansen.

11.      Attached as Exhibit 9 is a true and correct copy of a November 26, 2019 SEC Form 4 for Neil A. Hansen.

12.      Attached as Exhibit 10 is a true and correct copy of a December 3, 2019 SEC Form 4 for Neil A. Hansen.

13.      Attached as Exhibit 11 is a true and correct copy of a December 10, 2019 SEC Form 4 for Neil A. Hansen.

14.      Attached as Exhibit 12 is a true and correct copy of a November 26, 2018 SEC Form 4 for Liam M. Mallon.

2

15.     Attached as Exhibit 13 is a true and correct copy of a November 28, 2018 SEC Form 4 for Liam M. Mallon.

16.     Attached as Exhibit 14 is a true and correct copy of a December 3, 2018 SEC Form 4 for Liam M. Mallon.

17.     Attached as Exhibit 15 is a true and correct copy of a December 12, 2018 SEC Form 4 for Liam M. Mallon.

18.     Attached as Exhibit 16 is a true and correct copy of a November 21, 2019 SEC Form 4 for Liam M. Mallon.

19.     Attached as Exhibit 17 is a true and correct copy of a December 3, 2019 SEC Form 4 for Liam M. Mallon.

20.     Attached as Exhibit 18 is a true and correct copy of a November 24, 2020 SEC Form 4 for Liam M. Mallon.

21.     Attached as Exhibit 19 is a true and correct copy of a November 27, 2020 SEC Form 4 for Liam M. Mallon.

22.     Attached as Exhibit 20 is a true and correct copy of a March 12, 2018 SEC Form 4 for David S. Rosenthal.

23.     Attached as Exhibit 21 is a true and correct copy of a November 9, 2018 SEC Form 4 for David S. Rosenthal.

24.     Attached as Exhibit 22 is a true and correct copy of a November 15, 2018 SEC Form 4 for David S. Rosenthal.

25.     Attached as Exhibit 23 is a true and correct copy of a November 27, 2018 SEC Form 4 for David S. Rosenthal.

26.     Attached as Exhibit 24 is a true and correct copy of a November 28, 2018 SEC Form 4 for David S. Rosenthal.

27.     Attached as Exhibit 25 is a true and correct copy of a December 4, 2018 SEC Form 4 for David S. Rosenthal.

28.     Attached as Exhibit 26 is a true and correct copy of a November 26, 2019 SEC Form 4 for David S. Rosenthal.

29.     Attached as Exhibit 27 is a true and correct copy of a December 4, 2019 SEC Form 4 for David S. Rosenthal.

30.     Attached as Exhibit 28 is a true and correct copy of a November 24, 2020 SEC Form 4 for David S. Rosenthal.

31.     Attached as Exhibit 29 is a true and correct copy of a press release issued by Exxon Mobil Corporation on January 17, 2017.

32.     Attached as Exhibit 30 is a true and correct copy of a press release issued by Exxon Mobil Corporation on March 7, 2018.

33.     Attached as Exhibit 31 is a true and correct copy of a press release issued by Exxon Mobil Corporation on February 26, 2019.

34.     Attached as Exhibit 32 is a true and correct copy of a press release issued by Exxon Mobil Corporation on March 5, 2019.

35.     Attached as Exhibit 33 is a true and correct copy of a press release issued by Exxon Mobil Corporation on March 6, 2019.

36.     Attached as Exhibit 34 is a true and correct copy of a press release issued by Exxon Mobil Corporation on March 5, 2020.

37.     Attached as Exhibit 35 is a true and correct copy of excerpts from Exxon Mobil Corporation's 2017 Financial & Operating Review.

38.     Attached as Exhibit 36 is a true and correct copy of excerpts from Exxon Mobil Corporation's March 7, 2018 Analyst Meeting presentation.

39.     Attached as Exhibit 37 is a true and correct copy of excerpts from Exxon Mobil Corporation's October 2, 2018 Upstream Spotlight: Unlocking Permian Value presentation.

40.     Attached as Exhibit 38 is a true and correct copy of excerpts from Exxon Mobil Corporation's 2018 Summary Annual Report.

41.     Attached as Exhibit 39 is a true and correct copy of excerpts from Exxon Mobil Corporation's March 6, 2019 Investor Day presentation.

42.     Attached as Exhibit 40 is a true and correct copy of excerpts from Exxon Mobil Corporation's April 26, 2019 First Quarter 2019 Results presentation.

43.     Attached as Exhibit 41 is a true and correct copy of excerpts from Exxon Mobil Corporation's June 18, 2019 Growing Upstream Value: Spotlight on Guyana presentation.

44.     Attached as Exhibit 42 is a true and correct copy of excerpts from Exxon Mobil Corporation's August 2, 2019 Second Quarter 2019 Results presentation.

45.     Attached as Exhibit 43 is a true and correct copy of excerpts from Exxon Mobil Corporation's November 1, 2019 Third Quarter 2019 Results presentation.

46.     Attached as Exhibit 44 is a true and correct copy of excerpts from Exxon Mobil Corporation's January 31, 2020 Fourth Quarter 2019 Results presentation.

47.     Attached as Exhibit 45 is a true and correct copy of excerpts from Exxon Mobil Corporation's March 5, 2020 Investor Day presentation.

48.      Attached as Exhibit 46 is a true and correct copy of excerpts from Exxon Mobil Corporation's February 2, 2021 Fourth Quarter 2020 Results presentation.

49.      Attached as Exhibit 47 is a true and correct copy of excerpts from Exxon Mobil Corporation's March 7, 2018 Shareholder/Analyst Call Transcript.

50.      Attached as Exhibit 48 is a true and correct copy of excerpts from Exxon Mobil Corporation's March 6, 2019 Analyst/Investor Day Transcript.

51.      Attached as Exhibit 49 is a true and correct copy of excerpts from Exxon Mobil Corporation's April 26, 2019 Q1 2019 Earnings Call Transcript.

52.      Attached as Exhibit 50 is a true and correct copy of excerpts from Exxon Mobil Corporation's November 1, 2019 FQ3 2019 Earnings Call Transcript.

53.      Attached as Exhibit 51 is a true and correct copy of excerpts from Exxon Mobil Corporation's March 5, 2020 Investor Day Transcript.

54.      Attached as Exhibit 52 is a true and correct copy of excerpts from Exxon Mobil Corporation's May 1, 2020 Q1 2021 Earnings Call Transcript.

55.      Attached as Exhibit 53 is a true and correct copy of an August 3, 2018 *Wall Street Journal* article entitled, "SEC Drops Probe of Exxon's Climate-Change Disclosures."

56.      Attached as Exhibit 54 is a true and correct copy of a January 15, 2021 *Wall Street Journal* article entitled, "Exxon Draws SEC Probe Over Permian Basin Asset Valuation."

57.      Attached as Exhibit 55 is a true and correct copy of a September 7, 2015 *Energy Intelligence* article entitled, "Exxon's Tillerson Sees Old Patterns in Price Downturn."

I declare under penalty of perjury that the foregoing is true and correct.

6

A-6

Executed on November 24, 2021.

_____

Noelle M. Reed

# EXHIBIT 1

**2018**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-K**

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2018

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from          to

Commission File Number 1-2256

# EXXON MOBIL CORPORATION

(Exact name of registrant as specified in its charter)

| **NEW JERSEY** | **13-5409005** |
|---|---|
| (State or other jurisdiction of | (I.R.S. Employer |
| incorporation or organization) | Identification Number) |

**5959 LAS COLINAS BOULEVARD, IRVING, TEXAS 75039-2298**

(Address of principal executive offices) (Zip Code)

**(972) 940-6000**

(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| **Common Stock, without par value (4,234,802,431 shares outstanding at January 31, 2019)** | **New York Stock Exchange** |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☑   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☑   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☑ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Act).   Yes ☐   No ☑

The aggregate market value of the voting stock held by non-affiliates of the registrant on June 29, 2018, the last business day of the registrant's most recently completed second fiscal quarter, based on the closing price on that date of $82.73 on the New York Stock Exchange composite tape, was in excess of $350 billion.

**Documents Incorporated by Reference:  Proxy Statement for the 2019 Annual Meeting of Shareholders (Part III)**

**EXXON MOBIL CORPORATION**
**FORM 10-K**
**FOR THE FISCAL YEAR ENDED DECEMBER 31, 2018**

**TABLE OF CONTENTS**

**PART I**

Item 1.          Business          1

Item 1A.         Risk Factors          2

Item 1B.         Unresolved Staff Comments          5

Item 2.          Properties          6

Item 3.          Legal Proceedings          27

Item 4.          Mine Safety Disclosures          27

Executive Officers of the Registrant [pursuant to Instruction 3 to Regulation S-K, Item 401(b)]          28

**PART II**

Item 5.          Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities          31

Item 6.          Selected Financial Data          31

Item 7.          Management's Discussion and Analysis of Financial Condition and Results of Operations          31

Item 7A.         Quantitative and Qualitative Disclosures About Market Risk          31

Item 8.          Financial Statements and Supplementary Data          32

Item 9.          Changes in and Disagreements With Accountants on Accounting and Financial Disclosure          32

Item 9A.         Controls and Procedures          32

Item 9B.         Other Information          32

**PART III**

Item 10.

Directors, Executive Officers and Corporate Governance                                                    33

Item 11.
        Executive Compensation                                                                           33

Item 12.
        Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters    33

Item 13.
        Certain Relationships and Related Transactions, and Director Independence                         34

Item 14.
        Principal Accounting Fees and Services                                                            34

**PART IV**

Item 15.
        Exhibits, Financial Statement Schedules                                                          34

Item 16.
        Form 10-K Summary                                                                                 34

Financial Section                                                                                         35

Index to Exhibits                                                                                        123

Signatures                                                                                               124

Exhibits 31 and 32 — Certifications

PART I

**ITEM 1.    BUSINESS**

Exxon Mobil Corporation was incorporated in the State of New Jersey in 1882. Divisions and affiliated companies of ExxonMobil operate or market products in the United States and most other countries of the world. Their principal business involves exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products. Affiliates of ExxonMobil conduct extensive research programs in support of these businesses.

Exxon Mobil Corporation has several divisions and hundreds of affiliates, many with names that include *ExxonMobil*, *Exxon*, *Esso, Mobil* or *XTO*. For convenience and simplicity, in this report the terms *ExxonMobil, Exxon, Esso, Mobil* and *XTO*, as well as terms like *Corporation*, *Company*, *our*, *we* and *its*, are sometimes used as abbreviated references to specific affiliates or groups of affiliates. The precise meaning depends on the context in question.

The energy and petrochemical industries are highly competitive. There is competition within the industries and also with other industries in supplying the energy, fuel and chemical needs of both industrial and individual consumers. The Corporation competes with other firms in the sale or purchase of needed goods and services in many national and international markets and employs all methods of competition which are lawful and appropriate for such purposes.

Operating data and industry segment information for the Corporation are contained in the Financial Section of this report under the following: "Quarterly Information", "Note 18: Disclosures about Segments and Related Information" and "Operating Information". Information on oil and gas reserves is contained in the "Oil and Gas Reserves" part of the "Supplemental Information on Oil and Gas Exploration and Production Activities" portion of the Financial Section of this report.

ExxonMobil has a long-standing commitment to the development of proprietary technology. We have a wide array of research programs designed to meet the needs identified in each of our business segments. ExxonMobil held nearly 13 thousand active patents worldwide at the end of 2018. For technology licensed to third parties, revenues totaled approximately $119 million in 2018. Although technology is an important contributor to the overall operations and results of our Company, the profitability of each business segment is not dependent on any individual patent, trade secret, trademark, license, franchise or concession.

The number of regular employees was 71.0 thousand, 69.6 thousand, and 71.1 thousand at years ended 2018, 2017 and 2016, respectively. Regular employees are defined as active executive, management, professional, technical and wage employees who work full time or part time for the Corporation and are covered by the Corporation's benefit plans and programs.

Throughout ExxonMobil's businesses, new and ongoing measures are taken to prevent and minimize the impact of our operations on air, water and ground. These include a significant investment in refining infrastructure and technology to manufacture clean fuels, as well as projects to monitor and reduce nitrogen oxide, sulfur oxide and greenhouse gas emissions, and expenditures for asset retirement obligations. Using definitions and guidelines established by the American Petroleum Institute, ExxonMobil's 2018 worldwide environmental expenditures for all such preventative and remediation steps, including ExxonMobil's share of equity company expenditures, were $4.9 billion, of which $3.6 billion were included in expenses with the remainder in capital expenditures. The total cost for such activities is expected to increase to approximately $5.7 billion in 2019 and 2020. Capital expenditures are expected to account for approximately 30 percent of the total.

Information concerning the source and availability of raw materials used in the Corporation's business, the extent of seasonality in the business, the possibility of renegotiation of profits or termination of contracts at the election of governments and risks attendant to foreign operations may be found in "Item 1A. Risk Factors" and "Item 2. Properties" in this report.

ExxonMobil maintains a website at exxonmobil.com. Our annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K and any amendments to those reports filed or furnished pursuant to Section 13(a) of the Securities Exchange Act of 1934 are made available through our website as soon as reasonably practical after we electronically file or furnish the reports to the Securities and Exchange Commission (SEC). Also available on the Corporation's website are the Company's Corporate Governance Guidelines and Code of Ethics and Business Conduct, as well as the charters of the audit, compensation and nominating committees of the Board of Directors. Information on our website is not incorporated into this report.

The SEC maintains an internet site (http://www.sec.gov) that contains reports, proxy and information statements, and other information regarding issuers that file electronically with the SEC.

1

ExxonMobil's financial and operating results are subject to a variety of risks inherent in the global oil, gas, and petrochemical businesses. Many of these risk factors are not within the Company's control and could adversely affect our business, our financial and operating results, or our financial condition. These risk factors include:

### Supply and Demand

The oil, gas, and petrochemical businesses are fundamentally commodity businesses. This means ExxonMobil's operations and earnings may be significantly affected by changes in oil, gas, and petrochemical prices and by changes in margins on refined products. Oil, gas, petrochemical, and product prices and margins in turn depend on local, regional, and global events or conditions that affect supply and demand for the relevant commodity. Any material decline in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Upstream segment, financial condition, and proved reserves. On the other hand, a material increase in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Downstream and Chemical segments.

**Economic conditions.** The demand for energy and petrochemicals is generally linked closely with broad-based economic activities and levels of prosperity. The occurrence of recessions or other periods of low or negative economic growth will typically have a direct adverse impact on our results. Other factors that affect general economic conditions in the world or in a major region, such as changes in population growth rates, periods of civil unrest, government austerity programs, or currency exchange rate fluctuations, can also impact the demand for energy and petrochemicals. Sovereign debt downgrades, defaults, inability to access debt markets due to credit or legal constraints, liquidity crises, the breakup or restructuring of fiscal, monetary, or political systems such as the European Union, and other events or conditions that impair the functioning of financial markets and institutions also pose risks to ExxonMobil, including risks to the safety of our financial assets and to the ability of our partners and customers to fulfill their commitments to ExxonMobil.

**Other demand-related factors.** Other factors that may affect the demand for oil, gas, and petrochemicals, and therefore impact our results, include technological improvements in energy efficiency; seasonal weather patterns; increased competitiveness of alternative energy sources; changes in technology or consumer preferences that alter fuel choices, such as technological advances in energy storage that make wind and solar more competitive for power generation or increased consumer demand for alternative fueled or electric vehicles; and broad-based changes in personal income levels.

**Other supply-related factors.** Commodity prices and margins also vary depending on a number of factors affecting supply. For example, increased supply from the development of new oil and gas supply sources and technologies to enhance recovery from existing sources tend to reduce commodity prices to the extent such supply increases are not offset by commensurate growth in demand. Similarly, increases in industry refining or petrochemical manufacturing capacity relative to demand tend to reduce margins on the affected products. World oil, gas, and petrochemical supply levels can also be affected by factors that reduce available supplies, such as adherence by countries to OPEC production quotas and other agreements among sovereigns, and the occurrence of wars, hostile actions, natural disasters, disruptions in competitors' operations, logistics constraints or unexpected unavailability of distribution channels that may disrupt supplies. Technological change can also alter the relative costs for competitors to find, produce, and refine oil and gas and to manufacture petrochemicals.

**Other market factors.** ExxonMobil's business results are also exposed to potential negative impacts due to changes in interest rates, inflation, currency exchange rates, and other local or regional market conditions.

### Government and Political Factors

ExxonMobil's results can be adversely affected by political or regulatory developments affecting our operations.

**Access limitations.** A number of countries limit access to their oil and gas resources, or may place resources off-limits from development altogether. Restrictions on foreign investment in the oil and gas sector tend to increase in times of high commodity prices, when national governments may have less need of outside sources of private capital. Many countries also restrict the import or export of certain products based on point of origin.

**Restrictions on doing business.** ExxonMobil is subject to laws and sanctions imposed by the United States or by other jurisdictions where we do business that may prohibit ExxonMobil or certain of its affiliates from doing business in certain countries, or restricting the kind of business that may be conducted. Such restrictions may provide a competitive advantage to competitors who may not be subject to comparable restrictions.

**Lack of legal certainty.** Some countries in which we do business lack well-developed legal systems, or have not yet adopted, or may be unable to maintain, clear regulatory frameworks for oil and gas development. Lack of legal certainty exposes our operations to increased risk of adverse or unpredictable actions by government officials, and also makes it more difficult for us to enforce our contracts. In some cases these risks can be partially offset by agreements to arbitrate disputes in an international forum, but the adequacy of this remedy may still depend on the local legal system to enforce an award.

**Regulatory and litigation risks.** Even in countries with well-developed legal systems where ExxonMobil does business, we remain exposed to changes in law or interpretation of settled law (including changes that result from international treaties and accords) that could adversely affect our results, such as:

> increases in taxes, duties, or government royalty rates (including retroactive claims);
>
> price controls;
>
> changes in environmental regulations or other laws that increase our cost of compliance or reduce or delay available business opportunities (including changes in laws related to offshore drilling operations, water use, methane emissions, hydraulic fracturing or plastics);
>
> adoption of regulations mandating efficiency standards, the use of alternative fuels or uncompetitive fuel components;
>
> adoption of government payment transparency regulations that could require us to disclose competitively sensitive commercial information, or that could cause us to violate the non-disclosure laws of other countries; and
>
> government actions to cancel contracts, re-denominate the official currency, renounce or default on obligations, renegotiate terms unilaterally, or expropriate assets.

Legal remedies available to compensate us for expropriation or other takings may be inadequate.

We also may be adversely affected by the outcome of litigation, especially in countries such as the United States in which very large and unpredictable punitive damage awards may occur, or by government enforcement proceedings alleging non-compliance with applicable laws or regulations.

**Security concerns.** Successful operation of particular facilities or projects may be disrupted by civil unrest, acts of sabotage or terrorism, cybersecurity attacks, and other local security concerns. Such concerns may require us to incur greater costs for security or to shut down operations for a period of time.

**Climate change and greenhouse gas restrictions.** Due to concern over the risks of climate change, a number of countries have adopted, or are considering the adoption of, regulatory frameworks to reduce greenhouse gas emissions. These include adoption of cap and trade regimes, carbon taxes, minimum renewable usage requirements, restrictive permitting, increased efficiency standards, and incentives or mandates for renewable energy. Such policies could make our products more expensive, less competitive, lengthen project implementation times, and reduce demand for hydrocarbons, as well as shift hydrocarbon demand toward relatively lower-carbon sources such as natural gas. Current and pending greenhouse gas regulations or policies may also increase our compliance costs, such as for monitoring or sequestering emissions.

**Government sponsorship of alternative energy.** Many governments are providing tax advantages and other subsidies to support alternative energy sources or are mandating the use of specific fuels or technologies. Governments and others are also promoting research into new technologies to reduce the cost and increase the scalability of alternative energy sources. We are conducting our own research both in-house and by working with more than 80 leading universities around the world, including the Massachusetts Institute of Technology, Princeton University, The University of Texas, and Stanford University. Our research projects focus on developing algae-based biofuels, carbon capture and storage, breakthrough energy efficiency processes, advanced energy-saving materials, and other technologies. For example, ExxonMobil is working with Fuel Cell Energy Inc. to explore using carbonate fuel cells to economically capture $CO_2$ emissions from gas-fired power plants. Our future results may depend in part on the success of our research efforts and on our ability to adapt and apply the strengths of our current business model to providing the energy products of the future in a cost-competitive manner. See "Operational and Other Factors" below.

### Operational and Other Factors

In addition to external economic and political factors, our future business results also depend on our ability to manage successfully those factors that are at least in part within our control. The extent to which we manage these factors will impact our performance relative to competition. For projects in which we are not the operator, we depend on the management effectiveness of one or more co-venturers whom we do not control.

**Exploration and development program.** Our ability to maintain and grow our oil and gas production depends on the success of our exploration and development efforts. Among other factors, we must continuously improve our ability to identify the most promising resource prospects and apply our project management expertise to bring discovered resources on line as scheduled and within budget.

3

A-13

**Project and portfolio management.** The long-term success of ExxonMobil's Upstream, Downstream and Chemical businesses depends on complex, long‑term, capital intensive projects. These projects in turn require a high degree of project management expertise to maximize efficiency. Specific factors that can affect the performance of major projects include our ability to: negotiate successfully with joint venturers, partners, governments, suppliers, customers, or others; model and optimize reservoir performance; develop markets for project outputs, whether through long-term contracts or the development of effective spot markets; manage changes in operating conditions and costs, including costs of third party equipment or services such as drilling rigs and shipping; prevent, to the extent possible, and respond effectively to unforeseen technical difficulties that could delay project startup or cause unscheduled project downtime; and influence the performance of project operators where ExxonMobil does not perform that role. In addition to the effective management of individual projects, ExxonMobil's success, including our ability to mitigate risk and provide attractive returns to shareholders, depends on our ability to successfully manage our overall portfolio, including diversification among types and locations of our projects.

The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

**Operational efficiency.** An important component of ExxonMobil's competitive performance, especially given the commodity‑based nature of many of our businesses, is our ability to operate efficiently, including our ability to manage expenses and improve production yields on an ongoing basis. This requires continuous management focus, including technology improvements, cost control, productivity enhancements, regular reappraisal of our asset portfolio, and the recruitment, development, and retention of high caliber employees.

**Research and development and technological change.** To maintain our competitive position, especially in light of the technological nature of our businesses and the need for continuous efficiency improvement, ExxonMobil's research and development organizations must be successful and able to adapt to a changing market and policy environment, including developing technologies to help reduce greenhouse gas emissions. To remain competitive we must also continuously adapt and capture the benefits of new and emerging technologies.

**Safety, business controls, and environmental risk management.** Our results depend on management's ability to minimize the inherent risks of oil, gas, and petrochemical operations, to control effectively our business activities, and to minimize the potential for human error. We apply rigorous management systems and continuous focus on workplace safety and avoiding spills or other adverse environmental events. For example, we work to minimize spills through a combined program of effective operations integrity management, ongoing upgrades, key equipment replacements, and comprehensive inspection and surveillance. Similarly, we are implementing cost-effective new technologies and adopting new operating practices to reduce air emissions, not only in response to government requirements but also to address community priorities. We also maintain a disciplined framework of internal controls and apply a controls management system for monitoring compliance with this framework. Substantial liabilities and other adverse impacts could result if our management systems and controls do not function as intended.

**Cybersecurity.** ExxonMobil is regularly subject to attempted cybersecurity disruptions from a variety of threat actors including state-sponsored actors. ExxonMobil's defensive preparedness includes multi-layered technological capabilities for prevention and detection of cybersecurity disruptions; non-technological measures such as threat information sharing with governmental and industry groups; internal training and awareness campaigns including routine testing of employee awareness and an emphasis on resiliency including business response and recovery. If the measures we are taking to protect against cybersecurity disruptions prove to be insufficient, ExxonMobil as well as our customers, employees, or third parties could be adversely affected. Cybersecurity disruptions could cause physical harm to people or the environment; damage or destroy assets; compromise business systems; result in proprietary information being altered, lost, or stolen; result in employee, customer, or third-party information being compromised; or otherwise disrupt our business operations. We could incur significant costs to remedy the effects of a major cybersecurity disruption in addition to costs in connection with resulting regulatory actions, litigation or reputational harm.

**Preparedness.** Our operations may be disrupted by severe weather events, natural disasters, human error, and similar events. For example, hurricanes may damage our offshore production facilities or coastal refining and petrochemical plants in vulnerable areas. Our facilities are designed, constructed, and operated to withstand a variety of extreme climatic and other conditions, with safety factors built in to cover a number of engineering uncertainties, including those associated with wave, wind, and current intensity, marine ice flow patterns, permafrost stability, storm surge magnitude, temperature extremes, extreme rainfall events, and earthquakes. Our consideration of changing weather conditions and inclusion of safety factors in design covers the engineering uncertainties that climate change and other events may potentially introduce. Our ability to mitigate the adverse impacts of these events depends in part upon the effectiveness of our robust facility engineering as well as our rigorous disaster preparedness and response and business continuity planning.

4

A-14

**Insurance limitations.** The ability of the Corporation to insure against many of the risks it faces as described in this Item 1A is limited by the capacity of the applicable insurance markets, which may not be sufficient.

**Competition.** As noted in Item 1 above, the energy and petrochemical industries are highly competitive. We face competition not only from other private firms, but also from state-owned companies that are increasingly competing for opportunities outside of their home countries. In some cases, these state-owned companies may pursue opportunities in furtherance of strategic objectives of their government owners, with less focus on financial returns than companies owned by private shareholders, such as ExxonMobil. Technology and expertise provided by industry service companies may also enhance the competitiveness of firms that may not have the internal resources and capabilities of ExxonMobil or reduce the need for resource-owning countries to partner with private-sector oil and gas companies in order to monetize national resources.

**Reputation.** Our reputation is an important corporate asset. An operating incident, significant cybersecurity disruption, or other adverse event such as those described in this Item 1A may have a negative impact on our reputation, which in turn could make it more difficult for us to compete successfully for new opportunities, obtain necessary regulatory approvals, or could reduce consumer demand for our branded products. ExxonMobil's reputation may also be harmed by events which negatively affect the image of our industry as a whole.

Projections, estimates, and descriptions of ExxonMobil's plans and objectives included or incorporated in Items 1, 1A, 2, 7 and 7A of this report are forward-looking statements. Actual future results, including project completion dates, production rates, capital expenditures, costs, and business plans could differ materially due to, among other things, the factors discussed above and elsewhere in this report.

## ITEM 1B.        UNRESOLVED STAFF COMMENTS

None.

**Information with regard to oil and gas producing activities follows:**

**1. Disclosure of Reserves**

**A. Summary of Oil and Gas Reserves at Year-End 2018**

The table below summarizes the oil-equivalent proved reserves in each geographic area and by product type for consolidated subsidiaries and equity companies. Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels. The Corporation has reported proved reserves on the basis of the average of the first-day-of-the-month price for each month during the last 12-month period. No major discovery or other favorable or adverse event has occurred since December 31, 2018, that would cause a significant change in the estimated proved reserves as of that date.

| | Crude Oil | Natural Gas Liquids | Bitumen | Synthetic Oil | Natural Gas | Oil-Equivalent Total All Products |
|---|---|---|---|---|---|---|
| | *(million bbls)* | *(million bbls)* | *(million bbls)* | *(million bbls)* | *(billion cubic ft)* | *(million bbls)* |
| **Proved Reserves** | | | | | | |
| **Developed** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 1,257 | 439 | - | - | 12,538 | 3,786 |
| Canada/Other Americas *(1)* | 144 | 9 | 3,880 | 466 | 605 | 4,599 |
| Europe | 101 | 22 | - | - | 1,116 | 309 |
| Africa | 496 | 82 | - | - | 581 | 675 |
| Asia | 2,184 | 101 | - | - | 3,618 | 2,888 |
| Australia/Oceania | 75 | 43 | - | - | 4,336 | 841 |
| Total Consolidated | 4,257 | 696 | 3,880 | 466 | 22,794 | 13,098 |
| | | | | | | |
| **Equity Companies** | | | | | | |
| United States | 202 | 6 | - | - | 152 | 233 |
| Europe | 15 | - | - | - | 988 | 180 |
| Africa | - | - | - | - | - | - |
| Asia | 637 | 282 | - | - | 11,951 | 2,911 |
| Total Equity Company | 854 | 288 | - | - | 13,091 | 3,324 |
| Total Developed | 5,111 | 984 | 3,880 | 466 | 35,885 | 16,422 |
| | | | | | | |
| **Undeveloped** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 1,947 | 669 | - | - | 8,865 | 4,093 |
| Canada/Other Americas *(1)* | 385 | 18 | 305 | - | 1,139 | 898 |
| Europe | 65 | 13 | - | - | 196 | 111 |
| Africa | 108 | 3 | - | - | 7 | 112 |
| Asia | 1,173 | - | - | - | 223 | 1,210 |
| Australia/Oceania | 30 | 5 | - | - | 3,126 | 556 |
| Total Consolidated | 3,708 | 708 | 305 | - | 13,556 | 6,980 |
| | | | | | | |
| **Equity Companies** | | | | | | |
| United States | 52 | 4 | - | - | 73 | 68 |
| Europe | - | - | - | - | 69 | 12 |
| Africa | 6 | - | - | - | 863 | 150 |
| Asia | 383 | 50 | - | - | 1,370 | 661 |
| Total Equity Company | 441 | 54 | - | - | 2,375 | 891 |
| Total Undeveloped | 4,149 | 762 | 305 | - | 15,931 | 7,871 |
| **Total Proved Reserves** | 9,260 | 1,746 | 4,185 | 466 | 51,816 | 24,293 |

*(1)   Other Americas includes proved developed reserves of 1 million barrels of crude oil and 99 billion cubic feet of natural gas, as well as proved undeveloped reserves of 226 million barrels of crude oil and 423 billion cubic feet of natural gas.*

In the preceding reserves information, consolidated subsidiary and equity company reserves are reported separately. However, the Corporation operates its business with the same view of equity company reserves as it has for reserves from consolidated subsidiaries.

The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups; operational outages; reservoir performance; performance of enhanced oil recovery projects; regulatory changes; the impact of fiscal and commercial terms; asset sales; weather events; price effects on production sharing contracts; changes in the amount and timing of capital investments that may vary depending on the oil and gas price environment; and other factors described in Item 1A. Risk Factors.

The estimation of proved reserves, which is based on the requirement of reasonable certainty, is an ongoing process based on rigorous technical evaluations, commercial and market assessments and detailed analysis of well and reservoir information such as flow rates and reservoir pressures. Furthermore, the Corporation only records proved reserves for projects which have received significant funding commitments by management made toward the development of the reserves. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policies, consumer preferences, and significant changes in long-term oil and natural gas price levels. In addition, proved reserves could be affected by an extended period of low prices which could reduce the level of the Corporation's capital spending and also impact our partners' capacity to fund their share of joint projects.

**B. Technologies Used in Establishing Proved Reserves Additions in 2018**

Additions to ExxonMobil's proved reserves in 2018 were based on estimates generated through the integration of available and appropriate geological, engineering and production data, utilizing well-established technologies that have been demonstrated in the field to yield repeatable and consistent results.

Data used in these integrated assessments included information obtained directly from the subsurface via wellbores, such as well logs, reservoir core samples, fluid samples, static and dynamic pressure information, production test data, and surveillance and performance information. The data utilized also included subsurface information obtained through indirect measurements including high-quality 3-D and 4-D seismic data, calibrated with available well control information. The tools used to interpret the data included proprietary seismic processing software, proprietary reservoir modeling and simulation software, and commercially available data analysis packages.

In some circumstances, where appropriate analog reservoirs were available, reservoir parameters from these analogs were used to increase the quality of and confidence in the reserves estimates.

**C. Qualifications of Reserves Technical Oversight Group and Internal Controls over Proved Reserves**

ExxonMobil has a dedicated Global Reserves group that provides technical oversight and is separate from the operating organization. Primary responsibilities of this group include oversight of the reserves estimation process for compliance with Securities and Exchange Commission (SEC) rules and regulations, review of annual changes in reserves estimates, and the reporting of ExxonMobil's proved reserves. This group also maintains the official company reserves estimates for ExxonMobil's proved reserves of crude oil, natural gas liquids, bitumen, synthetic oil, and natural gas. In addition, the group provides training to personnel involved in the reserves estimation and reporting process within ExxonMobil and its affiliates. The Manager of the Global Reserves group has more than 25 years of experience in reservoir engineering and reserves assessment, has a degree in Engineering and currently serves on the Oil and Gas Reserves Committee of the Society of Petroleum Engineers (SPE). The group is staffed with individuals that have an average of more than 20 years of technical experience in the petroleum industry, including expertise in the classification and categorization of reserves under the SEC guidelines. This group includes individuals who hold advanced degrees in either Engineering or Geology.

The Global Reserves group maintains a central database containing the official company reserves estimates. Appropriate controls, including limitations on database access and update capabilities, are in place to ensure data integrity within this central database. An annual review of the system's controls is performed by internal audit. Key components of the reserves estimation process include technical evaluations and analysis of well and field performance and a rigorous peer review. No changes may be made to the reserves estimates in the central database, including additions of any new initial reserves estimates or subsequent revisions, unless these changes have been thoroughly reviewed and evaluated by duly authorized personnel within the operating organization. In addition, changes to reserves estimates that exceed certain thresholds require further review and approval of the appropriate level of management within the operating organization before the changes may be made in the central database. Endorsement by the Global Reserves group for all proved reserves changes is a mandatory component of this review process. After all changes are made, reviews are held with senior management for final endorsement.

7

A-17

**2. Proved Undeveloped Reserves**

At year-end 2018, approximately 7.9 billion oil-equivalent barrels (GOEB) of ExxonMobil's proved reserves were classified as proved undeveloped. This represents 32 percent of the 24.3 GOEB reported in proved reserves. This compares to the 7.3 GOEB of proved undeveloped reserves reported at the end of 2017. During the year, ExxonMobil conducted development activities that resulted in the transfer of approximately 0.8 GOEB from proved undeveloped to proved developed reserves by year end. The largest transfers were related to drilling activity in the United States, the United Arab Emirates, Canada, and Russia. During 2018, extensions and discoveries, primarily in the United States resulted in an addition of approximately 1.7 GOEB of proved undeveloped reserves. Also, the Corporation reclassified approximately 0.3 GOEB of proved undeveloped reserves which no longer met the SEC definition of proved reserves, primarily in the Netherlands at the Groningen gas field and the United States.

Overall, investments of $13.2 billion were made by the Corporation during 2018 to progress the development of reported proved undeveloped reserves, including $13.1 billion for oil and gas producing activities and additional investments for other non-oil and gas producing activities such as the construction of support infrastructure and other related facilities. These investments represented 65 percent of the $20.2 billion in total reported Upstream capital and exploration expenditures.

One of ExxonMobil's requirements for reporting proved reserves is that management has made significant funding commitments toward the development of the reserves. ExxonMobil has a disciplined investment strategy and many major fields require long lead-time in order to be developed. Development projects typically take several years from the time of recording proved undeveloped reserves to the start of production and can exceed five years for large and complex projects. Proved undeveloped reserves in the United States, Canada, Australia, and Kazakhstan have remained undeveloped for five years or more primarily due to constraints on the capacity of infrastructure, as well as the time required to complete development for very large projects. The Corporation is reasonably certain that these proved reserves will be produced; however, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policies, consumer preferences, the pace of co-venturer/government funding, changes in the amount and timing of capital investments, and significant changes in long-term oil and natural gas price levels. Of the proved undeveloped reserves that have been reported for five or more years, over 80 percent are contained in the aforementioned countries. In Canada, proved undeveloped reserves are related to drilling activities in the offshore Hebron field and onshore Cold Lake operations. In Australia, proved undeveloped reserves are associated with future compression for the Gorgon Jansz LNG project. In Kazakhstan, the proved undeveloped reserves are related to the remainder of the initial development of the producing offshore Kashagan field which is included in the North Caspian Production Sharing Agreement and the Tengizchevroil joint venture which includes a production license in the Tengiz – Korolev field complex. The Tengizchevroil joint venture is producing, and proved undeveloped reserves will continue to move to proved developed as approved development phases progress.

8

A-18

## 3. Oil and Gas Production, Production Prices and Production Costs

### A. Oil and Gas Production

The table below summarizes production by final product sold and by geographic area for the last three years.

| | 2018 | | 2017 | | 2016 | |
|---|---|---|---|---|---|---|
| | *(thousands of barrels daily)* | | | | | |
| **Crude oil and natural gas liquids production** | Crude Oil | NGL | Crude Oil | NGL | Crude Oil | NGL |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 395 | 101 | 361 | 96 | 347 | 87 |
| Canada/Other Americas *(1)* | 62 | 6 | 44 | 6 | 53 | 6 |
| Europe | 101 | 27 | 147 | 31 | 171 | 31 |
| Africa | 377 | 10 | 412 | 11 | 459 | 15 |
| Asia | 398 | 25 | 373 | 26 | 383 | 27 |
| Australia/Oceania | 31 | 16 | 35 | 19 | 37 | 19 |
| Total Consolidated Subsidiaries | 1,364 | 185 | 1,372 | 189 | 1,450 | 185 |
| | | | | | | |
| **Equity Companies** | | | | | | |
| United States | 54 | 1 | 55 | 2 | 58 | 2 |
| Europe | 4 | - | 4 | - | 2 | - |
| Asia | 226 | 62 | 235 | 64 | 232 | 65 |
| Total Equity Companies | 284 | 63 | 294 | 66 | 292 | 67 |
| | | | | | | |
| **Total crude oil and natural gas liquids production** | 1,648 | 248 | 1,666 | 255 | 1,742 | 252 |
| | | | | | | |
| **Bitumen production** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| Canada/Other Americas | 310 | | 305 | | 304 | |
| | | | | | | |
| **Synthetic oil production** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| Canada/Other Americas | 60 | | 57 | | 67 | |
| | | | | | | |
| **Total liquids production** | 2,266 | | 2,283 | | 2,365 | |

| | 2018 | 2017 | 2016 |
|---|---|---|---|
| | *(millions of cubic feet daily)* | | |
| **Natural gas production available for sale** | | | |
| **Consolidated Subsidiaries** | | | |
| United States | 2,550 | 2,910 | 3,052 |
| Canada/Other Americas *(1)* | 227 | 218 | 239 |
| Europe | 925 | 1,046 | 1,093 |
| Africa | 13 | 5 | 7 |
| Asia | 838 | 906 | 927 |
| Australia/Oceania | 1,325 | 1,310 | 887 |
| Total Consolidated Subsidiaries | 5,878 | 6,395 | 6,205 |
| | | | |
| **Equity Companies** | | | |
| United States | 24 | 26 | 26 |
| Europe | 728 | 902 | 1,080 |
| Asia | 2,775 | 2,888 | 2,816 |
| Total Equity Companies | 3,527 | 3,816 | 3,922 |
| **Total natural gas production available for sale** | 9,405 | 10,211 | 10,127 |
| | *(thousands of oil-equivalent barrels daily)* | | |
| **Oil-equivalent production** | 3,833 | 3,985 | 4,053 |

*(1)  Other Americas includes crude oil production for 2018 of two thousand barrels daily and natural gas production available for sale for 2018, 2017 and 2016 of 28 million, 24 million, and 22 million cubic feet daily, respectively.*

9

A-19

## B. Production Prices and Production Costs

The table below summarizes average production prices and average production costs by geographic area and by product type for the last three years.

| | United States | Canada/ Other Americas | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| **During 2018** | | | | *(dollars per unit)* | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 59.84 | 64.53 | 69.80 | 70.84 | 69.86 | 66.89 | 66.91 |
| NGL, per barrel | 30.78 | 37.27 | 38.53 | 47.10 | 26.30 | 36.34 | 32.88 |
| Natural gas, per thousand cubic feet | 2.14 | 1.68 | 6.97 | 1.96 | 2.33 | 6.39 | 3.87 |
| Bitumen, per barrel | - | 28.66 | - | - | - | - | 28.66 |
| Synthetic oil, per barrel | - | 54.85 | - | - | - | - | 54.85 |
| Average production costs, per oil-equivalent barrel - total | 11.64 | 24.32 | 13.07 | 17.28 | 7.31 | 6.94 | 13.34 |
| Average production costs, per barrel - bitumen | - | 22.93 | - | - | - | - | 22.93 |
| Average production costs, per barrel - synthetic oil | - | 45.33 | - | - | - | - | 45.33 |
| **Equity Companies** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 66.30 | - | 63.92 | - | 67.31 | - | 67.07 |
| NGL, per barrel | 27.16 | - | - | - | 45.10 | - | 44.64 |
| Natural gas, per thousand cubic feet | 2.19 | - | 5.03 | - | 6.31 | - | 6.01 |
| Average production costs, per oil-equivalent barrel - total | 24.71 | - | 16.30 | - | 1.49 | - | 4.96 |
| **Total** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 60.61 | 64.53 | 69.57 | 70.84 | 68.92 | 66.89 | 66.93 |
| NGL, per barrel | 30.72 | 37.27 | 38.53 | 47.10 | 39.69 | 36.34 | 35.85 |
| Natural gas, per thousand cubic feet | 2.14 | 1.68 | 6.11 | 1.96 | 5.38 | 6.39 | 4.67 |
| Bitumen, per barrel | - | 28.66 | - | - | - | - | 28.66 |
| Synthetic oil, per barrel | - | 54.85 | - | - | - | - | 54.85 |
| Average production costs, per oil-equivalent barrel - total | 12.43 | 24.32 | 14.06 | 17.31 | 3.98 | 6.94 | 11.29 |
| Average production costs, per barrel - bitumen | - | 22.93 | - | - | - | - | 22.93 |
| Average production costs, per barrel - synthetic oil | - | 45.33 | - | - | - | - | 45.33 |
| **During 2017** | | | | | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 46.71 | 52.42 | 52.02 | 54.70 | 53.26 | 53.61 | 51.88 |
| NGL, per barrel | 24.20 | 27.07 | 30.96 | 37.38 | 22.69 | 33.15 | 26.88 |
| Natural gas, per thousand cubic feet | 2.03 | 2.03 | 5.48 | 1.51 | 2.05 | 4.22 | 3.04 |
| Bitumen, per barrel | - | 29.70 | - | - | - | - | 29.70 |
| Synthetic oil, per barrel | - | 52.72 | - | - | - | - | 52.72 |
| Average production costs, per oil-equivalent barrel - total | 10.85 | 23.44 | 12.25 | 13.33 | 8.07 | 6.30 | 12.33 |
| Average production costs, per barrel - bitumen | - | 21.39 | - | - | - | - | 21.39 |
| Average production costs, per barrel - synthetic oil | - | 44.21 | - | - | - | - | 44.21 |
| **Equity Companies** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 49.13 | - | 47.69 | - | 50.27 | - | 50.02 |
| NGL, per barrel | 21.78 | - | - | - | 38.23 | - | 37.81 |
| Natural gas, per thousand cubic feet | 2.42 | - | 4.81 | - | 4.15 | - | 4.30 |
| Average production costs, per oil-equivalent barrel - total | 23.38 | - | 7.45 | - | 1.18 | - | 3.51 |
| **Total** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 47.03 | 52.42 | 51.91 | 54.70 | 52.12 | 53.61 | 51.56 |
| NGL, per barrel | 24.16 | 27.07 | 30.96 | 37.38 | 33.79 | 33.15 | 29.70 |
| Natural gas, per thousand cubic feet | 2.03 | 2.03 | 5.17 | 1.51 | 3.65 | 4.22 | 3.51 |
| Bitumen, per barrel | - | 29.70 | - | - | - | - | 29.70 |
| Synthetic oil, per barrel | - | 52.72 | - | - | - | - | 52.72 |
| Average production costs, per oil-equivalent barrel - total | 11.61 | 23.44 | 10.79 | 13.33 | 4.02 | 6.30 | 10.12 |
| Average production costs, per barrel - bitumen | - | 21.39 | - | - | - | - | 21.39 |
| Average production costs, per barrel - synthetic oil | - | 44.21 | - | - | - | - | 44.21 |

| | United States | Canada/ Other Americas | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| **During 2016** | | | | *(dollars per unit)* | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 36.47 | 39.50 | 40.57 | 42.59 | 41.89 | 43.33 | 40.59 |
| NGL, per barrel | 16.16 | 18.91 | 22.17 | 26.78 | 17.12 | 23.95 | 18.99 |
| Natural gas, per thousand cubic feet | 1.43 | 1.71 | 4.26 | 1.14 | 1.56 | 3.46 | 2.25 |
| Bitumen, per barrel | - | 19.30 | - | - | - | - | 19.30 |
| Synthetic oil, per barrel | - | 43.03 | - | - | - | - | 43.03 |
| Average production costs, per oil-equivalent barrel - total | 10.41 | 21.16 | 12.78 | 12.75 | 6.44 | 7.12 | 11.79 |
| Average production costs, per barrel - bitumen | - | 18.25 | - | - | - | - | 18.25 |
| Average production costs, per barrel - synthetic oil | - | 33.64 | - | - | - | - | 33.64 |
| **Equity Companies** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 38.44 | - | 36.13 | - | 39.69 | - | 39.41 |
| NGL, per barrel | 14.85 | - | - | - | 25.21 | - | 24.87 |
| Natural gas, per thousand cubic feet | 2.03 | - | 4.19 | - | 3.59 | - | 3.75 |
| Average production costs, per oil-equivalent barrel - total | 22.26 | - | 7.92 | - | 1.80 | - | 4.21 |
| **Total** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 36.75 | 39.50 | 40.51 | 42.59 | 41.06 | 43.33 | 40.39 |
| NGL, per barrel | 16.13 | 18.91 | 22.17 | 26.78 | 22.85 | 23.95 | 20.56 |
| Natural gas, per thousand cubic feet | 1.44 | 1.71 | 4.22 | 1.14 | 3.09 | 3.46 | 2.83 |
| Bitumen, per barrel | - | 19.30 | - | - | - | - | 19.30 |
| Synthetic oil, per barrel | - | 43.03 | - | - | - | - | 43.03 |
| Average production costs, per oil-equivalent barrel - total | 11.18 | 21.16 | 11.21 | 12.75 | 3.77 | 7.12 | 9.89 |
| Average production costs, per barrel - bitumen | - | 18.25 | - | - | - | - | 18.25 |
| Average production costs, per barrel - synthetic oil | - | 33.64 | - | - | - | - | 33.64 |

Average production prices have been calculated by using sales quantities from the Corporation's own production as the divisor. Average production costs have been computed by using net production quantities for the divisor. The volumes of crude oil and natural gas liquids (NGL) production used for this computation are shown in the oil and gas production table in section 3.A. The volumes of natural gas used in the calculation are the production volumes of natural gas available for sale and are also shown in section 3.A. The natural gas available for sale volumes are different from those shown in the reserves table in the "Oil and Gas Reserves" part of the "Supplemental Information on Oil and Gas Exploration and Production Activities" portion of the Financial Section of this report due to volumes consumed or flared. Natural gas is converted to an oil-equivalent basis at six million cubic feet per one thousand barrels.

11

A-21

**A. Number of Net Productive and Dry Wells Drilled**

| | 2018 | 2017 | 2016 |
|---|---|---|---|
| **Net Productive Exploratory Wells Drilled** | | | |
| **Consolidated Subsidiaries** | | | |
| United States | 1 | - | - |
| Canada/Other Americas | 4 | 5 | 2 |
| Europe | - | - | 1 |
| Africa | 1 | 1 | 1 |
| Asia | - | - | - |
| Australia/Oceania | 1 | - | - |
| Total Consolidated Subsidiaries | 7 | 6 | 4 |
| | | | |
| **Equity Companies** | | | |
| United States | - | - | - |
| Europe | - | - | 1 |
| Africa | - | - | - |
| Asia | - | - | - |
| Total Equity Companies | - | - | 1 |
| **Total productive exploratory wells drilled** | 7 | 6 | 5 |
| | | | |
| **Net Dry Exploratory Wells Drilled** | | | |
| **Consolidated Subsidiaries** | | | |
| United States | 3 | - | - |
| Canada/Other Americas | - | - | 1 |
| Europe | 1 | - | - |
| Africa | - | 2 | 1 |
| Asia | - | - | - |
| Australia/Oceania | 2 | - | - |
| Total Consolidated Subsidiaries | 6 | 2 | 2 |
| | | | |
| **Equity Companies** | | | |
| United States | - | - | - |
| Europe | - | - | - |
| Africa | - | - | - |
| Asia | - | 1 | - |
| Total Equity Companies | - | 1 | - |
| **Total dry exploratory wells drilled** | 6 | 3 | 2 |

12

A-22

| | 2018 | 2017 | 2016 |
|---|---|---|---|
| **Net Productive Development Wells Drilled** | | | |
| **Consolidated Subsidiaries** | | | |
| United States | 389 | 300 | 335 |
| Canada/Other Americas | 32 | 12 | 13 |
| Europe | 3 | 6 | 9 |
| Africa | 1 | 6 | 7 |
| Asia | 14 | 15 | 13 |
| Australia/Oceania | - | 1 | - |
| Total Consolidated Subsidiaries | 439 | 340 | 377 |
| | | | |
| **Equity Companies** | | | |
| United States | 168 | 154 | 121 |
| Europe | 3 | 1 | 2 |
| Africa | - | - | - |
| Asia | 6 | 3 | 3 |
| Total Equity Companies | 177 | 158 | 126 |
| **Total productive development wells drilled** | 616 | 498 | 503 |
| | | | |
| **Net Dry Development Wells Drilled** | | | |
| **Consolidated Subsidiaries** | | | |
| United States | 4 | 4 | 2 |
| Canada/Other Americas | 1 | - | - |
| Europe | - | 1 | 2 |
| Africa | 1 | - | - |
| Asia | - | - | - |
| Australia/Oceania | - | - | - |
| Total Consolidated Subsidiaries | 6 | 5 | 4 |
| | | | |
| **Equity Companies** | | | |
| United States | - | - | - |
| Europe | - | - | - |
| Africa | - | - | - |
| Asia | - | - | - |
| Total Equity Companies | - | - | - |
| **Total dry development wells drilled** | 6 | 5 | 4 |
| | | | |
| **Total number of net wells drilled** | 635 | 512 | 514 |

13

A-23

Case 3:21-cv-00194-N   Document 76   Filed 11/24/21   Page 31 of 290   PageID 935

**Syncrude Operations.** Syncrude is a joint venture established to recover shallow deposits of oil sands using open-pit mining methods to extract the crude bitumen, and then upgrade it to produce a high-quality, light (32 degrees API), sweet, synthetic crude oil. Imperial Oil Limited is the owner of a 25 percent interest in the joint venture. Exxon Mobil Corporation has a 69.6 percent interest in Imperial Oil Limited. In 2018, the company's share of net production of synthetic crude oil was about 60 thousand barrels per day and share of net acreage was about 63 thousand acres in the Athabasca oil sands deposit.

**Kearl Operations.** Kearl is a joint venture established to recover shallow deposits of oil sands using open-pit mining methods to extract the crude bitumen. Imperial Oil Limited holds a 70.96 percent interest in the joint venture and ExxonMobil Canada Properties holds the other 29.04 percent. Exxon Mobil Corporation has a 69.6 percent interest in Imperial Oil Limited and a 100 percent interest in ExxonMobil Canada Properties. Kearl is comprised of six oil sands leases covering about 49 thousand acres in the Athabasca oil sands deposit.

Kearl is located approximately 40 miles north of Fort McMurray, Alberta, Canada. Bitumen is extracted from oil sands and processed through bitumen extraction and froth treatment trains. The product, a blend of bitumen and diluent, is shipped to our refineries and to other third parties. Diluent is natural gas condensate or other light hydrocarbons added to the crude bitumen to facilitate transportation by pipeline and rail. During 2018, average net production at Kearl was about 191 thousand barrels per day.

At year-end 2018, an additional 3.4 billion barrels of bitumen at Kearl qualified as proved reserves under the SEC definition requiring calculations based on the average of the first-day-of-the-month price during the last 12-month period.

## 5. Present Activities

### A. Wells Drilling

| | Year-End 2018 | | Year-End 2017 | |
|---|---|---|---|---|
| | Gross | Net | Gross | Net |
| **Wells Drilling** | | | | |
| **Consolidated Subsidiaries** | | | | |
| United States | 997 | 491 | 820 | 334 |
| Canada/Other Americas | 41 | 32 | 30 | 22 |
| Europe | 13 | 3 | 12 | 2 |
| Africa | 5 | 1 | 10 | 2 |
| Asia | 50 | 14 | 58 | 15 |
| Australia/Oceania | 4 | 2 | 3 | 1 |
| Total Consolidated Subsidiaries | 1,110 | 543 | 933 | 376 |
| **Equity Companies** | | | | |
| United States | 7 | 1 | 10 | 1 |
| Europe | 1 | 1 | 8 | 3 |
| Asia | 17 | 4 | 14 | 4 |
| Total Equity Companies | 25 | 6 | 32 | 8 |
| **Total gross and net wells drilling** | 1,135 | 549 | 965 | 384 |

14

## UNITED STATES

ExxonMobil's year-end 2018 acreage holdings totaled 12.1 million net acres, of which 0.8 million net acres were offshore. ExxonMobil was active in areas onshore and offshore in the lower 48 states and in Alaska.

During the year, 554.6 net exploration and development wells were completed in the inland lower 48 states. Development activities focused on liquids-rich opportunities in the onshore U.S., primarily in the Permian Basin of West Texas and New Mexico and the Bakken oil play in North Dakota. In addition, gas development activities continued in the Marcellus Shale of Pennsylvania and West Virginia, the Utica Shale of Ohio and the Haynesville Shale of East Texas and Louisiana.

ExxonMobil's net acreage in the Gulf of Mexico at year-end 2018 was 0.7 million acres. A total of 3.5 net exploration and development wells were completed during the year.

Participation in Alaska production and development continued with a total of 7.3 net development wells completed.

## CANADA / OTHER AMERICAS

### Canada

*Oil and Gas Operations:* ExxonMobil's year-end 2018 acreage holdings totaled 6.9 million net acres, of which 3.6 million net acres were offshore. A total of 20.3 net development wells were completed during the year.

*In Situ Bitumen Operations:* ExxonMobil's year-end 2018 in situ bitumen acreage holdings totaled 0.7 million net onshore acres. A total of 10 net development wells at Cold Lake were completed during the year.

### Argentina

ExxonMobil's net acreage totaled 0.3 million onshore acres at year-end 2018, and there were 3.6 net exploration and development wells completed during the year.

### Guyana

ExxonMobil's net acreage totaled 4.7 million offshore acres at year-end 2018, and there were 2.8 net exploration wells completed during the year. Development activities continued on the Liza Phase 1 project.

## EUROPE

### Germany

A total of 2.3 million net onshore acres were held by ExxonMobil at year-end 2018, with 0.1 net development well completed during the year.

### Netherlands

ExxonMobil's net interest in licenses totaled approximately 1.4 million acres at year-end 2018, of which 1.1 million acres were onshore. A total of 2.9 net exploration and development wells were completed during the year. In 2018, the Dutch Cabinet notified Parliament of its intention to further reduce previously legislated Groningen gas extraction in response to seismic events over the last several years. Affiliates of the Corporation and their partners have actively been in discussions with the government on the associated implementation measures which resulted in a signed Heads of Agreement and the execution of additional implementation agreements.

### Norway

ExxonMobil's net interest in licenses at year-end 2018 totaled approximately 0.1 million acres, all offshore. A total of 2.7 net development wells were completed in 2018.

### United Kingdom

ExxonMobil's net interest in licenses at year-end 2018 totaled approximately 0.6 million acres, all offshore. A total of 0.6 net development wells were completed during the year. Development activities continued on the Penguins Redevelopment project.

15

A-25

*Angola*

ExxonMobil's net acreage totaled 0.2 million offshore acres at year-end 2018, with 2.0 net exploration and development wells completed during the year. On Block 32, development activities continued on the Kaombo Split Hub project as the Norte floating production storage and offloading (FPSO) vessel started up in 2018 and construction progressed on the Sul FPSO.

*Chad*

At year-end 2018, ExxonMobil's net acreage holdings totaled 46 thousand onshore acres.

*Equatorial Guinea*

ExxonMobil's acreage totaled 0.5 million net offshore acres at year-end 2018, with 0.8 net development well completed during the year. In 2018, ExxonMobil acquired deepwater acreage in Block EG-11.

*Mozambique*

ExxonMobil's net acreage totaled approximately 2.6 million offshore acres at year-end 2018. ExxonMobil acquired an interest in offshore blocks Angoche A5-B, Zambezi Z5-C, and Zambezi Z5-D in December 2018. Development activities continued on the Coral South Floating LNG project during 2018.

*Nigeria*

ExxonMobil's net acreage totaled 0.8 million offshore acres at year-end 2018, with 0.2 net development well completed during the year. In 2018, ExxonMobil relinquished approximately 0.3 million net acres offshore.

*ASIA*

*Azerbaijan*

At year-end 2018, ExxonMobil's net acreage totaled 7 thousand offshore acres. A total of 1.0 net development wells were completed during the year. The production sharing agreement (PSA) for the development of the Azeri-Chirag-Gunashli field was amended in September 2017 to extend the term by 25 years to 2049.

*Indonesia*

At year-end 2018, ExxonMobil had 0.1 million net acres onshore. The Kedung Keris project was funded in 2018.

*Iraq*

At year-end 2018, ExxonMobil's onshore acreage was 0.1 million net acres. A total of 1.7 net development wells were completed at the West Qurna Phase I oil field during the year. Oil field rehabilitation activities continued during 2018 and across the life of this project will include drilling of new wells, working over of existing wells, and optimization and debottlenecking of existing facilities. In the Kurdistan Region of Iraq, ExxonMobil has continued exploration activities.

*Kazakhstan*

ExxonMobil's net acreage totaled 0.1 million acres onshore and 0.2 million acres offshore at year-end 2018. A total of 7.2 net development wells were completed during 2018. Development activities continued on the Tengiz Expansion project.

*Malaysia*

ExxonMobil's interests in production sharing contracts covered 2.4 million net acres offshore at year-end 2018. During the year, a total of 0.5 net development well was completed.

*Qatar*

Through our joint ventures with Qatar Petroleum, ExxonMobil's net acreage totaled 65 thousand acres offshore at year-end 2018. ExxonMobil participated in 62.2 million tonnes per year gross liquefied natural gas capacity and 2.0 billion cubic feet per day of flowing gas capacity at year-end. Development activities continued on the Barzan project in 2018.

ExxonMobil's net acreage holdings in Sakhalin at year-end 2018 were 85 thousand acres, all offshore. A total of 3.0 net development wells were completed.

ExxonMobil withdrew from the joint ventures with Rosneft for the Kara, Laptev, Chukchi and Black Seas and western Siberia, effective April 30, 2018. ExxonMobil continues to remain in compliance with all laws applicable to its operations and investments in the Russian Federation.

*Thailand*

ExxonMobil's net onshore acreage in Thailand concessions totaled 21 thousand acres at year-end 2018.

*United Arab Emirates*

ExxonMobil's net acreage in the Abu Dhabi offshore Upper Zakum oil concession was 81 thousand acres at year-end 2018. A total of 6.7 net development wells were completed. During 2018, development activities continued on the Upper Zakum 750 project, and work progressed on the Upper Zakum 1MBD project.

*AUSTRALIA / OCEANIA*

*Australia*

ExxonMobil's net acreage totaled 1.9 million acres offshore and 31 thousand acres onshore at year-end 2018. A total of 2.0 net exploration wells were completed during the year in the Bass Strait. The West Barracouta project was funded in 2018.

The co-venturer-operated Gorgon Jansz liquefied natural gas development consists of a subsea infrastructure for offshore production and transportation of the gas, a 15.6 million tonnes per year liquefied natural gas facility and a 280 million cubic feet per day domestic gas plant located on Barrow Island, Western Australia. The Gorgon Stage Two project was funded in 2018.

*Papua New Guinea*

A total of 9.9 million net acres were held by ExxonMobil at year-end 2018, of which 5.4 million net acres were offshore. A total of 0.5 net exploration well was completed during the year. The Papua New Guinea (PNG) liquefied natural gas integrated development includes gas production and processing facilities in the southern PNG Highlands, onshore and offshore pipelines, and a 6.9 million tonnes per year liquefied natural gas facility near Port Moresby. During 2018, operations were temporarily interrupted following a magnitude 7.5 earthquake.

*WORLDWIDE EXPLORATION*

At year-end 2018, exploration activities were under way in several areas in which ExxonMobil has no established production operations and thus are not included above. A total of 28.4 million net acres were held at year-end 2018 and 1.4 net exploration wells were completed during the year in these countries.

**6. Delivery Commitments**

ExxonMobil sells crude oil and natural gas from its producing operations under a variety of contractual obligations, some of which may specify the delivery of a fixed and determinable quantity for periods longer than one year. ExxonMobil also enters into natural gas sales contracts where the source of the natural gas used to fulfill the contract can be a combination of our own production and the spot market. Worldwide, we are contractually committed to deliver approximately 57 million barrels of oil and 2,400 billion cubic feet of natural gas for the period from 2019 through 2021. We expect to fulfill the majority of these delivery commitments with production from our proved developed reserves. Any remaining commitments will be fulfilled with production from our proved undeveloped reserves and spot market purchases as necessary.

**7. Oil and Gas Properties, Wells, Operations and Acreage**

A. Gross and Net Productive Wells

| | Year-End 2018 | | | | Year-End 2017 | | | |
|---|---|---|---|---|---|---|---|---|
| | Oil | | Gas | | Oil | | Gas | |
| | Gross | Net | Gross | Net | Gross | Net | Gross | Net |
| **Gross and Net Productive Wells** | | | | | | | | |
| **Consolidated Subsidiaries** | | | | | | | | |
| United States | 20,996 | 8,460 | 25,061 | 14,396 | 20,679 | 8,366 | 27,700 | 15,979 |
| Canada/Other Americas | 5,037 | 4,781 | 4,262 | 1,650 | 4,877 | 4,618 | 4,273 | 1,646 |
| Europe | 981 | 256 | 648 | 261 | 1,016 | 267 | 664 | 268 |
| Africa | 1,221 | 472 | 12 | 5 | 1,222 | 474 | 15 | 6 |
| Asia | 891 | 286 | 133 | 79 | 900 | 299 | 139 | 82 |
| Australia/Oceania | 577 | 123 | 81 | 33 | 588 | 129 | 73 | 30 |
| Total Consolidated Subsidiaries | 29,703 | 14,378 | 30,197 | 16,424 | 29,282 | 14,153 | 32,864 | 18,011 |
| **Equity Companies** | | | | | | | | |
| United States | 13,126 | 5,398 | 4,503 | 577 | 13,796 | 5,247 | 4,227 | 491 |
| Europe | 57 | 20 | 602 | 187 | 59 | 21 | 617 | 195 |
| Asia | 164 | 41 | 126 | 30 | 144 | 36 | 125 | 30 |
| Total Equity Companies | 13,347 | 5,459 | 5,231 | 794 | 13,999 | 5,304 | 4,969 | 716 |
| **Total gross and net productive wells** | 43,050 | 19,837 | 35,428 | 17,218 | 43,281 | 19,457 | 37,833 | 18,727 |

There were 28,847 gross and 24,696 net operated wells at year‑end 2018 and 30,263 gross and 25,827 net operated wells at year-end 2017. The number of wells with multiple completions was 947 gross in 2018 and 1,366 gross in 2017.

18

A-28

|  | Year-End 2018 | | Year-End 2017 | |
|---|---|---|---|---|
|  | **Gross** | **Net** | **Gross** | **Net** |
|  | *(thousands of acres)* | | | |
| **Gross and Net Developed Acreage** | | | | |
| **Consolidated Subsidiaries** | | | | |
| United States | 13,900 | 8,399 | 14,836 | 9,026 |
| Canada/Other Americas *(1)* | 3,596 | 2,325 | 3,604 | 2,328 |
| Europe | 2,937 | 1,315 | 2,970 | 1,335 |
| Africa | 2,492 | 866 | 2,492 | 866 |
| Asia | 1,939 | 563 | 1,983 | 586 |
| Australia/Oceania | 3,262 | 1,068 | 3,262 | 1,068 |
| Total Consolidated Subsidiaries | 28,126 | 14,536 | 29,147 | 15,209 |
| **Equity Companies** | | | | |
| United States | 929 | 208 | 930 | 208 |
| Europe | 4,110 | 1,287 | 4,170 | 1,317 |
| Asia | 628 | 155 | 628 | 155 |
| Total Equity Companies | 5,667 | 1,650 | 5,728 | 1,680 |
| **Total gross and net developed acreage** | 33,793 | 16,186 | 34,875 | 16,889 |

*(1)  Includes developed acreage in Other Americas of 375 gross and 244 net thousands of acres for 2018 and 375 gross and 244 net thousands of acres for 2017.*

Separate acreage data for oil and gas are not maintained because, in many instances, both are produced from the same acreage.

**C. Gross and Net Undeveloped Acreage**

|  | Year-End 2018 | | Year-End 2017 | |
|---|---|---|---|---|
|  | **Gross** | **Net** | **Gross** | **Net** |
|  | *(thousands of acres)* | | | |
| **Gross and Net Undeveloped Acreage** | | | | |
| **Consolidated Subsidiaries** | | | | |
| United States | 7,421 | 3,427 | 7,506 | 3,489 |
| Canada/Other Americas *(1)* | 34,932 | 15,340 | 29,495 | 13,410 |
| Europe | 9,168 | 4,191 | 7,576 | 3,622 |
| Africa | 44,556 | 24,000 | 37,699 | 26,705 |
| Asia | 7,195 | 2,964 | 5,802 | 2,680 |
| Australia/Oceania | 15,337 | 10,756 | 15,976 | 11,125 |
| Total Consolidated Subsidiaries | 118,609 | 60,678 | 104,054 | 61,031 |
| **Equity Companies** | | | | |
| United States | 203 | 76 | 207 | 77 |
| Europe | 100 | 25 | 100 | 25 |
| Africa | 596 | 149 | 596 | 149 |
| Asia | 73 | 5 | 191,147 | 63,633 |
| Total Equity Companies | 972 | 255 | 192,050 | 63,884 |
| **Total gross and net undeveloped acreage** | 119,581 | 60,933 | 296,104 | 124,915 |

*(1)  Includes undeveloped acreage in Other Americas of 23,872 gross and 9,595 net thousands of acres for 2018 and 18,625 gross and 8,053 net thousands of acres for 2017.*

ExxonMobil's investment in developed and undeveloped acreage is comprised of numerous concessions, blocks and leases. The terms and conditions under which the Corporation maintains exploration and/or production rights to the acreage are property‑specific, contractually defined and vary significantly from property to property. Work programs are designed to ensure that the exploration potential of any property is fully evaluated before expiration. In some instances, the Corporation may elect to relinquish acreage in advance of the contractual expiration date if the evaluation process is complete and there is not a business basis for extension. In cases where additional time may be required to fully evaluate acreage, the Corporation has generally been successful in obtaining extensions. The scheduled expiration of leases and concessions for undeveloped acreage over the next three years is not expected to have a material adverse impact on the Corporation.

### UNITED STATES

Oil and gas exploration and production rights are acquired from mineral interest owners through a lease. Mineral interest owners include the Federal and State governments, as well as private mineral interest owners. Leases typically have an exploration period ranging from one to ten years, and a production period that normally remains in effect until production ceases. Under certain circumstances, a lease may be held beyond its exploration term even if production has not commenced. In some instances regarding private property, a "fee interest" is acquired where the underlying mineral interests are owned outright.

### CANADA / OTHER AMERICAS

*Canada*

Exploration licenses or leases in onshore areas are acquired for varying periods of time with renewals or extensions possible. These licenses or leases entitle the holder to continue existing licenses or leases upon completing specified work. In general, these license and lease agreements are held as long as there is proven production capability on the licenses and leases. Exploration licenses in offshore eastern Canada and the Beaufort Sea are held by work commitments of various amounts and rentals. They are valid for a maximum term of nine years. Offshore production licenses are valid for 25 years, with rights of extension for continued production. Significant discovery licenses in the offshore, relating to currently undeveloped discoveries, do not have a definite term.

*Argentina*

The Federal Hydrocarbon Law was amended in December 2014. The onshore concession terms granted prior to the amendment are up to six years, divided into three potential exploration periods, with an optional extension for up to one year depending on the classification of the area. Pursuant to the amended law, the production term for a conventional production concession would be 25 years, and 35 years for an unconventional concession, with unlimited ten-year extensions possible, once a field has been developed.

*Guyana*

The Petroleum (Exploration and Production) Act authorizes the government of Guyana to grant petroleum prospecting and production licenses and to enter into petroleum agreements for the exploration and production of hydrocarbons. Petroleum agreements provide for an exploration period of up to 10 years with a production period of 20 years with a 10 year extension.

### EUROPE

*Germany*

Exploration concessions are granted for an initial maximum period of five years, with an unlimited number of extensions of up to three years each. Extensions are subject to specific, minimum work commitments. Production licenses are normally granted for 20 to 25 years with multiple possible extensions as long as there is production on the license.

*Netherlands*

Under the Mining Law, effective January 1, 2003, exploration and production licenses for both onshore and offshore areas are issued for a period as explicitly defined in the license. The term is based on the period of time necessary to perform the activities for which the license is issued. License conditions are stipulated in the license and are based on the Mining Law.

Production rights granted prior to January 1, 2003, remain subject to their existing terms, and differ slightly for onshore and offshore areas. Onshore production licenses issued prior to 1988 were indefinite; from 1988 they were issued for a period as explicitly defined in the license, ranging from 35 to 45 years. Offshore production licenses issued before 1976 were issued for a fixed period of 40 years; from 1976 they were again issued for a period as explicitly defined in the license, ranging from 15 to 40 years.

*Norway*

Licenses issued between 1972 and 1997 were for an initial period of up to six years (with extension of the initial period of one year at a time up to ten years after 1985), and an extension period of up to 30 years, with relinquishment of at least one-half of the original area required at the end of the initial period. Licenses issued after July 1, 1997, have an initial period of up to ten years and a normal extension period of up to 30 years or in special cases of up to 50 years, and with relinquishment of at least one-half of the original area required at the end of the initial period.

Acreage terms are fixed by the government and are periodically changed. For example, many of the early licenses issued under the first four licensing rounds provided for an initial term of six years with relinquishment of at least one-half of the original area at the end of the initial term, subject to extension for a further 40 years. At the end of any such 40-year term, licenses may continue in producing areas until cessation of production; or licenses may continue in development areas for periods agreed on a case-by-case basis until they become producing areas; or licenses terminate in all other areas. The majority of traditional licenses currently issued have an initial exploration term of four years with a second term extension of four years, and a final production term of 18 years, with a mandatory relinquishment of 50 percent of the acreage after the initial term and of all acreage that is not covered by a development plan at the end of the second term.

Terms for exploration acreage in technically challenged areas are governed by frontier production licenses, generally covering a larger initial area than traditional licenses, with an initial exploration term of six or nine years with a second term extension of six years, and a final production term of 18 years, with relinquishment of 75 percent of the original area after three years and 50 percent of the remaining acreage after the next three years. Innovate licenses issued replace traditional and frontier licenses and offer greater flexibility with respect to periods and work program commitments.

### AFRICA

### Angola

Exploration and production activities are governed by production sharing agreements with an initial exploration term of four years and an optional second phase of two to three years. The production period is 25 years, and agreements generally provide for a negotiated extension.

### Chad

Exploration permits are issued for a period of five years, and are renewable for one or two further five-year periods. The terms and conditions of the permits, including relinquishment obligations, are specified in a negotiated convention. The production term is 30 years and in 2017 was extended by 20 years to 2050.

### Equatorial Guinea

Exploration, development and production activities are governed by production sharing contracts (PSCs) negotiated with the State Ministry of Mines and Hydrocarbons. A new PSC was ratified in 2018; the initial exploration period is five years for oil and gas, with multi-year extensions available at the discretion of the Ministry and limited relinquishments in the absence of commercial discoveries. The production period for crude oil ranges from 25 to 30 years, while the production period for natural gas ranges from 25 to 50 years.

### Mozambique

Exploration and production activities are generally governed by concession contracts with the Government of the Republic of Mozambique, represented by the Ministry of Mineral Resources and Energy. An interest in Area 4 offshore Mozambique was acquired in 2017. Terms for Area 4 are governed by the Exploration and Production Concession Contract (EPCC) for Area 4 Offshore of the Rovuma Block. The EPCC expires 30 years after the approval of a plan of development for a given discovery area.

In 2018 an interest was acquired in offshore blocks, A5-B, Z5-C and Z5-D. Terms for the three blocks are governed by their respective EPCCs, which have an initial exploration phase that expires in 2022 with the possibility of two additional exploration phases expiring in 2024 and 2025. The EPCCs provide a development and production period that expires 30 years after the approval of a plan of development.

### Nigeria

Exploration and production activities in the deepwater offshore areas are typically governed by production sharing contracts (PSCs) with the national oil company, the Nigerian National Petroleum Corporation (NNPC). NNPC typically holds the underlying Oil Prospecting License (OPL) and any resulting Oil Mining Lease (OML). The terms of the PSCs are generally 30 years, including a ten-year exploration period (an initial exploration phase that can be divided into multiple optional periods) covered by an OPL. Upon commercial discovery, an OPL may be converted to an OML. Partial relinquishment is required under the PSC at the end of the ten-year exploration period, and OMLs have a 20-year production period that may be extended.

Some exploration activities are carried out in deepwater by joint ventures with local companies holding interests in an OPL. OPLs in deepwater offshore areas are valid for 10 years, while in all other areas the licenses are for five years. Demonstrating a commercial discovery is the basis for conversion of an OPL to an OML.

21

OMLs granted prior to the 1969 Petroleum Act (i.e., under the Mineral Oils Act 1914, repealed by the 1969 Petroleum Act) were for 30 years onshore and 40 years in offshore areas and have been renewed, effective December 1, 2008, for a further period of 20 years, with a further renewal option of 20 years. Operations under these pre-1969 OMLs are conducted under a joint venture agreement with NNPC rather than a PSC. Commercial terms applicable to the existing joint venture oil production are defined by the Petroleum Profits Tax Act.

OMLs granted under the 1969 Petroleum Act, which include all deepwater OMLs, have a maximum term of 20 years without distinction for onshore or offshore location and are renewable, upon 12 months' written notice, for another period of 20 years. OMLs not held by NNPC are also subject to a mandatory 50-percent relinquishment after the first 10 years of their duration.

## ASIA

### Azerbaijan

The production sharing agreement (PSA) for the development of the Azeri-Chirag-Gunashli field was established for an initial period of 30 years starting from the PSA execution date in 1994. The PSA was amended in September 2017 to extend the term by 25 years to 2049.

Other exploration and production activities are governed by PSAs negotiated with the national oil company of Azerbaijan. The exploration period typically consists of three or four years with the possibility of a one to three-year extension. The production period, which includes development, is for 25 years or 35 years with the possibility of one or two five-year extensions.

### Indonesia

Exploration and production activities in Indonesia are generally governed by cooperation contracts, usually in the form of a production sharing contract (PSC), negotiated with BPMIGAS, a government agency established in 2002 to manage upstream oil and gas activities. In 2012, Indonesia's Constitutional Court ruled certain articles of law relating to BPMIGAS to be unconstitutional, but stated that all existing PSCs signed with BPMIGAS should remain in force until their expiry, and the functions and duties previously performed by BPMIGAS are to be carried out by the relevant Ministry of the Government of Indonesia until the promulgation of a new oil and gas law. By presidential decree, SKKMIGAS became the interim successor to BPMIGAS. The current PSCs have an exploration period of six years, which can be extended up to 10 years, and an exploitation period of 20 years. PSCs generally require the contractor to relinquish 10 percent to 20 percent of the contract area after three years and generally allow the contractor to retain no more than 50 percent to 80 percent of the original contract area after six years, depending on the acreage and terms.

### Iraq

Development and production activities in the state-owned oil and gas fields are governed by contracts with regional oil companies of the Iraqi Ministry of Oil. An ExxonMobil affiliate entered into a contract with Basra Oil Company of the Iraqi Ministry of Oil for the rights to participate in the development and production activities of the West Qurna Phase I oil and gas field effective March 1, 2010. The term of the contract is 20 years with the right to extend for five years. The contract provides for cost recovery plus per-barrel fees for incremental production above specified levels.

Exploration and production activities in the Kurdistan Region of Iraq are governed by production sharing contracts (PSCs) negotiated with the regional government of Kurdistan in 2011. The exploration term is for five years, with extensions available as provided by the PSCs and at the discretion of the regional government of Kurdistan. Current PSCs remain in effect by agreement of the regional government to allow additional time for exploration or evaluation of commerciality. The production period is 20 years with the right to extend for five years.

### Kazakhstan

Onshore exploration and production activities are governed by the production license, exploration license and joint venture agreements negotiated with the Republic of Kazakhstan. Existing production operations have a 40-year production period that commenced in 1993.

Offshore exploration and production activities are governed by a production sharing agreement negotiated with the Republic of Kazakhstan. The exploration period is six years followed by separate appraisal periods for each discovery. The production period for each discovery, which includes development, is 20 years from the date of declaration of commerciality with the possibility of two ten-year extensions.

### Malaysia

Production activities are governed by production sharing contracts (PSCs) negotiated with the national oil company. The PSCs have exploration and production terms ranging up to 38 years. All extensions are subject to the national oil company's prior written approval. The production periods range from 15 to 29 years, depending on the provisions of the respective contract.

22

The State of Qatar grants gas production development project rights to develop and supply gas from the offshore North Field to permit the economic development and production of gas reserves sufficient to satisfy the gas and LNG sales obligations of these projects.

### Russia

Terms for ExxonMobil's Sakhalin acreage are fixed by the current production sharing agreement (PSA) between the Russian government and the Sakhalin-1 consortium, of which ExxonMobil is the operator.

ExxonMobil withdrew from the joint ventures with Rosneft for the Kara, Laptev, Chukchi and Black Seas, effective April 30, 2018. ExxonMobil continues to remain in compliance with all laws applicable to its operations and investments in the Russian Federation.

### Thailand

The Petroleum Act of 1971 allows production under ExxonMobil's concession for 30 years with a ten-year extension at terms generally prevalent at the time. The term of the concession expires in 2021.

### United Arab Emirates

An interest in the development and production activities of the Upper Zakum field, a major offshore field, was acquired in 2006. In 2017 the governing agreements were extended to 2051.

## AUSTRALIA / OCEANIA

### Australia

Exploration and production activities conducted offshore in Commonwealth waters are governed by Federal legislation. Exploration permits are granted for an initial term of six years with two possible five-year renewal periods. Retention leases may be granted for resources that are not commercially viable at the time of application, but are expected to become commercially viable within 15 years. These are granted for periods of five years and renewals may be requested. Prior to July 1998, production licenses were granted initially for 21 years, with a further renewal of 21 years and thereafter "indefinitely", i.e., for the life of the field. Effective from July 1998, new production licenses are granted "indefinitely". In each case, a production license may be terminated if no production operations have been carried on for five years.

### Papua New Guinea

Exploration and production activities are governed by the Oil and Gas Act. Petroleum Prospecting licenses are granted for an initial term of six years with a five-year extension possible (an additional extension of three years is possible in certain circumstances). Generally, a 50-percent relinquishment of the license area is required at the end of the initial six-year term, if extended. Petroleum Development licenses are granted for an initial 25-year period. An extension of up to 20 years may be granted at the Minister's discretion. Petroleum Retention licenses may be granted for gas resources that are not commercially viable at the time of application, but may become commercially viable within the maximum possible retention time of 15 years. Petroleum Retention licenses are granted for five-year terms, and may be extended, at the Minister's discretion, twice for the maximum retention time of 15 years. Extensions of Petroleum Retention licenses may be for periods of less than one year, renewable annually, if the Minister considers at the time of extension that the resources could become commercially viable in less than five years.

23

**Information with regard to the Downstream segment follows:**

ExxonMobil's Downstream segment manufactures, trades and sells petroleum products. The refining and supply operations encompass a global network of manufacturing plants, transportation systems, and distribution centers that provide a range of fuels, lubricants and other products and feedstocks to our customers around the world.

**Refining Capacity At Year-End 2018** *(1)*

| | | ExxonMobil Share KBD *(2)* | ExxonMobil Interest % |
|---|---|---|---|
| **United States** | | | |
| Joliet | Illinois | 236 | 100 |
| Baton Rouge | Louisiana | 503 | 100 |
| Billings | Montana | 60 | 100 |
| Baytown | Texas | 561 | 100 |
| Beaumont | Texas | 369 | 100 |
| Total United States | | 1,729 | |
| **Canada** | | | |
| Strathcona | Alberta | 191 | 69.6 |
| Nanticoke | Ontario | 113 | 69.6 |
| Sarnia | Ontario | 119 | 69.6 |
| Total Canada | | 423 | |
| **Europe** | | | |
| Antwerp | Belgium | 307 | 100 |
| Fos-sur-Mer | France | 133 | 82.9 |
| Gravenchon | France | 240 | 82.9 |
| Karlsruhe | Germany | 78 | 25 |
| Trecate | Italy | 132 | 74.8 |
| Rotterdam | Netherlands | 192 | 100 |
| Slagen | Norway | 116 | 100 |
| Fawley | United Kingdom | 262 | 100 |
| Total Europe | | 1,460 | |
| **Asia Pacific** | | | |
| Altona | Australia | 86 | 100 |
| Fujian | China | 67 | 25 |
| Jurong/PAC | Singapore | 592 | 100 |
| Sriracha | Thailand | 167 | 66 |
| Total Asia Pacific | | 912 | |
| **Middle East** | | | |
| Yanbu | Saudi Arabia | 200 | 50 |
| **Total Worldwide** | | 4,724 | |

*(1)* Capacity data is based on 100 percent of rated refinery process unit stream-day capacities under normal operating conditions, less the impact of shutdowns for regular repair and maintenance activities, averaged over an extended period of time. The listing excludes refining capacity for a minor interest held through equity securities in New Zealand, and the Laffan Refinery in Qatar for which results are reported in the Upstream segment.

*(2)* Thousands of barrels per day (KBD). ExxonMobil share reflects 100 percent of atmospheric distillation capacity in operations of ExxonMobil and majority-owned subsidiaries. For companies owned 50 percent or less, ExxonMobil share is the greater of ExxonMobil's interest or that portion of distillation capacity normally available to ExxonMobil.

24

The marketing operations sell products and services throughout the world through our Exxon, Esso and Mobil brands.

**Retail Sites At Year-End 2018**

| | |
|---|---:|
| **United States** | |
| Owned/leased | - |
| Distributors/resellers | 10,760 |
| Total United States | 10,760 |
| **Canada** | |
| Owned/leased | - |
| Distributors/resellers | 2,035 |
| Total Canada | 2,035 |
| **Europe** | |
| Owned/leased | 197 |
| Distributors/resellers | 5,636 |
| Total Europe | 5,833 |
| **Asia Pacific** | |
| Owned/leased | 580 |
| Distributors/resellers | 1,013 |
| Total Asia Pacific | 1,593 |
| **Latin America** | |
| Owned/leased | - |
| Distributors/resellers | 177 |
| Total Latin America | 177 |
| **Middle East/Africa** | |
| Owned/leased | 225 |
| Distributors/resellers | 183 |
| Total Middle East/Africa | 408 |
| **Worldwide** | |
| Owned/leased | 1,002 |
| Distributors/resellers | 19,804 |
| Total Worldwide | 20,806 |

25

A-35

ExxonMobil's Chemical segment manufactures and sells petrochemicals. The Chemical business supplies olefins, polyolefins, aromatics, and a wide variety of other petrochemicals.

### Chemical Complex Capacity At Year-End 2018 *(1)(2)*

| | | Ethylene | Polyethylene | Polypropylene | Paraxylene | ExxonMobil Interest % |
|---|---|---|---|---|---|---|
| **North America** | | | | | | |
| Baton Rouge | Louisiana | 1.1 | 1.3 | 0.4 | - | 100 |
| Baytown | Texas | 3.8 | - | 0.7 | 0.6 | 100 |
| Beaumont | Texas | 0.9 | 1.0 | - | 0.3 | 100 |
| Mont Belvieu | Texas | - | 2.3 | - | - | 100 |
| Sarnia | Ontario | 0.3 | 0.5 | - | - | 69.6 |
| Total North America | | 6.1 | 5.1 | 1.1 | 0.9 | |
| | | | | | | |
| **Europe** | | | | | | |
| Antwerp | Belgium | - | 0.4 | - | - | 100 |
| Fife | United Kingdom | 0.4 | - | - | - | 50 |
| Gravenchon | France | 0.4 | 0.4 | 0.3 | - | 100 |
| Meerhout | Belgium | - | 0.5 | - | - | 100 |
| Rotterdam | Netherlands | - | - | - | 0.7 | 100 |
| Total Europe | | 0.8 | 1.3 | 0.3 | 0.7 | |
| | | | | | | |
| **Middle East** | | | | | | |
| Al Jubail | Saudi Arabia | 0.6 | 0.7 | - | - | 50 |
| Yanbu | Saudi Arabia | 1.0 | 0.7 | 0.2 | - | 50 |
| Total Middle East | | 1.6 | 1.4 | 0.2 | - | |
| | | | | | | |
| **Asia Pacific** | | | | | | |
| Fujian | China | 0.3 | 0.2 | 0.2 | 0.2 | 25 |
| Singapore | Singapore | 1.9 | 1.9 | 0.9 | 1.8 | 100 |
| Sriracha | Thailand | - | - | - | 0.5 | 66 |
| Total Asia Pacific | | 2.2 | 2.1 | 1.1 | 2.5 | |
| | | | | | | |
| **Total Worldwide** | | 10.7 | 9.9 | 2.7 | 4.1 | |

*(1)  Capacity for ethylene, polyethylene, polypropylene and paraxylene in millions of metric tons per year.*

*(2)  Capacity reflects 100 percent for operations of ExxonMobil and majority‑owned subsidiaries. For companies owned 50 percent or less, capacity is ExxonMobil's interest.*

26

In a matter reported in the Corporation's Form 10-Q for the second quarter of 2018, the State of Ohio Department of Natural Resources, Division of Oil & Gas Resources Management (ODNR) and XTO Energy Inc. (XTO) signed a Compliance Agreement on December 21, 2018, regarding alleged violations by XTO of the Ohio Revised Code, Ohio Administrative Code, and implementing regulations arising out of the Schnegg well incident in Belmont County, Ohio, in early 2018. The Compliance Agreement settles the following alleged actions of XTO: (1) causing brine to be discharged and contact the ground and/or surface water; (2) failure to place cement in the casing string per Ohio codes; (3) allowing a well to flow gas uncontrolled; (4) failure to construct, drill and operate a well in the manner as permitted and planned; and (5) failure to notify the ODNR upon discovery a well had sustained annular pressure above the prescribed pressure. The penalty assessment was $850,000, half paid to the ODNR on January 15, 2019, and half to be paid to 29 agencies located in Belmont County as designated by the ODNR.

In another matter relating to the Schnegg well incident, reported in the Corporation's Form 10-Q for the second quarter of 2018, the State of Ohio Environmental Protection Agency (OEPA) and XTO signed Final Findings and Orders on December 28, 2018, regarding OEPA allegations that XTO violated the Ohio Revised Code and implementing regulations, including but not limited to: (1) failure to maintain and operate its facility in a manner using good pollution control practices; (2) failure to provide a malfunction report; (3) failure to complete and properly report quarterly inspections; and (4) failure to submit site-specific work practice plans within applicable time limits. The penalty assessment of $150,000 was paid on January 21, 2019, half to the OEPA and half to a Supplemental Environmental Project.

As reported in the Corporation's Form 10-Q for the first quarter of 2018, the Corporation received a proposed agreed order from the Texas Commission on Environmental Quality (TCEQ), dated March 15, 2018, related to routine Title V air operating permit investigations conducted by the TCEQ in 2017 of the Baytown Refinery in Texas. The proposed agreed order alleged that the refinery failed to authorize, monitor, or keep records on certain equipment and to comply with certain flare or fuel gas monitoring system availability requirements or concentration limits. After receipt of additional information from ExxonMobil and further evaluation of the alleged violations, the TCEQ has issued a revised proposed agreed order, reducing the number of alleged violations and agreeing to an administrative penalty of $56,596 in settlement of these matters. The Agreed Order was signed by ExxonMobil on December 18, 2018, and ExxonMobil paid $28,298 on January 10, 2019. The balance will be paid to a Supplemental Environmental Project upon endorsement by the TCEQ.

As last reported in the Corporation's Form 10-Q for the third quarter of 2018, on July 20, 2017, the United States Department of Treasury, Office of Foreign Assets Control (OFAC) assessed a civil penalty against Exxon Mobil Corporation, ExxonMobil Development Company and ExxonMobil Oil Corporation for violating the Ukraine-Related Sanctions Regulations, 31 C.F.R. part 589. The assessed civil penalty is in the amount of $2,000,000. ExxonMobil and its affiliates have been and continue to be in compliance with all sanctions and disagree that any violation has occurred. ExxonMobil and its affiliates filed a complaint on July 20, 2017, in the United States Federal District Court, Northern District of Texas seeking judicial review of, and to enjoin, the civil penalty under the Administrative Procedures Act and the United States Constitution, including on the basis that it represents an arbitrary and capricious action by OFAC and a violation of the Company's due process rights.

Refer to the relevant portions of "Note 16: Litigation and Other Contingencies" of the Financial Section of this report for additional information on legal proceedings.

## ITEM 4.    MINE SAFETY DISCLOSURES

Not applicable.

_____

27

A-37

**Executive Officers of the Registrant (pursuant to Instruction 3 to Regulation S-K, Item 401(b))**
(positions and ages as of February 27, 2019)

---

| **Darren W. Woods** | *Chairman of the Board* |
|---|---|

Held current title since: January 1, 2017 Age: 54

Mr. Darren W. Woods was President of ExxonMobil Refining & Supply Company August 1, 2012 – July 31, 2014 and Vice President of Exxon Mobil Corporation August 1, 2012 – May 31, 2014. He was Senior Vice President of Exxon Mobil Corporation June 1, 2014 – December 31, 2015. He became a Director and President of Exxon Mobil Corporation on January 1, 2016, and Chairman of the Board and Chief Executive Officer on January 1, 2017, positions he continues to hold as of this filing date.

---

| **Neil A. Chapman** | *Senior Vice President* |
|---|---|

Held current title since: January 1, 2018 Age: 56

Mr. Neil A. Chapman was Senior Vice President, ExxonMobil Chemical Company April 1, 2011 – December 31, 2014. He was President of ExxonMobil Chemical Company and Vice President of Exxon Mobil Corporation January 1, 2015 – December 31, 2017. He became Senior Vice President of Exxon Mobil Corporation on January 1, 2018, a position he continues to hold as of this filing date.

---

| **Andrew P. Swiger** | *Senior Vice President* |
|---|---|

Held current title since: April 1, 2009 Age: 62

Mr. Andrew P. Swiger became Senior Vice President of Exxon Mobil Corporation on April 1, 2009, a position he continues to hold as of this filing date.

---

| **Jack P. Williams, Jr.** | *Senior Vice President* |
|---|---|

Held current title since: June 1, 2014 Age: 55

Mr. Jack P. Williams, Jr. was Executive Vice President of ExxonMobil Production Company June 1, 2013 – June 30, 2014. He became Senior Vice President of Exxon Mobil Corporation on June 1, 2014, a position he continues to hold as of this filing date.

---

| **Peter P. Clarke** | *Vice President* |
|---|---|

Held current title since: March 1, 2018 Age: 53

Mr. Peter P. Clarke was Business Planning & Analysis Manager, ExxonMobil Gas & Power Marketing Company May 1, 2011 – April 30, 2014. He was Vice President, Asia Pacific, Africa & Power, ExxonMobil Gas & Power Marketing Company May 1, 2014 – February 28, 2015. He was Vice President, Asia Pacific, Africa, & Americas, ExxonMobil Gas & Power Marketing Company March 1, 2015 – June 30, 2015. He was Vice President, International Gas for ExxonMobil Gas & Power Marketing Company July 1, 2015 – February 28, 2018. He became President of ExxonMobil Gas & Power Marketing Company and Vice President of Exxon Mobil Corporation on March 1, 2018, positions he continues to hold as of this filing date.

---

| **Bradley W. Corson** | *Vice President* |
|---|---|

Held current title since: March 1, 2015 Age: 57

Mr. Bradley W. Corson was Regional Vice President, Europe/Caspian for ExxonMobil Production Company May 1, 2009 – April 30, 2014. He was Vice President, ExxonMobil Upstream Ventures May 1, 2014 – February 28, 2015. He became President of ExxonMobil Upstream Ventures and Vice President of Exxon Mobil Corporation on March 1, 2015, positions he continues to hold as of this filing date.

---

**Neil W. Duffin**                              *Vice President*

Held current title since:                       January 1, 2017                              Age: 62

Mr. Neil W. Duffin was President of ExxonMobil Development Company April 13, 2007 – December 31, 2016. He became President of ExxonMobil Production Company and Vice President of Exxon Mobil Corporation on January 1, 2017, positions he continues to hold as of this filing date.

---

**Randall M. Ebner**                            *Vice President and General Counsel*

Held current title since:                       November 1, 2016                             Age: 63

Mr. Randall M. Ebner was Assistant General Counsel of Exxon Mobil Corporation January 1, 2009 – October 31, 2016. He became Vice President and General Counsel of Exxon Mobil Corporation on November 1, 2016, positions he continues to hold as of this filing date.

---

**Stephen M. Greenlee**                         *Vice President*

Held current title since:                       September 1, 2010                            Age: 61

Mr. Stephen M. Greenlee became President of ExxonMobil Exploration Company and Vice President of Exxon Mobil Corporation on September 1, 2010, positions he continues to hold as of this filing date.

---

**Neil A. Hansen**                              *Vice President – Investor Relations and Secretary*

Held current title since:                       July 1, 2018                                 Age: 44

Mr. Neil A. Hansen was Affiliate Finance Manager, Treasurer's, Exxon Mobil Corporation May 1, 2013 – June 30, 2014. He was Thailand Lead Country Manager and Business Services Manager, Esso (Thailand) Public Company Ltd. July 1, 2014 – March 31, 2017. He was Controller, ExxonMobil Fuels, Lubricants & Specialties Marketing Company April 1, 2017 – December 31, 2017. He was Value Chain Controller, ExxonMobil Fuels & Lubricants Company January 1, 2018 – June 30, 2018. He became Vice President – Investor Relations and Secretary of Exxon Mobil Corporation on July 1, 2018, positions he continues to hold as of this filing date.

---

**Liam M. Mallon**                              *President, ExxonMobil Development Company*

Held current title since:                       January 1, 2017                              Age: 56

Mr. Liam M. Mallon was Vice President, Africa, ExxonMobil Production Company June 1, 2012 – January 31, 2014. He was Executive Vice President, ExxonMobil Development Company February 1, 2014 – December 31, 2016. He became President of ExxonMobil Development Company on January 1, 2017, a position he continues to hold as of this filing date.

---

**Bryan W. Milton**                             *Vice President*

Held current title since:                       August 1, 2016                               Age: 54

Mr. Bryan W. Milton was President of ExxonMobil Global Services Company April 1, 2011 – July 31, 2016. He was President of ExxonMobil Fuels, Lubricants & Specialties Marketing Company and Vice President of Exxon Mobil Corporation August 1, 2016 – December 31, 2017. He became President of ExxonMobil Fuels & Lubricants Company and Vice President of Exxon Mobil Corporation on January 1, 2018, positions he continues to hold as of this filing date.

---

**Sara N. Ortwein**                             *President, XTO Energy Inc., a subsidiary of the Corporation*

Held current title since:                       November 1, 2016                             Age: 60

Ms. Sara N. Ortwein was President of ExxonMobil Upstream Research Company September 1, 2010 – October 31, 2016. She became President of XTO Energy Inc. on November 1, 2016, a position she continues to hold as of this filing date.

---

**David S. Rosenthal**                          *Vice President and Controller*

Held current title since:                       October 1, 2008 (Vice President)
                                                September 1, 2014 (Controller)              Age: 62

Mr. David S. Rosenthal was Vice President – Investor Relations and Secretary of Exxon Mobil Corporation October 1, 2008 – August 31, 2014. He became Vice President and Controller of Exxon Mobil Corporation on September 1, 2014, positions he continues to hold as of this filing date.

29

A-39

**Robert N. Schleckser** *Vice President and Treasurer*

Held current title since: May 1, 2011 Age: 62

Mr. Robert N. Schleckser became Vice President and Treasurer of Exxon Mobil Corporation on May 1, 2011, positions he continues to hold as of this filing date.

---

**James M. Spellings, Jr.** *Vice President and General Tax Counsel*

Held current title since: March 1, 2010 Age: 57

Mr. James M. Spellings, Jr. became Vice President and General Tax Counsel of Exxon Mobil Corporation on March 1, 2010, positions he continues to hold as of this filing date.

---

**John R. Verity** *Vice President*

Held current title since: January 1, 2018 Age: 60

Mr. John R. Verity was Vice President, Polyolefins, ExxonMobil Chemical Company October 17, 2008 – March 31, 2014. He was Vice President, Plastics & Resins, ExxonMobil Chemical Company April 1, 2014 – December 31, 2014. He was Senior Vice President, Polymers, ExxonMobil Chemical Company January 1, 2015 – December 31, 2017. He became President of ExxonMobil Chemical Company and Vice President of Exxon Mobil Corporation on January 1, 2018, positions he continues to hold as of this filing date.

---

**Theodore J. Wojnar, Jr.** *Vice President – Corporate Strategic Planning*

Held current title since: August 1, 2017 Age: 59

Mr. Theodore J. Wojnar, Jr. was President of ExxonMobil Research and Engineering Company April 1, 2011 – July 31, 2017. He became Vice President – Corporate Strategic Planning of Exxon Mobil Corporation on August 1, 2017, a position he continues to hold as of this filing date.

---

Officers are generally elected by the Board of Directors at its meeting on the day of each annual election of directors, with each such officer serving until a successor has been elected and qualified.

30

A-40

## RECENTLY ISSUED ACCOUNTING STANDARDS

Effective January 1, 2019, the Corporation adopted the Financial Accounting Standards Board's Standard, *Leases (Topic 842)*, as amended. The standard requires all leases to be recorded on the balance sheet as a right of use asset and a lease liability. The Corporation used a transition method that applies the new lease standard at January 1, 2019, and recognizes any cumulative-effect adjustments to the opening balance of 2019 retained earnings. The Corporation applied a policy election to exclude short-term leases from balance sheet recognition and also elected certain practical expedients at adoption. As permitted under these expedients the Corporation did not reassess whether existing contracts are or contain leases, the lease classification for any existing leases, initial direct costs for any existing lease and whether existing land easements and rights of way, that were not previously accounted for as leases, are or contain a lease. At January 1, 2019, the operating lease liability is estimated to be in the range of $3.3 billion and the operating lease right of use asset is estimated to be in the range of $4.3 billion, including about $1.0 billion related to prepaid leases. The cumulative effect adjustment is expected to be de minimis.

## CRITICAL ACCOUNTING ESTIMATES

The Corporation's accounting and financial reporting fairly reflect its integrated business model involving exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products. The preparation of financial statements in conformity with U.S. Generally Accepted Accounting Principles (GAAP) requires management to make estimates and judgments that affect the reported amounts of assets, liabilities, revenues and expenses and the disclosure of contingent assets and liabilities. The Corporation's accounting policies are summarized in Note 1.

### Oil and Natural Gas Reserves

The estimation of proved reserves is an ongoing process based on rigorous technical evaluations, commercial and market assessments and detailed analysis of well information such as flow rates and reservoir pressure declines, among other factors. The estimation of proved reserves is controlled by the Corporation through long-standing approval guidelines. Reserve changes are made within a well-established, disciplined process driven by senior level geoscience and engineering professionals, assisted by the Global Reserves group which has significant technical experience, culminating in reviews with and approval by senior management. Notably, the Corporation does not use specific quantitative reserve targets to determine compensation. Key features of the reserve estimation process are covered in Disclosure of Reserves in Item 2.

Oil and natural gas reserves include both proved and unproved reserves.

 Proved oil and natural gas reserves are determined in accordance with Securities and Exchange Commission (SEC) requirements. Proved reserves are those quantities of oil and natural gas which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible under existing economic and operating conditions and government regulations. Proved reserves are determined using the average of first-of-month oil and natural gas prices during the reporting year.

Proved reserves can be further subdivided into developed and undeveloped reserves. Proved developed reserves include amounts which are expected to be recovered through existing wells with existing equipment and operating methods. Proved undeveloped reserves include amounts expected to be recovered from new wells on undrilled proved acreage or from existing wells where a relatively major expenditure is required for completion. Proved undeveloped reserves are recognized only if a development plan has been adopted indicating that the reserves are scheduled to be drilled within five years, unless specific circumstances support a longer period of time.

The percentage of proved developed reserves was 68 percent of total proved reserves at year-end 2018 (including both consolidated and equity company reserves), an increase from 66 percent in 2017, and has been over 60 percent for the last ten years. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policy, consumer preferences and significant changes in long-term oil and natural gas prices.

 Unproved reserves are quantities of oil and natural gas with less than reasonable certainty of recoverability and include probable reserves. Probable reserves are reserves that, together with proved reserves, are as likely as not to be recovered.

Revisions in previously estimated volumes of proved reserves for existing fields can occur due to the evaluation or re-evaluation of (1) already available geologic, reservoir or production data, (2) new geologic, reservoir or production data or (3) changes in the average of first-of-month oil and natural gas prices and / or costs that are used in the estimation of reserves. Revisions can also result from significant changes in development strategy or production equipment and facility capacity.

A summary of pension plans with an accumulated benefit obligation in excess of plan assets is shown in the table below:

| | Pension Benefits | | | |
| | U.S. | | Non-U.S. | |
| | 2018 | 2017 | 2018 | 2017 |
| | *(millions of dollars)* | | | |
| For <u>funded</u> pension plans with an accumulated benefit obligation in excess of plan assets: | | | | |
| Projected benefit obligation | 15,738 | 16,739 | 4,037 | 3,384 |
| Accumulated benefit obligation | 13,208 | 14,022 | 3,671 | 3,264 |
| Fair value of plan assets | 11,134 | 12,782 | 3,499 | 3,219 |
| For <u>unfunded</u> pension plans: | | | | |
| Projected benefit obligation | 2,436 | 2,571 | 6,331 | 6,915 |
| Accumulated benefit obligation | 1,475 | 1,535 | 5,670 | 6,208 |

| | Pension Benefits | | Other Postretirement Benefits |
| | U.S. | Non-U.S. | |
| | *(millions of dollars)* | | |
| Estimated 2019 amortization from accumulated other comprehensive income: | | | |
| Net actuarial loss/(gain) *(1)* | 510 | 357 | 59 |
| Prior service cost *(2)* | 5 | 48 | (42) |

*(1)   The Corporation amortizes the net balance of actuarial losses/(gains) as a component of net periodic benefit cost over the average remaining service period of active plan participants.*

*(2)   The Corporation amortizes prior service cost on a straight-line basis as permitted under authoritative guidance for defined benefit pension and other postretirement benefit plans.*

| | Pension Benefits | | Other Postretirement Benefits | |
| | U.S. | Non-U.S. | Gross | Medicare Subsidy Receipt |
| | *(millions of dollars)* | | | |
| Contributions expected in 2019 | 1,020 | 680 | - | - |
| Benefit payments expected in: | | | | |
| 2019 | 1,353 | 1,113 | 454 | 19 |
| 2020 | 1,312 | 1,111 | 458 | 20 |
| 2021 | 1,310 | 1,127 | 461 | 20 |
| 2022 | 1,302 | 1,138 | 463 | 22 |
| 2023 | 1,307 | 1,156 | 456 | 23 |
| 2024 - 2028 | 6,393 | 5,806 | 2,259 | 126 |

## 18. Disclosures about Segments and Related Information

The Upstream, Downstream and Chemical functions best define the operating segments of the business that are reported separately. The factors used to identify these reportable segments are based on the nature of the operations that are undertaken by each segment. The Upstream segment is organized and operates to explore for and produce crude oil and natural gas. The Downstream segment is organized and operates to manufacture and sell petroleum products. The Chemical segment is organized and operates to manufacture and sell petrochemicals. These segments are broadly understood across the petroleum and petrochemical industries.

These functions have been defined as the operating segments of the Corporation because they are the segments (1) that engage in business activities from which revenues are recognized and expenses are incurred; (2) whose operating results are regularly reviewed by the Corporation's chief operating decision maker to make decisions about resources to be allocated to the segment and to assess its performance; and (3) for which discrete financial information is available.

Earnings after income tax include transfers at estimated market prices.

100

**Oil and Gas Reserves**

The following information describes changes during the years and balances of proved oil and gas reserves at year-end 2016, 2017 and 2018.

The definitions used are in accordance with the Securities and Exchange Commission's Rule 4-10 (a) of Regulation S-X.

Proved oil and natural gas reserves are those quantities of oil and natural gas, which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible – from a given date forward, from known reservoirs, and under existing economic conditions, operating methods and government regulations – prior to the time at which contracts providing the right to operate expire, unless evidence indicates that renewal is reasonably certain. In some cases, substantial new investments in additional wells and related facilities will be required to recover these proved reserves.

In accordance with the Securities and Exchange Commission's (SEC) rules, the Corporation's year-end reserves volumes as well as the reserves change categories shown in the following tables are required to be calculated on the basis of average prices during the 12-month period prior to the ending date of the period covered by the report, determined as an unweighted arithmetic average of the first-day-of-the-month price for each month within such period. These reserves quantities are also used in calculating unit‑of-production depreciation rates and in calculating the standardized measure of discounted net cash flows.

Revisions can include upward or downward changes in previously estimated volumes of proved reserves for existing fields due to the evaluation or re-evaluation of (1) already available geologic, reservoir or production data, (2) new geologic, reservoir or production data or (3) changes in the average of first-of-month oil and natural gas prices and / or costs that are used in the estimation of reserves. Revisions can also result from significant changes in either development strategy or production equipment/facility capacity. Reserve volumes that were subject to a downward revision can be revised upward at some point in the future when price levels increase, costs decline, and / or operating efficiencies occur.

Proved reserves include 100 percent of each majority-owned affiliate's participation in proved reserves and ExxonMobil's ownership percentage of the proved reserves of equity companies, but exclude royalties and quantities due others. Natural gas reserves exclude the gaseous equivalent of liquids expected to be removed from the natural gas on leases, at field facilities and at gas processing plants. These liquids are included in net proved reserves of crude oil and natural gas liquids.

In the proved reserves tables, consolidated reserves and equity company reserves are reported separately. However, the Corporation does not view equity company reserves any differently than those from consolidated companies.

Reserves reported under production sharing and other nonconcessionary agreements are based on the economic interest as defined by the specific fiscal terms in the agreement. The production and reserves reported for these types of arrangements typically vary inversely with oil and natural gas price changes. As oil and natural gas prices increase, the cash flow and value received by the company increase; however, the production volumes and reserves required to achieve this value will typically be lower because of the higher prices. When prices decrease, the opposite effect generally occurs. The percentage of total liquids and natural gas proved reserves (consolidated subsidiaries plus equity companies) at year-end 2018 that were associated with production sharing contract arrangements was 8 percent of liquids, 10 percent of natural gas and 9 percent on an oil-equivalent basis (natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels).

Net proved developed reserves are those volumes that are expected to be recovered through existing wells with existing equipment and operating methods or in which the cost of the required equipment is relatively minor compared to the cost of a new well. Net proved undeveloped reserves are those volumes that are expected to be recovered from new wells on undrilled acreage, or from existing wells where a relatively major expenditure is required for recompletion.

Crude oil, natural gas liquids, and natural gas production quantities shown are the net volumes withdrawn from ExxonMobil's oil and natural gas reserves. The natural gas quantities differ from the quantities of natural gas delivered for sale by the producing function as reported in the Operating Information due to volumes consumed or flared and inventory changes.

The changes between 2018 year-end proved reserves and 2017 year-end proved reserves include upward revisions of 3.4 billion barrels of bitumen at Kearl as a result of improved prices; downward natural gas revisions for the Groningen field in the Netherlands; and extensions/discoveries primarily in the United States. In 2018, the Dutch Cabinet notified Parliament of its intention to further reduce previously legislated Groningen gas extraction in response to seismic events over the last several years. In anticipation of a lower production outlook, the Corporation reduced its estimate of proved reserves by 0.8 billion oil-equivalent barrels for the Groningen gas field.

The changes between 2017 year-end proved reserves and 2016 year-end proved reserves primarily reflect extensions/discoveries in the United States, Guyana, and the United Arab Emirates, as well as purchases in the Permian Basin and offshore Area 4 in Mozambique, along with upward revisions to North America natural gas, liquids in the United Arab Emirates, and bitumen at Kearl and Cold Lake. Downward revisions are reflected in Europe for the Groningen gas field.

The downward revisions in 2016, as the result of very low prices during 2016, included the entire 3.5 billion barrels of bitumen at Kearl. In addition, 0.8 billion barrels of oil equivalent across the remainder of North America no longer qualified as proved reserves at year-end 2016 mainly due to the acceleration of the projected end-of-field-life.

111

# EXHIBIT 2

**2019**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-K**

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended December 31, 2019

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____
Commission File Number 1-2256

# Exxon Mobil Corporation

(Exact name of registrant as specified in its charter)

| **New Jersey** | **13-5409005** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**5959 Las Colinas Boulevard, Irving, Texas 75039-2298**
(Address of principal executive offices) (Zip Code)

**(972) 940-6000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol | Name of Each Exchange on Which Registered |
|---|---|---|
| **Common Stock, without par value** | **XOM** | **New York Stock Exchange** |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☑ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

A-44

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Act). Yes ☐ No ☑

The aggregate market value of the voting stock held by non-affiliates of the registrant on June 28, 2019, the last business day of the registrant's most recently completed second fiscal quarter, based on the closing price on that date of $76.63 on the New York Stock Exchange composite tape, was in excess of $324 billion.

| Class | Outstanding as of January 31, 2020 |
|---|---|
| Common stock, without par value | 4,232,190,744 |

**Documents Incorporated by Reference: Proxy Statement for the 2020 Annual Meeting of Shareholders (Part III)**

# EXXON MOBIL CORPORATION

## FORM 10-K

## FOR THE FISCAL YEAR ENDED DECEMBER 31, 2019

## TABLE OF CONTENTS

### PART I

| | | |
|---|---|---|
| Item 1. | Business | 1 |
| Item 1A. | Risk Factors | 2 |
| Item 1B. | Unresolved Staff Comments | 5 |
| Item 2. | Properties | 6 |
| Item 3. | Legal Proceedings | 27 |
| Item 4. | Mine Safety Disclosures | 27 |
| | Information about our Executive Officers | 28 |

### PART II

| | | |
|---|---|---|
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 31 |
| Item 6. | Selected Financial Data | 31 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 31 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 31 |
| Item 8. | Financial Statements and Supplementary Data | 32 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 32 |

Case 3:21-cv-00194-N    Document 70    Filed 11/24/21    Page 54 of 290    PageID 958

Item 9A.  Controls and Procedures                                                                32

Item 9B.  Other Information                                                                      32

**PART III**

Item 10.  Directors, Executive Officers and Corporate Governance                                  33

Item 11.  Executive Compensation                                                                 33

Item 12.  Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters    33

Item 13.  Certain Relationships and Related Transactions, and Director Independence               34

Item 14.  Principal Accounting Fees and Services                                                 34

**PART IV**

Item 15.  Exhibits, Financial Statement Schedules                                                34

Item 16.  Form 10-K Summary                                                                      34

Financial Section                                                                                35

Index to Exhibits                                                                                126

Signatures                                                                                       127

Exhibits 31 and 32 — Certifications

**PART I**

## ITEM 1.    BUSINESS

Exxon Mobil Corporation was incorporated in the State of New Jersey in 1882. Divisions and affiliated companies of ExxonMobil operate or market products in the United States and most other countries of the world. Their principal business involves exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products. Affiliates of ExxonMobil conduct extensive research programs in support of these businesses.

Exxon Mobil Corporation has several divisions and hundreds of affiliates, many with names that include *ExxonMobil*, *Exxon*, *Esso, Mobil* or *XTO*. For convenience and simplicity, in this report the terms *ExxonMobil, Exxon, Esso, Mobil* and *XTO*, as well as terms like *Corporation*, *Company*, *our*, *we* and *its*, are sometimes used as abbreviated references to specific affiliates or groups of affiliates. The precise meaning depends on the context in question.

The energy and petrochemical industries are highly competitive. There is competition within the industries and also with other industries in supplying the energy, fuel and chemical needs of both industrial and individual consumers. The Corporation competes with other firms in the sale or purchase of needed goods and services in many national and international markets and employs all methods of competition which are lawful and appropriate for such purposes.

Operating data and industry segment information for the Corporation are contained in the Financial Section of this report under the following: "Quarterly Information", "Note 18: Disclosures about Segments and Related Information" and "Operating Information". Information on oil and gas reserves is contained in the "Oil and Gas Reserves" part of the "Supplemental Information on Oil and Gas Exploration and Production Activities" portion of the Financial Section of this report.

ExxonMobil has a long-standing commitment to the development of proprietary technology. We have a wide array of research programs designed to meet the needs identified in each of our business segments. ExxonMobil held over 13 thousand active patents worldwide at the end of 2019. For technology licensed to third parties, revenues totaled approximately $79 million in 2019. Although technology is an important contributor to the overall operations and results of our Company, the profitability of each business segment is not dependent on any individual patent, trade secret,

A-46

trademark, license, franchise or concession.

The number of regular employees was 74.9 thousand, 71.0 thousand, and 69.6 thousand at years ended 2019, 2018, and 2017, respectively. Regular employees are defined as active executive, management, professional, technical and wage employees who work full time or part time for the Corporation and are covered by the Corporation's benefit plans and programs.

Throughout ExxonMobil's businesses, new and ongoing measures are taken to prevent and minimize the impact of our operations on air, water and ground. These include a significant investment in refining infrastructure and technology to manufacture clean fuels, as well as projects to monitor and reduce nitrogen oxide, sulfur oxide and greenhouse gas emissions, and expenditures for asset retirement obligations. Using definitions and guidelines established by the American Petroleum Institute, ExxonMobil's 2019 worldwide environmental expenditures for all such preventative and remediation steps, including ExxonMobil's share of equity company expenditures, were $5.2 billion, of which $4.0 billion were included in expenses with the remainder in capital expenditures. The total cost for such activities is expected to increase to approximately $5.9 billion in 2020 and 2021. Capital expenditures are expected to account for approximately 35 percent of the total.

Information concerning the source and availability of raw materials used in the Corporation's business, the extent of seasonality in the business, the possibility of renegotiation of profits or termination of contracts at the election of governments and risks attendant to foreign operations may be found in "Item 1A. Risk Factors" and "Item 2. Properties" in this report.

ExxonMobil maintains a website at exxonmobil.com. Our annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K and any amendments to those reports filed or furnished pursuant to Section 13(a) of the Securities Exchange Act of 1934 are made available through our website as soon as reasonably practical after we electronically file or furnish the reports to the Securities and Exchange Commission (SEC). Also available on the Corporation's website are the Company's Corporate Governance Guidelines, Code of Ethics and Business Conduct, and additional policies as well as the charters of the audit, compensation, nominating, and other committees of the Board of Directors. Information on our website is not incorporated into this report.

The SEC maintains an internet site (http://www.sec.gov) that contains reports, proxy and information statements, and other information regarding issuers that file electronically with the SEC.

1

## ITEM 1A.    RISK FACTORS

ExxonMobil's financial and operating results are subject to a variety of risks inherent in the global oil, gas, and petrochemical businesses. Many of these risk factors are not within the Company's control and could adversely affect our business, our financial and operating results, or our financial condition. These risk factors include:

### Supply and Demand

The oil, gas, and petrochemical businesses are fundamentally commodity businesses. This means ExxonMobil's operations and earnings may be significantly affected by changes in oil, gas, and petrochemical prices and by changes in margins on refined products. Oil, gas, petrochemical, and product prices and margins in turn depend on local, regional, and global events or conditions that affect supply and demand for the relevant commodity. Any material decline in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Upstream segment, financial condition, and proved reserves. On the other hand, a material increase in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Downstream and Chemical segments.

**Economic conditions.** The demand for energy and petrochemicals is generally linked closely with broad-based economic activities and levels of prosperity. The occurrence of recessions or other periods of low or negative economic growth will typically have a direct adverse impact on our results. Other factors that affect general economic conditions in the world or in a major region, such as changes in population growth rates, periods of civil unrest, government austerity programs, trade tariffs, security or public health concerns, or currency exchange rate fluctuations, can also impact the demand for energy and petrochemicals. Sovereign debt downgrades, defaults, inability to access debt markets due to credit or legal constraints, liquidity crises, the breakup or restructuring of fiscal, monetary, or political systems such as the European Union, and other events or conditions that impair the functioning of financial markets and institutions also pose risks to ExxonMobil, including risks to the safety of our financial assets and to the ability of our partners and customers to fulfill their commitments to ExxonMobil.

**Other demand-related factors.** Other factors that may affect the demand for oil, gas, and petrochemicals, and therefore impact our results, include technological improvements in energy efficiency; seasonal weather patterns; increased competitiveness of alternative energy sources; changes in technology that alter fuel choices, such as technological advances in energy storage that make wind and solar more competitive for power generation; changes in consumer preferences for our products, including consumer demand for alternative fueled or electric transportation; and broad-based changes in personal income levels.

**Other supply-related factors.** Commodity prices and margins also vary depending on a number of factors affecting supply. For example, increased supply from the development of new oil and gas supply sources and technologies to enhance recovery from existing sources tend to reduce commodity prices to the extent such supply increases are not offset by commensurate growth in demand. Similarly, increases in industry refining or petrochemical manufacturing capacity relative to demand tend to reduce margins on the affected products. World oil, gas, and petrochemical supply levels can also be affected by factors that reduce available supplies, such as adherence by countries to OPEC production quotas and other agreements among sovereigns, and the occurrence of wars, hostile actions, natural disasters, disruptions in competitors' operations, logistics constraints or unexpected unavailability of distribution channels that may disrupt supplies. Technological change can also alter the relative costs for competitors to find, produce, and refine oil and gas and to manufacture petrochemicals.

**Other market factors.** ExxonMobil's business results are also exposed to potential negative impacts due to changes in interest rates, inflation, currency exchange rates, and other local or regional market conditions.

### Government and Political Factors

ExxonMobil's results can be adversely affected by political or regulatory developments affecting our operations.

**Access limitations.** A number of countries limit access to their oil and gas resources, or may place resources off-limits from development altogether. Restrictions on foreign investment in the oil and gas sector tend to increase in times of high commodity prices, when national

A-47

governments may have less need of outside sources of private capital. Many countries also restrict the import or export of certain products based on point of origin.

**Restrictions on doing business.** ExxonMobil is subject to laws and sanctions imposed by the United States or by other jurisdictions where we do business that may prohibit ExxonMobil or certain of its affiliates from doing business in certain countries, or restricting the kind of business that may be conducted. Such restrictions may provide a competitive advantage to competitors who may not be subject to comparable restrictions.

**Lack of legal certainty.** Some countries in which we do business lack well-developed legal systems, or have not yet adopted, or may be unable to maintain, clear regulatory frameworks for oil and gas development. Lack of legal certainty exposes our operations to increased risk of adverse or unpredictable actions by government officials, and also makes it more difficult for us to enforce our contracts. In some cases these risks can be partially offset by agreements to arbitrate disputes in an international forum, but the adequacy of this remedy may still depend on the local legal system to enforce an award.

2

**Regulatory and litigation risks.** Even in countries with well-developed legal systems where ExxonMobil does business, we remain exposed to changes in law or interpretation of settled law (including changes that result from international treaties and accords) that could adversely affect our results, such as:

- increases in taxes, duties, or government royalty rates (including retroactive claims);
- price controls;
- changes in environmental regulations or other laws that increase our cost of compliance or reduce or delay available business opportunities (including changes in laws related to offshore drilling operations, water use, methane emissions, hydraulic fracturing or use of plastics);
- adoption of regulations mandating efficiency standards, the use of alternative fuels or uncompetitive fuel components;
- adoption of government payment transparency regulations that could require us to disclose competitively sensitive commercial information, or that could cause us to violate the non-disclosure laws of other countries; and
- government actions to cancel contracts, re-denominate the official currency, renounce or default on obligations, renegotiate terms unilaterally, or expropriate assets.

Legal remedies available to compensate us for expropriation or other takings may be inadequate.

We also may be adversely affected by the outcome of litigation, especially in countries such as the United States in which very large and unpredictable punitive damage awards may occur; by government enforcement proceedings alleging non-compliance with applicable laws or regulations; or by state and local government actors as well as private plaintiffs acting in parallel that attempt to use the legal system to promote public policy agendas, gain political notoriety, or obtain monetary awards from the Company.

**Security concerns.** Successful operation of particular facilities or projects may be disrupted by civil unrest, acts of sabotage or terrorism, cybersecurity attacks, and other local security concerns. Such concerns may require us to incur greater costs for security or to shut down operations for a period of time.

**Climate change and greenhouse gas restrictions.** Due to concern over the risks of climate change, a number of countries have adopted, or are considering the adoption of, regulatory frameworks to reduce greenhouse gas emissions. These include adoption of cap and trade regimes, carbon taxes, minimum renewable usage requirements, restrictive permitting, increased efficiency standards, and incentives or mandates for renewable energy. Such policies could make our products more expensive, less competitive, lengthen project implementation times, and reduce demand for hydrocarbons, as well as shift hydrocarbon demand toward relatively lower-carbon sources such as natural gas. Current and pending greenhouse gas regulations or policies may also increase our compliance costs, such as for monitoring or sequestering emissions.

**Alternative energy.** Many governments are providing tax advantages and other subsidies to support transitioning to alternative energy sources or are mandating the use of specific fuels or technologies. Governments and others are also promoting research into new technologies to reduce the cost and increase the scalability of alternative energy sources. We are conducting our own research both in-house and by working with more than 80 leading universities around the world, including the Massachusetts Institute of Technology, Princeton University, The University of Texas, and Stanford University. Our research projects focus on developing algae-based biofuels, carbon capture and storage, breakthrough energy efficiency processes, advanced energy-saving materials, and other technologies. For example, ExxonMobil is launching an innovative relationship with the U.S. Department of Energy's National Laboratory network to bring low-emission energy breakthroughs to commercial scale. Our future results may depend in part on the success of our research efforts and on our ability to adapt and apply the strengths of our current business model to providing the energy products of the future in a cost-competitive manner. See "Operational and Other Factors" below.

## Operational and Other Factors

In addition to external economic and political factors, our future business results also depend on our ability to manage successfully those factors that are at least in part within our control. The extent to which we manage these factors will impact our performance relative to competition. For projects in which we are not the operator, we depend on the management effectiveness of one or more co-venturers whom we do not control.

**Exploration and development program.** Our ability to maintain and grow our oil and gas production depends on the success of our exploration and development efforts. Among other factors, we must continuously improve our ability to identify the most promising resource prospects and apply our project management expertise to bring discovered resources on line as scheduled and within budget.

3

**Project and portfolio management.** The long-term success of ExxonMobil's Upstream, Downstream, and Chemical businesses depends on complex, long-term, capital intensive projects. These projects in turn require a high degree of project management expertise to maximize efficiency. Specific factors that can affect the performance of major projects include our ability to: negotiate successfully with joint venturers, partners, governments, suppliers, customers, or others; model and optimize reservoir performance; develop markets for project outputs, whether through long-term

contracts or the development of effective spot markets; manage changes in operating conditions and costs, including costs of third party equipment or services such as drilling rigs and shipping; prevent, to the extent possible, and respond effectively to unforeseen technical difficulties that could delay project startup or cause unscheduled project downtime; and influence the performance of project operators where ExxonMobil does not perform that role. In addition to the effective management of individual projects, ExxonMobil's success, including our ability to mitigate risk and provide attractive returns to shareholders, depends on our ability to successfully manage our overall portfolio, including diversification among types and locations of our projects and strategies to divest assets. We may not be able to divest assets at a price or on the timeline we contemplate in our strategies. Additionally, we may retain certain liabilities following a divestment and could be held liable for past use or for different liabilities than anticipated.

The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

**Operational efficiency.** An important component of ExxonMobil's competitive performance, especially given the commodity-based nature of many of our businesses, is our ability to operate efficiently, including our ability to manage expenses and improve production yields on an ongoing basis. This requires continuous management focus, including technology improvements, cost control, productivity enhancements, regular reappraisal of our asset portfolio, and the recruitment, development, and retention of high caliber employees.

**Research and development and technological change.** To maintain our competitive position, especially in light of the technological nature of our businesses and the need for continuous efficiency improvement, ExxonMobil's research and development organizations must be successful and able to adapt to a changing market and policy environment, including developing technologies to help reduce greenhouse gas emissions. To remain competitive we must also continuously adapt and capture the benefits of new and emerging technologies, including successfully applying advances in the ability to process very large amounts of data to our businesses.

**Safety, business controls, and environmental risk management.** Our results depend on management's ability to minimize the inherent risks of oil, gas, and petrochemical operations, to control effectively our business activities, and to minimize the potential for human error. We apply rigorous management systems and continuous focus on workplace safety and avoiding spills or other adverse environmental events. For example, we work to minimize spills through a combined program of effective operations integrity management, ongoing upgrades, key equipment replacements, and comprehensive inspection and surveillance. Similarly, we are implementing cost-effective new technologies and adopting new operating practices to reduce air emissions, not only in response to government requirements but also to address community priorities. We also maintain a disciplined framework of internal controls and apply a controls management system for monitoring compliance with this framework. Substantial liabilities and other adverse impacts could result if our management systems and controls do not function as intended.

**Cybersecurity.** ExxonMobil is regularly subject to attempted cybersecurity disruptions from a variety of threat actors including state-sponsored actors. ExxonMobil's defensive preparedness includes multi-layered technological capabilities for prevention and detection of cybersecurity disruptions; non-technological measures such as threat information sharing with governmental and industry groups; internal training and awareness campaigns including routine testing of employee awareness and an emphasis on resiliency including business response and recovery. If the measures we are taking to protect against cybersecurity disruptions prove to be insufficient, ExxonMobil as well as our customers, employees, or third parties could be adversely affected. Cybersecurity disruptions could cause physical harm to people or the environment; damage or destroy assets; compromise business systems; result in proprietary information being altered, lost, or stolen; result in employee, customer, or third-party information being compromised; or otherwise disrupt our business operations. We could incur significant costs to remedy the effects of a major cybersecurity disruption in addition to costs in connection with resulting regulatory actions, litigation or reputational harm.

**Preparedness.** Our operations may be disrupted by severe weather events, natural disasters, human error, and similar events. For example, hurricanes may damage our offshore production facilities or coastal refining and petrochemical plants in vulnerable areas. Our facilities are designed, constructed, and operated to withstand a variety of extreme climatic and other conditions, with safety factors built in to cover a number of engineering uncertainties, including those associated with wave, wind, and current intensity, marine ice flow patterns, permafrost stability, storm surge magnitude, temperature extremes, extreme rainfall events, and earthquakes. Our consideration of changing weather conditions and inclusion of safety factors in design covers the engineering uncertainties that climate change and other events may potentially introduce. Our ability to mitigate the adverse impacts of these events depends in part upon the effectiveness of our robust facility engineering as well as our rigorous disaster preparedness and response and business continuity planning.

4

**Insurance limitations.** The ability of the Corporation to insure against many of the risks it faces as described in this Item 1A is limited by the capacity of the applicable insurance markets, which may not be sufficient.

**Competition.** As noted in Item 1 above, the energy and petrochemical industries are highly competitive. We face competition not only from other private firms, but also from state-owned companies that are increasingly competing for opportunities outside of their home countries and as partners with other private firms. In some cases, these state-owned companies may pursue opportunities in furtherance of strategic objectives of their government owners, with less focus on financial returns than companies owned by private shareholders, such as ExxonMobil. Technology and expertise provided by industry service companies may also enhance the competitiveness of firms that may not have the internal resources and capabilities of ExxonMobil or reduce the need for resource-owning countries to partner with private-sector oil and gas companies in order to monetize national resources.

**Reputation.** Our reputation is an important corporate asset. An operating incident, significant cybersecurity disruption, change in consumer views concerning our products, or other adverse event such as those described in this Item 1A may have a negative impact on our reputation, which in turn could make it more difficult for us to compete successfully for new opportunities, obtain necessary regulatory approvals, obtain financing, or could reduce consumer demand for our branded products. ExxonMobil's reputation may also be harmed by events which negatively affect the image of our industry as a whole.

Projections, estimates, and descriptions of ExxonMobil's plans and objectives included or incorporated in Items 1, 1A, 2, 7 and 7A of this report are forward-looking statements. Actual future results, including project completion dates, production rates, capital expenditures, costs, and business plans could differ materially due to, among other things, the factors discussed above and elsewhere in this report.

A-49

None.

5

## ITEM 2.    PROPERTIES

**Information with regard to oil and gas producing activities follows:**

### 1. Disclosure of Reserves

### A. Summary of Oil and Gas Reserves at Year-End 2019

The table below summarizes the oil-equivalent proved reserves in each geographic area and by product type for consolidated subsidiaries and equity companies. Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels. The Corporation has reported proved reserves on the basis of the average of the first-day-of-the-month price for each month during the last 12-month period. No major discovery or other favorable or adverse event has occurred since December 31, 2019, that would cause a significant change in the estimated proved reserves as of that date.

| | Crude Oil | Natural Gas Liquids | Bitumen | Synthetic Oil | Natural Gas | Oil-Equivalent Total All Products |
|---|---|---|---|---|---|---|
| | *(million bbls)* | *(million bbls)* | *(million bbls)* | *(million bbls)* | *(billion cubic ft)* | *(million bbls)* |
| **Proved Reserves** | | | | | | |
| **Developed** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 1,226 | 429 | - | - | 11,882 | 3,635 |
| Canada/Other Americas *(1)* | 185 | 10 | 3,528 | 415 | 613 | 4,240 |
| Europe | 20 | 3 | - | - | 502 | 107 |
| Africa | 384 | 35 | - | - | 377 | 482 |
| Asia | 2,217 | 92 | - | - | 3,508 | 2,894 |
| Australia/Oceania | 63 | 27 | - | - | 3,765 | 717 |
| Total Consolidated | 4,095 | 596 | 3,528 | 415 | 20,647 | 12,075 |
| **Equity Companies** | | | | | | |
| United States | 195 | 5 | - | - | 143 | 224 |
| Europe | 13 | - | - | - | 505 | 97 |
| Africa | - | - | - | - | - | - |
| Asia | 499 | 228 | - | - | 9,859 | 2,370 |
| Total Equity Company | 707 | 233 | - | - | 10,507 | 2,691 |
| Total Developed | 4,802 | 829 | 3,528 | 415 | 31,154 | 14,766 |
| **Undeveloped** | | | | | | |

**Consolidated Subsidiaries**

| | | | | | | |
|---|---|---|---|---|---|---|
| United States | 1,862 | 612 | - | - | 7,144 | 3,665 |
| Canada/Other Americas *(1)* | 372 | 9 | 330 | - | 853 | 853 |
| Europe | 19 | 10 | - | - | 119 | 49 |
| Africa | 63 | 5 | - | - | - | 68 |
| Asia | 1,118 | 39 | - | - | 925 | 1,311 |
| Australia/Oceania | 31 | 4 | - | - | 3,236 | 575 |
| Total Consolidated | 3,465 | 679 | 330 | - | 12,277 | 6,521 |

**Equity Companies**

| | | | | | | |
|---|---|---|---|---|---|---|
| United States | 56 | 4 | - | - | 70 | 71 |
| Europe | 1 | - | - | - | 76 | 14 |
| Africa | 6 | - | - | - | 908 | 157 |
| Asia | 398 | 85 | - | - | 2,595 | 916 |
| Total Equity Company | 461 | 89 | - | - | 3,649 | 1,158 |
| Total Undeveloped | 3,926 | 768 | 330 | - | 15,926 | 7,679 |
| **Total Proved Reserves** | 8,728 | 1,597 | 3,858 | 415 | 47,080 | 22,445 |

*(1)   Other Americas includes proved developed reserves of 18 million barrels of crude oil and 75 billion cubic feet of natural gas, as well as proved undeveloped reserves of 280 million barrels of crude oil and 292 billion cubic feet of natural gas.*

6

In the preceding reserves information, consolidated subsidiary and equity company reserves are reported separately. However, the Corporation operates its business with the same view of equity company reserves as it has for reserves from consolidated subsidiaries.

The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups; operational outages; reservoir performance; performance of enhanced oil recovery projects; regulatory changes; the impact of fiscal and commercial terms; asset sales; weather events; price effects on production sharing contracts; changes in the amount and timing of capital investments that may vary depending on the oil and gas price environment; and other factors described in Item 1A. Risk Factors.

The estimation of proved reserves, which is based on the requirement of reasonable certainty, is an ongoing process based on rigorous technical evaluations, commercial and market assessments and detailed analysis of well and reservoir information such as flow rates and reservoir pressures. Furthermore, the Corporation only records proved reserves for projects which have received significant funding commitments by management made toward the development of the reserves. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policies, consumer preferences, and significant changes in long-term oil and natural gas price levels. In addition, proved reserves could be affected by an extended period of low prices which could reduce the level of the Corporation's capital spending and also impact our partners' capacity to fund their share of joint projects.

**B. Technologies Used in Establishing Proved Reserves Additions in 2019**

Additions to ExxonMobil's proved reserves in 2019 were based on estimates generated through the integration of available and appropriate geological, engineering and production data, utilizing well-established technologies that have been demonstrated in the field to yield repeatable and consistent results.

Data used in these integrated assessments included information obtained directly from the subsurface via wellbores, such as well logs, reservoir core samples, fluid samples, static and dynamic pressure information, production test data, and surveillance and performance information. The data utilized also included subsurface information obtained through indirect measurements including high-quality 3-D and 4-D seismic data, calibrated with available well control information. The tools used to interpret the data included proprietary seismic processing software, proprietary reservoir modeling and simulation software, and commercially available data analysis packages.

In some circumstances, where appropriate analog reservoirs were available, reservoir parameters from these analogs were used to increase the quality of and confidence in the reserves estimates.

**C. Qualifications of Reserves Technical Oversight Group and Internal Controls over Proved Reserves**

ExxonMobil has a dedicated Global Reserves and Resources group that provides technical oversight and is separate from the operating organization. Primary responsibilities of this group include oversight of the reserves estimation process for compliance with Securities and Exchange Commission (SEC) rules and regulations, review of annual changes in reserves estimates, and the reporting of ExxonMobil's proved reserves. This group also maintains the official company reserves estimates for ExxonMobil's proved reserves of crude oil, natural gas liquids, bitumen, synthetic oil, and natural gas. In addition, the group provides training to personnel involved in the reserves estimation and reporting process within ExxonMobil and its affiliates. The Manager of the Global Reserves and Resources group has more than 30 years of experience in reservoir engineering and reserves assessment, has a degree in Engineering and currently serves on the Oil and Gas Reserves Committee of the Society of Petroleum Engineers (SPE). The group is staffed with individuals that have an average of more than 15 years of technical experience in the petroleum industry, including expertise in the classification and categorization of reserves under the SEC guidelines. This group includes individuals who hold degrees in either Engineering or Geology.

The Global Reserves and Resources group maintains a central database containing the official company reserves estimates. Appropriate controls, including limitations on database access and update capabilities, are in place to ensure data integrity within this central database. An annual review of the system's controls is performed by internal audit. Key components of the reserves estimation process include technical evaluations, commercial and market assessments, analysis of well and field performance, and long-standing approval guidelines. No changes may be made to the reserves estimates in the central database, including additions of any new initial reserves estimates or subsequent revisions, unless these changes have been thoroughly reviewed and evaluated by duly authorized geoscience and engineering professionals within the operating organization. In addition, changes to reserves estimates that exceed certain thresholds require further review and approval by the appropriate level of management within the operating organization before the changes may be made in the central database. Endorsement by the Global Reserves and Resources group for all proved reserves changes is a mandatory component of this review process. After all changes are made, reviews are held with senior management for final endorsement.

7

**2. Proved Undeveloped Reserves**

At year-end 2019, approximately 7.7 billion oil-equivalent barrels (GOEB) of ExxonMobil's proved reserves were classified as proved undeveloped. This represents 34 percent of the 22.4 GOEB reported in proved reserves. This compares to the 7.9 GOEB of proved undeveloped reserves reported at the end of 2018. During the year, ExxonMobil conducted development activities that resulted in the transfer of approximately 0.9 GOEB from proved undeveloped to proved developed reserves by year end. The largest transfers were related to development activities in the United States, the United Arab Emirates, and Kazakhstan. During 2019, extensions and discoveries, primarily in the United States and Guyana, resulted in an addition of 1.5 GOEB of proved undeveloped reserves, along with an increase of 0.6 GOEB due to revisions primarily in Asia. Also, the Corporation reclassified approximately 1.4 GOEB of proved undeveloped reserves which no longer met the SEC definition of proved reserves, primarily in the United States, which was offset by the extensions in the United States referenced above.

Overall, investments of $18.3 billion were made by the Corporation during 2019 to progress the development of reported proved undeveloped reserves, including $17.7 billion for oil and gas producing activities, along with additional investments for other non-oil and gas producing activities such as the construction of support infrastructure and other related facilities. These investments represented 78 percent of the $23.5 billion in total reported Upstream capital and exploration expenditures.

One of ExxonMobil's requirements for reporting proved reserves is that management has made significant funding commitments toward the development of the reserves. ExxonMobil has a disciplined investment strategy and many major fields require long lead-time in order to be developed. Development projects typically take several years from the time of recording proved undeveloped reserves to the start of production and can exceed five years for large and complex projects. Proved undeveloped reserves in the United States, Canada, Australia, and Kazakhstan have remained undeveloped for five years or more primarily due to constraints on the capacity of infrastructure, as well as the time required to complete development for very large projects. The Corporation is reasonably certain that these proved reserves will be produced; however, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policies, consumer preferences, the pace of co-venturer/government funding, changes in the amount and timing of capital investments, and significant changes in long-term oil and natural gas price levels. Of the proved undeveloped reserves that have been reported for five or more years, over 80 percent are contained in the aforementioned countries. In Canada, proved undeveloped reserves are related to drilling activities in the offshore Hebron field and onshore Cold Lake operations. In Australia, proved undeveloped reserves are associated with future compression for the Gorgon Jansz LNG project. In Kazakhstan, the proved undeveloped reserves are related to the remainder of the Tengizchevroil joint venture development that includes a production license in the Tengiz - Korolev field complex. The Tengizchevroil joint venture is producing, and proved undeveloped reserves will continue to move to proved developed as approved development phases progress.

8

**3. Oil and Gas Production, Production Prices and Production Costs**

**A. Oil and Gas Production**

The table below summarizes production by final product sold and by geographic area for the last three years.

**B. Review of Principal Ongoing Activities**

*UNITED STATES*

ExxonMobil's year-end 2019 acreage holdings totaled 11.5 million net acres, of which 0.6 million net acres were offshore. ExxonMobil was active in areas onshore and offshore in the lower 48 states and in Alaska. The Golden Pass liquefied natural gas export project was funded in 2019.

During the year, 815.6 net exploration and development wells were completed in the inland lower 48 states. Development activities focused on liquids-rich opportunities in the onshore U.S., primarily in the Permian Basin of West Texas and New Mexico and the Bakken oil play in North Dakota. In addition, gas development activities continued in the Marcellus Shale of Pennsylvania and West Virginia, the Utica Shale of Ohio and the Haynesville Shale of East Texas and Louisiana.

ExxonMobil's net acreage in the Gulf of Mexico at year-end 2019 was 0.5 million acres. A total of 0.9 net exploration and development wells were completed during the year.

Participation in Alaska production and development continued with a total of 11.6 net development wells completed.

*CANADA / OTHER AMERICAS*

*Canada*

*Oil and Gas Operations:* ExxonMobil's year-end 2019 acreage holdings totaled 6.8 million net acres, of which 3.9 million net acres were offshore. A total of 29.7 net development wells were completed during the year.

*In Situ Bitumen Operations:* ExxonMobil's year-end 2019 in situ bitumen acreage holdings totaled 0.6 million net onshore acres. A total of 14 net development wells at Cold Lake were completed during the year.

*Argentina*

ExxonMobil's net acreage totaled 2.9 million acres, of which 2.6 million net acres were offshore at year-end 2019. During the year, a total of 4.2 net exploration and development wells were completed. In 2019, ExxonMobil acquired approximately 2.6 million net acres in three offshore blocks located in the Malvinas Basin.

*Guyana*

ExxonMobil's net acreage totaled 4.6 million offshore acres at year-end 2019. During the year, 6.3 net exploration and development wells were completed. The Liza Phase 1 project started up in December 2019, and the Liza Phase 2 project was funded in 2019.

*EUROPE*

*Germany*

ExxonMobil's net acreage totaled 2.2 million onshore acres at year-end 2019. During the year, 0.7 net exploration and development wells were completed.

*Netherlands*

ExxonMobil's net interest in licenses totaled approximately 1.5 million acres, of which 1.1 million acres were onshore at year-end 2019. In 2018, the Dutch Cabinet notified Parliament of its intention to further reduce previously legislated Groningen gas extraction in response to seismic events over the last several years. Affiliates of the Corporation and their partners have actively been in discussions with the government on the associated implementation measures, which resulted in a signed Heads of Agreement in 2018 followed by the execution of additional implementation agreements. In 2019, the Dutch Cabinet informed Parliament of its intention to further reduce Groningen gas extraction and terminate production in 2022.

*United Kingdom*

ExxonMobil's net interest in licenses totaled approximately 0.3 million offshore acres at year-end 2019. During the year, a total of 0.4 net development wells were completed. Development activities continued on the Penguins Redevelopment project.

15

*AFRICA*

*Angola*

ExxonMobil's net acreage totaled 0.2 million offshore acres at year-end 2019. During the year, a total of 1.3 net development wells were completed. On Block 32, the Kaombo Split Hub Sul floating production storage and offloading (FPSO) vessel started up in April 2019, and the Norte FPSO started up in 2018.

*Chad*

ExxonMobil's net acreage holdings totaled 46 thousand onshore acres at year-end 2019.

*Equatorial Guinea*

ExxonMobil's net acreage totaled 0.5 million offshore acres at year-end 2019. During the year, a total of 2.4 net development wells were completed.

*Mozambique*

ExxonMobil's net acreage totaled approximately 1.8 million offshore acres at year-end 2019. In 2019, ExxonMobil relinquished approximately 0.8 million net acres as the Company reduced its working interest in Area 5 offshore blocks, Angoche A5-B, Zambezi Z5-C, and Zambezi Z5-D. Development activities continued on the Coral South Floating LNG project during the year.

### Nigeria

ExxonMobil's net acreage totaled 0.9 million offshore acres at year-end 2019. During the year, a total of 1.3 net exploration and development wells were completed.

## ASIA

### Azerbaijan

ExxonMobil's net acreage totaled 7 thousand offshore acres at year-end 2019. During the year, a total of 0.7 net development wells were completed.

### Indonesia

ExxonMobil's net acreage totaled 0.1 million onshore acres at year-end 2019. The Kedung Keris project started up in November 2019.

### Iraq

ExxonMobil's net acreage totaled 0.1 million onshore acres at year-end 2019. During the year, a total of 2.6 net development wells were completed at the West Qurna Phase I oil field. Oil field rehabilitation activities continued during 2019 and across the life of this project will include drilling of new wells, working over of existing wells, and optimization and debottlenecking of existing facilities. In the Kurdistan Region of Iraq, ExxonMobil has continued exploration activities.

### Kazakhstan

ExxonMobil's net acreage totaled 0.3 million acres, of which 0.2 million net acres were offshore at year-end 2019. During the year, a total of 9.5 net development wells were completed. Development activities continued on the Tengiz Expansion project.

### Malaysia

ExxonMobil's interests in production sharing contracts covered 2.4 million net acres offshore at year-end 2019.

### Qatar

Through our joint ventures with Qatar Petroleum, ExxonMobil's net acreage totaled 65 thousand acres offshore at year-end 2019. ExxonMobil participated in 62.2 million tonnes per year gross liquefied natural gas capacity and 2.0 billion cubic feet per day of flowing gas capacity at year-end. Development activities continued on the Barzan project during the year.

16

### Russia

ExxonMobil's net acreage holdings in Sakhalin totaled 85 thousand offshore acres at year-end 2019. During the year, a total of 2.1 net development wells were completed.

### Thailand

ExxonMobil's net onshore acreage in Thailand concessions totaled 21 thousand acres at year-end 2019.

### United Arab Emirates

ExxonMobil's net acreage in the Abu Dhabi offshore Upper Zakum oil concession was 81 thousand acres at year-end 2019. During the year, a total of 5.3 net development wells were completed. Commissioning activities continued on the Upper Zakum 750 project, while development activities progressed on the Upper Zakum 1 MBD project.

## AUSTRALIA / OCEANIA

### Australia

ExxonMobil's net acreage totaled 1.8 million acres offshore and 10 thousand acres onshore at year-end 2019. During the year, a total of 1.0 net exploration well was completed in the Bass Strait. Development activities continued on the West Barracouta project during the year.

The co-venturer-operated Gorgon Jansz liquefied natural gas (LNG) development consists of a subsea infrastructure for offshore production and transportation of the gas, a 15.6 million tonnes per year LNG facility and a 280 million cubic feet per day domestic gas plant located on Barrow Island, Western Australia. Development activities continued on the Gorgon Stage 2 project during the year.

### Papua New Guinea

ExxonMobil's net acreage totaled 6.9 million acres, of which 3.3 million net acres were offshore at year-end 2019. During the year, a total of 1.2 net exploration and development wells were completed. In 2019, ExxonMobil relinquished approximately 3 million net acres as the Company reduced its working interest, primarily in deepwater offshore licenses. The Papua New Guinea (PNG) liquefied natural gas integrated development includes gas production and processing facilities in the southern PNG Highlands, onshore and offshore pipelines, and a 6.9 million tonnes per year liquefied natural gas facility near Port Moresby.

## WORLDWIDE EXPLORATION

At year-end 2019, exploration activities were under way in several areas in which ExxonMobil has no established production operations and thus are not included above. A total of 41.5 million net acres were held at year-end 2019 and 2.7 net exploration wells were completed during the year in these countries.

## 6. Delivery Commitments

ExxonMobil sells crude oil and natural gas from its producing operations under a variety of contractual obligations, some of which may specify the delivery of a fixed and determinable quantity for periods longer than one year. ExxonMobil also enters into natural gas sales contracts where the source of the natural gas used to fulfill the contract can be a combination of our own production and the spot market. Worldwide, we are contractually committed to deliver approximately 44 million barrels of oil and 2,500 billion cubic feet of natural gas for the period from 2020 through 2022. We expect to fulfill the majority of these delivery commitments with production from our proved developed reserves. Any remaining commitments will be fulfilled with production from our proved undeveloped reserves and purchases on the open market as necessary.

17

## 7. Oil and Gas Properties, Wells, Operations and Acreage

### A. Gross and Net Productive Wells

| | Year-End 2019 | | | | Year-End 2018 | | | |
| | Oil | | Gas | | Oil | | Gas | |
| | Gross | Net | Gross | Net | Gross | Net | Gross | Net |
|---|---|---|---|---|---|---|---|---|
| **Gross and Net Productive Wells** | | | | | | | | |
| **Consolidated Subsidiaries** | | | | | | | | |
| United States | 20,559 | 8,502 | 21,893 | 13,182 | 20,996 | 8,460 | 25,061 | 14,396 |
| Canada/Other Americas | 4,905 | 4,724 | 3,441 | 1,347 | 5,037 | 4,781 | 4,262 | 1,650 |
| Europe | 741 | 207 | 517 | 236 | 981 | 256 | 648 | 261 |
| Africa | 1,191 | 456 | 13 | 5 | 1,221 | 472 | 12 | 5 |
| Asia | 943 | 301 | 133 | 79 | 891 | 286 | 133 | 79 |
| Australia/Oceania | 582 | 120 | 87 | 36 | 577 | 123 | 81 | 33 |
| Total Consolidated Subsidiaries | 28,921 | 14,310 | 26,084 | 14,885 | 29,703 | 14,378 | 30,197 | 16,424 |
| **Equity Companies** | | | | | | | | |
| United States | 12,947 | 5,328 | 4,500 | 577 | 13,126 | 5,398 | 4,503 | 577 |
| Europe | 57 | 20 | 561 | 175 | 57 | 20 | 602 | 187 |
| Asia | 194 | 49 | 126 | 30 | 164 | 41 | 126 | 30 |
| Total Equity Companies | 13,198 | 5,397 | 5,187 | 782 | 13,347 | 5,459 | 5,231 | 794 |
| **Total gross and net productive wells** | 42,119 | 19,707 | 31,271 | 15,667 | 43,050 | 19,837 | 35,428 | 17,218 |

There were 27,532 gross and 23,857 net operated wells at year-end 2019 and 28,847 gross and 24,696 net operated wells at year-end 2018. The number of wells with multiple completions was 1,023 gross in 2019 and 947 gross in 2018.

18

A-55

## ITEM 3.    LEGAL PROCEEDINGS

Regarding a matter last reported in the Corporation's Form 10-Q for the third quarter of 2019, on December 31, 2019, the United States Federal District Court, Northern District of Texas (the Federal Court), vacated the civil penalty assessed by the United States Department of Treasury, Office of Foreign Assets Control (OFAC) against Exxon Mobil Corporation, ExxonMobil Development Company and ExxonMobil Oil Corporation on July 20, 2017, for allegedly violating the Ukraine-Related Sanctions Regulations, 31 C.F.R. part 589. The civil penalty vacated by the Federal Court was in the amount of $2,000,000. OFAC is currently determining whether to appeal the Federal Court's order to the 5th Circuit Court of Appeals.

Refer to the relevant portions of "Note 16: Litigation and Other Contingencies" of the Financial Section of this report for additional information on legal proceedings.

## ITEM 4.    MINE SAFETY DISCLOSURES

Not applicable.

27

## Information about our Executive Officers
(positions and ages as of February 26, 2020)

| **Darren W. Woods** | *Chairman of the Board* | |
|---|---|---|
| Held current title since: | January 1, 2017 | Age: 55 |

Mr. Darren W. Woods was Senior Vice President of Exxon Mobil Corporation June 1, 2014 – December 31, 2015. He became a Director and President of Exxon Mobil Corporation on January 1, 2016, and Chairman of the Board and Chief Executive Officer on January 1, 2017, positions he continues to hold as of this filing date.

| **Neil A. Chapman** | *Senior Vice President* | |
|---|---|---|
| Held current title since: | January 1, 2018 | Age: 57 |

Mr. Neil A. Chapman was President of ExxonMobil Chemical Company and Vice President of Exxon Mobil Corporation January 1, 2015 – December 31, 2017. He became Senior Vice President of Exxon Mobil Corporation on January 1, 2018, a position he continues to hold as of this filing date.

| **Andrew P. Swiger** | *Senior Vice President* | |
|---|---|---|
| Held current title since: | April 1, 2009 | Age: 63 |

Mr. Andrew P. Swiger became Senior Vice President of Exxon Mobil Corporation on April 1, 2009, a position he continues to hold as of this filing date.

| **Jack P. Williams, Jr.** | *Senior Vice President* | |
|---|---|---|
| Held current title since: | June 1, 2014 | Age: 56 |

Mr. Jack P. Williams, Jr. became Senior Vice President of Exxon Mobil Corporation on June 1, 2014, a position he continues to hold as of this filing date.

| **Linda D. DuCharme** | *President, ExxonMobil Upstream Integrated Solutions Company* | |
|---|---|---|
| Held current title since: | April 1, 2019 | Age: 55 |

Ms. Linda D. DuCharme was Vice President, Europe, Russia and Caspian for ExxonMobil Gas & Power Marketing Company February 1, 2011 – June 30, 2015. She was Vice President, Americas, Africa and Asia, ExxonMobil Gas & Power Marketing Company July 1, 2015 – July 31, 2016. She was President of ExxonMobil Global Services Company August 1, 2016 – March 31, 2019. She became President of ExxonMobil Upstream Integrated Solutions Company on April 1, 2019, a position she continues to hold as of this filing date.

| **Neil W. Duffin** | *President, ExxonMobil Global Projects Company* | |
|---|---|---|
| Held current title since: | April 1, 2019 | Age: 63 |

Mr. Neil W. Duffin was President of ExxonMobil Development Company April 13, 2007 – December 31, 2016. He was President of ExxonMobil Production Company and Vice President of Exxon Mobil Corporation January 1, 2017 – March 31, 2019. He became President of ExxonMobil Global Projects Company on April 1, 2019, a position he continues to hold as of this filing date.

| **Randall M. Ebner** | *Vice President and General Counsel* | |
|---|---|---|

Held current title since:                    November 1, 2016                                        Age: 64
Mr. Randall M. Ebner was Assistant General Counsel of Exxon Mobil Corporation January 1, 2009 – October 31, 2016. He became Vice President and General Counsel of Exxon Mobil Corporation on November 1, 2016, positions he continues to hold as of this filing date.

| **Stephen M. Greenlee** | *Vice President* |
| --- | --- |

Held current title since:                    September 1, 2010                                        Age: 62
Mr. Stephen M. Greenlee was President of ExxonMobil Exploration Company and Vice President of Exxon Mobil Corporation September 1, 2010 – March 31, 2019. He became President of ExxonMobil Upstream Business Development Company and Vice President of Exxon Mobil Corporation on April 1, 2019, positions he continues to hold as of this filing date.

| **Neil A. Hansen** | *Vice President – Investor Relations and Secretary* |
| --- | --- |

Held current title since:                    July 1, 2018                                        Age: 45
Mr. Neil A. Hansen was Thailand Lead Country Manager and Business Services Manager, Esso (Thailand) Public Company Ltd. July 1, 2014 – March 31, 2017. He was Controller, ExxonMobil Fuels, Lubricants & Specialties Marketing Company April 1, 2017 – December 31, 2017. He was Value Chain Controller, ExxonMobil Fuels & Lubricants Company January 1, 2018 – June 30, 2018. He became Vice President – Investor Relations and Secretary of Exxon Mobil Corporation on July 1, 2018, positions he continues to hold as of this filing date.

| **Liam M. Mallon** | *Vice President* |
| --- | --- |

Held current title since:                    April 1, 2019                                        Age: 57
Mr. Liam M. Mallon was Executive Vice President, ExxonMobil Development Company February 1, 2014 – December 31, 2016. He was President of ExxonMobil Development Company January 1, 2017 – March 31, 2019. He became President of ExxonMobil Upstream Oil & Gas Company and Vice President of Exxon Mobil Corporation on April 1, 2019, positions he continues to hold as of this filing date.

| **Karen T. McKee** | *Vice President* |
| --- | --- |

Held current title since:                    April 1, 2019                                        Age: 53
Ms. Karen T. McKee was Vice President, Basic Chemicals, ExxonMobil Chemical Company. May 1, 2014 – July 31, 2017. She was Senior Vice President, Basic Chemicals, Integration & Growth, ExxonMobil Chemical Company August 1, 2017 – March 31, 2019. She became President of ExxonMobil Chemical Company and Vice President of Exxon Mobil Corporation on April 1, 2019, positions she continues to hold as of this filing date.

| **Bryan W. Milton** | *Vice President* |
| --- | --- |

Held current title since:                    August 1, 2016                                        Age: 55
Mr. Bryan W. Milton was President of ExxonMobil Global Services Company April 1, 2011 – July 31, 2016. He was President of ExxonMobil Fuels, Lubricants & Specialties Marketing Company and Vice President of Exxon Mobil Corporation August 1, 2016 – December 31, 2017. He became President of ExxonMobil Fuels & Lubricants Company and Vice President of Exxon Mobil Corporation on January 1, 2018, positions he continues to hold as of this filing date.

| **David S. Rosenthal** | *Vice President and Controller* |
| --- | --- |

Held current title since:                    October 1, 2008 (Vice President)
                                             September 1, 2014 (Controller)                        Age: 63
Mr. David S. Rosenthal was Vice President – Investor Relations and Secretary of Exxon Mobil Corporation October 1, 2008 – August 31, 2014. He became Vice President and Controller of Exxon Mobil Corporation on September 1, 2014, positions he continues to hold as of this filing date.

| **Robert N. Schleckser** | *Vice President and Treasurer* |
| --- | --- |

Held current title since:                    May 1, 2011                                        Age: 63
Mr. Robert N. Schleckser became Vice President and Treasurer of Exxon Mobil Corporation on May 1, 2011, positions he continues to hold as of this filing date.

| **James M. Spellings, Jr.** | *Vice President and General Tax Counsel* |
| --- | --- |

Held current title since:                         March 1, 2010                                    Age: 58

Mr. James M. Spellings, Jr. became Vice President and General Tax Counsel of Exxon Mobil Corporation on March 1, 2010, positions he continues to hold as of this filing date.

---

**Theodore J. Wojnar, Jr.**                    *Vice President – Corporate Strategic Planning*

Held current title since:                         August 1, 2017                                    Age: 60

Mr. Theodore J. Wojnar, Jr. was President of ExxonMobil Research and Engineering Company April 1, 2011 – July 31, 2017. He became Vice President – Corporate Strategic Planning of Exxon Mobil Corporation on August 1, 2017, a position he continues to hold as of this filing date.

---

Officers are generally elected by the Board of Directors at its meeting on the day of each annual election of directors, with each such officer serving until a successor has been elected and qualified.

30

# PART II

## ITEM 5.    MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES

Reference is made to the "Quarterly Information" portion of the Financial Section of this report and Item 12 in Part III of this report.

**Issuer Purchases of Equity Securities for Quarter Ended December 31, 2019**

| Period | Total Number of Shares Purchased | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Maximum Number of Shares that May Yet Be Purchased Under the Plans or Programs |
|---|---|---|---|---|
| October 2019 | - | | - | |
| November 2019 | - | | - | |
| December 2019 | - | | - | |
| Total | - | | - | (See Note 1) |

During the fourth quarter, the Corporation did not purchase any shares of its common stock for the treasury, and did not issue or sell any unregistered equity securities.

Note 1 - On August 1, 2000, the Corporation announced its intention to resume purchases of shares of its common stock for the treasury both to offset shares issued in conjunction with company benefit plans and programs and to gradually reduce the number of shares outstanding. The announcement did not specify an amount or expiration date. The Corporation has continued to purchase shares since this announcement and to report purchased volumes in its quarterly earnings releases. In its earnings release dated February 2, 2016, the Corporation stated it will continue to acquire shares to offset dilution in conjunction with benefit plans and programs, but had suspended making purchases to reduce shares outstanding effective beginning the first quarter of 2016.

## ITEM 6.    SELECTED FINANCIAL DATA

| | Years Ended December 31, | | | | |
|---|---|---|---|---|---|
| | **2019** | **2018** | **2017** | **2016** | **2015** |

*(millions of dollars, except per share amounts)*

| | | | | | |
|---|---|---|---|---|---|
| Sales and other operating revenue | 255,583 | 279,332 | 237,162 | 200,628 | 239,854 |
| Net income attributable to ExxonMobil | 14,340 | 20,840 | 19,710 | 7,840 | 16,150 |
| Earnings per common share | 3.36 | 4.88 | 4.63 | 1.88 | 3.85 |
| Earnings per common share - assuming dilution | 3.36 | 4.88 | 4.63 | 1.88 | 3.85 |
| Cash dividends per common share | 3.43 | 3.23 | 3.06 | 2.98 | 2.88 |
| Total assets | 362,597 | 346,196 | 348,691 | 330,314 | 336,758 |
| Long-term debt | 26,342 | 20,538 | 24,406 | 28,932 | 19,925 |

## ITEM 7.    MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

Reference is made to the section entitled "Management's Discussion and Analysis of Financial Condition and Results of Operations" in the Financial Section of this report.

## ITEM 7A.    QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

Reference is made to the section entitled "Market Risks, Inflation and Other Uncertainties", excluding the part entitled "Inflation and Other Uncertainties", in the Financial Section of this report. All statements, other than historical information incorporated in this Item 7A, are forward-looking statements. The actual impact of future market changes could differ materially due to, among other things, factors discussed in this report.

31

## ITEM 8.    FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA

Reference is made to the following in the Financial Section of this report:

- Consolidated financial statements, together with the report thereon of PricewaterhouseCoopers LLP dated February 26, 2020, beginning with the section entitled "Report of Independent Registered Public Accounting Firm" and continuing through "Note 20: Sale of Norway Assets";
- "Quarterly Information" (unaudited);
- "Supplemental Information on Oil and Gas Exploration and Production Activities" (unaudited); and
- "Frequently Used Terms" (unaudited).

Financial Statement Schedules have been omitted because they are not applicable or the required information is shown in the consolidated financial statements or notes thereto.

## ITEM 9.    CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE

None.

## ITEM 9A.    CONTROLS AND PROCEDURES

### Management's Evaluation of Disclosure Controls and Procedures

As indicated in the certifications in Exhibit 31 of this report, the Corporation's Chief Executive Officer, Principal Financial Officer and Principal Accounting Officer have evaluated the Corporation's disclosure controls and procedures as of December 31, 2019. Based on that evaluation, these officers have concluded that the Corporation's disclosure controls and procedures are effective in ensuring that information required to be disclosed by the Corporation in the reports that it files or submits under the Securities Exchange Act of 1934, as amended, is accumulated and communicated to them in a manner that allows for timely decisions regarding required disclosures and are effective in ensuring that such information is recorded, processed, summarized and reported within the time periods specified in the Securities and Exchange Commission's rules and forms.

### Management's Report on Internal Control Over Financial Reporting

Management, including the Corporation's Chief Executive Officer, Principal Financial Officer and Principal Accounting Officer, is responsible for establishing and maintaining adequate internal control over the Corporation's financial reporting. Management conducted an evaluation of the

effectiveness of internal control over financial reporting based on criteria established in *Internal Control - Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on this evaluation, management concluded that Exxon Mobil Corporation's internal control over financial reporting was effective as of December 31, 2019.

Case 3:21-cv-00194-N   Document 70   Filed 11/24/21   Page 68 of 290   PageID 972

PricewaterhouseCoopers LLP, an independent registered public accounting firm, audited the effectiveness of the Corporation's internal control over financial reporting as of December 31, 2019, as stated in their report included in the Financial Section of this report.

### Changes in Internal Control Over Financial Reporting

There were no changes during the Corporation's last fiscal quarter that materially affected, or are reasonably likely to materially affect, the Corporation's internal control over financial reporting.

32

## PART III

## ITEM 10.    DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE

Reference is made to the section of this report titled "Information about our Executive Officers".

Incorporated by reference to the following from the registrant's definitive proxy statement for the 2020 annual meeting of shareholders (the "2020 Proxy Statement"):

- The section entitled "Election of Directors";
- The portion entitled "Section 16(a) Beneficial Ownership Reporting Compliance" of the section entitled "Director and Executive Officer Stock Ownership";
- The portions entitled "Director Qualifications", "Board Succession", and "Code of Ethics and Business Conduct" of the section entitled "Corporate Governance"; and
- The "Audit Committee" portion, "Director Independence" portion, and the membership table of the portions entitled "Board Meetings and Annual Meeting Attendance" and "Board Committees" of the section entitled "Corporate Governance".

## ITEM 11.    EXECUTIVE COMPENSATION

Incorporated by reference to the sections entitled "Director Compensation", "Compensation Committee Report", "Compensation Discussion and Analysis", "Executive Compensation Tables", and "Pay Ratio" of the registrant's 2020 Proxy Statement.

## ITEM 12.    SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS

The information required under Item 403 of Regulation S-K is incorporated by reference to the sections "Director and Executive Officer Stock Ownership" and "Certain Beneficial Owners" of the registrant's 2020 Proxy Statement.

**Equity Compensation Plan Information**

| | *(a)* | *(b)* | *(c)* |
|---|---|---|---|
| | Number of Securities to be Issued Upon Exercise of | Weighted-Average Exercise Price of Outstanding Options, | Number of Securities Remaining Available for Future Issuance Under Equity Compensation Plans [Excluding |

10. Accounting for Suspended Exploratory Well Costs                                                    83

11. Leases                                                                                             86

12. Earnings Per Share                                                                                 87

13. Financial Instruments and Derivatives                                                             88

14. Long-Term Debt                                                                                    90

15. Incentive Program                                                                                  91

16. Litigation and Other Contingencies                                                                92

17. Pension and Other Postretirement Benefits                                                        94

18. Disclosures about Segments and Related Information                                                102

19. Income and Other Taxes                                                                            105

20. Sale of Norway Assets                                                                             109

Supplemental Information on Oil and Gas Exploration and Production Activities                          110

Operating Information                                                                                 125

35

**BUSINESS PROFILE**

| Financial | Earnings After Income Taxes | | Average Capital Employed | | Return on Average Capital Employed | | Capital and Exploration Expenditures | |
|---|---|---|---|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 |
| | (millions of dollars) | | | | (percent) | | (millions of dollars) | |
| Upstream | | | | | | | | |
| United States | 536 | 1,739 | 72,152 | 69,981 | 0.7 | 2.5 | 11,653 | 7,670 |
| Non-U.S. | 13,906 | 12,340 | 107,271 | 107,893 | 13.0 | 11.4 | 11,832 | 12,524 |
| Total | 14,442 | 14,079 | 179,423 | 177,874 | 8.0 | 7.9 | 23,485 | 20,194 |
| Downstream | | | | | | | | |
| United States | 1,717 | 2,962 | 9,515 | 8,725 | 18.0 | 33.9 | 2,353 | 1,186 |
| Non-U.S. | 606 | 3,048 | 18,518 | 17,015 | 3.3 | 17.9 | 2,018 | 2,243 |
| Total | 2,323 | 6,010 | 28,033 | 25,740 | 8.3 | 23.3 | 4,371 | 3,429 |
| Chemical | | | | | | | | |
| United States | 206 | 1,642 | 13,196 | 12,171 | 1.6 | 13.5 | 2,547 | 1,747 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Non-U.S. | 386 | 1,709 | 31,844 | 30,444 | 2.4 | 11.4 | 7974 | 488 |
| Total | 592 | 3,351 | 31,309 | 30,420 | 1.9 | 11.0 | 3,265 | 2,235 |
| Corporate and financing | (3,017) | (2,600) | (2,162) | (1,660) | - | - | 27 | 65 |
| Total | 14,340 | 20,840 | 236,603 | 232,374 | 6.5 | 9.2 | 31,148 | 25,923 |

*See Frequently Used Terms for a definition and calculation of capital employed and return on average capital employed.*

| Operating | 2019 | 2018 | | 2019 | 2018 |
|---|---|---|---|---|---|
| | *(thousands of barrels daily)* | | | *(thousands of barrels daily)* | |
| Net liquids production | | | Refinery throughput | | |
| United States | 646 | 551 | United States | 1,532 | 1,588 |
| Non-U.S. | 1,740 | 1,715 | Non-U.S. | 2,449 | 2,684 |
| Total | 2,386 | 2,266 | Total | 3,981 | 4,272 |
| | *(millions of cubic feet daily)* | | | *(thousands of barrels daily)* | |
| Natural gas production available for sale | | | Petroleum product sales *(2)* | | |
| United States | 2,778 | 2,574 | United States | 2,292 | 2,210 |
| Non-U.S. | 6,616 | 6,831 | Non-U.S. | 3,160 | 3,302 |
| Total | 9,394 | 9,405 | Total | 5,452 | 5,512 |
| | *(thousands of oil-equivalent barrels daily)* | | | *(thousands of metric tons)* | |
| Oil-equivalent production *(1)* | 3,952 | 3,833 | Chemical prime product sales *(2) (3)* | | |
| | | | United States | 9,127 | 9,824 |
| | | | Non-U.S. | 17,389 | 17,045 |
| | | | Total | 26,516 | 26,869 |

*(1)   Natural gas is converted to an oil-equivalent basis at six million cubic feet per one thousand barrels.*

*(2)   Petroleum product and chemical prime product sales data reported net of purchases/sales contracts with the same counterparty.*

*(3)   Prime product sales are total product sales including ExxonMobil's share of equity company volumes and finished-product transfers to the Downstream.*

36

**FINANCIAL INFORMATION**

A-62

| | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| | *(millions of dollars, except where stated otherwise)* | | | | |
| Sales and other operating revenue | 255,583 | 279,332 | 237,162 | 200,628 | 239,854 |
| Earnings | | | | | |
| Upstream | 14,442 | 14,079 | 13,355 | 196 | 7,101 |
| Downstream | 2,323 | 6,010 | 5,597 | 4,201 | 6,557 |
| Chemical | 592 | 3,351 | 4,518 | 4,615 | 4,418 |
| Corporate and financing | (3,017) | (2,600) | (3,760) | (1,172) | (1,926) |
| Net income attributable to ExxonMobil | 14,340 | 20,840 | 19,710 | 7,840 | 16,150 |
| Earnings per common share (dollars) | 3.36 | 4.88 | 4.63 | 1.88 | 3.85 |
| Earnings per common share – assuming dilution (dollars) | 3.36 | 4.88 | 4.63 | 1.88 | 3.85 |
| Earnings to average ExxonMobil share of equity (percent) | 7.5 | 11.0 | 11.1 | 4.6 | 9.4 |
| Working capital | (13,937) | (9,165) | (10,637) | (6,222) | (11,353) |
| Ratio of current assets to current liabilities (times) | 0.78 | 0.84 | 0.82 | 0.87 | 0.79 |
| Additions to property, plant and equipment | 24,904 | 20,051 | 24,901 | 16,100 | 27,475 |
| Property, plant and equipment, less allowances | 253,018 | 247,101 | 252,630 | 244,224 | 251,605 |
| Total assets | 362,597 | 346,196 | 348,691 | 330,314 | 336,758 |
| Exploration expenses, including dry holes | 1,269 | 1,466 | 1,790 | 1,467 | 1,523 |
| Research and development costs | 1,214 | 1,116 | 1,063 | 1,058 | 1,008 |
| Long-term debt | 26,342 | 20,538 | 24,406 | 28,932 | 19,925 |
| Total debt | 46,920 | 37,796 | 42,336 | 42,762 | 38,687 |
| Debt to capital (percent) | 19.1 | 16.0 | 17.9 | 19.7 | 18.0 |
| Net debt to capital (percent) *(1)* | 18.1 | 14.9 | 16.8 | 18.4 | 16.5 |
| ExxonMobil share of equity at year-end | 191,650 | 191,794 | 187,688 | 167,325 | 170,811 |
| ExxonMobil share of equity per common share (dollars) | 45.26 | 45.27 | 44.28 | 40.34 | 41.10 |
| Weighted average number of common shares | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| outstanding (millions) | 4,270 | 4,270 | 4,256 | 4,177 | 4,196 |
| | | | | | |
| Number of regular employees at year-end (thousands) (2) | 74.9 | 71.0 | 69.6 | 71.1 | 73.5 |

(1)   *Debt net of cash.*

(2)   *Regular employees are defined as active executive, management, professional, technical and wage employees who work full time or part time for the Corporation and are covered by the Corporation's benefit plans and programs. Regular employees do not include employees of the company-operated retail sites (CORS). The number of CORS employees is not significant.*

37

## FREQUENTLY USED TERMS

Listed below are definitions of several of ExxonMobil's key business and financial performance measures. These definitions are provided to facilitate understanding of the terms and their calculation.

### Cash Flow From Operations and Asset Sales

Cash flow from operations and asset sales is the sum of the net cash provided by operating activities and proceeds associated with sales of subsidiaries, property, plant and equipment, and sales and returns of investments from the Consolidated Statement of Cash Flows. This cash flow reflects the total sources of cash from both operating the Corporation's assets and from the divesting of assets. The Corporation employs a long-standing and regular disciplined review process to ensure that all assets are contributing to the Corporation's strategic objectives. Assets are divested when they are no longer meeting these objectives or are worth considerably more to others. Because of the regular nature of this activity, we believe it is useful for investors to consider proceeds associated with asset sales together with cash provided by operating activities when evaluating cash available for investment in the business and financing activities, including shareholder distributions.

| Cash flow from operations and asset sales | 2019 | 2018 | 2017 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Net cash provided by operating activities | 29,716 | 36,014 | 30,066 |
| Proceeds associated with sales of subsidiaries, property, plant and equipment, | | | |
| and sales and returns of investments | 3,692 | 4,123 | 3,103 |
| Cash flow from operations and asset sales | 33,408 | 40,137 | 33,169 |

### Capital Employed

Capital employed is a measure of net investment. When viewed from the perspective of how the capital is used by the businesses, it includes ExxonMobil's net share of property, plant and equipment and other assets less liabilities, excluding both short-term and long-term debt. When viewed from the perspective of the sources of capital employed in total for the Corporation, it includes ExxonMobil's share of total debt and equity. Both of these views include ExxonMobil's share of amounts applicable to equity companies, which the Corporation believes should be included to provide a more comprehensive measure of capital employed.

| Capital employed | 2019 | 2018 | 2017 |
|---|---|---|---|
| | *(millions of dollars)* | | |

Business uses: asset and liability perspective

| | | | |
|---|---|---|---|
| Total assets | 362,597 | 346,196 | 348,691 |
| Less liabilities and noncontrolling interests share of assets and liabilities | | | |
| Total current liabilities excluding notes and loans payable | (43,411) | (39,880) | (39,841) |
| Total long-term liabilities excluding long-term debt | (73,328) | (69,992) | (72,014) |
| Noncontrolling interests share of assets and liabilities | (8,839) | (7,958) | (8,298) |
| Add ExxonMobil share of debt-financed equity company net assets | 3,906 | 3,914 | 3,929 |
| Total capital employed | 240,925 | 232,280 | 232,467 |
| | | | |
| Total corporate sources: debt and equity perspective | | | |
| Notes and loans payable | 20,578 | 17,258 | 17,930 |
| Long-term debt | 26,342 | 20,538 | 24,406 |
| ExxonMobil share of equity | 191,650 | 191,794 | 187,688 |
| Less noncontrolling interests share of total debt | (1,551) | (1,224) | (1,486) |
| Add ExxonMobil share of equity company debt | 3,906 | 3,914 | 3,929 |
| Total capital employed | 240,925 | 232,280 | 232,467 |

38

**FREQUENTLY USED TERMS**

**Return on Average Capital Employed**

Return on average capital employed (ROCE) is a performance measure ratio. From the perspective of the business segments, ROCE is annual business segment earnings divided by average business segment capital employed (average of beginning and end-of-year amounts). These segment earnings include ExxonMobil's share of segment earnings of equity companies, consistent with our capital employed definition, and exclude the cost of financing. The Corporation's total ROCE is net income attributable to ExxonMobil excluding the after-tax cost of financing, divided by total corporate average capital employed. The Corporation has consistently applied its ROCE definition for many years and views it as the best measure of historical capital productivity in our capital-intensive, long-term industry, both to evaluate management's performance and to demonstrate to shareholders that capital has been used wisely over the long term. Additional measures, which are more cash flow based, are used to make investment decisions.

| Return on average capital employed | 2019 | 2018 | 2017 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Net income attributable to ExxonMobil | 14,340 | 20,840 | 19,710 |
| Financing costs (after tax) | | | |
| Gross third-party debt | (1,075) | (912) | (709) |
| ExxonMobil share of equity companies | (207) | (192) | (204) |
| All other financing costs – net | 141 | 498 | 515 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total financing costs | | | | | (1,141) | (606) | (398) |
| Earnings excluding financing costs | | | | | 15,481 | 21,446 | 20,108 |
| Average capital employed | | | | | 236,603 | 232,374 | 222,631 |
| Return on average capital employed – corporate total | | | | | 6.5% | 9.2% | 9.0% |

39

## QUARTERLY INFORMATION

| | 2019 | | | | | 2018 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **First Quarter** | **Second Quarter** | **Third Quarter** | **Fourth Quarter** | **Year** | **First Quarter** | **Second Quarter** | **Third Quarter** | **Fourth Quarter** | **Year** |
| **Volumes** | | | | | | | | | | |
| Production of crude oil, | *(thousands of barrels daily)* | | | | | | | | | |
| natural gas liquids, | 2,327 | 2,389 | 2,392 | 2,436 | 2,386 | 2,216 | 2,212 | 2,286 | 2,348 | 2,266 |
| synthetic oil and bitumen | | | | | | | | | | |
| Refinery throughput | 3,886 | 3,930 | 4,052 | 4,053 | 3,981 | 4,293 | 4,105 | 4,392 | 4,298 | 4,272 |
| Petroleum product sales *(1)* | 5,415 | 5,408 | 5,504 | 5,482 | 5,452 | 5,432 | 5,502 | 5,616 | 5,495 | 5,512 |
| Natural gas production | *(millions of cubic feet daily)* | | | | | | | | | |
| available for sale | 9,924 | 9,120 | 9,045 | 9,495 | 9,394 | 10,038 | 8,613 | 9,001 | 9,974 | 9,405 |
| | *(thousands of oil-equivalent barrels daily)* | | | | | | | | | |
| Oil-equivalent production *(2)* | 3,981 | 3,909 | 3,899 | 4,018 | 3,952 | 3,889 | 3,647 | 3,786 | 4,010 | 3,833 |
| | *(thousands of metric tons)* | | | | | | | | | |
| Chemical prime product sales *(1)* | 6,772 | 6,699 | 6,476 | 6,569 | 26,516 | 6,668 | 6,852 | 6,677 | 6,672 | 26,869 |
| **Summarized financial data** | | | | | | | | | | |
| Sales and other operating | *(millions of dollars)* | | | | | | | | | |
| revenue | 61,646 | 67,491 | 63,422 | 63,024 | 255,583 | 65,436 | 71,456 | 74,187 | 68,253 | 279,332 |
| Gross profit *(3)* | 13,304 | 14,396 | 14,411 | 13,847 | 55,958 | 16,187 | 16,622 | 18,656 | 16,268 | 67,733 |

Net income attributable to

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ExxonMobil *(4)* | 2,350 | 3,130 | 3,170 | 5,690 | 14,340 | 4,650 | 3,950 | 6,240 | 6,000 | 20,840 |

**Per share data**                                                                                        *(dollars per share)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Earnings per common share *(5)* | 0.55 | 0.73 | 0.75 | 1.33 | 3.36 | 1.09 | 0.92 | 1.46 | 1.41 | 4.88 |
| Earnings per common share | | | | | | | | | | |
| – assuming dilution *(5)* | 0.55 | 0.73 | 0.75 | 1.33 | 3.36 | 1.09 | 0.92 | 1.46 | 1.41 | 4.88 |

*(1)   Petroleum product and chemical prime product sales data reported net of purchases/sales contracts with the same counterparty.*

*(2)   Natural gas is converted to an oil-equivalent basis at six million cubic feet per one thousand barrels.*

*(3)   Gross profit equals sales and other operating revenue less estimated costs associated with products sold.*

*(4)   Fourth quarter 2019 included a gain of $3,655 million on the sale of non-operated upstream assets in Norway.*

*(5)   Computed using the average number of shares outstanding during each period. The sum of the four quarters may not add to the full year.*

The principal market where ExxonMobil common stock (XOM) is traded is the New York Stock Exchange, although the stock is traded on other exchanges in and outside the United States.

There were 354,828 registered shareholders of ExxonMobil common stock at December 31, 2019. At January 31, 2020, the registered shareholders of ExxonMobil common stock numbered 352,585.

On January 29, 2020, the Corporation declared an $0.87 dividend per common share, payable March 10, 2020.

40

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

| **FUNCTIONAL EARNINGS** | **2019** | **2018** | **2017** |
|---|---|---|---|
| | *(millions of dollars, except per share amounts)* | | |
| **Earnings (U.S. GAAP)** | | | |
| Upstream | | | |
| United States | 536 | 1,739 | 6,622 |
| Non-U.S. | 13,906 | 12,340 | 6,733 |
| Downstream | | | |
| United States | 1,717 | 2,962 | 1,948 |
| Non-U.S. | 606 | 3,048 | 3,649 |
| Chemical | | | |
| United States | 206 | 1,642 | 2,190 |
| Non-U.S. | 386 | 1,709 | 2,328 |
| Corporate and financing | (3,017) | (2,600) | (3,760) |
| Net income attributable to ExxonMobil (U.S. GAAP) | 14,340 | 20,840 | 19,710 |
| Earnings per common share | 3.36 | 4.88 | 4.63 |

A-67

**Oil and Natural Gas Reserves**

The estimation of proved reserves is an ongoing process based on rigorous technical evaluations, commercial and market assessments and detailed analysis of well information such as flow rates and reservoir pressure declines, development and production costs, among other factors. The estimation of proved reserves is controlled by the Corporation through long-standing approval guidelines. Reserve changes are made within a well-established, disciplined process driven by senior level geoscience and engineering professionals, assisted by the Global Reserves and Resources Group which has significant technical experience, culminating in reviews with and approval by senior management. Notably, the Corporation does not use specific quantitative reserve targets to determine compensation. Key features of the reserve estimation process are covered in Disclosure of Reserves in Item 2.

Oil and natural gas reserves include both proved and unproved reserves.

- Proved oil and natural gas reserves are determined in accordance with Securities and Exchange Commission (SEC) requirements. Proved reserves are those quantities of oil and natural gas which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible under existing economic and operating conditions and government regulations. Proved reserves are determined using the average of first-of-month oil and natural gas prices during the reporting year.

  Proved reserves can be further subdivided into developed and undeveloped reserves. Proved developed reserves include amounts which are expected to be recovered through existing wells with existing equipment and operating methods. Proved undeveloped reserves include amounts expected to be recovered from new wells on undrilled proved acreage or from existing wells where a relatively major expenditure is required for completion. Proved undeveloped reserves are recognized only if a development plan has been adopted indicating that the reserves are scheduled to be drilled within five years, unless specific circumstances support a longer period of time.

  The percentage of proved developed reserves was 66 percent of total proved reserves at year-end 2019 (including both consolidated and equity company reserves), a decrease from 68 percent in 2018, and has been over 60 percent for the last ten years. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policy, consumer preferences and significant changes in long-term oil and natural gas prices.

- Unproved reserves are quantities of oil and natural gas with less than reasonable certainty of recoverability and include probable reserves. Probable reserves are reserves that, together with proved reserves, are as likely as not to be recovered.

Revisions in previously estimated volumes of proved reserves for existing fields can occur due to the evaluation or re-evaluation of (1) already available geologic, reservoir or production data, (2) new geologic, reservoir or production data or (3) changes in the average of first-of-month oil and natural gas prices and / or costs that are used in the estimation of reserves. Revisions can also result from significant changes in development strategy or production equipment and facility capacity.

**Unit-of-Production Depreciation**

Oil and natural gas reserve quantities are used as the basis to calculate unit-of-production depreciation rates for most upstream assets. Depreciation is calculated by taking the ratio of asset cost to total proved reserves or proved developed reserves applied to actual production. The volumes produced and asset cost are known, while proved reserves are based on estimates that are subject to some variability.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

In the event that the unit-of-production method does not result in an equitable allocation of cost over the economic life of an upstream asset, an alternative method is used. The straight-line method may be used in limited situations where the expected life of the asset does not reasonably correlate with that of the underlying reserves. For example, certain assets used in the production of oil and natural gas have a shorter life than the reserves, and as such, the Corporation uses straight-line depreciation to ensure the asset is fully depreciated by the end of its useful life.

To the extent that proved reserves for a property are substantially de-booked and that property continues to produce such that the resulting depreciation charge does not result in an equitable allocation of cost over the expected life, assets will be depreciated using a unit-of-production method based on reserves determined at the most recent SEC price which results in a more meaningful quantity of proved reserves, appropriately adjusted for production and technical changes.

**Impairment**

The Corporation tests assets or groups of assets for recoverability on an ongoing basis whenever events or changes in circumstances indicate that the carrying amounts may not be recoverable. Among the events or changes in circumstances which could indicate that the carrying value of an asset or asset group may not be recoverable are the following:

- a significant decrease in the market price of a long-lived asset;
- a significant adverse change in the extent or manner in which an asset is being used or in its physical condition including a significant decrease in current and projected reserve volumes;
- a significant adverse change in legal factors or in the business climate that could affect the value, including an adverse action or assessment by a regulator;
- an accumulation of project costs significantly in excess of the amount originally expected;
- a current-period operating loss combined with a history and forecast of operating or cash flow losses; and

A-68

# EXHIBIT 3

**2020**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-K**
☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended December 31, 2020
or
☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____
Commission File Number 1-2256

# Exxon Mobil Corporation
(Exact name of registrant as specified in its charter)

| **New Jersey** | **13-5409005** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**5959 Las Colinas Boulevard, Irving, Texas 75039-2298**
(Address of principal executive offices) (Zip Code)

**(972) 940-6000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol | Name of Each Exchange on Which Registered |
|---|---|---|
| **Common Stock, without par value** | **XOM** | **New York Stock Exchange** |
| **0.142% Notes due 2024** | **XOM24B** | **New York Stock Exchange** |
| **0.524% Notes due 2028** | **XOM28** | **New York Stock Exchange** |
| **0.835% Notes due 2032** | **XOM32** | **New York Stock Exchange** |
| **1.408% Notes due 2039** | **XOM39A** | **New York Stock Exchange** |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ℞ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☑ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☑

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Act). Yes ☐ No ☑

The aggregate market value of the voting stock held by non-affiliates of the registrant on June 30, 2020, the last business day of the registrant's most recently completed second fiscal quarter, based on the closing price on that date of $44.72 on the New York Stock Exchange composite tape, was in excess of $189 billion.

| Class | Outstanding as of January 31, 2021 |
|---|---|
| **Common stock, without par value** | **4,233,483,160** |

**Documents Incorporated by Reference: Proxy Statement for the 2021 Annual Meeting of Shareholders (Part III)**

**EXXON MOBIL CORPORATION**
**FORM 10-K**
**FOR THE FISCAL YEAR ENDED DECEMBER 31, 2020**

**TABLE OF CONTENTS**

**PART I**

| | | |
|---|---|---|
| Item 1. | Business | 1 |
| Item 1A. | Risk Factors | 2 |
| Item 1B. | Unresolved Staff Comments | 5 |
| Item 2. | Properties | 6 |
| Item 3. | Legal Proceedings | 27 |
| Item 4. | Mine Safety Disclosures | 27 |
| Information about our Executive Officers | | 28 |

**PART II**

| | | |
|---|---|---|
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 30 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 30 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 30 |
| Item 8. | Financial Statements and Supplementary Data | 31 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 31 |
| Item 9A. | Controls and Procedures | 31 |
| Item 9B. | Other Information | 31 |

**PART III**

| | | |
|---|---|---|
| Item 10. | Directors, Executive Officers and Corporate Governance | 32 |
| Item 11. | Executive Compensation | 32 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 32 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 33 |
| Item 14. | Principal Accounting Fees and Services | 33 |

**PART IV**

| | | |
|---|---|---|
| Item 15. | Exhibits, Financial Statement Schedules | 33 |
| Item 16. | Form 10-K Summary | 33 |
| Financial Section | | 34 |
| Index to Exhibits | | 124 |
| Signatures | | 125 |
| Exhibits 31 and 32 — Certifications | | |

**PART I**

**ITEM 1. BUSINESS**

Exxon Mobil Corporation was incorporated in the State of New Jersey in 1882. Divisions and affiliated companies of ExxonMobil operate or market products in the United States and most other countries of the world. Their principal business involves exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products. Affiliates of ExxonMobil conduct extensive research programs in support of these businesses.

Exxon Mobil Corporation has several divisions and hundreds of affiliates, many with names that include *ExxonMobil*, *Exxon*, *Esso, Mobil* or *XTO*. For convenience and simplicity, in this report the terms *ExxonMobil, Exxon, Esso, Mobil* and *XTO*, as well as terms like *Corporation*, *Company*, *our*, *we* and *its*, are sometimes used as abbreviated references to specific affiliates or groups of affiliates. The precise meaning depends on the context in question.

The energy and petrochemical industries are highly competitive, both within the industries and also with other industries in supplying the energy, fuel and chemical needs of industrial and individual consumers. The Corporation competes with other firms in the sale or purchase of needed goods and services in many national and international markets and employs all methods of competition which are lawful and appropriate for such purposes.

Operating data and industry segment information for the Corporation are contained in the Financial Section of this report under the following: "Note 18: Disclosures about Segments and Related Information" and "Operating Information". Information on oil and gas reserves is contained in the "Oil and Gas Reserves" part of the "Supplemental Information on Oil and Gas Exploration and Production Activities" portion of the Financial Section of this report.

ExxonMobil has a long-standing commitment to the development of proprietary technology. We have a wide array of research programs designed to meet the needs identified in each of our business segments. ExxonMobil held nearly 9 thousand active patents worldwide at the end of 2020. For technology licensed to third parties, revenues totaled approximately $130 million in 2020. Although technology is an important contributor to the overall operations and results of our Company, the profitability of each business segment is not dependent on any individual patent, trade secret, trademark, license, franchise or concession.

ExxonMobil operates in a highly complex, competitive and changing global energy business environment where decisions and risks play out over time horizons that are often decades in length. This long-term orientation underpins the Corporation's philosophy on talent development.

Talent development begins with recruiting exceptional candidates and continues with individually planned experiences and training designed to facilitate broad development and a deep understanding of our business across the business cycle. Our career-oriented approach to talent development results in strong retention and an average length of service of 30 years for our career employees. Compensation, benefits and workplace programs support the Corporation's talent management approach, and are designed to attract and retain employees for a career through compensation that is market competitive, long-term oriented, and highly differentiated by individual performance.

Sixty percent of our global employee workforce is from outside the U.S., and over the past decade 39 percent of our global hires for management, professional and technical positions were female and 31 percent of our U.S. hires for management, professional and technical positions were minorities. With over 160 nationalities represented in the Company, we encourage and respect diversity of thought, ideas and perspective from our workforce. We consider and monitor diversity through all stages of employment, including recruitment, training and development of our employees. We also work closely with the communities where we operate to identify and invest in initiatives that help support local needs, including local talent and skill development.

The number of regular employees was 72 thousand, 75 thousand, and 71 thousand at years ended 2020, 2019, and 2018, respectively. Regular employees are defined as active executive, management, professional, technical and wage employees who work full time or part time for the Corporation and are covered by the Corporation's benefit plans and programs.

As discussed in item 1A. Risk Factors in this report, compliance with existing and potential future government regulations, including taxes, environmental regulations, and other government regulations and policies that directly or indirectly affect the production and sale of our products, may have material effects on the capital expenditures, earnings, and competitive position of ExxonMobil. With respect to the environment, throughout ExxonMobil's businesses, new and ongoing measures are taken to prevent and minimize the impact of our operations on air, water and ground, including, but not limited to, compliance with environmental regulations. These include a significant investment in refining infrastructure and technology to manufacture clean fuels, as well as projects to monitor and reduce nitrogen oxide, sulfur oxide and greenhouse gas emissions, and expenditures for asset retirement obligations. Using definitions and guidelines established by the American Petroleum Institute, ExxonMobil's 2020 worldwide environmental expenditures for all such preventative and remediation steps, including ExxonMobil's share of equity company expenditures, were $4.5 billion, of which $3.4 billion were included in expenses with the remainder in capital expenditures. The total cost for such activities is expected to increase to approximately $4.9 billion in 2021 and 2022. Capital expenditures are expected to account for approximately 25 percent of the total.

Information concerning the source and availability of raw materials used in the Corporation's business, the extent of seasonality in the business, the possibility of renegotiation of profits or termination of contracts at the election of governments and risks attendant to foreign operations may be found in "Item 1A. Risk Factors" and "Item 2. Properties" in this report.

ExxonMobil maintains a website at exxonmobil.com. Our annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K and any amendments to those reports filed or furnished pursuant to Section 13(a) of the Securities Exchange Act of 1934 are made available through our website as soon as reasonably practical after we electronically file or furnish the reports to the Securities and Exchange Commission (SEC). Also available on the Corporation's website are the Company's Corporate Governance Guidelines, Code of Ethics and Business Conduct, and additional policies as well as the charters of the audit, compensation, and other committees of the Board of Directors. Information on our website is not incorporated into this report.

The SEC maintains an internet site (http://www.sec.gov) that contains reports, proxy and information statements, and other information regarding issuers that file electronically with the SEC.

## ITEM 1A. RISK FACTORS

ExxonMobil's financial and operating results are subject to a variety of risks inherent in the global oil, gas, and petrochemical businesses. Many of these risk factors are not within the Company's control and could adversely affect our business, our financial and operating results, or our financial condition. These risk factors include:

### Supply and Demand

The oil, gas, and petrochemical businesses are fundamentally commodity businesses. This means ExxonMobil's operations and earnings may be significantly affected by changes in oil, gas, and petrochemical prices and by changes in margins on refined products. Oil, gas, petrochemical, and product prices and margins in turn depend on local, regional, and global events or conditions that affect supply and demand for the relevant commodity. Any material decline in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Upstream segment, financial condition, and proved reserves. On the other hand, a material increase in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Downstream and Chemical segments.

**Economic conditions.** The demand for energy and petrochemicals is generally linked closely with broad-based economic activities and levels of prosperity. The occurrence of recessions or other periods of low or negative economic growth will typically have a direct adverse impact on our results. Other factors that affect general economic conditions in the world or in a major region, such as changes in population growth rates, periods of civil unrest, government austerity programs, trade tariffs, security or public health issues and responses, or currency exchange rate fluctuations, can also impact the demand for energy and petrochemicals. Sovereign debt downgrades, defaults, inability to access debt markets due to credit or legal constraints, liquidity crises, the breakup or restructuring of fiscal, monetary, or political systems such as the European Union, and other events or conditions that impair the functioning of financial markets and institutions also pose risks to ExxonMobil, including risks to the safety of our financial assets and to the ability of our partners and customers to fulfill their commitments to ExxonMobil. Demand reduction due to the COVID-19 pandemic as well as accompanying conditions of oversupply have led to a significant decrease in commodity prices and margins. Future business results, including cash flows and financing needs, will be affected by the extent and duration of these conditions and the effectiveness of responsive actions that the Corporation and others take, including actions to reduce capital and operating expenses, and actions taken by governments and others to address the COVID-19 pandemic including the ongoing development and distribution of COVID-19 vaccines, and the impact of the pandemic on national and global economies and markets.

**Other demand-related factors.** Other factors that may affect the demand for oil, gas, and petrochemicals, and therefore impact our results, include technological improvements in energy efficiency; seasonal weather patterns; increased competitiveness of, or government policy support for, alternative energy sources; changes in technology that alter fuel choices, such as technological advances in energy storage that make wind and solar more competitive for power generation; changes in consumer preferences for our products, including consumer demand for alternative fueled or electric transportation or alternatives to plastic products; and broad-based changes in personal income levels.

**Other supply-related factors.** Commodity prices and margins also vary depending on a number of factors affecting supply. For example, increased supply from the development of new oil and gas supply sources and technologies to enhance recovery from existing sources tend to reduce commodity prices to the extent such supply increases are not offset by commensurate growth in demand. Similarly, increases in industry refining or petrochemical manufacturing capacity relative to demand tend to reduce margins on the affected products. World oil, gas, and petrochemical supply levels can also be affected by factors that reduce available supplies, such as adherence by countries to OPEC production quotas and other agreements among sovereigns, government policies that restrict oil and gas production or increase associated costs, and the occurrence of wars, hostile actions, natural disasters, disruptions in competitors' operations, logistics constraints or unexpected unavailability of distribution channels that may disrupt supplies. Technological change can also alter the relative costs for competitors to find, produce, and refine oil and gas and to manufacture petrochemicals.

**Other market factors.** ExxonMobil's business results are also exposed to potential negative impacts due to changes in interest rates, inflation, currency exchange rates, and other local or regional market conditions.

2

**Government and Political Factors**

ExxonMobil's results can be adversely affected by political or regulatory developments affecting our operations.

**Access limitations.** A number of countries limit access to their oil and gas resources, including by restricting leasing or permitting activities, or may place resources off-limits from development altogether. Restrictions on production of oil and gas could increase to the extent governments view such measures as a viable approach for pursuing national and global energy and climate policies. Restrictions on foreign investment in the oil and gas sector tend to increase in times of high commodity prices, when national governments may have less need of outside sources of private capital. Many countries also restrict the import or export of certain products based on point of origin.

**Restrictions on doing business.** ExxonMobil is subject to laws and sanctions imposed by the United States or by other jurisdictions where we do business that may prohibit ExxonMobil or certain of its affiliates from doing business in certain countries, or restricting the kind of business that may be conducted. Such restrictions may provide a competitive advantage to competitors who may not be subject to comparable restrictions.

**Lack of legal certainty.** Some countries in which we do business lack well-developed legal systems, or have not yet adopted, or may be unable to maintain, clear regulatory frameworks for oil and gas development. Lack of legal certainty exposes our operations to increased risk of adverse or unpredictable actions by government officials, and also makes it more difficult for us to enforce our contracts. In some cases these risks can be partially offset by agreements to arbitrate disputes in an international forum, but the adequacy of this remedy may still depend on the local legal system to enforce an award.

**Regulatory and litigation risks.** Even in countries with well-developed legal systems where ExxonMobil does business, we remain exposed to changes in law or interpretation of settled law (including changes that result from international treaties and accords) that could adversely affect our results, such as:

- increases in taxes, duties, or government royalty rates (including retroactive claims);
- price controls;
- changes in environmental regulations or other laws that increase our cost of compliance or reduce or delay available business opportunities (including changes in laws affecting offshore drilling operations, water use, methane emissions, hydraulic fracturing or use of plastics);
- actions by regulators or other political actors to delay or deny necessary licenses and permits or restrict the transportation of our products;
- adoption of regulations mandating efficiency standards, the use of alternative fuels or uncompetitive fuel components;
- adoption of government payment transparency regulations that could require us to disclose competitively sensitive commercial information, or that could cause us to violate the non-disclosure laws of other countries; and
- government actions to cancel contracts, re-denominate the official currency, renounce or default on obligations, renegotiate terms unilaterally, or expropriate assets.

Legal remedies available to compensate us for expropriation or other takings may be inadequate.

We also may be adversely affected by the outcome of litigation, especially in countries such as the United States in which very large and unpredictable punitive damage awards may occur; by government enforcement proceedings alleging non-compliance with applicable laws or regulations; or by state and local government actors as well as private plaintiffs acting in parallel that attempt to use the legal system to promote public policy agendas, gain political notoriety, or obtain monetary awards from the Company.

**Security concerns.** Successful operation of particular facilities or projects may be disrupted by civil unrest, acts of sabotage or terrorism, cybersecurity attacks, and other local security concerns. Such concerns may require us to incur greater costs for security or to shut down operations for a period of time.

**Climate change and greenhouse gas restrictions.** Driven by concern over the risks of climate change, a number of countries have adopted, or are considering the adoption of, regulatory frameworks to reduce greenhouse gas emissions or production and use of oil and gas. These include adoption of cap and trade regimes, carbon taxes, trade tariffs, minimum renewable usage requirements, restrictive permitting, increased efficiency standards, and incentives or mandates for renewable energy. Political and other actors and their agents also increasingly seek to advance climate change objectives indirectly, such as by seeking to reduce the availability of or increase the cost for, financing and investment in the oil and gas sector and taking actions intended to promote changes in business strategy for oil and gas companies. Depending on how policies are formulated and applied, they could have the potential to negatively affect investment returns, make our products more expensive or less competitive, lengthen project implementation times, and reduce demand for hydrocarbons, as well as shift hydrocarbon demand toward relatively lower-carbon sources such as natural gas. Current and pending greenhouse gas regulations or policies may also increase our compliance costs, such as for monitoring or sequestering emissions.

3

A-73

**Alternative energy.** Many governments are providing tax advantages and other subsidies to support transitioning to alternative energy sources or are mandating the use of specific fuels or technologies. Governments and others are also promoting research into new technologies to reduce the cost and increase the scalability of alternative energy sources. We are conducting our own research both in-house and by working with more than 80 leading universities around the world, including the Massachusetts Institute of Technology, Princeton University, The University of Texas, and Stanford University in the U.S., and in Singapore with Nanyang Technological Institute and the National University. Our research projects focus on developing advanced biofuels and hydrogen, carbon capture and storage, breakthrough energy efficiency processes, advanced energy-saving materials, and other technologies in collaboration with our partners including Synthetic Genomics, FuelCell Energy and Global Thermostat. Our future results may depend in part on the success of our research efforts and on our ability to adapt and apply the strengths of our current business model to providing the energy products of the future in a cost-competitive manner. See "Operational and Other Factors" below.

## Operational and Other Factors

In addition to external economic and political factors, our future business results also depend on our ability to manage successfully those factors that are at least in part within our control. The extent to which we manage these factors will impact our performance relative to competition. For projects in which we are not the operator, we depend on the management effectiveness of one or more co-venturers whom we do not control.

**Exploration and development program.** Our ability to maintain and grow our oil and gas production depends on the success of our exploration and development efforts. Among other factors, we must continuously improve our ability to identify the most promising resource prospects and apply our project management expertise to bring discovered resources on line as scheduled and within budget.

**Project and portfolio management.** The long-term success of ExxonMobil's Upstream, Downstream, and Chemical businesses depends on complex, long-term, capital intensive projects. These projects in turn require a high degree of project management expertise to maximize efficiency. Specific factors that can affect the performance of major projects include our ability to: negotiate successfully with joint venturers, partners, governments, suppliers, customers, or others; model and optimize reservoir performance; develop markets for project outputs, whether through long-term contracts or the development of effective spot markets; manage changes in operating conditions and costs, including costs of third party equipment or services such as drilling rigs and shipping; prevent, to the extent possible, and respond effectively to unforeseen technical difficulties that could delay project startup or cause unscheduled project downtime; and influence the performance of project operators where ExxonMobil does not perform that role. In addition to the effective management of individual projects, ExxonMobil's success, including our ability to mitigate risk and provide attractive returns to shareholders, depends on our ability to successfully manage our overall portfolio, including diversification among types and locations of our projects and strategies to divest assets. We may not be able to divest assets at a price or on the timeline we contemplate in our strategies. Additionally, we may retain certain liabilities following a divestment and could be held liable for past use or for different liabilities than anticipated.

The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

**Operational efficiency.** An important component of ExxonMobil's competitive performance, especially given the commodity-based nature of many of our businesses, is our ability to operate efficiently, including our ability to manage expenses and improve production yields on an ongoing basis. This requires continuous management focus, including technology improvements, cost control, productivity enhancements, regular reappraisal of our asset portfolio, and the recruitment, development, and retention of high caliber employees.

**Research and development and technological change.** To maintain our competitive position, especially in light of the technological nature of our businesses and the need for continuous efficiency improvement, ExxonMobil's research and development organizations must be successful and able to adapt to a changing market and policy environment, including developing technologies to help reduce greenhouse gas emissions. To remain competitive we must also continuously adapt and capture the benefits of new and emerging technologies, including successfully applying advances in the ability to process very large amounts of data to our businesses.

**Safety, business controls, and environmental risk management.** Our results depend on management's ability to minimize the inherent risks of oil, gas, and petrochemical operations, to control effectively our business activities, and to minimize the potential for human error. We apply rigorous management systems and continuous focus on workplace safety and avoiding spills or other adverse environmental events. For example, we work to minimize spills through a combined program of effective operations integrity management, ongoing upgrades, key equipment replacements, and comprehensive inspection and surveillance. Similarly, we are implementing cost-effective new technologies and adopting new operating practices to reduce air emissions, not only in response to government requirements but also to address community priorities. We also maintain a disciplined framework of internal controls and apply a controls management system for monitoring compliance with this framework. Substantial liabilities and other adverse impacts could result if our management systems and controls do not function as intended.

**Cybersecurity.** ExxonMobil is regularly subject to attempted cybersecurity disruptions from a variety of threat actors including state-sponsored actors. ExxonMobil's defensive preparedness includes multi-layered technological capabilities for prevention and detection of cybersecurity disruptions; non-technological measures such as threat information sharing with governmental and industry groups; internal training and awareness campaigns including routine testing of employee awareness and an emphasis on resiliency including business response and recovery. If the measures we are taking to protect against cybersecurity disruptions prove to be insufficient or if our proprietary data is otherwise not protected, ExxonMobil as well as our customers, employees, or third parties could be adversely affected. Cybersecurity disruptions could cause physical harm to people or the environment; damage or destroy assets; compromise business systems; result in proprietary information being altered, lost, or stolen; result in employee, customer, or third-party information being compromised; or otherwise disrupt our business operations. We could incur significant costs to remedy the effects of a major cybersecurity disruption in addition to costs in connection with resulting regulatory actions, litigation or reputational harm.

**Preparedness.** Our operations may be disrupted by severe weather events, natural disasters, human error, and similar events. For example, hurricanes may damage our offshore production facilities or coastal refining and petrochemical plants in vulnerable areas. Our facilities are designed, constructed, and operated to withstand a variety of extreme climatic and other conditions, with safety factors built in to cover a number of engineering uncertainties, including those associated with wave, wind, and current intensity, marine ice flow patterns, permafrost stability, storm surge magnitude, temperature extremes, extreme rainfall events, and earthquakes. Our consideration of changing weather conditions and inclusion of safety factors in design covers the engineering uncertainties that climate change and other events may potentially introduce. Our ability to mitigate the adverse impacts of these events depends in part upon the effectiveness of our robust facility engineering as well as our rigorous disaster preparedness and response, and business continuity planning.

**Insurance limitations.** The ability of the Corporation to insure against many of the risks it faces as described in this Item 1A is limited by the capacity of the applicable insurance markets, which may not be sufficient.

**Competition.** As noted in Item 1 above, the energy and petrochemical industries are highly competitive. We face competition not only from other private firms, but also from state-owned companies that are increasingly competing for opportunities outside of their home countries and as partners with other private firms. In some cases, these state-owned companies may pursue opportunities in furtherance of strategic objectives of their government owners, with less focus on financial returns than companies owned by private shareholders, such as ExxonMobil. Technology and expertise provided by industry service companies may also enhance the competitiveness of firms that may not have the internal resources and capabilities of ExxonMobil or reduce the need for resource-owning countries to partner with private-sector oil and gas companies in order to monetize national resources.

**Reputation.** Our reputation is an important corporate asset. An operating incident, significant cybersecurity disruption, change in consumer views concerning our products, or other adverse event such as those described in this Item 1A may have a negative impact on our reputation, which in turn could make it more difficult for us to compete successfully for new opportunities, obtain necessary regulatory approvals, obtain financing, or could reduce consumer demand for our branded products. ExxonMobil's reputation may also be harmed by events which negatively affect the image of our industry as a whole.

Projections, estimates, and descriptions of ExxonMobil's plans and objectives included or incorporated in Items 1, 1A, 2, 7 and 7A of this report are forward-looking statements. Actual future results, including project completion dates, production rates, capital expenditures, costs, and business plans could differ materially due to, among other things, the factors discussed above and elsewhere in this report.

## ITEM 1B. UNRESOLVED STAFF COMMENTS

None.

5

A-75

**ITEM 2. PROPERTIES**

**Information with regard to oil and gas producing activities follows:**

**1. Disclosure of Reserves**

**A. Summary of Oil and Gas Reserves at Year-End 2020**

The table below summarizes the oil-equivalent proved reserves in each geographic area and by product type for consolidated subsidiaries and equity companies. Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels. The Corporation has reported proved reserves on the basis of the average of the first-day-of-the-month price for each month during the last 12-month period. Primarily as a result of very low prices during 2020 and the effects of reductions in capital expenditures, under the SEC definition of proved reserves, certain quantities of crude oil, bitumen, and natural gas that qualified as proved reserves in prior years did not qualify as proved reserves at year-end 2020. Otherwise, no major discovery or other favorable or adverse event has occurred since December 31, 2020, that would cause a significant change in the estimated proved reserves as of that date.

| | Crude Oil | Natural Gas Liquids | Bitumen | Synthetic Oil | Natural Gas | Oil-Equivalent Total All Products |
|---|---|---|---|---|---|---|
| | *(million bbls)* | *(million bbls)* | *(million bbls)* | *(million bbls)* | *(billion cubic ft)* | *(million bbls)* |
| **Proved Reserves** | | | | | | |
| **Developed** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 1,029 | 444 | — | — | 10,375 | 3,202 |
| Canada/Other Americas *(1)* | 288 | 5 | 76 | 311 | 472 | 759 |
| Europe | 11 | 2 | — | — | 399 | 79 |
| Africa | 314 | 31 | — | — | 318 | 398 |
| Asia | 2,215 | 84 | — | — | 3,323 | 2,853 |
| Australia/Oceania | 44 | 23 | — | — | 3,344 | 624 |
| Total Consolidated | 3,901 | 589 | 76 | 311 | 18,231 | 7,915 |
| **Equity Companies** | | | | | | |
| United States | 107 | 4 | — | — | 83 | 125 |
| Europe | 8 | — | — | — | 293 | 57 |
| Africa | — | — | — | — | — | — |
| Asia | 432 | 214 | — | — | 8,992 | 2,144 |
| Total Equity Company | 547 | 218 | — | — | 9,368 | 2,326 |
| Total Developed | 4,448 | 807 | 76 | 311 | 27,599 | 10,241 |
| **Undeveloped** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 930 | 412 | — | — | 3,064 | 1,853 |
| Canada/Other Americas *(1)* | 209 | — | 5 | 133 | 89 | 362 |
| Europe | 11 | 5 | — | — | 42 | 23 |
| Africa | 42 | — | — | — | 2 | 42 |
| Asia | 935 | 40 | — | — | 986 | 1,139 |
| Australia/Oceania | 30 | 8 | — | — | 2,790 | 503 |
| Total Consolidated | 2,157 | 465 | 5 | 133 | 6,973 | 3,922 |
| **Equity Companies** | | | | | | |
| United States | 24 | — | — | — | 19 | 27 |
| Europe | 1 | — | — | — | 67 | 12 |
| Africa | 6 | — | — | — | 917 | 159 |
| Asia | 393 | 59 | — | — | 2,385 | 850 |
| Total Equity Company | 424 | 59 | — | — | 3,388 | 1,048 |
| Total Undeveloped | 2,581 | 524 | 5 | 133 | 10,361 | 4,970 |
| **Total Proved Reserves** | 7,029 | 1,331 | 81 | 444 | 37,960 | 15,211 |

(1) *Other Americas includes proved developed reserves of 119 million barrels of crude oil and 138 billion cubic feet of natural gas, as well as proved undeveloped reserves of 179 million barrels of crude oil and 77 billion cubic feet of natural gas.*

6

In the preceding reserves information, consolidated subsidiary and equity company reserves are reported separately. However, the Corporation operates its business with the same view of equity company reserves as it has for reserves from consolidated subsidiaries.

The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups; operational outages; reservoir performance; performance of enhanced oil recovery projects; regulatory changes; the impact of fiscal and commercial terms; asset sales; weather events; price effects on production sharing contracts; changes in the amount and timing of capital investments that may vary depending on the oil and gas price environment; and other factors described in Item 1A. Risk Factors.

The estimation of proved reserves, which is based on the requirement of reasonable certainty, is an ongoing process based on rigorous technical evaluations, commercial and market assessments and detailed analysis of well and reservoir information such as flow rates and reservoir pressures. Furthermore, the Corporation only records proved reserves for projects which have received significant funding commitments by management toward the development of the reserves. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policies, consumer preferences, and significant changes in crude oil and natural gas price levels. In addition, proved reserves could be affected by an extended period of low prices which could reduce the level of the Corporation's capital spending and also impact our partners' capacity to fund their share of joint projects.

During the first and second quarters of 2020, the balance of supply and demand for petroleum and petrochemical products experienced two significant disruptive effects. On the demand side, the COVID-19 pandemic spread rapidly through most areas of the world resulting in substantial reductions in consumer and business activity and significantly reduced demand for crude oil, natural gas, and petroleum products. This reduction in demand coincided with announcements of increased production in certain key oil-producing countries which led to increases in inventory levels and sharp declines in prices for crude oil, natural gas, and petroleum products. Market conditions continued to reflect considerable uncertainty throughout 2020.

As noted above, certain quantities of crude oil, bitumen, and natural gas that qualified as proved reserves in prior years did not qualify as proved reserves at year-end 2020. Amounts no longer qualifying as proved reserves include 3.1 billion barrels of bitumen at Kearl, 0.6 billion barrels of bitumen at Cold Lake, and 0.5 billion oil-equivalent barrels in the United States. The Corporation's near-term reduction in capital expenditures resulted in a net reduction to estimates of proved reserves of approximately 1.5 billion oil-equivalent barrels, mainly related to unconventional drilling in the United States. Among the factors that could result in portions of these amounts being recognized again as proved reserves at some point in the future are a recovery in the SEC price basis, cost reductions, operating efficiencies, and increases in planned capital spending.

## B. Technologies Used in Establishing Proved Reserves Additions in 2020

Additions to ExxonMobil's proved reserves in 2020 were based on estimates generated through the integration of available and appropriate geological, engineering and production data, utilizing well-established technologies that have been demonstrated in the field to yield repeatable and consistent results.

Data used in these integrated assessments included information obtained directly from the subsurface via wellbores, such as well logs, reservoir core samples, fluid samples, static and dynamic pressure information, production test data, and surveillance and performance information. The data utilized also included subsurface information obtained through indirect measurements including high-quality 3-D and 4-D seismic data, calibrated with available well control information. The tools used to interpret the data included proprietary seismic processing software, proprietary reservoir modeling and simulation software, and commercially available data analysis packages.

In some circumstances, where appropriate analog reservoirs were available, reservoir parameters from these analogs were used to increase the quality of and confidence in the reserves estimates.

7

**C. Qualifications of Reserves Technical Oversight Group and Internal Controls over Proved Reserves**

ExxonMobil has a dedicated Global Reserves and Resources group that provides technical oversight and is separate from the operating organization. Primary responsibilities of this group include oversight of the reserves estimation process for compliance with Securities and Exchange Commission (SEC) rules and regulations, review of annual changes in reserves estimates, and the reporting of ExxonMobil's proved reserves. This group also maintains the official company reserves estimates for ExxonMobil's proved reserves of crude oil, natural gas liquids, bitumen, synthetic oil, and natural gas. In addition, the group provides training to personnel involved in the reserves estimation and reporting process within ExxonMobil and its affiliates. The Manager of the Global Reserves and Resources group has more than 30 years of experience in reservoir engineering and reserves assessment, has a degree in Engineering and currently serves on the Oil and Gas Reserves Committee of the Society of Petroleum Engineers (SPE). The group is staffed with individuals that have an average of more than 15 years of technical experience in the petroleum industry, including expertise in the classification and categorization of reserves under SEC guidelines. This group includes individuals who hold degrees in either Engineering or Geology.

The Global Reserves and Resources group maintains a central database containing the official company reserves estimates. Appropriate controls, including limitations on database access and update capabilities, are in place to ensure data integrity within this central database. An annual review of the system's controls is performed by internal audit. Key components of the reserves estimation process include technical evaluations, commercial and market assessments, analysis of well and field performance, and long-standing approval guidelines. No changes may be made to the reserves estimates in the central database, including additions of any new initial reserves estimates or subsequent revisions, unless these changes have been thoroughly reviewed and evaluated by duly authorized geoscience and engineering professionals within the operating organization. In addition, changes to reserves estimates that exceed certain thresholds require further review and approval by the appropriate level of management within the operating organization before the changes may be made in the central database. Endorsement by the Global Reserves and Resources group for all proved reserves changes is a mandatory component of this review process. After all changes are made, reviews are held with senior management for final endorsement.

**2. Proved Undeveloped Reserves**

At year-end 2020, approximately 5.0 billion oil-equivalent barrels (GOEB) of ExxonMobil's proved reserves were classified as proved undeveloped. This represents 33 percent of the 15.2 GOEB reported in proved reserves. This compares to the 7.7 GOEB of proved undeveloped reserves reported at the end of 2019. During the year, ExxonMobil conducted development activities that resulted in the transfer of approximately 0.9 GOEB from proved undeveloped to proved developed reserves by year end. The largest transfers were related to development activities in the United States, Qatar, the United Arab Emirates, and Guyana. During 2020, extensions, primarily in the United States and Canada, resulted in an addition of approximately 0.5 GOEB of proved undeveloped reserves. Also, as a result of very low prices during 2020 and the effects of reductions in capital expenditures, the Corporation reclassified approximately 2.3 GOEB of proved undeveloped reserves which no longer met the SEC definition of proved reserves, primarily in the United States and Canada.

Overall, investments of $10.7 billion were made by the Corporation during 2020 to progress the development of reported proved undeveloped reserves, including $10.4 billion for oil and gas producing activities, along with additional investments for other non-oil and gas producing activities such as the construction of support infrastructure and other related facilities. These investments represented 74 percent of the $14.4 billion in total reported Upstream capital and exploration expenditures.

One of ExxonMobil's requirements for reporting proved reserves is that management has made significant funding commitments toward the development of the reserves. ExxonMobil has a disciplined investment strategy and many major fields require long lead-time in order to be developed. Development projects typically take several years from the time of recording proved undeveloped reserves to the start of production and can exceed five years for large and complex projects. Proved undeveloped reserves in Australia, Kazakhstan, the United States, and the United Arab Emirates have remained undeveloped for five years or more primarily due to constraints on the capacity of infrastructure, as well as the time required to complete development for very large projects. The Corporation is reasonably certain that these proved reserves will be produced; however, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policies, consumer preferences, the pace of co-venturer/government funding, changes in the amount and timing of capital investments, and significant changes in crude oil and natural gas price levels. Of the proved undeveloped reserves that have been reported for five or more years, over 80 percent are contained in the aforementioned countries. In Australia, proved undeveloped reserves are associated with future compression for the Gorgon Jansz LNG project. In Kazakhstan, the proved undeveloped reserves are related to the remainder of the Tengizchevroil joint venture development that includes a production license in the Tengiz - Korolev field complex. The Tengizchevroil joint venture is producing, and proved undeveloped reserves will continue to move to proved developed as approved development phases progress. In the United Arab Emirates, proved undeveloped reserves are associated with an approved development plan and continued drilling investment for the producing Upper Zakum field.

8

A-78

**Information about our Executive Officers**
(positions and ages as of February 24, 2021)

| **Darren W. Woods** | *Chairman of the Board* | |
|---|---|---|
| Held current title since: | January 1, 2017 | Age: 56 |

Mr. Darren W. Woods became a Director and President of Exxon Mobil Corporation on January 1, 2016, and Chairman of the Board and Chief Executive Officer of Exxon Mobil Corporation on January 1, 2017, positions he continues to hold as of this filing date.

| **Neil A. Chapman** | *Senior Vice President* | |
|---|---|---|
| Held current title since: | January 1, 2018 | Age: 58 |

Mr. Neil A. Chapman was President of ExxonMobil Chemical Company and Vice President of Exxon Mobil Corporation January 1, 2015 – December 31, 2017. He became Senior Vice President of Exxon Mobil Corporation on January 1, 2018, a position he continues to hold as of this filing date.

| **Andrew P. Swiger** | *Senior Vice President* | |
|---|---|---|
| Held current title since: | April 1, 2009 | Age: 64 |

Mr. Andrew P. Swiger became Senior Vice President of Exxon Mobil Corporation on April 1, 2009, a position he continues to hold as of this filing date.

| **Jack P. Williams, Jr.** | *Senior Vice President* | |
|---|---|---|
| Held current title since: | June 1, 2014 | Age: 57 |

Mr. Jack P. Williams, Jr. became Senior Vice President of Exxon Mobil Corporation on June 1, 2014, a position he continues to hold as of this filing date.

| **Ian S. Carr** | *Vice President* | |
|---|---|---|
| Held current title since: | September 1, 2020 | Age: 57 |

Mr. Ian S. Carr was Vice President, Strategy and Planning, ExxonMobil Refining & Supply Company May 1, 2014 – July 31, 2017. He was Vice President, Upstream Strategy and Planning, ExxonMobil Gas & Power Marketing Company August 1, 2017 – March 31, 2019. He was Vice President, Strategy and Portfolio Management, ExxonMobil Upstream Business Development Company April 1, 2019 - September 30, 2019. He was Senior Vice President, Fuels, ExxonMobil Fuels & Lubricants Company October 1, 2019 – August 31, 2020. He became President of ExxonMobil Fuels & Lubricants Company and Vice President of Exxon Mobil Corporation on September 1, 2020, positions he continues to hold as of this filing date.

| **Linda D. DuCharme** | *Vice President*<br>*President, ExxonMobil Integrated Solutions Company* | |
|---|---|---|
| Held current title since: | July 1, 2020, and April 1, 2019, respectively | Age: 56 |

Ms. Linda D. DuCharme was Vice President, Americas, Africa and Asia, ExxonMobil Gas & Power Marketing Company July 1, 2015 – July 31, 2016. She was President of ExxonMobil Global Services Company August 1, 2016 – March 31, 2019. She became President of ExxonMobil Upstream Integrated Solutions Company April 1, 2019, and President of ExxonMobil Upstream Business Development Company and Vice President of Exxon Mobil Corporation on July 1, 2020, positions she continues to hold as of this filing date.

| **Neil W. Duffin** | *President, ExxonMobil Global Projects Company* | |
|---|---|---|
| Held current title since: | April 1, 2019 | Age: 64 |

Mr. Neil W. Duffin was President of ExxonMobil Development Company April 13, 2007 – December 31, 2016. He was President of ExxonMobil Production Company and Vice President of Exxon Mobil Corporation January 1, 2017 – March 31, 2019. He became President of ExxonMobil Global Projects Company on April 1, 2019, a position he continues to hold as of this filing date.

28

| **Stephen A. Littleton** | *Vice President – Investor Relations and Secretary* | |
|---|---|---|
| Held current title since: | March 15, 2020 | Age: 55 |

Mr. Stephen A. Littleton was Assistant Controller of Exxon Mobil Corporation June 1, 2015 - April 30, 2018. He was Vice President, Downstream Business Services and Downstream Controller May 1, 2018 - March 14, 2020. He became Vice President – Investor Relations and Secretary of Exxon Mobil Corporation on March 15, 2020, positions he continues to hold as of this filing date.

| **Liam M. Mallon** | *Vice President* | |
|---|---|---|
| Held current title since: | April 1, 2019 | Age: 58 |

Mr. Liam M. Mallon was Executive Vice President, ExxonMobil Development Company February 1, 2014 – December 31, 2016. He was President of ExxonMobil Development Company January 1, 2017 – March 31, 2019. He became President of ExxonMobil Upstream Oil & Gas Company and Vice President of Exxon Mobil Corporation on April 1, 2019, positions he continues to hold as of this filing date.

| **Karen T. McKee** | *Vice President* | |
|---|---|---|
| Held current title since: | April 1, 2019 | Age: 54 |

Ms. Karen T. McKee was Vice President, Basic Chemicals, ExxonMobil Chemical Company May 1, 2014 – July 31, 2017. She was Senior Vice President, Basic Chemicals, Integration & Growth, ExxonMobil Chemical Company August 1, 2017 – March 31, 2019. She became President of ExxonMobil Chemical Company and Vice President of Exxon Mobil Corporation on April 1, 2019, positions she continues to hold as of this filing date.

| **Craig S. Morford** | *Vice President and General Counsel* | |
|---|---|---|
| Held current title since: | November 1, 2020 | Age: 62 |

Mr. Craig S. Morford was Chief Legal and Compliance Officer of Cardinal Heath, Inc. prior to joining Exxon Mobil Corporation in May 2019. He was Deputy General Counsel of Exxon Mobil Corporation May 1, 2019 - October 31, 2020. He became Vice President and General Counsel of Exxon Mobil Corporation on November 1, 2020, positions he continues to hold as of this filing date.

| **David S. Rosenthal** | *Vice President and Controller* | |
|---|---|---|
| Held current title since: | October 1, 2008 (Vice President)<br>September 1, 2014 (Controller) | Age: 64 |

Mr. David S. Rosenthal was Vice President – Investor Relations and Secretary of Exxon Mobil Corporation October 1, 2008 – August 31, 2014. He became Vice President and Controller of Exxon Mobil Corporation on September 1, 2014, positions he continues to hold as of this filing date.

| **James M. Spellings, Jr.** | *Vice President – Treasurer and General Tax Counsel* | |
|---|---|---|
| Held current title since: | March 1, 2010 (Vice President and General Tax Counsel)<br>April 1, 2020 (Treasurer) | Age: 59 |

Mr. James M. Spellings, Jr. became Vice President and General Tax Counsel of Exxon Mobil Corporation March 1, 2010 and Treasurer of Exxon Mobil Corporation on April 1, 2020, positions he continues to hold as of this filing date.

| **Theodore J. Wojnar, Jr.** | *Vice President – Corporate Strategic Planning* | |
|---|---|---|
| Held current title since: | August 1, 2017 | Age: 61 |

Mr. Theodore J. Wojnar, Jr. was President of ExxonMobil Research and Engineering Company April 1, 2011 – July 31, 2017. He became Vice President – Corporate Strategic Planning of Exxon Mobil Corporation on August 1, 2017, a position he continues to hold as of this filing date.

---

Officers are generally elected by the Board of Directors at its meeting on the day of each annual election of directors, with each such officer serving until a successor has been elected and qualified. The above-named officers are required to file reports under Section 16 of the Securities Exchange Act of 1934.

| FUNCTIONAL EARNINGS | 2020 | 2019 | 2018 |
|---|---|---|---|
| | *(millions of dollars, except per share amounts)* | | |
| **Earnings (Loss) (U.S. GAAP)** | | | |
| Upstream | | | |
| United States | (19,385) | 536 | 1,739 |
| Non-U.S. | (645) | 13,906 | 12,340 |
| Downstream | | | |
| United States | (852) | 1,717 | 2,962 |
| Non-U.S. | (225) | 606 | 3,048 |
| Chemical | | | |
| United States | 1,277 | 206 | 1,642 |
| Non-U.S. | 686 | 386 | 1,709 |
| Corporate and financing | (3,296) | (3,017) | (2,600) |
| Net income (loss) attributable to ExxonMobil (U.S. GAAP) | (22,440) | 14,340 | 20,840 |
| | | | |
| Earnings (Loss) per common share | (5.25) | 3.36 | 4.88 |
| Earnings (Loss) per common share – assuming dilution | (5.25) | 3.36 | 4.88 |

*References in this discussion to total corporate earnings (loss) mean net income (loss) attributable to ExxonMobil (U.S. GAAP) from the consolidated income statement. Unless otherwise indicated, references to earnings (loss), Upstream, Downstream, Chemical and Corporate and financing segment earnings (loss), and earnings (loss) per share are ExxonMobil's share after excluding amounts attributable to noncontrolling interests.*

**FORWARD-LOOKING STATEMENTS**

Outlooks, projections, goals, targets, descriptions of strategic plans and objectives, and other statements of future events or conditions in this release are forward-looking statements. Actual future results, including energy demand growth and mix; financial and operating performance; volume growth; project plans, timing, costs, and capacities; capital expenditures including environmental expenditures; cost reductions; emission intensity reductions; the impact of new technologies; capital expenditures and mix; investment returns; accounting and financial reporting effects resulting from market developments and ExxonMobil's responsive actions, including potential impairment charges; the benefits of business integration; future debt levels and ability to reduce debt; the outcome of litigation and tax contingencies; and the impact of the COVID-19 pandemic on results, could differ materially due to a number of factors. These include global or regional changes in the supply and demand for oil, natural gas, petrochemicals, and feedstocks and other market conditions that impact prices and differentials; the impact of company actions to protect the health and safety of employees, vendors, customers, and communities; actions of competitors and commercial counterparties; the ability to access short- and long-term debt markets on a timely and affordable basis; the severity, length and ultimate impact of COVID-19 and government responses on people and economies; reservoir performance; the outcome of exploration projects and timely completion of development and construction projects; changes in law, taxes, or regulation including environmental regulations, and timely granting of governmental permits; war, trade agreements and patterns, shipping blockades or harassment, and other political or security disturbances; opportunities for and regulatory approval of potential investments or divestments; the actions of competitors; the capture of efficiencies within and between business lines and the ability to maintain near-term cost reductions as ongoing efficiencies while maintaining future competitive positioning; unforeseen technical or operating difficulties; the development and competitiveness of alternative energy and emission reduction technologies; the results of research programs; the ability to bring new technologies to commercial scale on a cost-competitive basis; general economic conditions including the occurrence and duration of economic recessions; and other factors discussed under Item 1A. Risk Factors.

**OVERVIEW**

The following discussion and analysis of ExxonMobil's financial results, as well as the accompanying financial statements and related notes to consolidated financial statements to which they refer, are the responsibility of the management of Exxon Mobil Corporation. The Corporation's accounting and financial reporting fairly reflect its integrated business model involving exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products.

ExxonMobil, with its resource base, financial strength, disciplined investment approach and technology portfolio, is well-positioned to participate in substantial investments to develop new energy supplies. The company's integrated business model, with significant investments in Upstream, Downstream and Chemical segments, generally reduces the Corporation's risk from changes in commodity prices. While commodity prices depend on supply and demand and may be volatile on a short-term basis, ExxonMobil's investment decisions are grounded on fundamentals reflected in our long-term business outlook, and use a disciplined approach in selecting and pursuing the most attractive investment opportunities.

39

The corporate plan is a fundamental annual management process that is the basis for setting operating and capital objectives in addition to providing the economic assumptions used for investment evaluation purposes. Volume projections are based on individual field production profiles, which are also updated at least annually. Price ranges for crude oil, natural gas, refined products, and chemical products are based on corporate plan assumptions developed annually by major region and are utilized for investment evaluation purposes. Major investment opportunities are evaluated over a range of potential market conditions. Once major investments are made, a reappraisal process is completed to ensure relevant lessons are learned and improvements are incorporated into future projects.

## BUSINESS ENVIRONMENT AND RISK ASSESSMENT

### Long-Term Business Outlook

Given the uncertainty around the near-term impacts of COVID-19 on economic growth, energy demand and energy supply, and lack of precedent, the Company is considering a range of recovery pathways to guide near-term plans. These pathways expect that energy demand will grow beyond 2019 levels as early as 2022 reflecting the phase out of COVID-19 impacts and re-establishment of long-term supply/demand fundamentals. The Corporation's Outlook for Energy combined with the near-term pathways are used to help inform our long-term business strategies and investment plans.

By 2040, the world's population is projected at around 9.1 billion people, or about 1.6 billion more than in 2018. Coincident with this population increase, the Corporation expects worldwide economic growth to average close to 2.5 percent per year, with economic output growing by around 75 percent by 2040. As economies and populations grow, and as living standards improve for billions of people, the need for energy is expected to continue to rise. Even with significant efficiency gains, global energy demand is projected to rise by more than 10 percent from 2018 to 2040. This increase in energy demand is expected to be driven by developing countries (i.e., those that are not member nations of the Organisation for Economic Co-operation and Development (OECD)).

As expanding prosperity helps drive global energy demand higher, increasing use of energy efficient technologies and practices as well as lower-emission products will continue to help significantly reduce energy consumption and emissions per unit of economic output over time. Substantial efficiency gains are likely in all key aspects of the world's economy through 2040, affecting energy requirements for power generation, transportation, industrial applications, and residential and commercial needs.

Global electricity demand is expected to increase approximately 50 percent from 2018 to 2040, with developing countries likely to account for about 85 percent of the increase. Consistent with this projection, power generation is expected to remain the largest and fastest growing major segment of global primary energy demand, supported by a wide variety of energy sources. The share of coal fired generation is likely to decline substantially and approach 20 percent of the world's electricity in 2040, versus nearly 40 percent in 2018, in part as a result of policies to improve air quality as well as reduce greenhouse gas emissions to address the risks related to climate change. From 2018 to 2040, the amount of electricity supplied using natural gas, nuclear power, and renewables is likely to nearly double, accounting for the entire growth in electricity supplies and offsetting the reduction of coal. Electricity from wind and solar is likely to increase about 400 percent, helping total renewables (including other sources, e.g. hydropower) to account for about 80 percent of the increase in electricity supplies worldwide through 2040. Total renewables will likely reach about 50 percent of global electricity supplies by 2040. Natural gas and nuclear are also expected to increase shares over the period to 2040, reaching more than 25 percent and about 10 percent of global electricity supplies respectively by 2040. Supplies of electricity by energy type will reflect significant differences across regions reflecting a wide range of factors including the cost and availability of various energy supplies and policy developments.

Energy for transportation – including cars, trucks, ships, trains and airplanes – is expected to increase by about 20 percent from 2018 to 2040. Transportation energy demand is likely to account for over 60 percent of the growth in liquid fuels demand worldwide over this period. Light-duty vehicle demand for liquid fuels is projected to peak prior to 2025 and then decline to levels seen in the early-2010s by 2040 as the impact of better fuel economy and significant growth in electric cars, led by China, Europe, and the United States, work to offset growth in the worldwide car fleet of about 60 percent. By 2040, light-duty vehicles are expected to account for about 20 percent of global liquid fuels demand. During the same time period, nearly all the world's commercial transportation fleets are likely to continue to run on liquid fuels, which are widely available and offer practical advantages in providing a large quantity of energy in small volumes.

Liquid fuels provide the largest share of global energy supplies today reflecting broad-based availability, affordability, ease of transportation, and fitness as a practical solution to meet a wide variety of needs. By 2040, global demand for liquid fuels is projected to grow to approximately 110 million barrels of oil equivalent per day, an increase of about 9 percent from 2018. The non-OECD share of global liquid fuels demand is expected to increase to about 65 percent by 2040, as liquid fuels demand in the OECD is likely to decline by close to 15 percent. Much of the global liquid fuels demand today is met by crude production from traditional conventional sources; these supplies will remain important, and significant development activity is expected to offset much of the natural declines from these fields. At the same time, a variety of emerging supply sources – including tight oil, deepwater, oil sands, natural gas liquids and biofuels – are expected to grow to help meet rising demand. The world's resource base is sufficient to meet projected demand through 2040 as technology advances continue to expand the availability of economic and lower carbon supply options. However, timely investments will remain critical to meeting global needs with reliable and affordable supplies.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

Natural gas is a lower-emission, versatile and practical fuel for a wide variety of applications, and it is expected to grow the most of any primary energy type from 2018 to 2040, meeting about 50 percent of global energy demand growth. Global natural gas demand is expected to rise about 25 percent from 2018 to 2040, with about half of that increase coming from the Asia Pacific region. Significant growth in supplies of unconventional gas – the natural gas found in shale and other tight rock formations – will help meet these needs. In total, about 55 percent of the growth in natural gas supplies is expected to be from unconventional sources. At the same time, conventionally-produced natural gas is likely to remain the cornerstone of global supply, meeting more than two thirds of worldwide demand in 2040. Liquefied natural gas (LNG) trade will expand significantly, meeting about 40 percent of the increase in global demand growth, with much of this supply expected to help meet rising demand in Asia Pacific.

The world's energy mix is highly diverse and will remain so through 2040. Oil is expected to remain the largest source of energy with its share remaining close to 30 percent in 2040. Coal is currently the second largest source of energy, but it is likely to lose that position to natural gas in the next few years. The share of natural gas is expected to reach more than 25 percent by 2040, while the share of coal falls to about two thirds of the natural gas share. Nuclear power is projected to grow significantly, as many nations are likely to expand nuclear capacity to address rising electricity needs as well as energy security and environmental issues. Total renewable energy is likely to exceed 15 percent of global energy by 2040, with biomass, hydro and geothermal contributing a combined share of more than 10 percent. Total energy supplied from wind, solar and biofuels is expected to increase rapidly, growing over 350 percent from 2018 to 2040, when they will likely be just over 6 percent of the world energy mix.

The Corporation anticipates that the world's available oil and gas resource base will grow not only from new discoveries, but also from increases in previously discovered fields. Technology will underpin these increases. The investments to develop and supply resources to meet global demand through 2040 will be significant – even if demand remains flat. This reflects a fundamental aspect of the oil and natural gas business as the International Energy Agency (IEA) describes in its *World Energy Outlook 2020*. According to the IEA's Stated Energy Policies Scenario, the investment required to meet oil and natural gas supply requirements worldwide over the period 2019-2040 will be about $17 trillion (measured in 2019 dollars). In the IEA's Sustainable Development Scenario, which is in line with the objectives of the Paris Agreement on climate change, the investment need would still accumulate to $12 trillion.

International accords and underlying regional and national regulations covering greenhouse gas emissions continue to evolve with uncertain timing and outcome, making it difficult to predict their business impact. For many years, the Corporation has taken into account policies established to reduce energy-related greenhouse gas emissions in its long-term Outlook for Energy. The climate accord reached at the Conference of the Parties (COP 21) in Paris set many new goals, and many related policies are still emerging. Our Outlook reflects an environment with increasingly stringent climate policies and is consistent with the aggregation of Nationally Determined Contributions (NDCs), which were submitted by signatories to the United Nations Framework Convention on Climate Change (UNFCCC) 2015 Paris Agreement. Our Outlook seeks to identify potential impacts of climate related policies, which often target specific sectors. It estimates potential impacts of these policies on consumer energy demand by using various assumptions and tools – including, depending on the sector, application of a proxy cost of carbon or assessment of targeted policies (e.g. automotive fuel economy standards). For purposes of the Outlook, a proxy cost on energy-related $CO_2$ emissions is assumed to reach about $80 per tonne in 2040 in OECD nations. China and other leading non-OECD nations are expected to trail OECD policy initiatives. Nevertheless, as people and nations look for ways to reduce risks of global climate change, they will continue to need practical solutions that do not jeopardize the affordability or reliability of the energy they need. The Corporation continues to monitor the updates to the NDCs that nations are expected to provide in preparation for COP 26 in Glasgow in November 2021 as well as other policy developments in light of net zero ambitions recently formulated by some nations.

The information provided in the Long-Term Business Outlook includes ExxonMobil's internal estimates and projections based upon internal data and analyses as well as publicly available information from external sources including the International Energy Agency.

**Positioning for a Lower-Carbon Energy Future**

Practical solutions to the world's energy and climate challenges will benefit from market competition in addition to well-informed, well-designed, and transparent policy approaches that carefully weigh costs and benefits. Such policies are likely to help manage the risks of climate change while also enabling societies to pursue other high priority goals around the world – including clean air and water, access to reliable and affordable energy, and economic progress for all people. ExxonMobil encourages sound policy solutions that reduce climate-related risks across the economy at the lowest societal cost. All practical and economically-viable energy sources will need to be pursued to continue meeting global energy demand, recognizing the scale and variety of worldwide energy needs as well as the importance of expanding access to modern energy to promote better standards of living for billions of people.

ExxonMobil is committed to advancing sustainable, effective solutions that address both the world's growing demand for energy and the risks of climate change. The Company's plans aim for industry-leading greenhouse gas performance across its businesses by 2030. These plans include a reduction of the intensity of operated upstream greenhouse gas emissions by 15 to 20 percent in 2025, compared to 2016 levels, which will be supported by a 40 to 50 percent decrease in methane intensity and a 35 to 45 percent decrease in flaring intensity across the Corporation's global operations. The 2025 emission reduction plans are expected to result in a reduction of absolute emissions by approximately 30 percent for the Company's current Upstream business by 2025 when compared to 2016 levels. The emission plans cover Scope 1 and Scope 2 emissions from assets operated by the Corporation.

41

Case 3:21-cv-00194-N   Document 70   Filed 11/24/21   Page 93 of 290   PageID 997

Commercially viable technology advances will be needed to achieve the Paris Agreement objectives at the lowest societal cost. While many potential pathways exist, ExxonMobil cannot predict how these objectives will become achievable given the range of uncertainties. ExxonMobil is working to develop breakthrough solutions in areas such as carbon capture, biofuels, hydrogen, and energy-efficiency process technology that can help achieve the Paris Agreement objectives. In early 2021 ExxonMobil announced the creation of a new business, ExxonMobil Low Carbon Solutions, to commercialize low-carbon technologies. The business will initially focus on carbon capture and storage (CCS), one of the critical technologies required to achieve the climate objectives outlined in the Paris Agreement. In addition to CCS, the business will also leverage ExxonMobil's significant experience in the production of hydrogen which, when coupled with CCS, is likely to play a critical role in a lower-carbon energy system. Other technology focus areas will be added in the future as they mature to commercialization.

## Upstream

ExxonMobil continues to sustain a diverse growth portfolio of exploration and development opportunities, which enables the Corporation to be selective, maximizing shareholder value and mitigating political and technical risks. ExxonMobil's fundamental strategies guide our global Upstream business, including capturing material and accretive opportunities to continually high-grade the resource portfolio, selectively developing attractive oil and natural gas resources, developing and applying high-impact technologies, and pursuing productivity and efficiency gains. These strategies are underpinned by a relentless focus on operational excellence, development of our employees, and investment in the communities within which we operate.

As future development projects and drilling activities bring new production online, the Corporation expects a shift in the geographic mix and in the type of opportunities from which volumes are produced. Based on current investment plans, the proportion of oil-equivalent production from the Americas is generally expected to increase over the next several years. Further, the proportion of our global production from unconventional and deepwater resources, as well as LNG currently contributes nearly half of global production, and is generally expected to grow in the next few years.

The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups; operational outages; reservoir performance; performance of enhanced oil recovery projects; regulatory changes; the impact of fiscal and commercial terms; asset sales; weather events; price effects on production sharing contracts; changes in the amount and timing of capital investments that may vary depending on the oil and gas price environment; and other factors described in Item 1A. Risk Factors.

The markets for crude oil and natural gas have a history of significant price volatility. Market demand and prices experienced sharp decline in the first half of 2020 largely driven by the COVID-19 pandemic. Following this decline, prices increased in the second half of the year as supply and demand began to rebalance. ExxonMobil believes prices over the long term will continue to be driven by market supply and demand, with the demand side largely being a function of general economic activities, levels of prosperity, technology advances, consumer preference and government policies. On the supply side, prices may be significantly impacted by political events, the actions of OPEC and other large government resource owners, and other factors. To manage the risks associated with price, ExxonMobil evaluates annual plans and major investments across a range of price scenarios.

In 2020, the Upstream business produced 3.8 million oil-equivalent barrels per day and matched best-ever reliability performance with continued focus on delivering best in class operations in all aspects of the business while prioritizing cash flow generation and return on investment. Government-mandated and economic curtailments negatively impacted 2020 production by approximately 0.2 million oil-equivalent barrels per day. Significant progress was made on key new developments in Guyana and in the Permian basin during 2020. In Guyana, exploration success continued with three additional discoveries increasing the estimated recoverable resource to nearly 9 billion oil-equivalent barrels on the Stabroek block. In the Permian, despite economic curtailments and reduced capital investment, production volumes averaged 367 thousand oil-equivalent barrels per day in 2020, a 35 percent year-on-year production increase which exceeded expectations, while development and operating costs were significantly reduced. Also in the Permian, we started up the Delaware basin central processing and stabilization facility which enhances the company's integration advantages by collecting and processing oil and natural gas for delivery to Gulf Coast markets.

## Downstream

ExxonMobil's Downstream is a large, diversified business with global logistics, trading, refining, and marketing. The Corporation has a well-established presence in the Americas, Europe, and growing Asia Pacific region.

Downstream strategies competitively position the business across a range of market conditions. These strategies focus on providing quality, differentiated, and valued products and services to customers, targeting best in class operations performance, capitalizing on integration across all ExxonMobil businesses, maximizing value from advantaged technology, and selectively investing for resilient, advantaged returns.

ExxonMobil's operating results, as noted in Item 2. Properties, reflect 21 refineries, located in 14 countries, with distillation capacity of 4.8 million barrels per day (MBD) and lubricant base stock manufacturing capacity of 129 thousand barrels per day. ExxonMobil's fuels and lubes value chains have significant global reach, with multiple channels to market serving a diverse customer base. Our portfolio of world-renowned brands includes *Exxon, Mobil, Esso, Synergy,* and *Mobil 1*.

Fuels demand in 2020 was significantly impacted by the COVID-19 pandemic. During the second quarter downturn, global demand for gasoline, diesel, and jet fuel declined about 23 percent versus 2019. While demand partially recovered in the second half of the year, fourth quarter total products demand remained 10 percent below 2019 levels. This unprecedented demand impact adversely affected refining margins resulting in historically low market conditions, with announced refinery closures four times higher than 10-year historical levels. In the near-term, refining margins will continue to be impacted by COVID-19 demand recovery. Finished lubricant demand was also impacted by COVID-19, with ExxonMobil's estimate of industry demand down 5 to 10 percent versus 2019.

Refining margins are largely driven by differences in commodity prices and are a function of the difference between what a refinery pays for its raw materials and the market prices for the range of products produced. Crude oil and many products are widely traded with published prices, including those quoted on multiple exchanges around the world (e.g., New York Mercantile Exchange and Intercontinental Exchange). Prices for these commodities are determined by the global marketplace and are influenced by many factors, including global and regional supply/demand balances, inventory levels, industry refinery operations, import/export balances, currency fluctuations, seasonal demand, weather, and political climate.

ExxonMobil's long-term outlook is that industry refining margins will remain volatile subject to shifting consumer demand as well as capacity changes from refinery additions and closures. ExxonMobil's significant integration both within the Downstream value chains including lubricants, logistics, trading, refining, and marketing, as well as with Upstream and Chemical, improves our ability to generate shareholder value in different market conditions.

As described in Item 1A. Risk Factors, proposed carbon policy and other climate related regulations in many countries, as well as the continued growth in biofuels mandates, could have negative impacts on the Downstream business.

ExxonMobil continually evaluates the Downstream portfolio during all phases of the business cycle, which has resulted in numerous asset divestments over the past decade to strengthen overall profitability and resiliency. When investing in the Downstream, ExxonMobil remains focused on select and resilient projects across a broad range of market conditions. In 2020, the Strathcona Cogeneration project started up to improve refinery energy efficiency and reduce greenhouse gas emissions. In addition, the main segment of the Wink to Webster pipeline system, operated by ExxonMobil Pipeline Company, started transporting Permian crude from Midland to Houston. Finally, deferral costs associated with pacing previously announced Downstream projects will be offset with efficiencies captured during the market downturn.

ExxonMobil continues to grow fuels product sales in new markets near major production assets with continued progress in the Mexico and Indonesia market entries. The lubricants business continues to grow, leveraging world class brands and integration with industry leading basestock refining capability. Through the Mobil branded properties, such as *Mobil 1*, ExxonMobil is the worldwide leader in synthetic motor oils.

## Chemical

ExxonMobil is a major manufacturer and marketer of petrochemicals, including a wide variety of performance products that sustainably support improved living standards around the globe. ExxonMobil sustains its competitive advantage through continued operational excellence, investment and cost discipline, a balanced portfolio of products, and unparalleled integration with Downstream and Upstream operations, all underpinned by proprietary technology.

In 2020, many markets were heavily impacted by COVID-19, however demand for chemical products remained resilient in several key segments including food packaging, hygiene and medical. Overall Chemical margins improved compared to 2019 due to lower feedstock costs, continued strong packaging demand, and industry supply disruptions through the second half of 2020. We were uniquely positioned to capture value from the market volatility in 2020 due to our integration, enabling nimble feed and product optimization. This, in addition to our outstanding safety and reliability performance and structural cost improvement, delivered industry leading earnings.

Over the long term, demand for chemical products is forecast to outpace growth in global GDP and energy demand. ExxonMobil estimates that worldwide demand for chemicals will rise by over 40 percent by 2030, driven by continued global population growth and an expanding middle class. ExxonMobil's integration with refining, together with our high-value performance products and unique project execution capability, enhances our ability to generate industry-leading returns on investments across a range of market environments. In 2020, construction progressed on our joint venture ethane cracker and associated units near Corpus Christi, Texas. The project is below budget and expected to start up ahead of schedule in the fourth quarter of 2021. We made the decision to slow the pace of other U.S. Gulf Coast growth projects, capturing current market efficiencies to offset deferral costs. In addition, we continued to progress plans for a world-scale steam cracker and performance derivative units in Guangdong Province, China.

43

**REVIEW OF 2020 AND 2019 RESULTS**

During the first and second quarters of 2020, the balance of supply and demand for petroleum and petrochemical products experienced two significant disruptive effects. On the demand side, the COVID-19 pandemic spread rapidly through most areas of the world resulting in substantial reductions in consumer and business activity and significantly reduced demand for crude oil, natural gas, and petroleum products. This reduction in demand coincided with announcements of increased production in certain key oil-producing countries which led to increases in inventory levels and sharp declines in prices for crude oil, natural gas, and petroleum products.

Market conditions continued to reflect considerable uncertainty throughout 2020 as consumer and business activity exhibited some degree of recovery, but remained lower when compared to prior periods as a result of the pandemic. Despite actions taken by key oil-producing countries to reduce oversupply, the unfavorable economic impacts are likely to persist to some extent well into 2021.

| | 2020 | 2019 | 2018 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| **Earnings (Loss) (U.S. GAAP)** | | | |
| Net income (loss) attributable to ExxonMobil (U.S. GAAP) | (22,440) | 14,340 | 20,840 |

**Upstream**

| | 2020 | 2019 | 2018 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Upstream | | | |
| United States | (19,385) | 536 | 1,739 |
| Non-U.S. | (645) | 13,906 | 12,340 |
| Total | (20,030) | 14,442 | 14,079 |

**2020**

Upstream results were a loss of $20,030 million, down $34,472 million from 2019.
- Lower realizations reduced earnings by $11.2 billion.
- Unfavorable volume and mix effects decreased earnings by $300 million.
- All other items decreased earnings by $23 billion, as impairments of $19.4 billion and the absence of the $3.7 billion gain from the 2019 Norway non-operated divestment were partly offset by lower expenses of $1 billion.
- U.S. Upstream results were a loss of $19,385 million and included asset impairments of $17.1 billion.
- Non-U.S. Upstream results were a loss of $645 million, including asset impairments of $2.3 billion and the absence of the $3.7 billion gain from the Norway non-operated divestment.
- On an oil-equivalent basis, production of 3.8 million barrels per day was down 5 percent compared to 2019.
- Liquids production of 2.3 million barrels per day decreased 37,000 barrels per day reflecting the impacts of government mandates, divestments, and lower demand, partly offset by growth and lower downtime.
- Natural gas production of 8.5 billion cubic feet per day decreased 923 million cubic feet per day from 2019, reflecting divestments, lower demand, and higher downtime, partly offset by growth.

**2019**

Upstream earnings were $14,442 million, up $363 million from 2018.
- Lower realizations reduced earnings by $2.7 billion.
- Favorable volume and mix effects increased earnings by $860 million.
- All other items increased earnings by $2.2 billion, as a $3.7 billion gain from the Norway non-operated divestment was partly offset by higher expenses of $1.1 billion.
- U.S. Upstream earnings were $536 million and included asset impairments of $146 million.
- Non-U.S. Upstream earnings were $13,906 million, including the $3.7 billion gain from the Norway non-operated divestment.
- On an oil-equivalent basis, production of 4.0 million barrels per day was up 3 percent compared to 2018.
- Liquids production of 2.4 million barrels per day increased 120,000 barrels per day reflecting growth and higher entitlements.
- Natural gas production of 9.4 billion cubic feet per day decreased 11 million cubic feet per day from 2018, with the impact from divestments and higher downtime offset by growth and higher entitlements.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Upstream Additional Information**

| | 2020 | 2019 |
|---|---:|---:|
| | *(thousands of barrels daily)* | |
| **Volumes Reconciliation** (Oil-equivalent production) *(1)* | | |
| Prior Year | 3,952 | 3,833 |
|     Entitlements - Net Interest | (9) | (1) |
|     Entitlements - Price / Spend / Other | 67 | 34 |
|     Government Mandates | (110) | (3) |
|     Divestments | (151) | (27) |
|     Growth / Other | 12 | 116 |
| Current Year | 3,761 | 3,952 |

*(1) Natural gas is converted to an oil-equivalent basis at six million cubic feet per one thousand barrels.*

Listed below are descriptions of ExxonMobil's volumes reconciliation factors which are provided to facilitate understanding of the terms.

*Entitlements - Net Interest* are changes to ExxonMobil's share of production volumes caused by non-operational changes to volume-determining factors. These factors consist of net interest changes specified in Production Sharing Contracts (PSCs) which typically occur when cumulative investment returns or production volumes achieve defined thresholds, changes in equity upon achieving pay-out in partner investment carry situations, equity redeterminations as specified in venture agreements, or as a result of the termination or expiry of a concession. Once a net interest change has occurred, it typically will not be reversed by subsequent events, such as lower crude oil prices.

*Entitlements - Price, Spend and Other* are changes to ExxonMobil's share of production volumes resulting from temporary changes to non-operational volume-determining factors. These factors include changes in oil and gas prices or spending levels from one period to another. According to the terms of contractual arrangements or government royalty regimes, price or spending variability can increase or decrease royalty burdens and/or volumes attributable to ExxonMobil. For example, at higher prices, fewer barrels are required for ExxonMobil to recover its costs. These effects generally vary from period to period with field spending patterns or market prices for oil and natural gas. Such factors can also include other temporary changes in net interest as dictated by specific provisions in production agreements.

*Government Mandates* are changes to ExxonMobil's sustainable production levels due to temporary non-operational production limits imposed by governments, generally upon a sector, type or method of production.

*Divestments* are reductions in ExxonMobil's production arising from commercial arrangements to fully or partially reduce equity in a field or asset in exchange for financial or other economic consideration.

*Growth and Other* factors comprise all other operational and non-operational factors not covered by the above definitions that may affect volumes attributable to ExxonMobil. Such factors include, but are not limited to, production enhancements from project and work program activities, acquisitions including additions from asset exchanges, downtime, market demand, natural field decline, and any fiscal or commercial terms that do not affect entitlements.

45

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Downstream**

| | 2020 | 2019 | 2018 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Downstream | | | |
| United States | (852) | 1,717 | 2,962 |
| Non-U.S. | (225) | 606 | 3,048 |
| Total | (1,077) | 2,323 | 6,010 |

**2020**

Downstream results of a $1,077 million loss decreased $3,400 million from 2019.
- Margins decreased earnings by $3.8 billion including the impact of weaker industry refining conditions.
- Volume and mix effects increased earnings by $370 million as manufacturing/yield improvement impacts were partly offset by weaker demand.
- All other items increased earnings by $50 million, as lower expenses of $1.3 billion were offset by impairments of $620 million, unfavorable LIFO inventory impacts of $410 million, and unfavorable tax items of $240 million.
- U.S. Downstream results were a loss of $852 million, compared to earnings of $1,717 million in the prior year.
- Non-U.S. Downstream results were a loss of $225 million, compared to earnings of $606 million in the prior year.
- Petroleum product sales of 4.9 million barrels per day were 557,000 barrels per day lower than 2019.

**2019**

Downstream earnings of $2,323 million decreased $3,687 million from 2018.
- Margins decreased earnings by $3 billion including the impact of lower North American crude differentials.
- Volume and mix effects lowered earnings by $50 million as project contributions and portfolio improvement were more than offset by increased downtime/maintenance and unfavorable yield/sales mix.
- All other items decreased earnings by $660 million, mainly driven by the absence of prior year divestment gains and higher expenses reflecting increased maintenance and project startups, partly offset by favorable foreign exchange impacts and LIFO inventory gains.
- U.S. Downstream earnings were $1,717 million, compared to $2,962 million in the prior year.
- Non-U.S. Downstream earnings were $606 million, compared to $3,048 million in the prior year.
- Petroleum product sales of 5.5 million barrels per day were 60,000 barrels per day lower than 2018.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Chemical**

|  | 2020 | 2019 | 2018 |
|---|---|---|---|
|  | *(millions of dollars)* | | |
| Chemical | | | |
| United States | 1,277 | 206 | 1,642 |
| Non-U.S. | 686 | 386 | 1,709 |
| Total | 1,963 | 592 | 3,351 |

**2020**

Chemical earnings of $1,963 million increased $1,371 million from 2019.
- Stronger margins increased earnings by $930 million.
- Volume and mix effects decreased earnings by $150 million.
- All other items increased earnings by $590 million as lower expenses of $710 million were partly offset by unfavorable one-time items, mainly impairments.
- U.S. Chemical earnings were $1,277 million in 2020, compared with $206 million in the prior year.
- Non-U.S. Chemical earnings were $686 million, compared with $386 million in the prior year.
- Prime product sales of 25.4 million metric tons were down 1.1 million metric tons from 2019.

**2019**

Chemical earnings of $592 million decreased $2,759 million from 2018.
- Weaker margins decreased earnings by $1.8 billion.
- Volume and mix effects were essentially flat, as lower sales volumes were offset by new asset contributions.
- All other items decreased earnings by $940 million, primarily due to higher expenses associated with new assets, business growth, and maintenance activity, the absence of a favorable tax item in the prior year, and unfavorable foreign exchange impacts.
- U.S. Chemical earnings were $206 million in 2019, compared with $1,642 million in the prior year.
- Non-U.S. Chemical earnings were $386 million, compared with $1,709 million in the prior year.
- Prime product sales of 26.5 million metric tons were down 0.4 million metric tons from 2018.

**Corporate and Financing**

|  | 2020 | 2019 | 2018 |
|---|---|---|---|
|  | *(millions of dollars)* | | |
| Corporate and financing | (3,296) | (3,017) | (2,600) |

**2020**

Corporate and financing expenses were $3,296 million in 2020 compared to $3,017 million in 2019, with the increase mainly due to higher financing costs and employee severance costs, partly offset by lower corporate costs.

**2019**

Corporate and financing expenses were $3,017 million in 2019 compared to $2,600 million in 2018, with the increase mainly due to unfavorable tax impacts and higher financing costs.

47

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**LIQUIDITY AND CAPITAL RESOURCES**
**Sources and Uses of Cash**

| | 2020 | 2019 | 2018 |
|---|---:|---:|---:|
| | *(millions of dollars)* | | |
| Net cash provided by/(used in) | | | |
| Operating activities | 14,668 | 29,716 | 36,014 |
| Investing activities | (18,459) | (23,084) | (16,446) |
| Financing activities | 5,285 | (6,618) | (19,446) |
| Effect of exchange rate changes | (219) | 33 | (257) |
| Increase/(decrease) in cash and cash equivalents | 1,275 | 47 | (135) |
| | **(December 31)** | | |
| Total cash and cash equivalents | 4,364 | 3,089 | 3,042 |

Total cash and cash equivalents were $4.4 billion at the end of 2020, up $1.3 billion from the prior year. The major sources of funds in 2020 were the adjustment for the noncash provision of $46.0 billion for depreciation and depletion, a net debt increase of $20.1 billion, proceeds from asset sales of $1.0 billion, and other investing activities of $2.7 billion. The major uses of funds included a net loss including noncontrolling interests of $23.3 billion, spending for additions to property, plant and equipment of $17.3 billion, dividends to shareholders of $14.9 billion, and additional investments and advances of $4.9 billion.

Total cash and cash equivalents were $3.1 billion at the end of 2019, up $47 million from the prior year. The major sources of funds in 2019 were net income including noncontrolling interests of $14.8 billion, the adjustment for the noncash provision of $19.0 billion for depreciation and depletion, a net debt increase of $8.7 billion, and proceeds from asset sales of $3.7 billion. The major uses of funds included spending for additions to property, plant and equipment of $24.4 billion, dividends to shareholders of $14.7 billion, and additional investments and advances of $3.9 billion.

The Corporation has access to significant capacity of long-term and short-term liquidity. Commercial paper continues to provide short-term liquidity, and is reflected in "Notes and loans payable" on the Consolidated Balance Sheet with changes in outstanding commercial paper between periods included in the Consolidated Statement of Cash Flows. The Corporation took steps to strengthen its liquidity in 2020, including issuing $23.2 billion of long-term debt and implementing significant capital and operating cost reductions. The Corporation ended the year with $68 billion in gross debt and intends to reduce debt over time. On December 31, 2020, the Corporation had unused short-term committed lines of credit of $11.3 billion and no unused long-term lines of credit.

To support cash flows in future periods the Corporation will need to continually find or acquire and develop new fields, and continue to develop and apply new technologies and recovery processes to existing fields, in order to maintain or increase production. After a period of production at plateau rates, it is the nature of oil and gas fields eventually to produce at declining rates for the remainder of their economic life. Decline rates can vary widely by individual field due to a number of factors, including, but not limited to, the type of reservoir, fluid properties, recovery mechanisms, work activity, and age of the field. In particular, the Corporation's key tight-oil plays have higher initial decline rates which tend to moderate over time. Furthermore, the Corporation's net interest in production for individual fields can vary with price and the impact of fiscal and commercial terms.

The Corporation has long been successful at mitigating the effects of natural field decline through disciplined investments in quality opportunities and project execution. The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups; operational outages; reservoir performance; performance of enhanced oil recovery projects; regulatory changes; the impact of fiscal and commercial terms; asset sales; weather events; price effects on production sharing contracts; and changes in the amount and timing of investments that may vary depending on the oil and gas price environment. The Corporation's cash flows are also highly dependent on crude oil and natural gas prices. Please refer to Item 1A. Risk Factors for a more complete discussion of risks.

The Corporation's financial strength enables it to make large, long-term capital expenditures. Capital and exploration expenditures in 2020 were $21.4 billion, reflecting the Corporation's continued active investment program. The Corporation is prioritizing opportunities to hold 2021 capital spending in a range of $16 billion to $19 billion.

48

Actual spending could vary depending on the progress of individual projects and property acquisitions. The Corporation has a large and diverse portfolio of development projects and exploration opportunities, which helps mitigate the overall political and technical risks of the Corporation's Upstream segment and associated cash flow. Further, due to its financial strength and diverse portfolio of opportunities, the risk associated with failure or delay of any single project would not have a significant impact on the Corporation's liquidity or ability to generate sufficient cash flows for operations and its fixed commitments.

The Corporation, as part of its ongoing asset management program, continues to evaluate its mix of assets for potential upgrade. Because of the ongoing nature of this program, dispositions will continue to be made from time to time which will result in either gains or losses. In light of the current low commodity price environment, and depending on the extent and pace of recovery, the Corporation's planned divestment program could be adversely affected by fewer financially suitable buyers. This could result in a slowing of the pace of divestments, certain assets being sold at a price below current book value, or impairment charges if the likelihood of divesting certain assets increases. Additionally, the Corporation continues to evaluate opportunities to enhance its business portfolio through acquisitions of assets or companies, and enters into such transactions from time to time. Key criteria for evaluating acquisitions include potential for future growth and attractive current valuations. Acquisitions may be made with cash, shares of the Corporation's common stock, or both.

ExxonMobil closely monitors the potential impacts of Brexit and Interbank Offered Rate (IBOR) reforms, including LIBOR, under a number of scenarios and has taken steps to mitigate their potential impact. Accordingly, ExxonMobil does not believe these events represent a material risk to the Corporation's consolidated results of operations or financial condition.

**Cash Flow from Operating Activities**

**2020**

Cash provided by operating activities totaled $14.7 billion in 2020, $15.0 billion lower than 2019. Net income (loss) including noncontrolling interests was a loss of $23.3 billion, a decrease of $38.0 billion. The noncash provision for depreciation and depletion was $46.0 billion, up $27.0 billion from the prior year, mainly due to asset impairments. The noncash provision for deferred income tax benefits was $8.9 billion and also included impacts from asset impairments. The adjustment for the net loss on asset sales was $4 million, a decrease of $1.7 billion. The adjustment for dividends received less than equity in current earnings of equity companies was an increase of $1.0 billion, compared to a reduction of $0.9 billion in 2019. Changes in operational working capital, excluding cash and debt, decreased cash in 2020 by $1.7 billion.

**2019**

Cash provided by operating activities totaled $29.7 billion in 2019, $6.3 billion lower than 2018. The major source of funds was net income including noncontrolling interests of $14.8 billion, a decrease of $6.6 billion. The noncash provision for depreciation and depletion was $19.0 billion, up $0.3 billion from the prior year. The adjustment for the net gain on asset sales was $1.7 billion, a decrease of $0.3 billion. The adjustment for dividends received less than equity in current earnings of equity companies was a reduction of $0.9 billion, compared to a reduction of $1.7 billion in 2018. Changes in operational working capital, excluding cash and debt, increased cash in 2019 by $0.9 billion.

**Cash Flow from Investing Activities**

**2020**

Cash used in investing activities netted to $18.5 billion in 2020, $4.6 billion lower than 2019. Spending for property, plant and equipment of $17.3 billion decreased $7.1 billion from 2019. Proceeds associated with sales of subsidiaries, property, plant and equipment, and sales and returns of investments of $1.0 billion compared to $3.7 billion in 2019. Additional investments and advances were $1.0 billion higher in 2020, while proceeds from other investing activities including collection of advances increased by $1.2 billion.

**2019**

Cash used in investing activities netted to $23.1 billion in 2019, $6.6 billion higher than 2018. Spending for property, plant and equipment of $24.4 billion increased $4.8 billion from 2018. Proceeds associated with sales of subsidiaries, property, plant and equipment, and sales and returns of investments of $3.7 billion compared to $4.1 billion in 2018. Additional investments and advances were $1.9 billion higher in 2019, while proceeds from other investing activities including collection of advances increased by $0.5 billion.

49

A-91

**Cash Flow from Financing Activities**

**2020**

Cash flow from financing activities was $5.3 billion in 2020, $11.9 billion higher than 2019. Dividend payments on common shares increased to $3.48 per share from $3.43 per share and totaled $14.9 billion. During 2020, the Corporation issued $23.2 billion of long-term debt. Total debt increased $20.7 billion to $67.6 billion at year-end.

ExxonMobil share of equity decreased $34.5 billion to $157.2 billion. The reduction to equity for losses was $22.4 billion and the reduction for distributions to ExxonMobil shareholders was $14.9 billion, all in the form of dividends. Foreign exchange translation effects of $1.8 billion for the weaker U.S. dollar and a $1.0 billion change in the funded status of the postretirement benefits reserves increased equity.

During 2020, Exxon Mobil Corporation acquired 8 million shares of its common stock for the treasury. Purchases were made to offset shares or units settled in shares issued in conjunction with the company's benefit plans and programs. Shares outstanding decreased from 4,234 million to 4,233 million at the end of 2020.

**2019**

Cash used in financing activities was $6.6 billion in 2019, $12.8 billion lower than 2018. Dividend payments on common shares increased to $3.43 per share from $3.23 per share and totaled $14.7 billion. During the third quarter of 2019, the Corporation issued $7.0 billion of long-term debt. Total debt increased $9.1 billion to $46.9 billion at year-end.

ExxonMobil share of equity decreased $0.1 billion to $191.7 billion. The addition to equity for earnings was $14.3 billion. This was offset by reductions for distributions to ExxonMobil shareholders of $14.7 billion, all in the form of dividends. Foreign exchange translation effects of $1.4 billion for the weaker U.S. currency increased equity, while a $1.4 billion change in the funded status of the postretirement benefits reserves reduced equity.

During 2019, Exxon Mobil Corporation acquired 8 million shares of its common stock for the treasury. Purchases were made to offset shares or units settled in shares issued in conjunction with the company's benefit plans and programs. Shares outstanding decreased from 4,237 million to 4,234 million at the end of 2019.

# MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

## Commitments

Set forth below is information about the outstanding commitments of the Corporation's consolidated subsidiaries at December 31, 2020. The table combines data from the Consolidated Balance Sheet and from individual notes to the Consolidated Financial Statements.

| Commitments | Note Reference Number | 2021 | 2022-2023 | 2024-2025 | 2026 and Beyond | Total |
|---|---|---|---|---|---|---|
| | | | Payments Due by Period | | | |
| | | | (millions of dollars) | | | |
| Long-term debt excluding finance lease obligations *(1)* | 6, 14 | 2,828 | 7,364 | 8,640 | 29,263 | 48,095 |
| Asset retirement obligations *(2)* | 9 | 689 | 1,203 | 1,005 | 8,350 | 11,247 |
| Pension and other postretirement obligations *(3)* | 17 | 1,860 | 1,576 | 1,530 | 16,495 | 21,461 |
| Lease commitments *(4)* | 11 | | | | | |
|     Operating and finance leases - commenced | | 1,558 | 2,163 | 1,358 | 2,004 | 7,083 |
|     Operating and finance leases - not yet commenced | | 192 | 1,081 | 495 | 2,786 | 4,554 |
| Take-or-pay and unconditional purchase obligations *(5)* | | 4,155 | 7,246 | 5,626 | 16,932 | 33,959 |
| Firm capital commitments *(6)* | | 6,027 | 4,469 | 1,689 | 599 | 12,784 |

This table excludes commodity purchase obligations (volumetric commitments but no fixed or minimum price) which are resold shortly after purchase, either in an active, highly liquid market or under long-term, unconditional sales contracts with similar pricing terms. Examples include long-term, noncancelable LNG and natural gas purchase commitments and commitments to purchase refinery products at market prices. Inclusion of such commitments would not be meaningful in assessing liquidity and cash flow, because these purchases will be offset in the same periods by cash received from the related sales transactions. The table also excludes unrecognized tax benefits totaling $8.8 billion as of December 31, 2020, because the Corporation is unable to make reasonably reliable estimates of the timing of cash settlements with the respective taxing authorities. Further details on the unrecognized tax benefits can be found in "Note 19: Income and Other Taxes".

Notes:

(1) *The amount due in 2021 is included in Notes and loans payable of $20,458 million. The amounts due 2022 and beyond are included in Long-term debt of $47,182 million.*

(2) *Asset retirement obligations are primarily upstream asset removal costs at the end of field life.*

(3) *The amount by which the benefit obligations exceeded the fair value of fund assets for U.S. and non-U.S. pension and other postretirement plans at year-end. The payments by period include expected contributions to funded pension plans in 2021 and estimated benefit payments for unfunded plans in all years.*

(4) *Commitments for operating and finance leases cover drilling equipment, tankers and other assets.*

(5) *Take-or-pay obligations are noncancelable, long-term commitments for goods and services. Unconditional purchase obligations are those long-term commitments that are noncancelable or cancelable only under certain conditions, and that third parties have used to secure financing for the facilities that will provide the contracted goods or services. The obligations mainly pertain to pipeline, manufacturing supply and terminal agreements.*

(6) *Firm capital commitments represent legally binding payment obligations to third parties where agreements specifying all significant terms have been executed for the construction and purchase of fixed assets and other permanent investments. In certain cases where the Corporation executes contracts requiring commitments to a work scope, those commitments have been included to the extent that the amounts and timing of payments can be reliably estimated. Firm capital commitments, shown on an undiscounted basis, totaled $12.8 billion, including $5.3 billion in the U.S.*

*Firm capital commitments for the non-U.S. Upstream of $5.9 billion were primarily associated with projects in Guyana, Angola, Malaysia, United Kingdom, Canada, Australia, Brazil and United Arab Emirates. The Corporation expects to fund the majority of these commitments with internally generated funds, supplemented by short-term and long-term debt as required.*

51

**Guarantees**

The Corporation and certain of its consolidated subsidiaries were contingently liable at December 31, 2020, for guarantees relating to notes, loans and performance under contracts (Note 16). Where guarantees for environmental remediation and other similar matters do not include a stated cap, the amounts reflect management's estimate of the maximum potential exposure. These guarantees are not reasonably likely to have a material effect on the Corporation's financial condition, changes in financial condition, revenues or expenses, results of operations, liquidity, capital expenditures or capital resources.

**Financial Strength**

On December 31, 2020, the Corporation had total unused short-term committed lines of credit of $11.3 billion (Note 6) and no unused long-term lines of credit (Note 14). The table below shows the Corporation's consolidated debt to capital ratios.

|  | 2020 | 2019 | 2018 |
|---|---|---|---|
| Debt to capital (percent) | 29.2 | 19.1 | 16.0 |
| Net debt to capital (percent) | 27.8 | 18.1 | 14.9 |

Management views the Corporation's financial strength to be a competitive advantage of strategic importance. The Corporation's financial position gives it the opportunity to access the world's capital markets in the full range of market conditions, and enables the Corporation to take on large, long-term capital commitments in the pursuit of maximizing shareholder value.

Industry conditions in 2020 led to lower realized prices for the Corporation's products which resulted in substantially lower earnings and operating cash flow in comparison to 2019. The Corporation took steps to strengthen its liquidity in 2020, including issuing $23 billion of long-term debt and implementing significant capital and operating cost reductions. The Corporation ended the year with $68 billion in gross debt and intends to reduce debt over time.

**Litigation and Other Contingencies**

As discussed in Note 16, a variety of claims have been made against ExxonMobil and certain of its consolidated subsidiaries in a number of pending lawsuits. Based on a consideration of all relevant facts and circumstances, the Corporation does not believe the ultimate outcome of any currently pending lawsuit against ExxonMobil will have a material adverse effect upon the Corporation's operations, financial condition, or financial statements taken as a whole. There are no events or uncertainties beyond those already included in reported financial information that would indicate a material change in future operating results or financial condition. Refer to Note 16 for additional information on legal proceedings and other contingencies.

**CAPITAL AND EXPLORATION EXPENDITURES**

Capital and exploration expenditures (Capex) represents the combined total of additions at cost to property, plant and equipment, and exploration expenses on a before-tax basis from the Consolidated Statement of Income. ExxonMobil's Capex includes its share of similar costs for equity companies. Capex excludes assets acquired in nonmonetary exchanges, the value of ExxonMobil shares used to acquire assets, and depreciation on the cost of exploration support equipment and facilities recorded to property, plant and equipment when acquired. While ExxonMobil's management is responsible for all investments and elements of net income, particular focus is placed on managing the controllable aspects of this group of expenditures.

|  | 2020 | | | 2019 | | |
|---|---|---|---|---|---|---|
|  | U.S. | Non-U.S. | Total | U.S. | Non-U.S. | Total |
|  | *(millions of dollars)* | | | | | |
| Upstream *(1)* | 6,817 | 7,614 | 14,431 | 11,653 | 11,832 | 23,485 |
| Downstream | 2,344 | 1,877 | 4,221 | 2,353 | 2,018 | 4,371 |
| Chemical | 2,002 | 714 | 2,716 | 2,547 | 718 | 3,265 |
| Other | 6 | — | 6 | 27 | — | 27 |
| Total | 11,169 | 10,205 | 21,374 | 16,580 | 14,568 | 31,148 |

*(1) Exploration expenses included.*

# MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

Capex in 2020 was $21.4 billion, as the Corporation continued to pursue opportunities to find and produce new supplies of oil and natural gas to meet global demand for energy. The Corporation is prioritizing opportunities to hold 2021 capital spending in a range of $16 billion to $19 billion. Actual spending could vary depending on the progress of individual projects and property acquisitions.

Upstream spending of $14.4 billion in 2020 was down 39 percent from 2019 in response to market conditions. Investments in 2020 included the U.S. Permian Basin and key development projects in Guyana. Development projects typically take several years from the time of recording proved undeveloped reserves to the start of production and can exceed five years for large and complex projects. The percentage of proved developed reserves was 67 percent of total proved reserves at year-end 2020, and has been over 60 percent for the last ten years.

Capital investments in the Downstream totaled $4.2 billion in 2020, a decrease of $0.2 billion from 2019, reflecting lower global project spending. Chemical capital expenditures of $2.7 billion, decreased $0.5 billion, representing reduced spend on growth projects.

## TAXES

|  | 2020 | 2019 | 2018 |
|---|---|---|---|
|  | *(millions of dollars)* | | |
| Income taxes | (5,632) | 5,282 | 9,532 |
| *Effective income tax rate* | *17 %* | *34 %* | *37 %* |
| Total other taxes and duties | 28,425 | 33,186 | 35,230 |
| Total | 22,793 | 38,468 | 44,762 |

### 2020

Total taxes on the Corporation's income statement were $22.8 billion in 2020, a decrease of $15.7 billion from 2019. Income tax expense, both current and deferred, was a benefit of $5.6 billion compared to $5.3 billion expense in 2019. The relative benefit is driven by asset impairments recorded in 2020. The effective tax rate, which is calculated based on consolidated company income taxes and ExxonMobil's share of equity company income taxes, was 17 percent compared to 34 percent in the prior year due primarily to a change in mix of results in jurisdictions with varying tax rates. Total other taxes and duties of $28.4 billion in 2020 decreased $4.8 billion.

### 2019

Total taxes on the Corporation's income statement were $38.5 billion in 2019, a decrease of $6.3 billion from 2018. Income tax expense, both current and deferred, was $5.3 billion compared to $9.5 billion in 2018. The effective tax rate, which is calculated based on consolidated company income taxes and ExxonMobil's share of equity company income taxes, was 34 percent compared to 37 percent in the prior year due primarily to the impact of the divestment of non-operated upstream assets in Norway. Total other taxes and duties of $33.2 billion in 2019 decreased $2.0 billion.

## ENVIRONMENTAL MATTERS

### Environmental Expenditures

| | 2020 | 2019 |
|---|---|---|
| | *(millions of dollars)* | |
| Capital expenditures | 1,087 | 1,276 |
| Other expenditures | 3,389 | 3,969 |
| Total | 4,476 | 5,245 |

Throughout ExxonMobil's businesses, new and ongoing measures are taken to prevent and minimize the impact of our operations on air, water and ground. These include a significant investment in refining infrastructure and technology to manufacture clean fuels, as well as projects to monitor and reduce nitrogen oxide, sulfur oxide and greenhouse gas emissions, and expenditures for asset retirement obligations. Using definitions and guidelines established by the American Petroleum Institute, ExxonMobil's 2020 worldwide environmental expenditures for all such preventative and remediation steps, including ExxonMobil's share of equity company expenditures, were $4.5 billion, of which $3.4 billion were included in expenses with the remainder in capital expenditures. The total cost for such activities is expected to increase to approximately $4.9 billion in 2021 and 2022. Capital expenditures are expected to account for approximately 25 percent of the total.

### Environmental Liabilities

The Corporation accrues environmental liabilities when it is probable that obligations have been incurred and the amounts can be reasonably estimated. This policy applies to assets or businesses currently owned or previously disposed. ExxonMobil has accrued liabilities for probable environmental remediation obligations at various sites, including multiparty sites where the U.S. Environmental Protection Agency has identified ExxonMobil as one of the potentially responsible parties. The involvement of other financially responsible companies at these multiparty sites could mitigate ExxonMobil's actual joint and several liability exposure. At present, no individual site is expected to have losses material to ExxonMobil's operations or financial condition. Consolidated company provisions made in 2020 for environmental liabilities were $263 million ($290 million in 2019) and the balance sheet reflects liabilities of $902 million as of December 31, 2020, and $835 million as of December 31, 2019.

## MARKET RISKS, INFLATION AND OTHER UNCERTAINTIES

| **Worldwide Average Realizations** *(1)* | 2020 | 2019 | 2018 |
|---|---|---|---|
| Crude oil and NGL ($ per barrel) | 35.41 | 56.32 | 62.79 |
| Natural gas ($ per thousand cubic feet) | 2.01 | 3.05 | 3.87 |

*(1) Consolidated subsidiaries.*

Crude oil, natural gas, petroleum product and chemical prices have fluctuated in response to changing market forces. The impacts of these price fluctuations on earnings from Upstream, Downstream and Chemical operations have varied. In the Upstream, a $1 per barrel change in the weighted-average realized price of oil would have approximately a $475 million annual after-tax effect on Upstream consolidated plus equity company earnings, excluding the impact of derivatives. Similarly, a $0.10 per thousand cubic feet change in the worldwide average gas realization would have approximately a $165 million annual after-tax effect on Upstream consolidated plus equity company earnings, excluding the impact of derivatives. For any given period, the extent of actual benefit or detriment will be dependent on the price movements of individual types of crude oil, results of trading activities, taxes and other government take impacts, price adjustment lags in long-term gas contracts, and crude and gas production volumes. Accordingly, changes in benchmark prices for crude oil and natural gas only provide broad indicators of changes in the earnings experienced in any particular period.

In the very competitive downstream and chemical environments, earnings are primarily determined by margin capture rather than absolute price levels of products sold. Refining margins are a function of the difference between what a refiner pays for its raw materials (primarily crude oil) and the market prices for the range of products produced. These prices in turn depend on global and regional supply/demand balances, inventory levels, refinery operations, import/export balances and weather.

The global energy markets can give rise to extended periods in which market conditions are adverse to one or more of the Corporation's businesses. Such conditions, along with the capital-intensive nature of the industry and very long lead times associated with many of our projects, underscore the importance of maintaining a strong financial position. Management views the Corporation's financial strength as a competitive advantage.

In general, segment results are not dependent on the ability to sell and/or purchase products to/from other segments. Instead, where such sales take place, they are the result of efficiencies and competitive advantages of integrated refinery/chemical complexes. Additionally, intersegment sales are at market-based prices. The products bought and sold between segments can also be acquired in worldwide markets that have substantial liquidity, capacity, and transportation capabilities. Refer to Note 18 for additional information on intersegment revenue.

Although price levels of crude oil and natural gas may rise or fall significantly over the short to medium term due to global economic conditions, political events, decisions by OPEC and other major government resource owners and other factors, industry economics over the long term will continue to be driven by market supply and demand. Accordingly, the Corporation evaluates the viability of its major investments over a range of prices.

The Corporation has an active asset management program in which underperforming assets are either improved to acceptable levels or considered for divestment. The asset management program includes a disciplined, regular review to ensure that assets are contributing to the Corporation's strategic objectives.

**Risk Management**

The Corporation's size, strong capital structure, geographic diversity and the complementary nature of the Upstream, Downstream and Chemical businesses reduce the Corporation's enterprise-wide risk from changes in commodity prices, currency rates and interest rates. In addition, the Corporation uses commodity-based contracts, including derivatives, to manage commodity price risk and for trading purposes. The Corporation's commodity derivatives are not accounted for under hedge accounting. At times, the Corporation also enters into currency and interest rate derivatives, none of which are material to the Corporation's financial position as of December 31, 2020 and 2019, or results of operations for the years ended 2020, 2019 and 2018. Credit risk associated with the Corporation's derivative position is mitigated by several factors, including the use of derivative clearing exchanges and the quality of and financial limits placed on derivative counterparties. No material market or credit risks to the Corporation's financial position, results of operations or liquidity exist as a result of the derivatives described in Note 13. The Corporation maintains a system of controls that includes the authorization, reporting and monitoring of derivative activity.

The Corporation is exposed to changes in interest rates, primarily on its short-term debt and the portion of long-term debt that carries floating interest rates. The impact of a 100-basis-point change in interest rates affecting the Corporation's debt would not be material to earnings or cash flow. The Corporation has access to significant capacity of long-term and short-term liquidity. Internally generated funds are generally expected to cover financial requirements, supplemented by long-term and short-term debt as required. Commercial paper is used to balance short-term liquidity requirements. Some joint-venture partners are dependent on the credit markets, and their funding ability may impact the development pace of joint-venture projects.

The Corporation conducts business in many foreign currencies and is subject to exchange rate risk on cash flows related to sales, expenses, financing and investment transactions. Fluctuations in exchange rates are often offsetting and the impacts on ExxonMobil's geographically and functionally diverse operations are varied. The Corporation makes limited use of currency exchange contracts to mitigate the impact of changes in currency values, and exposures related to the Corporation's use of these contracts are not material.

**Inflation and Other Uncertainties**

The general rate of inflation in many major countries of operation has remained moderate over the past few years, and the associated impact on non-energy costs has generally been mitigated by cost reductions from efficiency and productivity improvements. Prices for services and materials continue to evolve in response to constant changes in commodity markets and industry activities, impacting operating and capital costs. However, the global COVID-19 pandemic since early 2020 has brought unprecedented uncertainties to near-term economic outlooks. The Corporation continues to monitor market trends and works to minimize costs in all commodity price environments through its economies of scale in global procurement and its efficient project management practices.

**RESTRUCTURING ACTIVITIES**

During 2020, ExxonMobil conducted an extensive global review of staffing levels and subsequently commenced targeted workforce reductions within a number of countries to improve efficiency and reduce costs. The programs, which are expected to be substantially complete by the end of 2021, include both voluntary and involuntary employee separations and reductions in contractors.

In 2020 the Corporation recorded before-tax charges of $450 million ($349 million after tax), consisting primarily of employee separation costs, associated with announced workforce reduction programs in Europe, North America, and Australia. These costs are captured in "Selling, general and administrative expenses" on the Statement of Income and reported in the Corporate and financing segment. Before-tax cash outflows in 2020 associated with these activities were $47 million. The Corporation estimates additional charges of up to $200 million in 2021 related to planned workforce reduction programs with cash outflows ranging between $400 million and $600 million. Before-tax workforce reduction savings, including employees and contractors, are estimated to range between $1 billion and $2 billion per year after program completion when compared to 2019 levels.

55

A-97

## CRITICAL ACCOUNTING ESTIMATES

The Corporation's accounting and financial reporting fairly reflect its integrated business model involving exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products. The preparation of financial statements in conformity with U.S. Generally Accepted Accounting Principles (GAAP) requires management to make estimates and judgments that affect the reported amounts of assets, liabilities, revenues and expenses and the disclosure of contingent assets and liabilities. The Corporation's accounting policies are summarized in Note 1.

### Oil and Natural Gas Reserves

The estimation of proved oil and natural gas reserve volumes is an ongoing process based on rigorous technical evaluations, commercial and market assessments and detailed analysis of well information such as flow rates and reservoir pressure declines, development and production costs, among other factors. The estimation of proved reserves is controlled by the Corporation through long-standing approval guidelines. Reserve changes are made within a well-established, disciplined process driven by senior level geoscience and engineering professionals, assisted by the Global Reserves and Resources Group which has significant technical experience, culminating in reviews with and approval by senior management. Notably, the Corporation does not use specific quantitative reserve targets to determine compensation. Key features of the reserve estimation process are covered in Disclosure of Reserves in Item 2.

Oil and natural gas reserves include both proved and unproved reserves.

- Proved oil and natural gas reserves are determined in accordance with Securities and Exchange Commission (SEC) requirements. Proved reserves are those quantities of oil and natural gas which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible under existing economic and operating conditions and government regulations. Proved reserves are determined using the average of first-of-month oil and natural gas prices during the reporting year.

  Proved reserves can be further subdivided into developed and undeveloped reserves. Proved developed reserves include amounts which are expected to be recovered through existing wells with existing equipment and operating methods. Proved undeveloped reserves include amounts expected to be recovered from new wells on undrilled proved acreage or from existing wells where a relatively major expenditure is required for completion. Proved undeveloped reserves are recognized only if a development plan has been adopted indicating that the reserves are scheduled to be drilled within five years, unless specific circumstances support a longer period of time.

  The percentage of proved developed reserves was 67 percent of total proved reserves at year-end 2020 (including both consolidated and equity company reserves), an increase from 66 percent in 2019, and has been over 60 percent for the last ten years. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policy, consumer preferences and significant changes in oil and natural gas price levels.

- Unproved reserves are quantities of oil and natural gas with less than reasonable certainty of recoverability and include probable reserves. Probable reserves are reserves that, together with proved reserves, are as likely as not to be recovered.

Revisions in previously estimated volumes of proved reserves for existing fields can occur due to the evaluation or re-evaluation of (1) already available geologic, reservoir or production data, (2) new geologic, reservoir or production data or (3) changes in the average of first-of-month oil and natural gas prices and / or costs that are used in the estimation of reserves. Revisions can also result from significant changes in development strategy or production equipment and facility capacity.

### Unit-of-Production Depreciation

Oil and natural gas reserve volumes are used as the basis to calculate unit-of-production depreciation rates for most upstream assets. Depreciation is calculated by taking the ratio of asset cost to total proved reserves or proved developed reserves applied to actual production. The volumes produced and asset cost are known, while proved reserves are based on estimates that are subject to some variability.

56

A-98

In the event that the unit-of-production method does not result in an equitable allocation of cost over the economic life of an upstream asset, an alternative method is used. The straight-line method may be used in limited situations where the expected life of the asset does not reasonably correlate with that of the underlying reserves. For example, certain assets used in the production of oil and natural gas have a shorter life than the reserves, and as such, the Corporation uses straight-line depreciation to ensure the asset is fully depreciated by the end of its useful life.

To the extent that proved reserves for a property are substantially de-booked and that property continues to produce such that the resulting depreciation charge does not result in an equitable allocation of cost over the expected life, assets will be depreciated using a unit-of-production method based on reserves determined at the most recent SEC price which results in a more meaningful quantity of proved reserves, appropriately adjusted for production and technical changes.

## Impairment

The Corporation tests assets or groups of assets for recoverability on an ongoing basis whenever events or changes in circumstances indicate that the carrying amounts may not be recoverable. Among the events or changes in circumstances which could indicate that the carrying value of an asset or asset group may not be recoverable are the following:

- a significant decrease in the market price of a long-lived asset;
- a significant adverse change in the extent or manner in which an asset is being used or in its physical condition including a significant decrease in current and projected reserve volumes;
- a significant adverse change in legal factors or in the business climate that could affect the value, including an adverse action or assessment by a regulator;
- an accumulation of project costs significantly in excess of the amount originally expected;
- a current-period operating loss combined with a history and forecast of operating or cash flow losses; and
- a current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life.

Asset valuation analyses, profitability reviews and other periodic control processes assist the Corporation in assessing whether events or changes in circumstances indicate the carrying amounts of any of its assets may not be recoverable.

In general, the Corporation does not view temporarily low prices or margins as an indication of impairment. Management believes that prices over the long term must be sufficient to generate investments in energy supply to meet global demand. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand fundamentals. On the supply side, industry production from mature fields is declining. This is being offset by investments to generate production from new discoveries, field developments and technology and efficiency advancements. OPEC investment activities and production policies also have an impact on world oil supplies. The demand side is largely a function of general economic activities and levels of prosperity. Because the lifespans of the vast majority of the Corporation's major assets are measured in decades, the value of these assets is predominantly based on long-term views of future commodity prices and development and production costs. During the lifespan of these major assets, the Corporation expects that oil and gas prices will experience significant volatility, and consequently these assets will experience periods of higher earnings and periods of lower earnings, or even losses.

In assessing whether events or changes in circumstances indicate the carrying value of an asset may not be recoverable, the Corporation considers recent periods of operating losses in the context of its longer-term view of prices. While near-term prices are subject to wide fluctuations, longer-term price views are more stable and meaningful for purposes of assessing future cash flows.

When the industry experiences a prolonged and deep reduction in commodity prices, the market supply and demand conditions may result in changes to the Corporation's price or margin assumptions it uses for its capital investment decisions. To the extent those changes result in a significant reduction to its oil price, natural gas price or margin ranges, the Corporation may consider that situation, in conjunction with other events or changes in circumstances such as a history of operating losses, an indicator of potential impairment for certain assets.

57

In the Upstream, the standardized measure of discounted cash flows included in the Supplemental Information on Oil and Gas Exploration and Production Activities is required to use prices based on the average of first-of-month prices. These prices represent discrete points in time and could be higher or lower than the Corporation's price assumptions which are used for impairment assessments. The Corporation believes the standardized measure does not provide a reliable estimate of the expected future cash flows to be obtained from the development and production of its oil and gas properties or of the value of its oil and gas reserves and therefore does not consider it relevant in determining whether events or changes in circumstances indicate the need for an impairment assessment.

The Corporation has a robust process to monitor for indicators of potential impairment across its asset groups throughout the year. This process is aligned with the requirements of ASC 360 and ASC 932, and relies in part on the Corporation's planning and budgeting cycle. If events or changes in circumstances indicate that the carrying value of an asset may not be recoverable, the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. In performing this assessment, assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets. Cash flows used in recoverability assessments are based on the Corporation's assumptions which are developed in the annual planning and budgeting process, and are consistent with the criteria management uses to evaluate investment opportunities. These evaluations make use of the Corporation's assumptions of future capital allocations, crude oil and natural gas commodity prices including price differentials, refining and chemical margins, volumes, development and operating costs, and foreign currency exchange rates. Volumes are based on projected field and facility production profiles, throughput, or sales. Management's estimate of upstream production volumes used for projected cash flows makes use of proved reserve quantities and may include risk-adjusted unproved reserve quantities. Cash flow estimates for impairment testing exclude the effects of derivative instruments.

An asset group is impaired if its estimated undiscounted cash flows are less than the asset's carrying value. Impairments are measured by the amount by which the carrying value exceeds fair value. The assessment of fair value requires the use of Level 3 inputs and assumptions that are based upon the views of a likely market participant. The principal parameters used to establish fair value include estimates of acreage values and flowing production metrics from comparable market transactions, market-based estimates of historical cash flow multiples, and discounted cash flows. Inputs and assumptions used in discounted cash flow models include estimates of future production volumes, commodity prices which are consistent with the average of third-party industry experts and government agencies, drilling and development costs, and discount rates ranging from 6 percent to 8 percent which are reflective of the characteristics of the asset group.

Unproved properties are assessed periodically to determine whether they have been impaired. Significant unproved properties are assessed for impairment individually, and valuation allowances against the capitalized costs are recorded based on the Corporation's future development plans, the estimated economic chance of success and the length of time that the Corporation expects to hold the properties. Properties that are not individually significant are aggregated by groups and amortized based on development risk and average holding period.

In 2020, the Corporation identified a number of situations where events or changes in circumstances indicated that the carrying value of certain long-lived assets may not be recoverable. Those situations primarily related to the annual review and approval of the Corporation's business and strategic plan. As part of the planning process, the Corporation assessed its full portfolio to prioritize assets with the highest future value potential within its broad range of available opportunities in order to optimize resources within current levels of debt and operating cash flow, as well as identify potential asset divestment candidates. This effort included a re-assessment of dry gas assets, primarily in North America, which previously had been included in the Corporation's future development plans. Under the plan as approved, the Corporation no longer plans to develop a significant portion of its dry gas portfolio, including a portion of its resources in the Appalachian, Rocky Mountains, Oklahoma, Texas, Louisiana, and Arkansas regions of the U.S. as well as resources in Western Canada and Argentina. The decision not to develop these assets resulted in non-cash, after-tax charges of $18.4 billion in Upstream to reduce the carrying value of those assets to fair value. Other after-tax impairment charges in 2020 include $0.5 billion in Upstream and $0.3 billion in Downstream. As a result of these impairments, the Corporation expects lower 2021 depreciation and depletion charges in Upstream for most of these asset groups. However, largely due to the impact of lower 2020 proved reserves resulting from low prices, higher unit-of-production rates on certain assets in 2021 are expected to offset the effect of lower depreciation and depletion charges related to 2020 impairments. For further discussion on proved reserves, see Summary of Oil and Gas Reserves in the Disclosure of Reserves section in Item 2.

Factors which could put further assets at risk of impairment in the future include reductions in the Corporation's price outlooks, changes in the allocation of capital, and operating cost increases which exceed the pace of efficiencies or the pace of oil and natural gas price increases. However, due to the inherent difficulty in predicting future commodity prices, and the relationship between industry prices and costs, it is not practicable to reasonably estimate the existence or range of any potential future impairment charges related to the Corporation's long-lived assets. For discussion of goodwill and equity company impairments, see Note 3 and Note 7 to the financial statements, respectively.

**Asset Retirement Obligations**

The Corporation incurs retirement obligations for certain assets. The fair values of these obligations are recorded as liabilities on a discounted basis, which is typically at the time the assets are installed. In the estimation of fair value, the Corporation uses assumptions and judgments regarding such factors as the existence of a legal obligation for an asset retirement obligation; technical assessments of the assets; estimated amounts and timing of settlements; discount rates; and inflation rates. Asset retirement obligations are disclosed in Note 9 to the financial statements.

**Suspended Exploratory Well Costs**

The Corporation continues capitalization of exploratory well costs when the well has found a sufficient quantity of reserves to justify its completion as a producing well and the Corporation is making sufficient progress assessing the reserves and the economic and operating viability of the project. Exploratory well costs not meeting these criteria are charged to expense. The facts and circumstances that support continued capitalization of suspended wells at year-end are disclosed in Note 10 to the financial statements.

**Consolidations**

The Consolidated Financial Statements include the accounts of subsidiaries the Corporation controls. They also include the Corporation's share of the undivided interest in certain upstream assets, liabilities, revenues and expenses. Amounts representing the Corporation's interest in entities that it does not control, but over which it exercises significant influence, are accounted for using the equity method of accounting.

Investments in companies that are partially owned by the Corporation are integral to the Corporation's operations. In some cases they serve to balance worldwide risks, and in others they provide the only available means of entry into a particular market or area of interest. The other parties, who also have an equity interest in these companies, are either independent third parties or host governments that share in the business results according to their ownership. The Corporation does not invest in these companies in order to remove liabilities from its balance sheet. In fact, the Corporation has long been on record supporting an alternative accounting method that would require each investor to consolidate its share of all assets and liabilities in these partially-owned companies rather than only its interest in net equity. This method of accounting for investments in partially-owned companies is not permitted by U.S. GAAP except where the investments are in the direct ownership of a share of upstream assets and liabilities. However, for purposes of calculating return on average capital employed, which is not covered by U.S. GAAP standards, the Corporation includes its share of debt of these partially-owned companies in the determination of average capital employed.

**Pension Benefits**

The Corporation and its affiliates sponsor about 80 defined benefit (pension) plans in over 40 countries. The Pension and Other Postretirement Benefits footnote (Note 17) provides details on pension obligations, fund assets and pension expense.

Some of these plans (primarily non-U.S.) provide pension benefits that are paid directly by their sponsoring affiliates out of corporate cash flow rather than a separate pension fund because applicable tax rules and regulatory practices do not encourage advance funding. Book reserves are established for these plans. The portion of the pension cost attributable to employee service is expensed as services are rendered. The portion attributable to the increase in pension obligations due to the passage of time is expensed over the term of the obligations, which ends when all benefits are paid. The primary difference in pension expense for unfunded versus funded plans is that pension expense for funded plans also includes a credit for the expected long-term return on fund assets.

For funded plans, including those in the U.S., pension obligations are financed in advance through segregated assets or insurance arrangements. These plans are managed in compliance with the requirements of governmental authorities and meet or exceed required funding levels as measured by relevant actuarial and government standards at the mandated measurement dates. In determining liabilities and required contributions, these standards often require approaches and assumptions that differ from those used for accounting purposes.

The Corporation will continue to make contributions to these funded plans as necessary. All defined-benefit pension obligations, regardless of the funding status of the underlying plans, are fully supported by the financial strength of the Corporation or the respective sponsoring affiliate.

Pension accounting requires explicit assumptions regarding, among others, the long-term expected earnings rate on fund assets, the discount rate for the benefit obligations and the long-term rate for future salary increases. Pension assumptions are reviewed annually by outside actuaries and senior management. These assumptions are adjusted as appropriate to reflect changes in market rates and outlook. The long-term expected earnings rate on U.S. pension plan assets in 2020 was 5.3 percent. The 10-year and 20-year actual returns on U.S. pension plan assets were 9 percent and 7 percent, respectively. The Corporation establishes the long-term expected rate of return by developing a forward-looking, long-term return assumption for each pension fund asset class, taking into account factors such as the expected real return for the specific asset class and inflation. A single, long-term rate of return is then calculated as the weighted average of the target asset allocation percentages and the long-term return assumption for each asset class. A worldwide reduction of 0.5 percent in the long-term rate of return on assets would increase annual pension expense by approximately $210 million before tax.

59

Differences between actual returns on fund assets and the long-term expected return are not recognized in pension expense in the year that the difference occurs. Such differences are deferred, along with other actuarial gains and losses, and are amortized into pension expense over the expected remaining service life of employees.

**Litigation Contingencies**

A variety of claims have been made against the Corporation and certain of its consolidated subsidiaries in a number of pending lawsuits. Management has regular litigation reviews, including updates from corporate and outside counsel, to assess the need for accounting recognition or disclosure of these contingencies. The status of significant claims is summarized in Note 16.

The Corporation accrues an undiscounted liability for those contingencies where the incurrence of a loss is probable, and the amount can be reasonably estimated. These accrued liabilities are not reduced by amounts that may be recovered under insurance or claims against third parties, but undiscounted receivables from insurers or other third parties may be accrued separately. The Corporation revises such accruals in light of new information. For contingencies where an unfavorable outcome is reasonably possible and which are significant, the Corporation discloses the nature of the contingency and, where feasible, an estimate of the possible loss. For purposes of our litigation contingency disclosures, "significant" includes material matters as well as other items which management believes should be disclosed.

Management judgment is required related to contingent liabilities and the outcome of litigation because both are difficult to predict. However, the Corporation has been successful in defending litigation in the past. Payments have not had a material adverse effect on operations or financial condition. In the Corporation's experience, large claims often do not result in large awards. Large awards are often reversed or substantially reduced as a result of appeal or settlement.

**Tax Contingencies**

The Corporation is subject to income taxation in many jurisdictions around the world. Significant management judgment is required in the accounting for income tax contingencies and tax disputes because the outcomes are often difficult to predict.

The benefits of uncertain tax positions that the Corporation has taken or expects to take in its income tax returns are recognized in the financial statements if management concludes that it is more likely than not that the position will be sustained with the tax authorities. For a position that is likely to be sustained, the benefit recognized in the financial statements is measured at the largest amount that is greater than 50 percent likely of being realized. A reserve is established for the difference between a position taken or expected to be taken in an income tax return and the amount recognized in the financial statements. The Corporation's unrecognized tax benefits and a description of open tax years are summarized in Note 19.

**Foreign Currency Translation**

The method of translating the foreign currency financial statements of the Corporation's international subsidiaries into U.S. dollars is prescribed by U.S. GAAP. Under these principles, it is necessary to select the functional currency of these subsidiaries. The functional currency is the currency of the primary economic environment in which the subsidiary operates. Management selects the functional currency after evaluating this economic environment.

Factors considered by management when determining the functional currency for a subsidiary include the currency used for cash flows related to individual assets and liabilities; the responsiveness of sales prices to changes in exchange rates; the history of inflation in the country; whether sales are into local markets or exported; the currency used to acquire raw materials, labor, services and supplies; sources of financing; and significance of intercompany transactions.

60

**MANAGEMENT'S REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING**

Management, including the Corporation's Chief Executive Officer, Principal Financial Officer, and Principal Accounting Officer, is responsible for establishing and maintaining adequate internal control over the Corporation's financial reporting. Management conducted an evaluation of the effectiveness of internal control over financial reporting based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on this evaluation, management concluded that Exxon Mobil Corporation's internal control over financial reporting was effective as of December 31, 2020.

PricewaterhouseCoopers LLP, an independent registered public accounting firm, audited the effectiveness of the Corporation's internal control over financial reporting as of December 31, 2020, as stated in their report included in the Financial Section of this report.

| | | |
|---|---|---|
| Darren W. Woods | Andrew P. Swiger | David S. Rosenthal |
| Chief Executive Officer | Senior Vice President | Vice President and Controller |
| | (Principal Financial Officer) | (Principal Accounting Officer) |

61

A-103

# REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM



To the Board of Directors and Shareholders of Exxon Mobil Corporation

***Opinions on the Financial Statements and Internal Control over Financial Reporting***

We have audited the accompanying consolidated balance sheet of Exxon Mobil Corporation and its subsidiaries (the "Corporation") as of December 31, 2020 and 2019, and the related consolidated statements of income, of comprehensive income, of changes in equity and of cash flows for each of the three years in the period ended December 31, 2020, including the related notes (collectively referred to as the "consolidated financial statements"). We also have audited the Corporation's internal control over financial reporting as of December 31, 2020, based on criteria established in *Internal Control - Integrated Framework* (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of the Corporation as of December 31, 2020 and 2019, and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2020 in conformity with accounting principles generally accepted in the United States of America. Also in our opinion, the Corporation maintained, in all material respects, effective internal control over financial reporting as of December 31, 2020, based on criteria established in *Internal Control - Integrated Framework* (2013) issued by the COSO.

***Basis for Opinions***

The Corporation's management is responsible for these consolidated financial statements, for maintaining effective internal control over financial reporting, and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control Over Financial Reporting. Our responsibility is to express opinions on the Corporation's consolidated financial statements and on the Corporation's internal control over financial reporting based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Corporation in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud, and whether effective internal control over financial reporting was maintained in all material respects.

Our audits of the consolidated financial statements included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audits also included performing such other procedures as we considered necessary in the circumstances. We believe that our audits provide a reasonable basis for our opinions.

62

# REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

***Definition and Limitations of Internal Control over Financial Reporting***

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

***Critical Audit Matters***

The critical audit matters communicated below are matters arising from the current period audit of the consolidated financial statements that were communicated or required to be communicated to the audit committee and that (i) relate to accounts or disclosures that are material to the consolidated financial statements and (ii) involved our especially challenging, subjective, or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the consolidated financial statements, taken as a whole, and we are not, by communicating the critical audit matters below, providing a separate opinion on the critical audit matters or on the accounts or disclosures to which they relate.

*The Impact of Proved Oil and Natural Gas Reserves on Upstream Property, Plant and Equipment, Net*

As described in Notes 1, 9 and 18 to the consolidated financial statements, the Corporation's consolidated upstream property, plant and equipment (PP&E), net balance was $167.5 billion as of December 31, 2020, and the related depreciation and depletion expense for the year ended December 31, 2020 was $41.4 billion. Management uses the successful efforts method to account for its exploration and production activities. Costs incurred to purchase, lease, or otherwise acquire a property (whether unproved or proved) are capitalized when incurred. As disclosed by management, proved oil and natural gas reserve volumes are used as the basis to calculate unit-of-production depreciation rates for most upstream assets. The estimation of proved oil and natural gas reserve volumes is an ongoing process based on technical evaluations, commercial and market assessments, and detailed analysis of well information such as flow rates and reservoir pressure declines, development and production costs, among other factors. As further disclosed by management, reserve changes are made within a well-established, disciplined process driven by senior level geoscience and engineering professionals, assisted by the Global Reserves and Resources Group (together "management's specialists").

The principal considerations for our determination that performing procedures relating to the impact of proved oil and natural gas reserves on upstream PP&E, net is a critical audit matter are (i) the significant judgment by management, including the use of management's specialists, when developing the estimates of proved oil and natural gas reserve volumes, as the reserve volumes are based on engineering assumptions and methods, which in turn led to (ii) a high degree of auditor judgment, subjectivity, and effort in performing procedures and evaluating audit evidence related to the data, methods, and assumptions used by management and its specialists in developing the estimates of oil and natural gas reserve volumes and the assumptions applied to the data related to future development costs and production costs, as applicable.

Addressing the matter involved performing procedures and evaluating audit evidence in connection with forming our overall opinion on the consolidated financial statements. These procedures included testing the effectiveness of controls relating to management's estimates of proved oil and natural gas reserve volumes. The work of management's specialists was used in performing the procedures to evaluate the reasonableness of the proved oil and natural gas reserve volumes. As a basis for using this work, the specialists' qualifications were understood and the Company's relationship with the specialists was assessed. The procedures performed also included evaluation of the methods and assumptions used by the specialists, tests of the data used by the specialists, and an evaluation of the specialists' findings. These procedures also included, among others, testing the completeness and accuracy of the data related to future development costs and production costs. Additionally, these procedures included evaluating whether the assumptions applied to the data related to future development costs and production costs were reasonable considering the past performance of the Company.

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

*Impairment Assessment of Certain Upstream Property, Plant and Equipment, Net*

As described in Notes 1, 9, and 18 to the consolidated financial statements, the Corporation's consolidated upstream property, plant and equipment (PP&E), net balance was $167.5 billion as of December 31, 2020, and related impairment expense for the year ended December 31, 2020 was $25.3 billion. If events or changes in circumstances indicate that the carrying value of an asset may not be recoverable, management estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. In performing this assessment, assets are grouped at the lowest level for which identifiable cash flows are largely independent of cash flows of other groups of assets. These evaluations make use of management's assumptions of future capital allocations, crude oil and natural gas commodity prices including price differentials, volumes, development and operating costs, and foreign currency exchange rates. An asset group is impaired if its estimated undiscounted cash flows are less than the asset's carrying value. Impairments are measured by the amount by which the carrying value exceeds fair value. Management's estimate of upstream production volumes used for projected cash flows makes use of proved reserve quantities and may include risk-adjusted unproved reserve quantities.

The principal considerations for our determination that performing procedures relating to the impairment assessment of certain upstream PP&E, net is a critical audit matter are (i) the significant judgment by management, including the use of specialists, when developing the estimates of future undiscounted cash flows and (ii) a high degree of auditor judgment, subjectivity, and effort in performing procedures and evaluating management's significant assumptions related to future crude oil and natural gas commodity prices, production volumes, and development costs, as applicable.

Addressing the matter involved performing procedures and evaluating audit evidence in connection with forming our overall opinion on the consolidated financial statements. These procedures included testing the effectiveness of controls relating to management's upstream PP&E, net impairment assessment. These procedures also included, among others (i) testing management's process for assessing the recoverability of carrying amounts of upstream PP&E, net; (ii) evaluating the appropriateness of the undiscounted cash flow models; (iii) testing the completeness and accuracy of underlying data used in the models; and (iv) evaluating the reasonableness of significant assumptions used by management related to future crude oil and natural gas commodity prices, production volumes, and development costs. Evaluating the reasonableness of management's assumptions related to future crude oil and natural gas commodity prices involved comparing the assumption against observable market data. Evaluating future development costs involved evaluating the reasonableness of the assumptions as compared to the past performance of the Company. The work of management's specialists was used in performing the procedures to evaluate the reasonableness of the proved oil and natural gas reserve volumes as stated in the Critical Audit Matter titled "Impact of Proved Oil and Natural Gas Reserves on Upstream Property, Plant and Equipment, Net" and the reasonableness of the future production volumes. As a basis for using this work, the specialists' qualifications were understood and the Company's relationship with the specialists was assessed. The procedures performed also included evaluation of the methods and assumptions used by the specialists, tests of the data used by the specialists and an evaluation of the specialists' findings.

/s/ PricewaterhouseCoopers LLP

Dallas, Texas
February 24, 2021

We have served as the Corporation's auditor since 1934.

# EXHIBIT 4

**Notice of 2018 Annual Meeting
and Proxy Statement**



April 12, 2018

Dear Shareholder:

We invite you to attend the annual meeting of shareholders on Wednesday, May 30, 2018, at the Morton H. Meyerson Symphony Center, 2301 Flora Street, Dallas, Texas 75201. The meeting will begin promptly at 9:30 a.m. Central Time. At the meeting, you will hear a report on our business and vote on the following items:

• Election of directors;

• Ratification of PricewaterhouseCoopers LLP as independent auditors;

• Advisory vote to approve executive compensation as required by law;

• Four shareholder proposals contained in this proxy statement; and

• Other matters if properly raised.

Only shareholders of record on April 4, 2018, or their proxy holders may vote at the meeting. Attendance at the meeting is limited to shareholders or their proxy holders and ExxonMobil guests. Only shareholders or their valid proxy holders may address the meeting.

This booklet includes the formal notice of the meeting and proxy statement. The proxy statement tells you about the agenda, procedures, and rules of conduct for the meeting. It also describes how the Board operates, gives information about our director candidates, and provides information about the other items of business to be conducted at the meeting.

Financial information is provided separately in the booklet, 2017 Financial Statements and Supplemental Information, enclosed with the proxy materials or made available online to all shareholders.

Your vote is important. Even if you own only a few shares, we want your shares to be represented at the meeting. You can vote your shares by Internet, toll-free telephone call, or proxy card. A Summary of 2018 Proxy Voting Results will be available at *exxonmobil.com* after the annual shareholders meeting.

To attend the meeting in person, please follow the instructions on page 3. An audio webcast with slide presentation and a report on the meeting will be available on our website at *exxonmobil.com.*

Sincerely,

Jeffrey J. Woodbury
Secretary

Darren W. Woods
Chairman of the Board

- – If the cumulative EPS threshold required for payout is not reached within three years, the EBU is reduced to an amount equal to the number of units times the actual cumulative EPS over the three-year period. This threshold ties the timing of the bonus payment to the rate of the Corporation's future earnings and is therefore intentionally set at a level that is expected to be achieved within the three-year period. The threshold is reviewed each year and may be adjusted up or down to achieve payout within three years.

  - – The delayed portion of the bonus is at risk of forfeiture, see page 43.

  - – The bonus award in its entirety is also subject to clawback, see page 43.

- In 2017, the overall bonus program increased by 40 percent. Mr. Woods' bonus increased by more than the overall bonus program to recognize his appointment as CEO (higher pay grade). Messrs. Swiger and Albers' awards increased by more than the overall program to reflect their transition to higher pay grades. Bonus awards increased by 40 percent for Messrs. Dolan and Duffin.

## Performance Share Program

- This program accounts for the majority of annual pay granted, and is intended to align the personal financial interests of executives with the interests of long-term shareholders and to encourage a long-term view through the commodity price cycle.

- The Compensation Committee sets the size of the performance share program. The Committee does not support a practice of offsetting the loss or gain of prior performance share grants by the value of current year grants, which would minimize the risk/reward profile of stock-based awards and undermine the long-term view that executives are expected to adopt.

- The annual process to set performance share grants is based on external benchmarking, relative Company performance, and strategic positioning against other integrated oil and gas companies over investment lead times of the business (10 years), see page 30.

  - – In 2017, the number of performance shares granted to all Named Executive Officers was reduced to reflect the Company's relative TSR performance against industry peers.

- Performance shares granted under this program are currently in the form of stock units.

- Stock options have not been granted since 2001 and there are no plans to make such grants in the future.

### Vesting and Restriction Periods

- Performance share awards vest 50 percent in 5 years from grant date and 50 percent in 10 years or retirement, whichever is later.

- Performance share awards are not subject to acceleration, even at retirement, except in the case of death.

- These restriction periods far exceed those applied by most companies across all industries and better align with the long investment lead times of our business and the decisions that affect long-term shareholder value in our industry. For additional information on the benefits of long-term restriction periods, see pages 30 and 31.

- Unvested performance share awards cannot be used as collateral for any purpose and are subject to forfeiture, even beyond retirement, see page 43.

## Retirement Plans

Retirement plans include defined contribution plans, such as the Company's savings plans, that are attractive to new hires who can begin building an account balance immediately, and defined benefit plans, such as the Company's pension plans (qualified and nonqualified), that help retain mid- and late-career employees until retirement age. This objective of promoting a long-term career is consistent with the long-term nature of the Company's business.

The Named Executive Officers participate in the same savings and pension plans as other U.S. executives.

Change in control is not a triggering event under any ExxonMobil benefit plan.

## Share Utilization

- Each year, the Compensation Committee establishes a ceiling for performance share awards. The overall number of shares underlying awards granted in 2017 represents dilution of 0.2 percent. This dilution is about 70 percent below the average of the companies benchmarked for compensation based on historical grant patterns. The effect is a lower relative impact on earnings per share at time of grant versus the compensation benchmark companies.

- The Company has a long-established practice of purchasing shares in the open market and through negotiated transactions to offset the dilutive effect of shares or units settled in shares issued under the performance share program.

## Granting Practices

- The Compensation Committee grants incentive awards to the Company's senior executives at its regular November meeting and does not do so by written consent.

- A committee currently comprised of ExxonMobil's Chairman and Senior Vice Presidents grants incentive awards to other eligible employees within the parameters of the bonus and performance share award ceilings approved by the Compensation Committee. The schedule of the Compensation Committee determines when this committee meets to make such grants.

- The Compensation Committee does not award additional grants to offset any decline in value of prior grants. This ensures that the interests of executives are aligned with those of long-term shareholders, see page 39.

## Stock Ownership

- In order to further align the interests of our senior executives with the interests of long-term shareholders and to ensure they have a significant stake in the sustainable long-term success of the Corporation, it is ExxonMobil's policy that executives hold significant amounts of performance shares during employment and for many years after retirement.

- Performance shares cannot be used as collateral for any reason during the period of restriction, even during retirement.

- With over 50 percent of total compensation awarded in long-term equity with long vesting periods under the performance share program, stock ownership of ExxonMobil executives far exceeds the ownership guidelines of most companies.

- The table below shows stock ownership, including shares underlying performance shares, as a multiple of salary and the percentage of shares that are still subject to restrictions for the Named Executive Officers as well as the average for all current U.S.-dollar-paid executive officers as of year-end 2017.

| Name | Dollar Value of Stock Ownership as a Multiple of Salary | Percent of Performance Shares Restricted |
|---|---|---|
| D.W. Woods | 36 | 91 |
| A.P. Swiger | 60 | 73 |
| M.W. Albers | 56 | 86 |
| M.J. Dolan | 63 | 81 |
| N.W. Duffin | 46 | 84 |
| All Other U.S.-Dollar-Paid Executive Officers (Average) | 30 | 80 |

# EXHIBIT 5

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* <br> Hansen Neil A <br><br> (Last) (First) (Middle) <br> C/O EXXON MOBIL CORPORATION <br> 5959 LAS COLINAS BOULEVARD <br><br> (Street) <br> IRVING TX 75039-2298 <br><br> (City) (State) (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> EXXON MOBIL CORP [ XOM ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> Director    10% Owner <br> X Officer (give title below)    Other (specify below) <br> Vice President and Secretary |
|  | 3. Date of Earliest Transaction (Month/Day/Year) <br> 11/26/2018 |  |
|  | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/26/2018 | | F | | 634 | D | $75.45 | 24,866 | D | |
| Common Stock | | | | | | | | 546.4504 | I | By Savings Plan |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

**Remarks:**

List of exhibits: Exhibit 24 - Power of Attorney

| /s/ C. K. Guild by Power of Attorney | 11/27/2018 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-110

POWER OF ATTORNEY

The undersigned Director of Exxon Mobil Corporation, a New Jersey corporation ("ExxonMobil"), constitutes and appoints C. K. Guild, M. Holguin, and R. A. Luettgen, and each of them, as his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any and all forms of report with respect to securities of ExxonMobil required under Section 16(a) of the Securities Exchange Act of 1934, as amended, and to file the same, and any other documents in connection therewith, with the Securities and Exchange Commission, any stock exchange and ExxonMobil, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done, as fully for all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents or any of them or their or his or her substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

This power of attorney shall remain in effect until the undersigned is no longer required to file forms of report with respect to securities of Exxon Mobil Corporation under Section 16(a) of the Securities Exchange Act of 1934, as amended, unless earlier revoked by the undersigned in a signed writing delivered to the foregoing attorneys-in-fact. Effective as of the date of this power of attorney, the undersigned hereby revokes any and all earlier-dated powers of attorney given by the undersigned with respect to ExxonMobil securities reporting under said Section 16(a).

IN WITNESS WHEREOF, the undersigned has executed this power of attorney as of the date set forth below.


  6/16/2018                    /s/ Neil A. Hansen
    Date                       Neil A. Hansen


   Spring, TX
 Location (City, State)

A-111

# EXHIBIT 6

SEC Form 4

Case 3:21-cv-00194-N   Document 70   Filed 11/24/21   Page 124 of 290   PageID 1028


**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* <br><br> Hansen Neil A <br><br> (Last)  (First)  (Middle) <br><br> C/O EXXON MOBIL CORPORATION <br><br> 5959 LAS COLINAS BOULEVARD <br><br> (Street) <br><br> IRVING    TX    75039-2298 <br><br> (City)  (State)  (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br><br> EXXON MOBIL CORP [ XOM ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 11/28/2018 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> ☐ Director  ☐ 10% Owner <br> X Officer (give title below)  ☐ Other (specify below) <br><br> Vice President and Secretary <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br><br> X Form filed by One Reporting Person <br> ☐ Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/28/2018 | | A | | 11,000 | A | (1) | 35,866 | D | |
| Common Stock | | | | | | | | 546.4504 | I | By Savings Plan |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Grant of restricted stock units to be settled in shares only.

/s/ C. K. Guild by Power of Attorney          11/30/2018

** Signature of Reporting Person                Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-112

# EXHIBIT 7

SEC Form 4

Case 3:21-cv-00194-N Document 70 Filed 11/24/21 Page 126 of 290 PageID 1030

**FORM 4** UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Hansen Neil A | EXXON MOBIL CORP [ XOM ] | |

| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 12/03/2018 |
|---|---|
| C/O EXXON MOBIL CORPORATION | |
| 5959 LAS COLINAS BOULEVARD | |

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Vice President and Secretary

| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
|---|---|---|
| IRVING TX 75039-2298 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/03/2018 | | F | | 268 | D | $78.985 | 35,598 | D | |
| Common Stock | | | | | | | | 546.4504 | I | By Savings Plan |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

/s/ C. K. Guild by Power of Attorney     12/04/2018

** Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-113

# EXHIBIT 8

SEC Form 4

**FORM 4** **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* <br> **Hansen Neil A** <br><br> (Last)　(First)　(Middle) <br><br> C/O EXXON MOBIL CORPORATION <br> 5959 LAS COLINAS BOULEVARD <br><br> (Street) <br> IRVING　　TX　　75039-2298 <br><br> (City)　(State)　(Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> **EXXON MOBIL CORP** [ XOM ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 12/14/2018 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> 　Director　　　　　10% Owner <br> X　Officer (give title below)　　Other (specify below) <br><br> **Vice President and Secretary** <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X　Form filed by One Reporting Person <br> 　Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/14/2018 | | S | | 2,798 | D | $76.81 | 32,800 | D | |
| Common Stock | | | | | | | | 552.1911 | I | By Savings Plan |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

/s/ C. K. Guild by Power of Attorney　　12/14/2018

** Signature of Reporting Person　　Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-114

# EXHIBIT 9

SEC Form 4

Case 3:21-cv-00194-N Document 70 Filed 11/24/21 Page 130 of 290 PageID 1034

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* <br><br> Hansen Neil A <br><br> (Last) (First) (Middle) <br><br> C/O EXXON MOBIL CORPORATION <br><br> 5959 LAS COLINAS BOULEVARD <br><br> (Street) <br><br> IRVING TX 75039-2298 <br><br> (City) (State) (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br><br> EXXON MOBIL CORP [ XOM ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 11/26/2019 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br>    Director      10% Owner <br> X Officer (give title below)   Other (specify below) <br><br> Vice President and Secretary <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br><br> X Form filed by One Reporting Person <br>    Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/26/2019 | | A | | 17,800 | A | (1) | 50,600 | D | |
| Common Stock | | | | | | | | 571.3247 | I | By Savings Plan |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Grant of restricted stock units to be settled in shares only.

**Remarks:**

List of exhibits: Exhibit 24 - Power of Attorney

| | |
|---|---|
| /s/ C. K. Guild by Power of Attorney | 11/29/2019 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-115

POWER OF ATTORNEY

Case 3:21-cv-00194-N   Document 70   Filed 11/24/21   Page 131 of 290   PageID 1035

The undersigned, a director of Exxon Mobil Corporation,
a New Jersey corporation ("ExxonMobil"), constitutes and
appoints C. K. Guild, M. Holguin, and J. P. Webb, and
each of them, as his or her true and lawful attorneys-in-fact
and agents, with full power of substitution and resubstitution,
for him or her and in his or her name, place and stead, in any
and all capacities, to sign any and all forms of report with
respect to securities of ExxonMobil required under Section
16(a) of the Securities Exchange Act of 1934, as amended, and
to file the same, and any other documents in connection
therewith, with the Securities and Exchange Commission, any
stock exchange and ExxonMobil, granting unto said
attorneys-in-fact and agents, and each of them, full power
and authority to do and perform each and every act and thing
requisite and necessary to be done, as fully for all intents
and purposes as he or she might or could do in person, hereby
ratifying and confirming all that said attorneys-in-fact and
agents or any of them or their or his or her substitute or
substitutes, may lawfully do or cause to be done by virtue hereof.

This power of attorney shall remain in effect until the
undersigned is no longer required to file forms of report
with respect to securities of Exxon Mobil Corporation under
Section 16(a) of the Securities Exchange Act of 1934, as
amended, unless earlier revoked by the undersigned in a signed
writing delivered to the foregoing attorneys-in-fact.
Effective as of the date of this power of attorney, the
undersigned hereby revokes any and all earlier-dated powers
of attorney given by the undersigned with respect to
ExxonMobil securities reporting under said Section 16(a).

IN WITNESS WHEREOF, the undersigned has executed this power of
attorney as of the date set forth below.


   5/11/2019                    /s/ Neil A. Hansen
     Date                          Neil A. Hansen


    Irving, TX
 Location (City, State)

A-116

# EXHIBIT 10

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* <br> **Hansen Neil A** <br><br> (Last)　　(First)　　(Middle) <br> C/O EXXON MOBIL CORPORATION <br> 5959 LAS COLINAS BOULEVARD <br><br> (Street) <br> IRVING　　TX　　75039-2298 <br><br> (City)　　(State)　　(Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> **EXXON MOBIL CORP** [ XOM ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 11/29/2019 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> ☐ Director　　　☐ 10% Owner <br> X Officer (give title below)　☐ Other (specify below) <br> **Vice President and Secretary** <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> ☐ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/29/2019 | | F | | 366 | D | $68.755 | 50,234 | D | |
| Common Stock | 12/03/2019 | | F | | 804 | D | $68.265 | 49,430 | D | |
| Common Stock | | | | | | | | 571.3247 | I | By Savings Plan |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

/s/ C. K. Guild by Power of Attorney　　　12/03/2019

** Signature of Reporting Person　　Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-117

# EXHIBIT 11

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* <br> Hansen Neil A | 2. Issuer Name **and** Ticker or Trading Symbol <br> EXXON MOBIL CORP [ XOM ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last) (First) (Middle) <br> C/O EXXON MOBIL CORPORATION <br> 5959 LAS COLINAS BOULEVARD | 3. Date of Earliest Transaction (Month/Day/Year) <br> 12/10/2019 | Director 10% Owner <br> X Officer (give title below) Other (specify below) <br> Vice President and Secretary |
| (Street) <br> IRVING TX 75039-2298 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/10/2019 | | S | | 3,630 | D | $70 | 45,800 | D | |
| Common Stock | | | | | | | | 571.3247 | I | By Savings Plan |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

/s/ Neil A. Hansen            12/10/2019

** Signature of Reporting Person            Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-118

# EXHIBIT 12

SEC Form 4

Case 3:21-cv-00194-N Document 70 Filed 11/24/21 Page 137 of 290 PageID 1041

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*]  Mallon Liam M | 2. Issuer Name **and** Ticker or Trading Symbol  EXXON MOBIL CORP [ XOM ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last) (First) (Middle)  C/O EXXON MOBIL CORPORATION  5959 LAS COLINAS BOULEVARD | 3. Date of Earliest Transaction (Month/Day/Year)  11/26/2018 | Director ____ 10% Owner ____  X Officer (give title below) ____ Other (specify below) ____  Executive Officer |
| (Street)  IRVING TX 75039-2298 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)  X Form filed by One Reporting Person  ____ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/26/2018 | | F | | 5,763 | D | $75.45 | 199,727.431[(1)] | D | |
| Common Stock | | | | | | | | 665 | I | By Dependent Child 1 |
| Common Stock | | | | | | | | 665 | I | By Dependent Child 2 |
| Common Stock | | | | | | | | 10,196.2331 | I | By Savings Plan |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Direct shareholdings include 8,641.8370 shares in joint ownership with reporting person's spouse.

/s/ C. K. Guild by Power of Attorney    11/27/2018

** Signature of Reporting Person       Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-119

# EXHIBIT 13

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] <br> **Mallon Liam M** <br><br> (Last)          (First)          (Middle) <br><br> C/O EXXON MOBIL CORPORATION <br> 5959 LAS COLINAS BOULEVARD <br><br> (Street) <br> IRVING          TX          75039-2298 <br><br> (City)          (State)          (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> **EXXON MOBIL CORP** [ XOM ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |  |
|---|---|---|---|
|  |  | ☐ Director | ☐ 10% Owner |
|  | 3. Date of Earliest Transaction (Month/Day/Year) <br> 11/28/2018 | X Officer (give title below) | ☐ Other (specify below) |
|  |  | Executive Officer | |
|  | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br><br> X Form filed by One Reporting Person <br><br> ☐ Form filed by More than One Reporting Person | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/28/2018 | | A | | 46,800 | A | (1) | 246,527.431 | D | |
| Common Stock | | | | | | | | 665 | I | By Dependent Child 1 |
| Common Stock | | | | | | | | 665 | I | By Dependent Child 2 |
| Common Stock | | | | | | | | 10,196.2331 | I | By Savings Plan |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Grant of restricted stock units to be settled in shares only.

/s/ C. K. Guild by Power of Attorney          11/30/2018

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-120

# EXHIBIT 14

SEC Form 4

**FORM 4**

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* <br><br> Mallon Liam M <br><br> (Last) (First) (Middle) <br><br> C/O EXXON MOBIL CORPORATION <br> 5959 LAS COLINAS BOULEVARD <br><br> (Street) <br> IRVING  TX  75039-2298 <br><br> (City) (State) (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br><br> EXXON MOBIL CORP [ XOM ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 12/03/2018 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> ☐ Director  ☐ 10% Owner <br> X Officer (give title below)  ☐ Other (specify below) <br><br> Executive Officer <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br><br> X Form filed by One Reporting Person <br> ☐ Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/03/2018 | | F | | 3,798 | D | $78.985 | 242,729.431[1] | D | |
| Common Stock | | | | | | | | 665 | I | By Dependent Child 1 |
| Common Stock | | | | | | | | 665 | I | By Dependent Child 2 |
| Common Stock | | | | | | | | 10,196.2331 | I | By Savings Plan |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Direct shareholdings include 8,641.8370 shares in joint ownership with reporting person's spouse.

/s/ C. K. Guild by Power of Attorney       12/04/2018

** Signature of Reporting Person       Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-121

# EXHIBIT 15

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*]<br>**Mallon Liam M**<br><br>(Last)　　　(First)　　　(Middle)<br>C/O EXXON MOBIL CORPORATION<br>5959 LAS COLINAS BOULEVARD<br>(Street)<br>IRVING　　TX　　75039-2298<br>(City)　　(State)　　(Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br>**EXXON MOBIL CORP** [ XOM ]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>12/12/2018<br><br>4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>　Director　　　　10% Owner<br>X　Officer (give title below)　　Other (specify below)<br>　　Executive Officer<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>X　Form filed by One Reporting Person<br>　Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/12/2018 | | G | V | 390 | D | (1) | 241,949.431 | D | |
| Common Stock | 12/12/2018 | | G | V | 390 | A | (1) | 1,055 | I | By Dependent Child 2 |
| Common Stock | 12/12/2018 | | G | V | 390 | D | (1) | 242,339.431 | D | |
| Common Stock | 12/12/2018 | | G | V | 390 | A | (1) | 1,055 | I | By Dependent Child 1 |
| Common Stock | 12/12/2018 | | G | V | 390 | D | (1) | 241,559.431[(2)] | D | |
| Common Stock | | | | | | | | 10,196.2331 | I | By Savings Plan |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. No consideration received.
2. Direct shareholdings include 7,471.8370 shares in joint ownership with reporting person's spouse.

　　　　　　　　　　　　　　　　　　　　　/s/ Liam M. Mallon　　　　12/14/2018
　　　　　　　　　　　　　　　　　　** Signature of Reporting Person　　　Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-122

# EXHIBIT 16

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Mallon Liam M | EXXON MOBIL CORP [ XOM ] | |

1. Name and Address of Reporting Person[*]: **Mallon Liam M**
(Last) (First) (Middle)
C/O EXXON MOBIL CORPORATION
5959 LAS COLINAS BOULEVARD
(Street)
IRVING    TX    75039-2298
(City)    (State)    (Zip)

2. Issuer Name **and** Ticker or Trading Symbol: EXXON MOBIL CORP [ XOM ]

3. Date of Earliest Transaction (Month/Day/Year): 11/20/2019

4. If Amendment, Date of Original Filed (Month/Day/Year):

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
___ Director    ___ 10% Owner
X Officer (give title below)    ___ Other (specify below)
Vice President

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/20/2019 | | S | | 32,287 | D | $68.2603[1] | 211,288.705 | D | |
| Common Stock | 11/21/2019 | | G | V | 440 | D | [2] | 210,848.705 | D | |
| Common Stock | 11/21/2019 | | G | V | 440 | D | [2] | 210,408.705 | D | |
| Common Stock | 11/21/2019 | | G | V | 440 | D | [2] | 209,968.705[3] | D | |
| Common Stock | 11/21/2019 | | G | V | 440 | A | [2] | 1,495 | I | By Dependent Child |
| Common Stock | | | | | | | | 10,657.65 | I | By Savings Plan |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Actual sale prices range from $68.2500 to $68.2650 per share. The number of shares sold at each separate price will be provided upon request.

2. No consideration given or received.

3. Direct shareholdings include 7,471.8370 shares in joint ownership with reporting person's spouse.

/s/ Liam M. Mallon                                11/22/2019
** Signature of Reporting Person            Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 17

SEC Form 4

**FORM 4**

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person[*] <br> **Mallon Liam M** <br><br> (Last)　　(First)　　(Middle) <br> C/O EXXON MOBIL CORPORATION <br> 5959 LAS COLINAS BOULEVARD <br><br> (Street) <br> IRVING　　TX　　75039-2298 <br><br> (City)　　(State)　　(Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> **EXXON MOBIL CORP** [ XOM ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 11/29/2019 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> ＿ Director　　＿ 10% Owner <br> X Officer (give title below)　　＿ Other (specify below) <br> Vice President <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> ＿ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/29/2019 | | F | | 4,470 | D | $68.755 | 260,498.705 | D | |
| Common Stock | 12/03/2019 | | F | | 7,693 | D | $68.265 | 252,805.705[1] | D | |
| Common Stock | | | | | | | | 1,495 | I | By Dependent Child |
| Common Stock | | | | | | | | 10,657.65 | I | By Savings Plan |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Direct shareholdings include 7,471.8370 shares in joint ownership with reporting person's spouse.

/s/ C. K. Guild by Power of Attorney　　　12/03/2019

\*\* Signature of Reporting Person　　Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-124

# EXHIBIT 18

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

1. Name and Address of Reporting Person*

Mallon Liam M

(Last)      (First)      (Middle)

C/O EXXON MOBIL CORPORATION

5959 LAS COLINAS BOULEVARD

(Street)

IRVING        TX        75039-2298

(City)        (State)        (Zip)

2. Issuer Name **and** Ticker or Trading Symbol

EXXON MOBIL CORP [ XOM ]

3. Date of Earliest Transaction (Month/Day/Year)
11/24/2020

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

|  | Director |  | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) |  | Other (specify below) |

Vice President

6. Individual or Joint/Group Filing (Check Applicable Line)

| X | Form filed by One Reporting Person |
|---|---|
|  | Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/24/2020 | | A | | 55,000 | A | (1) | 310,654.426[2] | D | |
| Common Stock | | | | | | | | 1,495 | I | By Dependent Child |
| Common Stock | | | | | | | | 11,523.1898 | I | By Savings Plan |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Grant of restricted stock units to be settled in shares only.

2. Direct shareholdings include 7,471.8370 shares in joint ownership with reporting person's spouse.

/s/ C. K. Guild by Power of Attorney        11/27/2020

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 19

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

| | OMB APPROVAL |
|---|---|
| | OMB Number: 3235-0287 |
| | Estimated average burden |
| | hours per response: 0.5 |

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Mallon Liam M | EXXON MOBIL CORP [ XOM ] | Director    10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)   Other (specify below) |
| C/O EXXON MOBIL CORPORATION 5959 LAS COLINAS BOULEVARD | 11/27/2020 | Vice President |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| IRVING TX 75039-2298 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/27/2020 | | F | | 3,910 | D | $41.145 | 306,744.426 | D | |
| Common Stock | | | | | | | | 1,495 | I | By Dependent Child |
| Common Stock | | | | | | | | 11,523.1898 | I | By Savings Plan |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

/s/ C. K. Guild by Power of Attorney    12/01/2020

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-126

# EXHIBIT 20

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Rosenthal David S | EXXON MOBIL CORP [ XOM ] | Director / 10% Owner / X Officer (give title below) / Other (specify below) |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 03/12/2018 | Vice President and Controller |
| C/O EXXON MOBIL CORPORATION 5959 LAS COLINAS BOULEVARD | | |
| (Street) IRVING TX 75039-2298 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person / Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/12/2018 | | I | | 7,546.6584 | A | $75.168 | 30,452.876 | I | By Savings Plan |
| Common Stock | | | | | | | | 215,650 | D | |
| Common Stock | | | | | | | | 485 | I | By Revocable Trust |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

/s/ C. K. Guild by Power of Attorney     03/13/2018

** Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-127

# EXHIBIT 21

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Rosenthal David S | EXXON MOBIL CORP [ XOM ] | Director    10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 11/09/2018 | X   Officer (give title below)    Other (specify below) |
| C/O EXXON MOBIL CORPORATION 5959 LAS COLINAS BOULEVARD | | Vice President and Controller |
| (Street) IRVING TX 75039-2298 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X   Form filed by One Reporting Person    Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/09/2018 | | G | V | 213 | D | $0[(1)] | 272 | I | By Revocable Trust |
| Common Stock | | | | | | | | 215,650 | D | |
| Common Stock | | | | | | | | 30,593.0857 | I | By Savings Plan |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. No consideration received.

/s/ C. K. Guild by Power of Attorney     11/12/2018

** Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-128

# EXHIBIT 22

SEC Form 4

**FORM 4**

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Rosenthal David S | EXXON MOBIL CORP [ XOM ] | |

| (Last) (First) (Middle) | | Director  10% Owner |
| C/O EXXON MOBIL CORPORATION | 3. Date of Earliest Transaction (Month/Day/Year) 11/15/2018 | X Officer (give title below)  Other (specify below) |
| 5959 LAS COLINAS BOULEVARD | | Vice President and Controller |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| IRVING  TX  75039-2298 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/15/2018 | | G | V | 213 | D | $0[(1)] | 59 | I | By Revocable Trust |
| Common Stock | | | | | | | | 215,650 | D | |
| Common Stock | | | | | | | | 30,593.0857 | I | By Savings Plan |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. No consideration received.

/s/ C. K. Guild by Power of Attorney  11/16/2018

** Signature of Reporting Person  Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-129

# EXHIBIT 23

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person[*] Rosenthal David S | 2. Issuer Name **and** Ticker or Trading Symbol EXXON MOBIL CORP [ XOM ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 11/27/2018 | Director 10% Owner X Officer (give title below) Other (specify below) Vice President and Controller |
| C/O EXXON MOBIL CORPORATION 5959 LAS COLINAS BOULEVARD (Street) IRVING TX 75039-2298 (City) (State) (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/27/2018 | | F | | 4,838 | D | $76.7275 | 210,812 | D | |
| Common Stock | | | | | | | | 59 | I | By Revocable Trust |
| Common Stock | | | | | | | | 30,593.0857 | I | By Savings Plan |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

/s/ C. K. Guild by Power of Attorney     11/28/2018

** Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-130

# EXHIBIT 24

SEC Form 4

Case 3:21-cv-00184-N Document 70 Filed 11/24/21 Page 161 of 290 PageID 1065

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* <br><br> Rosenthal David S <br><br> (Last) (First) (Middle) <br><br> C/O EXXON MOBIL CORPORATION <br><br> 5959 LAS COLINAS BOULEVARD <br><br> (Street) <br><br> IRVING TX 75039-2298 <br><br> (City) (State) (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br><br> EXXON MOBIL CORP [ XOM ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 11/28/2018 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> Director 10% Owner <br> X Officer (give title below) Other (specify below) <br><br> Vice President and Controller <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br><br> X Form filed by One Reporting Person <br> Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/28/2018 | | A | | 55,000 | A | (1) | 265,812 | D | |
| Common Stock | | | | | | | | 59 | I | By Revocable Trust |
| Common Stock | | | | | | | | 30,593.0857 | I | By Savings Plan |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Grant of restricted stock units to be settled in shares only.

/s/ C. K. Guild by Power of Attorney          11/30/2018

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-131

# EXHIBIT 25

SEC Form 4

Case 3:21-cv-00194-N Document 70 Filed 11/24/21 Page 163 of 290 PageID 1067

**FORM 4**

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] <br> **Rosenthal David S** <br><br> (Last) (First) (Middle) <br> C/O EXXON MOBIL CORPORATION <br> 5959 LAS COLINAS BOULEVARD <br><br> (Street) <br> IRVING  TX  75039-2298 <br><br> (City) (State) (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> **EXXON MOBIL CORP** [ XOM ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 12/04/2018 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br>  Director  10% Owner <br> X Officer (give title below)  Other (specify below) <br> **Vice President and Controller** <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br>  Form filed by More than One Reporting Person |
|---|---|---|

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/04/2018 | | S | | 7,562 | D | $81.24 | 258,250 | D | |
| Common Stock | | | | | | | | 59 | I | By Revocable Trust |
| Common Stock | | | | | | | | 30,593.0857 | I | By Savings Plan |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

/s/ David S. Rosenthal      12/06/2018

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-132

# EXHIBIT 26

SEC Form 4

**FORM 4**

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* Rosenthal David S | 2. Issuer Name **and** Ticker or Trading Symbol EXXON MOBIL CORP [ XOM ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last) (First) (Middle) C/O EXXON MOBIL CORPORATION 5959 LAS COLINAS BOULEVARD | 3. Date of Earliest Transaction (Month/Day/Year) 11/26/2019 | Director 10% Owner X Officer (give title below) Other (specify below) Vice President and Controller |
| (Street) IRVING TX 75039-2298 (City) (State) (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/26/2019 | | F | | 6,085 | D | $69.07 | 252,165 | D | |
| Common Stock | 11/26/2019 | | A | | 64,400 | A | (1) | 316,565 | D | |
| Common Stock | | | | | | | | 59 | I | By Revocable Trust |
| Common Stock | | | | | | | | 30,846.8268 | I | By Savings Plan |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Grant of restricted stock units to be settled in shares only.

**Remarks:**

List of exhibits: Exhibit 24 - Power of Attorney

/s/ C. K. Guild by Power of Attorney 11/29/2019

** Signature of Reporting Person Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-133

POWER OF ATTORNEY

The undersigned, a director of Exxon Mobil Corporation, a New Jersey corporation ("ExxonMobil"), constitutes and appoints C. K. Guild, M. Holguin, and J. P. Webb, and each of them, as his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any and all forms of report with respect to securities of ExxonMobil required under Section 16(a) of the Securities Exchange Act of 1934, as amended, and to file the same, and any other documents in connection therewith, with the Securities and Exchange Commission, any stock exchange and ExxonMobil, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done, as fully for all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents or any of them or their or his or her substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

This power of attorney shall remain in effect until the undersigned is no longer required to file forms of report with respect to securities of Exxon Mobil Corporation under Section 16(a) of the Securities Exchange Act of 1934, as amended, unless earlier revoked by the undersigned in a signed writing delivered to the foregoing attorneys-in-fact. Effective as of the date of this power of attorney, the undersigned hereby revokes any and all earlier-dated powers of attorney given by the undersigned with respect to ExxonMobil securities reporting under said Section 16(a).

IN WITNESS WHEREOF, the undersigned has executed this power of attorney as of the date set forth below.

| 5/10/2019 | /s/ David S. Rosenthal |
| Date | David S. Rosenthal |

Irving, TX
Location (City, State)

A-134

# EXHIBIT 27

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Rosenthal David S | EXXON MOBIL CORP [ XOM ] | |

**1. Name and Address of Reporting Person***

Rosenthal David S

(Last)     (First)     (Middle)

C/O EXXON MOBIL CORPORATION

5959 LAS COLINAS BOULEVARD

(Street)

IRVING     TX     75039-2298

(City)     (State)     (Zip)

**2. Issuer Name and Ticker or Trading Symbol**

EXXON MOBIL CORP [ XOM ]

**3. Date of Earliest Transaction (Month/Day/Year)**

12/04/2019

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer (Check all applicable)**

|   | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Vice President and Controller

**6. Individual or Joint/Group Filing (Check Applicable Line)**

| X | Form filed by One Reporting Person |
|---|---|
|   | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/04/2019 | | S | | 9,615 | D | $68.18 | 306,950 | D | |
| Common Stock | | | | | | | | 59 | I | By Revocable Trust |
| Common Stock | | | | | | | | 30,846.8268 | I | By Savings Plan |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

/s/ David S. Rosenthal     12/05/2019

** Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-135

# EXHIBIT 28

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| | | |
|---|---|---|
| ☐ | Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | |

**OMB APPROVAL**

| | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Rosenthal David S | EXXON MOBIL CORP [ XOM ] | Director 10% Owner |
| (Last)      (First)      (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 11/24/2020 | X   Officer (give title below)   Other (specify below) |
| C/O EXXON MOBIL CORPORATION 5959 LAS COLINAS BOULEVARD | | Vice President and Controller |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| IRVING    TX    75039-2298 | | X   Form filed by One Reporting Person |
| (City)      (State)      (Zip) | | Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/24/2020 | | F | | 5,497 | D | $41.145 | 301,453 | D | |
| Common Stock | 11/24/2020 | | A | | 61,200 | A | (1) | 362,653 | D | |
| Common Stock | | | | | | | | 59 | I | By Revocable Trust |
| Common Stock | | | | | | | | 31,263.9028 | I | By Savings Plan |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Grant of restricted stock units to be settled in shares only.

/s/ C. K. Guild by Power of Attorney          11/27/2020

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

A-136

# EXHIBIT 29

*Newsroom*

## ExxonMobil to acquire companies doubling Permian Basin resource to 6 billion barrels

IRVING, Texas — Exxon Mobil Corporation (NYSE:XOM) said today it will more than double its Permian Basin resource to 6 billion barrels of oil equivalent through the acquisition of companies owned by the Bass family of Fort Worth, Texas, with an estimated resource of 3.4 billion barrels of oil equivalent in New Mexico's Delaware Basin, a highly prolific, oil-prone section of the Permian Basin.

**News**

*Jan. 17, 2017*

---

- Companies' assets include 250,000 acres in highly prolific Permian Basin

- Adds more than 3.4 billion barrels of oil equivalent, of which 75 percent is liquids

- Upfront acquisition cost of $5.6 billion to be paid in ExxonMobil shares

ExxonMobil will make an upfront payment of $5.6 billion in ExxonMobil shares, and a series of additional contingent cash payments totaling up to $1 billion, to be paid beginning in 2020 and ending no later than 2032 commensurate with the development of the resource.

Darren W. Woods, ExxonMobil chairman and chief executive officer, said the high-quality properties are a major addition to ExxonMobil's unconventional liquids portfolio managed by its subsidiary, XTO Energy Inc.

"This acquisition strengthens ExxonMobil's significant presence in the dominant U.S. growth area for onshore oil production," said Woods. "This investment gives us an exceptional Delaware Basin position in a proven multi-stacked play that can generate attractive returns in a low-price environment.

"The highly-contiguous position will provide significant cost advantages in developing 3.4 billion barrels of resource, of which 75 percent is liquids. By utilizing ExxonMobil's technological strength coupled with its unconventional development capabilities we can drill the longest lateral wells in the Permian Basin, reducing development costs and increasing reserve capture."

The acquired companies, which include the operating entity BOPCO, hold about 275,000 acres of leasehold, and production of more than 18,000 net oil equivalent barrels per day, about 70 percent of which is liquids. This includes about 250,000 acres of leasehold in the Permian Basin, the bulk of that in contiguous, held-by-production units in the New Mexico Delaware Basin, with more than 60 billion barrels of oil equivalent estimated in place. The companies also hold producing acreage in other areas in the United States.

ExxonMobil is producing approximately 140,000 net oil-equivalent barrels per day across its Permian Basin leasehold.

A-137

Case 3:21-cv-00194-N    Document 70    Filed 11/24/21    Page 173 of 290    PageID 1077

## About ExxonMobil

ExxonMobil, the largest publicly traded international oil and gas company, uses technology and innovation to help meet the world's growing energy needs. ExxonMobil holds an industry-leading inventory of resources, is the largest refiner and marketer of petroleum products, and its chemical company is one of the largest in the world. For more information, visit **www.exxonmobil.com** or follow us on Twitter **www.twitter.com/exxonmobil**.

CAUTIONARY STATEMENT: Statements of future events or conditions in this release are forward-looking statements. Actual future results, including project plans and schedules, resource recoveries, production rates and cost and performance efficiencies could differ materially due to changes in market conditions affecting the oil and gas industry or long-term oil and gas price levels; political or regulatory developments; reservoir performance; the outcome of future exploration and development efforts; technical or operating factors; and other factors cited in under the caption "Factors Affecting Future Results" on the Investors page of our website at exxonmobil.com. Closing of the acquisition is subject to satisfaction of conditions precedent specified in the applicable agreement. References to resources, oil-equivalent barrels and other quantities of oil and gas include amounts that are not yet classified as proved reserves under SEC definitions but that we believe will ultimately be produced and moved into the proved reserve category.

**Public Company Information:** NYSE:XOM

**Contact:** ExxonMobil Media Relations, +1 972-444-1107

# EXHIBIT 30


*Newsroom*

## ExxonMobil outlines aggressive growth plans to more than double earnings

NEW YORK — ExxonMobil today outlined an aggressive growth strategy to more than double earnings and cash flow from operations by 2025 at today's oil prices.

**News**
*March 7, 2018*

---

- Earnings and cash flow from operations projected to approximately double by 2025

- Strongest investment opportunities in two decades to drive results, improve returns

- Profitable production growth with low-cost-of-supply tight oil, liquefied natural gas and deepwater

ExxonMobil today outlined an aggressive growth strategy to more than double earnings and cash flow from operations by 2025 at today's oil prices.

"We've got the best portfolio of high-quality, high-return investment opportunities that we've seen in two decades," Darren W. Woods, chairman and chief executive officer, said at the company's annual meeting of investment analysts at the New York Stock Exchange.

"Our plan takes full advantage of the company's unique strengths and financial capabilities, using innovation, technology and integration to drive long-term shareholder value and industry-leading returns."

Growth plans include steps to increase earnings by more than 100 percent – to $31 billion by 2025 at 2017 prices – from last year's adjusted profit of $15 billion, which excluded the impact of U.S. tax reform and impairments.

Woods said this plan projects double-digit rates of return in all three segments of ExxonMobil's business – upstream, downstream and chemical – which are all three world-class businesses in their own right.

In the upstream, the company expects to significantly increase earnings through a number of growth initiatives involving low-cost-of-supply investments in U.S. tight oil, deepwater and liquefied natural gas (LNG). Growth coming online from new and existing projects is expected to increase production from 4 million oil-equivalent barrels per day to about 5 million.

The company plans to increase tight-oil production five-fold from the U.S. Permian Basin and start up 25 projects worldwide. Those startups will add volumes of more than 1 million oil-equivalent barrels per day. In LNG, the company expects to bring on new production to meet a projected increase in global demand.

Upstream growth will benefit from ExxonMobil's industry-leading exploration success and strategic acquisitions. In 2017 alone, the company added 10 billion oil-equivalent barrels to its resource base in locations including the Permian, Guyana, Mozambique, Papua New Guinea and Brazil.

Key drivers of growth are in Guyana, where exploration success has added 3.2 billion gross oil equivalent barrels of recoverable resource and plans are in place for development and further exploration, and in the Permian, where the company has

A-139

increased the size of its resource to 9.5 billion oil-equivalent barrels from less than 3 billion in the past year.

Through its acquisition of several Bass entities in 2017, ExxonMobil added an estimated resource of 5.4 billion oil-equivalent barrels in the Permian. The original resource estimate of 3.4 billion barrels at the time of the purchase was increased through technical evaluation and successful delineation in the Delaware Basin, reducing the acquisition cost to just above $1 per oil-equivalent barrel.

The contiguous stacked pays from the New Mexico acquisition are now estimated to provide more than 4,800 drilling locations with an average lateral length of more than 12,000 feet, enabling capital-efficient execution of Permian volumes growth and the potential to further increase future volumes.

"We are in a solid position to maximize the value of the increased Permian production as it moves from the well head to our Gulf Coast refining and chemical operations, where we are focusing on manufacturing higher-demand, higher-value products," Woods said.

ExxonMobil's downstream business is projected to double earnings by 2025 by upgrading its product slate through strategic investments at refineries in Baytown and Beaumont in Texas and Baton Rouge, Louisiana, Rotterdam, Antwerp, Singapore, and Fawley in the U.K.

These projects are expected to result in double-digit returns by enabling increased production of higher-value products, such as ultra-low sulfur diesel, chemicals feedstocks and basestocks for lubricants. As a result of these improvements, the company's 2025 downstream margins are projected to increase by 20 percent.

Expansion is supported by projected demand growth in emerging markets, and includes entries into new markets such as Mexico and Indonesia. It is supported by integration with chemical manufacturing and upstream production.

In its chemical business, ExxonMobil expects to grow manufacturing capacity in North America and Asia Pacific by about 40 percent. That growth will be achieved in part by adding 13 new facilities, including two world-class steam crackers in the United States. These investments would enable the company to meet increasing demand in Asia and other growing markets.

"We are uniquely positioned to take advantage of the global demand growth for higher-value products in the downstream and chemical," Woods said. "Our combined strengths in innovative technology, resource and market access, marketing product leadership and integration improve profitability and create significant shareholder value."

Woods said the company's overall growth strategy is designed with a key goal in mind – fully leveraging our competitive advantages to grow shareholder value across all three of our world-class businesses. Through higher returns from increased investments, the company has the potential to increase its return on capital employed to about 15 percent by 2025.

"Our existing business and plans for growth are robust to a wide range of price environments, allowing us to maintain a growing dividend and a strong balance sheet while returning excess cash to our shareholders," said Woods.

**About ExxonMobil**

ExxonMobil, the largest publicly traded international oil and gas company, uses technology and innovation to help meet the world's growing energy needs. ExxonMobil holds an industry-leading inventory of resources, is one of the largest refiners and marketers of petroleum products and its chemical company is one of the largest in the world. For more information, visit **www.exxonmobil.com** or follow us on Twitter **www.twitter.com/exxonmobil**.

**Cautionary Statement:**

Outlooks, projections, estimates, goals, targets, descriptions of business plans and objectives, market expectations and other statements of future events or conditions in this release are forward-looking statements. Actual future results, including future

A-140

Case 3:21-cv-00194-N    Document 70    Filed 11/24/21    Page 177 of 290    PageID 1081

earnings, cash flows, returns, margins, and other areas of financial and operating performance; demand growth and energy mix; ExxonMobil's production growth, volumes, development and mix; resource recoveries; project plans, timing, costs, and capacities; efficiency gains; operating costs and cost savings; integration benefits; product sales and mix; production rates and capacities; and the impact of technology could differ materially due to a number of factors. These include changes in oil or gas demand, supply, prices or other market conditions affecting the oil, gas, petroleum and petrochemical industries; reservoir performance; timely completion of exploration and development projects; regional differences in product concentration and demand; war and other political or security disturbances; changes in law, taxes or other government regulation, including environmental regulations, taxes, and political sanctions; the outcome of commercial negotiations; the actions of competitors and customers; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; unforeseen technical difficulties; and other factors discussed in Item 1A. Risk Factors in our most recent Form 10-K available on our website at www.exxonmobil.com.

Forward-looking statements contained in this release regarding future earnings, cash flow, project returns, and return on average capital employed (ROCE) are not forecasts of actual future results. These figures are intended to help quantify the targeted future results and goals of currently-contemplated management plans and initiatives assuming a constant real Brent crude price of $60 per barrel through 2025. This price is used for illustrative purposes only and is not intended to represent management's forecast of future oil prices or the price management uses for internal planning purposes. For the $60 crude price case we have assumed that Downstream and Chemical product margins remain consistent with 2017 levels; that other factors such as laws and regulations (including tax and environmental laws) and fiscal regimes remain consistent with current conditions; and have otherwise developed these estimates consistently with management's internal planning and modeling assumptions. The forward-looking statements in this release are based on management's good faith plans and objectives as of the March 7, 2018 date of this release and we assume no duty to update these statements as of any future date.

Adjusted earnings and ROCE are non-GAAP measures. Adjusted 2017 earnings of $15 billion as presented in this presentation represent approximately $19.7 billion of GAAP earnings minus approximately $6 billion of positive effects from U.S. tax reform, partially offset by approximately $1.5 billion of impairments for the year. For more information on the definition and use of ROCE in our business see the Frequently Used Terms on the Investors page of our website at www.exxonmobil.com. Estimates of ROCE for future periods in this release are determined in a manner consistent with this definition but we are unable to provide a reconciliation to any GAAP financial measure because the information is dependent on future events, many of which are outside management's control as described above. Additionally, estimating GAAP measures to provide a meaningful reconciliation of future ROCE estimates consistent with our accounting policies for future periods is extremely difficult and requires a level of precision that is unavailable for these future periods and cannot be accomplished without unreasonable effort. References in this release to oil-equivalent barrels, resources and the resource base include quantities of oil and gas that are not yet classified as proved reserves under SEC definitions but that are expected to be moved into the proved reserves category and produced in the future.

Unless referring specifically to ROCE, references to returns in this release mean discounted cash flow returns based on current company estimates. Future investment returns exclude prior exploration and acquisition costs. The term "project" as used in this release can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

This release summarizes highlights from ExxonMobil's 2018 Analysts' Meeting held on March 7, 2018. For more information concerning the forward-looking statements and other information contained in this release, please refer to the complete Analysts' Meeting presentation (including important information contained in the Cautionary Statement and Supplemental Information sections of the presentation) which is available live and in archive form through ExxonMobil's website at **www.exxonmobil.com**.

**Public Company Information:** NYSE:XOM

A-141

Case 3:21-cv-00194-N Document 70 Filed 11/24/21 Page 178 of 290 PageID 1082

**Contact:** ExxonMobil Media Relations, +1 972-940-6007

A-142

# EXHIBIT 31

*Newsroom*

# ExxonMobil adds 4.5 billion barrels to reserves

IRVING, Texas – Exxon Mobil Corporation said today it added 4.5 billion oil-equivalent barrels of proved oil and gas reserves in 2018, replacing 313 percent of the year's production.

**News**

*Feb. 26, 2019*

---

- Higher prices and unconventional drilling drive proved reserves additions

- Reserves life at current production rates is 17 years

- Continuing success in exploration and strategic acquisitions in Guyana and Brazil add high-quality resources

ExxonMobil's proved reserves totaled 24.3 billion oil-equivalent barrels at year-end 2018. Liquids represented 64 percent of the reserves, up from 57 percent in 2017.

"We continue to add high-value, attractive assets to our portfolio that have positioned the company for long-term growth," said Darren W. Woods, ExxonMobil chairman and chief executive officer. "Our unique strengths, integrated businesses and technical expertise continue to grow value for our shareholders."

ExxonMobil's reserves life at current production rates is 17 years. Over the past 10 years, ExxonMobil has added proved oil and gas reserves totaling approximately 17 billion oil-equivalent barrels, replacing 108 percent of produced volumes, including the impact of asset sales.

Consistent with SEC requirements, ExxonMobil reports reserves based on the average of the applicable market price on the first day of each calendar month during the year. As a result of higher prices in 2018, about 3.6 billion oil-equivalent barrels, including volumes at the Kearl oil sands development in Canada, qualified as proved reserves additions at year-end.

During 2018, proved additions from unconventional plays totaled approximately 1.2 billion oil-equivalent barrels. Significant additions in the Permian Basin are supported by ExxonMobil's growth plan including increased drilling activity and infrastructure development.

A downward revision of approximately 800 million oil-equivalent barrels in the Netherlands was a result of an agreement with the Dutch government to curtail production at the Groningen field.

Reserves additions reflect new developments as well as revisions, including price impacts, and extensions of existing fields resulting from drilling, studies and analysis of reservoir performance.

ExxonMobil added 1.3 billion oil-equivalent barrels to its resource base in 2018 through by-the-bit exploration discoveries and strategic acquisitions, primarily in Guyana and

A-143

Brazil. The resource base includes proved reserves, plus other discovered resources that are expected to be ultimately recovered.

"Multiple new discoveries offshore Guyana, continued growth in the Permian Basin and a strategic acquisition in Brazil greatly enhanced our already strong portfolio of high-quality, low-cost-of-supply opportunities," said Woods.

The annual reporting of proved reserves is the product of the corporation's long-standing, rigorous process that ensures consistency and management accountability in all reserves bookings.

###

**About ExxonMobil**

ExxonMobil, the largest publicly traded international energy company, uses technology and innovation to help meet the world's growing energy needs. ExxonMobil holds an industry-leading inventory of resources, is one of the largest refiners and marketers of petroleum products, and its chemical company is one of the largest in the world. For more information, visit **www.exxonmobil.com** or follow us on Twitter **www.twitter.com/exxonmobil.**

Cautionary Note: Proved reserve figures in this release are based on current SEC definitions.  The reserves replacement ratio is calculated for a specified period utilizing the applicable proved oil-equivalent reserves additions divided by oil-equivalent production. The terms "resources" and "resource base" include quantities of discovered oil and gas that are not yet classified as proved reserves but that are expected to be ultimately recovered in the future. The term "resource base" is not intended to correspond to SEC definitions such as "probable" or "possible" reserves.

Statements of future events or conditions in this release are forward-looking statements.  Actual future results, including production rates and timing and resource recoveries, could differ materially due to factors such as changes in market conditions affecting the oil and gas industry or long-term oil and gas price levels; political or regulatory developments including the grant of necessary approvals; reservoir performance; the outcome of future exploration and development efforts; technical or operating factors; the outcome of future commercial negotiations; and other factors cited under the caption "Factors Affecting Future Results" on the Investors page of our website at **www.exxonmobil.com.**

**Public company information**: NYSE:XOM

**Contact**: ExxonMobil Media Relations, +1 972-940-6007

A-144

# EXHIBIT 32

Case 3:21-cv-00194-N    Document 70    Filed 11/24/21    Page 183 of 290    PageID 1087

*Newsroom*

## ExxonMobil to increase, accelerate Permian output to 1 million barrels per day by 2024

IRVING, Texas – ExxonMobil said today it has revised its Permian Basin growth plans to produce more than 1 million oil-equivalent barrels per day by as early as 2024 – an increase of nearly 80 percent and a significant acceleration of value.

**News**

*March 5, 2019*

- Updated plans call for nearly 80 percent more unconventional production

- Doubling of production in 2018 increases confidence in growth plans

- Increased spending to generate double-digit returns at low prices

The size of the company's resource base in the Permian is approximately 10 billion oil-equivalent barrels and is likely to grow further as analysis and development activities continue.

"We're increasingly confident about our Permian growth strategy due to our unique development plans," said Neil Chapman, ExxonMobil senior vice president. "We will leverage our large, contiguous acreage position, our improved understanding of the resource and the full range of ExxonMobil's capabilities in executing major projects."

"Our plans are attractive at a range of prices and we expect them to drive more value as we continue to lower our development and production costs," Chapman said.

ExxonMobil's investments in the Permian Basin are expected to produce double-digit returns, even at low oil prices. At a $35 per barrel oil price, for example, Permian production will have an average return of more than 10 percent.

The anticipated increase in production will be supported by further evaluation of ExxonMobil's Delaware Basin's increased resource size, infrastructure development plans, and secured capacity to transport oil and gas to ExxonMobil's Gulf Coast refineries and petrochemical operations through the Wink-to-Webster, Permian Highway and Double E pipelines.

Among the company's key advantages in the Permian, is its acreage position. The company has large, contiguous acreage that enables multi-well pads in large development corridors connecting to efficient gathering systems, reducing development costs and accelerating production growth. ExxonMobil's scale, financial capacity and technical capabilities enable the company to maximize the value of the resource.

ExxonMobil is actively building infrastructure to support volume growth. Plans include construction at 30 sites to enhance oil and gas processing, water handling and ensure takeaway capacity from the basin. Construction activities include central delivery facilities designed to handle up to 600,000 barrels of oil and 1 billion cubic feet of gas per day and enhanced water-handling capacity through 350 miles of already-constructed pipeline.

"These investments support growth plans and ensure that as production levels continue to rise, we are well positioned in processing and transportation capacity," Chapman said.

The investment plans will also bring great benefits to the local area. ExxonMobil's expansion in the region will benefit communities in West Texas and southeast New Mexico through billions in property tax revenue, economic development and the creation of high-paying jobs.

A-145

Case 3:21-cv-00194-N    Document 70    Filed 11/24/21    Page 184 of 290    PageID 1088

ExxonMobil remains one of the most active operators in the Permian Basin and has 48 drilling rigs currently in operation and plans to increase its rig count to approximately 55 by the end of the year.

Increased use of technology, including enhanced subsurface characterization, subsurface modeling and advanced data analytics to support optimization and automation, will help the company reduce costs, improve its development plan and increase resource recovery.

**About ExxonMobil**

ExxonMobil, the largest publicly traded international oil and gas company, uses technology and innovation to help meet the world's growing energy needs. ExxonMobil holds an industry-leading inventory of resources, is one of the largest refiners and marketers of petroleum products and its chemical company is one of the largest in the world. For more information, visit **www.exxonmobil.com** or follow us on Twitter **www.twitter.com/exxonmobil.**

Cautionary Statement: Statements of future events or conditions in this release are forward-looking statements. Actual future results, including future production rates and timing; investment returns; infrastructure plans, capacities, and results; resource recoveries; production and development costs; rig counts; emission reductions; efficiencies and impacts of technology; and economic development impacts could differ materially due to changes in market conditions affecting the oil, gas and petrochemical industries or long-term price levels for oil, gas, refined products and petrochemicals; political and regulatory developments including changes in environmental laws and regulations; the ability to implement development, production, operating and management improvements as planned; reservoir performance; the actions of competitors; the occurrence and duration of economic recessions; the outcome of commercial negotiations; technical and operating factors; and other factors discussed in this release and under the heading "Factors Affecting Future Results" on the Investors page of ExxonMobil's website at www.exxonmobil.com. As used in this release references to future returns mean discounted cash flow returns based on current company estimates and exclude prior exploration and acquisition costs. References to the resource base, oil-equivalent barrels and similar terms include quantities of oil and gas that are not yet classified as proved reserves under SEC definitions but that are expected ultimately to be moved to the proved reserves category and produced in the future. Forward-looking statements in this release are based on management's information and belief at the time of this release and we assume no duty to update these statements as of any future date. This release is not intended to override the corporate separateness of various entities, including affiliated companies.

**Public Company Information:** NYSE:XOM

**Contact**: ExxonMobil Media Relations (972) 940-6007

A-146

# EXHIBIT 33

*Newsroom*

## ExxonMobil updates growth plans, significant additional upside possible

NEW YORK – ExxonMobil today said it has updated its growth plans and expects annual earnings potential to increase by more than 140 percent by 2025 from 2017 adjusted earnings, assuming an oil price of $60 per barrel and based on 2017 margins.

**News**

*March 6, 2019*

- Plans have upside potential in key growth areas, including Guyana and Permian

- On track to significantly increase cash flow from operations and asset sales

- Return on capital employed expected to double by 2025

"Given the success we experienced last year and the progress we're making on our plans, we have even greater confidence in our ability to grow value for our shareholders," Darren W. Woods, chairman and chief executive officer, said at the company's annual investor day at the New York Stock Exchange.

"We are exceeding the pace of our expected progress on the aggressive growth strategy we laid out last year," Woods said. "We continue to enhance our industry-leading portfolio, and are leveraging our competitive advantages in integration, scale, technology and execution to deliver long-term value for our shareholders."

ExxonMobil's updated earnings projection compares with last year's estimated increase of 135 percent between 2017 and 2025, based on 2017 adjusted earnings. Cumulative earnings potential from 2019 through 2025 has increased by about $9 billion, supported by further improvements to the company's investment portfolio and divestment plans.

ExxonMobil expects annual cash flow from operations to reach $60 billion in 2025, assuming oil prices at $60 per barrel and 2017 margins. Cumulative cash flow from operations and asset sales over the period from 2019 to 2025 is $24 billion higher than what was communicated at last year's analyst meeting, including $15 billion from anticipated asset sales from 2019 to 2021.

The company expects to double return on capital employed by 2025 under the $60 per barrel price scenario described during last year's investor day.

In the upstream, growth will benefit from ExxonMobil's exploration success and progress in development plans. In 2018, the company added 1.3 billion oil-equivalent barrels to its resource base, which included additions from new discoveries and strategic acquisitions, mainly in Guyana and Brazil.

In Guyana, the estimated gross recoverable resource from the Stabroek Block is approximately 5.5 billion oil-equivalent barrels. That compares with the updated resource estimate late last year of more than 5 billion oil-equivalent barrels.

A-147

Additional Investor Day Highlights

- In Brazil, ExxonMobil has built a position of 2.3 million acres, adding 800,000 acres in 2018.

- A key liquefied natural gas (LNG) project in Mozambique is on track for final investment decision this year. The Papua New Guinea LNG project is progressing. In February 2019 the company sanctioned the Golden Pass LNG project to capitalize on the low cost supply of U.S. natural gas and the expected growth in global LNG demand.

- In the Permian, the size of the company's net resource is 10 billion oil-equivalent barrels and is expected to grow further. ExxonMobil's production in the Permian is expected to exceed 1 million oil-equivalent barrels per day by 2024, an increase of nearly 80 percent from last year's investor day presentation. The anticipated increase in production will be supported by further evaluation of the Delaware Basin's increased resource size, infrastructure development plans, and secured capacity to transport oil and gas to ExxonMobil's Gulf Coast refineries and petrochemical operations.

- In the downstream, the company is progressing six major refining investments to meet growing demand for higher-value fuel and lubricant products. Three of those – a Beaumont hydrofiner, a delayed coker at Antwerp and an advanced hydrocracker at Rotterdam – are operating. The remaining three – Fawley hydrofiner in the U.K., light crude refining expansion at Beaumont and a residual upgrader in Singapore – are on schedule.

- In the chemical business, the company detailed plans for 13 new facilities to supply growing demand for products. Seven of the projects started up through 2018 and the remaining six are on schedule. These investments are expected to deliver 30 percent sales growth by 2025, largely driven by technology-enabled performance products.

### About ExxonMobil

ExxonMobil, the largest publicly traded international oil and gas company, uses technology and innovation to help meet the world's growing energy needs. ExxonMobil holds an industry-leading inventory of resources, is one of the largest refiners and marketers of petroleum products and its chemical company is one of the largest in the world. For more information, visit **www.exxonmobil.com** or follow us on Twitter **www.twitter.com/exxonmobil**.

### Cautionary Statement

Outlooks, projections, estimates, goals, discussions of potential, descriptions of business plans, objectives and resource potential, market expectations and other statements of

A-148

Case 3:21-cv-00194-N Document 70 Filed 11/24/21 Page 188 of 290 PageID 1092

future events or conditions in this release are forward-looking statements. Actual future results, including future earnings, cash flows, returns, margins, asset sales, volumes, and other areas of financial and operating performance; demand growth and energy mix; ExxonMobil's production growth, development and mix; reserve and resource additions and recoveries; project plans, completion dates, timing, costs, and capacities; efficiency gains; operating costs and cost savings; integration benefits; product sales and mix; production rates and capacities; and the impact of technology could differ materially due to a number of factors. These include changes in oil or gas demand, supply, prices or other market conditions affecting the oil, gas, petroleum and petrochemical industries; population growth, global economic growth, reservoir performance and depletion rates; timely completion of exploration, development and construction projects; regional differences in product concentration and demand; war and other political or security disturbances; changes in law, taxes or other government regulation or operation, including environmental regulations, taxes, and political sanctions; the outcome of commercial negotiations; the actions of competitors and customers; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; unforeseen technical difficulties; and other factors discussed in Item 1A. Risk Factors in our most recent Form 10-K available on our website at **www.exxonmobil.com**.

Forward-looking statements contained in this release regarding future earnings, cash flow from operations and asset sales, and return on average capital employed (ROCE) are not forecasts of actual future results. These figures are intended to help quantify the targeted future results and goals of currently-contemplated management plans and objectives assuming a constant real Brent crude price of $60 per barrel through 2025. This price is used for illustrative purposes only and is not intended to represent management's forecast of future oil prices or the price management uses for internal planning purposes. For the $60 crude price case discussed in last year's analysts' meeting and used for comparison purposes in calculating the objectives outlined in this release, we have assumed that Downstream and Chemical product margins remain consistent with 2017 levels; that other factors such as laws and regulations (including tax and environmental laws) and fiscal regimes remain consistent with current conditions; and have otherwise developed these estimates consistently with management's internal planning and modeling assumptions including future natural gas prices. For the corporation and finance segment we assume expenses of $2.5 billion annually consistent with the basis for the objectives presented at last year's meeting. The forward-looking statements in this release are based on management's good faith plans and objectives as of the March 6, 2019 date of this release and we assume no duty to update these statements as of any future date.

Adjusted earnings, cash flow from operations and asset sales, and ROCE are non-GAAP measures. Adjusted 2017 earnings of $15 billion as presented in this release represent approximately $19.7 billion of GAAP earnings minus approximately $6 billion of positive effects from U.S. tax reform, partially offset by approximately $1.5 billion of impairments for the year. For more information on the definition and use of each of cash flows from operations and asset sales and ROCE in our business see the Frequently Used Terms on the Investors page of our website at **www.exxonmobil.com**. Estimates of adjusted earnings, cash flows from operations and asset sales, and ROCE for future periods in this release are determined in a manner consistent with this definition but we are unable to provide a reconciliation to any GAAP financial measure because the information is dependent on future events, many of which are outside management's control as described above. Additionally, estimating GAAP measures to provide a meaningful reconciliation consistent with our accounting policies for future periods is extremely difficult and requires a level of precision that is unavailable for these future

A-149

Case 3:21-cv-00194-N    Document 70    Filed 11/24/21    Page 189 of 290    PageID 1093

periods and cannot be accomplished without unreasonable effort. References in this release to oil-equivalent barrels, net resources and the resource base include quantities of oil and gas that are not yet classified as proved reserves under SEC definitions but that are expected to be ultimately recoverable.

The term "project" as used in this release can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports. The term "performance product" as used in this release refers to high performance chemical products, including plastics, synthetic rubber, chemical derivatives, fluids, and solvents that provide differentiated performance for multiple applications.

This release summarizes highlights from ExxonMobil's 2019 Analysts' Meeting held on March 6, 2019. For more information concerning the forward-looking statements and other information contained in this release, please refer to the complete Analysts' Meeting presentation (including important information contained in the Cautionary Statement and Supplemental Information sections of the presentation) which is available live and in archive form through ExxonMobil's website at **www.exxonmobil.com.**

**Public Company Information**: NYSE: XOM

**Contact**: ExxonMobil Media Relations, (972) 940-6007

A-150

# EXHIBIT 34

*Newsroom*

## ExxonMobil outlines progress on long-term growth strategy

NEW YORK – ExxonMobil continues to make progress on the company's long-term growth plans by investing through the commodity price cycle to capture high-value opportunities and grow earnings and cash flow potential.

**News**
*March 5, 2020*

---

- Advantaged projects, industry-leading growth opportunities and favorable cost environment support earnings and cash flow growth potential

- Population growth, global prosperity driving demand for oil, natural gas and chemicals

- Company works to meet increased demand for reliable and affordable energy while reducing emissions and the risks associated with climate change

"We are effectively executing our growth strategy that will lead to sustained improvement in shareholder value," Darren W. Woods, ExxonMobil chairman and chief executive officer, said at the company's annual investor day at the New York Stock Exchange.

"Using the strength of our balance sheet to invest through the cycle is a key element of our strategy. We are taking advantage of a favorable cost environment and investing in advantaged projects – underpinned by the long-term fundamentals of growing demand. The strength of our portfolio and our financial capacity enable us to continuously evaluate our priorities and the pace of investments while preserving value, which is critical in current market conditions and near decade-low commodity prices and margins."

Woods told investors that ExxonMobil is planning capital expenditures of between $30 billion to $35 billion annually through 2025, consistent with previous guidance. For 2020, the company anticipates an investment level of up to $33 billion, depending on the progress of individual projects.

Woods also outlined progress on key projects that support ExxonMobil's growth plans, including:

- In Guyana, the estimated gross recoverable resource from the Stabroek Block increased to more than 8 billion oil-equivalent barrels, in part as a result of six additional discoveries made in 2019 and 2020. ExxonMobil and its partners started production of oil at the Liza field in December 2019, less than five years after the first discovery of hydrocarbons and years ahead of industry average. Production in Guyana is expected to reach more than 750,000 gross barrels of oil per day by 2025.

- In the Permian Basin, production volumes increased and remain on track to exceed 1 million oil equivalent barrels per day by 2024. A capital-efficient development approach is being applied at scale, differentiating ExxonMobil from its competition. The process, known as cube development, accesses multiple shale layers simultaneously, saving money, maximizing value of resources and

A-151

reducing surface footprint. The company emphasized it is evaluating the pace of near-term development activities in response to market conditions, and can do so while preserving value. Permian well cost and performance continues to improve and future growth will be supported by integrated infrastructure capacity expansions at the company's Gulf Coast refineries and petrochemical operations.

- ExxonMobil holds the leading acreage position in Brazil among international oil companies and added more than 450,000 acres in 2019, for a total of 2.5 million net acres. The company has plans to increase exploration activity in 2020 and 2021, and Phase 1 of the Bacalhau field development is progressing on schedule.

- ExxonMobil reported strong performance from its low-cost liquefied natural gas (LNG) operations in Papua New Guinea, and the company continues to work with the governments in Papua New Guinea and Mozambique to advance new projects to support long-term demand growth.

- In the downstream, ExxonMobil remains focused on maximizing value from its base assets through increased integration, utilization and efficiency. Project improvements continue to add value, and recent investments in Beaumont, Rotterdam and Antwerp generated earnings of $300 million in 2019.

- In the chemical business, long-term global fundamentals continue to support the company's expansion projects throughout the U.S. Gulf Coast and in Asia. Eight projects have been completed, four reached a final investment decision in 2019, and one additional project is being progressed. These investments are expected to deliver a 30 percent increase in sales growth relative to 2017.

- The company is actively upgrading its portfolio through strategic divestments, and continues to progress its $15 billion divestment program.

Woods said ExxonMobil's long-term growth plans are rooted in the company's efforts to meet the world's increasing demand for reliable and affordable energy, while reducing emissions and risks associated with climate change.

Population growth and an expanding middle class will increase energy demand, which will require massive investments in oil and natural gas even in the more stringent low carbon scenarios, he said. Investments in new technologies to reduce emissions will also be needed.

ExxonMobil is a technology leader and is collaborating with world-leading research institutions to advance lower-emission solutions including biofuels, carbon capture and energy-efficient manufacturing. The company is targeting the critical sectors of commercial transportation, power generation and high-energy industrial processes, because they produce 80 percent of energy-related emissions and current technologies are insufficient to achieve deep reductions.

"ExxonMobil is committed to being part of the solution," said Woods. "We're investing in new energy supplies to improve global living standards, working on technologies that are needed to reduce emissions and supporting sensible policies, such as those putting a price on carbon or regulations to reduce emissions of methane."

**About ExxonMobil**

ExxonMobil, one of the largest publicly traded international energy companies, uses technology and innovation to help meet the world's growing energy needs. ExxonMobil holds an industry-leading inventory of resources, is one of the largest refiners and marketers of petroleum products, and its chemical company is one of the largest in the world. To learn more, visit **exxonmobil.com** and the **Energy Factor**.

A-152

Follow us on **Twitter** and **LinkedIn**.

**Cautionary Statement:**

Outlooks, projections, goals, estimates, discussions of potential, descriptions of business plans, drilling plans and strategies, growth and capital plans, resource potential, market expectations, energy market evolution, time for technology adoption, and other statements of future events or conditions in this release are forward-looking statements. Actual future results, including future earnings, cash flows, returns, margins, asset sales and related proceeds, and other areas of financial and operating performance; demand growth and energy mix; ExxonMobil's production growth, volumes, development and mix; the amount and mix of capital expenditures; future distributions; proved reserves and other resource volumes; reserve and resource additions and recoveries; asset carrying values and future impairments; business and project plans, completion dates, timing, costs, and capacities; efficiency gains; operating costs and cost savings; integration benefits; product sales and mix; production rates and capacities; and the impact of technology, including to increase capital efficiency and production and to reduce greenhouse gas emissions, could differ materially due to a number of factors. These include global and regional changes in the demand, supply, prices, differentials or other market conditions affecting oil, gas, petroleum, petrochemicals and feedstocks; financing sources; population growth and global economic growth; reservoir performance and depletion rates; the outcome of exploration projects and the timely completion of development and construction projects; regional differences in product concentration and demand; war, trade agreements, shipping blockades or harassment and other political, public health or security concerns; changes in law, taxes or regulation, including environmental regulations, taxes, and political sanctions and international treaties; the timely granting of government permits; the resolution of contingencies and uncertain tax positions; the impact of fiscal and commercial terms and the outcome of commercial negotiations; opportunities for regulatory approval of potential investments or divestments; the actions of competitors and customers; the capture of efficiencies between business lines; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; unforeseen technical or operating difficulties; the ability to bring new technologies to commercial scale on a cost-competitive basis, including large-scale hydraulic fracturing projects; and other factors discussed in *Item 1A. Risk Factors* in our Form 10-K for the year ended December 31, 2019 and under the heading "Factors Affecting Future Results" in the *Investors* section of our website at **www.exxonmobil.com**.

Forward-looking statements contained in this presentation regarding the potential for future earnings, cash flow, volumes growth, long-term growth, and capital employed are not forecasts of actual future results. These figures are provided to help quantify the potential future results and goals of currently-contemplated management plans and objectives. We have assumed that other factors such as laws and regulations, including tax and environmental laws, and fiscal regimes remain consistent with current conditions for the relevant periods.

References in this release to oil-equivalent barrels, gross barrels or similar terms include quantities of oil and gas that are not yet classified as proved reserves under SEC definitions but that are expected to be ultimately recoverable.

The term "project" as used in this release can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

This release summarizes highlights from ExxonMobil's 2020 Analysts' Meeting held on March 5, 2020. For more information concerning the forward-looking statements and other information contained in this release, please refer to the complete Analysts' Meeting presentation (including important information contained in the Cautionary Statement and Supplemental Information sections of the presentation) which is available live and in archive form through ExxonMobil's website at **www.exxonmobil.com**.

**Public Company Information**: NYSE: XOM

**Contact**: Media Line (972) 940-6007

Case 3:21-cv-00194-N     Document 70     Filed 11/24/21     Page 194 of 290     PageID 1098

A-154

# EXHIBIT 35



**2017** Financial & Operating Review

3    To our shareholders

4    2017 results and highlights

6    Innovating to drive success

10    Growing shareholder value

14    Leveraging integration

18    Maximizing asset value

22    Global operations

24    Upstream highlights

26    Downstream highlights

28    Chemical highlights

30    Upstream

60    Downstream

70    Chemical

77    Financial information

102    Frequently used terms

106    Index

107    General information

COVER PHOTO: Stephanie Sota walks through the Mont Belvieu, Texas, plastics plant, where we recently completed a major expansion of our polyethylene production lines as part of our North American Growth initiative.

exxonmobil.com/annualreport

Statements of future events or conditions in this report, including projections, targets, expectations, estimates, and business plans, are forward-looking statements. Actual future financial and operating results, including demand growth and energy source mix; capacity growth; the impact of new technologies; production growth; project plans, dates, costs, and capacities; resource additions, production rates, and resource recoveries; efficiency gains; cost savings; earnings growth; integration and technology benefits; returns; and product sales could differ materially due to, for example, changes in the supply of and demand for crude oil, natural gas, and petroleum and petrochemical products and resulting price impacts; reservoir performance; timely completion of development projects; war and other political or security disturbances; changes in law or government regulation, including environmental regulations and political sanctions; the actions of competitors and customers; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; the outcome of commercial negotiations; the impact of fiscal and commercial terms; unforeseen technical difficulties; unanticipated operational disruptions; and other factors discussed in this report and in Item 1A of ExxonMobil's most recent Form 10-K.

We use non-GAAP concepts and financial measures throughout this publication. These measures may not be comparable to similarly titled measures used by other companies. Definitions of certain financial and operating measures and other terms used in this report – such as "resources" and "resource base" – are contained in the section titled "Frequently used terms" on pages 102 through 105. In the case of non-GAAP financial measures, such as "Return on Average Capital Employed" and "Cash Flow from Operations and Asset Sales," the definitions also include any reconciliation or other information required by SEC Regulation G. "Factors Affecting Future Results" and "Frequently Used Terms" are also available on the "Investors" section of our website.

As used in this publication, the term "industry" refers to publicly traded international energy companies, and "return(s)" (unless referring to ROCE) mean discounted cash flow returns based on current company estimates. The term "project" can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

Unless otherwise specified, data shown is for 2017. Prior years' data have been reclassified in certain cases to conform to the 2017 presentation basis.

Case 3:21-cv-00194-N    Document 70    Filed 11/24/21    Page 198 of 290    PageID 1102

## Upstream portfolio

### North America

| North America | Working interest (%) | |
|---|---|---|
| **Canada** | | |
| Beaufort Sea | 50 | EL476 and EL477 cover 500,000 net acres. In 2017, the federal government initiated a consultation process to discuss the interests of existing license holders. |
| Cold Lake | 100 | One of the largest thermal in-situ, heavy-oil projects in the world. Net production approximately 132 Kbd. |
| Greater Flemish Pass | 33–100 | Evaluating potential in eight blocks offshore eastern Canada, totaling 1.7 million net acres. |
| Hebron | 35 | Started up 150 Kbd capacity platform on schedule in November 2017. Successfully drilled two wells to date. |
| Hibernia | 33 | Net production 16 Kbd. Celebrated 20th anniversary of first oil in 2017. |
| Hibernia Southern Extension | 28 | Subsea tie-back to the existing Hibernia platform. Drilling program completed in 2017. Net production 16 Kbd. |
| Horn River | 100 | Hold approximately 230,000 net acres. No longer pursuing development. |
| Kearl | 100 | Net mined bitumen 174 Kbd. |
| Montney and Duvernay | 50–100* | Acquired more than 6,000 acres in the Duvernay and brought nine wells online across both plays in 2017. |
| Norman Wells | 100 | Actively supporting efforts to restore production following November 2016 outage of the Enbridge export pipeline. |
| Sable | 60 | Net production 52 Mcfd gas and 2 Kbd associated natural gas liquids. Commenced decommissioning program. |
| SA-SAGD | 63–100 | Continued to evaluate oil sands acreage in the Athabasca and Cold Lake regions, including Aspen, Clarke Creek, Corner, Cold Lake Expansion, and Clyden. |
| Syncrude | 25 | Oil sands mining operation producing synthetic crude, averaging 57,000 net barrels per day in 2017. |
| West Coast Canada LNG | 100 | Continued project assessment for a proposed LNG export facility in British Columbia. |
| **Mexico** | | |
| Perdido Block 2 | 50 | Captured one deepwater block in Tender Round 1.4. This capture marks ExxonMobil's first upstream activity in Mexico. |
| **United States** | | |
| Aera Energy LLC | 48 | Eight fields and about 10,000 wells producing 53,000 net barrels per day in California. |
| Alaska Gas | -- | We remain committed to developing North Slope gas under mutually acceptable commercial terms. |
| Appalachia | 85–95* | More than 500,000 net acres across the Marcellus and Utica dry gas plays. Net production more than 475 Mcfd in 2017. |
| Bakken | 40–80* | Average net production from the Bakken was 80 Kbd liquids and more than 90 Mcfd gas in 2017, one of our most active unconventional programs. |
| Eagle Ford | 50–100* | More than 100,000 net acres across the liquids-rich and dry gas fairways of the Eagle Ford shale play. |
| GA 209 | 100 | Located in 60 feet of water with two production platforms. Net production 2 Kbd. |
| Golden Pass Products LNG Export | 30 | Joint venture with Qatar Petroleum to add up to 15.6 Mta LNG export capability at the existing terminal. |
| Gulf of Mexico Exploration | 50–100 | Acquired 25 new licenses, including 11 blocks in Green Canyon, one block in Desoto Canyon, six blocks in Garden Banks, six blocks in Mississippi Canyon, and one in East Breaks. |
| Hadrian South | 47 | ExxonMobil-operated subsea tie-back to the Lucius platform with net production 84 Mcfd. |
| Haynesville | 50–100* | More than 200,000 net acres across the Haynesville shale play. Net gas production more than 200 Mcfd. |
| Hoover | 67–100 | Produces oil and natural gas from the Hoover field and several subsea tie-backs. Net production 4 Kbd. |
| Julia Phase 1 | 50 | Subsea tie-back to the Jack-St. Malo host facility, with net production 6 Kbd. |



## 1.4 million
net oil-equivalent barrels per day of production in North America

*Representative range of working interest for acreage that is developed or planned for development.

54

A-157

| North America, continued | Working interest (%) | |
|---|---|---|
| LaBarge | 100 | One of the world's largest helium recovery and physical solvent gas-sweetening plants. |
| Lucius | 23 | Deepwater Gulf of Mexico with net production 16 Koebd. Reached agreement with co-venture partners to unitize the Hadrian North resource with the Anadarko-operated Lucius unit. |
| Mobile Bay | 63-100 | Net production 102 Mcfd. 300 billion cubic feet of remaining proved reserves. |
| Other Lower 48 Dry Gas | 15-100* | More than 1 million net acres across the Barnett, Fayetteville, Freestone, and Rockies dry gas plays. Net production more than 1 Bcfd. |
| Other Lower 48 Liquids | 75-80* | More than 250,000 net acres across the Arkoma, Ardmore, and Marietta Woodford shale plays. Net liquids production more than 25 Kbd. |
| Permian | 87-93* | Acquired certain entities from the Bass family of Fort Worth, Texas, and made other acquisitions and trades, increasing our position to nearly 1.8 million net acres. |
| Point Thomson | 62 | Net production 3 Kbd. Evaluating opportunities to expand facility capacity. |
| Prudhoe Bay | 36 | Onshore Alaska North Slope. Net production 89 Kbd. |
| Santa Ynez | 100 | Supporting efforts to restore production operations resulting from outage of the Plains All American Pipeline. |
| Thunder Horse | 25 | Deepwater Gulf of Mexico with net production 36 Koebd. |
| Ursa/Princess | 16 | Deepwater Gulf of Mexico with net production 12 Koebd. |

## South America

| Argentina | | |
|---|---|---|
| Onshore | 42-90 | Drilled five operated wells in the highly prospective Vaca Muerta shale in 2017. |

| Brazil | | |
|---|---|---|
| Campos | 100 | Won two deepwater blocks, totaling 355,000 net acres. |
| Campos | 50 | Won six deepwater blocks, totaling more than 440,000 net acres. |
| North Carcara | 40 | Won the North Carcara block in the Santos Basin. 31,000 net acres. |
| BM-S-8 | 37† | Farming-in to BM-S-8 block, which contains a portion of the Carcara field. |
| Potiguar and Ceara | 35/50 | Operating interest in two deepwater blocks. 161,000 net acres. Completed seismic operations in 2016. |
| Sergipe-Alagoas Round 14 | 50 | Won operating interest in two deepwater blocks, totaling more than 185,000 net acres. |
| Sergipe-Alagoas | -- | Farming-in to two additional blocks targeting close in 2018. |

| Colombia | | |
|---|---|---|
| COL-4 | 33 | Continue to evaluate Technical Evaluation Agreement. |
| Onshore | 50-70 | Three exploration blocks and one Technical Evaluation Agreement in a tight liquids play. |

| Guyana | | |
|---|---|---|
| Canje | 35 | 525,000 net acres adjacent to the Stabroek block. |
| Kaieteur | 50 | Captured approximately 1.7 million net acres adjacent to Stabroek block. |
| Stabroek | 45 | Final investment decision in June 2017 to proceed with the Liza Phase 1 development, with production expected by 2020. In 2017, three discoveries at the Snoek, Turbot, and Ranger prospects; six oil discoveries to date. |

*Representative range of working interest for acreage that is developed or planned for development.
†Targeting close of BM-S-8 farm-in by mid-2018.



# 7.7 million
**net acres under exploration in South America**

A-158

# EXHIBIT 36



# 2018
## Analyst Meeting

March 7, 2018

**ExxonMobil**

A-159

# Cautionary statement

<u>Forward-Looking Statements</u>. Outlooks, projections, estimates, goals, targets, descriptions of business plans and objectives, market expectations and other statements of future events or conditions in this presentation or the subsequent discussion period are forward-looking statements. Actual future results, including future earnings, cash flows, returns, margins, and other areas of financial and operating performance; demand growth and energy mix; ExxonMobil's production growth, volumes, development and mix; the amount and mix of capital expenditures; future distributions; proved and other reserves; reserve and resource additions and recoveries; asset carrying values and future impairments; project plans, completion dates, timing, costs, and capacities; efficiency gains; operating costs and cost savings; integration benefits; product sales and mix; production rates and capacities; and the impact of technology could differ materially due to a number of factors. These include changes in oil or gas demand, supply, prices or other market conditions affecting the oil, gas, petroleum and petrochemical industries; reservoir performance; timely completion of exploration and development projects; regional differences in product concentration and demand; war and other political or security disturbances; changes in law, taxes or other government regulation, including environmental regulations, taxes, and political sanctions; the outcome of commercial negotiations; the actions of competitors and customers; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; unforeseen technical difficulties; and other factors discussed here, in *Item 1A. Risk Factors* in our Form 10-K for the year ended December 31, 2017 and under the heading "Factors Affecting Future Results" in the *Investors* section of our website at *www.exxonmobil.com*. The forward-looking statements in this presentation are based on management's good faith plans and objectives as of the March 7, 2018 date of this presentation. We assume no duty to update these statements as of any future date and neither future distribution of this material nor the continued availability of this material in archive form on our website should be deemed to constitute an update or re-affirmation of these figures as of any future date. Any future update of these figures will be provided only through a public disclosure indicating that fact.

<u>Supplemental Information.</u>  See the Supplemental Information included on pages 73 through 78 of this presentation for additional important information concerning definitions and assumptions regarding the forward-looking statements included in this presentation, including illustrative assumptions regarding future crude prices and product margins; reconciliations and other information required by Regulation G with respect to non-GAAP measures used in this presentation including earnings excluding effects of tax reform and impairments, return on average capital employed (ROCE), free cash flow, and operating costs; and definitions and additional information on other terms used including returns and resources.

# Supplemental information

**Resources, resource base, recoverable resources.**  These and similar terms include quantities of oil and gas that are not yet classified as proved reserves under SEC definitions but that are expected to be moved into the proved reserves category and produced in the future. Proved reserve figures are determined in accordance with SEC definitions in effect at the end of each applicable year. The term "resource base" or the terms "design / develop" or "evaluating" as used to describe resources are not intended to correspond to SEC definitions such as "probable" or "possible" reserves. The term "in-place" refers to those quantities of oil and gas estimated to be contained in known accumulations and includes recoverable and unrecoverable amounts.  "Net resource potential" amounts are not currently included in the resource base.

**Returns, investment returns, project returns.**  Unless referring specifically to ROCE, references to returns, investment returns, project returns, and similar terms mean discounted cash flow returns based on current company estimates. Future investment returns exclude prior exploration and acquisition costs.

**Upstream operating cash costs**.  Upstream operating cash costs are the sum of operations, maintenance, wellwork, exploration, support, administrative, and management costs, which represent major costs under management control. This does not include energy costs, production taxes, and certain non-routine expenses, such as dry hole expense associated with the relinquishment of exploration leasehold, remediation charges for sold assets, and other financial reserves.

| (millions of dollars) | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|
| Field operations and maintenance | 10,404 | 9,957 | 11,516 | 12,984 |
| Wellwork and exploration expense | 898 | 996 | 1,073 | 1,599 |
| Support, administrative, and management costs | 4,442 | 4,702 | 5,224 | 5,657 |
| Upstream operating cash costs | 15,744 | 15,655 | 17,813 | 20,240 |

A-161

# Supplemental information

Other information

All references to production rates and project capacity are on a gross basis, unless otherwise noted. References to resource size are on a net basis, unless otherwise noted.

Competitor data is based on publicly available information and, where estimated or derived (e.g., ROCE), done so on a consistent basis with ExxonMobil data.  We note that certain competitors report financial information under accounting standards other than U.S. GAAP (i.e., IFRS).

A-162

# EXHIBIT 37



# Upstream Spotlight

## Unlocking Permian value

Clinton, October 2, 2018

This presentation contains forward-looking statements made in our public March 7, 2018 Analyst Meeting presentation, which is separately available on our website. All forward-looking statements included in this presentation and the assumptions made in developing these forward-looking statements speak only as of the date of their original presentation unless specifically noted herein. Inclusion of such forward-looking statements in this material does not represent an update or confirmation of such statements or their assumptions as of any later date.

**ExonMobil** | **Neil Chapman**
**Senior Vice President, Exxon Mobil Corporation**

A-163

# Cautionary statement

<u>Forward-Looking Statements</u>. Outlooks, projections, estimates, goals, descriptions of business plans and objectives, market expectations and other statements of future events or conditions in this presentation or the subsequent discussion period are forward-looking statements. Actual future results, including future earnings and other areas of financial and operating performance; demand growth and energy mix; ExxonMobil's production growth, volumes, development and mix; the amount and mix of capital expenditures; proved and other reserves; reserve and resource additions and recoveries; project plans, completion dates, timing, costs, and capacities; efficiency gains; operating costs and cost savings; integration benefits; product sales and mix; production rates and capacities; and the impact of technology could differ materially due to a number of factors. These include changes in oil or gas demand, supply, prices or other market conditions affecting the oil and gas industries; reservoir performance; timely completion of exploration and development projects; access to adequate and cost-efficient product transportation, war and other political or security disturbances; changes in law, tariffs, taxes or other government regulation, including environmental regulations, taxes, and political sanctions; the outcome of commercial negotiations; the actions of competitors and customers; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; unforeseen technical difficulties; and other factors discussed here, in *Item 1A. Risk Factors* in our Form 10-K for the year ended December 31, 2017 and under the heading "Factors Affecting Future Results" in the *Investors* section of our website at *www.exxonmobil.com*. The forward-looking statements in this presentation regarding future earnings are based on good faith market projections as of February 2, 2018 included in our Energy Outlook and management's good faith plans and objectives as of the Company's March 7, 2018 Analyst  Meeting and will only be updated or reaffirmed by a future public disclosure. We assume no duty to update these statements or any other forward-looking statements as of any future date and neither future distribution of this material nor the continued availability of this material in archive form on our website should be deemed to constitute an update or re-affirmation of these figures as of any future date.

<u>Supplemental Information</u>.  See the Supplemental Information included on pages 48 through 50 of this presentation for additional important information concerning definitions and assumptions regarding the forward-looking statements included in this presentation, including illustrative assumptions regarding future crude demand and supply; reconciliations and other information required by Regulation G with respect to non-GAAP measures used in this presentation including earnings excluding effects of tax reform and impairments; and definitions and additional information on other terms used including returns and resources.

**ExxonMobil** ExxonMobil Upstream Permian Spotlight

2



A-164

# EXHIBIT 38



2   To our shareholders
4   2018 results and highlights
5   Competitive advantages
6   Technology
10  Scale
14  Integration
18  Functional excellence
22  People
26  Global operations
28  Upstream highlights
30  Downstream highlights
32  Chemical highlights
34  Corporate sustainability
35  Financial information
40  Frequently used terms
42  Board of Directors, Officers, and Affiliated Companies
44  Investor information
45  General information

exxonmobil.com/annualreport

Statements of future events or conditions in this report, including projections, targets, expectations, asset profitability, estimates, and business plans, are forward-looking statements. Actual future financial and operating results, including demand growth and energy source mix; capacity growth; the impact of new technologies; production growth; project plans, dates, costs, and capacities; resource additions, production rates, and resource recoveries; efficiency gains; cost savings; earnings growth; integration and technology benefits; returns; and product sales could differ materially due to, for example, changes in the supply of and demand for crude oil, natural gas, and petroleum and petrochemical products and resulting price impacts; reservoir performance; timely completion of development projects; war and other political or security disturbances; changes in law or government regulation, including environmental regulations and political sanctions; the actions of competitors and customers; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; the outcome of commercial negotiations; the impact of fiscal and commercial terms; unforeseen technical difficulties; unanticipated operational disruptions; and other factors discussed in this report and in Item 1A of ExxonMobil's most recent Form 10-K.

We use non-GAAP concepts and financial measures throughout this publication. These measures may not be comparable to similarly titled measures used by other companies. Definitions of certain financial and operating measures and other terms used in this report – such as "resources" and "resource base" – are contained in the section titled "Frequently Used Terms" on pages 40 and 41. In the case of non-GAAP financial measures, such as "Return on Average Capital Employed" and "Cash Flow from Operations and Asset Sales," the definitions also include any reconciliation or other information required by SEC Regulation G. "Factors Affecting Future Results" and "Frequently Used Terms" are also available on the "Investors" section of our website.

As used in this publication, the term "industry" refers to publicly traded international energy companies. The term "project" can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

Unless otherwise specified, data shown is for 2018. Prior years' data have been reclassified in certain cases to conform to the 2018 presentation basis.

Unless otherwise stated, production rates, project capacities, and acreage values are gross.

A-166

Case 3:21-cv-00194-N    Document 70    Filed 11/24/21    Page 211 of 290    PageID 1115

## FREQUENTLY USED **TERMS**

**Listed below are definitions of several of ExxonMobil's key business and financial performance measures and other terms. These definitions are provided to facilitate understanding of the terms and their calculation. In the case of financial measures that we believe constitute "non-GAAP financial measures" under Securities and Exchange Commission Regulation G, we provide a reconciliation to the most comparable Generally Accepted Accounting Principles (GAAP) measure and other information required by that rule.**

**Total shareholder return (TSR)** ▪ Measures the change in value of an investment in stock over a specified period of time, assuming dividend reinvestment. We calculate shareholder return over a particular measurement period by: dividing (1) the sum of (a) the cumulative value of dividends received during the measurement period, assuming reinvestment, plus (b) the difference between the stock price at the end and at the beginning of the measurement period; by (2) the stock price at the beginning of the measurement period. For this purpose, we assume dividends are reinvested in stock at market prices at approximately the same time actual dividends are paid. Shareholder return is usually quoted on an annualized basis.

**Capital and exploration expenditures (Capex)** ▪ Represents the combined total of additions at cost to property, plant and equipment, and exploration expenses on a before-tax basis from the Summary statement of income. ExxonMobil's Capex includes its share of similar costs for equity companies. Capex excludes assets acquired in nonmonetary exchanges (effective 2013), the value of ExxonMobil shares used to acquire assets, and depreciation on the cost of exploration support equipment and facilities recorded to property, plant and equipment when acquired.

While ExxonMobil's management is responsible for all investments and elements of net income, particular focus is placed on managing the controllable aspects of this group of expenditures.

**Returns, investment returns, project returns** ▪ Unless referring specifically to ROCE, references to returns, investment returns, project returns and similar terms mean discounted cash flow returns based on current company estimates. Future investment returns exclude prior exploration and acquisition costs.

**Proved reserves** ▪ Proved reserve figures in this publication are determined in accordance with SEC definitions in effect at the end of each applicable year. In statements covering reserve replacement for years prior to 2009, reserves include oil sands and equity company reserves, which at the time were excluded from SEC reserves.

**Proved reserves replacement ratio** ▪ The reserves replacement ratio is calculated for a specified period utilizing the applicable proved oil-equivalent reserves additions divided by oil-equivalent production. See "Proved reserves" above.

**Resources, resource base, and recoverable resources** ▪ Along with similar terms used in this report, these refer to the total remaining estimated quantities of oil and natural gas that are expected to be ultimately recoverable. ExxonMobil refers to new discoveries and acquisitions of discovered resources as resource additions. The resource base includes quantities of oil and natural gas classified as proved reserves, as well as, quantities that are not yet classified as proved reserves, but that are expected to be ultimately recoverable. The term "resource base" is not intended to correspond to SEC definitions such as "probable" or "possible" reserves. The term "in-place" refers to those quantities of oil and natural gas estimated to be contained in known accumulations and includes recoverable and unrecoverable amounts.

| **RETURN ON AVERAGE CAPITAL EMPLOYED (ROCE)** | **2018** | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| *(millions of dollars)* | | | | | |
| Net income attributable to ExxonMobil | **20,840** | 19,710 | 7,840 | 16,150 | 32,520 |
| Financing costs (after tax) | | | | | |
| Gross third-party debt | **(912)** | (709) | (683) | (362) | (140) |
| ExxonMobil share of equity companies | **(192)** | (204) | (225) | (170) | (256) |
| All other financing costs – net | **498** | 515 | 423 | 88 | (68) |
| Total financing costs | **(606)** | (398) | (485) | (444) | (464) |
| Earnings excluding financing costs | **21,446** | 20,108 | 8,325 | 16,594 | 32,984 |
| Average capital employed | **232,374** | 222,631 | 212,226 | 208,755 | 203,110 |
| Return on average capital employed – corporate total | **9.2%** | 9.0% | 3.9% | 7.9% | 16.2% |

ROCE is a performance measure ratio. From the perspective of the business segments, ROCE is annual business segment earnings divided by average business segment capital employed (average of beginning and end-of-year amounts). These segment earnings include ExxonMobil's share of segment earnings of equity companies, consistent with our capital employed definition, and exclude the cost of financing. The Corporation's total ROCE is net income attributable to ExxonMobil, excluding the after-tax cost of financing, divided by total corporate average capital employed. The Corporation has consistently applied its ROCE definition for many years and views it as the best measure of historical capital productivity in our capital-intensive, long-term industry, both to evaluate management's performance and to demonstrate to shareholders that capital has been used wisely over the long term. Additional measures, which are more cash-flow based, are used to make investment decisions. See page 4 for segment information relevant to ROCE.

# EXHIBIT 39

Case 3:21-cv-00194-N    Document 70    Filed 11/24/21    Page 213 of 290    PageID 1117



2019 **INVESTOR DAY**

New York Stock Exchange  /  03.06.19

ExxonMobil

A-168

# CAUTIONARY STATEMENT

**FORWARD-LOOKING STATEMENTS.** Outlooks, projections, estimates, goals, discussions of potential, descriptions of business plans, objectives and resource potential, market expectations and other statements of future events or conditions in this presentation or the subsequent discussion period are forward-looking statements. Actual future results, including future earnings, cash flows, returns, margins, asset sales, and other areas of financial and operating performance; demand growth and energy mix; ExxonMobil's production growth, volumes, development and mix; the amount and mix of capital expenditures; future distributions; proved and other reserves; reserve and resource additions and recoveries; asset carrying values and future impairments; project plans, completion dates, timing, costs, and capacities; efficiency gains; operating costs and cost savings; integration benefits; product sales and mix; production rates and capacities; and the impact of technology could differ materially due to a number of factors. These include changes in oil or gas demand, supply, prices or other market conditions affecting the oil, gas, petroleum and petrochemical industries, population growth, global economic growth, reservoir performance and depletion rates; timely completion of exploration, development and construction projects; regional differences in product concentration and demand; war and other political or security disturbances; changes in law, taxes or other government regulation or operation, including environmental regulations, taxes, and political sanctions; the outcome of commercial negotiations; the actions of competitors and customers; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; unforeseen technical difficulties; and other factors discussed here, in *Item 1A. Risk Factors* in our Form 10-K for the year ended December 31, 2018 and under the heading "Factors Affecting Future Results" in the *Investors* section of our website at *www.exxonmobil.com*. The forward-looking statements and dates used in this presentation are based on management's good faith plans and objectives as of the March 6, 2019 date of this presentation, unless otherwise stated. We assume no duty to update these statements as of any future date and neither future distribution of this material nor the continued availability of this material in archive form on our website should be deemed to constitute an update or re-affirmation of these figures as of any future date. Any future update of these figures will be provided only through a public disclosure indicating that fact.

**SUPPLEMENTAL INFORMATION.**  See the Supplemental Information included on pages 114 through 122 of this presentation for additional important information concerning definitions and assumptions regarding the forward-looking statements included in this presentation, including illustrative assumptions regarding future crude prices and product margins; reconciliations and other information required by Regulation G with respect to non-GAAP measures used in this presentation including cash flow from operations and asset sales, earnings excluding effects of U.S. tax reform enactment and impairments, return on average capital employed (ROCE), operating costs, unit cash operating costs, upstream earnings per OEB, estimated operating cash contribution, net cash margin, and free cash flow; and definitions and additional information on other terms used including returns and resources.

A-169

# EXHIBIT 40



FIRST QUARTER 2019
RESULTS

04.26.19

NEIL HANSEN
VICE PRESIDENT, INVESTOR RELATIONS AND SECRETARY

ExxonMobil

A-170

# CAUTIONARY STATEMENT

- Statements of future events or conditions in this presentation or the subsequent discussion period are forward-looking statements. Actual future results, including financial and operating performance; demand growth and mix; ExxonMobil's volume/production growth and mix; the amount and mix of capital expenditures; resource recoveries; production rates; rates of return; development costs; project plans, timing, costs, and capacities; drilling programs and efficiency improvements; product sales and mix; dividend and share purchase levels; cash and debt balances; corporate and financing expenses; and the impact of technology, including impacts on capital efficiency, production and greenhouse gas emissions, could differ materially due to a number of factors including global or regional changes in oil or gas prices, differentials, or other market or economic conditions affecting the oil, gas, and petrochemical industries and the demand for our products; reservoir performance; the outcome and timing of exploration and development projects; timely completion of construction projects; war and other political or security disturbances; changes in law or government regulation, including trade, sanctions, tax and environmental regulations; the outcome of commercial negotiations; the impact of fiscal and commercial terms; opportunities for investments or divestments that may arise; the actions of competitors and customers; the outcome of future research efforts; unexpected technological developments and the ability to bring new technology to commercial scale on a cost-competitive basis; unforeseen technical difficulties; and other factors discussed here and under the heading "Factors Affecting Future Results" in the Investors section of our web site at exxonmobil.com.  Any forward-looking statements regarding future earnings, cash flows, returns, volumes, new projects, or market strategies are as of the March 6, 2019 Investor Day except as specifically updated on this webcast.  All forward-looking statements are based on management's knowledge and reasonable expectations and we assume no duty to update these statements as of any future date.

- Forward-looking statements in this release regarding future earnings, cash flows, returns, volumes, new projects, market strategies, or key milestones refer to plans outlined at ExxonMobil's Investor Day held on March 6, 2019, except for our second quarter outlook on pages 11 through 13. The growth figures presented at that meeting are not forecasts of actual future results but were intended to help quantify future potential and goals of management plans and initiatives. See the complete March 6, 2019 presentation available in archive form (including the Cautionary Statement and Supplemental Information included with that presentation) on the Investors page of our website at www.exxonmobil.com for more detailed information. That material includes a description of the assumptions underlying these potential growth estimates including a flat real oil price of $60 Brent per barrel (which is not intended to be a forecast of future prices), downstream and chemical margins consistent with 2017 levels, and future gas prices consistent with our internal company plans, as well as a reconciliation of adjusted 2018 earnings used as a baseline.

# EXHIBIT 41



# Growing Upstream Value

## Spotlight on Guyana

**Liam Mallon**
**President, ExxonMobil Upstream Oil & Gas Company**

**JP Morgan Energy Conference**
**New York – June 18, 2019**

**ExxonMobil**

# CAUTIONARY STATEMENT

<u>Forward-Looking Statements</u>. Outlooks, projections, estimates, goals, discussions of potential, descriptions of business plans, objectives and resource potential, market expectations and other statements of future events or conditions in this presentation are forward-looking statements. Actual future results, including future earnings, cash flows, returns, margins, asset sales and other areas of financial and operating performance; energy supply and demand growth and investment requirements; the amount and mix of capital expenditures; project plans, timing, costs, and outcomes; efficiency gains; integration benefits; and the impact of technology could differ materially due to a number of factors. These include changes in oil, gas, or petrochemical prices and other market conditions affecting the oil, gas, and petrochemical industries; reservoir performance and revisions; timely completion of exploration and development projects and new capital investments; regional differences in product concentration and demand; regional price differentials, war and other political or security disturbances; changes in law, taxes or other government regulation, including environmental regulations, taxes, trade policy and political sanctions; the outcome of commercial negotiations; the actions of competitors and customers; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; unforeseen technical difficulties; and other factors discussed here and under the heading "Factors Affecting Future Results" in the *Investors* section of our website at *www.exxonmobil.com*. The forward-looking statements in this presentation are based on management's good faith plans, objectives and analysis as of the February 2, 2018 date of the Outlook for Energy, and the March 6, 2019 date of our Analyst Meeting presentation.  Each of these presentations is available separately on our website.  All forward looking statements included in this presentation and the assumptions made in developing them speak only as of the date of their original presentation.  Inclusion of such forward-looking statements in this material does not represent an update or confirmation of such statements or their underlying assumptions as of any later date. We have not independently verified third party forward-looking statements. We assume no duty to update these statements as of any future date and neither this presentation nor the continued availability of this material in archive form on our website should be deemed to constitute an update or re-affirmation of these figures as of any future date. Any future update of these figures will be provided only through a public disclosure indicating that fact.

<u>Important Additional References</u>.  See the Supplemental Information included at the end of this presentation for additional information, definitions and assumptions used to develop the forward-looking statements included herein, especially with regards to potential future earnings, as well as information required by Regulation G with respect to non-GAAP measures and definitions and additional information on other terms used including resources.

2

A-173

# EXHIBIT 42



# SECOND QUARTER 2019
# RESULTS

08.02.19

**NEIL HANSEN**
**VICE PRESIDENT, INVESTOR RELATIONS AND SECRETARY**

ExxonMobil

A-174

# CAUTIONARY STATEMENT

- Statements of future events or conditions in this presentation or the subsequent discussion period are forward-looking statements. Actual future results, including financial and operating performance; demand growth and mix; ExxonMobil's volume/production growth and mix; the amount and mix of capital expenditures; resource recoveries; production rates; rates of return; development costs; project plans, timing, costs, and capacities; drilling programs and efficiency improvements; product sales and mix; dividend and share purchase levels; cash and debt balances; corporate and financing expenses; and the impact of technology, including impacts on capital efficiency, production and greenhouse gas emissions, could differ materially due to a number of factors including global or regional changes in oil or gas prices, differentials, or other market or economic conditions affecting the oil, gas, and petrochemical industries and the demand for our products; reservoir performance; the outcome and timing of exploration and development projects; timely completion of construction projects; war and other political or security disturbances, including shipping blockades or harassment; changes in law or government regulation, including trade, sanctions, tax and environmental regulations; the outcome of commercial negotiations; the impact of fiscal and commercial terms; opportunities for investments or divestments that may arise; the actions of competitors and customers; the outcome of future research efforts; unexpected technological developments and the ability to bring new technology to commercial scale on a cost-competitive basis, including large-scale hydraulic fracturing projects; unforeseen technical difficulties; and other factors discussed here and under the heading "Factors Affecting Future Results" in the Investors section of our web site at exxonmobil.com.  Any forward-looking statements regarding future earnings, cash flows, returns, volumes, new projects, or market strategies are as of the March 6, 2019 Investor Day except as specifically updated on this webcast.  All forward-looking statements are based on management's knowledge and reasonable expectations and we assume no duty to update these statements as of any future date.

- Forward-looking statements in this release regarding future earnings, cash flows, returns, volumes, new projects, market strategies, or key milestones refer to plans outlined at ExxonMobil's Investor Day held on March 6, 2019, except for our third quarter outlook on pages 10 through 11. The growth figures presented at that meeting are not forecasts of actual future results but were intended to help quantify future potential and goals of management plans and initiatives. See the complete March 6, 2019 presentation available in archive form (including the Cautionary Statement and Supplemental Information included with that presentation) on the Investors page of our website at www.exxonmobil.com for more detailed information. That material includes a description of the assumptions underlying these potential growth estimates including a flat real oil price of $60 Brent per barrel (which is not intended to be a forecast of future prices), downstream and chemical margins consistent with 2017 levels, and future gas prices consistent with our internal company plans, as well as a reconciliation of adjusted 2018 earnings used as a baseline.

2

# EXHIBIT 43

# THIRD QUARTER 2019
# RESULTS
11.01.19



**NEIL HANSEN**
**VICE PRESIDENT, INVESTOR RELATIONS AND SECRETARY**

ExxonMobil

A-176

# CAUTIONARY STATEMENT

- Statements of future events or conditions in this presentation or the subsequent discussion period are forward-looking statements.  Actual future results, including financial and operating performance; demand growth and mix; ExxonMobil's volume/production growth and mix; the amount and mix of capital expenditures; resource recoveries; production rates; rates of return; development costs; project plans, timing, costs, and capacities; drilling programs and efficiency improvements; product sales and mix; dividend and share purchase levels; cash and debt balances; corporate and financing expenses; and the impact of technology, including impacts on capital efficiency, production and greenhouse gas emissions, could differ materially due to a number of factors including global or regional changes in oil or gas prices, differentials, or other market or economic conditions affecting the oil, gas, and petrochemical industries and the demand for our products; reservoir performance; the outcome and timing of exploration and development projects; timely completion of construction projects; war and other political or security disturbances, including shipping blockades or harassment; changes in law or government regulation, including trade, sanctions, tax and environmental regulations; the outcome of commercial negotiations; the impact of fiscal and commercial terms; opportunities for and regulatory approval of investments or divestments that may arise; the actions of competitors and customers; the outcome of future research efforts; unexpected technological developments and the ability to bring new technology to commercial scale on a cost-competitive basis, including large-scale hydraulic fracturing projects; unforeseen technical difficulties; and other factors discussed here and under the heading "Factors Affecting Future Results" in the Investors section of our web site at exxonmobil.com. Any forward-looking statements regarding future earnings, cash flows, returns, volumes, new projects, divestments, or market strategies are as of the March 6, 2019 Investor Day except as specifically updated on this webcast.  All forward-looking statements are based on management's knowledge and reasonable expectations and we assume no duty to update these statements as of any future date.

- Forward-looking statements in this release regarding future earnings, cash flows, returns, volumes, new projects, divestments, market strategies, or key milestones refer to plans outlined at ExxonMobil's Investor Day held on March 6, 2019, except for our fourth quarter outlook on pages 15 through 17. The growth figures presented at that meeting are not forecasts of actual future results but were intended to help quantify future potential and goals of management plans and initiatives. See the complete March 6, 2019 presentation available in archive form (including the Cautionary Statement and Supplemental Information included with that presentation) on the Investors page of our website at www.exxonmobil.com for more detailed information. That material includes a description of the assumptions underlying these potential growth estimates including a flat real oil price of $60 Brent per barrel (which is not intended to be a forecast of future prices), downstream and chemical margins consistent with 2017 levels, and future gas prices consistent with our internal company plans, as well as a reconciliation of adjusted 2018 earnings used as a baseline.

- Reconciliations and definitions of non-GAAP measures and other terms including Cash Flow from Operations and Asset Sales; Cash Flow from Operations and Asset Sales excluding Working Capital; Free Cash Flow; Leverage; and Divestments are provided in the supplemental information accompanying these slides.

2

A-177

# EXHIBIT 44



FOURTH QUARTER 2019
RESULTS
1.31.20

NEIL HANSEN
VICE PRESIDENT, INVESTOR RELATIONS AND SECRETARY

ExxonMobil

A-178

# CAUTIONARY STATEMENT

- Statements of future events or conditions in this presentation or the subsequent discussion period are forward-looking statements.  Actual future results, including financial and operating performance; demand growth and mix; ExxonMobil's volume/production growth and mix; the amount and mix of capital expenditures; resource recoveries; production rates; rates of return; development costs; project plans, timing, costs, and capacities; drilling programs and efficiency improvements; product sales and mix; dividend and share purchase levels; cash and debt balances; corporate and financing expenses; and the impact of technology, including impacts on capital efficiency, production and greenhouse gas emissions, could differ materially due to a number of factors including global or regional changes in oil, gas, petrochemicals, or feedstock prices, differentials, or other market or economic conditions affecting the oil, gas, and petrochemical industries and the demand for our products; reservoir performance; the outcome and timing of exploration and development projects; timely completion of construction projects; war and other political, public health, or security disturbances, including shipping blockades or harassment; changes in law or government regulation, including trade, sanctions, tax and environmental regulations; the outcome of commercial negotiations; the impact of commercial terms; opportunities for and regulatory approval of investments or divestments that may arise; the actions of competitors and customers; the outcome of future research efforts; unexpected technological developments and the ability to bring new technology to commercial scale on a cost-competitive basis, including large-scale hydraulic fracturing projects; unforeseen technical difficulties; and other factors discussed here and under the heading "Factors Affecting Future Results" in the Investors section of our web site at exxonmobil.com.  Any forward-looking statements regarding future earnings, cash flows, returns, volumes, new projects, divestments, or market strategies are as of the March 6, 2019 Investor Day except as specifically updated on this webcast.  All forward-looking statements are based on management's knowledge and reasonable expectations and we assume no duty to update these statements as of any future date.

- Forward-looking statements in this release regarding future earnings, cash flows, returns, project returns, volumes, new projects, divestments, market strategies, plans, or key milestones refer to plans outlined at ExxonMobil's Investor Day held on March 6, 2019, except for our 2020 perspectives on page 21. The growth figures presented at that meeting are not forecasts of actual future results but were intended to help quantify future potential and goals of management plans and initiatives. See the complete March 6, 2019 presentation available in archive form (including the Cautionary Statement and Supplemental Information included with that presentation) on the Investors page of our website at www.exxonmobil.com for more detailed information. That material includes a description of the assumptions underlying these potential growth estimates including a flat real oil price of $60 Brent per barrel (which is not intended to be a forecast of future prices), downstream and chemical margins consistent with 2017 levels, and future gas prices consistent with our internal company plans, as well as a reconciliation of adjusted 2018 earnings used as a baseline.

- Reconciliations and definitions of non-GAAP measures and other terms including Cash Flow from Operations and Asset Sales; Cash Flow from Operations and Asset Sales excluding Working Capital; Free Cash Flow; Leverage; Project Returns; and Divestments are provided in the supplemental information accompanying these slides.

# UNCONVENTIONAL BUSINESS **UPDATE**

**PERMIAN AND BAKKEN PRODUCTION[1]**

Koebd net



- Permian volume growth on schedule
  - 4Q19 production of 294 Koebd; 2019 production of 272 Koebd
  - Increase of 54% from 4Q18, 79% from 2018

- Development driving continuous improvement across key metrics

- Processing and takeaway capacity build-out progressing on plan

[1]See Supplemental Information

A-180

# EXHIBIT 45



2020
**INVESTOR DAY**
New York Stock Exchange | 03.05.20

A-181

# CAUTIONARY STATEMENT

**FORWARD-LOOKING STATEMENTS.** Outlooks, projections, goals, estimates, discussions of potential, descriptions of business plans, drilling plans and strategies, growth and capital plans, resource potential, market expectations, energy market evolution, time for technology adoption, and other statements of future events or conditions in this presentation or the subsequent discussion period are forward-looking statements. Actual future results, including future earnings, cash flows, returns, margins, asset sales and related proceeds, and other areas of financial and operating performance; demand growth and energy mix; ExxonMobil's production growth, volumes, development and mix; the amount and mix of capital expenditures; future distributions; proved reserves and other resource volumes; reserve and resource additions and recoveries; asset carrying values and future impairments; business and project plans, completion dates, timing, costs, and capacities; efficiency gains; operating costs and cost savings; integration benefits; product sales and mix; production rates and capacities; and the impact of technology, including to increase capital efficiency and production and to reduce greenhouse gas emissions, could differ materially due to a number of factors. These include global and regional changes in the demand, supply, prices, differentials or other market conditions affecting oil, gas, petroleum, petrochemicals and feedstocks; financing sources; population growth and global economic growth; reservoir performance and depletion rates; the outcome of exploration projects and the timely completion of development and construction projects; regional differences in product concentration and demand; war, trade agreements, shipping blockades or harassment and other political, public health or security concerns; changes in law, taxes or regulation, including environmental regulations, taxes, and political sanctions and international treaties; the timely granting of government permits; the resolution of contingencies and uncertain tax positions; the impact of fiscal and commercial terms and the outcome of commercial negotiations; opportunities for regulatory approval of potential investments or divestments; the actions of competitors and customers; the capture of efficiencies between business lines; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; unforeseen technical or operating difficulties; the ability to bring new technologies to commercial scale on a cost-competitive basis, including large-scale hydraulic fracturing projects; and other factors discussed here, in *Item 1A. Risk Factors* in our Form 10-K for the year ended December 31, 2019 and under the heading "Factors Affecting Future Results" in the *Investors* section of our website at *www.exxonmobil.com*. The forward-looking statements and dates used in this presentation are based on management's good faith plans and objectives as of the March 5, 2020 date of this presentation, unless otherwise stated. We assume no duty to update these statements as of any future date and neither future distribution of this material nor the continued availability of this material in archive form on our website should be deemed to constitute an update or re-affirmation of these figures as of any future date. Any future update of these figures will be provided only through a public disclosure indicating that fact.

**SUPPLEMENTAL INFORMATION.** See the Supplemental Information included on pages 157 through 162 of this presentation for additional important information required by Regulation G for non-GAAP measures as well as definitions of terms used in the materials, including earnings excluding effects of U.S. tax reform enactment and impairments, return on average capital employed (ROCE), operating costs, returns, unit cash operating costs, base asset cash, net cash margin, free cash flow, and resources.  Supplemental Information also includes information on the assumptions used in these materials, including assumptions on future crude oil prices and product margins used to develop outlooks regarding future potential outcomes of current management plans .

2

A-182

# KEY GROWTH PROJECT **PERMIAN**

## Maximizing value balancing production rates, resource recovery, and capital efficiency

### MAXIMIZING LONG-TERM VALUE

**DELAWARE BASIN DRILLING AND COMPLETION COSTS**[1]
Indexed to 2H18



### LOWER TOTAL DEVELOPMENT COSTS

**DELAWARE FRAC STAGE COMPLETION PER CREW PER DAY**[2]
Indexed to 2H18



- Drilling and completion costs decreased 23% in 2019

- Improved frac stage completion efficiency enabling reduction in crew levels and completion costs

[1] Drilling and completion costs for 10K foot lateral; 2020 full-year forecast
[2] Normalized for number of crews employed
See supplemental information

51

A-183

# EXHIBIT 46



FOURTH QUARTER 2020
RESULTS

2.2.21

STEPHEN LITTLETON
VICE PRESIDENT, INVESTOR RELATIONS AND SECRETARY

ExxonMobil

# CAUTIONARY STATEMENT

- Statements of future events or conditions in this presentation or the subsequent discussion period are forward-looking statements.  Actual future results, including financial and operating performance; demand growth and mix; planned capital and cash operating expense reductions and ability to meet or exceed announced reduction objectives; plans to reduce future emissions intensity and the expected resulting absolute emissions reductions; carbon capture results and the impact of operational and technology efforts; price and margin recovery; future cash flows, dividends, cash and debt balances, and capital allocation; volume/production growth and mix; the impacts of the COVID-19 pandemic and current industry oversupply conditions on ExxonMobil's business and results; resource recoveries; production rates; rates of return; development costs; project plans, timing, costs, and capacities; drilling programs and improvements; product sales and mix; and accounting and financial reporting effects resulting from market developments and ExxonMobil's responsive actions, including impairment charges resulting from changes in development plan strategy or potential divestments, could differ materially due to a number of factors including global or regional changes in oil, gas, petrochemicals, or feedstock prices, differentials, or other market or economic conditions affecting the oil, gas, and petrochemical industries and the demand for our products; the outcome of government policies and actions, including drilling policies, carbon policies, and actions taken to address COVID-19; the severity, length and ultimate impact of COVID-19 on people and economies and the timing and pace of regional and global economic recovery; the ability to access short- and long-term debt markets on a timely and affordable basis; the ability to realize efficiencies within and across our business lines and to maintain cost reductions without impairing our competitive positioning; the impact of company actions to protect the health and safety of employees, vendors, customers, and communities; reservoir performance; the outcome and timing of exploration and development projects; timely completion of construction projects; war and other security disturbances, including shipping blockades or harassment; political factors including changes in local, national, or international policies affecting our business; changes in law or government regulation, including trade sanctions, tax and environmental regulations; the outcome of commercial negotiations and impact of commercial terms; actions of competitors and commercial counterparties; actions of consumers; opportunities for and regulatory approval of investments or divestments that may arise, including the ability to reach mutually acceptable pricing and other terms; the outcome of research efforts and the ability to bring new technology to commercial scale on a cost-competitive basis; the development and competitiveness of alternative energy and emission reduction technologies; unforeseen technical or operating difficulties; and other factors discussed here and in Item 1A. Risk Factors of our Annual and Quarterly Reports filed with the SEC.  All forward-looking statements are based on management's knowledge and reasonable expectations at the time of this presentation and we assume no duty to update these statements as of any future date.

- Forward-looking statements in this presentation regarding project timing, returns, and results; targeted capital spending and operating expense reductions; market strategies; capital allocation; and other future plans, targets or key milestones refer to plans outlined in ExxonMobil's press release dated April 7, 2020 and subsequent public disclosures including our first, second, and third quarter earnings press releases and conference calls on May 1, July 31, and October 30, 2020, respectively. Forward-looking statements contained in our March 5, 2020 Investor Day materials were based on different plans and assumptions prior to the impacts of the COVID-19 pandemic and should not be relied upon to represent ExxonMobil's future business plans or results of operations.  Updates on spending and timing of certain projects have been provided, but are not meant to represent a complete view of all plans and projects that could be impacted by the current pandemic, the government responses to the pandemic, or other market factors.

- Forward-looking statements in this presentation regarding 2021-2025 plans to reduce capital expenditures and operating expenses, or plans to reduce carbon intensity and related emissions efforts refer to plans outlined in our February 1, 2021 press release and our February 2, 2021 press release.  Additionally information will be provided at our 2021 Investor Day.  Updates on spending and timing of certain projects have been provided, but are not meant to represent a complete view of all plans and projects that could be impacted by the current pandemic, the government responses to the pandemic, or other market factors.

- Reconciliations and definitions of non-GAAP measures and other terms are provided in the text or in the supplemental information accompanying these slides.

2

# STRENGTHENING PERMIAN PERFORMANCE
## Significantly improving operating and development metrics

**DRILLING RATES[1]**
Lateral feet per day; indexed to 2018



**DRILLING AND COMPLETION COSTS[1]**
Cost per lateral foot; indexed to 2018



- Permian development exceeding expectations

- 2020 drilling rates 50% better than plan
  - >20% better than 2019

- Drilling and completion costs ~15% lower than plan
  - >25% lower than 2019
  - ~2/3 of improvements due to performance
  - Fracture stages per day 30% better than 2019

See Supplemental Information for footnotes.

# EXHIBIT 47

**S&P Global**
Market Intelligence

# Exxon Mobil Corporation NYSE:XOM
# Shareholder/Analyst Call
## Wednesday, March 07, 2018 1:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

A-187

# Table of Contents

Call Participants ...................................................................... 3

Presentation ...................................................................... 4

Question and Answer ...................................................................... 19

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**2**

A-188

Case 3:21-cv-00194-N Document 70 Filed 11/24/21 Page 242 of 290 PageID 1146

# Call Participants

**EXECUTIVES**

**Andrew P. Swiger**
*Senior VP & Principal Financial Officer*

**Arthur A. Bottone**
*President, CEO & Director*

**Darren W. Woods**
*Chairman & CEO*

**Jack P. Williams**
*Senior Vice President*

**Jeffrey J. Woodbury**
*Former VP of Investor Relations & Secretary*

**Mark W. Albers**
*Former Senior Vice President*

**Michael J. Dolan**
*Former Senior Vice President*

**Neil A. Chapman**
*Senior Vice President*

**Unknown Executive**

**ANALYSTS**

**Alastair R Syme**
*Citigroup Inc, Research Division*

**Biraj Borkhataria**
*RBC Capital Markets, LLC, Research Division*

**Blake Michael Fernandez**
*Scotia Howard Weil, Research Division*

**Brendan Warn**
*BMO Capital Markets Equity Research*

**Douglas George Blyth Leggate**
*BofA Merrill Lynch, Research Division*

**Douglas Todd Terreson**
*Evercore ISI Institutional Equities, Research Division*

**Jason Gammel**
*Jefferies LLC, Research Division*

**Jonathon Rigby**
*UBS Investment Bank, Research Division*

**Neil Singhvi Mehta**
*Goldman Sachs Group Inc., Research Division*

**Paul Cheng**
*Barclays Bank PLC, Research Division*

**Paul Benedict Sankey**
*Wolfe Research, LLC*

**Philip Mulkey Gresh**
*JP Morgan Chase & Co, Research Division*

**Robert West**
*Redburn (Europe) Limited, Research Division*

**Ryan M. Todd**
*Deutsche Bank AG, Research Division*

**Sam Jeffrey Margolin**
*Cowen and Company, LLC, Research Division*

**Theepan Jothilingam**
*Exane BNP Paribas, Research Division*

**ATTENDEES**

**Unknown Attendee**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

A-189

Case 3:21-cv-00194-N Document 70 Filed 11/24/21 Page 243 of 290 PageID 1147

# Presentation

**Jeffrey J. Woodbury**
*Former VP of Investor Relations & Secretary*

[Presentation]

Ladies and gentlemen, good morning, and welcome to ExxonMobil's Analyst Meeting. We do very much appreciate you being here today, especially given the inclement weather. And we do look forward to a very engaging discussion this morning. For those that I've not had the opportunity to meet, my name is Jeff Woodbury. I am the Vice President and Secretary of the corporation.

Before we get started maybe just a few administrative matters. Of course, first, safety. There are 2 exits from this room. The first is in the front to the left of the stage. That is to my right. The second is out the back to the right, both of which will take you to a stairwell that will take you down to the street level. In case of emergency, there will also be an audible with a message providing instructions and, of course, there'll be staff here to guide us as well.

I'd also ask that at this moment, if you haven't already done so, if you can silence your electronic devices, so they don't disturb us during the meeting today.

Before we move on, I'll just comment on the picture that's behind us. This is the Hebron platform in Eastern Canada, and many of you will know that it started up in November of last year. The platform has the capacity produce about 150,000 barrels a day, and it has capability to store about 1.2 million barrels of oil for offloading.

Next, I'll draw your attention to our cautionary statement, which is found at the front of the material in front of you and the supplemental information that is in the back of the notebook. Of course, these statements contain information that are pertinent to today's discussion. You may also access our website for supplemental information that provides definition on some of the terms that we'll use today.

So with respect to the agenda, Darren Woods, our Chairman and Chief Executive Officer, will lead the discussion today with, as you see, the members of the management committee. Darren will begin by sharing some perspective on the business and summarize plans for growing portfolio value. We'll then showcase how we will deliver that value growth in each of our Upstream, Downstream and Chemical businesses. We'll close with a discussion on a review of our consolidated financial and investment plans. You'll note that we have 2 open discussion periods. One right after the Upstream review, and then the second one after all the remaining material is presented. I'll note also that we do have a break built-in for a quick stretch. After the conclusion of the morning session, as we advertised, we are going to have lunch with the ExxonMobil management on the seventh floor. For those that have confirmed, that will be at noon, and then we'll be back here in this room at 1 p.m. for a 90-minute session to talk about our global energy demand and how we are positioning the corporation for a lower carbon energy and importantly, the technological solutions that we think we're going to bring to society.

So with that, it's my pleasure now to introduce Darren Woods.

**Darren W. Woods**
*Chairman & CEO*

Good morning, everybody. I want to start by apologizing for my voice. Yesterday, I started losing it. So I'll try to speak as loudly as I can. But if you have trouble hearing me, please raise your hand and let me know, and I'll try to take it up a little bit more.

Thanks for coming out. Thanks for braving the threat of inclement weather. I can tell you, we are all very excited to be here. We're hoping to have a very productive conversation. I think you'll see from some of the materials, we've upped our disclosure a little bit with the intent of trying to have a more substantive conversation about our business. There's a lot different today, a lot more than just style. What you have in front of you, what we're going to be talking about is a lot of work that our organization has put in over the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# EXHIBIT 48

**S&P Global**
Market Intelligence

# Exxon Mobil Corporation NYSE:XOM

# Analyst/Investor Day

## Wednesday, March 06, 2019 1:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

A-191

# Table of Contents

Call Participants ........................................................................................ 3

Presentation ........................................................................................ 4

Question and Answer ........................................................................................ 30

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

A-192

Case 3:21-cv-00194-N   Document 70   Filed 11/24/21   Page 247 of 290   PageID 1151

# Call Participants

**EXECUTIVES**

**Andrew P. Swiger**
*Senior VP & Principal Financial Officer*

**Darren W. Woods**
*Chairman & CEO*

**Jack P. Williams**
*Senior Vice President*

**Neil A. Chapman**
*Senior Vice President*

**Neil A. Hansen**
*VP of Investor Relations & Secretary*

**ANALYSTS**

**Alastair R Syme**
*Citigroup Inc, Research Division*

**Biraj Borkhataria**
*RBC Capital Markets, LLC, Research Division*

**Blake Michael Fernandez**
*Piper Jaffray Companies, Research Division*

**Douglas George Blyth Leggate**
*BofA Merrill Lynch, Research Division*

**Douglas Todd Terreson**
*Evercore ISI Institutional Equities, Research Division*

**Gordon M. Gray**
*HSBC, Research Division*

**Jason Gammel**
*Jefferies LLC, Research Division*

**Jason Daniel Gabelman**
*Cowen and Company, LLC, Research Division*

**John Powell Herrlin**
*Societe Generale Cross Asset Research*

**Jonathon Rigby**
*UBS Investment Bank, Research Division*

**Neil Singhvi Mehta**
*Goldman Sachs Group Inc., Research Division*

**Paul Cheng**
*Barclays Bank PLC, Research Division*

**Paul Benedict Sankey**
*Mizuho Securities USA LLC, Research Division*

**Philip Mulkey Gresh**
*JP Morgan Chase & Co, Research Division*

**Roger David Read**
*Wells Fargo Securities, LLC, Research Division*

**Sam Jeffrey Margolin**
*Wolfe Research, LLC*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

A-193

EXXON MOBIL CORPORATION ANALYST/INVESTOR DAY | MAR 06, 2019

# Presentation

**Neil A. Hansen**
*VP of Investor Relations & Secretary*

Hi, good morning, and welcome to ExxonMobil's 2019 Investor Day. We very much appreciate you joining us this morning and we look forward to an engaging discussion. For those of who that I have not met, my name is Neil Hansen. I am the Vice President of Investor Relations and the Corporate Secretary. I want to begin by familiarizing you with the safety procedures here at the New York Stock Exchange. If you look around there are 2 exits from this room, one to left of the stage and one in the back. Both of these will take you to a stairwell down to the street level. In case of an emergency, there will be an audible message that will give instructions as to what to do and there will be stock exchange personnel available to provide us with instructions. Also I would like to ask that everyone please silence any electronic devices, both phones and tablets, so we're not disturbed during the presentation.

Next, I would like to draw your attention to our cautionary statement found in the front of the presentation material and our supplemental information at the back of the material. As you know, these statements contain information that is relevant to today's discussion and I encourage you to read them. You may also access our website at exxonmobil.com for additional information on factors that may affect our future results as well as supplemental information that provides the definitions for some of the terms that we will use today.

Let me begin by reviewing the agenda for today. Darren Woods, Chairman and Chief Executive Officer, will lead the presentation today with members from the management committee. Darren will begin with the discussion of the business fundamentals, supporting our investments, and our plans for growing portfolio value. Following that, Neil Chapman and Jack Williams will provide updates on Upstream, Downstream and Chemical business lines. And then Andy Swiger will close with a discussion and a review on our financial and investment plans.

We'll have an opportunity to take questions after the prepared remarks and then at the conclusion of our morning session, we will have lunch on the 7th floor of the stock exchange.

With that, it is now my pleasure to introduce Mr. Darren Woods, Chairman and CEO of Exxon Mobil.

**Darren W. Woods**
*Chairman & CEO*

Good morning, everybody. Welcome. It's good to be here this morning with all of you and have a chance to talk to you about our plans. Last year, we laid out a pretty aggressive plan to grow earnings, grow cash flow and improve returns at the same time. Today we're looking forward to taking you through the progress we've made on those plans and showcasing the upside that we've identified in the year since we last met.

As Neil said, each member of the management team is going to take you through their perspective of our plans and then we will end with a group discussion up here answering any of your questions.

Since last year, I've spent quite a bit of time engaging with our shareholders, making sure the people have a clear understanding of the direction that we're taking our business. And today, we hope to add to that understanding. We want to talk about what we're doing, why we're doing it and the progress that we're making. Neil and Jack are going to explain in a lot more detail than we've historically shared that for their businesses, and then Andy is going to wrap that up and translate that into the financial success that we see for our company.

I'm going to cover 5 topics. I want to cover the progress that we're making on the plans that we've outlined and the exciting upside that we've identified. I want to provide a basis for the plans and by giving an overview of the business fundamentals that really underpin and drive our decision making.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N    Document 70    Filed 11/24/21    Page 249 of 290    PageID 1153

Five global businesses, that sets the foundation. But it's not sufficient, in our opinion. Because of the importance of this portfolio that I mentioned further, it is critical in the Upstream business that we have the most competitive portfolio. So we have a group that looks across these 5 global businesses. Their responsibility is to ensure we're bringing quality at the front-end of the pipeline. Their responsibility is to make sure that when appropriate we're divesting assets when it's more value to others than it is to ourselves. And all of these are supported by global functional support groups. This is this functional excellence that Darren talked about. The best way I could describe to illustrate will be the drilling organization. We have great competencies in drilling. It's arguably what the highest risk area in the Upstream business. I don't want to dilute that by putting drilling organizations in all 5 global businesses. We keep it concentrated, and we allocate those resources out to the global businesses. This organization reduces the interfaces internally and externally. It's much more focused on value creation. In addition, across the corporation we've taken the opportunity to bring all of our projects organization into one group. Historically, we've had a Downstream and Chemical projects organization and an Upstream projects organization. Because of the level of the activity and because of the desire to make sure we're focused on the most important investments, we've consolidated projects at the same time into one group.

So let me get back to the main point, which is to focus on where we're doing, how we're doing versus what I said last year. On the chart in front of you, that's the high-level recap of what I said when I stood here last year. Darren mentioned it. We have the best portfolio of opportunities since the merger of Exxon and Mobil. They were based on 5 opportunities, 1 in the unconventional space, 2 liquefied natural gas, 2 deepwater. All of these are attractive across the range of prices. In other words, as I said last year, they're going to generate more than double-digit return at $40 a barrel crude oil for liquids, $5 per million BTU for gas. So right at the bottom of the cycle, these are double-digit return projects, which illustrates the quality of the projects and it illustrates the robustness. And if we sum all of those together, what I said last year is those 5 projects will generate 50% of the Upstream earnings by 2025, a pretty big change. The update is simple. As I've said, we're exceeding those plans, and we have identified very significant upside in the Permian and in Guyana in the last 18 months.

I didn't show our plans in this format last year. This is something we look at internally. What's important for us is we have competitively advantaged portfolio. And this chart represents what we said last year. The red lines are ExxonMobil, the gray bars are the range from our major peers, the 5 -- 4 -- 5 other IOCs. And this is looking at operating cash flow, top -- total operating cash flow at a constant $60 a price -- $60 a barrel price. So you can see in '19-'20 period the plans that I laid out last year, we would be middle of the pack in terms of cash flow versus the peer group, and I said at the end of this period, we would be leading the pack, and that's why that red line is at the top of the gray bar. When we roll over and look at what we've done in the last 18 months, you can see there is quite considerable upside. We're up something between 6% and 7% in the '19-'20 period. We're up close to 10% in the '24-'25 period and put a very significant gap between ourselves and competition. This is all based on WoodMac third-party data.

Our average cash flow growth over this period is quite an extraordinary 7% per year, significantly ahead of the peer group, of course. So let me pick up each of these in turn, and we're going to start with unconventionals, and I'm going to start with the Permian. This is the volume outlook that I laid out last year. If you remember, we had the Bakken at the bottom about 200 Koebd, and I said we would grow this Permian business to 600 Koebd at the end of this period. And remember I said there is some high side flexibility, and why did we say that? Well, one of the reasons was we made a very significant acquisition from the Bass family in the Delaware Basin in 2017. So we based our plans on what we knew at that time. We significantly changed those plans, enhanced the plans in the last 12 months.

Let me start with the red squiggly line first, and that represents our actual production over this period. And you can see the red line in 2018, we met our plan. Our volumes in the Permian were up about 100% from the end for fourth quarter 2017 to the end of the fourth quarter 2018. But as we go forward, you can see the capacity we've added as a result of better understanding or delineating this resource. We're now up to 1 million barrels a day in 2024 in the Permian alone. And I would tell you, our estimates is these are all a double-digit return now at less than $35 a barrel. That's how competitive the Permian has become. So how come, Chapman, you end up telling us this last year and you've increased it so much in a year? And I would tell you, it's a combination of 2 things. One is this delineation, this understanding of what's in the Delaware Basin, and we've done a lot of work in that area. The other one is what I describe internally

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

A-195

as applying the ExxonMobil machine to this resource. And I'm going to come back and explain what I mean about the ExxonMobil machine in the subsequent or following slides.

Let me first remind you of the resource and remind you of our position. I showed this little graphic last year. The red blobs are ExxonMobil's acreage. I said we have 1.8 million acreage in the Permian Delaware basins. As everybody who follows the Permian understands, most acreage ownership in the Permian is somewhat of we call a checkerboard acreage. People have a square mile here and have a square mile here and a 1.5 square miles there, but different ownership between those blocks. What makes our blocks different is the contiguous nature of the blocks and the large scale or the large size. You can see that in the Delaware in that sort of central north plateau. Yes, I like to call it a figure 8. I know you got to be pretty imaginative to see it as a figure 8, but it's a large contiguous block, and to illustrate the size, that's about 50 miles north to south and anywhere up to 10 miles plus east to west. It is very, very different from typical acreage in either the Midland or the Permian Basin.

In fact, I would tell you, if you would to draw the map for all of competition, there are very few blocks like this. Importantly, it's not only large we operated. We can control our own destiny. A lot of acreage is in joint ventures or operated by others. We have a very high percentage. Ours, as we go through this development plan, will be well in excess of 90% operatorship. So that is our acreage. We currently estimate still about 10 billion oil-equivalent barrels of resource, but I would tell you, we haven't done -- we haven't relooked at that estimate in the last 6 months. We know there's considerable upside. We'll probably come to that in the coming months. I would also tell you that this is our acreage as it stands today. We're extraordinarily active in terms of bolt-on and expanding that acreage to increase the size of these large contiguous blocks.

It's not just large, this resource is complex. And I would suggest to you it's often oversimplified by the observers. The graphic on the left-hand side illustrates the stacked pay intervals or stacked pay or horizontal benches. There are varying reservoir characteristics, not just between the Delaware and the Midland, but within the Delaware and within the Midland. There are different characteristics on each of these horizontals benches. And how does that manifest itself? Well, there's different levels, different percentages of oil, different percentages of NGLs, different percentages of gas. And when you just look at Koebd, which is a statistic that's often talked about in this industry, it doesn't tell you the value. In some areas there is a much higher gas content, and when there's a higher gas content, it would appear that you have much higher volumes. We're very fortunate that in our Delaware Basin, we have a very high concentration of liquids, which brings considerable value. We spent a lot of time delineating this resource and that manifests itself in a whole range of tests, some of which I have listened -- I have listed down here.

It's very clear to us that maximizing resource recovery from this play comes from efficient development of the stacked benches. We observe in the industry, there are plenty out there who will drill up and they will complete the most prospective horizontal bench. They will get great initial production. You can get great initial production, it's very, very easy to do. The statistics look terrific. And then they go off and they go down 2 miles down the road, and they'll drill another, Wolfcamp A or Wolfcamp B, to get a really high IP. When you do that, you leave a lot of resource behind. There was a recent article in one of the national media about this parent-child phenomenon. It is -- we think it is absolutely correct. If you drill up 1 bench or 2 bench and then go away and expect to come back in years to come to drill up those other benches, you will find you will not be able to extract the same amount of resource. There is communication between these benches. There is a certain amount of energy in this reservoir and when you drill some up, that energy starts to dissipate. You need the energy, you need the gas to drive the liquids out. So a little graphic there of what we call the gun barrel diagram suggests, and I'm not saying we do this in every location, but in some locations it will make far more sense to get the maximum recovery to drill up all the horizontal benches at the same time. You need to understand the resource to know the best way to get the best value.

So what's all this led to? It's led to a unique development plan that we have established during the last 18 months. It is significantly different from competition, and why is it significantly different? Because it's based on this contiguous large acreage. You can't do what I'm going to talk about unless you have large blocks of contiguous acreage. That enables you to develop this resource on a very large and very

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N   Document 70   Filed 11/24/21   Page 251 of 290   PageID 1155

efficient scale. And it allows you to apply the ExxonMobil machine. What I mean by the ExxonMobil machine is ExxonMobil's large project capacity. We have been involved in the largest projects in the world more successfully than any of our competitors in the last 2 decades. We can now apply that capability to this resource. We can leverage the corporate scale. We can leverage the financial capacity of this corporation. We can now leverage the technical capacities to go after a very complex resource in the most efficient way. And as Jack will describe later on, because of our refining and chemicals footprint, we can link the resource to our refining and chemicals footprint through participating in the logistics network and therefore, ensuring that when there's a price connect in the Permian, it doesn't impact ExxonMobil because we get the full value of the Gulf Coast.

And I want to go into a little more detail on this. The southern section of what I call my figure 8 is an area called Poker Lake, and I'm just going to blow that up and briefly going to show you how this all translates into our development plan. This plan is based on efficient multi-well pads arranged in what we call development corridors. These corridors are up to 10 miles in length, not possible unless you've got 10 miles in length of contiguous acreage. The blue squares here represent multi-well pads. The number of well pads, I can tell you, varies. It varies dependent on where you're drilling. But the key is to develop all the geography. So these well pads are drilling north, south, east and west, a big circle to make sure that we're covering all the geology -- geography, that also looking at how many horizontal laterals or benches we are drilling going into the ground, and that will depend on your understanding of the resource. In some cases, as I said, we're going to drill all of those benches all at one time. And then we're going to move the drill pad further. The key here is to maximize the resource recovery in the most efficient way, and it involves understanding the resource and extraordinary planning.

So let me pick up one of those horizontal wells, these developments, these package of wells that you see on the chart here. Because what it enables you to do is to get great efficiencies in capital and operating expense. We drill and complete in what I described as the optimum fashion. We move the rigs from one pad to another. We don't have to pick them up and move them across somebody else's property. Typically these rigs are about 0.75 mile, well pads 0.75 mile apart. Once we've drilled several of these pads, we'll move the drilling rigs down, then we will bring in the frac crews, the fractionation crews. What that will result in, and I'll give you the heads-up, in a lumpy volume profile. It won't be a smooth increase, you'll see it lumpy as we bring in the frac crews after drilling up a lot of wells. It then allows us to design the optimum size for all of the associated separation facilities and compression facilities. In this business, when you pull out the oil and gas, there's oil, there's gas, there's NGLs, there's water, sand. You got to separate all of this stuff. You then got to compress it or pump it to wherever the destination is. What this approach allows you to do is design one and build many. The costs in the Permian Basin, obviously, will come under inflationary pressure with this amount of activity. If you can design one set of modules like the separation facilities you see in the small picture here, we modularize them, build them outside of the basin and then we bring them in. It's a much more efficient way of doing it. It allows you to simplify your set of logistics pipeline and evacuation facilities. Unlike most producers, we plan to control our own destiny in this area. We're going to put our own logistics and capacity in. It reduces downtime. It reduces production interruptions, and more importantly, it retains value for us.

Each production area such as Poker Lake that I've described here has this one central collection point. On the Delaware, all those collection points tie into the Wink terminal. That's the terminal -- major terminal we purchased last year. It's a very capital efficient gathering system, and of course, we've not stopped at Wink; we go all the way to the Gulf Coast. So this approach is different and it relies on those components of scale and having the large acreage. We spent a lot of time in 2018 delineating, and I would tell you, we're not finished doing that. It does result in a larger higher initial upfront investment in infrastructure. You will see that with our development plan and you did see it last year. But we think it's the most capital efficient way to go and you can run up volumes quickly.

That's the basis of the development plan. I have no doubt it will change in time. We also anticipate the application of fundamental technology on this resource will bring additional value. I have 3 examples here. I am not going to have time to talk about them. The first one is what I said earlier on about understanding how to frac the rock with the application of fundamental physics which we have in the corporation, which we believe will point us in that direction of getting that recovery from 10% recovery of hydrocarbons to something higher.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N Document 70 Filed 11/24/21 Page 252 of 290 PageID 1156

On the right-hand side, I just illustrate the use of digital. We recently announced a partnership with Microsoft. There is an enormous quantity of data in the Permian, enormous quantity. But data is only as good as your analytical capability to understand it and use it. Of course, sensors are very cheap these days and what we're doing with Microsoft is an enormous analytical capability, not just of what we are understanding but the industry as well. We see the potential in this area as to be very exciting.

And then in the spirit of transparency, I decided I would show you the financial results that we expect from this development. So on the chart here, we're just looking at the Permian. This is all at constant $60 a barrel, $3 per million BTU gas. And you can see on the left-hand side is our estimated earnings, on the right-hand side is our estimated operating cash flow, and I've also drawn in the line of $40 a barrel. You can see even at $40 a barrel, it's a very significant earnings contributor. On the right-hand side, just to turn to cash flow, $10 billion at the end of this period. We expect $3-plus billion at $60 a barrel price set this year in the Permian. Underneath the operating cash flow, I just referenced 2 bullets. We expect after capital expenditure to break even in 2021 in this business. And by 2023, after capital expenditure, we'll be generating something in the region of $5 billion.

So that's the Permian. It's a big change from last year. Let me now talk about our deepwater developments. And I'm going to talk about Guyana and Brazil, of course, but I thought this was an interesting way of starting. Again, this is third-party data, it's WoodMac data, and it compares our investments in Guyana and Brazil. And Brazil is just the Carcara investment, it's none of the future investments.

What WoodMac have done is they've compared all the deepwater growth projects that are going to be FID between '19 and '23 all around the world. And it compares them on rate of return on the vertical axis and the Brent even price cost of supply for a 10% return on the horizontal axis. The size of the bubble is the NPV10 of the projects. So I think if you just stand back you can see the quality of these 2 developments compared to anything in the industry, and as I will talk about in a moment both in Guyana and Brazil, we don't believe this represents where we're going to end up.

Let me start with Guyana. My headline on Guyana is simple. The success story that I highlighted last year has continued. We ended up with 5 new discoveries in the Stabroek block in 2018. We've already had 2 new discoveries in 2019 in Haimara, which is right down on the border with Suriname and Tilapia.

I would tell you we're still to quantify those last 2 discoveries. But last year, I said we'd increased our resource to 3.2 billion oil-equivalent barrels, as you can see from the number that was on the chart. We've close to doubled that in just 12 months. And I would tell you there's considerable potential remains. The more we discover, the more we're understanding about the geology, the more prospects we think there are in this basin. We're already planning for at least 10 more exploration wells in this block in 2019-2020. We have 3 drill ships in the basin today on exploration, on appraisal and on development. And I did include this little map to make an important point. This is a very large block. You can see end to end, it's close to 300 miles. Also looking at that block, you can see where our discoveries are. They're all in the southeast corner of this block. It has been well noted in the public around the border dispute with Venezuela, it's a long, long way from where our discoveries are and where our activity is, and there's no dispute between the countries around the area where we are exploring and where we've had our discoveries so far.

How does that translate in terms of production? Well, this is what I told you all in the second half of this year. From last year's analyst meeting, investor meeting, we said there's was going to be 3 FPSOs, we up that to 5. We've increased our outlook production from 500 to 750. But I've already been asked the question since I came in here this morning, are you still sticking with the 750. Well the answer is yes, I'm still sticking with the 750. But I've already told you that we've had a whole series of more discoveries and we haven't put that into a development plan yet. Last year I said we are moving very, very quickly to get this oil into the market. We've had really strong support and a great partnership with the Guyanese government.

President Granger implemented a new Ministry of Energy last year, Dr. Bynoe is heading that up. There's a great partnership between the operators, ourselves and the government. We're getting great support. Our first production -- our first oil production, I said last year, would be less than 5 years after

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N Document 70 Filed 11/24/21 Page 253 of 290 PageID 1157

discovery. That's 4 years ahead of the industry average for deepwater from discovery to production. And we're pushing to do better. I said we would have that boat online in the first quarter of next year. We will certainly do that, and we're hoping to do a little bit better than that. This charts gives you more update on each of those first 3 phases of development. The first boat is 120 Kbd, that's the one that will be in Guyanese waters in the third quarter of this year. There's a little picture, we can see it's under construction there. The top side modules have been installed, all the integration process is going in place. The second boat, Liza Phase 2, is about double the size of the first one. We're going to FID that this year. Our plan is to FID that in the first quarter of this year. That is on schedule for start-up in 2022. The third boat is Payara, or a combination now of Payara and Pacora discoveries, similar size boat. We also plan to FID that boat this year as well with an expectation that we'll start that up in 2023. And of course, I know a lot of you want to know, okay, what are you doing about boats 4 and 5. Well, we're in the early stage development planning of boats 4 and 5, but the more discoveries we make the more it's impacting, of course, those developments. But we will have them online certainly before the end of this period, '24 and '25.

In terms of Brazil, Carcara is the development that we talked about last year, a very, very attractive resource. We did what we said we're going to do. We farmed into the BM-S-8 block, you can see that block on the little map there, right next to North Carcara. In the North Carcara, we drilled an appraisal well last year. The analysis of that is ongoing. We'll drill a second appraisal well in North Carcara. We drilled an exploration well in BM-S-8. All of that is confirming of what we thought before. Our design concept is going to be finalized in the second quarter of this year. We anticipate first oil boat. Currently, we're still on this 220 Kbd boat will be in production sometime in '23 and '24. Very attractive double-digit return at $40 a barrel. Also in this area, we captured an adjacent block called Uirapuru last year, and we're going to do some exploration planning -- drilling on that this year and next year.

Darren talked about the exploration acreage that we added. The chart on the right there illustrates the scale of our activity versus last year. We acquired an additional 840,000, what I called, highly prospective acres in the 3 bid rounds last year, more than anybody else. So why did we do that? Well, we can see something under the surface. You never know until you drill it, you never know until you do it, but we absolutely see something in there which caused us to bid at the rates to secure that acreage. And I think it just reinforces the concept I was talking about earlier on, this continuous investment in technology to understand the subsurface. Exploration's no guarantee of success. But that's the basis we did this, and we're getting after it. We plan to drill more than 5 exploration wells in the next 2 years in the Campos, Santos and Sergipe basins.

We talked LNG. The chart on the left-hand side, Darren showed the demand line for gas earlier on. This is the supply and demand for LNG for the industry. Of course, gas grows at, Darren said, 1.2%, 1.3% per year. Liquefied natural gas grows at closer to 5% a year. It's by far and away the highest growth part of the gas business. Industry expects that demand will exceed 460 million tons a year by 2025. We anticipate the projects that are under construction today will satisfy 90% of the 2025 demand, which means significant capacity is required after that. This is a fast growing market. And our focus is to ensure that we have the most competitively advantaged liquefied natural gas capacity in the industry.

So our gas has to be at less than $5 per million BTU to get a 10% return, and that's what PNG and Mozambique are. On the right-hand side, you can see the IOC production capacity and growth plans through 2025. Again, this is WoodMac data. You can see we're the second largest in terms of equity capacity today, and we're adding an additional 12 million tons equity by 2025. And I'm going to discuss the 3 projects we have in that mix, Mozambique, Papua New Guinea and Golden Pass, in the following slides.

I would also tell you this is a fast growing business. We all well aware that there are other potential liquefied natural gas opportunities out there in the industry. It is well documented. But this is all about managing the portfolio that I talked about before. If we see value accretive opportunities out there and, it's an important and, if we believe that we can execute those projects to the quality that we expect of ourselves, we have the capacity to go after them. We know that some of these projects won't meet the same time schedule, some will go faster, some will go slower. That's all of what it's about managing

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

A-199

# EXHIBIT 49

# THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## XOM - Q1 2019 Exxon Mobil Corp Earnings Call

## EVENT DATE/TIME: APRIL 26, 2019 / 1:30PM GMT

### OVERVIEW:

XOM reported 1Q19 earnings of $2.4b or $0.55 per share.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## APRIL 26, 2019 / 1:30PM, XOM - Q1 2019 Exxon Mobil Corp Earnings Call

### CORPORATE PARTICIPANTS

**Jack P. Williams** *Exxon Mobil Corporation - SVP*

**Neil A. Hansen** *Exxon Mobil Corporation - VP of IR & Secretary*

### CONFERENCE CALL PARTICIPANTS

**Biraj Borkhataria** *RBC Capital Markets, LLC, Research Division - Analyst*

**Blake Michael Fernandez** *Piper Jaffray Companies, Research Division - MD & Senior Research Analyst*

**Douglas George Blyth Leggate** *BofA Merrill Lynch, Research Division - MD and Head of US Oil and Gas Equity Research*

**Jason Gammel** *Jefferies LLC, Research Division - Equity Analyst*

**Jason Daniel Gabelman** *Cowen and Company, LLC, Research Division - VP*

**Jonathon Rigby** *UBS Investment Bank, Research Division - MD, Head of Oil Research and Lead Analyst*

**Neil Singhvi Mehta** *Goldman Sachs Group Inc., Research Division - VP and Integrated Oil & Refining Analyst*

**Philip Mulkey Gresh** *JP Morgan Chase & Co, Research Division - Senior Equity Research Analyst*

**Roger David Read** *Wells Fargo Securities, LLC, Research Division - MD & Senior Equity Research Analyst*

**Sam Jeffrey Margolin** *Wolfe Research, LLC - MD of Equity Research & Senior Analyst*

### PRESENTATION

**Operator**

Good day, everyone. Welcome to this ExxonMobil Corporation First Quarter 2019 Earnings Call. Today's call is being recorded.

At this time, I'd like to turn the call over to the Vice President of Investor Relations and Secretary, Mr. Neil Hansen. Please go ahead, sir.

---

**Neil A. Hansen** *- Exxon Mobil Corporation - VP of IR & Secretary*

All right. Thank you, and good morning, everyone. Welcome to our first quarter earnings call. We appreciate your participation and continued interest in ExxonMobil. This is Neil Hansen, Vice President of Investor Relations. Joining me on the call today is Jack Williams. Jack is a Senior Vice President and member of the Management Committee with responsibilities for the projects organization and the Downstream and Chemical business lines. After I review the quarterly financial and operating performance, Jack will provide his perspectives in the quarter and give updates on the significant progress made in a number of key areas across the business that will generate accretive value for our shareholders. Following Jack's remarks, we'll be happy to take your questions.

Our comments this morning will reference the slides available on the Investors section of our website. I'd also like to draw your attention to the cautionary statement on Slide 2 and the supplemental information at the end of the presentation.

Moving to Slide 3. I'll now highlight our first quarter financial performance.

Over the past few month, we made excellent progress on our growth projects, with several key final investment decisions and continued exploration success. We also remain on track with plans to increase production in the Permian basin to 1 million oil-equivalent barrels per day by 2024. In fact, growth in the Permian during the quarter supported a 5% year-over-year increase in liquids volumes.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



A-201

## APRIL 26, 2019 / 1:30PM, XOM - Q1 2019 Exxon Mobil Corp Earnings Call

The first quarter was also characterized by solid operating performance including the successful execution of scheduled maintenance across a number of our downstream facilities. The impressive progress in the first quarter was achieved in a margin environment that for both the Downstream and Chemical business lines was extremely challenging.

In addition, North American crude differentials narrowed significantly, eliminating the large arbitrage opportunities that our logistics allowed us to capture in the fourth quarter. So while the fundamentals and demand growth that underpin our investments remain strong, near-term supply and demand imbalances pressured margins, in fact, in the Downstream, the lowest levels we've seen in the last decade.

Earnings per share for the quarter were $0.55 including a negative $0.04 per share impact from asset impairments. All in all, the results were in line with our expectations given the margin environment we experienced during the quarter.

I'll now go through a more detailed view of developments since the fourth quarter, starting first with the Upstream. Average crude oil prices were lower than the fourth quarter, with Brent down $4.56 and WTI down $4.22. However, despite the decline in crude markers, ExxonMobil's liquids realizations increased by $2.32, driven by improved Western Canadian differentials.

Gas realizations on the other hand were down in the first quarter, consistent with crude-linked LNG pricing lag and a $0.50 decline in Henry Hub pricing.

Production in the Permian averaged 226,000 oil-equivalent barrels per day, an increase of 19% relative to the fourth quarter and more than double the average production we saw in the first quarter of last year.

Exploration success continued offshore Guyana with 3 additional discoveries since the beginning of the year. In February, we announced discoveries at the Tilapia and Haimara wells, and the Yellowtail well, which we announced last week, marked our 13th discovery on the Stabroek block. These discoveries add to the previously announced estimated recoverable resource of approximately 5.5 billion oil-equivalent barrels.

We also discovered a major natural gas reservoir with the Glaucus-1 in Cyprus, made a final investment decision to proceed with development of the Golden Pass LNG project and made significant progress on another key project in our LNG portfolio, which the signing of the gas agreement with the PNG government to support the Papua LNG expansion.

In the Downstream, industry refining margins weakened due primarily to excess gasoline supply. As I mentioned, North American differentials narrowed in the first quarter with increased takeaway capacity in the Permian and production curtailments in Western Canada. From an operational standpoint, we successfully completed a heavy slate of scheduled maintenance, in part to prepare for the upcoming IMO 2020 sulfur spec change.

We announced final investment decisions for the Singapore resid upgrade project, the Fawley hydrofiner and the light crude expansion project in Beaumont. These advantage investments will increase our capacity to produce higher-value products, including ultra-low sulfur fuels and Group II premium lubricant basestocks.

Although fundamentals remained strong in the Chemical business, margins were challenged during the first quarter with supply length from recent industry capacity additions pressuring realizations. Supported by continued demand growth, our volumes in the Chemical business increased by 100,000 tons. We also progressed a polyethylene expansion at Beaumont, which is on track to start up in the first quarter, and we funded 3 major olefin derivative projects on the U.S. Gulf Coast.

Moving to Slide 5 for an overview of Upstream volumes. Production in the first quarter of 2019 was 4 million oil-equivalent barrels per day, in line with the production in the fourth quarter of last year. Again production in the Permian increased by 36,000 oil-equivalent barrels per day, a 19% increase, bringing total production in the Permian to 226,000 oil-equivalent barrels per day in the first quarter. This impressive growth was more than offset by lower Kearl output and natural fuel decline.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

A-202

Looking at first quarter production relative to the same period of last year, shown on the bottom left chart, liquids volumes increased 5%. Growth of 126,000 oil-equivalent barrels per day in the Permian drove volumes higher. The absence of the PNG earthquake and lower maintenance in Canada and Qatar also contributed to an increase in volumes.

Warmer weather in Europe led to lower seasonal gas demand, but again overall, volumes were higher by more than 90,000 oil-equivalent barrels per day compared to the first quarter of last year.

Moving to Slide 6 and a review our first quarter results compared to the fourth quarter of 2018. First quarter earnings of $2.4 billion were down $3.7 billion. Upstream earnings were down approximately $400 million driven by the impact of fewer sales days in the quarter, higher maintenance in downtime, notably at Gorgon, and the absence of various onetime items that impacted our fourth quarter results.

Downstream earnings decreased by $3 billion with several factors contributing to the lower results, narrowed North American differentials, lower industry margins, the absence of fourth quarter asset sales in Germany and Italy and derivative impacts. And I'll provide more details on these drivers on upcoming slides.

Finally, our Chemical earnings were lower by $200 million primarily driven by the absence of a favorable non-U.S. tax item in the fourth quarter and Chemical margins remained under pressure with recent industry capacity additions.

Turning to Slide 7, I'll expand on the business drivers that impacted our Downstream results, again, relative to the fourth quarter. Downstream results for the first quarter were a loss of $256 million, a decrease of $3 billion compared to the fourth quarter of last year, driven by the absence of the Germany retail and Augusta refinery asset sales and unfavorable margin impacts of approximately $2 billion. These unfavorable margin impacts are in line with the drivers that we previously communicated, with the largest impact due to narrowing crude differentials, again mainly in Western Canada, that resulted in about half of the unfavorable margin impact.

In addition, industry refining margins were lower, driven by excess gasoline supply and a tightened clean-dirty product spread. Finally, the absence of favorable mark-to-market derivative impacts in the fourth quarter, which were the result of a declining oil price environment combined with the unfavorable impact in the first quarter as a result of a rising oil price environment, resulted in a negative book margin impact of more than $600 million quarter-on-quarter.

On Slide 8, I'll provide a more detailed view of the current margin environment in the Downstream. The chart on the left of the page plots industry refining margins over time, and clearly shows that the industry is inherently volatile. In the first quarter, industry refining margins were among the lowest we've seen in the last 10 years. Low conversion margins were relatively strong supported by fuel oil and distillate. However, high conversion margins were challenged with weak gasoline, NAFTA and LPG crack spreads. High refinery utilization drove oversupply of these products.

Slide 9 provides some additional perspective on the current chemical margin environment, and again, the chart on the upper left there shows the amount of polyethylene capacity added by year since 2009 compared to the annual growth in demand over that same period.

Chemical demand remains strong and is expected to grow at approximately 3% per year or 1.2x global GDP. However, recent capacity additions have outpaced demand, depressing global PE margins, as shown on the bottom left chart. On the U.S. Gulf Coast alone, the industry has added nearly 5 million tons of capacity since 2017, in great part to capture the advantage of low-cost ethane feedstock. As a result, polyethylene margins have declined by approximately 45% since 2015, reflecting the cyclical nature of the Chemical business.

Moving to Slide 10, which provides a review of our cash profile for the first quarter. First quarter earnings when adjusted for depreciation expense and changes in working capital yielded $8.3 billion in cash flow from operating activities. We experienced a $1.3 billion working capital release during the quarter. This was mostly offset -- this is mostly due to higher seasonal payables balances, which were primarily tax related, and an inventory release in the Downstream. This occurred as we drew product inventories booked prior to plant maintenance turnarounds.

Other noncash items had a negative impact of approximately $1 billion, which most notably included the reinvestment of equity company earnings as part of the Tengiz Expansion project.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**THOMSON REUTERS**

# EXHIBIT 50

**S&P Global**
Market Intelligence

# Exxon Mobil Corporation NYSE:XOM
# FQ3 2019 Earnings Call Transcripts

## Friday, November 01, 2019 1:30 PM GMT

## S&P Global Market Intelligence Estimates

|  | -FQ3 2019- | | | -FQ4 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.66 | 0.68 | ▲3.03 | 0.78 | 2.69 | 3.98 |
| **Revenue  (mm)** | 65864.29 | 65049.00 | ▼(1.24 %) | 65647.73 | 267538.35 | 270637.58 |

Currency: USD
Consensus as of  Nov-01-2019 1:08 PM GMT



**- EPS NORMALIZED -**

|  | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2018** | 1.09 | 1.50 | ▲1 37.61 % |
| **FQ1 2019** | 0.73 | 0.55 | ▼2 (24.66 %) |
| **FQ2 2019** | 0.71 | 0.61 | ▼3 (14.08 %) |
| **FQ3 2019** | 0.66 | 0.68 | ▲4 3.03 % |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

A-204

# Contents

**2**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ........................................................................... | **3** |
| **Presentation** | ........................................................................... | **4** |
| **Question and Answer** | ........................................................................... | **8** |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**2**

A-205

Case 3:21-cv-00194-N   Document 70   Filed 11/24/21   Page 262 of 290   PageID 1166

# Call Participants

**EXECUTIVES**

**Neil A. Hansen**
*VP of Investor Relations &*
*Secretary*

**ANALYSTS**

**Biraj Borkhataria**
*RBC Capital Markets, Research*
*Division*

**Daniel Jon Boyd**
*BMO Capital Markets Equity*
*Research*

**Douglas George Blyth Leggate**
*BofA Merrill Lynch, Research*
*Division*

**Douglas Todd Terreson**
*Evercore ISI Institutional Equities,*
*Research Division*

**Jason Daniel Gabelman**
*Cowen and Company, LLC,*
*Research Division*

**Jonathon Rigby**
*UBS Investment Bank, Research*
*Division*

**Neil Singhvi Mehta**
*Goldman Sachs Group Inc.,*
*Research Division*

**Paul Cheng**
*Scotia Howard Weil, Research*
*Division*

**Philip Mulkey Gresh**
*JP Morgan Chase & Co, Research*
*Division*

**Sam Jeffrey Margolin**
*Wolfe Research, LLC*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

A-206

Case 3:21-cv-00194-N   Document 70   Filed 11/24/21   Page 263 of 290   PageID 1167

# Presentation

**Operator**

Good day, everyone. Welcome to this Exxon Mobil Corporation Third Quarter 2019 Earnings Call. Today's call is being recorded.

At this time, I'd like to turn the call over to the Vice President of Investor Relations and Secretary, Mr. Neil Hansen. Please go ahead, sir.

**Neil A. Hansen**
*VP of Investor Relations & Secretary*

All right. Thank you. Good morning, everyone. Welcome to our third quarter earnings call. We appreciate your participation and continued interest in ExxonMobil. Neil Hansen, Vice President of Investor Relations.

During today's call, I'll review our financial and operating performance and provide updates on the substantial progress we've made on our major growth projects. I'll be happy to take your questions following my prepared remarks.

My comments this morning will reference the slides available on the Investors section of our website. I'd also like to draw your attention to the cautionary statement on Slide 2 and the supplemental information at the end of the presentation.

Moving to Slide 3. Let me begin by summarizing the excellent progress we've made this year on plans to grow shareholder value. The long-term fundamentals that underpin our investments remain strong. We've generated nearly $9 billion in earnings through the first 9 months of the year with a portfolio that is resilient to a range of commodity prices and margins. We are investing in advantaged projects that will grow the earnings and cash generation capacity of each of our businesses.

The nearly $23 billion of CapEx year-to-date is in line with current year plans and reflects strong execution of key deliverables. Liquids production has increased significantly from last year with volumes up 131,000 barrels per day or 6% driven by strong growth in the Permian. We remain on track to meet the full year outlook of producing 4 million oil equivalent barrels per day this year.

In addition, efforts to high-grade our portfolio are proceeding ahead of schedule. Including the consideration from the agreement we signed to sell nonoperated upstream assets in Norway, divestments now total nearly $5 billion. Exploration success has continued this year with 5 significant deepwater discoveries: 4 in Guyana and 1 in Cyprus. And we've reached final investment decisions for 10 major strategic projects this year, including projects from all 3 business lines.

We also increased the quarterly dividend by 6%, marking the 37th consecutive year of dividend growth. Finally, the strength of our balance sheet provides us with the capacity to invest through the cycle with leverage at just 12%.

The positive momentum we've generated so far this year is in line with the plans we laid out in 2018 and reiterated in March and positions us well to generate long-term shareholder value.

I'll now highlight third quarter financial performance, starting on Slide 4. Earnings were $3.2 billion in the quarter or $0.75 per share, including a positive $0.07 per share impact from a onetime tax item. Results were consistent with expectations, given the margin environment, seasonal impacts and planned maintenance experienced during the quarter.

Crude oil prices declined relative to the second quarter, while refining margins improved. The broader margin environment remained challenging as short-term supply and demand imbalances continue to pressure natural gas prices and industry chemical and lube base stock margins. Cash flow from operations and asset sales was $9.5 billion in the quarter. After adjusting for changes in working capital, cash flow was $8 billion. CapEx for the quarter was $7.7 billion. PP&E adds and net investments and advances,

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# EXHIBIT 51

A-208

# THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## XOM - Exxon Mobil Corp Investor Day

## EVENT DATE/TIME: MARCH 05, 2020 / 1:00PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## CORPORATE PARTICIPANTS

**Andrew P. Swiger** *Exxon Mobil Corporation - Senior VP & Principal Financial Officer*

**Darren W. Woods** *Exxon Mobil Corporation - Chairman & CEO*

**Jack P. Williams** *Exxon Mobil Corporation - SVP*

**Neil A. Chapman** *Exxon Mobil Corporation - SVP*

**Neil A. Hansen** *Exxon Mobil Corporation - VP of IR & Secretary*

## CONFERENCE CALL PARTICIPANTS

**Douglas George Blyth Leggate** *BofA Merrill Lynch, Research Division - MD and Head of US Oil and Gas Equity Research*

**Douglas Todd Terreson** *Evercore ISI Institutional Equities, Research Division - Senior MD & Head of Energy Research*

**Jason Daniel Gabelman** *Cowen and Company, LLC, Research Division - VP*

**Jeanine Wai** *Barclays Bank PLC, Research Division - Research Analyst*

**Marshall Hampton Carver** *Heikkinen Energy Advisors, LLC - Founding Partner and Director of Research*

**Neil Singhvi Mehta** *Goldman Sachs Group Inc., Research Division - VP and Integrated Oil & Refining Analyst*

**Paul Cheng** *Scotiabank Global Banking and Markets, Research Division - Research Analyst*

**Paul Benedict Sankey** *Mizuho Securities USA LLC, Research Division - MD of Americas Research*

**Philip Mulkey Gresh** *JP Morgan Chase & Co, Research Division - Senior Equity Research Analyst*

**Roger David Read** *Wells Fargo Securities, LLC, Research Division - MD & Senior Equity Research Analyst*

**Ryan M. Todd** *Simmons & Company International, Research Division - MD, Head of Exploration & Production Research and Senior Research Analyst*

**Sam Jeffrey Margolin** *Wolfe Research, LLC - MD of Equity Research & Senior Analyst*

## PRESENTATION

**Neil A. Hansen** *- Exxon Mobil Corporation - VP of IR & Secretary*

Good morning, and welcome to ExxonMobil's 2020 Investor Day. We very much appreciate you joining us this morning, and we look forward to an engaging discussion today. For those of you that I have not met yet, my name is Neil Hansen. I am the Vice President of Investor Relations and the Secretary.

I want to begin by reminding you of the safety procedures here at the New York Stock Exchange. There are 2 exits from this room, one to the left of the stage and one in the back of the room. Both of these will take you to a stairwell down to the street level. In case of an emergency, there will be an audible message that will give instructions and Stock Exchange personnel to provide directions. Also, I would ask that everyone please silence any electronic devices, including cellphones and tablets, so we're not disturbed during the presentation.

This month marks the 100th year of ExxonMobil's listing on the New York Stock Exchange. And in recognition of this impressive milestone, we have provided you with a gift at your seat to commemorate this special occasion.

Next, I would like to draw your attention to our cautionary statement found in the front of the presentation material and our supplemental information. As you know, these statements contain information that is relevant to today's discussion, and I encourage you to read them. You may also access our website at exxonmobil.com for additional information on factors that may affect future results as well as supplemental information that provides definitions for some of the terms that we will use today.

2

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Let me start by reviewing the agenda. Darren Woods, Chairman and Chief Executive Officer, will lead the presentation today with members of the management committee. Darren will begin with an overview of the business fundamentals supporting our investments and our plans for growing shareholder value. Neil Chapman will then provide an update on the Upstream business. Jack Williams will provide updates on the Downstream and Chemical businesses and give some perspective on our new global projects organization. Andy Swiger will close our discussion with some insights into the technology that we are developing and deploying and then review our investment and financial plans. And then we'll have an opportunity after prepared remarks to take questions. At the conclusion of the morning session, we will host a lunch on the seventh floor of the Stock Exchange.

Before we get started, I'd like to take a few minutes to walk through an update to the price and margin basis that we will use today throughout the presentation. These changes are being made in response to the feedback that we received from many of you during the past year. I'll start with the fundamentals. We operate a capital-intensive business. It's a commodity business, as you know, that is subject to price and margin cycles. The business results we deliver are obviously substantially impacted by the price and margin environment in which we operate. Recognizing that the business moves in cycles, it is important to establish a constant price and margin basis to evaluate the structural business improvements that we are making as well as provide a framework by which we can communicate the changes and the capacity of the business to grow earnings and cash flow over the long term.

Now it's important to know that the basis we have provided is in no way a prediction of the future market environment. And further, it's not used as a justification of our investments. As we have said many times, our investments are tested to ensure they are robust across a range of prices and market scenarios. When we first communicated the growth potential of our business back in 2018, the intent was to demonstrate the structural improvements underway that would increase the earnings and cash generation capacity of the business relative to the price and margin environment in 2017. Now with the passage of time, and as prices and margins have moved through the cycles, using that specific point in time as a reference for future growth has become less relevant.

So we are updating how we communicate the potential of our business in 2 important ways. First, we are updating the price and margin basis to reflect 5-year historical averages, which we believe are more indicative of the commodity cycles that we typically experience. And second, we are providing ranges of potential for each of our businesses using the high and low points over the past 5 years. And then we've also indicated what we would expect results to be if 2019 market conditions persist. Now the key takeaway from all of this is there is no change in the underlying business improvements that we communicated to you 2 years ago.

The next 2 pages show how the previous price and margin basis compare to the 5-year averages, again, as well as the high and low points that we've used to illustrate the ranges of potential. We've included additional information in the supplement for your reference.

And with that, it's now my pleasure to introduce Mr. Darren Woods, Chairman and CEO of ExxonMobil.

---

**Darren W. Woods** - *Exxon Mobil Corporation - Chairman & CEO*

Thank you, Neil. Good morning, everyone. Good morning, everyone. Come on now, a little bit of energy here. It's really good to be back to share some plans with you today. And I appreciate all of you joining us here. And for those viewing remotely, as Neil said, today is -- event coincides with our 100 years of ExxonMobil's listing on the New York Stock Exchange. That, I think, is a noteworthy accomplishment and really a great backdrop for the discussion we're going to have today. I think also, though, it's important context for viewing the current challenges that we see in today's market. You all know, today, oversupply is driven by industry investments and some of these growth markets have exceeded demand, and we've got a very challenging short-term margin environment, which is now being compounded by the growing economic impact to the coronavirus that we're seeing around the world. And that is creating a lot of uncertainty, particularly in the near term, and I would say, particularly here in Wall Street. However, the longer-term horizon is clear. And today, our focus is on that horizon and the future. And I'm providing all of you an update on the progress we've made on our long-term plans to structurally grow our earnings and cash flow while improving returns.

We're going to spend some time this morning highlighting the advantages we expect to gain from really leaning into this market when others have pulled back, and while saying that, remain very mindful of the challenges of the current market environment. And we'll show how we're leveraging the flexibility of our plans to adjust the pace of development. Also, I'm going to highlight how our plans are built around supporting

3

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



A-210

societies' dual challenge, meeting the increasing demand for energy, while lowering carbon emissions to address the risk of climate change. And the full management committee is going to share our perspective. Neil and Jack are going to provide updates on the progress we're making across each of our businesses. And Andy will show how all that translates into our financial results across a wide range of price scenarios.

We're also going to devote some time to describing how 2 of our key competitive advantages, project execution and technology, are driving value today and ensuring that we remain well positioned for success in the future. And then, as Neil said, after that, we will take some time to address your questions.

So what's our discussion going to focus on? A few key themes. I'll cover the fundamentals, how growing global populations and increasing prosperity are driving a corresponding increase in energy demand, which supports our investments and the industry's investments in oil, natural gas and chemicals. We'll also discuss how consumer demand is evolving towards cleaner and higher-value products and how those changes are driving our investments in refining and technology.

Two years ago, we laid out a plan to expand our earnings and cash flow potential of our businesses. And today, we are reaffirming those plans. They're supported by our advantaged investments, projects, a very robust portfolio of investments, a favorable cost environment and the opportunities created by the industry underinvesting. As Neil covered in his opening remarks, the nature of our capital-intensive commodity businesses result in price and margin cycles, which really underscore the importance of investment flexibility and the advantages we have to successfully manage through that flexibility. Today, we'll cover some of the adjustments that we've made while preserving the advantages and the value of our projects. We'll provide an overview of some very important R&D work that further strengthens our advantage, of our investments in our business and, importantly, our working hand to develop solutions to address the risk of climate change.

Today, we will demonstrate that we are delivering on the structural business improvements and the growth potential that we shared in 2018. And we're doing that despite the significant swings in the commodity price and margin cycles, which I want to spend just a little bit of time now talking about, because we all know this commodity businesses generally rise and fall with the overall market. Capital-intensive commodity businesses have the price margin cycles. When demand is exceeding supply, prices rise, revenue increases, that sparks investments. Highly competitive markets with lots of independent players start investing and tend to then overinvest. Supply then exceeds demand, prices drop, revenues drop, investments pull back and then eventually, growth catches up to that, and we see prices rise. A very classic commodity cycle. This is very well understood. But if you're focused on the here and now, the short term, current conditions -- and let the current conditions define the industry, which is a lot of what I'm hearing today, you would take a very different view on the future. For us to successfully run this business, we've got to take a much broader perspective in a much longer time horizon. And the chart that you see here on the left is for polyethylene, which is our proxy for our Chemical business.

You can clearly see the cycles. And some will question, will we recover from this low as we have in the past? And the answer lies on the right-hand side of the chart which shows solid demand growth for our product that enables modern life and supports higher standards of living. And Jack is going to spend some time in his section, taking you through more detail on that.

You see a very similar story in the Downstream, using refining margins as a proxy. We see cyclical margins with slightly shorter cycle times. We also see demand growth on the right, pretty steady, a little slower, but consistent as economies around the world continue to expand. And likewise, we see similar ups and downs with the natural gas prices in the Upstream. And again, on the right, a steady growth in demand. If you lay all those on top of one another, we see reasonably good growth businesses where capacity investments have overwhelmed the growth in demand leading to the down cycle and waiting for demand to catch up. These are typical cycles. Unfortunately, they're hitting multiple businesses at once, creating a short-term issue. That, unfortunately, is impacting short-term industry earnings.

Now I look at the chart and a question I ask myself, and I would ask all of you is, when is the best time to invest in these types of businesses? We expect these down markets to discourage industry investment, setting a stage for a significant upswing. And we believe the best time to invest in these businesses is during a low, which will lead to greater value capture in the coming upswing. You can do that if you have the opportunities and the financial capacity, which we do. This is a key competitive advantage of ours. The red line on this chart shows the debt-to-capital ratio for our corporation over the last several years. The range for our competitors are shown by the blue band. We have been, as you can see and continue to be, at the bottom of the range with a very strong financial position, one we've had for decades. However, to realize the value of this, it has to be

4

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



A-211

# EXHIBIT 52

# THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## XOM - Q1 2020 Exxon Mobil Corp Earnings Call

## EVENT DATE/TIME: MAY 01, 2020 / 1:30PM GMT

**OVERVIEW:**

Co. reported 1Q20 results.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



A-212

## MAY 01, 2020 / 1:30PM, XOM - Q1 2020 Exxon Mobil Corp Earnings Call

## CORPORATE PARTICIPANTS

**Darren W. Woods** *Exxon Mobil Corporation - Chairman & CEO*

**Stephen A. Littleton** *Exxon Mobil Corporation - VP of IR & Corporate Secretary*

## CONFERENCE CALL PARTICIPANTS

**Douglas George Blyth Leggate** *BofA Merrill Lynch, Research Division - MD and Head of US Oil and Gas Equity Research*

**Douglas Todd Terreson** *Evercore ISI Institutional Equities, Research Division - Senior MD & Head of Energy Research*

**Jason Gammel** *Jefferies LLC, Research Division - MD & Senior Equity Research Analyst*

**Jeanine Wai** *Barclays Bank PLC, Research Division - Research Analyst*

**Jonathon Rigby** *UBS Investment Bank, Research Division - MD, Head of Oil Research and Lead Analyst*

**Neil Singhvi Mehta** *Goldman Sachs Group Inc., Research Division - VP and Integrated Oil & Refining Analyst*

**Philip Mulkey Gresh** *JP Morgan Chase & Co, Research Division - Senior Equity Research Analyst*

**Roger David Read** *Wells Fargo Securities, LLC, Research Division - MD & Senior Equity Research Analyst*

**Sam Jeffrey Margolin** *Wolfe Research, LLC - MD of Equity Research & Senior Analyst*

## PRESENTATION

**Operator**

Good day, everyone, and welcome to this Exxon Mobil Corporation First Quarter 2020 Earnings Call. Today's call is being recorded. At this time, I'd like to turn the call over to the Vice President of Investor Relations and Secretary, Mr. Stephen Littleton. Please go ahead, sir.

---

**Stephen A. Littleton** - *Exxon Mobil Corporation - VP of IR & Corporate Secretary*

Thank you. Good morning, everyone. Welcome to our first quarter earnings call. We appreciate your participation and continued interest in Exxon Mobil. As a quick introduction, my name is Stephen Littleton. I assumed the role of Vice President of Investor Relations on March 15. Joining me on the call today is our Chairman and CEO, Darren Woods.

Before discussing our results, I would like to express our hope that all of you listening and your families are safe and taking the appropriate steps to fight the coronavirus. These are challenging and unprecedented times as the world deals with and adapts to the coronavirus pandemic. Global economies have slowed down significantly as governments work to contain the disease.

During the call today, we will put our results into context and share with you how our business performed in the first quarter. After I cover the quarterly financial and operating results, Darren will provide his perspectives, reflecting on the broader market environment and steps we're taking to both respond to these challenges and ensure we remain well positioned for the recovery.

Following Darren's remarks, I will be happy to address specifics on the quarterly reported results, while Darren will be available to take your question on broader themes, including the corporation's actions related to COVID, progress on major growth projects, strategic priorities and views on market fundamentals.

Our comments this morning will reference the slides available on the Investors section of our website. I would also like to draw your attention to the cautionary statement on Slide 2 and supplemental information at the end of this presentation.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



A-213

## MAY 01, 2020 / 1:30PM, XOM - Q1 2020 Exxon Mobil Corp Earnings Call

As referenced in the cautionary statement, please take note that in light of the COVID-19 pandemic and reduced spending plans we've put in place, many of the forward-looking statements from our Investor Day have changed. We will provide a perspective on updates during this call and will provide a longer-term perspective as we head into next year.

I'll now highlight developments since the fourth quarter on the next slide. In the Upstream, liquids realizations fell significantly through the quarter, approximately 55%, as impacts from the coronavirus rippled through the global economy, significantly reducing demand. From an operational standpoint, liquids production increased by 2% from the fourth quarter, leading to the highest quarterly liquids production since 2016, including a 15% increase in liquids from the Permian. If we look at total production from the Permian, it has increased by 20%.

Kearl achieved record production in the first quarter, reflecting the benefit of the investment in additional ore crushing capacity, which will further reduce unit costs. Offshore Brazil, the Uirapuru exploration well discovered hydrocarbons, and results are now being analyzed to inform further exploration activities.

In the Downstream, refining margins fell to similar levels as first quarter 2019 and remain near 10-year lows, with the COVID impact significantly reducing demand in March. Refinery utilization was essentially flat with lower maintenance levels than the prior quarter, largely offset by reduced demand.

Margins improved in the Chemical business, benefiting from lower liquids feedstock prices. Our employees have stepped up in a significant way to support the ongoing COVID-19 response efforts. Darren will provide additional details on how we are maximizing production of key products, redirecting shareholder contributions and lending our technical expertise to aid health care workers, first responders and others in the fight against the coronavirus.

Let's move to Slide 4 for an overview of first quarter results. The table on the left provides a view of first quarter results relative to fourth quarter 2019. For context, let me walk you through the impact of the identified items.

Starting with the fourth quarter 2019. The results of $5.7 billion included identified items of $3.9 billion, notably the Norway divestment. Excluding these items, fourth quarter results were $1.8 billion. Despite this challenging environment, the underlying business results, excluding identified items, were $2.3 billion, up $500 million from the fourth quarter. As shown in the middle section of this table, liquids growth and lower operating expenses increased earnings, while the absence of year-end LIFO impacts was a partial offset.

U.S. GAAP first quarter earnings of a negative $600 million include the impacts of 2 separate noncash identified items. The first was an adjustment to inventory valuation. Given the significant drop in commodity prices in the first quarter, the book value of our inventory was adjusted downward to reflect the lower market values in accordance with U.S. GAAP. This lower cost of market adjustment resulted in a charge of $2.1 billion. It is important to note that we may see further adjustments during the year or potentially an unwinding of the first quarter impact depending on changes in commodity prices going forward.

The second item was related to impairments of about $800 million. Market conditions in the first quarter, which included significant reductions in both commodity prices and equity markets, required an assessment of carrying values for some assets. This evaluation resulted in noncash impairment charges of approximately $800 million to recognize reduced market values assigned to goodwill and an upstream equity company, again, consistent with U.S. GAAP.

Turning now to Slide 5. We'll look at each of our businesses in detail, excluding identified items I just discussed, starting with the Upstream. Upstream earnings, excluding identified items, decreased by approximately $1 billion largely driven by lower prices, which reduced earnings by more than $1.7 billion, with liquid realizations down 25% and gas realizations down 10% versus the fourth quarter. This was partly offset by favorable foreign exchange impacts and higher volumes primarily from strong growth in the Permian and Guyana. Lower expenses and favorable tax items were also a help to earnings.

On the next slides, I will provide more details on volumes. Liquids volumes grew by approximately 150,000 oil equivalent barrels per day compared to the first quarter of 2019. Divestments, primarily the Norway nonoperated business, reduced liquids volumes by 95,000 oil equivalent barrels per

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## MAY 01, 2020 / 1:30PM, XOM - Q1 2020 Exxon Mobil Corp Earnings Call

day. Growth of 100,000 oil equivalent barrels per day was underpinned by the Permian and Guyana Phase 1, ramp-up at Kearl and Hebron and the Upper Zakum project in Abu Dhabi.

Permian production in the quarter was more than 350,000 oil equivalent barrels per day, an increase of 56% versus the prior year or 126,000 oil equivalent barrels per day. Natural gas volumes were down 88,000 oil equivalent barrels per day versus the prior quarter driven by Norway and Mobile Bay divestments as well as lower demand.

Moving to Downstream on the next slide. Earnings, excluding identified items, increased by more than $400 million relative to the fourth quarter of 2019. The absence of year-end LIFO inventory adjustments and unfavorable foreign exchange impacts reduced earnings by nearly $700 million.

Favorable margin impacts increased earnings by more than $900 million. The increase was driven by positive mark-to-market trading benefits, which were partly offset by lower refining margins as demand declined in the quarter, particularly in March. We also saw impact related to no demand with COVID-19, but this was more than offset by lower expenses that increased earnings by $300 million.

Moving to the next slide, I will discuss Chemical results. Chemical earnings, excluding identified items, increased by more than $800 million with a significant improvement in margins from lower fee costs across the value chain, reflecting the benefit of integration. Additionally, lower expenses contributed approximately 30% of the earnings improvement.

Let's turn to the next page for a look at first quarter cash profile. First quarter earnings, when adjusted for depreciation expense, noncash identified items, changes in working capital and other impacts, yielded $6.3 billion in cash flow from operating activities. Cash flow from operations and asset sales was $6.4 billion. Shareholder distributions were $3.7 billion, consistent with fourth quarter and leaving $2.7 billion after distributions.

First quarter additions to PP&E and net investments and advances were $6.5 billion. As noted in the press release, CapEx was $7.1 billion in the quarter. As the announced reductions are implemented, CapEx will trim down over the course of the remaining year.

Gross debt increased approximately $13 billion in the quarter as we took steps to increase liquidity in the current market environment. As a result, we ended the quarter with $11.4 billion of cash.

Turning to Slide 11. I will cover a few items for consideration with regards to our outlook for the second quarter. Given the challenging market conditions, production will be lower in the second quarter due to economic shut-ins and market-related curtailments. At this time, the estimated second quarter impact is 400,000 oil equivalent barrels per day. Also in the Upstream, natural gas production will be lower due to seasonal demand with an expected impact of approximately 100,000 oil equivalent barrels per day.

In the Downstream, we are seeing impact from reduced demand with continued pressure on refining margins. For the second quarter, we anticipate sparing of approximately 25% of our refining capacity. Scheduled maintenance is anticipated to be in line with levels from the first quarter.

In Chemical, we anticipate continued margin support from lower liquids feedstock pricing while noting that overall realizations remain near bottom cycle for many of our products. Sentiment for the second quarter Chemical demand is mixed, bearing across product segments. Demand for packaging and hygiene is expected to remain strong, while automotive and durables demand will continue to be challenged. Similar to Downstream, scheduled maintenance is expected to be in line with the previous quarter.

Corporate and financing expenses are expected to be about $900 million. Finally, we will continue to progress spending reductions in line with our recent announcement.

With that, I'll turn the call over to Darren.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MAY 01, 2020 / 1:30PM, XOM - Q1 2020 Exxon Mobil Corp Earnings Call

**Darren W. Woods** - *Exxon Mobil Corporation - Chairman & CEO*

Thank you, Stephen, and good morning, everybody. I hope all of you and your families are safe and healthy. We certainly appreciate you taking time to join us today.

I think we can all agree that these are very challenging times. And I know I speak for many when I say that our thoughts are with those who have been personally affected by this pandemic, with the health care workers and first responders who are on the front lines. This morning, I will discuss how we are approaching the current circumstances and how we are working to keep our people and communities safe, managing through the near-term market downturn and preserving long-term shareholder value.

As you well know, today, we face 2 acute challenges: a global threat to public health and a significant global economic downturn, resulting in a commodity price collapse. What started with an oversupply situation was made more extreme by a sudden and unprecedented drop in energy demand as the economy shut down to stop the spread of the virus. As a capital-intensive commodity business, we've certainly weathered the ups and downs of many price cycles. However, I have to say, we've never seen anything like what the world is experiencing today.

Our response is primarily focused on 3 areas: protecting the health and safety of our employees and communities, keeping our operations running to provide the critical energy and products that support modern life and the COVID response efforts, and aggressively reducing spend in today's depressed markets while preserving value to ensure we are in the best position for the eventual recovery.

I know that there are a lot of different views on what the future holds, but I want to be clear on how we see it. The long-term fundamentals that drive our business have not changed. Despite the current uncertainty and volatility, the fundamentals that underpin our business remain strong.

Why do I say that? We know that in the coming decades, populations will grow to more than 9 billion people by 2040, up from just over 7 billion today. Billions of people will enter the middle class and seek lifestyles and products that require energy. Economies will expand once again. Of course, there are likely to be some bumps in the road over the short term, but historically, periods of economic contraction are followed by periods of significant growth.

Finally, as a result of growing populations, increased prosperity and economic expansion, energy consumption will increase. Even with the current downturn, projections show energy consumption growing by 20% through 2040. Most of the growth will be in developing nations, and more than half of that energy demand will be met by oil and natural gas.

As you all know, we are a company that focuses on the long term. Our strategy in business is based on long time horizons, which is why we always go back to the fundamentals. At the same time, we have to address short-term challenges, such as the unprecedented market conditions we face today, while not losing sight of long-term value. This is exactly what we're doing.

We're taking advantage of the options a deep portfolio and strong balance sheet provide, reprioritizing spend to conserve cash while progressing projects that structurally improve the company. We remain committed to our capital allocation priorities, investing in industry-advantaged projects that grow cash flow and support a reliable, growing dividend and strong balance sheet.

Obviously, in this environment, it's critical to strike the right balance across these priorities and to remain flexible to market developments, including an eventual recovery. And of course, we do all this while keeping our people and communities safe, protecting the environment and delivering the products that society rely on.

Further to that point, let me take a few minutes to discuss our response to the pandemic. Early into the pandemic, we activated our emergency response teams and implemented our business continuity plans. People who could began working from home, while additional cleaning, personal protective equipment and distancing protocols were put in place at our facilities. To date, we've been largely successful, limiting exposure and infections at our sites.

To support society's broader response, we increased our production of both isopropyl alcohol, a key ingredient in sanitizer, and specialty polypropylene used in medical masks and hospital gowns. On top of that, our people in Baton Rouge reconfigured operations to produce, blend, package and

5

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**THOMSON REUTERS**

A-216

Turning to capital. We took a similar approach. You may recall during our Investor Day that we discussed reductions in our capital spend based on market conditions at the time. I said then that we would continue to monitor the market and make further reductions if required. Shortly thereafter, we intensified work with our venture partners, resource owners and contractors to optimize spend in light of the growing impacts of the pandemic.

We set an aggressive objective: reduce spend without compromising the project advantages or returns. Any inefficiencies had to be offset with market savings or other efficiencies. I'm very pleased with the work we have done to date. Through extensive collaboration, we've identified opportunities to reduce our CapEx by 30%, down to $23 billion, and more than offset deferral costs, preserving the returns and project advantages.

As we concluded much of this work during March, very little of it is reflected in our first quarter spend. As we progress through the year, we'll see the reductions ramp up. With a clear line of sight to the savings, I am very confident that we will meet our target. We're reducing small capital projects at most of our sites, growing the pace of some downstream and chemical projects and pushing out the development of Mozambique LNG. The largest share of the reduction will be in our unconventional business, specifically the Permian Basin, where the short-cycle investments are more readily adjusted.

Let me provide a perspective on this. As we discussed in March, we have the flexibility to reduce spend in the Permian while maintaining scale, preserving capital efficiency and maximizing resource recovery through our cube developments. Neil showed these charts indicating the range of production associated with potential reductions in CapEx. Our revised plans are indicated by the red diamond at the bottom end of the range. Over the course of the year, we expect to ramp rigs down by about 75% in the Permian, ending the year at approximately 15 rigs.

Our remaining development activity will be focused on Poker Lake and the Delaware Basin, where we are seeing high productivity wells and maintaining a scale advantage. This will include utilization of the recently completed Line 1 at the Cowboy Central Delivery Point. Since most of 2020's production is locked in with the work already completed, reduction in capital spend will primarily affect 2021 where we expect volumes will be down 100,000 to 150,000 oil equivalent barrels per day from our previous estimates. In 2020, the impact of the reduced CapEx will be much lower at about 15,000 oil equivalent barrels per day.

A much larger production impact will be associated with shut-ins. With the high production rates of wells in the first 2 years of operation, it makes economic sense to shut these wells in during very low price environments. For this reason, we expect to shut in roughly 100,000 oil equivalent barrels per day. The duration of these shut-ins will obviously depend on the evolving price environment.

Let me move next to an update on Guyana. Guyana remains an integral part of our long-term growth plans and as such, is a high priority. Our Liza Phase 1 operations have been largely unaffected by the pandemic. Production ramp-up is progressing and should reach full capacity in the second quarter. We've also managed the impact on Liza Phase 2, keeping this project on schedule for a 2022 start-up.

Unfortunately, the ongoing election process and uncertainty around the next administration has slowed government approvals of the Payara development plan. In addition, the challenge of rotating crews due to the impact of COVID-19 has temporarily slowed our drilling campaign. As a result, we expect a delay in our future developments of roughly 6 to 12 months, pushing our production objective of more than 750,000 barrels per day into 2026.

Finally, let me say a few words about our financial capacity, which has been built for times like this. As you know, a strong balance sheet is a core competitive advantage and an integral part of our strategy, allowing us to maintain our capital allocation priorities across the price cycles. This approach has proven itself during these trying times, allowing us to selectively advance critical investments to structurally improve our business despite very low demand and margins.

We issued debt of $8.5 billion in the first quarter, increasing our debt to capital to 24% and raising cash balances to more than $11 billion. We also increased our revolving credit facilities to $15 billion. With our cash, this gives us a solid backstop in these uncertain and very volatile markets.

In anticipation of a slow economic recovery, we took advantage of a market window in April to issue another $9.5 billion of debt, taking our estimated debt to capital to 26% and increasing cash to about $18 billion. This provides a strong foundation to manage the remaining challenges in 2020. Of course, as always, we'll need to keep an eye on developments and respond accordingly.

7

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



A-217

MAY 01, 2020 / 1:30PM, XOM - Q1 2020 Exxon Mobil Corp Earnings Call

**Darren W. Woods** - *Exxon Mobil Corporation - Chairman & CEO*

Okay. Well, thanks, Jon. Yes, the process -- and if you recall when -- after our Investor Day is, as Saudis and Russia made their announcements and then the impact of the COVID started picking up, we, shortly after that, around mid-March, issued a statement that said we were going to revise our capital and OpEx targets for the year. We're going to significantly revise those and then basically announced about a month later what the reductions were.

The process we went through, I would characterize as a grassroots process in terms of bringing our businesses together, talking about the challenges and what we needed to do as a company and then letting the businesses and our project organization step back and start engaging with the relevant stakeholders to figure out how best to make this change. And the point I made in my prepared remarks was a fundamental principle in looking at this was how do we do this, recognizing that stopping some projects in progress will have some inefficiencies and costs associated with it.

We need to offset those and find ways to do that, and this market ought to provide that. And the fact that everybody was experiencing these challenges ought to get people similar motivations to work together and find efficiencies. And so one key criteria was figuring out where those biggest opportunities were and therefore, taking advantage of that to make sure that we did not compromise the returns of the projects.

And so part of the criteria was understanding which ones had more flexibility than others. Hence, the large reductions in unconventional, the short-cycle investments, we had some -- a lot more opportunity in that space. So we saw a large reduction there. That was a key driver.

The other then was just looking at the payout of those projects, the opportunity, the rewards associated with them and thinking through from a economic profit standpoint how we want to think about those, what's the cost benefit of slowing some of those projects. And so that was another big factor.

And third then was working with our partners and the resource owners to get alignment on that. So that was a -- it was a fairly robust process with a number of people involved. We were fortunate to have our projects organization in place.

Last year, in April, first time in the company's history, we put all of our project efforts into one organization. And I would tell you, that has paid huge, huge dividends during this process, the ability to look across our entire portfolio, leverage the relationship with our contractors has been a big, big help.

With respect to your last part of your question around how quickly can you respond, I think you heard in my comments, again, we are anticipating a recovery. In fact, I know one will happen and that these projects remain attractive, and we'll want to pursue those. And so the big question is when and when will that recovery happen, when will we want to turn these back on.

So one of the challenges we gave the organization is while you are taking steps to make these reductions, keep an eye on the future and make sure we have a clear line of sight of how we'll restart and ramp things back up again. And so all the plans we put in place not only have a ramp-down plan, but we're also working how we could quickly ramp that back up.

And of course, that will vary by project and by the circumstances within those projects. But I feel, again, confident that this organization is striking a really good balance between taking short-term action but preserving long-term value.

---

**Jonathon Rigby** - *UBS Investment Bank, Research Division - MD, Head of Oil Research and Lead Analyst*

Right. Good. And then just as a follow-up, can I just get you to comment on Chem? It obviously, as you referenced, was still towards the bottom end of the cycle. But it seems to me, the last couple of quarters, there's been some signs of improvement. Is that temporary, the quarter, this 1Q primarily to do with the falling liquids price? Or is there some hope there that things are starting to get a little better either internally operationally or from the macro?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



A-218

# EXHIBIT 53

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/sec-drops-probe-of-exxons-climate-change-disclosures-1533317730

BUSINESS

# SEC Drops Probe of Exxon's Climate-Change Disclosures

Regulators decided against trying to penalize the energy giant over its disclosures and how it accounted for oil and gas assets

*By [Dave Michaels](#) and [Bradley Olson](#)*
Updated Aug. 3, 2018 4:32 pm ET

WASHINGTON—Securities regulators dropped an investigation into whether Exxon Mobil Corp. misled investors about its accounting practices and the risks that climate change and greenhouse-gas regulations posed to its business.

The Securities and Exchange Commission in a Thursday letter informed Exxon that it closed the probe and decided against trying to penalize the energy giant over its disclosures and how it valued oil and gas assets. The letter was reviewed by The Wall Street Journal.

Exxon in a statement confirmed the probe had ended, saying it began in January 2016 and involved more than 4.2 million pages of records. "After a thorough investigation, including a review of these documents, the SEC issued its closure letter," company spokesman Scott Silvestri said in the statement.

The SEC's investigation began under former chairman Mary Jo White, who was picked by former President Barack Obama. It ended under SEC Chairman Jay Clayton, a new leader appointed by President Trump. The decision ends what was a surprise foray by the federal regulator into questioning how a major oil producer valued its assets in a world of increasing climate-change regulations.

An SEC spokesman declined to comment.

RELATED

For Its Audience With Pope Francis, Exxon Tries on a New Hue: Green (June 8)

Federal Judge Dismisses Exxon Lawsuit Against Climate-Change Probes (March 29)

Exxon Shareholders Pressure Company on Climate Risk (May 31, 2017)

SEC Probes Exxon Over Accounting for Climate Change (Sept. 20, 2016

Exxon Fires Back at Climate-Change Probe (April 13, 2016)

Exxon Mobil Gets Subpoena From N.Y. Regarding Climate-Change Research (Nov. 5, 2015)

Investigations by the attorneys general of New York and Massachusetts continue into how Exxon has accounted for the impact of climate change on its assets. New York investigators have alleged in court papers that Exxon appears to have used internal estimates to account for climate impacts that differed from public statements. Exxon has denied those charges and said its statements accurately reflect the "proxy cost" of carbon it uses in internal estimates.

Before the probes began, Exxon was the only major oil-and-gas company that hadn't written down the value of its reserves in the previous decade, an issue New York investigators had taken an interest in. In accounting terms, the value of such assets often falls when prices decline. Since the fourth quarter of 2016, Exxon has booked more than $3 billion of impairments.

Under U.S. law, public companies must tell shareholders about risks or uncertainties that matter to shareholders' investment decisions. Environmental groups and some activist investors have pushed the SEC to force companies to disclose more about how they weigh their exposure to climate change.

The SEC advised public companies in 2010 that they should consider the impact of greenhouse-gas regulations, international agreements among governments to limit emissions, and the physical effects of climate change, such as severe weather. The SEC said all of those factors wouldn't apply to every public company, and it declined to mandate any specific disclosures about climate change.

Securities lawyers say the decision is specific to Exxon's case and may not portend a change in terms of how the SEC reviews companies' statements about climate change.

A-220

Proving that a company suppressed the threat of climate change is difficult because the trend may not immediately—or anytime soon—affect its performance.

"Given the time horizon over which climate change could have an impact, it's challenging to prove that any risk or uncertainty is material to a company in the present day," said Keith Higgins, a former SEC director and now chairman of the securities and governance practice at Ropes & Gray LLP.

**Write to** Dave Michaels at dave.michaels@wsj.com and Bradley Olson at Bradley.Olson@wsj.com

*Appeared in the August 4, 2018, print edition as '.'*

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

A-221

# EXHIBIT 54

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit
https://www.djreprints.com.

https://www.wsj.com/articles/exxon-draws-sec-probe-over-permian-basin-asset-valuation-11610716622

◆ WSJ NEWS EXCLUSIVE | BUSINESS

# Exxon Draws SEC Probe Over Permian Basin Asset Valuation

Whistleblower complaint alleges that lower-level employees were pressured to use unrealistic assumptions on drilling



Exxon has said the Permian Basin, the highest-producing U.S. oil field, remains essential to its plans.
PHOTO: CENGIZ YAR FOR THE WALL STREET JOURNAL

*By [Christopher M. Matthews](#) and [Emily Glazer](#)*
Jan. 15, 2021 8:17 am ET

The Securities and Exchange Commission launched an investigation of <u>Exxon Mobil</u> Corp. XOM -1.06% ▼ after an employee filed a whistleblower complaint last fall alleging that the energy giant overvalued one of its most important oil and gas properties, according to people familiar with the matter.

Several people involved in valuing a key asset in the Permian Basin, currently the highest-producing U.S. oil field, complained during an internal assessment in 2019 that employees were being forced to use unrealistic assumptions about how quickly the company could drill wells there to arrive at a higher value, according to a copy of the complaint, which was reviewed by The Wall Street Journal.

At least one of the employees who complained was fired last year, according to a person familiar with the matter. The Journal previously reported that <u>there had been internal disagreements over the valuation</u>.



CEO Darren Woods's plans for the Permian Basin were viewed by some employees as unrealistic.
PHOTO: BRENDAN MCDERMID/REUTERS

The SEC began investigating the claims after receiving the complaint, people familiar with the matter said. The current status of the investigation is unknown. A SEC spokesman declined to comment.

Exxon spokesman Casey Norton declined to comment on the existence of an investigation. He said that if asked by authorities about the 2019 assessment, Exxon would provide information that shows Exxon's actual performance exceeded the drilling estimates. Mr. Norton also said Exxon doesn't comment on employees' performance.

"We cannot comment on the reasons for an unnamed employee's separation from the company," Mr. Norton said.

Under the SEC whistleblower program, individuals who provide information that results in a penalty can receive a share of the monetary penalty.

The investigation might now fall to an appointee of the incoming Biden administration, which is expected to choose Gary Gensler, a former financial regulator and <u>Goldman Sachs Group</u> Inc. executive, to head the SEC, <u>the Journal reported Tuesday</u>.

Exxon endured one of its worst-ever financial performances in 2020, posting billions of dollars in losses following an unprecedented decline in fossil-fuel demand as the coronavirus spread around the globe.

In November, Exxon pulled back from an ambitious plan by Chief Executive Darren Woods to boost its overall oil and gas production by one million barrels a day by 2025. The company said it would cut billions of dollars from its capital expenditures over the next five years and invest only in its best assets. Still, Exxon has said the Permian Basin, in West Texas and New Mexico, remains essential to its plans.

As the Journal previously reported, Mr. Woods's Permian growth plans dismayed some Exxon employees, who viewed them as unrealistic.

In March 2019, Mr. Woods said Exxon would increase oil and gas production in the Permian to one million barrels a day as early as 2024, up from previous estimates of 600,000 by 2025. The new target would amount to roughly 25% of Exxon's overall production before the Covid-19 pandemic. It hasn't updated its production targets there since announcing budget cuts in November.

"No one I knew in the organization thought this was possible; the pressure to deliver on Woods's promise to the market permeated the organization," the whistleblower said in the complaint.

Key to Mr. Woods's goal was ramping up production on Permian acreage Exxon acquired in 2017 for $6.6 billion in an area called the Delaware Basin. Exxon has regularly touted the asset as its most promising area in the Permian.

"For our largest resource, which is in the Delaware Basin, we're only just about to unleash the hounds," said Neil Chapman, who heads Exxon's oil and gas division, during the company's annual investor day last March.

As the Journal previously reported, some Exxon managers in 2018 had initially pegged the net present value of the Delaware Basin at about $60 billion. But some employees involved in Exxon's annual development planning estimated during the summer of 2019 that the area's net present value was closer to $40 billion.

## 'The pressure to deliver on Woods's promise to the market permeated the organization.'

— Whistleblower complaint

According to the whistleblower complaint, the lower estimate reflected, in part, that it took longer than expected to drill wells in 2018. After employees delivered the new

number to the Delaware development manager, she allegedly asked them to "claw back" some of the lost value, according to the complaint, by using different assumptions, including a more optimistic "learning curve" that estimated the rate at which they would improve drilling times.

Some employees objected to using the new learning curve, which they viewed as unrealistic, and one employee submitted the revised estimates in a file named "This is a Lie," according to the complaint. The development planners ultimately estimated that the net present value was $50 billion.

Exxon previously told the Journal that it was common for disagreements during planning processes and that the company's performance in the Permian has exceeded expectations.

While the company has never publicly disclosed the Delaware Basin valuation, it has made pronouncements about its progress there. In March, Mr. Chapman said the company had steadily improved drilling times and costs.

"What we're drilling is more efficiently every year," Mr. Chapman said in March. "In fact, we're drilling more efficiently every month. If I thought that we were operating inefficiently, I will be the first to pull back."

*—Dave Michaels contributed to this article.*

**Write to** Christopher M. Matthews at christopher.matthews@wsj.com and Emily Glazer at emily.glazer@wsj.com

*Appeared in the January 16, 2021, print edition as 'Exxon Probed Over Asset Valuation.'*

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

# EXHIBIT 55

Case 3:21-cv-00194-N Document 70 Filed 11/24/21 Page 287 of 290 PageID 1191

# Exxon's Tillerson Sees Old Patterns in Price Downturn

*Exxon Mobil Chairman and Chief Executive Officer Rex Tillerson is the recipient of this year's Petroleum Executive of the Year Award, which he will receive at a dinner in his honor next month during the Oil & Money Conference in London. Tillerson met recently with PIW to discuss the current state of the oil and gas industry and the outlook for the future.*

**Q. It feels like we are back to the 1980s. Is this just another oil industry cycle? Or, are we looking at structural change, especially since Opec has up given the market management role?**

A. Yes, a lot of people have commented on how this is beginning to feel a little bit like the '80s. I think everyone understands what triggered this — a confluence of a lot of things. Pretty weak global economic activity in general, even though the US is operating around 2% GDP — coming out of a recession that is pretty weak. Europe is pretty weak, and China had to roll at some time. So, a lot of things on the demand side coming right into the teeth of this consistent, significant growth in supply, largely coming out of North America. Some is also coming out of the return of Iraq in a stable and predictable fashion. So, it really is just fundamentals; supply and demand getting out of balance again. This is the nature of this industry. Throughout my entire career, we have talked about this, but the thing people never seem to appreciate about the energy industry is the long cycle times for us to respond on the supply side. And when we do respond, we always tend to overshoot because we can't just turn on a dime. It just doesn't work that way. This is not a new phenomena. How deep it stays, how long is hard for any of us to say because a lot of participants do have optionality on how they want to deal with this. That gets back to your Opec comment.

**Q. So you think Opec hasn't abandoned market management?**

A. I don't think Opec has surrendered at all. I think they have recognized what they are dealing with. Their alternatives were to do what they have traditionally done when we have gone through these cycles, and that is manage their production to sustain a price band. They, too, rightly judged how out of balance this thing was and concluded that wasn't going to get them anywhere other than to really have to curtail their production. So, I think what they are doing is classic price discovery. It is largely the Saudis that have decided they need to undertake this. It is the future of the kingdom — how they are going to manage their resources, what level of capacity do they need to maintain, and [whether] they have to continue to invest to maintain capacity that they cannot produce. This is something that that a lot of folks overlook. And I remind folks that when prices went out of whack, got up to the $140 per barrel range, the Saudis, [Oil Minister] Ali Naimi in particular, recognized that was not good. The world looked at spare capacity and it was gone, evaporated. The Saudis had on everything they could produce, so, the king authorized them to develop two million barrels per day of capacity with the intent of shutting it in. I tell policymakers in Washington, who bash these guys all the time, you don't understand, these are the best friends you've got. No other nation in the world would invest billions and billions of dollars to develop 2 million b/d of oil producing capacity to shut it in. They had to demonstrate to the markets that spare capacity had been restored. Otherwise they can't play that role. Now they've invested all that money, they've got all that spare capacity, and now they are asking themselves: boy, did we make a big mistake? All this North American stuff came on and they have to understand what the pricing structure is today in order to make decisions about how much spare capacity, if any, they need to manage in the future in order to continue to play their role. So, I don't think they have changed their view about what role they need to play and what role they want to play. It is rather: how do they play it? And that is not obvious to any of us. It is going to be very informative to all of us to understand the price discovery process. Just where are the marginal barrels and how elastic are they? A lot of people thought it gets to $60 and everything would become obvious. I never held that view. I commented early on that I thought people would be pretty surprised at just how resilient this thing is, which is what I told the Opec meeting when I spoke to them in June. I said, you need to be ready for this to take a while. I think the fact that we have gone through several of these price convulsions this year, shouldn't be a surprise to anyone.

**Q. What does strike you as different from previous price downturns?**

A. The only new element that I see this time around that wasn't there in the previous cycle is the availability of financing. The low cost of money, large amounts of private equity money is easily raised because it doesn't cost anything at these low interest rates. And that is what you saw the first pop-up earlier this year, a lot of the conventional players that were in pretty bad shape suddenly got an infusion. They were either able to raise some money from banks, or they were able to raise it through private equity markets, or they were able to issue shares. It stunned me. I think it's because we are part of this general environment in the global equity markets and investment climate of very low cost financing, so you can take a lot of risk, and that is what people are doing. There is a lot of cash looking for some place to go, and people say, "Look at this. It is down 50%. It's got to be a good investment and the money is only costing me 2%-3%. Throw it in there." That's the piece that [is] going to cause this to take a little while to get played out. When do people get burned enough that they say, "I've had it"?

**Q. What do you think the greatest risks are in this downturn? Would it be this easy access to money?**

A. For people like us, the greatest risk is just how long. One risk in being able to anticipate the timing is this availability of easy financing, easy capital. Now, as many are beginning to write and observe, are we coming to the reckoning in the second half of this year when people have to restate their reserves, their coverage ratios get flipped upside down, and they can't go outside and raise any more money? Then they're done. The

Case 3:21-cv-00194-N    Document 70    Filed 11/24/21    Page 288 of 290    PageID 1192

availability of the hedging market was not there in the 80s. You couldn't sell forward and get yourself an injection of cash. There are so many more financial tools available today that make this different along the periphery. I don't think fundamentally that will change anything, but how you emerge from it is different. This has many different elements from the 80s, which says how we come out of it is very, very hard to predict. In my view, capital isn't behaving rationally. But I understand why.

**Q. Exxon Mobil is pressing ahead with several projects through 2017. What are you going to do to maintain growth after 2017?**

A. We still have this very, very deep inventory. The resource base is over 90 billion barrels. When we put those resources in our resource base, a large portion we can't develop today. We hold it because we believe it will be commercial. If you look at our history, ultimately they work up our list because we develop technology capabilities, or we find other ways to develop them to make them commercial. Sometimes we are able to renegotiate fiscal terms around those resources because host countries want them developed. So we have a lot of things in the resource base that in today's environment you say I can't go develop that, but we keep them because we have demonstrated consistently, certainly over the 40 years of my career, that we find the elements to see them developed. I can say that about Sakhalin offshore Russia, which when we got it had no economics. Now it is one of our most profitable projects. We have that same inventory out there, and the process we use is unchanged. The only thing that changes is the price range we test it against. We have always used a very broad range of pricing because we know we can't predict. Where the attractiveness has moved back and forth on us is when you get into different price environments, and you are in different cost environments as well. The piece we have to be very, very careful with is when we are in the high price environment, like we've been for the past few years, we know that the capital that goes into those resources is going to be high because of the high cost environment. Unlike your cash cost, which is variable, once the investment is made, you are stuck with that. You live with that. We don't do write downs. If you look at our history, we do not write our investments down. A lot of other people are very quick to want to write things down because it kind of improves things going forward. As part of our disciplined approach going forward, everyone around here understands, once you make that investment, you live with that the rest of your career. If you have invested in a high cost environment and things go south, you better have anticipated your ability to work on the things you can work on to sustain the profitability of that investment, which means the variable costs. How are you going to get it out of your variable costs because your fixed costs are there? We are not going to bail you out by writing it down. That is the message to our organization. They all understand that. I grew up with that and it's hard. How are you going to make it work now at $40, at $50? There is no safety net here to help you out on the fixed cost side.

**Q. That risk is even more of a problem in megaprojects, which are so often over budget and delayed. Exxon Mobil is a partner in Kashagan, a prime example. What can be done to fix megaprojects?**

A. Kashagan is the poster child for disfunctionality, and I've said it to my partners consistently. For us, in the projects where we operate, where we are in control, we have done very well. We have delivered them on time. We have delivered them on budget. That is because we have an organization, Exxon Mobil Development Corp., that was created back at the time of the merger because we could see the opportunity set of megaprojects we had coming out of the Exxon-Mobil merger. We could look at our past and see we were not very good at this. We don't seem to be able to get them done on time. We don't seem to be able to get them done on cost. We don't seem to get them to start up and run very well. So at the time of the merger, we were like everybody else. We made the decision that we had to create project expertise at Exxon Mobil that no one else had because we could not rely on the contractors. We can't rely on the KBRs, we can't rely on the Fluors or others to do it; nor should we. We are the investor. We need them to do what they do, but we have to own the overall execution and performance. When we created the development company, it has developed the capability and expertise that I can say with certainty no one can come close to — no one. And when they say they are going to do something, they do it. When they run into a problem, they know how to rebaseline it and fix it. And the most recent shining example of that is Papua New Guinea [LNG]. Nobody thought that project could even be done. It started up early. It started up on budget. Sakhalin? People said it couldn't be done. It started up on time, it started up on budget. All of that capability didn't just happen. It was developed with a lot of focus and a lot of effort and a lot of investment in people. We have an internal capability that no one else has. And the reason I can say that with confidence is because we are participants in projects that we do not operate. We put some of our people in there at an early stage to try to help, and it is always interesting to me that we don't get full uptake on that. We're an investor there and we'd like to see those projects perform better. But everyone has pride of ownership, and there's pushback, and they want to see it done their way. So we watch them make mistakes that we know they are going to make and pay for them. You can go through the list of non-operated projects we are in, and none of them are on time, and few of them are on budget, and they all struggle. It frustrates me to no end. But all you can do is offer your input. We don't have controlling interest in those things, so we can't block. You can't force people to do things.

**Q. Let's talk about the US shale story. How do you see it? The US is on the verge of becoming a pretty significant oil exporter, not just to Canada and Mexico.**

A. Our outlook is that we will be a net exporter by the end of the decade. A lot of that will depend on the environment, but the resource base has been well established. It is there, there's no question it's there, and we understand what it takes to develop it. People will continue to get the unit cost of that development down. It will compete. Will all of it compete at all pricing? No. A significant portion of it is competitive, even at today's pricing.

Case 3:21-cv-00194-N    Document 70    Filed 11/24/21    Page 289 of 290    PageID 1193

We have a lot of resource holdings here in the unconventional in the US and they are profitable at today's prices.

**Q. Are they sustainable longer term at today's prices?**

A. A portion of it is. I know you appreciate that not all of it is created equal, even within plays. There's higher quality portions of the Bakken, the Permian — all of these. There are large, large resources in place that will compete. The unevenness of how all this emerges is more of a cash flow issue than it is the quality of the investment opportunity. People are just going to have their cash flows out of whack for a while until it irons out. But it's here, it's proven, it's reliable. If I were Opec, one of the things I would be wanting to understand out of this exercise is — what is the elasticity on North American unconventionals? If your price range is $40-$50/bbl, what happens? If your price range is $50-$60/bbl, what happens? If it is $60-$70/bbl, what happens? Because if you go back to what I said earlier, the markets are looking at the supply side and they are asking, how resilient is that? And can I see that there is capacity should demand suddenly pick up? If they can see that, then they are calm. If they don't see it, then whoosh, everything gets out of whack again on the other side.

One of the questions is: Is North America now the new spare? When things were running at a pretty steady state, the North American industry demonstrated we could add a million barrels a day in a year. Now if you shut it down for a while, it won't be a million a year, but it won't be long if you give it the right price signal, and boom, here it comes. So, if I'm Opec, I'd like to understand that. Because maybe if I can convince the market that if North America can turn a million barrels a day on in a year or two years, if you give it the right price signals, that Opec doesn't have to develop that. So that's what [has] changed.

What have North American tight oil and unconventionals done, they have demonstrated that the resource base is enormous. It can be developed technically, and it was still on a cost curve that was going down when all this happened. This will probably stimulate even further efficiencies. I think it is recognized now globally. It is recognized that it is not going to go away. And all this talk about Opec trying to kill North America is just nonsense. It's not what they are interested in doing at all. Naimi once said to me, "I'm very happy this has happened. It takes all the pressure off us." Now this was back when it was about 8 million b/d or less, 7.5 million b/d. I don't think he anticipated going to 9.4, but I didn't either. I don't think any of us was quite sure about that.

**Q. Your European major oil company peers came out jointly earlier this year in favor of a carbon price. Exxon Mobil did not. Why not? And how does Exxon Mobil think climate change should be addressed?**

A. We didn't join the European letter because, first, we didn't see anything new in there. We've articulated our position pretty clearly now. I guess I first articulated it almost eight years ago at the Wilson Center in Washington, D.C. And it's not changed. When I looked at the European letter, it lacked a lot of specificity — it's kind of aspirational. We've been very specific our-

selves. Nothing has changed with us over the last decade, really. We do view the climate change issue as a risk. It is a serious risk. We are in the risk management business, so we approach it just like we manage all other elements of risk in our world. We believe you have to understand the fundamentals of all issues of what is going on which means invest in the science, support advancement of the scientific understanding. Acknowledge what you know, acknowledge what you don't know, and acknowledge what the range of uncertainties are. That is how you manage risk. There is a range of uncertainty around every risk you manage. There is no such thing as certainty. That word! I cringe every time I hear people say it's certain. It's science, and there are ranges of uncertainty around it. There is nothing wrong with acknowledging that so we can fully investigate what our alternatives are. That has always been our approach.

We have been engaged in climate science for more than three decades now. We have been engaged in the UN IPCC panel on climate science, our scientists have been a member since it was founded in 1988. So we understand this at a level that probably most people don't, because we have to. It's a risk for us as an enterprise. It is also a risk for society. So, we will always believe it starts with understanding what we know, understanding what we don't know, and developing some view of the ranges of uncertainty around that. In fact, if you look at the IPCC reports — not the executive summary, which is a political document — but look at the IPCC scientific reports. That is exactly what they say. They demonstrate that there is a range of uncertainty around this. Now, what are you going to do with it? How do you want to manage that? There is a serious risk there. In managing the risk, we think you always have to put in the cost and the benefits. There will be a cost to societies and economies as you undertake steps to manage that risk. What are the benefits? That's an iterative process. The thing I think is unfortunate about this in our society and in the pop political realm is it's a polarized debate. It's all or nothing, and that is just nonsense. That is no way to manage risk.

So the first thing you ought to do in managing that risk is take all the steps that make sense. Okay, what makes sense? Energy efficiency makes sense. You get lower carbon emissions, and it's good economic sense. So, we've always invested a lot in energy efficiencies, both in terms of working with manufacturers, whether its auto manufacturers to industrial manufacturers. What can we do in the way we provide products to help you with energy efficiency? We've always invested in alternative ways to take the carbon molecule and convert it into something else that is less impactful. We've invested in that for years, and in many collaborative efforts. What are the things that make economic sense? Do that first.

Beyond that, what could you do to incentivize people's behavioral choices through policy? We have never favored mandates. I tell people the greatest experiment out there, if you want to look at it, is from 1992 to today, the United States' carbon emissions are down, and not insignificantly, over a period of time when the economy has doubled in size, and we have 50 million more energy consumers. We never had a carbon policy. We didn't need one. It was all done through other mechanisms, including Cafe standards that incentivized energy efficiency in

Case 3:21-cv-00194-N Document 70 Filed 11/24/21 Page 290 of 290 PageID 1194

automobiles, and use of natural gas in power generation because it made economic sense. All of it was really done because people decided that it made sense. Europe on the other hand has been very heavy handed. They have had carbon trading for years, which to the best I can tell has never produced anything from a permanent improvement standpoint. And now they've migrated to very heavy handed mandates on renewables and feed-in tariffs. And what have they got? They've not been able to lower their carbon emissions. So the policy side becomes one of how do you want to do that. We take a very principled approach to the policy side. First, it needs to be something that would establish a price on carbon to the economy to which people can then measure a benefit. It needs to be uniform so you don't have these distortions of picking winners and losers, so that the market can decide what it likes. And it does that in a very transparent way so everybody can see what is going on, that it is administratively very efficient so that you don't impose additional costs. In the end, it can be done on a large scale and contains the elements that other countries around the world could look at and see how it might work in their country. Maybe not exactly the same way, but by following these principles, it could work. The conclusion to all that back eight years ago when I gave that speech to the Wilson Center, I said we look at that and we conclude that a carbon tax, a revenue neutral carbon tax, achieves all those things.

We get pushback on the carbon tax. Some people don't agree with revenue neutrality. And we would make it revenue neutral by taking whatever tax is being imposed, is being collected, returned through employment taxes. You can lower payroll taxes, people's payments into the entitlements system, however you want to do it, but you take the burden off of the jobs. Whatever impact you are having on jobs because you have a carbon tax, you try to restore that by making it less costly to create jobs in the system. That's why we came out for a carbon tax eight years ago. The European companies that wrote this letter, I guess they are catching up, finally. They don't have those specifics around them. I have met with all those CEOs, every one of them. They asked me, "Why won't you sign?" I told them, because you don't know how to make it work yet. I asked them how it is going to work. They couldn't tell me. They didn't have any specifics. They just said governments ought to go do this. I said, well that's helpful. We have put that forward, and I have talked to people in the [US] Senate, all the way back to when John Kerry was trying to get climate legislation passed. We shared our views. I think my only reservation on it is the same that most other people have: They don't trust the government. We don't trust our elected leaders to do what they say they are going to do. When we say it is revenue neutral, that means you take the money in and you give it right back. The fear is when they take the money in they won't give it back. I can't debate that one. They should be distrustful. The government has earned that distrust with the way they have handled revenues. I'm happy to advocate for a carbon tax as being the best solution, but I understand why people have serious reservations about ever implementing it. I do, too, but I still think it is the best answer.

**Q. Canadian heavy oil is fetching some of the lowest prices in the world right now, and it was struggling at higher prices. Is it the marginal barrel?**

A. There are probably some of those Canadian oil sands barrels that are the marginal barrel. As you know we just started up a major project, Kearl, the second phase. For the oil sands, the only way you can compete across these volatile price ranges is — it'd better be big. You have to have scale working on your behalf. That is why we never do small things. Syncrude is big. Cold Lake is big. Kearl is big. Because doing a 30,000-40,000 b/d oil sands project is going to get you nowhere. You are literally at the whims of the market. You can't get enough efficiencies on a unit basis. So Kearl, and it's a great example; we built it when it was a fairly high cost environment, we drove the costs down as low as we could get them, but we are going to live with these legacy costs. So now the whole organization as we are bringing the next expansion phase up, doubling the capacity up, they are all over the variable costs. And they are just driving it down, and this is what they always do. They know they have to get Kearl to operate where it makes money at a price environment that looks like today. Now when your netbacks are even below that because of what's going on today because it's highly variable what's going on with infrastructure. Pipelines have problems, refineries have problems. We don't get too over-exercised. We have a view that over the long-term we are probably going to operate in a price environment that is across a range like this. You guys need to make sure you can make money at the bottom of that range. Then at the top of that range, you can make a lot of money. We tell our folks, build this thing for the bottom of the cycle. We won't be the prettiest girl on the stock exchange, but we will be alright. We'll be able to continue to pay our dividend, shareholders will be happy, and when we come out of the cycle, we'll be all stars. Just don't get yourselves into a position where you are in trouble at the bottom of a cycle. That's the way we build all our investment decisions around here.

**Q. Can you speculate on where you think the marginal barrel is? What's the answer to this price discovery question we started out with?**

A. Well, I'm sure there's some oil sands, I'm sure there's some tight oil, I'm sure there's some deepwater environments around the world where discoveries have been made, and again in this low price environment, the problem is scale. You just have to have enough barrels sitting under the capital investment that has to be made to make it work. So if you are sitting on a 150 or 200 million bbl deepwater discovery, you are probably trying to figure out how can I hold onto that at the lowest possible holding cost until things get a little bit better, or I have some kind of breakthrough on how to develop that with different technologies. I don't think that the marginal barrel resides in any one of these types of resources. There are marginal barrels in each one of them. And the question is what piece of that type of resource can perform in this low-price environment. And there is a piece of all of them that will because of the scale. If the scale is large enough, they'll make it. They may not be real pretty, but they'll make it. They'll make it till this thing finally turns. People will make a little money then. That is the nature of what we do.

A-229