**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 3:21-cv-00194-N ) |
| v. | ) Hon. David C. Godbey ) |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, NEIL A. CHAPMAN, JACK WILLIAMS, NEIL A. HANSEN, DAVID ROSENTHAL, LIAM M. MALLON, JEFFREY J. WOODBURY AND SARA N. ORTWEIN, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

**ORDER GRANTING LEAD PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS**

ON THIS DAY, the Court considered Lead Plaintiff's Unopposed Motion for Leave to Exceed Page Limits. After considering the Motion, the Court has determined that the Motion should be GRANTED. It is therefore ORDERED that Lead Plaintiff's brief in opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint shall not exceed 45 pages, exclusive of the cover page, tables of contents and authorities, the glossary, and signature pages

**WHEREFORE**, this motion is GRANTED.

SIGNED this 27th day of December, 2021.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

/s/        *Lewis T. LeClair*
Lewis T. LeClair
Texas Bar No. 12072500
lleclair@mckoolsmith.com
**McKOOL SMITH PC**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Phone: (214) 978-4000
Fax: (214) 978-4044


*Liaison Counsel for the Class*

/s/        *Daniel L. Berger*

Daniel L. Berger (*pro hac vice*)
dberger@gelaw.com
Barbara J. Hart (*pro hac vice*)
bhart@gelaw.com
Caitlin M. Moyna (*pro hac vice*)
cmoyna@gelaw.com
Rachel A. Berger (*pro hac vice*)
rberger@gelaw.com
**GRANT & EISENHOFER PA**
485 Lexington Avenue
New York, New York 10017
Phone: (646)722-8500
Fax: (646) 7222-8501

*Co-Lead Counsel for the Class*

/s/    *John Rizio-Hamilton*

John Rizio-Hamilton (*pro hac vice*)
johnr@blbglaw.com
Rebecca E. Boon (*pro hac vice*)
rebecca.boon@blbglaw.com
Kate W. Aufses (*pro hac vice*)
kate.aufses@blbglaw.com
R. Ryan Dykhouse (*pro hac vice*)
ryan.dykhouse@blbglaw.com
Matthew Traylor (*pro hac vice motion pending*)
matthew.traylor@blbglaw.com
**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
1251 Avenue of the Americas

2

New York, New York 10020
Phone: (212) 554-1400
Fax: (212) 554-1444


*Co-Lead Counsel for the Class*


/s/  *Noelle M. Reed*

Noelle M. Reed
Texas Bar No. 24044211
noelle.reed@skadden.com
Wallis M.  Hampton
Texas Bar No. 00784199
wallis.hampton@skadden.com
Brent M. Hanson
Texas Bar No. 24106051
brent.hanson@skadden.com
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1000 Louisiana Street, Suite 6800
Houston, Texas 77002
Phone: (713) 655-5122
Fax: (713) 483-9122

Michelle L. Davis
Texas Bar No. 24038854
michelle.davis@skadden.com
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
308 Bahama Court
Granbury, Texas 76048
Phone: (713) 655-5197
Fax: (713) 483-9197


*Attorneys for Defendants Exxon Mobil*
*Corporation, Darren W. Woods,*
*Neil A .Chapman, Jack Williams, Neil A. Hansen,*
*David S. Rosenthal, Liam M. Mallon,*
*Jeffrey J. Woodbury, and Sara N. Ortwein*

3