**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:21-cv-00194-N |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, NEIL A. CHAPMAN, JACK WILLIAMS, NEIL A. HANSEN, DAVID ROSENTHAL, LIAM M. MALLON, JEFFREY J. WOODBURY, and SARA N. ORTWEIN, | ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) ) | |

**APPENDIX IN SUPPORT OF REPLY IN SUPPORT**
**OF DEFENDANTS' MOTION TO DISMISS**
**THE AMENDED CLASS ACTION COMPLAINT**

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
Tel.: (713) 655-5122
Fax: (713) 483-9122

*Attorneys for Defendants Exxon Mobil*
*Corporation, Darren W. Woods, Neil A.*
*Chapman, Jack Williams, Neil A. Hansen,*
*David S. Rosenthal, Liam M. Mallon, Jeffrey*
*J. Woodbury, and Sara N. Ortwein*

2

In support of Exxon Mobil Corporation, Darren W. Woods, Neil A. Chapman, Jack P. Williams, Neil A. Hansen, David S. Rosenthal, Liam M. Mallon, Jeffrey J. Woodbury, and Sara N. Ortwein's Reply in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint, attached are true and correct copies of the following documents:

| Exhibit No. | Description | Page(s) |
|---|---|---|
| A | Declaration of Noelle M. Reed | RA-1 — RA-2 |
| 1 | January 20, 2022 Letter from Securities and Exchange Commission Assistant Director David B. Reece to Exxon Mobil Corporation | RA-3 |

Dated: February 9, 2022                  Respectfully submitted,

                                         */s/ Noelle M. Reed*

                                         Noelle M. Reed
                                            State Bar No. 24044211
                                         Wallis M. Hampton
                                            State Bar No. 00784199
                                         Brent M. Hanson
                                            State Bar No. 24106051
                                         SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP
                                         1000 Louisiana Street, Suite 6800
                                         Houston, Texas 77002
                                         Tel.: (713) 655-5122
                                         Fax: (713) 483-9122
                                         noelle.reed@skadden.com
                                         wallis.hampton@skadden.com
                                         brent.hanson@skadden.com

                                         Michelle L. Davis
                                            State Bar No. 24038854
                                         SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP
                                         308 Bahama Court
                                         Granbury, Texas 76048
                                         Tel.: (713) 655-5197
                                         Fax: (713) 483-9197
                                         michelle.davis@skadden.com

                                         *Attorneys for Defendants Exxon Mobil
                                         Corporation, Darren W. Woods, Neil A.
                                         Chapman, Jack Williams, Neil A. Hansen,
                                         David S. Rosenthal, Liam M. Mallon,
                                         Jeffrey J. Woodbury, and Sara N. Ortwein*

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>EXXON MOBIL CORPORATION, DARREN W. WOODS, NEIL A. CHAPMAN, JACK WILLIAMS, NEIL A. HANSEN, DAVID ROSENTHAL, LIAM M. MALLON, JEFFREY J. WOODBURY, and SARA N. ORTWEIN,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:21-cv-00194-N<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF NOELLE M. REED**

1.      My name is Noelle M. Reed.  I am over the age of 18, of sound mind, am competent to make this declaration, and every statement herein is based upon my personal knowledge and is true and correct.  I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, resident in the firm's Houston office.  I represent Defendants Exxon Mobil Corporation, Darren W. Woods, Neil A. Chapman, Jack P. Williams, Neil A. Hansen, David S. Rosenthal, Liam M. Mallon, Jeffrey J. Woodbury, and Sara N. Ortwein ("Defendants") in the above-captioned matter.

2.      I submit this declaration in support of Defendants' Reply in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint.

3.      Attached as Exhibit 1 is a true and correct copy of a January 20, 2022 Letter from Securities and Exchange Commission Assistant Director David B. Reece to Exxon Mobil Corporation.

RA-1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2022.

_____
Noelle M. Reed

RA-2

# EXHIBIT 1



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BURNETT PLAZA, 801 CHERRY STREET, SUITE 1900, UNIT 18
FORT WORTH, TX 76102

**FORT WORTH**
**REGIONAL OFFICE**

January 20, 2022

***Via e-mail***

Exxon Mobil Corporation
c/o David R. Woodcock
Assistant General Counsel – Corporate Law
david.r.woodcock@exxonmobil.com

  Re: In the Matter of Exxon Mobil (FW-04425)

Dear Mr. Woodcock:

  We have concluded the investigation as to Exxon Mobil Corporation. Based on the information we have as of this date, we do not intend to recommend an enforcement action by the Commission against Exxon Mobil. We are providing this notice under the guidelines set out in the final paragraph of Securities Act Release No. 5310, which states in part that the notice "must in no way be construed as indicating that the party has been exonerated or that no action may ultimately result from the staff's investigation." (The full text of Release No. 5310 can be found at:
http://www.sec.gov/divisions/enforce/wells-release.pdf.)

       Sincerely,

       Reece, David B. Digitally signed by Reece, David B.
               Date: 2022.01.20 14:34:56 -06'00'

       /s
       David Reece
       Assistant Director

RA-3