**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:21-cv-00194-N |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, NEIL A. CHAPMAN, JACK WILLIAMS, NEIL A. HANSEN, DAVID ROSENTHAL, LIAM M. MALLON, JEFFREY J. WOODBURY, and SARA N. ORTWEIN, | ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) ) ) | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR**
**LEAVE TO EXCEED PAGE LIMITS**

On this day, the Court considered Defendants' Unopposed Motion for Leave to Exceed Page Limits. After considering the Motion, the Court has determined that the Motion should be GRANTED.  It is therefore ORDERED that Defendants' Reply in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint shall not exceed 18 pages, exclusive of the cover page, tables of contents and authorities, and signature pages.

SIGNED this 11th day of February, 2022.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE