**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) Civil Action No.: 3:21-cv-00194-N |
| v. | ) ) Hon. David C. Godbey |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, DARREN W. WOODS, NEIL A. CHAPMAN, JACK WILLIAMS, NEIL A. HANSEN, DAVID ROSENTHAL, LIAM M. MALLON, JEFFREY J. WOODBURY and SARA N. ORTWEIN, | ) ) ) ) ) ) ) ) |
| Defendants | ) ) ) ) |

**LEAD PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs respectfully submit this reply in further support of their Motion for Leave to File a Sur-reply (ECF No. 80). In opposition, Defendants assert that the three points Plaintiffs raised in their motion were not new or otherwise appropriate for sur-reply. This effort fails.[1]

First, the SEC Notice is undisputedly a new fact. *See* ECF No. 81, at 2. Second, the Complaint expressly alleged that Exxon's scienter "is derived from the scienter of its executives, including . . . Melissa Bond" (¶252), and that Bond furnished the false drilling assumptions that were included in Exxon's publicly stated valuations and supported its Permian production plan (¶¶256-58). Third, Defendants ignore that they raised new arguments in their reply related to Plaintiffs' expert that have nothing to do with whether "performance metrics improved in later years." *Compare* ECF No. 80-1 at 2-4 *with* ECF No. 81 at 1.

---

[1] References to "¶__" are to the Amended Complaint (ECF No. 53).

For the foregoing reasons and the reasons set forth in Plaintiffs' opening brief, the Motion for Leave to File a Sur-reply should be granted.

Dated: March 1, 2022                    Respectfully submitted,

                                        */s/ Lewis T. LeClair*
                                        Lewis T. LeClair
                                        Texas Bar No. 12072500
                                        lleclair@mckoolsmith.com
                                        **McKOOL SMITH PC**
                                        300 Crescent Court, Suite 1500
                                        Dallas, Texas 75201
                                        Phone: (214) 978-4000
                                        Fax: (214) 978-4044

                                        *Liaison Counsel for the Class*

                                        John Rizio-Hamilton (*pro hac vice*)
                                        johnr@blbglaw.com
                                        Rebecca E. Boon (*pro hac vice*)
                                        rebecca.boon@blbglaw.com
                                        Kate W. Aufses (*pro hac vice*)
                                        kate.aufses@blbglaw.com
                                        R. Ryan Dykhouse (*pro hac vice*)
                                        ryan.dykhouse@blbglaw.com
                                        Matthew Traylor (*pro hac vice*)
                                        matthew.traylor@blbglaw.com
                                        **BERNSTEIN LITOWITZ BERGER
                                            & GROSSMANN LLP**
                                        1251 Avenue of the Americas
                                        New York, New York 10020
                                        Phone: (212) 554-1400
                                        Fax: (212) 554-1444

                                        *Co-Lead Counsel for the Class and Counsel for Co-Lead Plaintiff State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island*

                                        Daniel L. Berger (*pro hac vice)*
                                        dberger@gelaw.com
                                        Barbara J. Hart (*pro hac vice)*
                                        bhart@gelaw.com

2

Caitlin M. Moyna (*pro hac vice*)
cmoyna@gelaw.com
Rachel A. Berger (*pro hac vice*)
rberger@gelaw.com
**GRANT & EISENHOFER PA**
485 Lexington Avenue
New York, New York 10017
Phone: (646) 722-8500
Fax: (646) 722-8501

*Co-Lead Counsel for the Class and Counsel for Co-Lead Plaintiff Amalgamated Bank*

3

## CERTIFICATE OF SERVICE

I certify that on March 1, 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Lewis T. LeClair*
Lewis T. LeClair