**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Action No.: 3:21-cv-00194-N |
| v. | ) Hon. David C. Godbey |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, DARREN W. WOODS, NEIL A. CHAPMAN, JACK WILLIAMS, NEIL A. HANSEN, DAVID ROSENTHAL, LIAM M. MALLON, JEFFREY J. WOODBURY and SARA N. ORTWEIN, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Co-Lead Plaintiffs State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island and Amalgamated Bank (together, "Lead Plaintiffs") file this Notice of Supplemental Authority.

In Defendants' Motion to Dismiss Amended Class Action Complaint and Brief in Support [Dkt 69] ("Def. Br.") at page 18, fn. 6, Defendants acknowledged that in *Ramirez v. Exxon Mobil Corp.*, 334 F. Supp. 3d 832 (N.D. Tex. 2018), Judge Kinkeade "concluded that asset valuations could not be characterized as opinions because alleging a GAAP violation is sufficient to allege a material misstatement of fact." Def. Br. at 18, n.6 (citing *Ramirez*, 334 F. Supp. 3d at 848). However, in the same footnote, Defendants stated that "Judge Kinkeade is considering a motion to reconsider his denial of the motion to dismiss in light of ExxonMobil's recent victory in the New York Attorney General's lawsuit challenging ExxonMobil's climate change disclosures."

NOTICE OF SUPPLEMENTAL AUTHORITY-Page 1

Def. Br. at 18, n.6. The attached March 31, 2022 decision of Judge Kinkeade denying the Motion

to Reconsider confirms that the holding in *Ramirez* remains good law.

Lead Plaintiffs respectfully request that the Court take notice of this supplemental authority

constituting the updated ruling from Judge Kinkeade.

Dated: April 4, 2022                                Respectfully submitted,

                                                    */s/ Lewis T. LeClair*
                                                    Lewis T. LeClair
                                                    Texas Bar No. 12072500
                                                    lleclair@mckoolsmith.com
                                                    **McKOOL SMITH PC**
                                                    300 Crescent Court, Suite 1500
                                                    Dallas, Texas 75201
                                                    Phone: (214) 978-4000
                                                    Fax: (214) 978-404

                                                    *Liaison Counsel for the Class*

                                                    John Rizio-Hamilton (*pro hac vice*)
                                                    johnr@blbglaw.com
                                                    Rebecca E. Boon (*pro hac vice*)
                                                    rebecca.boon@blbglaw.com
                                                    Kate W. Aufses (*pro hac vice*)
                                                    kate.aufses@blbglaw.com
                                                    R. Ryan Dykhouse (*pro hac vice*)
                                                    ryan.dykhouse@blbglaw.com
                                                    **BERNSTEIN LITOWITZ BERGER &
                                                    GROSSMANN LLP**
                                                    1251 Avenue of the Americas
                                                    New York, New York 10020
                                                    Phone: (212) 554-1400
                                                    Fax: (212) 554-1444

                                                    *Co-Lead Counsel for Co-Lead Plaintiff State of
                                                    Rhode Island, Office of the General Treasurer, on
                                                    behalf of the Employees' Retirement System of
                                                    Rhode Island*

                                                    Daniel L. Berger (*pro hac vice)*
                                                    dberger@gelaw.com
                                                    Barbara J. Hart (*pro hac vice)*
                                                    bhart@gelaw.com

NOTICE OF SUPPLEMENTAL AUTHORITY-Page 2

Caitlin M. Moyna (*pro hac vice*)
cmoyna@gelaw.com
Rachel A. Berger (*pro hac vice*)
rberger@gelaw.com
**GRANT & EISENHOFER PA**
485 Lexington Avenue
New York, New York 10017
Phone: (646) 722-8500
Fax: (646) 722-8501

*Co-Lead Counsel for Co-Lead Plaintiff*
*Amalgamated Bank*

**CERTIFICATE OF SERVICE**

I certify that on April 4, 2022, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ *Lewis T. LeClair*
Lewis T. LeClair

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PEDRO RAMIREZ, JR., Individually
and on Behalf of All Others Similarly
Situated,

              Plaintiff,

v.

EXXON MOBIL CORPORATION,
REX W. TILLERSON, ANDREW P.
SWIGER, JEFFREY J. WOODBURY,
and DAVID S. ROSENTHAL,

              Defendants.

