**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>EXXON MOBIL CORPORATION, DARREN W. WOODS, NEIL A. CHAPMAN, JACK WILLIAMS, NEIL A. HANSEN, DAVID ROSENTHAL, LIAM M. MALLON, JEFFREY J. WOODBURY, and SARA N. ORTWEIN,<br><br>*Defendants*. | Civil Action No. 3:21-cv-00194-N |

**ORDER GRANTING DEFENDANTS' MOTION FOR**
**LEAVE TO EXCEED PAGE LIMITS**

On this day, the Court considered Defendants' Motion for Leave to Exceed Page Limits. After considering the Motion and the Second Amended Complaint, the Court has determined that the Motion should be GRANTED.  It is therefore ORDERED that Defendants' brief in support of their Motion to Dismiss shall not exceed 45 pages, exclusive of the cover page, tables of contents and authorities, and signature pages, and Plaintiffs' opposition brief to Defendants' brief in support of their Motion to Dismiss shall not exceed 45 pages, exclusive of the cover page, tables of contents and authorities, and signature pages.

SIGNED this 11th day of November, 2022.

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE