**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) Civil Action No.: 3:21-cv-00194-N ) |
| v. | ) Hon. David C. Godbey ) |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND, | ) ) ) ) |
| Defendants. | ) ) ) ) ) ) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Co-Lead Plaintiffs State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island, and Amalgamated Bank (together, "Lead Plaintiffs") file this Notice of Supplemental Authority.

In an order issued January 18, 2023, the Fifth Circuit addressed many of the issues that are subject to the pending motion to dismiss, including scienter and falsity. *See Oklahoma Firefighters Pension & Ret. Sys. v. Six Flags Ent. Corp.*, ___ F.4th ___, 2023 WL 228268, at *10-14 & n.18 (5th Cir. Jan. 18, 2023) (addressing scienter); *Id.* at *6-10 & 15 (addressing falsity). Lead Plaintiffs respectfully request that the Court take notice of the ruling from the Fifth Circuit.

NOTICE OF SUPPLEMENTAL AUTHORITY-Page 1

Dated: January 19, 2023

Respectfully submitted,

/s/ John Rizio-Hamilton
John Rizio-Hamilton (*pro hac vice*)
johnr@blbglaw.com
Rebecca E. Boon (*pro hac vice*)
rebecca.boon@blbglaw.com
Thomas Z. Sperber (*pro hac vice*)
tom.sperber@blbglaw.com
Stephen C. Boscolo (*pro hac vice*)
stephen.boscolo@blbglaw.com
**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 554-1400
Fax: (212) 554-1444

*Co-Lead Counsel for Co-Lead Plaintiff State of
Rhode Island, Office of the General Treasurer, on
behalf of the Employees' Retirement System of
Rhode Island*

Daniel L. Berger (*pro hac vice*)
dberger@gelaw.com
Barbara J. Hart (*pro hac vice*)
bhart@gelaw.com
Caitlin M. Moyna (*pro hac vice*)
cmoyna@gelaw.com
Lauren J. Salamon (*pro hac vice*)
lsalamon@gelaw.com
**GRANT & EISENHOFER PA**
485 Lexington Avenue
New York, New York 10017
Phone: (646) 722-8500
Fax: (646) 722-8501

*Co-Lead Counsel for Co-Lead Plaintiff
Amalgamated Bank*

Lewis T. LeClair
Texas Bar No. 12072500
lleclair@mckoolsmith.com
**McKOOL SMITH PC**
300 Crescent Court, Suite 1500

NOTICE OF SUPPLEMENTAL AUTHORITY-Page 2

Dallas, Texas 75201
Phone: (214) 978-4000
Fax: (214) 978-404

*Liaison Counsel for the Class*

NOTICE OF SUPPLEMENTAL AUTHORITY-Page 3

## CERTIFICATE OF SERVICE

I certify that on January 19, 2023, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ *John Rizio-Hamilton*
John Rizio-Hamilton