IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MENDI YOSHIKAWA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.  3:21-CV-00194-N |
| | § | |
| EXXON MOBIL CORPORATION, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER REQUIRING CLASS CERTIFICATION
## STATUS AND SCHEDULING CONFERENCE

Pursuant to the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Civil Justice Expense and Delay Reduction Plan for the Northern District of Texas, the Court issues this Order to facilitate early consideration of settlement and entry of a scheduling order under Rule 16(b).

1.      The requirement of Local Rule 23.2 that a motion for class certification be filed within ninety (90) days of filing of a class action complaint is suspended in this case pending further order of the Court.

2.      The parties are directed to confer within 14 days of the date of this Order regarding the following matters, and report to the Court within 14 days after the conference the parties' position:

a.      a brief statement of the nature of the case and the contentions of the parties;

ORDER – PAGE 1

b.     a description of the proposed class, including an estimate of the size;

c.     identification of other litigation involving the same or similar subject matter, including style, cause number, court, and the date filed;

d.     the status of settlement discussions (excluding any discussion of amounts);

e.     possible joinder of additional parties;

f.     any anticipated preliminary motions, including motions to dismiss, transfer, consolidate, or for summary judgment, and whether those motions should be resolved before proceeding with class discovery or filing a motion for class certification; and

g.     discovery, including the following:

i. stay of merits discovery pending a decision on class certification;

ii. any discovery needed for preliminary motions;

iii. any discovery needed for class certification;

iv. length of time needed for discovery for class certification; and

v. any proposed limits on class certification discovery.

3.     The parties are directed to hold the conference required by Rule 26(f) within 14 days of the date of this Order and report to the Court as required by that Rule.

4.     The parties' Rule 26(f) report does not need to include suggested discovery deadlines.  The Court's scheduling order will include default scheduling deadlines.  The

ORDER – PAGE 2

scheduling order provides that the parties are free to alter those deadlines by written agreement, to conform to any agreed discovery plan under Rule 26(f) or otherwise, without the necessity of motion or order.

5.      The reports required by paragraphs 2 and 3 of this Order should be contained in a single document.  Upon receipt of that report, the Court will enter a scheduling order without the necessity of a scheduling conference with the Court, unless otherwise ordered.  Requests for extension of the deadlines contained in this Order are unlikely to be granted due to the time constraints of Rule 16(b).

Signed August 24, 2023.

David C. Godbey
Chief United States District Judge

ORDER – PAGE 3