# EXHIBIT 2

**S&P Global**
Market Intelligence

# Exxon Mobil Corporation NYSE:XOM

# Analyst/Investor Day

## Wednesday, March 06, 2019 1:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

Case 3:21-cv-00194-N Document 118-2 Filed 10/05/23 Page 3 of 8 PageID 2175

# Presentation

**Neil A. Hansen**
*VP of Investor Relations & Secretary*

Hi, good morning, and welcome to ExxonMobil's 2019 Investor Day. We very much appreciate you joining us this morning and we look forward to an engaging discussion. For those of who that I have not met, my name is Neil Hansen. I am the Vice President of Investor Relations and the Corporate Secretary. I want to begin by familiarizing you with the safety procedures here at the New York Stock Exchange. If you look around there are 2 exits from this room, one to left of the stage and one in the back. Both of these will take you to a stairwell down to the street level. In case of an emergency, there will be an audible message that will give instructions as to what to do and there will be stock exchange personnel available to provide us with instructions. Also I would like to ask that everyone please silence any electronic devices, both phones and tablets, so we're not disturbed during the presentation.

Next, I would like to draw your attention to our cautionary statement found in the front of the presentation material and our supplemental information at the back of the material. As you know, these statements contain information that is relevant to today's discussion and I encourage you to read them. You may also access our website at exxonmobil.com for additional information on factors that may affect our future results as well as supplemental information that provides the definitions for some of the terms that we will use today.

Let me begin by reviewing the agenda for today. Darren Woods, Chairman and Chief Executive Officer, will lead the presentation today with members from the management committee. Darren will begin with the discussion of the business fundamentals, supporting our investments, and our plans for growing portfolio value. Following that, Neil Chapman and Jack Williams will provide updates on Upstream, Downstream and Chemical business lines. And then Andy Swiger will close with a discussion and a review on our financial and investment plans.

We'll have an opportunity to take questions after the prepared remarks and then at the conclusion of our morning session, we will have lunch on the 7th floor of the stock exchange.

With that, it is now my pleasure to introduce Mr. Darren Woods, Chairman and CEO of Exxon Mobil.

**Darren W. Woods**
*Chairman & CEO*

Good morning, everybody. Welcome. It's good to be here this morning with all of you and have a chance to talk to you about our plans. Last year, we laid out a pretty aggressive plan to grow earnings, grow cash flow and improve returns at the same time. Today we're looking forward to taking you through the progress we've made on those plans and showcasing the upside that we've identified in the year since we last met.

As Neil said, each member of the management team is going to take you through their perspective of our plans and then we will end with a group discussion up here answering any of your questions.

Since last year, I've spent quite a bit of time engaging with our shareholders, making sure the people have a clear understanding of the direction that we're taking our business. And today, we hope to add to that understanding. We want to talk about what we're doing, why we're doing it and the progress that we're making. Neil and Jack are going to explain in a lot more detail than we've historically shared that for their businesses, and then Andy is going to wrap that up and translate that into the financial success that we see for our company.

I'm going to cover 5 topics. I want to cover the progress that we're making on the plans that we've outlined and the exciting upside that we've identified. I want to provide a basis for the plans and by giving an overview of the business fundamentals that really underpin and drive our decision making.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N   Document 118-2   Filed 10/05/23   Page 4 of 8   PageID 2176

I want to explain how we're uniquely positioned to create unique value in this industry by leveraging our competitive advantages and generating industry-leading value. I'll review our investment plans and our efforts to highgrade our portfolio, and then how all of that translates into growth and earnings, cash flow and returns in a flat price environment, that is, with no help from the market.

Let me start with results from last year. Earnings were up 40% from 2017 due to higher prices, liquids growth, and our North American integration. The solid blue bar represents the 2018 earnings potential that we shared with you at last year's meeting at $60 a barrel. To understand how we did relative to that, we have to normalize our 2018 results to that same basis, $60 a barrel in 2017 margins. You can see that here, we met our earnings potential on that basis for the year. Overall, I'll tell you, I feel really good about what we delivered last year. We had some shortcomings in the first half, some disappointments, but more than made up for that in the second half. And as we finished the year, we're basically in line with where be expected to be.

More importantly, much more importantly for us, we made very good progress on the project milestones that we outlined last year. And as I've said, as we were doing that identified additional upside, which I'll take you through here now, at a fairly high level, as I said, Neil and Jack are going to get into more details. I want to kind of just give you a broad perspective as we head into the discussions today. Bottom line, our plans are on track across all 3 business sectors and in each business sector we have identified upsides.

In the Upstream, we made very good progress on our 5 key focus areas: significant growth in Guyana; more attractive acreage captured in the Permian and Brazil; accelerated value capture in the Permian; and then we made advances in our strategic LNG portfolio.

In the Downstream, we grew our logistics capacity in line with our growth in the Permian. We brought on 3 [ key ] projects, and we stuck and delivered on our milestones for other projects that are going to end up upgrading our production to higher-value products.

We also met our plans in the Chemical company. We delivered on our project milestones. We started up our new facilities, growing production, growing in line with the plan that we laid out last year, 30% increase by 2025. We have a lot more to say about this as we go through the day, but I want to stop now and step back and remind everyone why the plans that we shared with you last year and we'll talk you through today is so important in growing the value of our company, and I want to start with a discussion of the underlying fundamentals.

So the fundamentals begin with people, their standards of living and the economic activity that supports those standards. It's important to remember, we got to keep reminding ourselves many people today do not have access to modern energy, over a billion people. In the next 2 decades, we expect global population to grow by 30%, GDP to double and the middle class to close to double. That's expected to in turn result in about a 25% increase in the demand for energy. Oil demand is expected to increase about 0.7% per year, driven by commercial transportation and chemical feedstock. Gas demand is expected to grow by 1.3% per year; that's to meet electricity and industrial demand.

Now these demand projections to some seem like a low growth, that our industry is a low growth industry, but I will tell you that, that discounts the impact of depletion. When you factor in depletion rates, the need for new oil grows at 8% per year and new gas at close to 6% per year. You can see this when I overlay these demand charts with the depletion curves. The dark blue areas on the chart shows existing supplies that decline over time. The light blue area shows the additional supplies needed to meet the expected demand. I think you can all see from this chart that under any demand scenario the depletion nature of this business in and of itself supports the need for a significant industry investment.

Now over the course of last year, I get asked a lot of times, what about climate change, the risk of climate change and society's transition to lower emissions energy sources. Couple of points to make. First point I want to point out is on this chart the demand line, the projections that we have built into our demand are in line with the government commitments made under the Paris Agreement. They incorporate what has been agreed to as part of the Paris Agreement. If society has a successful technology breakthroughs that put us on a 2-degree path, demand in 2040 is expected to be in line with the red dots on this chart.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N   Document 118-2   Filed 10/05/23   Page 5 of 8   PageID 2177

So even under a 2-degree demand scenario, depletion drives the need for significant industry investment. So for us, this suggests that perhaps the biggest risk to the industry today is underinvestment. Here's an additional perspective on the magnitude of this challenge. The amount of new resources required is extraordinary, estimated at 550 billion barrels of new oil and 2,100 trillion cubic feet of new gas between 2016 and 2040. In a 2-degree scenario, the need for new resources drops to 370 billion barrels of oil and 1,800 trillion cubic feet of gas. That is still a lot of volume requiring a lot of investment.

The IEA estimates that $21 trillion of investments are needed through 2040. If you take ExxonMobil's relative production, it suggests that we should be investing at roughly $33 billion a year. We don't disagree with that. Our focus in the Upstream is an investing in advantage resources and facilities that give us a very low cost of supply though they're competitive under a variety of demand scenarios and price environments. Hopefully, the charts we just covered demonstrate why society needs us to make these investments.

Let me turn to the Downstream fundamentals. Our view in the Downstream is formed by societal trends, policy evolution and technology developments. And as that demand for higher value, cleaner burn fuels will continue to grow. Demand for fuel oil, which is the bottom of the barrel, declines pretty significantly after 2020 as a result of the IMO low-sulfur standards.

Demand for distillates, we anticipate growing by 20% by 2025 due to the economic growth that I've talked about and the corresponding increase in commercial transportation in aviation activity. Significant growth for chemical products, as people move into the middle class and their standards of living improve, drive an increase in demand for chemical feedstocks. And growth in industrial activity and transportation all linked to economic growth in turn drives the growth in demand for lubricants. While efficiency improvements and deeper penetration of electrification in light-duty vehicles leads to a relatively flat gasoline consumption. So as you can see when you step back and look at this chart from these trends, the Downstream's, you're going to see some significant demand growth for some products while in others we're going to see muted growth, low growth or in some cases, declines. This drives a need for changes in production yields through advances in technology and refinery investments, and that is what underpins our plans in the Downstream.

Now here again, people often ask what about the impact of electric vehicles. So let me give you a perspective on that. This chart converts the relative demand growth that I just talked about into absolute levels. Overall, we expect a 30% growth in liquids by 2040, largely driven by chemicals and commercial transportation. You can see that the light-duty demand shown here is relatively flat, pretty constant. To look at the potential of electric vehicles, I'll take an extreme case. Assume that 100% of light-duty vehicles on the road in 2040 are electric, 100%. That would mean, by the way, that by 2025 every new light-duty vehicle car sold in the world is electric. What's the impact of that? An all-electric fleet reduces liquids demand by roughly 20 million barrels per day in 2040, which brings total demand back to where it was in 2013, with a continuing need to shift to higher value distillates, lubes and chemical feedstocks. So our Downstream investment plans are robust, irrespective of what you want to assume with electric vehicles and their penetration into society.

Let me turn to Chemicals. Chemical demand is expected to outpace GDP by roughly 1%, driven again by population growth and improved living standards. The growing middle class and the corresponding increased demand for packaging and consumer goods underpins the expected demand for polyethylene and the growth that we see there, roughly 35% through 2025.

Polypropylene demand we expect to grow by roughly 40%, with automotive and appliance demand growth. And growth in polyester clothing supports the growth in paraxylene demand of roughly 35%. So our Chemical businesses are focused on these very strong growth sectors with an emphasis on unique performance products that leverage technology and command a premium. This is where we're investing in our Chemical sector.

So as you can see the investment fundamentals across all 3 of our business sectors are all tied to economic growth and people's standards of living and advances in those standards. This in turn requires significant new investments to meet the resulting growth in demand for oil, gas and higher value fuels, lubes and chemical products. This is a compelling case for industry as a whole. It's an even more

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N    Document 118-2    Filed 10/05/23    Page 6 of 8    PageID 2178

# Question and Answer

**Neil A. Hansen**
*VP of Investor Relations & Secretary*

Thank you, Darren. We would like to now open the floor to your questions. So when I call on you, I would ask you to state your name and your affiliation. And we would appreciate it if you would limit your questions to one, and then one follow-up, to allow sufficient time for everyone else to ask a question. Also, we do have folks with microphones. If you will just wait until you get the microphones so everybody can hear your questions. So with that, let me start with Blake Fernandez over here. And I'm still learning everybody's names. So I will do my best, but if I don't know your name, I apologize in advance.

**Blake Michael Fernandez**
*Piper Jaffray Companies, Research Division*

You've obviously got a very attractive resource base. And the only, I guess, question I really have is that, given the size of Exxon, you're almost the size of an OPEC member. And by continuing to invest into the market, you're essentially adding an awful lot of volumes. Would it not make more sense to phase the investment to just, kind of, slowly add the resources into the market a little bit slower?

**Darren W. Woods**
*Chairman & CEO*

Well, I think if you look at our size, while we are a big company, we're less than 3% of the global supply. And so I think, as we look at it, and the way we judge and think about our investment profile and how we go into the marketplace, it comes back to just making sure that what we are introducing is competitive across a broad set of price environments and is competitive with the alternatives that our competitors have and that we see potentially coming into the marketplace. So I think from our perspective, we're relatively small in the grander scheme of the market and we're bringing in advantaged assets to compete in that big market.

**Blake Michael Fernandez**
*Piper Jaffray Companies, Research Division*

The only other follow-up was, just could you clarify the 4.0 million of production in '19? Does that contemplate the Canadian curtailments?

**Neil A. Chapman**
*Senior Vice President*

Yes, it does. I mean, the Canadian curtailments was -- originally it was 8.75%, you might remember. They relinquished some of that right now, but that's all comprehended in that number. I think what I would add to you is, the scale of that is within the accuracy or the flexibility of what we could estimate.

**Neil A. Hansen**
*VP of Investor Relations & Secretary*

Let me go over here to Neil Mehta.

**Neil Singhvi Mehta**
*Goldman Sachs Group Inc., Research Division*

So my first question is around the asset monetization and the $15 billion, won't call it target, but the number that you put out there. Just your thoughts on whether that's more Upstream oriented with a lot of the Downstream pruning having already been executed? And any color in terms of geography or the framework for thinking about what assets you would characterize as more non-core?

**Darren W. Woods**
*Chairman & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N    Document 118-2    Filed 10/05/23    Page 7 of 8    PageID 2179

Let me -- I will start broad pitch and then let Neil get into a little bit more specifics. I think, historically, when I gave you the perspective of our divestment program, historically, we haven't built a lot of those into our plans, until we were very close to executing an agreement. As we look going forward, as I mentioned in the presentation, we have built those investment -- divestments into our plan, and that is basically the Upstream divestment portfolio. The Downstream, there is work going on there. I would tell you though, that because of the work that we've done historically, the size of the Downstream portfolio that we're interested in looking at is a lot smaller than the Upstream. And so trying to predict how those would come into the plan and when they would come in, it would be heck of a lot harder. I think with the Upstream now with the broader portfolio that we're now able to look at, given all the new stuff that's come in, we can put a bigger piece into that divestment program and then risk adjust it, as Neil talked about. I'll let you talk a little bit about the...

**Neil A. Chapman**
*Senior Vice President*

Yes, and frankly, I don't want to get into a lot of details on the specific assets. I don't think that's probably appropriate. What I would tell you is about 50% of those assets are already in the market. They were already marketing them. The point of a risked profile is, I don't know the results of what we're going to get for this. Obviously, we've estimated, I characterize the choices we've made in terms of those divestments. It's all about looking at opportunities where somebody else values an asset more than we do. To me, it's about focusing our resources on the higher growth potential of our portfolio. But it's a risked number. So if we do better than we expect, we'd be higher than that number. But we feel pretty confident that we can achieve the $15 billion.

**Neil Singhvi Mehta**
*Goldman Sachs Group Inc., Research Division*

The follow-up is the shape of the Permian production curve. And so 2019, the growth looks linear, but by 2020 it's more hyperbolic. And so can you just talk about the shape of the curve? What you're doing now to ultimately set yourself up for that acceleration that you see in 2020, '21?

**Neil A. Chapman**
*Senior Vice President*

Yes, it goes back -- if I could add to this, Darren. It goes back to the development plan that we have in place. You may remember I talked about these development corridors; I talked about putting the infrastructure in place. It's about putting all of that machine on. And so what we've done in 2018, and we will continue to do in 2019, is an element of delineation of understanding the resource, a lot of building the infrastructure such that we, when we bring those wells on, we have evacuation and we have separation facilities in place. That's what we've been doing in 2018. We'll do more of that in 2019. Once it's all in place then we can unleash the hounds. I mean, that's really what it is, and that's why you get that inflection on the curve.

**Neil A. Hansen**
*VP of Investor Relations & Secretary*

Why don't we come up here to the front. Paul?

**Paul Benedict Sankey**
*Mizuho Securities USA LLC, Research Division*

It's Paul Sankey of Mizuho. If I could just follow up on that hyperbolic Permian curve. There is known tightness in labor in the Permian, and you're adding rigs in extremely rapid rate. I would've thought that was a very high risk that your costs start to go hyperbolic as well. Would you then be downgrading those numbers? Or how -- or are you that convinced that your -- the framework that you laid out is actually going to deliver the volumes and you'll be okay on costs?

**Neil A. Chapman**
*Senior Vice President*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N Document 118-2 Filed 10/05/23 Page 8 of 8 PageID 2180

Yes, Paul, I think it's all about anticipating and managing that. There is a tremendous activity going on in the Permian. You go out to Carlsbad right now in New Mexico and you see the amount of activity, it's very, very visible to everybody. That's why modularization is such an important component of what we're talking about. People often talk about D&C cost, drilling and completion cost, and you heard the numbers in the industry, it's $10 a barrel, $7 a barrel, it's coming down, everyone's targeting that $5 a barrel. That doesn't tell you the whole story about the cost of operating in the Permian. It's much more than drilling and completion, it's all of that infrastructure. And while there always is going to be inflationary pressure, when you're putting the amount of capital that we're planning to put in and we are putting in today with that growth potential, you mitigate it by modularizing, which means you build those facilities outside of the region.

### Paul Benedict Sankey
*Mizuho Securities USA LLC, Research Division*

Understand. Darren, the follow-up. Sorry...

### Neil A. Chapman
*Senior Vice President*

Just to finish on that, Paul. We're already, I think, running 44 rigs today. I think we're going to 55 rigs. So it's well within the capacity of what we've got available.

### Paul Benedict Sankey
*Mizuho Securities USA LLC, Research Division*

Darren, if I could follow up to Neil, that the conversation that we briefly shared, your -- all these plans are really from your existing acreage. You don't need to buy anything. You might, if you had the right opportunity, and we've seen you do it with Bass, but it feels like a big deal is not what you need.

### Darren W. Woods
*Chairman & CEO*

Well, I think we talked about in the past, we are always looking for opportunities to find a value-accretive acquisition or merger opportunity. And we continue to be very active in that space, testing to make sure there -- if there's an opportunity that presents itself, but as you point out, as we've talked about, it's not needed. We've got a portfolio of resources today that allow us to do what we need to do and that's what we're focused on doing. If the market develops in such a way that an opportunity presents itself that we can see additional value through an acquisition, we would pursue that. But I think today, we don't see that opportunity pending, but we're always on the lookout for it.

### Neil A. Chapman
*Senior Vice President*

And Darren, I think -- if I can just add to Darren's point, that doesn't mean to say we're not looking for bolt-on opportunities. As we talked about and has been much talked about in the industry, the potential of further consolidation in the basin, well that may or may not happen, but certainly, there are opportunities for bolt-on acquisitions, for swaps and trades of acreage. I would tell you, we are very active in that field.

### Neil A. Hansen
*VP of Investor Relations & Secretary*

Now let me move up to the front here with the Dougs, and we will go alphabetic order and start with Leggate.

### Douglas George Blyth Leggate
*BofA Merrill Lynch, Research Division*

Doug Leggate from Bank of America. Guys, I wonder if I could start with Slide 69. I just want to make sure the arithmetic's correct. 2.7 plus 2.5, obviously 5.2 Moebd, that's net of disposals. And my question is, 750,000 from Guyana, seems like you're being quite significantly conservative there. So I wonder if I could just ask you to speak to what's framing this 750,000 assumption right now? And if I look in the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.