# EXHIBIT 10

**S&P Global**
Market Intelligence

# Exxon Mobil Corporation NYSE:XOM
# FQ4 2019 Earnings Call Transcripts

## Friday, January 31, 2020 2:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2019- | | | -FQ1 2020- | -FY 2019- | | | -FY 2020- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 0.45 | 0.41 | ▼(8.89 %) | 0.79 | 2.32 | 2.25 | ▼(3.02 %) | 3.50 |
| Revenue (mm) | 64575.50 | 67173.00 | ▲4.02 | 67787.87 | 266016.52 | 264938.00 | ▼(0.41 %) | 270009.12 |

Currency: USD
Consensus as of  Jan-31-2020 2:13 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS NORMALIZED  - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| FQ1 2019 | 0.73 | 0.55 | ▼1 (24.66 %) |
| FQ2 2019 | 0.71 | 0.61 | ▼2 (14.08 %) |
| FQ3 2019 | 0.66 | 0.68 | ▲3 3.03 % |
| FQ4 2019 | 0.45 | 0.41 | ▼4 (8.89 %) |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Presentation

**Operator**

Good day, everyone, and welcome to this Exxon Mobil Corporation Fourth Quarter 2019 Earnings Call. Today's call is being recorded.

And at this time, I'd like to turn the call over to the Vice President of Investor Relations and Secretary, Mr. Neil Hansen. Please go ahead, sir.

**Neil Hansen;VP of Investor Relations & Secretary**

Thank you. Good morning, everyone. Welcome to our fourth quarter earnings call. We appreciate your participation and continued interest in ExxonMobil. This is Neil Hansen, Vice President of Investor Relations. Joining me on the call today is our Chairman and CEO, Darren Woods.

After I cover the quarterly and full year financial and operating results, Darren will provide his perspectives, reflecting on 2019 and the year ahead. Following Darren's remarks, I'll be glad to address specifics on the reported results, while Darren will be available to take your questions on broader themes, including strategic priorities, progress on major growth projects and views on market fundamentals.

Our comments this morning will reference the slides available on the Investors section of our website. I would also like to draw your attention to the cautionary statement on Slide 2 and the supplemental information at the end of this presentation.

I'll now highlight fourth quarter financial performance, starting on Slide 3. Earnings were $5.7 billion in the quarter or $1.33 per share, including a positive $0.92 per share impact from the Norway divestment and a onetime tax item. Results were in line with expectations, taking into account the challenging price and margin environment we had previously communicated.

Liquids realizations were essentially flat, while refining and chemical margins weakened significantly in the quarter. The broader margin environment remained challenging as short-term supply-and-demand imbalances continued to pressure natural gas prices and low basestock margins despite modest improvement in the fourth quarter.

Cash flow from operations and asset sales was $9.4 billion in the quarter. After adjusting for changes in working capital, cash flow from operations and asset sales was $11.1 billion. CapEx for the quarter was $8.5 billion and $31.1 billion for the full year, slightly ahead of the previous projection of $30 billion, with better-than-expected pace on the Beaumont light crude expansion and Baton Rouge polypropylene projects and, of course, the early start-up of Liza Phase 1 in Guyana. Full year PP&E adds and net investments and advances, a proxy for cash CapEx, was $26.8 billion.

I'll now provide a more detailed view of developments since the third quarter on the next slide. In the upstream, liquids realizations were essentially flat, while gas realizations improved slightly. Production was in line with expectations with higher seasonal gas demand in Europe. Liza Phase 1 achieved first oil ahead of schedule at just under 5 years from discovery, which is significantly ahead of the industry average of 9 years. We also announced the 15th and 16th exploration discoveries with the Mako and Uaru wells offshore Guyana. We closed the sale of our Norway nonoperated assets during the quarter, highlighting good progress to date on our $15 billion divestment program.

In the Downstream, refining fuels margins decreased during the quarter, consistent with seasonal demand. In addition, weaker high-sulfur fuel oil pricing did not fully reflect in crude spreads. As a result, low and medium conversion refinery margins weakened more than high conversion refinery margins. This had a notable impact on our downstream results outside of the United States, and this demonstrates the importance of strategic investments like the recently sanctioned resid upgrade project at our refinery in Singapore, which will greatly improve conversion complexity. Reliability in the Downstream improved in the quarter, largely offsetting higher scheduled maintenance. Although long-term fundamentals remain strong in the Chemical business, polyethylene margins continued to be impacted by supply length from

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N   Document 118-10   Filed 10/05/23   Page 4 of 13   PageID 2249

industry capacity additions and in the fourth quarter, higher naphtha feed costs. With approximately 25% of our polyethylene portfolio produced from liquid feeds like naphtha, this had a significant impact on our Chemical business line results.

On the project side, the recently completed Beaumont polyethylene expansion is running well and producing at 5% above design rates. As part of our collaborative efforts to develop and deploy lower emissions technologies, we signed a 2-year expanded joint development agreement with FuelCell Energy to optimize carbonate FuelCell technology for large-scale carbon capture. And we extended our support of the MIT energy initiatives low-carbon research and education mission by renewing as a founding member for another 5 years.

Let's move now to Slide 5 for an overview of fourth quarter earnings relative to the third quarter. Fourth quarter earnings of $5.7 billion were up $2.5 billion from the third quarter. Upstream earnings increased by approximately $4 billion driven by the gain on the Norway divestment, a favorable onetime tax item, higher volumes and improved gas realizations. Downstream earnings decreased by $330 million due to lower margins and higher scheduled maintenance, partly offset by improved reliability and favorable year-end inventory impacts. Also included in the downstream results was a sequential $450 million negative mark-to-market impact on derivative positions, essentially offsetting the inventory effect.

Chemical earnings decreased by $600 million driven by weaker margins and higher expenses supporting growth projects. Finally, Corp & Fin earnings decreased by approximately $500 million due to the absence of a favorable onetime tax item in the third quarter.

Moving to Slide 6. Full year earnings of $14.3 billion were down $6.5 billion from 2018. Upstream earnings increased by $360 million driven by the Norway divestment and higher liquids volumes. This was partly offset by lower realizations and expenses supporting growth. Downstream earnings decreased by $3.7 billion due to more narrow North American differentials, lower refining margins, higher scheduled maintenance and the absence of the Germany retail and Augusta divestments in 2018. And again, here, included in the year-over-year results was a negative $420 million mark-to-market impact on derivative positions, offsetting any benefits from inventory effects. Chemical earnings decreased by $2.8 billion driven by weaker margins, higher expenses supporting growth and the absence of a onetime tax item.

I'll now provide more insight into the challenging 2019 price and margin environment on Slide 7. As shown here on the top-left chart, cyclically low prices and margins across our business lines accounted for a year-over-year earnings decrease of $7.5 billion. All other earnings drivers netted out to a positive impact of $1 billion. The chart at the bottom left of the page provides a view of commodity prices and margins over the past 10 years and the relative position of the environment we've seen in 2019 and 2018.

Now as we note here, the fourth quarter saw further deterioration in prices and margins, especially Chemical margins, with the increase in liquid feed costs. While margins weakened from 2018 and remain on the low end of the 10-year range across many of our business lines, it's important to note, these levels are generally consistent with the scenarios we use to test our investment decisions.

Despite the challenging market environment, long-term demand fundamentals remained strong. In fact, growth in demand in 2019 for upstream liquids and natural gas, distillate products and polyethylene was at the higher end of the compound annual growth rates experienced over the past 10 years. While making investment decisions based on long-term fundamentals is challenging when near-term prices and margins are under pressure, it provides us with the opportunity to leverage our competitive advantages, including significant financial capacity. It allows us to benefit from the favorable environment that occurs when others pull back and the cost of investing declines.

I'll now spend some time looking at the full year performance of each of our businesses in more detail, starting with the Upstream. Volumes grew by 119,000 oil equivalent barrels per day with liquids growth of 5% driven by Permian, Hebron and Kaombo. Efforts to high-grade our portfolio also resulted in gains on asset sales, primarily from the Norway divestment. And as indicated previously, liquids and gas realizations also impacted earnings with declines of 8% and 17%, respectively.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N    Document 118-10    Filed 10/05/23    Page 5 of 13    PageID 2250

out of the 6 largest oil discoveries. In recognition of this success, for the second year running, ExxonMobil was named Explorer of the Year.

We also made progress in our work to develop new, lower emissions technologies to help address the risk of climate change. While renewables like wind and solar play an important role, they don't solve the emissions challenge for every market, geography or application. Society needs new technologies that will reduce emissions while meeting the growing demand for affordable and reliable energy. We're leveraging our research organization to help develop them.

In 2019, we signed or extended 8 agreements with a variety of companies and institutions to expand research into lower emissions technologies. This adds to the more than 80 collaborations we have in place across academia, national labs and energy centers to scale up advanced biofuels, carbon capture technology and less energy-intensive manufacturing processes. These efforts address sectors that account for 80% of emissions, commercial transportation, power generation and industrial.

In summary, looking at the year in total, I'm pleased with the progress we've made, particularly in light of the challenging market conditions. Almost 2 years ago, we outlined a plan to grow the value of our corporation, robust the price cycles inherent in our industry. Two years down the road, we're delivering on those plans, doing what we said we would. With the increased supply and corresponding drop in the margins, we've increased our focus on efficiencies, while we continue to optimize our investment portfolio, again, taking advantage of the optionality that comes with a large number of opportunities, which I'd like to turn to next.

In the Upstream, I've already mentioned our success in Guyana, which I'll come back to in a few moments. Development of our deepwater portfolio in Brazil, another key asset, remains on track with exploration activities planned over the next couple of years to better quantify this high-potential resource. We're also making good progress in the Permian, which I'll talk more about when we get to a slide later in the deck.

In the Downstream, 3 of our major projects are online and contributing to earnings and cash flow even in last year's challenging market. These projects position us well for the growth in demand of higher-value distillates and lubricant base stocks. The remaining projects in our downstream portfolio progress consistent with our plans. These projects have all been tested against the margin environment we saw in 2019, and all would be earnings and cash-accretive.

In our Chemical business, 8 of our 13 growth facilities are online, and we reached final investment decisions on another 4 last year, which again remain attractive even when tested against the 2019 market environment.

Across the board, we remain extremely confident in the value of our project portfolio. Each project leverages our competitive advantages and is underpinned by growing demand, which is shown on the next chart. Demand fundamentals remain strong, supported by a growing population, economic expansion and higher standards of living. You can see these fundamentals reflected in the historic growth and demand for the energy and products that we provide, including demand growth in 2019.

Of course, growing demand is only part of the equation. In our business, large capacity additions can come online and overwhelm the growth in demand in the short term, which pushes margins down. That's the story of 2019 and is built into the planning basis for our projects. Our investment strategy builds on long-term fundamentals, leverages our competitive advantages and delivers projects robust to down cycles. This will structurally improve ExxonMobil's capacity to generate earnings and cash flow, which we laid out at last year's Investor Day. This approach has resulted in our most attractive investment portfolio since the merger 20 years ago. This has also generated a portfolio with an average return of 20%. We've seen no market developments over the course of 2019 that have changed this. However, we are using the 2019 price environment to challenge ourselves to further optimize the portfolio and drive greater efficiencies. While we expect to benefit from this effort, it hasn't led us to change our 2020 CapEx guidance. Our projects remain advantaged, and the economics are robust to industry price cycles.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N   Document 118-10   Filed 10/05/23   Page 6 of 13   PageID 2251

Let me use our most recent start-ups to demonstrate this, starting in the Downstream and Chemical. Leveraging the capabilities of our organization, our scale and our technology are essential in developing industry-leading projects, but the benefits are only realized if executed efficiently, another ExxonMobil strength. You may recall that we shared a version of the chart on the left during our Investor Day. The gray area represents our estimate of the net cash margin for every refinery in the world at 2019 prices. The blue line represents our Rotterdam refinery prior to our recent investment.

The second line represents the yield improvement we executed with the first-ever deployment of the processing catalyst that we developed. This final line is what we actually realized after a year of run time, no different than what we planned. Now this would be expected for an industry standard proven technology. However, it's a significant accomplishment for a new-to-the-world technology, one that significantly improved Rotterdam's earnings last year.

This next line shows the Antwerp margin before our coker investment. Next, we show the expected margin improvement assumed in the project basis. Finally, the actual margin improvement. As you can see, the project is performing better than expected in a very low margin environment.

The Beaumont polyethylene expansion started up ahead of schedule and is exceeding design rates by 5%, while the new Baytown steam cracker and polyethylene lines are operating 10% above design rates. Combined, these projects contributed over $600 million in 2019's very low margin environment. The markets recover, their contributions will be even more significant.

Bottom line of this chart, we've delivered these investments in line with our commitments. They are meeting or exceeding expectations, and they are adding value in extremely challenging market conditions.

Let me turn to the Upstream and Guyana. Reaching first oil in Guyana was a major achievement for all stakeholders and is the culmination of years of hard work and dedication by the people of Guyana and our project team. First oil was achieved ahead of schedule, about 5 years faster than the average time line for the industry at an industry-leading development cost. Liza Phase 1 will continue to ramp up production to 120,000 barrels a day over the next couple of months, while Liza Phase 2 is progressing well with the start-up in early 2022, in line with our commitments, and that's a leading edge of industry.

Chart on the left provides a perspective on industry cost and schedule. We're continuing to work with the government towards FID at Phase 3 Payara, with its targeted start-up in 2023.

Looking more broadly, as I've already mentioned, we've increased the estimated recoverable resource from the Stabroek block to more than 8 billion barrels, an increase of 2 billion oil equivalent barrels. We've now had 16 successful wells out of 18 drilled, including our recently announced discoveries at Mako and Uaru. Resource size across these 16 successful wells equates to an average of more than 500 million barrels per discovery or the equivalent of a giant for each discovery. We recently brought in a fourth drillship to the basin and are making plans for a fifth. Significant potential remains beyond these first few phases as we move to test Kaieteur and Canje blocks to the North and East of Stabroek. Increasing the scope of our exploration activity, in development and appraisal drilling when costs are low relative to recent years, enables us to increase the value of this substantial resource. This is good news for the country and for the investors.

Let me turn now to another major growth play, our integrated Permian development, which made significant progress in 2019, again, in line with our commitments. Let me start by saying that we are still in the relatively early days of this development, particularly in the Delaware Basin. For perspective, we've developed roughly 20% of our resource in the Midland and only around 3% of our resource in the Delaware. We're continuing to learn as we delineate and develop this resource. Having said this, we are making very good progress. Production for the year increased by 120,000 oil equivalent barrels per day or nearly 80% relative to 2018. As we've said previously, our development program is driven by balancing production rates, resource recovery and capital efficiency to maximize value. We are seeing continued improvements in drilling and completions, significantly improving cost, while our Delaware well performance is at the leading edge of industry. We are continuously optimizing our cube development drilling, and our subsurface technology is enabling us to tailor well spacing, which is resulting in higher production, improved recovery and capital efficiencies.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Last year, we made considerable investments in aboveground compression, separation and logistics infrastructure. This not only supports the current drilling program but is building cost-efficient infrastructure for future drilling. This follows the comprehensive development plan that we laid out last March and captures the capital efficiency of scale development.

I know that Neil Chapman and his team are excited by the potential and are looking forward to discussing the magnitude of the improvements we are seeing at our upcoming Investor Day.

I do want to touch briefly on our expectations for 2020, though, again, we'll have more detail in March. As I mentioned before, a Guyana Phase 1 ramp-up and Phase 2 construction will continue, and we will broaden our exploration efforts as we work through the considerable undrilled potential in the basin with 5 additional wells planned. We expect to make considerable progress in the Permian with the completion of the Cowboy Central Delivery Point, execution of the first large-scale cube development and volumes growth of 200,000 oil equivalent barrels per day by year-end.

We're anticipating FID for the next wave of our major growth projects, including Guyana Phase 3 and Brazil. We're also planning for significant exploration activity over the next 2 years in Brazil. We began to test a tremendous potential of our acreage position.

In the Downstream, our recent project start-ups will capitalize on the margin uplift associated with higher-value products. And coming off a year of significant scheduled maintenance, we expect higher refinery utilization in 2020.

In the Chemical business, we will continue to grow sales of performance products. And even with the near-term margin pressures, we expect our recent project start-ups will continue to deliver earnings and generate positive cash.

Across the corporation, we'll maintain a sharp focus on improving our base businesses, driving efficiencies and optimizing the value of our investment portfolio. We'll continue to actively market less strategic assets in an effort to high-grade our portfolio through value-accretive divestments. And of course, we'll continue to leverage a key competitive advantage, our financial capacity, capture industry-leading value across the price cycles. Given the attractiveness of our organic investment opportunities, this was an important advantage last year.

As you can see in this chart, as the margins in the Downstream and Chemical business dropped to historic lows, we utilized our financial capacity to fund projects that improved our competitiveness and positioned us to capture the eventual upswing. With this, our leverage increased slightly during the year but remains well below our peer group and the broader energy sector.

To give you a sense of our scale advantage, 1% of incremental leverage equates to about $4 billion in additional debt. While our financial capacity is an important advantage, it is one we use very thoughtfully. Given the volatility of our industry and the opportunities that come with it, we strive to maintain a significant buffer to preserve optionality.

Now before I hand it back to Neil, I'll offer a few closing thoughts. As we've demonstrated over the past 2 years, we are committed to delivering on our investment plans and high-grading our asset portfolio to strengthen the earnings and cash generation of our business across the broad range of price environments. We have a very rich set of investment opportunities. And as we work to develop these opportunities, we remain focused on optimizing total value over the long term. 2019 price and margin environment, we've increased our efforts to drive further capital efficiency and optimized pace without compromising value. We will remain thoughtful in utilizing our financial capacity but will take full advantage of it to capture value-accretive opportunities without compromising our flexibility. Finally, we'll continue to focus on improving our base business and driving efficiencies across the entire corporation.

With that, I'll hand things back to Neil.

**Neil Hansen;VP of Investor Relations & Secretary**
Okay. Thank you for your comments, Darren. We'll now be happy to take any questions you might have.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N   Document 118-10   Filed 10/05/23   Page 8 of 13   PageID 2253

# Question and Answer

**Operator**

Thank you, Mr. Hansen and Mr. Woods. [Operator Instructions] We'll take our first question from Neil Mehta with Goldman Sachs.

**Neil Singhvi Mehta**
*Goldman Sachs Group Inc., Research Division*

And Darren, again, we appreciate you jumping on the call and doing these with us. So I guess my first question is around the capital spend. And so I think what you're signaling is capital spend in line with the prior guidance, which, if I remember, was $33 billion to $35 billion. And can you just talk about the framework? If the environment stays challenging, especially across Downstream and gas, is there downward flex on that spend? Or is the Exxon framework that you spend through the cycle with a long-term orientation?

**Darren W. Woods**
*Chairman & CEO*

And thanks for your comments. Yes. So as I said, we have, with the price environment and the cash flow, really taken advantage of some of the organizational changes that we've made last year. We formed a corporate-wide projects organization, bringing together the experience and capability in that space into one organization that can then be deployed across our entire asset portfolio.

The Upstream reorganization has given us a real good line of sight across the businesses, one that wasn't as clear in the past with the functional organization. So we're using those changes to take a real hard look at the opportunities we've got. Of course, the Chemicals and Downstream businesses are doing the same thing and looking for additional efficiencies to shape that portfolio. We're also looking at options to pace and to move projects around and out, if we can do that without compromising the long-term value that we built those projects on, the basis that we built those projects on. So I think there's opportunity in that space.

And if we continue to see very low margins and cash for all that we want to address, we've got optionality to do that. We can move some things out, and we can also slow down the pace in the Permian. We don't want to compromise the scale of the development in the Permian, so we're -- there's a balance to be struck there. But we've got optionality. And I think as we go through the year to come, we'll keep a real close eye on kind of how the market develops and then keep a hand on the lever to make sure that we make adjustments as we need to.

I think it's one of the great advantages of having a very large portfolio. We've got lots of optionality here. And so I think we're comfortable with it. And the one criteria is that we won't -- we may defer some value capture, but we're not going to -- we don't want to eliminate or pass up any value capture.

**Neil Singhvi Mehta**
*Goldman Sachs Group Inc., Research Division*

Yes, that's very clear. And then just to follow up on your comments on the Permian. We were looking at the red line versus sort of the green bars, if you will, on the Permian slide and it's hard to extrapolate too much quarter-to-quarter. But that production was a little bit more flat Q4 versus Q3. Is that just the timing of completions associated with the cube design? And should we expect that acceleration at some point earlier this year? And then just how do you think about Midland versus Delaware? I think one of the comments that was made on this conference call a couple of quarters ago was that Midland's going really well, but Delaware is not performing as well as you would like on the drilling side. So any color there would be helpful.

**Darren W. Woods**
*Chairman & CEO*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Case 3:21-cv-00194-N   Document 118-10   Filed 10/05/23   Page 9 of 13   PageID 2254

Yes. I think with respect to the first points you made around the difficulty of extrapolating from any 1 quarter is exactly right. I think when we introduced that, and Neil Chapman talked about it, we said it wasn't going to be a smooth development and that we would see a lumpy progress with respect to the volumes growth. So I don't -- I wouldn't draw a whole lot. We're not -- we haven't seen anything in that development, which would suggest anything other than continuing on that path. But again, it will be lumpy. And I think if you look at that red line, you will see that lumpiness has been playing out historically. So -- and I think you're going to see that as we continue to go forward.

I think, and a really important point, if you look at the volumes that we delivered in the Permian, we're above what we said we were going to do last year at the Investor Day by about 20,000 barrels a day. So that's clearly on track.

With respect to the Permian and the Delaware. Of course, as I said, the Delaware is much earlier in its development cycle. The organization continues to learn as we're going through that development. And I would tell you, we're making really good progress in what we're seeing there. Neil did talk about the Delaware being more difficult than the Midland. But I would also say, again, another advantage of the reorganization that we did last year in bringing kind of the best of ExxonMobil with the best of our XTO organization into this space is that we're making really, really good progress with respect to that and like what we're seeing. And as I said, I'd tell you, the guys and Neil are really excited by the potential here. And I know they're anxious to spend some time in March taking you through some of the proof points of that. But I would tell you, we like what we're seeing in the Delaware. And while it is different in the Midland, nothing to suggest that, that -- the opportunity there is not as great, if not better, frankly.

### Operator

The next question comes from the line of Jon Rigby with UBS.

### Jonathon Rigby
*UBS Investment Bank, Research Division*

I just wanted to go to, I think, the fourth bullet point on your key messages. You do flag up driving efficiencies and improving the base business. And although I think a lot of the focus does fall on your investment program, I mean, you need to fund it. And it seems to me the evidence suggests that there may have been some shortfalls in generating the earnings and cash base business to fund that investment. Is that a fair observation? It's difficult to disaggregate underlying performance from the cyclical conditions. But are you able to sort of identify where there have been some unexpected shortfalls, and whether there are sort of business improvement plans, et cetera, to go after changing that into 2020?

### Darren W. Woods
*Chairman & CEO*

Yes. Thank you, Jon. Let me just -- on that with respect to the shortfalls, as I said in my prepared comments, it's really a function of the margin environment that we've seen out there and the sectors that we've invested in, in terms of our production capacity and the configuration of that capacity. As you look around the different chemical businesses and downstream businesses, what you typically see quarter-on-quarter and year-on-year and the big drivers of change in movement is how the margins vary -- impact each of the configurations in the investment.

So as an example and as Neil Hansen mentioned, we have liquids cracking in the Chemical business. In the quarter, the charts that he showed, that was clearly had -- clearly had an impact on the quarter. And so there's a lot of structural change. And as we look across the businesses, that's basically what we're seeing is the spreads that have changed across both the Chemical and Downstream business given our configuration have impacted us.

That doesn't worry us, particularly. In fact, if you go back in time in Chemical, that configuration was very attractive and made us really good money over a number of years. We've had some significant investments in that space here recently, which has created this imbalance in supply and demand. But the business is growing fast, and we'll come out of that. So we expect to see the Chemical business and

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N    Document 118-10    Filed 10/05/23    Page 10 of 13    PageID 2255

our base business returned to where it was in the past as that demand growth continues and that supply capacity -- excess supply capacity is coming down.

Don't forget, too, in the Downstream, significant turnaround here last year. As Neil said, the highest level of turnaround spend in the last 15 years. So a lot of capacity was off-line last year. You can't overcome capacity that shut down. So this year, I think we're back to more normal levels. We should see the business return to where it's at. So -- and I think as you couple that low environment with some of the growth projects that we've got in place and the expenses that come with that, you see the impact with that. But beyond that, I think the business is running sound. We've always had a focus on efficiencies and becoming better operators. That's -- and when we find the margins -- environments like this, it just sharpens that focus and makes it even clearer to the organization why that is so important. And so that's what I referenced.

I'd tell you, our folks are motivated to roll their sleeves up and dig deep and hard and support the growth plans that we've got going forward.

I think the final point I'd make there just in terms of our operations and execution, you don't have to look much further than the projects. And the points I tried to make and what we delivered across our entire portfolio. That was in Refining, that was in Chemical and that was in the Upstream. The things we talked about 2 years ago for very large projects basically delivered as we said and working as we said, so that's significant. And I would just, again, reemphasize the project in Rotterdam, which was a brand-new technology and process, never before implemented in any refinery around the world, we brought that on. It came up and it's operating today exactly as designed. That's a pretty astounding accomplishment that I don't think any of our competitors could make today.

### Jonathon Rigby
*UBS Investment Bank, Research Division*

Right. Good. And just a quick follow-up. You mentioned FID for Guyana and Brazil in 2020. Could we expect Mozambique as well at some point in the year?

### Darren W. Woods
*Chairman & CEO*

Yes. Mozambique, we're working with our partners on. We're making progress with respect to that. But I would think, as we make progress, we'll FID that when we get to the right stage. I think right now, we're working towards a time line that would give us production somewhere back in 2025, something like that.

### Operator

Next, we'll go to Doug Terreson with Evercore ISI.

### Douglas Todd Terreson
*Evercore ISI Institutional Equities, Research Division*

Darren, declining dispersion of returns on capital for the big oils suggest that competitive advantages may be converging between the different industry players over 5 to 10 years. And on this point, you guys have historically indicated, and I think you did a few minutes ago, that technology and scale and integration were key advantages that differentiated ExxonMobil and will lead to value creation over longer-term periods.

So my question is whether this premise is still as valid in your view. Meaning, while your portfolio of opportunities is arguably the best in the peer group, maybe the strongest in a long time, are you still as confident as ever about the strength of your competitive advantages and the returns profile and that results will prove this over time? Or has it changed? And if it has changed, which areas are becoming more difficult to defend?

### Darren W. Woods
*Chairman & CEO*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N Document 118-10 Filed 10/05/23 Page 11 of 13 PageID 2256

and compare to make sure that our estimates at least appear reasonable. And generally, they're always within the range, maybe perhaps on the low side of what we typically see out there, but that's how we do it. And you can imagine that process does not lead to huge changes year-on-year, simply because the fundamentals that I referred to don't dramatically change year-on-year.

They do evolve, obviously. Certainly, if you think about the tight gas or the Shell revolution, that was an evolving and developing story and that obviously had impacts on, I mean, the marginal tiers of supply, which had impacts on pricing, but that has been kind of an evolution that's been built into the price deck over the years and is pretty constant now. So that's how we do it, and that's how we think about it and then we make our investment decisions based on that and then test really on the low side and the high side to make sure that the investments that we're putting in place are robust to the cycles that we know we're going to see.

**Biraj Borkhataria**
*RBC Capital Markets, Research Division*

Okay. Noted. The second question, I just wonder if you could give us an update on Papua New Guinea. There was an article this morning about negotiations with the government not going according to plan for the expansions. Could you just update us on where that project is? And what that means for the FID?

**Darren W. Woods**
*Chairman & CEO*

Sure. Let me just start with maybe the bigger picture of Papua New Guinea. Obviously, we're the operator of the PNG LNG project, which was a $19 billion project. It's brought employment to about 3,200 people in Papua New Guinea.

Since 2010, we've spent about over $4 billion on Papua New Guinean services, including about $2 billion spent with the landowner companies. We've invested almost $300 million in community and infrastructure programs focused on education, health, women's empowerment, a number of other areas. So the established business that we have there, I think, has been a real benefit to Papua New Guinea and obviously have been of benefit for us. We're looking at this expansion, and we're looking at bringing in the Papua project with Total, along with P'nyang and have been in negotiations with the government.

We're disappointed here recently that we weren't able to reach agreement with the government on P'nyang, but we're very hopeful that, that -- those discussions can move forward and continue. I think from our perspective, we've got to find a way to get to a win-win proposition. We've got a big portfolio of opportunities, as I've been referring to here this morning. And anything that we decide to FID and move forward has to compete within that portfolio.

So that's the basis on which we're looking at this negotiation, and working with the government needs to be a win-win. I think we'll continue to try to establish that with the government. But I also think we've got some time, given all the other opportunities in front of us. And frankly, given where we're at today and the supply-demand balance of LNG, I think we can -- we've got time to work it with the government. And I'm hopeful and I'm fairly confident that, at some point, we'll find a way forward with them.

**Operator**

Next question comes from the line of Jeanine Wai with Barclays.

**Jeanine Wai**
*Barclays Bank PLC, Research Division*

So I guess my first question is on the Permian and it's dovetailing off of Neil's question and it's specifically on the rig count. So can you provide a little more color on how operations are going? And if there's any change in the number of rigs you see required to make the million barrels a day that you laid out earlier? So when we look at the data, the rig count has been trending flat to down over the past 6 months. And I know that the rig counts can be pretty deceiving, given improving efficiencies and all. But have you encountered anything unexpected, in particular or referring to the subsurface in the Delaware?

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N   Document 118-10   Filed 10/05/23   Page 12 of 13   PageID 2257

**Darren W. Woods**
*Chairman & CEO*

Yes, let me -- I'll talk high level. First of all, I'm not a big believer in extrapolating rig counts into kind of what we're doing in the business and the approach that we're taking and the progress we're making in the development. I think it's a fairly crude measure, particularly for the work that we've been doing there.

As you recall, what we laid out in the Permian, and particularly in the Delaware, was a large-scale approach, which is -- was unique to industry, that leverages the scale that we have as a corporation, leverages the technology, some of the resources that we have within the company. And we have been developing the tools to model and develop that resource that we think is pretty unique in the industry. We've used a lot of rigs to help delineate what we're doing in that space. And as we collect that information, build those models and optimize, I think you're going to see movements around what we're doing there. So I would not, again, take too much -- draw too many conclusions from, strictly speaking, the rig count.

And with respect to that work that we've been doing, as I mentioned in my prepared comments, we feel really good about the progress that we're making and are seeing significant improvements in the initial production across the 365 days and longer. We like what we're seeing with the recovery rates. We like what we're seeing with the D&C cost, and those are coming down.

And we like what we see around some of the well performance, particularly in the Delaware. I think if you look at the results that we're getting, we're leading industry, I think, it's fair to say. So good progress there. It's just really a question of how we want to continue going forward and pace that. And I know that Neil and his team are looking at that in light of the environments that we've come out of in 2019. And when we get to March, I think the folks will spend some time kind of sharing some of the proof points, some of the data with you to help get a better picture of that, and then we'll talk more about kind of how we see the path going forward here.

But bottom line, the potential of that and the value propositions that we've talked about haven't changed. If anything, we like it better.

**Jeanine Wai**
*Barclays Bank PLC, Research Division*

Okay. Great. That's really helpful. And then just switching gears here quickly. As far as the light sweet, heavy sour spreads being slower than expected to adjust and the crude discounts maybe not being at full parity with the product pricing, you indicated in your prepared remarks that, ultimately, you expect these issues to improve or reverse. And so my question is, could this be a potential tailwind for as early as 1Q? And any additional comments you have on just timing on how you see that developing would be really helpful.

**Darren W. Woods**
*Chairman & CEO*

Sure. And I don't -- when you say it's developing slower than predicted, I don't know that we ever had a real firm prediction of how this is going to play out. I mean, the markets have got a lot of variables that go into it. This was a known event that was going to happen. And so a lot of different players, very fragmented market, lots of different actions with storage and inventory. And so I think really difficult to predict exactly how all those variables and all those independent actions come together and results in what we're seeing in the marketplace.

I can tell you, what you see is explainable. You can certainly put a rationale behind it. How long it takes to play out and get back to what we think eventually will be more market parity, I think it's really a function of where the different inventories and how people are choosing to optimize around the new requirements with respect to IMO.

The reason why we're convinced that, that eventually we'll get back to parity is because the fundamentals associated with IMO are pretty, pretty clear. And the kind of the economics of refining aren't real hard

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N   Document 118-10   Filed 10/05/23   Page 13 of 13   PageID 2258

to figure out. As you've taken sulfur out and the valuation of high sulfur feedstocks and products have dropped down, that's got to make itself back into the crude and crudes that are higher sulfur and heavier, they're producing more of those lower value products ultimately have to reflect the fact that their product -- the yield profile off that barrel of crude is less attractive. So I think that's a pretty foundational element of crude markets and refining. And eventually, those will hold. And then in the short term, depending on the different actions that folks have taken and what their position is and what moves it did earlier and what inventories look like, it's going to take time to work itself out.

I would tell you, from our perspective, we manage this based on the longer-term fundamentals. We made investments based on the longer-term fundamentals. We didn't make any investments that assumed credit for this transition and the benefits that might come along with it, given a particular investment. We just recognized it would come. But the decisions that were made were based on more of the longer-term fundamentals.

And operator, I think we have time for one more question.

**Operator**

We'll take that question from Ryan Todd with Simmons Energy.

**Ryan M. Todd**
*Piper Sandler & Co., Research Division*

Maybe a quick follow-up on some of your comments earlier on the LNG markets. Are you seeing -- can you comment on whether you're seeing any pressure on existing or currently negotiated contracts? And also, some of your European peers have been successful on offsetting at least some of the ongoing price weakness, and the medium-term price weakness, the active portfolio trading globally. I believe you've looked to increase those capabilities across your organization globally. Can you maybe talk about progress in that direction and how you may be able to mitigate medium-term weakness in global LNG prices?

**Darren W. Woods**
*Chairman & CEO*

Yes. Thanks, Ryan. I think, yes, you're right. Your observations are pretty solid in terms of there are opportunities with portfolio trading to try to mitigate some of that shorter-term weakness. And I think as you look at the markets, you see the markets kind of slowly evolving along those lines. At the same time, a lot of the buyers in the LNG market are interested in ensuring long-term deliveries and surety of supply. And so there is still a desire for the longer-term contracts as new projects are FID-ed and developed. Oftentimes, financing requires secured outlets and terms on that. So there are a lot of underlying dynamics that keep what I would say is the more traditional, longer-term transactions in place. And so while I think the markets will continue to develop and there will be more trading on top of that, I think there will still be a layer of what I would say is the historical approach to LNG. And that will be a very slow-moving transition over time.

With respect to the LNG trading that we have, it's been widely reported and I've talked about it the last time I was on, we have been going looking and moving more into some of the trading as that market evolves. But our intention is to kind of evolve with the needs of the market and that would just become a bigger piece of our business as that becomes a bigger piece of the market and more relevant to the market.

**Ryan M. Todd**
*Piper Sandler & Co., Research Division*

Okay. Perfect. And then maybe one quick follow-up on Chemicals. Obviously, it's been a tough environment, and you talked about the eventual rebalancing from a supply/demand point of view. Can you talk about, I guess, as we look over the next 12 to 18 months, like what you see maybe in terms of some of the market dynamics and the recovery from that point of view? And you highlighted in your presentation, growth-related expenses of $160 million at least on a delta basis in the quarter. You have

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.