# EXHIBIT 15

**2019**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-K**

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2019

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File Number 1-2256

# Exxon Mobil Corporation

(Exact name of registrant as specified in its charter)

| **New Jersey** | **13-5409005** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**5959 Las Colinas Boulevard, Irving, Texas 75039-2298**
(Address of principal executive offices) (Zip Code)

**(972) 940-6000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol | Name of Each Exchange on Which Registered |
|---|---|---|
| **Common Stock, without par value** | **XOM** | **New York Stock Exchange** |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☑ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Case 3:21-cv-00194-N    Document 118-15    Filed 10/05/23    Page 3 of 44    PageID 2362

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Act). Yes ☐ No ☑

The aggregate market value of the voting stock held by non-affiliates of the registrant on June 28, 2019, the last business day of the registrant's most recently completed second fiscal quarter, based on the closing price on that date of $76.63 on the New York Stock Exchange composite tape, was in excess of $324 billion.

| Class | Outstanding as of January 31, 2020 |
|---|---|
| Common stock, without par value | 4,232,190,744 |

**Documents Incorporated by Reference: Proxy Statement for the 2020 Annual Meeting of Shareholders (Part III)**

**EXXON MOBIL CORPORATION**

**FORM 10-K**

**FOR THE FISCAL YEAR ENDED DECEMBER 31, 2019**

**TABLE OF CONTENTS**

**PART I**

Item 1.    Business ........................................................................ 1

Item 1A.   Risk Factors ................................................................. 2

Item 1B.   Unresolved Staff Comments ........................................ 5

Item 2.    Properties ..................................................................... 6

Item 3.    Legal Proceedings ....................................................... 27

Item 4.    Mine Safety Disclosures .............................................. 27

Information about our Executive Officers ................................. 28

**PART II**

Item 5.    Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities    31

Item 6.    Selected Financial Data ............................................... 31

Item 7.    Management's Discussion and Analysis of Financial Condition and Results of Operations    31

Item 7A.   Quantitative and Qualitative Disclosures About Market Risk    31

Item 8.    Financial Statements and Supplementary Data    32

Item 9.    Changes in and Disagreements With Accountants on Accounting and Financial Disclosure    32

Item 9A. Controls and Procedures                                                                    32

Item 9B.   Other Information                                                                              32


**PART III**


Item 10.   Directors, Executive Officers and Corporate Governance                                     33

Item 11.   Executive Compensation                                                                      33

Item 12.   Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters   33

Item 13.   Certain Relationships and Related Transactions, and Director Independence                   34

Item 14.   Principal Accounting Fees and Services                                                      34


**PART IV**


Item 15.   Exhibits, Financial Statement Schedules                                                     34

Item 16.   Form 10-K Summary                                                                           34

Financial Section                                                                                      35

Index to Exhibits                                                                                      126

Signatures                                                                                             127

Exhibits 31 and 32 — Certifications


# PART I

## ITEM 1.    BUSINESS

Exxon Mobil Corporation was incorporated in the State of New Jersey in 1882. Divisions and affiliated companies of ExxonMobil operate or market products in the United States and most other countries of the world. Their principal business involves exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products. Affiliates of ExxonMobil conduct extensive research programs in support of these businesses.

Exxon Mobil Corporation has several divisions and hundreds of affiliates, many with names that include *ExxonMobil*, *Exxon*, *Esso, Mobil* or *XTO*. For convenience and simplicity, in this report the terms *ExxonMobil, Exxon, Esso, Mobil* and *XTO*, as well as terms like *Corporation*, *Company*, *our*, *we* and *its*, are sometimes used as abbreviated references to specific affiliates or groups of affiliates. The precise meaning depends on the context in question.

The energy and petrochemical industries are highly competitive. There is competition within the industries and also with other industries in supplying the energy, fuel and chemical needs of both industrial and individual consumers. The Corporation competes with other firms in the sale or purchase of needed goods and services in many national and international markets and employs all methods of competition which are lawful and appropriate for such purposes.

Operating data and industry segment information for the Corporation are contained in the Financial Section of this report under the following: "Quarterly Information", "Note 18: Disclosures about Segments and Related Information" and "Operating Information". Information on oil and gas reserves is contained in the "Oil and Gas Reserves" part of the "Supplemental Information on Oil and Gas Exploration and Production Activities" portion of the Financial Section of this report.

ExxonMobil has a long-standing commitment to the development of proprietary technology. We have a wide array of research programs designed to meet the needs identified in each of our business segments. ExxonMobil held over 13 thousand active patents worldwide at the end of 2019. For technology licensed to third parties, revenues totaled approximately $79 million in 2019. Although technology is an important contributor to the overall operations and results of our Company, the profitability of each business segment is not dependent on any individual patent, trade secret,

trademark, license, franchise or concession.

The number of regular employees was 74.9 thousand, 71.0 thousand, and 69.6 thousand at years ended 2019, 2018, and 2017, respectively. Regular employees are defined as active executive, management, professional, technical and wage employees who work full time or part time for the Corporation and are covered by the Corporation's benefit plans and programs.

Throughout ExxonMobil's businesses, new and ongoing measures are taken to prevent and minimize the impact of our operations on air, water and ground. These include a significant investment in refining infrastructure and technology to manufacture clean fuels, as well as projects to monitor and reduce nitrogen oxide, sulfur oxide and greenhouse gas emissions, and expenditures for asset retirement obligations. Using definitions and guidelines established by the American Petroleum Institute, ExxonMobil's 2019 worldwide environmental expenditures for all such preventative and remediation steps, including ExxonMobil's share of equity company expenditures, were $5.2 billion, of which $4.0 billion were included in expenses with the remainder in capital expenditures. The total cost for such activities is expected to increase to approximately $5.9 billion in 2020 and 2021. Capital expenditures are expected to account for approximately 35 percent of the total.

Information concerning the source and availability of raw materials used in the Corporation's business, the extent of seasonality in the business, the possibility of renegotiation of profits or termination of contracts at the election of governments and risks attendant to foreign operations may be found in "Item 1A. Risk Factors" and "Item 2. Properties" in this report.

ExxonMobil maintains a website at exxonmobil.com. Our annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K and any amendments to those reports filed or furnished pursuant to Section 13(a) of the Securities Exchange Act of 1934 are made available through our website as soon as reasonably practical after we electronically file or furnish the reports to the Securities and Exchange Commission (SEC). Also available on the Corporation's website are the Company's Corporate Governance Guidelines, Code of Ethics and Business Conduct, and additional policies as well as the charters of the audit, compensation, nominating, and other committees of the Board of Directors. Information on our website is not incorporated into this report.

The SEC maintains an internet site (http://www.sec.gov) that contains reports, proxy and information statements, and other information regarding issuers that file electronically with the SEC.

1

## ITEM 1A.    RISK FACTORS

ExxonMobil's financial and operating results are subject to a variety of risks inherent in the global oil, gas, and petrochemical businesses. Many of these risk factors are not within the Company's control and could adversely affect our business, our financial and operating results, or our financial condition. These risk factors include:

### Supply and Demand

The oil, gas, and petrochemical businesses are fundamentally commodity businesses. This means ExxonMobil's operations and earnings may be significantly affected by changes in oil, gas, and petrochemical prices and by changes in margins on refined products. Oil, gas, petrochemical, and product prices and margins in turn depend on local, regional, and global events or conditions that affect supply and demand for the relevant commodity. Any material decline in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Upstream segment, financial condition, and proved reserves. On the other hand, a material increase in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Downstream and Chemical segments.

**Economic conditions.** The demand for energy and petrochemicals is generally linked closely with broad-based economic activities and levels of prosperity. The occurrence of recessions or other periods of low or negative economic growth will typically have a direct adverse impact on our results. Other factors that affect general economic conditions in the world or in a major region, such as changes in population growth rates, periods of civil unrest, government austerity programs, trade tariffs, security or public health concerns, or currency exchange rate fluctuations, can also impact the demand for energy and petrochemicals. Sovereign debt downgrades, defaults, inability to access debt markets due to credit or legal constraints, liquidity crises, the breakup or restructuring of fiscal, monetary, or political systems such as the European Union, and other events or conditions that impair the functioning of financial markets and institutions also pose risks to ExxonMobil, including risks to the safety of our financial assets and to the ability of our partners and customers to fulfill their commitments to ExxonMobil.

**Other demand-related factors.** Other factors that may affect the demand for oil, gas, and petrochemicals, and therefore impact our results, include technological improvements in energy efficiency; seasonal weather patterns; increased competitiveness of alternative energy sources; changes in technology that alter fuel choices, such as technological advances in energy storage that make wind and solar more competitive for power generation; changes in consumer preferences for our products, including consumer demand for alternative fueled or electric transportation; and broad-based changes in personal income levels.

**Other supply-related factors.** Commodity prices and margins also vary depending on a number of factors affecting supply. For example, increased supply from the development of new oil and gas supply sources and technologies to enhance recovery from existing sources tend to reduce commodity prices to the extent such supply increases are not offset by commensurate growth in demand. Similarly, increases in industry refining or petrochemical manufacturing capacity relative to demand tend to reduce margins on the affected products. World oil, gas, and petrochemical supply levels can also be affected by factors that reduce available supplies, such as adherence by countries to OPEC production quotas and other agreements among sovereigns, and the occurrence of wars, hostile actions, natural disasters, disruptions in competitors' operations, logistics constraints or unexpected unavailability of distribution channels that may disrupt supplies. Technological change can also alter the relative costs for competitors to find, produce, and refine oil and gas and to manufacture petrochemicals.

**Other market factors.** ExxonMobil's business results are also exposed to potential negative impacts due to changes in interest rates, inflation, currency exchange rates, and other local or regional market conditions.

### Government and Political Factors

ExxonMobil's results can be adversely affected by political or regulatory developments affecting our operations.

**Access limitations.** A number of countries limit access to their oil and gas resources, or may place resources off-limits from development altogether. Restrictions on foreign investment in the oil and gas sector tend to increase in times of high commodity prices, when national

governments may have less need of outside sources of private capital. Many countries also restrict the import or export of certain products based on point of origin.

**Restrictions on doing business.** ExxonMobil is subject to laws and sanctions imposed by the United States or by other jurisdictions where we do business that may prohibit ExxonMobil or certain of its affiliates from doing business in certain countries, or restricting the kind of business that may be conducted. Such restrictions may provide a competitive advantage to competitors who may not be subject to comparable restrictions.

**Lack of legal certainty.** Some countries in which we do business lack well-developed legal systems, or have not yet adopted, or may be unable to maintain, clear regulatory frameworks for oil and gas development. Lack of legal certainty exposes our operations to increased risk of adverse or unpredictable actions by government officials, and also makes it more difficult for us to enforce our contracts. In some cases these risks can be partially offset by agreements to arbitrate disputes in an international forum, but the adequacy of this remedy may still depend on the local legal system to enforce an award.

2

**Regulatory and litigation risks.** Even in countries with well-developed legal systems where ExxonMobil does business, we remain exposed to changes in law or interpretation of settled law (including changes that result from international treaties and accords) that could adversely affect our results, such as:

- increases in taxes, duties, or government royalty rates (including retroactive claims);
- price controls;
- changes in environmental regulations or other laws that increase our cost of compliance or reduce or delay available business opportunities (including changes in laws related to offshore drilling operations, water use, methane emissions, hydraulic fracturing or use of plastics);
- adoption of regulations mandating efficiency standards, the use of alternative fuels or uncompetitive fuel components;
- adoption of government payment transparency regulations that could require us to disclose competitively sensitive commercial information, or that could cause us to violate the non-disclosure laws of other countries; and
- government actions to cancel contracts, re-denominate the official currency, renounce or default on obligations, renegotiate terms unilaterally, or expropriate assets.

Legal remedies available to compensate us for expropriation or other takings may be inadequate.

We also may be adversely affected by the outcome of litigation, especially in countries such as the United States in which very large and unpredictable punitive damage awards may occur; by government enforcement proceedings alleging non-compliance with applicable laws or regulations; or by state and local government actors as well as private plaintiffs acting in parallel that attempt to use the legal system to promote public policy agendas, gain political notoriety, or obtain monetary awards from the Company.

**Security concerns.** Successful operation of particular facilities or projects may be disrupted by civil unrest, acts of sabotage or terrorism, cybersecurity attacks, and other local security concerns. Such concerns may require us to incur greater costs for security or to shut down operations for a period of time.

**Climate change and greenhouse gas restrictions.** Due to concern over the risks of climate change, a number of countries have adopted, or are considering the adoption of, regulatory frameworks to reduce greenhouse gas emissions. These include adoption of cap and trade regimes, carbon taxes, minimum renewable usage requirements, restrictive permitting, increased efficiency standards, and incentives or mandates for renewable energy. Such policies could make our products more expensive, less competitive, lengthen project implementation times, and reduce demand for hydrocarbons, as well as shift hydrocarbon demand toward relatively lower-carbon sources such as natural gas. Current and pending greenhouse gas regulations or policies may also increase our compliance costs, such as for monitoring or sequestering emissions.

**Alternative energy.** Many governments are providing tax advantages and other subsidies to support transitioning to alternative energy sources or are mandating the use of specific fuels or technologies. Governments and others are also promoting research into new technologies to reduce the cost and increase the scalability of alternative energy sources. We are conducting our own research both in-house and by working with more than 80 leading universities around the world, including the Massachusetts Institute of Technology, Princeton University, The University of Texas, and Stanford University. Our research projects focus on developing algae-based biofuels, carbon capture and storage, breakthrough energy efficiency processes, advanced energy-saving materials, and other technologies. For example, ExxonMobil is launching an innovative relationship with the U.S. Department of Energy's National Laboratory network to bring low-emission energy breakthroughs to commercial scale. Our future results may depend in part on the success of our research efforts and on our ability to adapt and apply the strengths of our current business model to providing the energy products of the future in a cost-competitive manner. See "Operational and Other Factors" below.

### Operational and Other Factors

In addition to external economic and political factors, our future business results also depend on our ability to manage successfully those factors that are at least in part within our control. The extent to which we manage these factors will impact our performance relative to competition. For projects in which we are not the operator, we depend on the management effectiveness of one or more co-venturers whom we do not control.

**Exploration and development program.** Our ability to maintain and grow our oil and gas production depends on the success of our exploration and development efforts. Among other factors, we must continuously improve our ability to identify the most promising resource prospects and apply our project management expertise to bring discovered resources on line as scheduled and within budget.

3

**Project and portfolio management.** The long-term success of ExxonMobil's Upstream, Downstream, and Chemical businesses depends on complex, long-term, capital intensive projects. These projects in turn require a high degree of project management expertise to maximize efficiency. Specific factors that can affect the performance of major projects include our ability to: negotiate successfully with joint venturers, partners, governments, suppliers, customers, or others; model and optimize reservoir performance; develop markets for project outputs, whether through long-term

contracts or the development of effective spot markets; manage changes in operating conditions and costs, including costs of third party equipment or services such as drilling rigs and shipping; prevent, to the extent possible, and respond effectively to unforeseen technical difficulties that could delay project startup or cause unscheduled project downtime; and influence the performance of project operators where ExxonMobil does not perform that role. In addition to the effective management of individual projects, ExxonMobil's success, including our ability to mitigate risk and provide attractive returns to shareholders, depends on our ability to successfully manage our overall portfolio, including diversification among types and locations of our projects and strategies to divest assets. We may not be able to divest assets at a price or on the timeline we contemplate in our strategies. Additionally, we may retain certain liabilities following a divestment and could be held liable for past use or for different liabilities than anticipated.

The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

**Operational efficiency.** An important component of ExxonMobil's competitive performance, especially given the commodity-based nature of many of our businesses, is our ability to operate efficiently, including our ability to manage expenses and improve production yields on an ongoing basis. This requires continuous management focus, including technology improvements, cost control, productivity enhancements, regular reappraisal of our asset portfolio, and the recruitment, development, and retention of high caliber employees.

**Research and development and technological change.** To maintain our competitive position, especially in light of the technological nature of our businesses and the need for continuous efficiency improvement, ExxonMobil's research and development organizations must be successful and able to adapt to a changing market and policy environment, including developing technologies to help reduce greenhouse gas emissions. To remain competitive we must also continuously adapt and capture the benefits of new and emerging technologies, including successfully applying advances in the ability to process very large amounts of data to our businesses.

**Safety, business controls, and environmental risk management.** Our results depend on management's ability to minimize the inherent risks of oil, gas, and petrochemical operations, to control effectively our business activities, and to minimize the potential for human error. We apply rigorous management systems and continuous focus on workplace safety and avoiding spills or other adverse environmental events. For example, we work to minimize spills through a combined program of effective operations integrity management, ongoing upgrades, key equipment replacements, and comprehensive inspection and surveillance. Similarly, we are implementing cost-effective new technologies and adopting new operating practices to reduce air emissions, not only in response to government requirements but also to address community priorities. We also maintain a disciplined framework of internal controls and apply a controls management system for monitoring compliance with this framework. Substantial liabilities and other adverse impacts could result if our management systems and controls do not function as intended.

**Cybersecurity.** ExxonMobil is regularly subject to attempted cybersecurity disruptions from a variety of threat actors including state-sponsored actors. ExxonMobil's defensive preparedness includes multi-layered technological capabilities for prevention and detection of cybersecurity disruptions; non-technological measures such as threat information sharing with governmental and industry groups; internal training and awareness campaigns including routine testing of employee awareness and an emphasis on resiliency including business response and recovery. If the measures we are taking to protect against cybersecurity disruptions prove to be insufficient, ExxonMobil as well as our customers, employees, or third parties could be adversely affected. Cybersecurity disruptions could cause physical harm to people or the environment; damage or destroy assets; compromise business systems; result in proprietary information being altered, lost, or stolen; result in employee, customer, or third-party information being compromised; or otherwise disrupt our business operations. We could incur significant costs to remedy the effects of a major cybersecurity disruption in addition to costs in connection with resulting regulatory actions, litigation or reputational harm.

**Preparedness.** Our operations may be disrupted by severe weather events, natural disasters, human error, and similar events. For example, hurricanes may damage our offshore production facilities or coastal refining and petrochemical plants in vulnerable areas. Our facilities are designed, constructed, and operated to withstand a variety of extreme climatic and other conditions, with safety factors built in to cover a number of engineering uncertainties, including those associated with wave, wind, and current intensity, marine ice flow patterns, permafrost stability, storm surge magnitude, temperature extremes, extreme rainfall events, and earthquakes. Our consideration of changing weather conditions and inclusion of safety factors in design covers the engineering uncertainties that climate change and other events may potentially introduce. Our ability to mitigate the adverse impacts of these events depends in part upon the effectiveness of our robust facility engineering as well as our rigorous disaster preparedness and response and business continuity planning.

4

**Insurance limitations.** The ability of the Corporation to insure against many of the risks it faces as described in this Item 1A is limited by the capacity of the applicable insurance markets, which may not be sufficient.

**Competition.** As noted in Item 1 above, the energy and petrochemical industries are highly competitive. We face competition not only from other private firms, but also from state-owned companies that are increasingly competing for opportunities outside of their home countries and as partners with other private firms. In some cases, these state-owned companies may pursue opportunities in furtherance of strategic objectives of their government owners, with less focus on financial returns than companies owned by private shareholders, such as ExxonMobil. Technology and expertise provided by industry service companies may also enhance the competitiveness of firms that may not have the internal resources and capabilities of ExxonMobil or reduce the need for resource-owning countries to partner with private-sector oil and gas companies in order to monetize national resources.

**Reputation.** Our reputation is an important corporate asset. An operating incident, significant cybersecurity disruption, change in consumer views concerning our products, or other adverse event such as those described in this Item 1A may have a negative impact on our reputation, which in turn could make it more difficult for us to compete successfully for new opportunities, obtain necessary regulatory approvals, obtain financing, or could reduce consumer demand for our branded products. ExxonMobil's reputation may also be harmed by events which negatively affect the image of our industry as a whole.

Projections, estimates, and descriptions of ExxonMobil's plans and objectives included or incorporated in Items 1, 1A, 2, 7 and 7A of this report are forward-looking statements. Actual future results, including project completion dates, production rates, capital expenditures, costs, and business plans could differ materially due to, among other things, the factors discussed above and elsewhere in this report.

## ITEM 1B.   UNRESOLVED STAFF COMMENTS

None.

5

## ITEM 2.   PROPERTIES

**Information with regard to oil and gas producing activities follows:**

### 1. Disclosure of Reserves

### A. Summary of Oil and Gas Reserves at Year-End 2019

The table below summarizes the oil-equivalent proved reserves in each geographic area and by product type for consolidated subsidiaries and equity companies. Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels. The Corporation has reported proved reserves on the basis of the average of the first-day-of-the-month price for each month during the last 12-month period. No major discovery or other favorable or adverse event has occurred since December 31, 2019, that would cause a significant change in the estimated proved reserves as of that date.

| | Crude Oil | Natural Gas Liquids | Bitumen | Synthetic Oil | Natural Gas | Oil-Equivalent Total All Products |
|---|---|---|---|---|---|---|
| | *(million bbls)* | *(million bbls)* | *(million bbls)* | *(million bbls)* | *(billion cubic ft)* | *(million bbls)* |
| **Proved Reserves** | | | | | | |
| **Developed** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 1,226 | 429 | - | - | 11,882 | 3,635 |
| Canada/Other Americas *(1)* | 185 | 10 | 3,528 | 415 | 613 | 4,240 |
| Europe | 20 | 3 | - | - | 502 | 107 |
| Africa | 384 | 35 | - | - | 377 | 482 |
| Asia | 2,217 | 92 | - | - | 3,508 | 2,894 |
| Australia/Oceania | 63 | 27 | - | - | 3,765 | 717 |
| Total Consolidated | 4,095 | 596 | 3,528 | 415 | 20,647 | 12,075 |
| **Equity Companies** | | | | | | |
| United States | 195 | 5 | - | - | 143 | 224 |
| Europe | 13 | - | - | - | 505 | 97 |
| Africa | - | - | - | - | - | - |
| Asia | 499 | 228 | - | - | 9,859 | 2,370 |
| Total Equity Company | 707 | 233 | - | - | 10,507 | 2,691 |
| Total Developed | 4,802 | 829 | 3,528 | 415 | 31,154 | 14,766 |

**Undeveloped**

**Consolidated Subsidiaries**

| | | | | | | |
|---|---|---|---|---|---|---|
| United States | 1,862 | 612 | - | - | 7,144 | 3,665 |
| Canada/Other Americas *(1)* | 372 | 9 | 330 | - | 853 | 853 |
| Europe | 19 | 10 | - | - | 119 | 49 |
| Africa | 63 | 5 | - | - | - | 68 |
| Asia | 1,118 | 39 | - | - | 925 | 1,311 |
| Australia/Oceania | 31 | 4 | - | - | 3,236 | 575 |
| Total Consolidated | 3,465 | 679 | 330 | - | 12,277 | 6,521 |
| | | | | | | |
| **Equity Companies** | | | | | | |
| United States | 56 | 4 | - | - | 70 | 71 |
| Europe | 1 | - | - | - | 76 | 14 |
| Africa | 6 | - | - | - | 908 | 157 |
| Asia | 398 | 85 | - | - | 2,595 | 916 |
| Total Equity Company | 461 | 89 | - | - | 3,649 | 1,158 |
| Total Undeveloped | 3,926 | 768 | 330 | - | 15,926 | 7,679 |
| **Total Proved Reserves** | 8,728 | 1,597 | 3,858 | 415 | 47,080 | 22,445 |

*(1)*    *Other Americas includes proved developed reserves of 18 million barrels of crude oil and 75 billion cubic feet of natural gas, as well as proved undeveloped reserves of 280 million barrels of crude oil and 292 billion cubic feet of natural gas.*

6

In the preceding reserves information, consolidated subsidiary and equity company reserves are reported separately. However, the Corporation operates its business with the same view of equity company reserves as it has for reserves from consolidated subsidiaries.

The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups; operational outages; reservoir performance; performance of enhanced oil recovery projects; regulatory changes; the impact of fiscal and commercial terms; asset sales; weather events; price effects on production sharing contracts; changes in the amount and timing of capital investments that may vary depending on the oil and gas price environment; and other factors described in Item 1A. Risk Factors.

The estimation of proved reserves, which is based on the requirement of reasonable certainty, is an ongoing process based on rigorous technical evaluations, commercial and market assessments and detailed analysis of well and reservoir information such as flow rates and reservoir pressures. Furthermore, the Corporation only records proved reserves for projects which have received significant funding commitments by management made toward the development of the reserves. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policies, consumer preferences, and significant changes in long-term oil and natural gas price levels. In addition, proved reserves could be affected by an extended period of low prices which could reduce the level of the Corporation's capital spending and also impact our partners' capacity to fund their share of joint projects.

**B. Technologies Used in Establishing Proved Reserves Additions in 2019**

Additions to ExxonMobil's proved reserves in 2019 were based on estimates generated through the integration of available and appropriate geological, engineering and production data, utilizing well-established technologies that have been demonstrated in the field to yield repeatable and consistent results.

Data used in these integrated assessments included information obtained directly from the subsurface via wellbores, such as well logs, reservoir core samples, fluid samples, static and dynamic pressure information, production test data, and surveillance and performance information. The data utilized also included subsurface information obtained through indirect measurements including high-quality 3-D and 4-D seismic data, calibrated with available well control information. The tools used to interpret the data included proprietary seismic processing software, proprietary reservoir modeling and simulation software, and commercially available data analysis packages.

In some circumstances, where appropriate analog reservoirs were available, reservoir parameters from these analogs were used to increase the quality of and confidence in the reserves estimates.

**C. Qualifications of Reserves Technical Oversight Group and Internal Controls over Proved Reserves**

ExxonMobil has a dedicated Global Reserves and Resources group that provides technical oversight and is separate from the operating organization. Primary responsibilities of this group include oversight of the reserves estimation process for compliance with Securities and Exchange Commission (SEC) rules and regulations, review of annual changes in reserves estimates, and the reporting of ExxonMobil's proved reserves. This group also maintains the official company reserves estimates for ExxonMobil's proved reserves of crude oil, natural gas liquids, bitumen, synthetic oil, and natural gas. In addition, the group provides training to personnel involved in the reserves estimation and reporting process within ExxonMobil and its affiliates. The Manager of the Global Reserves and Resources group has more than 30 years of experience in reservoir engineering and reserves assessment, has a degree in Engineering and currently serves on the Oil and Gas Reserves Committee of the Society of Petroleum Engineers (SPE). The group is staffed with individuals that have an average of more than 15 years of technical experience in the petroleum industry, including expertise in the classification and categorization of reserves under the SEC guidelines. This group includes individuals who hold degrees in either Engineering or Geology.

The Global Reserves and Resources group maintains a central database containing the official company reserves estimates. Appropriate controls, including limitations on database access and update capabilities, are in place to ensure data integrity within this central database. An annual review of the system's controls is performed by internal audit. Key components of the reserves estimation process include technical evaluations, commercial and market assessments, analysis of well and field performance, and long-standing approval guidelines. No changes may be made to the reserves estimates in the central database, including additions of any new initial reserves estimates or subsequent revisions, unless these changes have been thoroughly reviewed and evaluated by duly authorized geoscience and engineering professionals within the operating organization. In addition, changes to reserves estimates that exceed certain thresholds require further review and approval by the appropriate level of management within the operating organization before the changes may be made in the central database. Endorsement by the Global Reserves and Resources group for all proved reserves changes is a mandatory component of this review process. After all changes are made, reviews are held with senior management for final endorsement.

7

**2. Proved Undeveloped Reserves**

At year-end 2019, approximately 7.7 billion oil-equivalent barrels (GOEB) of ExxonMobil's proved reserves were classified as proved undeveloped. This represents 34 percent of the 22.4 GOEB reported in proved reserves. This compares to the 7.9 GOEB of proved undeveloped reserves reported at the end of 2018. During the year, ExxonMobil conducted development activities that resulted in the transfer of approximately 0.9 GOEB from proved undeveloped to proved developed reserves by year end. The largest transfers were related to development activities in the United States, the United Arab Emirates, and Kazakhstan. During 2019, extensions and discoveries, primarily in the United States and Guyana, resulted in an addition of 1.5 GOEB of proved undeveloped reserves, along with an increase of 0.6 GOEB due to revisions primarily in Asia. Also, the Corporation reclassified approximately 1.4 GOEB of proved undeveloped reserves which no longer met the SEC definition of proved reserves, primarily in the United States, which was offset by the extensions in the United States referenced above.

Overall, investments of $18.3 billion were made by the Corporation during 2019 to progress the development of reported proved undeveloped reserves, including $17.7 billion for oil and gas producing activities, along with additional investments for other non-oil and gas producing activities such as the construction of support infrastructure and other related facilities. These investments represented 78 percent of the $23.5 billion in total reported Upstream capital and exploration expenditures.

One of ExxonMobil's requirements for reporting proved reserves is that management has made significant funding commitments toward the development of the reserves. ExxonMobil has a disciplined investment strategy and many major fields require long lead-time in order to be developed. Development projects typically take several years from the time of recording proved undeveloped reserves to the start of production and can exceed five years for large and complex projects. Proved undeveloped reserves in the United States, Canada, Australia, and Kazakhstan have remained undeveloped for five years or more primarily due to constraints on the capacity of infrastructure, as well as the time required to complete development for very large projects. The Corporation is reasonably certain that these proved reserves will be produced; however, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policies, consumer preferences, the pace of co-venturer/government funding, changes in the amount and timing of capital investments, and significant changes in long-term oil and natural gas price levels. Of the proved undeveloped reserves that have been reported for five or more years, over 80 percent are contained in the aforementioned countries. In Canada, proved undeveloped reserves are related to drilling activities in the offshore Hebron field and onshore Cold Lake operations. In Australia, proved undeveloped reserves are associated with future compression for the Gorgon Jansz LNG project. In Kazakhstan, the proved undeveloped reserves are related to the remainder of the Tengizchevroil joint venture development that includes a production license in the Tengiz - Korolev field complex. The Tengizchevroil joint venture is producing, and proved undeveloped reserves will continue to move to proved developed as approved development phases progress.

8

**3. Oil and Gas Production, Production Prices and Production Costs**

**A. Oil and Gas Production**

The table below summarizes production by final product sold and by geographic area for the last three years.

| **Total number of net wells drilled** | 917 | 635 | 512 |
|---|---|---|---|

13

## B. Exploratory and Development Activities Regarding Oil and Gas Resources Extracted by Mining Technologies

**Syncrude Operations.** Syncrude is a joint venture established to recover shallow deposits of oil sands using open-pit mining methods to extract the crude bitumen, and then upgrade it to produce a high-quality, light (32 degrees API), sweet, synthetic crude oil. Imperial Oil Limited is the owner of a 25 percent interest in the joint venture. Exxon Mobil Corporation has a 69.6 percent interest in Imperial Oil Limited. In 2019, the company's share of net production of synthetic crude oil was about 65 thousand barrels per day and share of net acreage was about 63 thousand acres in the Athabasca oil sands deposit.

**Kearl Operations.** Kearl is a joint venture established to recover shallow deposits of oil sands using open-pit mining methods to extract the crude bitumen. Imperial Oil Limited holds a 70.96 percent interest in the joint venture and ExxonMobil Canada Properties holds the other 29.04 percent. Exxon Mobil Corporation has a 69.6 percent interest in Imperial Oil Limited and a 100 percent interest in ExxonMobil Canada Properties. Kearl is comprised of six oil sands leases covering about 49 thousand acres in the Athabasca oil sands deposit.

Kearl is located approximately 40 miles north of Fort McMurray, Alberta, Canada. Bitumen is extracted from oil sands and processed through bitumen extraction and froth treatment trains. The product, a blend of bitumen and diluent, is shipped to our refineries and to other third parties. Diluent is natural gas condensate or other light hydrocarbons added to the crude bitumen to facilitate transportation by pipeline and rail. During 2019, average net production at Kearl was about 197 thousand barrels per day.

## 5. Present Activities

### A. Wells Drilling

| | Year-End 2019 | | Year-End 2018 | |
|---|---|---|---|---|
| | **Gross** | **Net** | **Gross** | **Net** |
| **Wells Drilling** | | | | |
| **Consolidated Subsidiaries** | | | | |
| United States | 1,133 | 704 | 997 | 491 |
| Canada/Other Americas | 27 | 20 | 41 | 32 |
| Europe | 16 | 7 | 13 | 3 |
| Africa | 4 | 1 | 5 | 1 |
| Asia | 46 | 14 | 50 | 14 |
| Australia/Oceania | 14 | 4 | 4 | 2 |
| Total Consolidated Subsidiaries | 1,240 | 750 | 1,110 | 543 |
| **Equity Companies** | | | | |
| United States | 3 | 1 | 7 | 1 |
| Europe | - | - | 1 | 1 |
| Africa | 6 | 1 | - | - |
| Asia | 11 | 3 | 17 | 4 |
| Total Equity Companies | 20 | 5 | 25 | 6 |
| **Total gross and net wells drilling** | 1,260 | 755 | 1,135 | 549 |

14

**B. Review of Principal Ongoing Activities**

## UNITED STATES

ExxonMobil's year-end 2019 acreage holdings totaled 11.5 million net acres, of which 0.6 million net acres were offshore. ExxonMobil was active in areas onshore and offshore in the lower 48 states and in Alaska. The Golden Pass liquefied natural gas export project was funded in 2019.

During the year, 815.6 net exploration and development wells were completed in the inland lower 48 states. Development activities focused on liquids-rich opportunities in the onshore U.S., primarily in the Permian Basin of West Texas and New Mexico and the Bakken oil play in North Dakota. In addition, gas development activities continued in the Marcellus Shale of Pennsylvania and West Virginia, the Utica Shale of Ohio and the Haynesville Shale of East Texas and Louisiana.

ExxonMobil's net acreage in the Gulf of Mexico at year-end 2019 was 0.5 million acres. A total of 0.9 net exploration and development wells were completed during the year.

Participation in Alaska production and development continued with a total of 11.6 net development wells completed.

## CANADA / OTHER AMERICAS

### Canada

*Oil and Gas Operations:* ExxonMobil's year-end 2019 acreage holdings totaled 6.8 million net acres, of which 3.9 million net acres were offshore. A total of 29.7 net development wells were completed during the year.

*In Situ Bitumen Operations:* ExxonMobil's year-end 2019 in situ bitumen acreage holdings totaled 0.6 million net onshore acres. A total of 14 net development wells at Cold Lake were completed during the year.

### Argentina

ExxonMobil's net acreage totaled 2.9 million acres, of which 2.6 million net acres were offshore at year-end 2019. During the year, a total of 4.2 net exploration and development wells were completed. In 2019, ExxonMobil acquired approximately 2.6 million net acres in three offshore blocks located in the Malvinas Basin.

### Guyana

ExxonMobil's net acreage totaled 4.6 million offshore acres at year-end 2019. During the year, 6.3 net exploration and development wells were completed. The Liza Phase 1 project started up in December 2019, and the Liza Phase 2 project was funded in 2019.

## EUROPE

### Germany

ExxonMobil's net acreage totaled 2.2 million onshore acres at year-end 2019. During the year, 0.7 net exploration and development wells were completed.

### Netherlands

ExxonMobil's net interest in licenses totaled approximately 1.5 million acres, of which 1.1 million acres were onshore at year-end 2019. In 2018, the Dutch Cabinet notified Parliament of its intention to further reduce previously legislated Groningen gas extraction in response to seismic events over the last several years. Affiliates of the Corporation and their partners have actively been in discussions with the government on the associated implementation measures, which resulted in a signed Heads of Agreement in 2018 followed by the execution of additional implementation agreements. In 2019, the Dutch Cabinet informed Parliament of its intention to further reduce Groningen gas extraction and terminate production in 2022.

### United Kingdom

ExxonMobil's net interest in licenses totaled approximately 0.3 million offshore acres at year-end 2019. During the year, a total of 0.4 net development wells were completed. Development activities continued on the Penguins Redevelopment project.

15

## AFRICA

### Angola

ExxonMobil's net acreage totaled 0.2 million offshore acres at year-end 2019. During the year, a total of 1.3 net development wells were completed. On Block 32, the Kaombo Split Hub Sul floating production storage and offloading (FPSO) vessel started up in April 2019, and the Norte FPSO started up in 2018.

### Chad

ExxonMobil's net acreage holdings totaled 46 thousand onshore acres at year-end 2019.

### Equatorial Guinea

ExxonMobil's net acreage totaled 0.5 million offshore acres at year-end 2019. During the year, a total of 2.4 net development wells were completed.

### Mozambique

Case 3:21-cv-00194-N  Document 118-15  Filed 10/05/23  Page 13 of 44  PageID 2372

ExxonMobil's net acreage totaled approximately 1.8 million offshore acres at year-end 2019. In 2019, ExxonMobil relinquished approximately 0.8 million net acres as the Company reduced its working interest in Area 5 offshore blocks, Angoche A5-B, Zambezi Z5-C, and Zambezi Z5-D. Development activities continued on the Coral South Floating LNG project during the year.

### Nigeria

ExxonMobil's net acreage totaled 0.9 million offshore acres at year-end 2019. During the year, a total of 1.3 net exploration and development wells were completed.

### ASIA

### Azerbaijan

ExxonMobil's net acreage totaled 7 thousand offshore acres at year-end 2019. During the year, a total of 0.7 net development wells were completed.

### Indonesia

ExxonMobil's net acreage totaled 0.1 million onshore acres at year-end 2019. The Kedung Keris project started up in November 2019.

### Iraq

ExxonMobil's net acreage totaled 0.1 million onshore acres at year-end 2019. During the year, a total of 2.6 net development wells were completed at the West Qurna Phase I oil field. Oil field rehabilitation activities continued during 2019 and across the life of this project will include drilling of new wells, working over of existing wells, and optimization and debottlenecking of existing facilities. In the Kurdistan Region of Iraq, ExxonMobil has continued exploration activities.

### Kazakhstan

ExxonMobil's net acreage totaled 0.3 million acres, of which 0.2 million net acres were offshore at year-end 2019. During the year, a total of 9.5 net development wells were completed. Development activities continued on the Tengiz Expansion project.

### Malaysia

ExxonMobil's interests in production sharing contracts covered 2.4 million net acres offshore at year-end 2019.

### Qatar

Through our joint ventures with Qatar Petroleum, ExxonMobil's net acreage totaled 65 thousand acres offshore at year-end 2019. ExxonMobil participated in 62.2 million tonnes per year gross liquefied natural gas capacity and 2.0 billion cubic feet per day of flowing gas capacity at year-end. Development activities continued on the Barzan project during the year.

16

### Russia

ExxonMobil's net acreage holdings in Sakhalin totaled 85 thousand offshore acres at year-end 2019. During the year, a total of 2.1 net development wells were completed.

### Thailand

ExxonMobil's net onshore acreage in Thailand concessions totaled 21 thousand acres at year-end 2019.

### United Arab Emirates

ExxonMobil's net acreage in the Abu Dhabi offshore Upper Zakum oil concession was 81 thousand acres at year-end 2019. During the year, a total of 5.3 net development wells were completed. Commissioning activities continued on the Upper Zakum 750 project, while development activities progressed on the Upper Zakum 1 MBD project.

### AUSTRALIA / OCEANIA

### Australia

ExxonMobil's net acreage totaled 1.8 million acres offshore and 10 thousand acres onshore at year-end 2019. During the year, a total of 1.0 net exploration well was completed in the Bass Strait. Development activities continued on the West Barracouta project during the year.

The co-venturer-operated Gorgon Jansz liquefied natural gas (LNG) development consists of a subsea infrastructure for offshore production and transportation of the gas, a 15.6 million tonnes per year LNG facility and a 280 million cubic feet per day domestic gas plant located on Barrow Island, Western Australia. Development activities continued on the Gorgon Stage 2 project during the year.

### Papua New Guinea

ExxonMobil's net acreage totaled 6.9 million acres, of which 3.3 million net acres were offshore at year-end 2019. During the year, a total of 1.2 net exploration and development wells were completed. In 2019, ExxonMobil relinquished approximately 3 million net acres as the Company reduced its working interest, primarily in deepwater offshore licenses. The Papua New Guinea (PNG) liquefied natural gas integrated development includes gas production and processing facilities in the southern PNG Highlands, onshore and offshore pipelines, and a 6.9 million tonnes per year liquefied natural gas facility near Port Moresby.

### WORLDWIDE EXPLORATION

At year-end 2019, exploration activities were under way in several areas in which ExxonMobil has no established production operations and thus are not included above. A total of 41.5 million net acres were held at year-end 2019 and 2.7 net exploration wells were completed during the year in these countries.

## 6. Delivery Commitments

ExxonMobil sells crude oil and natural gas from its producing operations under a variety of contractual obligations, some of which may specify the delivery of a fixed and determinable quantity for periods longer than one year. ExxonMobil also enters into natural gas sales contracts where the source of the natural gas used to fulfill the contract can be a combination of our own production and the spot market. Worldwide, we are contractually committed to deliver approximately 44 million barrels of oil and 2,500 billion cubic feet of natural gas for the period from 2020 through 2022. We expect to fulfill the majority of these delivery commitments with production from our proved developed reserves. Any remaining commitments will be fulfilled with production from our proved undeveloped reserves and purchases on the open market as necessary.

17

## 7. Oil and Gas Properties, Wells, Operations and Acreage

### A. Gross and Net Productive Wells

| | Year-End 2019 | | | | Year-End 2018 | | | |
| | Oil | | Gas | | Oil | | Gas | |
| | Gross | Net | Gross | Net | Gross | Net | Gross | Net |
|---|---|---|---|---|---|---|---|---|
| **Gross and Net Productive Wells** | | | | | | | | |
| **Consolidated Subsidiaries** | | | | | | | | |
| United States | 20,559 | 8,502 | 21,893 | 13,182 | 20,996 | 8,460 | 25,061 | 14,396 |
| Canada/Other Americas | 4,905 | 4,724 | 3,441 | 1,347 | 5,037 | 4,781 | 4,262 | 1,650 |
| Europe | 741 | 207 | 517 | 236 | 981 | 256 | 648 | 261 |
| Africa | 1,191 | 456 | 13 | 5 | 1,221 | 472 | 12 | 5 |
| Asia | 943 | 301 | 133 | 79 | 891 | 286 | 133 | 79 |
| Australia/Oceania | 582 | 120 | 87 | 36 | 577 | 123 | 81 | 33 |
| Total Consolidated Subsidiaries | 28,921 | 14,310 | 26,084 | 14,885 | 29,703 | 14,378 | 30,197 | 16,424 |
| **Equity Companies** | | | | | | | | |
| United States | 12,947 | 5,328 | 4,500 | 577 | 13,126 | 5,398 | 4,503 | 577 |
| Europe | 57 | 20 | 561 | 175 | 57 | 20 | 602 | 187 |
| Asia | 194 | 49 | 126 | 30 | 164 | 41 | 126 | 30 |
| Total Equity Companies | 13,198 | 5,397 | 5,187 | 782 | 13,347 | 5,459 | 5,231 | 794 |
| **Total gross and net productive wells** | 42,119 | 19,707 | 31,271 | 15,667 | 43,050 | 19,837 | 35,428 | 17,218 |

There were 27,532 gross and 23,857 net operated wells at year-end 2019 and 28,847 gross and 24,696 net operated wells at year-end 2018. The number of wells with multiple completions was 1,023 gross in 2019 and 947 gross in 2018.

18

the time. The term of one of the two concessions expires in 2021.

*United Arab Emirates*

An interest in the development and production activities of the offshore Upper Zakum field was acquired in 2006. In 2017 the governing agreements were extended to 2051.

### *AUSTRALIA / OCEANIA*

*Australia*

Exploration and production activities conducted offshore in Commonwealth waters are governed by Federal legislation. Exploration permits are granted for an initial term of six years with two possible five-year renewal periods. Retention leases may be granted for resources that are not commercially viable at the time of application, but are expected to become commercially viable within 15 years. These are granted for periods of five years and renewals may be requested. Prior to July 1998, production licenses were granted initially for 21 years, with a further renewal of 21 years and thereafter "indefinitely", i.e., for the life of the field. Effective from July 1998, new production licenses are granted "indefinitely". In each case, a production license may be terminated if no production operations have been carried on for five years.

*Papua New Guinea*

Exploration and production activities are governed by the Oil and Gas Act. Petroleum prospecting licenses are granted for an initial term of six years with a five-year extension possible (an additional extension of three years is possible in certain circumstances). Generally, a 50-percent relinquishment of the license area is required at the end of the initial six-year term, if extended. Petroleum development licenses are granted for an initial 25-year period. An extension of up to 20 years may be granted at the Minister's discretion. Petroleum retention licenses may be granted for gas resources that are not commercially viable at the time of application, but may become commercially viable within the maximum possible retention time of 15 years. Petroleum retention licenses are granted for five-year terms, and may be extended, at the Minister's discretion, twice for the maximum retention time of 15 years. Extensions of petroleum retention licenses may be for periods of less than one year, renewable annually, if the Minister considers at the time of extension that the resources could become commercially viable in less than five years.

23

**Information with regard to the Downstream segment follows:**

ExxonMobil's Downstream segment manufactures, trades and sells petroleum products. The refining and supply operations encompass a global network of manufacturing plants, transportation systems, and distribution centers that provide a range of fuels, lubricants and other products and feedstocks to our customers around the world.

**Refining Capacity At Year-End 2019** *(1)*

| | | ExxonMobil Share KBD *(2)* | ExxonMobil Interest % |
|---|---|---|---|
| **United States** | | | |
| Joliet | Illinois | 236 | 100 |
| Baton Rouge | Louisiana | 518 | 100 |
| Billings | Montana | 60 | 100 |
| Baytown | Texas | 561 | 100 |
| Beaumont | Texas | 369 | 100 |
| Total United States | | 1,744 | |
| **Canada** | | | |
| Strathcona | Alberta | 191 | 69.6 |
| Nanticoke | Ontario | 113 | 69.6 |
| Sarnia | Ontario | 119 | 69.6 |
| Total Canada | | 423 | |

ExxonMobil

| | | Ethylene | Polyethylene | Polypropylene | Paraxylene | Interest % |
|---|---|---|---|---|---|---|
| | | *(millions of metric tons per year)* | | | | |
| **North America** | | | | | | |
| Baton Rouge | Louisiana | 1.1 | 1.3 | 0.4 | - | 100 |
| Baytown | Texas | 3.8 | - | 0.7 | 0.6 | 100 |
| Beaumont | Texas | 0.9 | 1.7 | - | 0.3 | 100 |
| Mont Belvieu | Texas | - | 2.3 | - | - | 100 |
| Sarnia | Ontario | 0.3 | 0.5 | - | - | 69.6 |
| Total North America | | 6.1 | 5.8 | 1.1 | 0.9 | |
| | | | | | | |
| **Europe** | | | | | | |
| Antwerp | Belgium | - | 0.4 | - | - | 100 |
| Fife | United Kingdom | 0.4 | - | - | - | 50 |
| Gravenchon | France | 0.4 | 0.4 | 0.3 | - | 100 |
| Meerhout | Belgium | - | 0.5 | - | - | 100 |
| Rotterdam | Netherlands | - | - | - | 0.7 | 100 |
| Total Europe | | 0.8 | 1.3 | 0.3 | 0.7 | |
| | | | | | | |
| **Middle East** | | | | | | |
| Al Jubail | Saudi Arabia | 0.6 | 0.7 | - | - | 50 |
| Yanbu | Saudi Arabia | 1.0 | 0.7 | 0.2 | - | 50 |
| Total Middle East | | 1.6 | 1.4 | 0.2 | - | |
| | | | | | | |
| **Asia Pacific** | | | | | | |
| Fujian | China | 0.3 | 0.2 | 0.2 | 0.2 | 25 |
| Singapore | Singapore | 1.9 | 1.9 | 0.9 | 1.8 | 100 |
| Sriracha | Thailand | - | - | - | 0.5 | 66 |
| Total Asia Pacific | | 2.2 | 2.1 | 1.1 | 2.5 | |
| | | | | | | |
| **Total Worldwide** | | 10.7 | 10.6 | 2.7 | 4.1 | |

*(1)   Capacity reflects 100 percent for operations of ExxonMobil and majority-owned subsidiaries. For companies owned 50 percent or less, capacity is ExxonMobil's interest.*

## ITEM 3.    LEGAL PROCEEDINGS

Regarding a matter last reported in the Corporation's Form 10-Q for the third quarter of 2019, on December 31, 2019, the United States Federal District Court, Northern District of Texas (the Federal Court), vacated the civil penalty assessed by the United States Department of Treasury, Office of Foreign Assets Control (OFAC) against Exxon Mobil Corporation, ExxonMobil Development Company and ExxonMobil Oil Corporation on July 20, 2017, for allegedly violating the Ukraine-Related Sanctions Regulations, 31 C.F.R. part 589. The civil penalty vacated by the Federal Court was in the amount of $2,000,000. OFAC is currently determining whether to appeal the Federal Court's order to the 5th Circuit Court of Appeals.

Refer to the relevant portions of "Note 16: Litigation and Other Contingencies" of the Financial Section of this report for additional information on legal proceedings.

## ITEM 4.    MINE SAFETY DISCLOSURES

Not applicable.

27

**Information about our Executive Officers**
(positions and ages as of February 26, 2020)

---

| **Darren W. Woods** | *Chairman of the Board* | |
|---|---|---|
| Held current title since: | January 1, 2017 | Age: 55 |

Mr. Darren W. Woods was Senior Vice President of Exxon Mobil Corporation June 1, 2014 – December 31, 2015. He became a Director and President of Exxon Mobil Corporation on January 1, 2016, and Chairman of the Board and Chief Executive Officer on January 1, 2017, positions he continues to hold as of this filing date.

---

| **Neil A. Chapman** | *Senior Vice President* | |
|---|---|---|
| Held current title since: | January 1, 2018 | Age: 57 |

Mr. Neil A. Chapman was President of ExxonMobil Chemical Company and Vice President of Exxon Mobil Corporation January 1, 2015 – December 31, 2017. He became Senior Vice President of Exxon Mobil Corporation on January 1, 2018, a position he continues to hold as of this filing date.

---

| **Andrew P. Swiger** | *Senior Vice President* | |
|---|---|---|
| Held current title since: | April 1, 2009 | Age: 63 |

Mr. Andrew P. Swiger became Senior Vice President of Exxon Mobil Corporation on April 1, 2009, a position he continues to hold as of this filing date.

---

| **Jack P. Williams, Jr.** | *Senior Vice President* | |
|---|---|---|
| Held current title since: | June 1, 2014 | Age: 56 |

Mr. Jack P. Williams, Jr. became Senior Vice President of Exxon Mobil Corporation on June 1, 2014, a position he continues to hold as of this filing date.

---

| **Linda D. DuCharme** | *President, ExxonMobil Upstream Integrated Solutions Company* | |
|---|---|---|
| Held current title since: | April 1, 2019 | Age: 55 |

Ms. Linda D. DuCharme was Vice President, Europe, Russia and Caspian for ExxonMobil Gas & Power Marketing Company February 1, 2011 – June 30, 2015. She was Vice President, Americas, Africa and Asia, ExxonMobil Gas & Power Marketing Company July 1, 2015 – July 31, 2016. She was President of ExxonMobil Global Services Company August 1, 2016 – March 31, 2019. She became President of ExxonMobil Upstream Integrated Solutions Company on April 1, 2019, a position she continues to hold as of this filing date.

---

| **Neil W. Duffin** | *President, ExxonMobil Global Projects Company* | |
|---|---|---|
| Held current title since: | April 1, 2019 | Age: 63 |

Mr. Neil W. Duffin was President of ExxonMobil Development Company April 13, 2007 – December 31, 2016. He was President of ExxonMobil Production Company and Vice President of Exxon Mobil Corporation January 1, 2017 – March 31, 2019. He became President of ExxonMobil Global Projects Company on April 1, 2019, a position he continues to hold as of this filing date.

---

| **Randall M. Ebner** | *Vice President and General Counsel* | |
|---|---|---|

Held current title since: November 1, 2016 Age: 64

Case 3:21-cv-00194-N    Document 118-15    Filed 10/05/23    Page 18 of 44    PageID 2377

Mr. Randall M. Ebner was Assistant General Counsel of Exxon Mobil Corporation January 1, 2009 – October 31, 2016. He became Vice President and General Counsel of Exxon Mobil Corporation on November 1, 2016, positions he continues to hold as of this filing date.

28

| **Stephen M. Greenlee** | *Vice President* |
| --- | --- |

Held current title since: September 1, 2010 Age: 62

Mr. Stephen M. Greenlee was President of ExxonMobil Exploration Company and Vice President of Exxon Mobil Corporation September 1, 2010 – March 31, 2019. He became President of ExxonMobil Upstream Business Development Company and Vice President of Exxon Mobil Corporation on April 1, 2019, positions he continues to hold as of this filing date.

| **Neil A. Hansen** | *Vice President – Investor Relations and Secretary* |
| --- | --- |

Held current title since: July 1, 2018 Age: 45

Mr. Neil A. Hansen was Thailand Lead Country Manager and Business Services Manager, Esso (Thailand) Public Company Ltd. July 1, 2014 – March 31, 2017. He was Controller, ExxonMobil Fuels, Lubricants & Specialties Marketing Company April 1, 2017 – December 31, 2017. He was Value Chain Controller, ExxonMobil Fuels & Lubricants Company January 1, 2018 – June 30, 2018. He became Vice President – Investor Relations and Secretary of Exxon Mobil Corporation on July 1, 2018, positions he continues to hold as of this filing date.

| **Liam M. Mallon** | *Vice President* |
| --- | --- |

Held current title since: April 1, 2019 Age: 57

Mr. Liam M. Mallon was Executive Vice President, ExxonMobil Development Company February 1, 2014 – December 31, 2016. He was President of ExxonMobil Development Company January 1, 2017 – March 31, 2019. He became President of ExxonMobil Upstream Oil & Gas Company and Vice President of Exxon Mobil Corporation on April 1, 2019, positions he continues to hold as of this filing date.

| **Karen T. McKee** | *Vice President* |
| --- | --- |

Held current title since: April 1, 2019 Age: 53

Ms. Karen T. McKee was Vice President, Basic Chemicals, ExxonMobil Chemical Company. May 1, 2014 – July 31, 2017. She was Senior Vice President, Basic Chemicals, Integration & Growth, ExxonMobil Chemical Company August 1, 2017 – March 31, 2019. She became President of ExxonMobil Chemical Company and Vice President of Exxon Mobil Corporation on April 1, 2019, positions she continues to hold as of this filing date.

| **Bryan W. Milton** | *Vice President* |
| --- | --- |

Held current title since: August 1, 2016 Age: 55

Mr. Bryan W. Milton was President of ExxonMobil Global Services Company April 1, 2011 – July 31, 2016. He was President of ExxonMobil Fuels, Lubricants & Specialties Marketing Company and Vice President of Exxon Mobil Corporation August 1, 2016 – December 31, 2017. He became President of ExxonMobil Fuels & Lubricants Company and Vice President of Exxon Mobil Corporation on January 1, 2018, positions he continues to hold as of this filing date.

| **David S. Rosenthal** | *Vice President and Controller* |
| --- | --- |

Held current title since: October 1, 2008 (Vice President)
September 1, 2014 (Controller) Age: 63

Mr. David S. Rosenthal was Vice President – Investor Relations and Secretary of Exxon Mobil Corporation October 1, 2008 – August 31, 2014. He became Vice President and Controller of Exxon Mobil Corporation on September 1, 2014, positions he continues to hold as of this filing date.

| **Robert N. Schleckser** | *Vice President and Treasurer* |
| --- | --- |

Held current title since: May 1, 2011 Age: 63

Mr. Robert N. Schleckser became Vice President and Treasurer of Exxon Mobil Corporation on May 1, 2011, positions he continues to hold as of this filing date.

29

| **James M. Spellings, Jr.** | *Vice President and General Tax Counsel* |
| --- | --- |

Held current title since:                          March 1, 2010                                                    Age: 58

Mr. James M. Spellings, Jr. became Vice President and General Tax Counsel of Exxon Mobil Corporation on March 1, 2010, positions he continues to hold as of this filing date.

---

**Theodore J. Wojnar, Jr.**                    *Vice President – Corporate Strategic Planning*

Held current title since:                          August 1, 2017                                                    Age: 60

Mr. Theodore J. Wojnar, Jr. was President of ExxonMobil Research and Engineering Company April 1, 2011 – July 31, 2017. He became Vice President – Corporate Strategic Planning of Exxon Mobil Corporation on August 1, 2017, a position he continues to hold as of this filing date.

---

Officers are generally elected by the Board of Directors at its meeting on the day of each annual election of directors, with each such officer serving until a successor has been elected and qualified.

30

# PART II

## ITEM 5.    MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES

Reference is made to the "Quarterly Information" portion of the Financial Section of this report and Item 12 in Part III of this report.

**Issuer Purchases of Equity Securities for Quarter Ended December 31, 2019**

| Period | Total Number of Shares Purchased | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Maximum Number of Shares that May Yet Be Purchased Under the Plans or Programs |
|---|---|---|---|---|
| October 2019 | - | | - | |
| November 2019 | - | | - | |
| December 2019 | - | | - | |
| Total | - | | - | (See Note 1) |

During the fourth quarter, the Corporation did not purchase any shares of its common stock for the treasury, and did not issue or sell any unregistered equity securities.

Note 1 - On August 1, 2000, the Corporation announced its intention to resume purchases of shares of its common stock for the treasury both to offset shares issued in conjunction with company benefit plans and programs and to gradually reduce the number of shares outstanding. The announcement did not specify an amount or expiration date. The Corporation has continued to purchase shares since this announcement and to report purchased volumes in its quarterly earnings releases. In its earnings release dated February 2, 2016, the Corporation stated it will continue to acquire shares to offset dilution in conjunction with benefit plans and programs, but had suspended making purchases to reduce shares outstanding effective beginning the first quarter of 2016.

## ITEM 6.    SELECTED FINANCIAL DATA

| | Years Ended December 31, | | | | |
|---|---|---|---|---|---|
| | **2019** | **2018** | **2017** | **2016** | **2015** |

*(millions of dollars, except per share amounts)*

| | | | | | |
|---|---|---|---|---|---|
| Sales and other operating revenue | 255,583 | 279,332 | 237,162 | 200,628 | 239,854 |
| Net income attributable to ExxonMobil | 14,340 | 20,840 | 19,710 | 7,840 | 16,150 |
| Earnings per common share | 3.36 | 4.88 | 4.63 | 1.88 | 3.85 |
| Earnings per common share - assuming dilution | 3.36 | 4.88 | 4.63 | 1.88 | 3.85 |
| Cash dividends per common share | 3.43 | 3.23 | 3.06 | 2.98 | 2.88 |
| Total assets | 362,597 | 346,196 | 348,691 | 330,314 | 336,758 |
| Long-term debt | 26,342 | 20,538 | 24,406 | 28,932 | 19,925 |

## ITEM 7.     MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

Reference is made to the section entitled "Management's Discussion and Analysis of Financial Condition and Results of Operations" in the Financial Section of this report.

## ITEM 7A.     QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

Reference is made to the section entitled "Market Risks, Inflation and Other Uncertainties", excluding the part entitled "Inflation and Other Uncertainties", in the Financial Section of this report. All statements, other than historical information incorporated in this Item 7A, are forward-looking statements. The actual impact of future market changes could differ materially due to, among other things, factors discussed in this report.

## ITEM 8.     FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA

Reference is made to the following in the Financial Section of this report:

- Consolidated financial statements, together with the report thereon of PricewaterhouseCoopers LLP dated February 26, 2020, beginning with the section entitled "Report of Independent Registered Public Accounting Firm" and continuing through "Note 20: Sale of Norway Assets";
- "Quarterly Information" (unaudited);
- "Supplemental Information on Oil and Gas Exploration and Production Activities" (unaudited); and
- "Frequently Used Terms" (unaudited).

Financial Statement Schedules have been omitted because they are not applicable or the required information is shown in the consolidated financial statements or notes thereto.

## ITEM 9.     CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE

None.

## ITEM 9A.     CONTROLS AND PROCEDURES

### Management's Evaluation of Disclosure Controls and Procedures

As indicated in the certifications in Exhibit 31 of this report, the Corporation's Chief Executive Officer, Principal Financial Officer and Principal Accounting Officer have evaluated the Corporation's disclosure controls and procedures as of December 31, 2019. Based on that evaluation, these officers have concluded that the Corporation's disclosure controls and procedures are effective in ensuring that information required to be disclosed by the Corporation in the reports that it files or submits under the Securities Exchange Act of 1934, as amended, is accumulated and communicated to them in a manner that allows for timely decisions regarding required disclosures and are effective in ensuring that such information is recorded, processed, summarized and reported within the time periods specified in the Securities and Exchange Commission's rules and forms.

### Management's Report on Internal Control Over Financial Reporting

Management, including the Corporation's Chief Executive Officer, Principal Financial Officer and Principal Accounting Officer, is responsible for establishing and maintaining adequate internal control over the Corporation's financial reporting. Management conducted an evaluation of the

effectiveness of internal control over financial reporting based on criteria established in *Internal Control - Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on this evaluation, management concluded that Exxon Mobil Corporation's internal control over financial reporting was effective as of December 31, 2019.

PricewaterhouseCoopers LLP, an independent registered public accounting firm, audited the effectiveness of the Corporation's internal control over financial reporting as of December 31, 2019, as stated in their report included in the Financial Section of this report.

### Changes in Internal Control Over Financial Reporting

There were no changes during the Corporation's last fiscal quarter that materially affected, or are reasonably likely to materially affect, the Corporation's internal control over financial reporting.

32

## PART III

## ITEM 10.    DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE

Reference is made to the section of this report titled "Information about our Executive Officers".

Incorporated by reference to the following from the registrant's definitive proxy statement for the 2020 annual meeting of shareholders (the "2020 Proxy Statement"):

- The section entitled "Election of Directors";
- The portion entitled "Section 16(a) Beneficial Ownership Reporting Compliance" of the section entitled "Director and Executive Officer Stock Ownership";
- The portions entitled "Director Qualifications", "Board Succession", and "Code of Ethics and Business Conduct" of the section entitled "Corporate Governance"; and
- The "Audit Committee" portion, "Director Independence" portion, and the membership table of the portions entitled "Board Meetings and Annual Meeting Attendance" and "Board Committees" of the section entitled "Corporate Governance".

## ITEM 11.    EXECUTIVE COMPENSATION

Incorporated by reference to the sections entitled "Director Compensation", "Compensation Committee Report", "Compensation Discussion and Analysis", "Executive Compensation Tables", and "Pay Ratio" of the registrant's 2020 Proxy Statement.

## ITEM 12.    SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS

The information required under Item 403 of Regulation S-K is incorporated by reference to the sections "Director and Executive Officer Stock Ownership" and "Certain Beneficial Owners" of the registrant's 2020 Proxy Statement.

**Equity Compensation Plan Information**

| | (a) | (b) | (c) |
|---|---|---|---|
| | | | Number of Securities |
| | | Weighted- | Remaining Available |
| | | Average | for Future Issuance |
| | Number of Securities | Exercise Price | Under Equity |
| | to be Issued Upon | of Outstanding | Compensation |
| | Exercise of | Options, | Plans [Excluding |

Net income attributable to

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ExxonMobil *(4)* | 2,350 | 3,130 | 3,170 | 5,690 | 14,340 | 4,650 | 3,950 | 6,240 | 6,000 | 20,840 |

**Per share data**  *(dollars per share)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Earnings per common share *(5)* | 0.55 | 0.73 | 0.75 | 1.33 | 3.36 | 1.09 | 0.92 | 1.46 | 1.41 | 4.88 |
| Earnings per common share | | | | | | | | | | |
| – assuming dilution *(5)* | 0.55 | 0.73 | 0.75 | 1.33 | 3.36 | 1.09 | 0.92 | 1.46 | 1.41 | 4.88 |

*(1)* Petroleum product and chemical prime product sales data reported net of purchases/sales contracts with the same counterparty.

*(2)* Natural gas is converted to an oil-equivalent basis at six million cubic feet per one thousand barrels.

*(3)* Gross profit equals sales and other operating revenue less estimated costs associated with products sold.

*(4)* Fourth quarter 2019 included a gain of $3,655 million on the sale of non-operated upstream assets in Norway.

*(5)* Computed using the average number of shares outstanding during each period. The sum of the four quarters may not add to the full year.

The principal market where ExxonMobil common stock (XOM) is traded is the New York Stock Exchange, although the stock is traded on other exchanges in and outside the United States.

There were 354,828 registered shareholders of ExxonMobil common stock at December 31, 2019. At January 31, 2020, the registered shareholders of ExxonMobil common stock numbered 352,585.

On January 29, 2020, the Corporation declared an $0.87 dividend per common share, payable March 10, 2020.

40

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

| FUNCTIONAL EARNINGS | 2019 | 2018 | 2017 |
|---|---|---|---|
| | *(millions of dollars, except per share amounts)* | | |
| **Earnings (U.S. GAAP)** | | | |
| Upstream | | | |
| United States | 536 | 1,739 | 6,622 |
| Non-U.S. | 13,906 | 12,340 | 6,733 |
| Downstream | | | |
| United States | 1,717 | 2,962 | 1,948 |
| Non-U.S. | 606 | 3,048 | 3,649 |
| Chemical | | | |
| United States | 206 | 1,642 | 2,190 |
| Non-U.S. | 386 | 1,709 | 2,328 |
| Corporate and financing | (3,017) | (2,600) | (3,760) |
| Net income attributable to ExxonMobil (U.S. GAAP) | 14,340 | 20,840 | 19,710 |
| | | | |
| Earnings per common share | 3.36 | 4.88 | 4.63 |

*References in this discussion to total corporate earnings mean net income attributable to ExxonMobil (U.S. GAAP) from the consolidated income statement. Unless otherwise indicated, references to earnings, Upstream, Downstream, Chemical and Corporate and financing segment earnings, and earnings per share are ExxonMobil's share after excluding amounts attributable to noncontrolling interests.*

## FORWARD-LOOKING STATEMENTS

Statements in this discussion related to outlooks, projections, goals, targets, descriptions of strategic plans and objectives, and other statements of future events or conditions are forward-looking statements. Actual future results, including business and project plans, capacities, costs, and timing; capital spending; proceeds from asset sales; resource recoveries and production rates; asset carrying values; proved reserves; financing sources; the resolution of contingencies and uncertain tax positions; and the impact of new technologies, including to increase capital efficiency and production and to reduce greenhouse gas emissions, could differ materially due to a number of factors. These include global or regional changes in supply and demand for oil, gas, petrochemicals, feedstocks and other market conditions that impact prices and differentials; reservoir performance; the outcome of exploration projects and timely completion of development and construction projects; the impact of fiscal and commercial terms and the outcome of commercial negotiations or acquisitions; changes in law, taxes, or regulation including environmental regulations, and timely granting of governmental permits; war, trade agreements, shipping blockades or harassment, and other political, public health or security disturbances; opportunities for and regulatory approval of potential investments or divestments; the actions of competitors; the capture of efficiencies between business lines; unforeseen technical or operating difficulties; unexpected technological developments; the ability to bring new technologies to commercial scale on a cost-competitive basis, including large-scale hydraulic fracturing projects; general economic conditions including the occurrence and duration of economic recessions; the results of research programs; and other factors discussed herein and in Item 1A. Risk Factors. We assume no duty to update these statements as of any future date. The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

## OVERVIEW

The following discussion and analysis of ExxonMobil's financial results, as well as the accompanying financial statements and related notes to consolidated financial statements to which they refer, are the responsibility of the management of Exxon Mobil Corporation. The Corporation's accounting and financial reporting fairly reflect its integrated business model involving exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products.

ExxonMobil, with its resource base, financial strength, disciplined investment approach and technology portfolio, is well-positioned to participate in substantial investments to develop new energy supplies. The company's integrated business model, with significant investments in Upstream, Downstream and Chemical segments, reduces the Corporation's risk from changes in commodity prices. While commodity prices depend on supply and demand and may be volatile on a short-term basis, ExxonMobil's investment decisions are grounded on fundamentals reflected in our long-term business outlook, and use a disciplined approach in selecting and pursuing the most attractive investment opportunities. The corporate plan is a fundamental annual management process that is the basis for setting near-term operating and capital objectives in addition to providing the longer-term economic assumptions used for investment evaluation purposes. Volumes are based on individual field production profiles, which are also updated annually. Price ranges for crude oil, natural gas, refined products, and chemical products are based on corporate plan assumptions developed annually by major region and are utilized for investment evaluation purposes. Major investment opportunities are evaluated over a range of potential market conditions. Once major investments are made, a reappraisal process is completed to ensure relevant lessons are learned and improvements are incorporated into future projects.

41

## MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

## BUSINESS ENVIRONMENT AND RISK ASSESSMENT

### Long-Term Business Outlook

The Long-Term Business Outlook is based on the Corporation's 2019 *Outlook for Energy*, which is used to help inform our long term business strategies and investment plans. By 2040, the world's population is projected at around 9.2 billion people, or about 1.6 billion more than in 2017. Coincident with this population increase, the Corporation expects worldwide economic growth to average close to 3 percent per year, with economic output nearly doubling by 2040. As economies and populations grow, and as living standards improve for billions of people, the need for energy is expected to continue to rise. Even with significant efficiency gains, global energy demand is projected to rise by about 20 percent from 2017 to 2040. This increase in energy demand is expected to be driven by developing countries (i.e., those that are not member nations of the Organisation for Economic Co-operation and Development (OECD)).

As expanding prosperity helps drive global energy demand higher, increasing use of energy efficient technologies and practices as well as lower-emission products will continue to help significantly reduce energy consumption and emissions per unit of economic output over time. Substantial efficiency gains are likely in all key aspects of the world's economy through 2040, affecting energy requirements for power generation, transportation, industrial applications, and residential and commercial needs.

Global electricity demand is expected to increase approximately 60 percent from 2017 to 2040, with developing countries likely to account for about 85 percent of the increase. Consistent with this projection, power generation is expected to remain the largest and fastest growing major segment of global primary energy demand, supported by a wide variety of energy sources. The share of coal fired generation is likely to decline substantially and approach 25 percent of the world's electricity in 2040, versus nearly 40 percent in 2017, in part as a result of policies to improve air quality as well as reduce greenhouse gas emissions to address the risks related to climate change. From 2017 to 2040, the amount of electricity supplied using natural gas, nuclear power, and renewables is likely to grow by two thirds, accounting for the entire growth in electricity supplies and offsetting the reduction of coal. Electricity from wind and solar is likely to increase about 400 percent, helping total renewables (including other sources, e.g. hydropower) to account for about 75 percent of the increase in electricity supplies worldwide through 2040. Total renewables will likely reach nearly 40 percent of global electricity supplies by 2040. Natural gas and nuclear are also expected to increase shares over the period to 2040, reaching

almost 30 percent and about 15 percent of global electricity supplies respectively by 2040. Supplies of electricity by energy type will reflect significant differences across regions reflecting a wide range of factors including the cost and availability of various energy supplies and policy developments.

Energy for transportation – including cars, trucks, ships, trains and airplanes – is expected to increase more than 25 percent from 2017 to 2040. Transportation energy demand is likely to account for approximately 60 percent of the growth in liquid fuels demand worldwide over this period. Light-duty vehicle demand for liquid fuels is projected to peak prior to 2025 and then decline to levels seen in the early-2010s by 2040 as the impact of better fuel economy and significant growth in electric cars, led by China, Europe, and the United States, work to offset growth in the worldwide car fleet of about 70 percent. By 2040, light-duty vehicles are expected to account for about 20 percent of global liquid fuels demand. During the same time period, nearly all the world's transportation fleets are likely to continue to run on liquid fuels, which are widely available and offer practical advantages in providing a large quantity of energy in small volumes.

Liquid fuels provide the largest share of global energy supplies today reflecting broad-based availability, affordability, ease of transportation, and fitness as a practical solution to meet a wide variety of needs. By 2040, global demand for liquid fuels is projected to grow to approximately 114 million barrels of oil equivalent per day, an increase of about 16 percent from 2017. The non-OECD share of global liquid fuels demand is expected to increase to about 65 percent by 2040, as liquid fuels demand in the OECD is likely to decline by close to 10 percent. Much of the global liquid fuels demand today is met by crude production from traditional conventional sources; these supplies will remain important, and significant development activity is expected to offset much of the natural declines from these fields. At the same time, a variety of emerging supply sources – including tight oil, deepwater, oil sands, natural gas liquids and biofuels – are expected to grow to help meet rising demand. The world's resource base is sufficient to meet projected demand through 2040 as technology advances continue to expand the availability of economic and lower carbon supply options. However, timely investments will remain critical to meeting global needs with reliable and affordable supplies.

Natural gas is a low-emission, versatile and practical fuel for a wide variety of applications, and it is expected to grow the most of any primary energy type from 2017 to 2040, meeting more than 40 percent of global energy demand growth. Global natural gas demand is expected to rise about 35 percent from 2017 to 2040, with about half of that increase coming from the Asia Pacific region. Significant growth in supplies of unconventional gas – the natural gas found in shale and other tight rock formations – will help meet these needs. In total, about 60 percent of the growth in natural gas supplies is expected to be from unconventional sources. At the same time, conventionally-produced natural gas is likely to remain the cornerstone of global supply, meeting more than two thirds of worldwide demand in 2040. Liquefied natural gas (LNG) trade will expand significantly, meeting about 40 percent of the increase in global demand growth, with much of this supply expected to help meet rising demand in Asia Pacific.

42

## MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The world's energy mix is highly diverse and will remain so through 2040. Oil is expected to remain the largest source of energy with its share remaining close to 30 percent in 2040. Coal is currently the second largest source of energy, but it is likely to lose that position to natural gas in the 2020-2025 timeframe. The share of natural gas is expected to reach about 25 percent by 2040, while the share of coal falls to about 20 percent. Nuclear power is projected to grow significantly, as many nations are likely to expand nuclear capacity to address rising electricity needs as well as energy security and environmental issues. Total renewable energy is likely to exceed 15 percent of global energy by 2040, with biomass, hydro and geothermal contributing a combined share of more than 10 percent. Total energy supplied from wind, solar and biofuels is expected to increase rapidly, growing nearly 250 percent from 2017 to 2040, when they will likely be just over 5 percent of the world energy mix.

The Corporation anticipates that the world's available oil and gas resource base will grow not only from new discoveries, but also from increases in previously discovered fields. Technology will underpin these increases. The investments to develop and supply resources to meet global demand through 2040 will be significant – even if demand remains flat. This reflects a fundamental aspect of the oil and natural gas business as the International Energy Agency (IEA) describes in its *World Energy Outlook 2019*. According to the IEA's Stated Energy Policies Scenario, the investment required to meet oil and natural gas supply requirements worldwide over the period 2019-2040 will be about $20 trillion (measured in 2018 dollars). In the IEA's Sustainable Development Scenario, which is in line with the objectives of the Paris Agreement on climate change, the investment need would still accumulate to $13 trillion.

International accords and underlying regional and national regulations covering greenhouse gas emissions continue to evolve with uncertain timing and outcome, making it difficult to predict their business impact. For many years, the Corporation has taken into account policies established to reduce energy related greenhouse gas emissions in its long-term *Outlook for Energy*. The climate accord reached at the Conference of the Parties (COP 21) in Paris set many new goals, and many related policies are still emerging. Our *Outlook* reflects an environment with increasingly stringent climate policies and is consistent with the aggregation of Nationally Determined Contributions, which were submitted by signatories to the United Nations Framework Convention on Climate Change (UNFCCC) 2015 Paris Agreement. Our *Outlook* seeks to identify potential impacts of climate related policies, which often target specific sectors. It estimates potential impacts of these policies on consumer energy demand by using various assumptions and tools – including, depending on the sector, application of a proxy cost of carbon or assessment of targeted policies (e.g. automotive fuel economy standards). For purposes of the *Outlook*, a proxy cost on energy-related $CO_2$ emissions is assumed to reach about $80 per tonne in 2040 in OECD nations. China and other leading non-OECD nations are expected to trail OECD policy initiatives. Nevertheless, as people and nations look for ways to reduce risks of global climate change, they will continue to need practical solutions that do not jeopardize the affordability or reliability of the energy they need.

Practical solutions to the world's energy and climate challenges will benefit from market competition in addition to well-informed, well-designed, and transparent policy approaches that carefully weigh costs and benefits. Such policies are likely to help manage the risks of climate change while also enabling societies to pursue other high priority goals around the world – including clean air and water, access to reliable, affordable energy, and economic progress for all people. All practical and economically-viable energy sources, both conventional and unconventional, will need to be pursued to continue meeting global energy demand, recognizing the scale and variety of worldwide energy needs as well as the importance of expanding access to modern energy to promote better standards of living for billions of people.

| | 2019 | 2018 | 2017 |
|---|---|---|---|
| | | *(millions of dollars)* | |
| Upstream | | | |
| United States | 536 | 1,739 | 6,622 |
| Non-U.S. | 13,906 | 12,340 | 6,733 |
| Total | 14,442 | 14,079 | 13,355 |

## 2019

Upstream earnings were $14,442 million, up $363 million from 2018.

- Lower realizations reduced earnings by $2.7 billion.
- Favorable volume and mix effects increased earnings by $860 million.
- All other items increased earnings by $2.2 billion, as a $3.7 billion gain from the Norway non-operated divestment was partly offset by higher expenses of $1.1 billion.
- U.S. Upstream earnings were $536 million and included asset impairments of $146 million.
- Non-U.S. Upstream earnings were $13,906 million, including the $3.7 billion gain from the Norway non-operated divestment.
- On an oil-equivalent basis, production of 4.0 million barrels per day was up 3 percent compared to 2018.
- Liquids production of 2.4 million barrels per day increased 120,000 barrels per day reflecting growth and higher entitlements.
- Natural gas production of 9.4 billion cubic feet per day decreased 11 million cubic feet per day from 2018, with the impact from divestments and higher downtime offset by growth and higher entitlements.

## 2018

Upstream earnings were $14,079 million, up $724 million from 2017.

- Higher realizations increased earnings by $7 billion.
- Unfavorable volume and mix effects decreased earnings by $240 million.
- All other items decreased earnings by $6.1 billion, primarily due to lower favorable impacts of $6.9 billion from U.S. tax reform, partly offset by lower asset impairments of $1.1 billion.
- U.S. Upstream earnings were $1,739 million, including asset impairments of $297 million.
- Non-U.S. Upstream earnings were $12,340 million, including a favorable impact of $271 million from U.S. tax reform.
- On an oil-equivalent basis, production of 3.8 million barrels per day was down 4 percent compared to 2017.
- Liquids production of 2.3 million barrels per day decreased 17,000 barrels per day as growth in North America was more than offset by decline, lower entitlements, and divestments.
- Natural gas production of 9.4 billion cubic feet per day decreased 806 million cubic feet per day from 2017 due to decline, lower entitlements, divestments, and higher downtime.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Upstream Additional Information**

| | 2019 | 2018 |
|---|---|---|
| | *(thousands of barrels daily)* | |
| **Volumes Reconciliation** (Oil-equivalent production) *(1)* | | |
| Prior Year | 3,833 | 3,985 |
| Entitlements - Net Interest | (1) | (3) |
| Entitlements - Price / Spend / Other | 34 | (68) |

| | | |
|---|---|---|
| Quotas | | |
| Divestments | (27) | (58) |
| Growth / Other | 113 | (23) |
| Current Year | 3,952 | 3,833 |

*(1) Natural gas is converted to an oil-equivalent basis at six million cubic feet per one thousand barrels.*

Listed below are descriptions of ExxonMobil's volumes reconciliation factors which are provided to facilitate understanding of the terms.

*Entitlements - Net Interest* are changes to ExxonMobil's share of production volumes caused by non-operational changes to volume-determining factors. These factors consist of net interest changes specified in Production Sharing Contracts (PSCs) which typically occur when cumulative investment returns or production volumes achieve defined thresholds, changes in equity upon achieving pay-out in partner investment carry situations, equity redeterminations as specified in venture agreements, or as a result of the termination or expiry of a concession. Once a net interest change has occurred, it typically will not be reversed by subsequent events, such as lower crude oil prices.

*Entitlements - Price, Spend and Other* are changes to ExxonMobil's share of production volumes resulting from temporary changes to non-operational volume-determining factors. These factors include changes in oil and gas prices or spending levels from one period to another. According to the terms of contractual arrangements or government royalty regimes, price or spending variability can increase or decrease royalty burdens and/or volumes attributable to ExxonMobil. For example, at higher prices, fewer barrels are required for ExxonMobil to recover its costs. These effects generally vary from period to period with field spending patterns or market prices for oil and natural gas. Such factors can also include other temporary changes in net interest as dictated by specific provisions in production agreements.

*Quotas* are changes in ExxonMobil's allowable production arising from production constraints imposed by countries which are members of the Organization of the Petroleum Exporting Countries (OPEC). Volumes reported in this category would have been readily producible in the absence of the quota.

*Divestments* are reductions in ExxonMobil's production arising from commercial arrangements to fully or partially reduce equity in a field or asset in exchange for financial or other economic consideration.

*Growth and Other* factors comprise all other operational and non-operational factors not covered by the above definitions that may affect volumes attributable to ExxonMobil. Such factors include, but are not limited to, production enhancements from project and work program activities, acquisitions including additions from asset exchanges, downtime, market demand, natural field decline, and any fiscal or commercial terms that do not affect entitlements.

47

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Downstream**

| | 2019 | 2018 | 2017 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Downstream | | | |
| United States | 1,717 | 2,962 | 1,948 |
| Non-U.S. | 606 | 3,048 | 3,649 |
| Total | 2,323 | 6,010 | 5,597 |

**2019**

Downstream earnings of $2,323 million decreased $3,687 million from 2018.
- Margins decreased earnings by $3 billion including the impact of lower North American crude differentials.
- Volume and mix effects lowered earnings by $50 million as project contributions and portfolio improvement were more than offset by increased downtime/maintenance and unfavorable yield/sales mix.

- All other items decreased earnings by $660 million mainly driven by the absence of prior year divestment gains and higher expenses reflecting increased maintenance and project startups, partly offset by favorable foreign exchange impacts and LIFO inventory gains.
- U.S. Downstream earnings were $1,717 million, compared to $2,962 million in the prior year.
- Non-U.S. Downstream earnings were $606 million, compared to $3,048 million in the prior year.
- Petroleum product sales of 5.5 million barrels per day were 60,000 barrels per day lower than 2018.

**2018**

Downstream earnings of $6,010 million increased $413 million from 2017.

- Margins increased earnings by $660 million primarily due to the capture of North American crude differentials.
- Volume and mix effects increased earnings by $650 million due to improved yield/sales mix.
- All other items decreased earnings by $900 million, mainly driven by the absence of favorable U.S. tax reform impacts of $618 million, unfavorable foreign exchange impacts, and higher downtime/maintenance, partly offset by higher divestment gains and favorable tax impacts.
- U.S. Downstream earnings were $2,962 million, compared to $1,948 million in the prior year which included a favorable impact of $618 million from U.S. tax reform.
- Non-U.S. Downstream earnings were $3,048 million, compared to $3,649 million in the prior year.
- Petroleum product sales of 5.5 million barrels per day were 18,000 barrels per day lower than 2017.

48

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Chemical**

|  | 2019 | 2018 | 2017 |
|---|---|---|---|
|  | *(millions of dollars)* | | |
| Chemical |  |  |  |
| United States | 206 | 1,642 | 2,190 |
| Non-U.S. | 386 | 1,709 | 2,328 |
| Total | 592 | 3,351 | 4,518 |

**2019**

Chemical earnings of $592 million decreased $2,759 million from 2018.

- Weaker margins decreased earnings by $1.8 billion.
- Volume and mix effects were essentially flat, as lower sales volumes were offset by new asset contributions.
- All other items decreased earnings by $940 million, primarily due to higher expenses associated with new assets, business growth, and maintenance activity, the absence of a favorable tax item in the prior year, and unfavorable foreign exchange impacts.
- U.S. Chemical earnings were $206 million in 2019, compared with $1,642 million in the prior year.
- Non-U.S. Chemical earnings were $386 million, compared with $1,709 million in the prior year.
- Prime product sales of 26.5 million metric tons were down 0.4 million metric tons from 2018.

**2018**

Chemical earnings of $3,351 million decreased $1,167 million from 2017.

- Weaker margins decreased earnings by $910 million.
- Volume and mix effects increased earnings by $280 million, primarily due to sales growth.
- All other items decreased earnings by $540 million, primarily due to the absence of favorable impacts from U.S. tax reform of $335 million, higher downtime/maintenance, and growth-related expenses, partly offset by a favorable tax item and favorable foreign exchange impacts.
- U.S. Chemical earnings were $1,642 million in 2018, compared with $2,190 million in the prior year which included $335 million in favorable impacts from U.S. tax reform.
- Non-U.S. Chemical earnings were $1,709 million, compared with $2,328 million in the prior year.
- Prime product sales of 26.9 million metric tons were up 1.4 million metric tons from 2017.

The global energy market can give rise to extended periods in which market conditions are adverse to one or more of the Corporation's businesses. Such conditions, along with the capital-intensive nature of the industry and very long lead times associated with many of our projects, underscore the importance of maintaining a strong financial position. Management views the Corporation's financial strength as a competitive advantage.

In general, segment results are not dependent on the ability to sell and/or purchase products to/from other segments. Instead, where such sales take place, they are the result of efficiencies and competitive advantages of integrated refinery/chemical complexes. Additionally, intersegment sales are at market-based prices. The products bought and sold between segments can also be acquired in worldwide markets that have substantial liquidity, capacity and transportation capabilities. Refer to Note 18 for additional information on intersegment revenue.

Although price levels of crude oil and natural gas may rise or fall significantly over the short to medium term due to global economic conditions, political events, decisions by OPEC and other major government resource owners and other factors, industry economics over the long term will continue to be driven by market supply and demand. Accordingly, the Corporation evaluates the viability of its major investments over a range of prices.

The Corporation has an active asset management program in which underperforming assets are either improved to acceptable levels or considered for divestment. The asset management program includes a disciplined, regular review to ensure that all assets are contributing to the Corporation's strategic objectives resulting in an efficient capital base.

**Risk Management**

The Corporation's size, strong capital structure, geographic diversity and the complementary nature of the Upstream, Downstream and Chemical businesses reduce the Corporation's enterprise-wide risk from changes in commodity prices, currency rates and interest rates. In addition, the Corporation uses commodity-based contracts, including derivatives, to manage commodity price risk and for trading purposes. The Corporation's commodity derivatives are not accounted for under hedge accounting. At times, the Corporation also enters into currency and interest rate derivatives, none of which are material to the Corporation's financial position as of December 31, 2019 and 2018, or results of operations for the years ended 2019, 2018 and 2017. Credit risk associated with the Corporation's derivative position is mitigated by several factors, including the use of derivative clearing exchanges and the quality of and financial limits placed on derivative counterparties. No material market or credit risks to the Corporation's financial position, results of operations or liquidity exist as a result of the derivatives described in Note 13. The Corporation maintains a system of controls that includes the authorization, reporting and monitoring of derivative activity.

The Corporation is exposed to changes in interest rates, primarily on its short-term debt and the portion of long-term debt that carries floating interest rates. The impact of a 100-basis-point change in interest rates affecting the Corporation's debt would not be material to earnings, cash flow or fair value. The Corporation has access to significant capacity of long-term and short-term liquidity. Internally generated funds are generally expected to cover financial requirements, supplemented by long-term and short-term debt as required. Commercial paper is used to balance short-term liquidity requirements. Some joint-venture partners are dependent on the credit markets, and their funding ability may impact the development pace of joint-venture projects.

The Corporation conducts business in many foreign currencies and is subject to exchange rate risk on cash flows related to sales, expenses, financing and investment transactions. Fluctuations in exchange rates are often offsetting and the impacts on ExxonMobil's geographically and functionally diverse operations are varied. The Corporation makes limited use of currency exchange contracts to mitigate the impact of changes in currency values, and exposures related to the Corporation's use of these contracts are not material.

**Inflation and Other Uncertainties**

The general rate of inflation in many major countries of operation has remained moderate over the past few years, and the associated impact on non-energy costs has generally been mitigated by cost reductions from efficiency and productivity improvements. Prices for services and materials continue to evolve in response to constant changes in commodity markets and industry activities, impacting operating and capital costs. The Corporation monitors market trends and works to minimize costs in all commodity price environments through its economies of scale in global procurement and its efficient project management practices.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**RECENTLY ISSUED ACCOUNTING STANDARDS**

Effective January 1, 2020, the Corporation adopted the Financial Accounting Standards Board's update, *Financial Instruments – Credit Losses (Topic 326)*, as amended. The standard requires a valuation allowance for credit losses be recognized for certain financial assets that reflects the current expected credit loss over the asset's contractual life. The valuation allowance considers the risk of loss, even if remote, and considers past events, current conditions and expectations of the future. The standard is not expected to have a material impact on the Corporation's financial statements.

**CRITICAL ACCOUNTING ESTIMATES**

The Corporation's accounting and financial reporting fairly reflect its integrated business model involving exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products. The preparation of financial statements in conformity with U.S. Generally Accepted Accounting Principles (GAAP) requires management to make estimates and judgments that affect the reported amounts of assets, liabilities, revenues and expenses and the disclosure of contingent assets and liabilities. The Corporation's accounting policies are summarized in Note 1.

**Oil and Natural Gas Reserves**

The estimation of proved reserves is an ongoing process based on rigorous technical evaluations, commercial and market assessments and detailed analysis of well information such as flow rates and reservoir pressure declines, development and production costs, among other factors. The estimation of proved reserves is controlled by the Corporation through long-standing approval guidelines. Reserve changes are made within a well-established, disciplined process driven by senior level geoscience and engineering professionals, assisted by the Global Reserves and Resources Group which has significant technical experience, culminating in reviews with and approval by senior management. Notably, the Corporation does not use specific quantitative reserve targets to determine compensation. Key features of the reserve estimation process are covered in Disclosure of Reserves in Item 2.

Oil and natural gas reserves include both proved and unproved reserves.

- Proved oil and natural gas reserves are determined in accordance with Securities and Exchange Commission (SEC) requirements. Proved reserves are those quantities of oil and natural gas which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible under existing economic and operating conditions and government regulations. Proved reserves are determined using the average of first-of-month oil and natural gas prices during the reporting year.

  Proved reserves can be further subdivided into developed and undeveloped reserves. Proved developed reserves include amounts which are expected to be recovered through existing wells with existing equipment and operating methods. Proved undeveloped reserves include amounts expected to be recovered from new wells on undrilled proved acreage or from existing wells where a relatively major expenditure is required for completion. Proved undeveloped reserves are recognized only if a development plan has been adopted indicating that the reserves are scheduled to be drilled within five years, unless specific circumstances support a longer period of time.

  The percentage of proved developed reserves was 66 percent of total proved reserves at year-end 2019 (including both consolidated and equity company reserves), a decrease from 68 percent in 2018, and has been over 60 percent for the last ten years. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policy, consumer preferences and significant changes in long-term oil and natural gas prices.

- Unproved reserves are quantities of oil and natural gas with less than reasonable certainty of recoverability and include probable reserves. Probable reserves are reserves that, together with proved reserves, are as likely as not to be recovered.

Revisions in previously estimated volumes of proved reserves for existing fields can occur due to the evaluation or re-evaluation of (1) already available geologic, reservoir or production data, (2) new geologic, reservoir or production data or (3) changes in the average of first-of-month oil and natural gas prices and / or costs that are used in the estimation of reserves. Revisions can also result from significant changes in development strategy or production equipment and facility capacity.

**Unit-of-Production Depreciation**

Oil and natural gas reserve quantities are used as the basis to calculate unit-of-production depreciation rates for most upstream assets. Depreciation is calculated by taking the ratio of asset cost to total proved reserves or proved developed reserves applied to actual production. The volumes produced and asset cost are known, while proved reserves are based on estimates that are subject to some variability.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

In the event that the unit-of-production method does not result in an equitable allocation of cost over the economic life of an upstream asset, an alternative method is used. The straight-line method may be used in limited situations where the expected life of the asset does not reasonably correlate with that of the underlying reserves. For example, certain assets used in the production of oil and natural gas have a shorter life than the reserves, and as such, the Corporation uses straight-line depreciation to ensure the asset is fully depreciated by the end of its useful life.

To the extent that proved reserves for a property are substantially de-booked and that property continues to produce such that the resulting depreciation charge does not result in an equitable allocation of cost over the expected life, assets will be depreciated using a unit-of-production method based on reserves determined at the most recent SEC price which results in a more meaningful quantity of proved reserves, appropriately adjusted for production and technical changes.

**Impairment**

The Corporation tests assets or groups of assets for recoverability on an ongoing basis whenever events or changes in circumstances indicate that the carrying amounts may not be recoverable. Among the events or changes in circumstances which could indicate that the carrying value of an asset or asset group may not be recoverable are the following:

- a significant decrease in the market price of a long-lived asset;
- a significant adverse change in the extent or manner in which an asset is being used or in its physical condition including a significant decrease in current and projected reserve volumes;
- a significant adverse change in legal factors or in the business climate that could affect the value, including an adverse action or assessment by a regulator;
- an accumulation of project costs significantly in excess of the amount originally expected;
- a current-period operating loss combined with a history and forecast of operating or cash flow losses; and

- a current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life.

Asset valuation analyses, profitability reviews and other periodic control processes assist the Corporation in assessing whether events or changes in circumstances indicate the carrying amounts of any of its assets may not be recoverable.

In general, the Corporation does not view temporarily low prices or margins as an indication of impairment. Management believes that prices over the long term must be sufficient to generate investments in energy supply to meet global demand. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand fundamentals. On the supply side, industry production from mature fields is declining. This is being offset by investments to generate production from new discoveries, field developments and technology and efficiency advancements. OPEC investment activities and production policies also have an impact on world oil supplies. The demand side is largely a function of general economic activities and levels of prosperity. Because the lifespans of the vast majority of the Corporation's major assets are measured in decades, the value of these assets is predominantly based on long-term views of future commodity prices, and development and production costs. During the lifespan of these major assets, the Corporation expects that oil and gas prices will experience significant volatility, and consequently these assets will experience periods of higher earnings and periods of lower earnings, or even losses.

In assessing whether the events or changes in circumstances indicate the carrying value of an asset may not be recoverable, the Corporation considers recent periods of operating losses in the context of its longer-term view of prices. While near-term prices are subject to wide fluctuations, longer-term price views are more stable and meaningful for purposes of assessing future cash flows.

When the industry experiences a prolonged and deep reduction in commodity prices, the market supply and demand conditions may result in changes to the Corporation's long-term price or margin assumptions it uses for its capital investment decisions. To the extent those changes result in a significant reduction to its long-term oil price, natural gas price or margin ranges, the Corporation may consider that situation, in conjunction with other events or changes in circumstances such as a history of operating losses, an indicator of potential impairment for certain assets.

59

## MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

In the Upstream, the standardized measure of discounted cash flows included in the Supplemental Information on Oil and Gas Exploration and Production Activities is required to use prices based on the average of first-of-month prices. These prices represent discrete points in time and could be higher or lower than the Corporation's long-term price assumptions which are used for impairment assessments. The Corporation believes the standardized measure does not provide a reliable estimate of the expected future cash flows to be obtained from the development and production of its oil and gas properties or of the value of its oil and gas reserves and therefore does not consider it relevant in determining whether events or changes in circumstances indicate the need for an impairment assessment.

The Corporation has a robust process to monitor for indicators of potential impairment across its asset groups throughout the year. This process is aligned with the requirements of ASC 360 and relies in part on the Corporation's planning and budgeting cycle. If events or changes in circumstances indicate that the carrying value of an asset may not be recoverable, the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. In performing this assessment, assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets. Cash flows used in recoverability assessments are based on the Corporation's assumptions which are developed in the annual planning and budgeting process, and are consistent with the criteria management uses to evaluate investment opportunities. These evaluations make use of the Corporation's assumptions of future capital allocations, crude oil and natural gas commodity prices including price differentials, refining and chemical margins, volumes, development and operating costs, and foreign currency exchange rates. Volumes are based on projected field and facility production profiles, throughput, or sales. Management's estimate of upstream production volumes used for projected cash flows makes use of proved reserve quantities and may include risk-adjusted unproved reserve quantities. Cash flow estimates for impairment testing exclude the effects of derivative instruments.

An asset group is impaired if its estimated undiscounted cash flows are less than the asset's carrying value. Impairments are measured by the amount by which the carrying value exceeds fair value. Fair value is based on market prices if an active market exists for the asset group, or discounted cash flows using a discount rate commensurate with the risk. Significant unproved properties are assessed for impairment individually, and valuation allowances against the capitalized costs are recorded based on the estimated economic chance of success and the length of time that the Corporation expects to hold the properties. Properties that are not individually significant are aggregated by groups and amortized based on development risk and average holding period.

The Corporation's 2019 results include after-tax charges of $0.1 billion to reduce the carrying value of assets to fair value. The assessment of fair value requires the use of Level 3 inputs and assumptions that are based upon the views of a likely market participant. The principal parameters used to establish fair value include estimates of both proved and unproved reserves, future commodity prices which were consistent with the average of third-party industry experts and government agencies, drilling and development costs, discount rates which are reflective of the characteristics of the asset group, and comparable market transactions.

Factors which could put further assets at risk of impairment in the future include reductions in the Corporation's long-term price outlooks, changes in the allocation of capital, and operating cost increases which exceed the pace of efficiencies or the pace of oil and natural gas price increases. However, due to the inherent difficulty in predicting future commodity prices, and the relationship between industry prices and costs, it is not practicable to reasonably estimate the existence or range of any potential future impairment charges related to the Corporation's long-lived assets.

**Asset Retirement Obligations**

The Corporation incurs retirement obligations for certain assets. The fair values of these obligations are recorded as liabilities on a discounted basis, which is typically at the time the assets are installed. In the estimation of fair value, the Corporation uses assumptions and judgments regarding such factors as the existence of a legal obligation for an asset retirement obligation; technical assessments of the assets; estimated amounts and timing of settlements; discount rates; and inflation rates. Asset retirement obligations are disclosed in Note 9 to the financial statements.

**Suspended Exploratory Well Costs**

The Corporation continues capitalization of exploratory well costs when the well has found a sufficient quantity of reserves to justify its completion as a producing well and the Corporation is making sufficient progress assessing the reserves and the economic and operating viability of the project. Exploratory well costs not meeting these criteria are charged to expense. The facts and circumstances that support continued capitalization of suspended wells at year-end are disclosed in Note 10 to the financial statements.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Consolidations**

The Consolidated Financial Statements include the accounts of subsidiaries the Corporation controls. They also include the Corporation's share of the undivided interest in certain upstream assets, liabilities, revenues and expenses. Amounts representing the Corporation's interest in entities that it does not control, but over which it exercises significant influence, are accounted for using the equity method of accounting.

Investments in companies that are partially owned by the Corporation are integral to the Corporation's operations. In some cases they serve to balance worldwide risks, and in others they provide the only available means of entry into a particular market or area of interest. The other parties, who also have an equity interest in these companies, are either independent third parties or host governments that share in the business results according to their ownership. The Corporation does not invest in these companies in order to remove liabilities from its balance sheet. In fact, the Corporation has long been on record supporting an alternative accounting method that would require each investor to consolidate its share of all assets and liabilities in these partially-owned companies rather than only its interest in net equity. This method of accounting for investments in partially-owned companies is not permitted by U.S. GAAP except where the investments are in the direct ownership of a share of upstream assets and liabilities. However, for purposes of calculating return on average capital employed, which is not covered by U.S. GAAP standards, the Corporation includes its share of debt of these partially-owned companies in the determination of average capital employed.

**Pension Benefits**

The Corporation and its affiliates sponsor nearly 90 defined benefit (pension) plans in over 40 countries. The Pension and Other Postretirement Benefits footnote (Note 17) provides details on pension obligations, fund assets and pension expense.

Some of these plans (primarily non-U.S.) provide pension benefits that are paid directly by their sponsoring affiliates out of corporate cash flow rather than a separate pension fund because applicable tax rules and regulatory practices do not encourage advance funding. Book reserves are established for these plans. The portion of the pension cost attributable to employee service is expensed as services are rendered. The portion attributable to the increase in pension obligations due to the passage of time is expensed over the term of the obligations, which ends when all benefits are paid. The primary difference in pension expense for unfunded versus funded plans is that pension expense for funded plans also includes a credit for the expected long-term return on fund assets.

For funded plans, including those in the U.S., pension obligations are financed in advance through segregated assets or insurance arrangements. These plans are managed in compliance with the requirements of governmental authorities and meet or exceed required funding levels as measured by relevant actuarial and government standards at the mandated measurement dates. In determining liabilities and required contributions, these standards often require approaches and assumptions that differ from those used for accounting purposes.

The Corporation will continue to make contributions to these funded plans as necessary. All defined-benefit pension obligations, regardless of the funding status of the underlying plans, are fully supported by the financial strength of the Corporation or the respective sponsoring affiliate.

Pension accounting requires explicit assumptions regarding, among others, the long-term expected earnings rate on fund assets, the discount rate for the benefit obligations and the long-term rate for future salary increases. Pension assumptions are reviewed annually by outside actuaries and senior management. These assumptions are adjusted as appropriate to reflect changes in market rates and outlook. The long-term expected earnings rate on U.S. pension plan assets in 2019 was 5.3 percent. The 10-year and 20-year actual returns on U.S. pension plan assets were 9 percent and 6 percent, respectively. The Corporation establishes the long-term expected rate of return by developing a forward-looking, long-term return assumption for each pension fund asset class, taking into account factors such as the expected real return for the specific asset class and inflation. A single, long-term rate of return is then calculated as the weighted average of the target asset allocation percentages and the long-term return assumption for each asset class. A worldwide reduction of 0.5 percent in the long-term rate of return on assets would increase annual pension expense by approximately $180 million before tax.

Differences between actual returns on fund assets and the long-term expected return are not recognized in pension expense in the year that the difference occurs. Such differences are deferred, along with other actuarial gains and losses, and are amortized into pension expense over the expected remaining service life of employees.

Case 3:21-cv-00184-N   Document 118-15   Filed 10/05/23   Page 32 of 44   PageID 2391

**Litigation Contingencies**

A variety of claims have been made against the Corporation and certain of its consolidated subsidiaries in a number of pending lawsuits. Management has regular litigation reviews, including updates from corporate and outside counsel, to assess the need for accounting recognition or disclosure of these contingencies. The status of significant claims is summarized in Note 16.

The Corporation accrues an undiscounted liability for those contingencies where the incurrence of a loss is probable, and the amount can be reasonably estimated. These amounts are not reduced by amounts that may be recovered under insurance or claims against third parties, but undiscounted receivables from insurers or other third parties may be accrued separately. The Corporation revises such accruals in light of new information. For contingencies where an unfavorable outcome is reasonably possible and which are significant, the Corporation discloses the nature of the contingency and, where feasible, an estimate of the possible loss. For purposes of our litigation contingency disclosures, "significant" includes material matters as well as other items which management believes should be disclosed.

Management judgment is required related to contingent liabilities and the outcome of litigation because both are difficult to predict. However, the Corporation has been successful in defending litigation in the past. Payments have not had a material adverse effect on operations or financial condition. In the Corporation's experience, large claims often do not result in large awards. Large awards are often reversed or substantially reduced as a result of appeal or settlement.

**Tax Contingencies**

The Corporation is subject to income taxation in many jurisdictions around the world. Significant management judgment is required in the accounting for income tax contingencies and tax disputes because the outcomes are often difficult to predict.

The benefits of uncertain tax positions that the Corporation has taken or expects to take in its income tax returns are recognized in the financial statements if management concludes that it is more likely than not that the position will be sustained with the tax authorities. For a position that is likely to be sustained, the benefit recognized in the financial statements is measured at the largest amount that is greater than 50 percent likely of being realized. A reserve is established for the difference between a position taken or expected to be taken in an income tax return and the amount recognized in the financial statements. The Corporation's unrecognized tax benefits and a description of open tax years are summarized in Note 19.

**Foreign Currency Translation**

The method of translating the foreign currency financial statements of the Corporation's international subsidiaries into U.S. dollars is prescribed by U.S. GAAP. Under these principles, it is necessary to select the functional currency of these subsidiaries. The functional currency is the currency of the primary economic environment in which the subsidiary operates. Management selects the functional currency after evaluating this economic environment.

Factors considered by management when determining the functional currency for a subsidiary include the currency used for cash flows related to individual assets and liabilities; the responsiveness of sales prices to changes in exchange rates; the history of inflation in the country; whether sales are into local markets or exported; the currency used to acquire raw materials, labor, services and supplies; sources of financing; and significance of intercompany transactions.

**MANAGEMENT'S REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING**

Management, including the Corporation's Chief Executive Officer, Principal Financial Officer, and Principal Accounting Officer, is responsible for establishing and maintaining adequate internal control over the Corporation's financial reporting. Management conducted an evaluation of the effectiveness of internal control over financial reporting based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on this evaluation, management concluded that Exxon Mobil Corporation's internal control over financial reporting was effective as of December 31, 2019.

PricewaterhouseCoopers LLP, an independent registered public accounting firm, audited the effectiveness of the Corporation's internal control over financial reporting as of December 31, 2019, as stated in their report included in the Financial Section of this report.

Darren W. Woods
Chief Executive Officer

Andrew P. Swiger
Senior Vice President
(Principal Financial Officer)

David S. Rosenthal
Vice President and Controller
(Principal Accounting Officer)

Case 3:21-cv-00194-N   Document 116-15   Filed 10/05/23   Page 33 of 44   PageID 2392



To the Board of Directors and Shareholders of Exxon Mobil Corporation

### Opinions on the Financial Statements and Internal Control over Financial Reporting

We have audited the accompanying consolidated balance sheet of Exxon Mobil Corporation and its subsidiaries (the "Corporation") as of December 31, 2019 and 2018, and the related consolidated statements of income, comprehensive income, changes in equity and cash flows for each of the three years in the period ended December 31, 2019, including the related notes (collectively referred to as the "consolidated financial statements"). We also have audited the Corporation's internal control over financial reporting as of December 31, 2019 based on criteria established in *Internal Control - Integrated Framework* (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of the Corporation as of December 31, 2019 and 2018, and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2019 in conformity with accounting principles generally accepted in the United States of America. Also in our opinion, the Corporation maintained, in all material respects, effective internal control over financial reporting as of December 31, 2019, based on criteria established in *Internal Control - Integrated Framework* (2013) issued by the COSO.

### Basis for Opinions

The Corporation's management is responsible for these consolidated financial statements, for maintaining effective internal control over financial reporting, and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control Over Financial Reporting. Our responsibility is to express opinions on the Corporation's consolidated financial statements and on the Corporation's internal control over financial reporting based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Corporation in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud, and whether effective internal control over financial reporting was maintained in all material respects.

Our audits of the consolidated financial statements included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audits also included performing such other procedures as we considered necessary in the circumstances. We believe that our audits provide a reasonable basis for our opinions.

64

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

### Definition and Limitations of Internal Control over Financial Reporting

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any

evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Case 3:21-cv-00194-N   Document 118-15   Filed 10/05/23   Page 34 of 44   PageID 2393

*Critical Audit Matters*

The critical audit matter communicated below is a matter arising from the current period audit of the consolidated financial statements that was communicated or required to be communicated to the audit committee and that (i) relates to accounts or disclosures that are material to the consolidated financial statements and (ii) involved our especially challenging, subjective, or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the consolidated financial statements, taken as a whole, and we are not, by communicating the critical audit matter below, providing a separate opinion on the critical audit matter or on the accounts or disclosures to which it relates.

*The Impact of Proved Oil and Natural Gas Reserves on Upstream Property, Plant and Equipment, Net*

As described in Notes 1, 9 and 18 to the consolidated financial statements, the Corporation's consolidated upstream property, plant and equipment (PP&E) balance, net was $197 billion as of December 31, 2019, and the related depreciation, depletion and amortization (DD&A) expense for the year ended December 31, 2019 was $15 billion. Management uses the successful efforts method to account for its exploration and production activities. Costs incurred to purchase, lease, or otherwise acquire a property (whether unproved or proved) are capitalized when incurred. As disclosed by management, proved oil and natural gas reserve quantities are used as the basis to calculate unit-of-production depreciation rates for most upstream assets. The estimation of proved oil and natural gas reserves is an ongoing process based on technical evaluations, commercial and market assessments, and detailed analysis of well information such as flow rates and reservoir pressure declines, development and production costs, among other factors. Reserve changes are made within a well-established, disciplined process driven by senior level geoscience and engineering professionals, assisted by the Global Reserves and Resources Group (together "management's specialists").

The principal consideration for our determination that performing procedures relating to the impact of proved oil and natural gas reserves on upstream PP&E, net is a critical audit matter is that there was significant judgment by management, including the use of management's specialists, when developing the estimates of proved oil and natural gas reserves. This in turn led to a high degree of auditor judgment, subjectivity, and effort in performing procedures and evaluating evidence obtained related to the significant assumptions used by management, including development costs and production volumes.

65

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

Addressing the matter involved performing procedures and evaluating audit evidence in connection with forming our overall opinion on the consolidated financial statements. These procedures included testing the effectiveness of controls relating to management's estimates of proved oil and natural gas reserves and the calculation of DD&A expense. These procedures also included, among others (i) testing the completeness, accuracy, and relevance of underlying data used in developing management's estimates, (ii) evaluating the methods and significant assumptions used by management in developing these estimates, including development costs and production volumes, and (iii) testing the unit-of-production rates used to calculate DD&A expense. Evaluating the significant assumptions relating to the estimates of proved oil and natural gas reserves also involved obtaining evidence to support the reasonableness of the assumptions, including whether the assumptions used were reasonable considering the past performance of the Company, and whether they were consistent with evidence obtained in other areas of the audit. The work of management's specialists was used in performing the procedures to evaluate the reasonableness of these estimates of proved oil and natural gas reserves. As a basis for using this work, the specialists' qualifications and objectivity were understood, as well as the methods and assumptions used by the specialists. The procedures performed also included tests of data used by management's specialists, and an evaluation of the specialists' findings.

/s/ PricewaterhouseCoopers LLP

Dallas, Texas
February 26, 2020

We have served as the Corporation's auditor since 1934.

66

**CONSOLIDATED STATEMENT OF INCOME**

| | Note Reference Number | 2019 | 2018 | 2017 |
|---|---|---|---|---|
| | | *(millions of dollars)* | | |

Revenues and other income

| | | 2019 | 2018 | 2017 |
|---|---|---|---|---|
| Sales and other operating revenue | | 255,583 | 279,332 | 237,162 |
| Income from equity affiliates | 7 | 5,441 | 7,355 | 5,380 |
| Other income | | 3,914 | 3,525 | 1,821 |
| Total revenues and other income | | 264,938 | 290,212 | 244,363 |
| Costs and other deductions | | | | |
| Crude oil and product purchases | | 143,801 | 156,172 | 128,217 |
| Production and manufacturing expenses | | 36,826 | 36,682 | 32,690 |
| Selling, general and administrative expenses | | 11,398 | 11,480 | 10,649 |
| Depreciation and depletion | 9 | 18,998 | 18,745 | 19,893 |
| Exploration expenses, including dry holes | | 1,269 | 1,466 | 1,790 |
| Non-service pension and postretirement benefit expense | 17 | 1,235 | 1,285 | 1,745 |
| Interest expense | | 830 | 766 | 601 |
| Other taxes and duties | 19 | 30,525 | 32,663 | 30,104 |
| Total costs and other deductions | | 244,882 | 259,259 | 225,689 |
| Income before income taxes | | 20,056 | 30,953 | 18,674 |
| Income taxes | 19 | 5,282 | 9,532 | (1,174) |
| Net income including noncontrolling interests | | 14,774 | 21,421 | 19,848 |
| Net income attributable to noncontrolling interests | | 434 | 581 | 138 |
| Net income attributable to ExxonMobil | | 14,340 | 20,840 | 19,710 |
| | | | | |
| Earnings per common share *(dollars)* | 12 | 3.36 | 4.88 | 4.63 |
| | | | | |
| Earnings per common share - assuming dilution *(dollars)* | 12 | 3.36 | 4.88 | 4.63 |

*The information in the Notes to Consolidated Financial Statements is an integral part of these statements.*

67

CONSOLIDATED STATEMENT OF COMPREHENSIVE INCOME

| | 2019 | 2018 | 2017 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Net income including noncontrolling interests | 14,774 | 21,421 | 19,848 |

| | | | |
|---|---|---|---|
| Foreign exchange translation adjustment | 1,735 | (5,077) | 5,352 |
| Adjustment for foreign exchange translation (gain)/loss | | | |
| included in net income | - | 196 | 234 |
| Postretirement benefits reserves adjustment (excluding amortization) | (2,092) | 280 | (219) |
| Amortization and settlement of postretirement benefits reserves | | | |
| adjustment included in net periodic benefit costs | 582 | 931 | 1,165 |
| Total other comprehensive income | 225 | (3,670) | 6,532 |
| Comprehensive income including noncontrolling interests | 14,999 | 17,751 | 26,380 |
| Comprehensive income attributable to noncontrolling interests | 588 | 174 | 693 |
| Comprehensive income attributable to ExxonMobil | 14,411 | 17,577 | 25,687 |

*The information in the Notes to Consolidated Financial Statements is an integral part of these statements.*

68

## CONSOLIDATED BALANCE SHEET

| | Note Reference Number | Dec. 31 2019 | Dec. 31 2018 |
|---|---|---|---|
| | | *(millions of dollars)* | |
| Assets | | | |
| Current assets | | | |
| Cash and cash equivalents | | 3,089 | 3,042 |
| Notes and accounts receivable, less estimated doubtful amounts | 6 | 26,966 | 24,701 |
| Inventories | | | |
| Crude oil, products and merchandise | 3 | 14,010 | 14,803 |
| Materials and supplies | | 4,518 | 4,155 |
| Other current assets | | 1,469 | 1,272 |
| Total current assets | | 50,052 | 47,973 |
| Investments, advances and long-term receivables | 8 | 43,164 | 40,790 |
| Property, plant and equipment, at cost, less accumulated depreciation | | | |
| and depletion | 9 | 253,018 | 247,101 |
| Other assets, including intangibles, net | | 16,363 | 10,332 |
| Total assets | | 362,597 | 346,196 |

Liabilities

Current liabilities

| | | | |
|---|---|---|---|
| Notes and loans payable | 6 | 20,578 | 17,258 |
| Accounts payable and accrued liabilities | 6 | 41,831 | 37,268 |
| Income taxes payable | | 1,580 | 2,612 |
| Total current liabilities | | 63,989 | 57,138 |
| Long-term debt | 14 | 26,342 | 20,538 |
| Postretirement benefits reserves | 17 | 22,304 | 20,272 |
| Deferred income tax liabilities | 19 | 25,620 | 27,244 |
| Long-term obligations to equity companies | | 3,988 | 4,382 |
| Other long-term obligations | | 21,416 | 18,094 |
| Total liabilities | | 163,659 | 147,668 |

Commitments and contingencies                    16

Equity

Common stock without par value

| | | | |
|---|---|---|---|
| (9,000 million shares authorized, 8,019 million shares issued) | | 15,637 | 15,258 |
| Earnings reinvested | | 421,341 | 421,653 |
| Accumulated other comprehensive income | | (19,493) | (19,564) |
| Common stock held in treasury | | | |
| (3,785 million shares in 2019 and 3,782 million shares in 2018) | | (225,835) | (225,553) |
| ExxonMobil share of equity | | 191,650 | 191,794 |
| Noncontrolling interests | | 7,288 | 6,734 |
| Total equity | | 198,938 | 198,528 |
| Total liabilities and equity | | 362,597 | 346,196 |

*The information in the Notes to Consolidated Financial Statements is an integral part of these statements.*

69

**CONSOLIDATED STATEMENT OF CASH FLOWS**

**Note**

**Reference**

| | Number | 2019 | 2018 | 2017 |
|---|---|---|---|---|
| | | *(millions of dollars)* | | |
| **Cash flows from operating activities** | | | | |
| Net income including noncontrolling interests | | 14,774 | 21,421 | 19,848 |
| Adjustments for noncash transactions | | | | |
| Depreciation and depletion | 9 | 18,998 | 18,745 | 19,893 |
| Deferred income tax charges/(credits) | | (944) | (60) | (8,577) |
| Postretirement benefits expense | | | | |
| in excess of/(less than) net payments | | 109 | 1,070 | 1,135 |
| Other long-term obligation provisions | | | | |
| in excess of/(less than) payments | | (3,038) | (68) | (610) |
| Dividends received greater than/(less than) equity in current | | | | |
| earnings of equity companies | | (936) | (1,684) | 131 |
| Changes in operational working capital, excluding cash and debt | | | | |
| Reduction/(increase)    - Notes and accounts receivable | | (2,640) | (545) | (3,954) |
| - Inventories | | 72 | (3,107) | (1,682) |
| - Other current assets | | (234) | (25) | (117) |
| Increase/(reduction)    - Accounts and other payables | | 3,725 | 2,321 | 5,104 |
| Net (gain) on asset sales | 5 | (1,710) | (1,993) | (334) |
| All other items - net | | 1,540 | (61) | (771) |
| Net cash provided by operating activities | | 29,716 | 36,014 | 30,066 |
| | | | | |
| **Cash flows from investing activities** | | | | |
| Additions to property, plant and equipment | | (24,361) | (19,574) | (15,402) |
| Proceeds associated with sales of subsidiaries, property, plant | | | | |
| and equipment, and sales and returns of investments | | 3,692 | 4,123 | 3,103 |
| Additional investments and advances | | (3,905) | (1,981) | (5,507) |
| Other investing activities including collection of advances | | 1,490 | 986 | 2,076 |
| Net cash used in investing activities | | (23,084) | (16,446) | (15,730) |
| | | | | |
| **Cash flows from financing activities** | | | | |
| Additions to long-term debt | | 7,052 | 46 | 60 |

Accumulated benefit obligation                          1,447      1,475      4,629      5,670

|  | Pension Benefits | | Other Postretirement |
|---|---|---|---|
|  | U.S. | Non-U.S. | Benefits |
|  | *(millions of dollars)* | | |
| Estimated 2020 amortization from accumulated other comprehensive income: | | | |
| Net actuarial loss/(gain) *(1)* | 527 | 422 | 89 |
| Prior service cost *(2)* | 5 | 70 | (42) |

*(1)   The Corporation amortizes the net balance of actuarial losses/(gains) as a component of net periodic benefit cost over the average remaining service period of active plan participants.*

*(2)   The Corporation amortizes prior service cost on a straight-line basis as permitted under authoritative guidance for defined benefit pension and other postretirement benefit plans.*

| | Pension Benefits | | Other Postretirement Benefits | |
|---|---|---|---|---|
| | | | | Medicare |
| | U.S. | Non-U.S. | Gross | Subsidy Receipt |
| | *(millions of dollars)* | | | |
| Contributions expected in 2020 | 1,030 | 515 | - | - |
| Benefit payments expected in: | | | | |
| 2020 | 1,440 | 1,171 | 444 | 20 |
| 2021 | 1,339 | 1,162 | 445 | 21 |
| 2022 | 1,330 | 1,177 | 443 | 22 |
| 2023 | 1,328 | 1,199 | 440 | 23 |
| 2024 | 1,327 | 1,221 | 438 | 24 |
| 2025 - 2029 | 6,512 | 6,125 | 2,196 | 132 |

**18. Disclosures about Segments and Related Information**

The Upstream, Downstream and Chemical functions best define the operating segments of the business that are reported separately. The factors used to identify these reportable segments are based on the nature of the operations that are undertaken by each segment. The Upstream segment is organized and operates to explore for and produce crude oil and natural gas. The Downstream segment is organized and operates to manufacture and sell petroleum products. The Chemical segment is organized and operates to manufacture and sell petrochemicals. These segments are broadly understood across the petroleum and petrochemical industries.

These functions have been defined as the operating segments of the Corporation because they are the segments (1) that engage in business activities from which revenues are recognized and expenses are incurred; (2) whose operating results are regularly reviewed by the Corporation's chief operating decision maker to make decisions about resources to be allocated to the segment and to assess its performance; and (3) for which discrete financial information is available.

Earnings after income tax include transfers at estimated market prices.

(1)   See previous pages for natural gas liquids proved reserves attributable to consolidated subsidiaries and equity companies. For additional information on natural gas liquids proved reserves see Item 2. Properties in ExxonMobil's 2019 Form 10-K.

117

## Natural Gas and Oil-Equivalent Proved Reserves

| | Natural Gas | | | | | | | Oil-Equivalent |
| | United States | Canada/ Other Americas | Europe | Africa | Asia | Australia/ Oceania | Total | Total All Products (1) |
| | (billions of cubic feet) | | | | | | | (millions of oil-equivalent barrels) |
| **Net proved developed and undeveloped reserves of consolidated subsidiaries** | | | | | | | | |
| January 1, 2017 | 17,786 | 940 | 1,659 | 771 | 4,921 | 7,357 | 33,434 | 14,309 |
| Revisions | 649 | 206 | 134 | (135) | (214) | 33 | 673 | 1,063 |
| Improved recovery | - | 1 | - | - | - | - | 1 | 8 |
| Purchases | 982 | 56 | - | - | - | - | 1,038 | 771 |
| Sales | (172) | (1) | (17) | - | - | - | (190) | (87) |
| Extensions/discoveries | 956 | 269 | - | - | 13 | - | 1,238 | 970 |
| Production | (1,168) | (99) | (408) | (41) | (380) | (496) | (2,592) | (1,131) |
| December 31, 2017 | 19,033 | 1,372 | 1,368 | 595 | 4,340 | 6,894 | 33,602 | 15,903 |
| *Attributable to noncontrolling interests* | | 195 | | | | | | |
| **Proportional interest in proved reserves of equity companies** | | | | | | | | |
| January 1, 2017 | 211 | - | 7,624 | - | 15,234 | - | 23,069 | 5,665 |
| Revisions | 25 | - | (1,129) | - | 86 | - | (1,018) | (138) |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | - | - | - | 914 | - | - | 914 | 158 |
| Sales | - | - | - | - | - | - | - | - |
| Extensions/discoveries | - | - | - | - | - | - | - | - |
| Production | (13) | - | (331) | - | (1,072) | - | (1,416) | (367) |
| December 31, 2017 | 223 | - | 6,164 | 914 | 14,248 | - | 21,549 | 5,318 |
| Total proved reserves at December 31, 2017 | 19,256 | 1,372 | 7,532 | 1,509 | 18,588 | 6,894 | 55,151 | 21,221 |

Net proved developed and undeveloped

  reserves of consolidated subsidiaries

| | United States | Canada/ Other Americas | Europe | Africa | Asia | Australia/ Oceania | Total | Oil-Equivalent Total All Products (1) |
|---|---|---|---|---|---|---|---|---|
| January 1, 2018 | 19,033 | 1,372 | 1,368 | 595 | 4,340 | 6,894 | 33,602 | 15,903 |
| Revisions | (98) | (29) | 306 | 38 | (147) | 1,065 | 1,135 | 3,626 |
| Improved recovery | - | - | - | - | - | - | - | 36 |
| Purchases | 104 | - | - | - | - | - | 104 | 27 |
| Sales | (264) | (3) | (4) | - | - | - | (271) | (71) |
| Extensions/discoveries | 3,658 | 506 | 3 | - | 1 | 7 | 4,175 | 1,654 |
| Production | (1,030) | (102) | (361) | (45) | (353) | (504) | (2,395) | (1,097) |
| December 31, 2018 | 21,403 | 1,744 | 1,312 | 588 | 3,841 | 7,462 | 36,350 | 20,078 |
| *Attributable to noncontrolling interests* | | *334* | | | | | | |

Proportional interest in proved reserves

  of equity companies

| | United States | Canada/ Other Americas | Europe | Africa | Asia | Australia/ Oceania | Total | Oil-Equivalent Total All Products (1) |
|---|---|---|---|---|---|---|---|---|
| January 1, 2018 | 223 | - | 6,164 | 914 | 14,248 | - | 21,549 | 5,318 |
| Revisions | 12 | - | (4,801) | (51) | 102 | - | (4,738) | (753) |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | - | - | - | - | - | - | - | - |
| Sales | - | - | (38) | - | - | - | (38) | (6) |
| Extensions/discoveries | 2 | - | - | - | - | - | 2 | 1 |
| Production | (12) | - | (268) | - | (1,029) | - | (1,309) | (345) |
| December 31, 2018 | 225 | - | 1,057 | 863 | 13,321 | - | 15,466 | 4,215 |
| Total proved reserves at December 31, 2018 | 21,628 | 1,744 | 2,369 | 1,451 | 17,162 | 7,462 | 51,816 | 24,293 |

(1)  *Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels.*

118

**Natural Gas and Oil-Equivalent Proved Reserves (continued)**

| | Natural Gas | | | | | | | Oil-Equivalent |
|---|---|---|---|---|---|---|---|---|
| | United States | Canada/ Other Americas | Europe | Africa | Asia | Australia/ Oceania | Total | **Total** **All Products** (1) |

*(billions of cubic feet)*    *(millions of oil-equivalent barrels)*

**Net proved developed and undeveloped**

**reserves of consolidated subsidiaries**

| | United States | Canada/Other Americas | Europe | Africa | Asia | Australia/Oceania | Total | Oil-Equivalent Total All Products |
|---|---|---|---|---|---|---|---|---|
| January 1, 2019 | 21,403 | 1,744 | 1,312 | 588 | 3,841 | 7,462 | 36,350 | 20,078 |
| Revisions | (3,213) | (301) | 41 | (171) | 953 | 39 | (2,652) | (1,599) |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | 85 | - | - | - | - | - | 85 | 47 |
| Sales | (297) | (29) | (416) | - | - | - | (742) | (269) |
| Extensions/discoveries | 2,151 | 166 | - | - | - | - | 2,317 | 1,484 |
| Production | (1,103) | (114) | (316) | (40) | (361) | (500) | (2,434) | (1,145) |
| December 31, 2019 | 19,026 | 1,466 | 621 | 377 | 4,433 | 7,001 | 32,924 | 18,596 |

*Attributable to noncontrolling interests* — 256

**Proportional interest in proved reserves**

**of equity companies**

| | United States | Canada/Other Americas | Europe | Africa | Asia | Australia/Oceania | Total | Oil-Equivalent Total All Products |
|---|---|---|---|---|---|---|---|---|
| January 1, 2019 | 225 | - | 1,057 | 863 | 13,321 | - | 15,466 | 4,215 |
| Revisions | (1) | - | (238) | 45 | 142 | - | (52) | (29) |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | - | - | - | - | - | - | - | - |
| Sales | - | - | - | - | - | - | - | - |
| Extensions/discoveries | 1 | - | - | - | - | - | 1 | 1 |
| Production | (12) | - | (238) | - | (1,009) | - | (1,259) | (338) |
| December 31, 2019 | 213 | - | 581 | 908 | 12,454 | - | 14,156 | 3,849 |
| Total proved reserves at December 31, 2019 | 19,239 | 1,466 | 1,202 | 1,285 | 16,887 | 7,001 | 47,080 | 22,445 |

*(1)   Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels.*

119

**Natural Gas and Oil-Equivalent Proved Reserves (continued)**

| | Natural Gas | | | | | | | Oil-Equivalent |
|---|---|---|---|---|---|---|---|---|
| | United States | Canada/Other Americas | Europe | Africa | Asia | Australia/Oceania | Total | **Total All Products** *(1)* |

*(billions of cubic feet)*

*(millions of oil-equivalent barrels)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Proved developed reserves, as of December 31, 2017** | | | | | | | | |
| Consolidated subsidiaries | 12,649 | 512 | 1,231 | 584 | 4,030 | 4,420 | 23,426 | 9,724 |
| Equity companies | 154 | - | 4,899 | - | 12,898 | - | 17,951 | 4,232 |
| **Proved undeveloped reserves, as of December 31, 2017** | | | | | | | | |
| Consolidated subsidiaries | 6,384 | 860 | 137 | 11 | 310 | 2,474 | 10,176 | 6,179 |
| Equity companies | 69 | - | 1,265 | 914 | 1,350 | - | 3,598 | 1,086 |
| **Total proved reserves at December 31, 2017** | 19,256 | 1,372 | 7,532 | 1,509 | 18,588 | 6,894 | 55,151 | 21,221 |
| **Proved developed reserves, as of December 31, 2018** | | | | | | | | |
| Consolidated subsidiaries | 12,538 | 605 | 1,116 | 581 | 3,618 | 4,336 | 22,794 | 13,098 |
| Equity companies | 152 | - | 988 | - | 11,951 | - | 13,091 | 3,324 |
| **Proved undeveloped reserves, as of December 31, 2018** | | | | | | | | |
| Consolidated subsidiaries | 8,865 | 1,139 | 196 | 7 | 223 | 3,126 | 13,556 | 6,980 |
| Equity companies | 73 | - | 69 | 863 | 1,370 | - | 2,375 | 891 |
| **Total proved reserves at December 31, 2018** | 21,628 | 1,744 | 2,369 | 1,451 | 17,162 | 7,462 | 51,816 | 24,293 |
| **Proved developed reserves, as of December 31, 2019** | | | | | | | | |
| Consolidated subsidiaries | 11,882 | 613 | 502 | 377 | 3,508 | 3,765 | 20,647 | 12,075 |
| Equity companies | 143 | - | 505 | - | 9,859 | - | 10,507 | 2,691 |
| **Proved undeveloped reserves, as of December 31, 2019** | | | | | | | | |
| Consolidated subsidiaries | 7,144 | 853 | 119 | - | 925 | 3,236 | 12,277 | 6,521 |

| Equity companies | 70 | - | 76 | 908 | 2,395 | - | 3,649 | 1,158 |
|---|---|---|---|---|---|---|---|---|
| Total proved reserves at December 31, 2019 | 19,239 | 1,466 | 1,202 | 1,285 | 16,887 | 7,001 | 47,080 | 22,445 |

*(1)   Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels.*

120

## Standardized Measure of Discounted Future Cash Flows

As required by the Financial Accounting Standards Board, the standardized measure of discounted future net cash flows is computed by applying first-day-of-the-month average prices, year-end costs and legislated tax rates and a discount factor of 10 percent to net proved reserves. The standardized measure includes costs for future dismantlement, abandonment and rehabilitation obligations. The Corporation believes the standardized measure does not provide a reliable estimate of the Corporation's expected future cash flows to be obtained from the development and production of its oil and gas properties or of the value of its proved oil and gas reserves. The standardized measure is prepared on the basis of certain prescribed assumptions including first-day-of-the-month average prices, which represent discrete points in time and therefore may cause significant variability in cash flows from year to year as prices change.

| **Standardized Measure of Discounted Future Cash Flows** | **United States** | **Canada/ Other Americas** *(1)* | **Europe** | **Africa** | **Asia** | **Australia/ Oceania** | **Total** |
|---|---|---|---|---|---|---|---|
| | | | | *(millions of dollars)* | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| As of December 31, 2017 | | | | | | | |
| Future cash inflows from sales of oil and gas | 186,126 | 78,870 | 14,794 | 43,223 | 191,254 | 40,814 | 555,081 |
| Future production costs | 78,980 | 42,280 | 4,424 | 14,049 | 53,723 | 8,424 | 201,880 |
| Future development costs | 39,996 | 18,150 | 7,480 | 8,897 | 15,156 | 7,951 | 97,630 |
| Future income tax expenses | 12,879 | 4,527 | 2,790 | 8,818 | 90,614 | 6,017 | 125,645 |
| Future net cash flows | 54,271 | 13,913 | 100 | 11,459 | 31,761 | 18,422 | 129,926 |
| Effect of discounting net cash flows at 10% | 30,574 | 6,158 | (1,255) | 2,996 | 17,511 | 8,741 | 64,725 |
| Discounted future net cash flows | 23,697 | 7,755 | 1,355 | 8,463 | 14,250 | 9,681 | 65,201 |
| **Equity Companies** | | | | | | | |
| As of December 31, 2017 | | | | | | | |
| Future cash inflows from sales of oil and gas | 12,643 | - | 28,557 | 2,366 | 127,364 | - | 170,930 |
| Future production costs | 5,927 | - | 21,120 | 247 | 48,300 | - | 75,594 |
| Future development costs | 3,012 | - | 1,913 | 417 | 11,825 | - | 17,167 |
| Future income tax expenses | - | - | 1,683 | 514 | 22,396 | - | 24,593 |