# EXHIBIT 17
Withdrawn