Civil Action No. 3:16-CV-3111-K

## ORDER

Before the Court are Defendants' Motion for Reconsideration of their Motions to Dismiss and to Strike Based on New Case Development and Brief in Support ("Defendants' Motion") (Doc. No. 122), Lead Plaintiff's Response in Opposition to Defendants' Motion for Reconsideration ("Plaintiff's Response") (Doc. No. 133), and Defendants' Reply in Support of Their Motion for Reconsideration of Their Motions to Dismiss and to Strike Based on New Case Development ("Defendants' Reply") (Doc. No. 140-1). Having carefully reviewed Defendants' Motion, Plaintiff's Response, Defendants' Reply, the relevant appendices and hearing transcript, and the applicable law, the Court **DENIES** Defendants' Motion.

1

Defendants have also filed a Motion for Leave to File Reply Brief Addressing New Case Development ("Defendants' Motion to File Reply") (Doc. No. 144). Defendant's Motion to File Reply relates to Defendants' Supplemental Brief Addressing New Case Development (Doc. No. 120)—which should have been stricken as it failed to comply with this district's Local Rules. *See* N.D. Tex. Civ. R. 56.7. Plaintiff responded in Lead Plaintiff's Response to Defendants' Supplemental Brief (Doc. No. 134). Although the Court believes that Defendants' Reply in Further Support of Its Supplemental Brief Addressing New Case Development (Doc. No. 144-1) does not substantively advance or buttress any arguments not already addressed in Defendants' Supplemental Brief Addressing New Case Development—which, again, should have been stricken—the Court declines to strike it out of fairness to Defendants. Thus, the Court **GRANTS** Defendants' Motion to File Reply. Defendants' Reply in Further Support of Its Supplemental Brief Addressing New Case Development (Doc. No. 144-1) will be filed as of this date.

Further violations of this district's Local Rules will not be met with such lenience. Future filings that are not in compliance with both the Federal Rules of Civil Procedure and this district's Local Rules will be unfiled without warning and without regard to any impact on deadlines.

Also before the Court are Plaintiff's Motion for Oral Argument Regarding Lead Plaintiff's Motion for Class Certification ("Plaintiff's Motion") (Doc. No. 119) and Defendants' Response to Plaintiff's Motion for Oral Argument Regarding Motion for

Class Certification (Defendants' Response) (Doc. No. 125). Considering that the Court previously granted (Doc. No. 117) Defendants' Request for Evidentiary Hearing on Lead Plaintiff's Motion for Class Certification (Doc. No. 100), the Court construes Plaintiff's Motion as a motion to reconsider. Because the Court sees no reason to reconsider its decision to grant Defendants' Request for Evidentiary Hearing on Lead Plaintiff's Motion for Class Certification, the Court **DENIES** Plaintiff's Motion.

To summarize:

- Defendants' Motion for Reconsideration of their Motions to Dismiss and to Strike Based on New Case Development and Brief in Support (Doc. No. 122) is **DENIED**.
- Defendants' Motion for Leave to File Reply Brief Addressing New Case Development (Doc. No. 144) is **GRANTED**. Defendants' Reply in Further Support of Its Supplemental Brief Addressing New Case Development (Doc. No. 144-1) will be filed as of this date.
- Plaintiff's Motion for Oral Argument Regarding Lead Plaintiff's Motion for Class Certification (Doc. No. 119) is **DENIED**.

The Court hereby sets a hearing regarding Lead Plaintiff's Motion for Class Certification (Doc. No. 186) for **June 6, 2022, at 9:00 A.M**. in Courtroom 1627, United States District Court for the Northern District of Texas, Dallas Division, located at 1100 Commerce Street, Dallas, Texas 75242. Parties shall be prepared to present argument and evidence on class certification at the hearing. *See* Fed. R. Civ. P. 23(a), (b)(3), (c); *see also* Manual for Complex Litigation (Fourth) § 21.1.

3

Lead Plaintiff's Motion for Class Certification (Doc. No. 186) will remain **STAYED** pending the Court's decision on class certification after the hearing.

**SO ORDERED.**

Signed March 31st, 2022.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE