# EXHIBIT 21

**2018**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-K**

☑    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended December 31, 2018

or

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from            to
Commission File Number 1-2256

# EXXON MOBIL CORPORATION

(Exact name of registrant as specified in its charter)

| **NEW JERSEY** | **13-5409005** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**5959 LAS COLINAS BOULEVARD, IRVING, TEXAS 75039-2298**
(Address of principal executive offices) (Zip Code)

**(972) 940-6000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| **Common Stock, without par value (4,234,802,431 shares outstanding at January 31, 2019)** | **New York Stock Exchange** |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☑    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐    No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☑    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☑    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☑ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Act).   Yes ☐    No ☑

The aggregate market value of the voting stock held by non-affiliates of the registrant on June 29, 2018, the last business day of the registrant's most recently completed second fiscal quarter, based on the closing price on that date of $82.73 on the New York Stock Exchange composite tape, was in excess of $350 billion.

**Documents Incorporated by Reference:  Proxy Statement for the 2019 Annual Meeting of Shareholders (Part III)**

**EXXON MOBIL CORPORATION**
**FORM 10-K**
**FOR THE FISCAL YEAR ENDED DECEMBER 31, 2018**

**TABLE OF CONTENTS**

**PART I**

Item 1.       Business       1

Item 1A.      Risk Factors       2

Item 1B.      Unresolved Staff Comments       5

Item 2.       Properties       6

Item 3.       Legal Proceedings       27

Item 4.       Mine Safety Disclosures       27

Executive Officers of the Registrant [pursuant to Instruction 3 to Regulation S-K, Item 401(b)]       28

**PART II**

Item 5.       Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities       31

Item 6.       Selected Financial Data       31

Item 7.       Management's Discussion and Analysis of Financial Condition and Results of Operations       31

Item 7A.      Quantitative and Qualitative Disclosures About Market Risk       31

Item 8.       Financial Statements and Supplementary Data       32

Item 9.       Changes in and Disagreements With Accountants on Accounting and Financial Disclosure       32

Item 9A.      Controls and Procedures       32

Item 9B.      Other Information       32

**PART III**

Item 10.

Directors, Executive Officers and Corporate Governance                                                                33

Item 11.
    Executive Compensation                                                                              33

Item 12.
    Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters      33

Item 13.
    Certain Relationships and Related Transactions, and Director Independence                           34

Item 14.
    Principal Accounting Fees and Services                                                              34

**PART IV**

Item 15.
    Exhibits, Financial Statement Schedules                                                            34

Item 16.
    Form 10-K Summary                                                                                   34


Financial Section                                                                                      35


Index to Exhibits                                                                                      123


Signatures                                                                                            124


Exhibits 31 and 32 — Certifications

## ITEM 1.    BUSINESS

Exxon Mobil Corporation was incorporated in the State of New Jersey in 1882. Divisions and affiliated companies of ExxonMobil operate or market products in the United States and most other countries of the world. Their principal business involves exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products. Affiliates of ExxonMobil conduct extensive research programs in support of these businesses.

Exxon Mobil Corporation has several divisions and hundreds of affiliates, many with names that include *ExxonMobil*, *Exxon*, *Esso, Mobil* or *XTO*. For convenience and simplicity, in this report the terms *ExxonMobil, Exxon, Esso, Mobil* and *XTO*, as well as terms like *Corporation*, *Company*, *our*, *we* and *its*, are sometimes used as abbreviated references to specific affiliates or groups of affiliates. The precise meaning depends on the context in question.

The energy and petrochemical industries are highly competitive. There is competition within the industries and also with other industries in supplying the energy, fuel and chemical needs of both industrial and individual consumers. The Corporation competes with other firms in the sale or purchase of needed goods and services in many national and international markets and employs all methods of competition which are lawful and appropriate for such purposes.

Operating data and industry segment information for the Corporation are contained in the Financial Section of this report under the following: "Quarterly Information", "Note 18: Disclosures about Segments and Related Information" and "Operating Information". Information on oil and gas reserves is contained in the "Oil and Gas Reserves" part of the "Supplemental Information on Oil and Gas Exploration and Production Activities" portion of the Financial Section of this report.

ExxonMobil has a long‑standing commitment to the development of proprietary technology. We have a wide array of research programs designed to meet the needs identified in each of our business segments. ExxonMobil held nearly 13 thousand active patents worldwide at the end of 2018. For technology licensed to third parties, revenues totaled approximately $119 million in 2018. Although technology is an important contributor to the overall operations and results of our Company, the profitability of each business segment is not dependent on any individual patent, trade secret, trademark, license, franchise or concession.

The number of regular employees was 71.0 thousand, 69.6 thousand, and 71.1 thousand at years ended 2018, 2017 and 2016, respectively. Regular employees are defined as active executive, management, professional, technical and wage employees who work full time or part time for the Corporation and are covered by the Corporation's benefit plans and programs.

Throughout ExxonMobil's businesses, new and ongoing measures are taken to prevent and minimize the impact of our operations on air, water and ground. These include a significant investment in refining infrastructure and technology to manufacture clean fuels, as well as projects to monitor and reduce nitrogen oxide, sulfur oxide and greenhouse gas emissions, and expenditures for asset retirement obligations. Using definitions and guidelines established by the American Petroleum Institute, ExxonMobil's 2018 worldwide environmental expenditures for all such preventative and remediation steps, including ExxonMobil's share of equity company expenditures, were $4.9 billion, of which $3.6 billion were included in expenses with the remainder in capital expenditures. The total cost for such activities is expected to increase to approximately $5.7 billion in 2019 and 2020. Capital expenditures are expected to account for approximately 30 percent of the total.

Information concerning the source and availability of raw materials used in the Corporation's business, the extent of seasonality in the business, the possibility of renegotiation of profits or termination of contracts at the election of governments and risks attendant to foreign operations may be found in "Item 1A. Risk Factors" and "Item 2. Properties" in this report.

ExxonMobil maintains a website at exxonmobil.com. Our annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K and any amendments to those reports filed or furnished pursuant to Section 13(a) of the Securities Exchange Act of 1934 are made available through our website as soon as reasonably practical after we electronically file or furnish the reports to the Securities and Exchange Commission (SEC). Also available on the Corporation's website are the Company's Corporate Governance Guidelines and Code of Ethics and Business Conduct, as well as the charters of the audit, compensation and nominating committees of the Board of Directors. Information on our website is not incorporated into this report.

The SEC maintains an internet site (http://www.sec.gov) that contains reports, proxy and information statements, and other information regarding issuers that file electronically with the SEC.

ExxonMobil's financial and operating results are subject to a variety of risks inherent in the global oil, gas, and petrochemical businesses. Many of these risk factors are not within the Company's control and could adversely affect our business, our financial and operating results, or our financial condition. These risk factors include:

### Supply and Demand

The oil, gas, and petrochemical businesses are fundamentally commodity businesses. This means ExxonMobil's operations and earnings may be significantly affected by changes in oil, gas, and petrochemical prices and by changes in margins on refined products. Oil, gas, petrochemical, and product prices and margins in turn depend on local, regional, and global events or conditions that affect supply and demand for the relevant commodity. Any material decline in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Upstream segment, financial condition, and proved reserves. On the other hand, a material increase in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Downstream and Chemical segments.

**Economic conditions.** The demand for energy and petrochemicals is generally linked closely with broad-based economic activities and levels of prosperity. The occurrence of recessions or other periods of low or negative economic growth will typically have a direct adverse impact on our results. Other factors that affect general economic conditions in the world or in a major region, such as changes in population growth rates, periods of civil unrest, government austerity programs, or currency exchange rate fluctuations, can also impact the demand for energy and petrochemicals. Sovereign debt downgrades, defaults, inability to access debt markets due to credit or legal constraints, liquidity crises, the breakup or restructuring of fiscal, monetary, or political systems such as the European Union, and other events or conditions that impair the functioning of financial markets and institutions also pose risks to ExxonMobil, including risks to the safety of our financial assets and to the ability of our partners and customers to fulfill their commitments to ExxonMobil.

**Other demand-related factors.** Other factors that may affect the demand for oil, gas, and petrochemicals, and therefore impact our results, include technological improvements in energy efficiency; seasonal weather patterns; increased competitiveness of alternative energy sources; changes in technology or consumer preferences that alter fuel choices, such as technological advances in energy storage that make wind and solar more competitive for power generation or increased consumer demand for alternative fueled or electric vehicles; and broad-based changes in personal income levels.

**Other supply-related factors.** Commodity prices and margins also vary depending on a number of factors affecting supply. For example, increased supply from the development of new oil and gas supply sources and technologies to enhance recovery from existing sources tend to reduce commodity prices to the extent such supply increases are not offset by commensurate growth in demand. Similarly, increases in industry refining or petrochemical manufacturing capacity relative to demand tend to reduce margins on the affected products. World oil, gas, and petrochemical supply levels can also be affected by factors that reduce available supplies, such as adherence by countries to OPEC production quotas and other agreements among sovereigns, and the occurrence of wars, hostile actions, natural disasters, disruptions in competitors' operations, logistics constraints or unexpected unavailability of distribution channels that may disrupt supplies. Technological change can also alter the relative costs for competitors to find, produce, and refine oil and gas and to manufacture petrochemicals.

**Other market factors.** ExxonMobil's business results are also exposed to potential negative impacts due to changes in interest rates, inflation, currency exchange rates, and other local or regional market conditions.

### Government and Political Factors

ExxonMobil's results can be adversely affected by political or regulatory developments affecting our operations.

**Access limitations.** A number of countries limit access to their oil and gas resources, or may place resources off-limits from development altogether. Restrictions on foreign investment in the oil and gas sector tend to increase in times of high commodity prices, when national governments may have less need of outside sources of private capital. Many countries also restrict the import or export of certain products based on point of origin.

**Restrictions on doing business.** ExxonMobil is subject to laws and sanctions imposed by the United States or by other jurisdictions where we do business that may prohibit ExxonMobil or certain of its affiliates from doing business in certain countries, or restricting the kind of business that may be conducted. Such restrictions may provide a competitive advantage to competitors who may not be subject to comparable restrictions.

**Lack of legal certainty.** Some countries in which we do business lack well-developed legal systems, or have not yet adopted, or may be unable to maintain, clear regulatory frameworks for oil and gas development. Lack of legal certainty exposes our operations to increased risk of adverse or unpredictable actions by government officials, and also makes it more difficult for us to enforce our contracts. In some cases these risks can be partially offset by agreements to arbitrate disputes in an international forum, but the adequacy of this remedy may still depend on the local legal system to enforce an award.

**Regulatory and litigation risks.** Even in countries with well-developed legal systems where ExxonMobil does business, we remain exposed to changes in law or interpretation of settled law (including changes that result from international treaties and accords) that could adversely affect our results, such as:

increases in taxes, duties, or government royalty rates (including retroactive claims);

price controls;

changes in environmental regulations or other laws that increase our cost of compliance or reduce or delay available business opportunities (including changes in laws related to offshore drilling operations, water use, methane emissions, hydraulic fracturing or plastics);

adoption of regulations mandating efficiency standards, the use of alternative fuels or uncompetitive fuel components;

adoption of government payment transparency regulations that could require us to disclose competitively sensitive commercial information, or that could cause us to violate the non-disclosure laws of other countries; and

government actions to cancel contracts, re-denominate the official currency, renounce or default on obligations, renegotiate terms unilaterally, or expropriate assets.

Legal remedies available to compensate us for expropriation or other takings may be inadequate.

We also may be adversely affected by the outcome of litigation, especially in countries such as the United States in which very large and unpredictable punitive damage awards may occur, or by government enforcement proceedings alleging non-compliance with applicable laws or regulations.

**Security concerns.** Successful operation of particular facilities or projects may be disrupted by civil unrest, acts of sabotage or terrorism, cybersecurity attacks, and other local security concerns. Such concerns may require us to incur greater costs for security or to shut down operations for a period of time.

**Climate change and greenhouse gas restrictions.** Due to concern over the risks of climate change, a number of countries have adopted, or are considering the adoption of, regulatory frameworks to reduce greenhouse gas emissions. These include adoption of cap and trade regimes, carbon taxes, minimum renewable usage requirements, restrictive permitting, increased efficiency standards, and incentives or mandates for renewable energy. Such policies could make our products more expensive, less competitive, lengthen project implementation times, and reduce demand for hydrocarbons, as well as shift hydrocarbon demand toward relatively lower-carbon sources such as natural gas. Current and pending greenhouse gas regulations or policies may also increase our compliance costs, such as for monitoring or sequestering emissions.

**Government sponsorship of alternative energy.** Many governments are providing tax advantages and other subsidies to support alternative energy sources or are mandating the use of specific fuels or technologies. Governments and others are also promoting research into new technologies to reduce the cost and increase the scalability of alternative energy sources. We are conducting our own research both in-house and by working with more than 80 leading universities around the world, including the Massachusetts Institute of Technology, Princeton University, The University of Texas, and Stanford University. Our research projects focus on developing algae-based biofuels, carbon capture and storage, breakthrough energy efficiency processes, advanced energy-saving materials, and other technologies. For example, ExxonMobil is working with Fuel Cell Energy Inc. to explore using carbonate fuel cells to economically capture $CO_2$ emissions from gas-fired power plants. Our future results may depend in part on the success of our research efforts and on our ability to adapt and apply the strengths of our current business model to providing the energy products of the future in a cost-competitive manner. See "Operational and Other Factors" below.

**Operational and Other Factors**

In addition to external economic and political factors, our future business results also depend on our ability to manage successfully those factors that are at least in part within our control. The extent to which we manage these factors will impact our performance relative to competition. For projects in which we are not the operator, we depend on the management effectiveness of one or more co-venturers whom we do not control.

**Exploration and development program.** Our ability to maintain and grow our oil and gas production depends on the success of our exploration and development efforts. Among other factors, we must continuously improve our ability to identify the most promising resource prospects and apply our project management expertise to bring discovered resources on line as scheduled and within budget.

**Project and portfolio management.** The long-term success of ExxonMobil's Upstream, Downstream, and Chemical businesses depends on complex, long–term, capital intensive projects. These projects in turn require a high degree of project management expertise to maximize efficiency. Specific factors that can affect the performance of major projects include our ability to: negotiate successfully with joint venturers, partners, governments, suppliers, customers, or others; model and optimize reservoir performance; develop markets for project outputs, whether through long-term contracts or the development of effective spot markets; manage changes in operating conditions and costs, including costs of third party equipment or services such as drilling rigs and shipping; prevent, to the extent possible, and respond effectively to unforeseen technical difficulties that could delay project startup or cause unscheduled project downtime; and influence the performance of project operators where ExxonMobil does not perform that role. In addition to the effective management of individual projects, ExxonMobil's success, including our ability to mitigate risk and provide attractive returns to shareholders, depends on our ability to successfully manage our overall portfolio, including diversification among types and locations of our projects.

The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

**Operational efficiency.** An important component of ExxonMobil's competitive performance, especially given the commodity–based nature of many of our businesses, is our ability to operate efficiently, including our ability to manage expenses and improve production yields on an ongoing basis. This requires continuous management focus, including technology improvements, cost control, productivity enhancements, regular reappraisal of our asset portfolio, and the recruitment, development, and retention of high caliber employees.

**Research and development and technological change.** To maintain our competitive position, especially in light of the technological nature of our businesses and the need for continuous efficiency improvement, ExxonMobil's research and development organizations must be successful and able to adapt to a changing market and policy environment, including developing technologies to help reduce greenhouse gas emissions. To remain competitive we must also continuously adapt and capture the benefits of new and emerging technologies.

**Safety, business controls, and environmental risk management.** Our results depend on management's ability to minimize the inherent risks of oil, gas, and petrochemical operations, to control effectively our business activities, and to minimize the potential for human error. We apply rigorous management systems and continuous focus on workplace safety and avoiding spills or other adverse environmental events. For example, we work to minimize spills through a combined program of effective operations integrity management, ongoing upgrades, key equipment replacements, and comprehensive inspection and surveillance. Similarly, we are implementing cost-effective new technologies and adopting new operating practices to reduce air emissions, not only in response to government requirements but also to address community priorities. We also maintain a disciplined framework of internal controls and apply a controls management system for monitoring compliance with this framework. Substantial liabilities and other adverse impacts could result if our management systems and controls do not function as intended.

**Cybersecurity.** ExxonMobil is regularly subject to attempted cybersecurity disruptions from a variety of threat actors including state-sponsored actors. ExxonMobil's defensive preparedness includes multi-layered technological capabilities for prevention and detection of cybersecurity disruptions; non-technological measures such as threat information sharing with governmental and industry groups; internal training and awareness campaigns including routine testing of employee awareness and an emphasis on resiliency including business response and recovery. If the measures we are taking to protect against cybersecurity disruptions prove to be insufficient, ExxonMobil as well as our customers, employees, or third parties could be adversely affected. Cybersecurity disruptions could cause physical harm to people or the environment; damage or destroy assets; compromise business systems; result in proprietary information being altered, lost, or stolen; result in employee, customer, or third-party information being compromised; or otherwise disrupt our business operations. We could incur significant costs to remedy the effects of a major cybersecurity disruption in addition to costs in connection with resulting regulatory actions, litigation or reputational harm.

**Preparedness.** Our operations may be disrupted by severe weather events, natural disasters, human error, and similar events. For example, hurricanes may damage our offshore production facilities or coastal refining and petrochemical plants in vulnerable areas. Our facilities are designed, constructed, and operated to withstand a variety of extreme climatic and other conditions, with safety factors built in to cover a number of engineering uncertainties, including those associated with wave, wind, and current intensity, marine ice flow patterns, permafrost stability, storm surge magnitude, temperature extremes, extreme rainfall events, and earthquakes. Our consideration of changing weather conditions and inclusion of safety factors in design covers the engineering uncertainties that climate change and other events may potentially introduce. Our ability to mitigate the adverse impacts of these events depends in part upon the effectiveness of our robust facility engineering as well as our rigorous disaster preparedness and response and business continuity planning.

4

**Insurance limitations.** The ability of the Corporation to insure against many of the risks it faces as described in this Item 1A is limited by the capacity of the applicable insurance markets, which may not be sufficient.

**Competition.** As noted in Item 1 above, the energy and petrochemical industries are highly competitive. We face competition not only from other private firms, but also from state-owned companies that are increasingly competing for opportunities outside of their home countries. In some cases, these state-owned companies may pursue opportunities in furtherance of strategic objectives of their government owners, with less focus on financial returns than companies owned by private shareholders, such as ExxonMobil. Technology and expertise provided by industry service companies may also enhance the competitiveness of firms that may not have the internal resources and capabilities of ExxonMobil or reduce the need for resource-owning countries to partner with private-sector oil and gas companies in order to monetize national resources.

**Reputation.** Our reputation is an important corporate asset. An operating incident, significant cybersecurity disruption, or other adverse event such as those described in this Item 1A may have a negative impact on our reputation, which in turn could make it more difficult for us to compete successfully for new opportunities, obtain necessary regulatory approvals, or could reduce consumer demand for our branded products. ExxonMobil's reputation may also be harmed by events which negatively affect the image of our industry as a whole.

Projections, estimates, and descriptions of ExxonMobil's plans and objectives included or incorporated in Items 1, 1A, 2, 7 and 7A of this report are forward-looking statements. Actual future results, including project completion dates, production rates, capital expenditures, costs, and business plans could differ materially due to, among other things, the factors discussed above and elsewhere in this report.

## ITEM 1B.   UNRESOLVED STAFF COMMENTS

None.

5

**Information with regard to oil and gas producing activities follows:**

### 1. Disclosure of Reserves

### A. Summary of Oil and Gas Reserves at Year-End 2018

The table below summarizes the oil-equivalent proved reserves in each geographic area and by product type for consolidated subsidiaries and equity companies. Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels. The Corporation has reported proved reserves on the basis of the average of the first-day-of-the-month price for each month during the last 12-month period. No major discovery or other favorable or adverse event has occurred since December 31, 2018, that would cause a significant change in the estimated proved reserves as of that date.

| | Crude Oil | Natural Gas Liquids | Bitumen | Synthetic Oil | Natural Gas | Oil-Equivalent Total All Products |
|---|---|---|---|---|---|---|
| | (million bbls) | (million bbls) | (million bbls) | (million bbls) | (billion cubic ft) | (million bbls) |
| **Proved Reserves** | | | | | | |
| **Developed** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 1,257 | 439 | - | - | 12,538 | 3,786 |
| Canada/Other Americas *(1)* | 144 | 9 | 3,880 | 466 | 605 | 4,599 |
| Europe | 101 | 22 | - | - | 1,116 | 309 |
| Africa | 496 | 82 | - | - | 581 | 675 |
| Asia | 2,184 | 101 | - | - | 3,618 | 2,888 |
| Australia/Oceania | 75 | 43 | - | - | 4,336 | 841 |
| Total Consolidated | 4,257 | 696 | 3,880 | 466 | 22,794 | 13,098 |
| | | | | | | |
| **Equity Companies** | | | | | | |
| United States | 202 | 6 | - | - | 152 | 233 |
| Europe | 15 | - | - | - | 988 | 180 |
| Africa | - | - | - | - | - | - |
| Asia | 637 | 282 | - | - | 11,951 | 2,911 |
| Total Equity Company | 854 | 288 | - | - | 13,091 | 3,324 |
| Total Developed | 5,111 | 984 | 3,880 | 466 | 35,885 | 16,422 |
| | | | | | | |
| **Undeveloped** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 1,947 | 669 | - | - | 8,865 | 4,093 |
| Canada/Other Americas *(1)* | 385 | 18 | 305 | - | 1,139 | 898 |
| Europe | 65 | 13 | - | - | 196 | 111 |
| Africa | 108 | 3 | - | - | 7 | 112 |
| Asia | 1,173 | - | - | - | 223 | 1,210 |
| Australia/Oceania | 30 | 5 | - | - | 3,126 | 556 |
| Total Consolidated | 3,708 | 708 | 305 | - | 13,556 | 6,980 |
| | | | | | | |
| **Equity Companies** | | | | | | |
| United States | 52 | 4 | - | - | 73 | 68 |
| Europe | - | - | - | - | 69 | 12 |
| Africa | 6 | - | - | - | 863 | 150 |
| Asia | 383 | 50 | - | - | 1,370 | 661 |
| Total Equity Company | 441 | 54 | - | - | 2,375 | 891 |
| Total Undeveloped | 4,149 | 762 | 305 | - | 15,931 | 7,871 |
| **Total Proved Reserves** | 9,260 | 1,746 | 4,185 | 466 | 51,816 | 24,293 |

*(1)   Other Americas includes proved developed reserves of 1 million barrels of crude oil and 99 billion cubic feet of natural gas, as well as proved undeveloped reserves of 226 million barrels of crude oil and 423 billion cubic feet of natural gas.*

In the presenting reserves information, consolidated subsidiaries and equity company reserves are reported separately. However, the Corporation operates its business with the same view of equity company reserves as it has for reserves from consolidated subsidiaries.

The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups; operational outages; reservoir performance; performance of enhanced oil recovery projects; regulatory changes; the impact of fiscal and commercial terms; asset sales; weather events; price effects on production sharing contracts; changes in the amount and timing of capital investments that may vary depending on the oil and gas price environment; and other factors described in Item 1A. Risk Factors.

The estimation of proved reserves, which is based on the requirement of reasonable certainty, is an ongoing process based on rigorous technical evaluations, commercial and market assessments and detailed analysis of well and reservoir information such as flow rates and reservoir pressures. Furthermore, the Corporation only records proved reserves for projects which have received significant funding commitments by management made toward the development of the reserves. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policies, consumer preferences, and significant changes in long-term oil and natural gas price levels. In addition, proved reserves could be affected by an extended period of low prices which could reduce the level of the Corporation's capital spending and also impact our partners' capacity to fund their share of joint projects.

## B. Technologies Used in Establishing Proved Reserves Additions in 2018

Additions to ExxonMobil's proved reserves in 2018 were based on estimates generated through the integration of available and appropriate geological, engineering and production data, utilizing well-established technologies that have been demonstrated in the field to yield repeatable and consistent results.

Data used in these integrated assessments included information obtained directly from the subsurface via wellbores, such as well logs, reservoir core samples, fluid samples, static and dynamic pressure information, production test data, and surveillance and performance information. The data utilized also included subsurface information obtained through indirect measurements including high-quality 3-D and 4-D seismic data, calibrated with available well control information. The tools used to interpret the data included proprietary seismic processing software, proprietary reservoir modeling and simulation software, and commercially available data analysis packages.

In some circumstances, where appropriate analog reservoirs were available, reservoir parameters from these analogs were used to increase the quality of and confidence in the reserves estimates.

## C. Qualifications of Reserves Technical Oversight Group and Internal Controls over Proved Reserves

ExxonMobil has a dedicated Global Reserves group that provides technical oversight and is separate from the operating organization. Primary responsibilities of this group include oversight of the reserves estimation process for compliance with Securities and Exchange Commission (SEC) rules and regulations, review of annual changes in reserves estimates, and the reporting of ExxonMobil's proved reserves. This group also maintains the official company reserves estimates for ExxonMobil's proved reserves of crude oil, natural gas liquids, bitumen, synthetic oil, and natural gas. In addition, the group provides training to personnel involved in the reserves estimation and reporting process within ExxonMobil and its affiliates. The Manager of the Global Reserves group has more than 25 years of experience in reservoir engineering and reserves assessment, has a degree in Engineering and currently serves on the Oil and Gas Reserves Committee of the Society of Petroleum Engineers (SPE). The group is staffed with individuals that have an average of more than 20 years of technical experience in the petroleum industry, including expertise in the classification and categorization of reserves under the SEC guidelines. This group includes individuals who hold advanced degrees in either Engineering or Geology.

The Global Reserves group maintains a central database containing the official company reserves estimates. Appropriate controls, including limitations on database access and update capabilities, are in place to ensure data integrity within this central database. An annual review of the system's controls is performed by internal audit. Key components of the reserves estimation process include technical evaluations and analysis of well and field performance and a rigorous peer review. No changes may be made to the reserves estimates in the central database, including additions of any new initial reserves estimates or subsequent revisions, unless these changes have been thoroughly reviewed and evaluated by duly authorized personnel within the operating organization. In addition, changes to reserves estimates that exceed certain thresholds require further review and approval of the appropriate level of management within the operating organization before the changes may be made in the central database. Endorsement by the Global Reserves group for all proved reserves changes is a mandatory component of this review process. After all changes are made, reviews are held with senior management for final endorsement.

7

**2. Proved Undeveloped Reserves**

At year-end 2018, approximately 7.9 billion oil-equivalent barrels (GOEB) of ExxonMobil's proved reserves were classified as proved undeveloped. This represents 32 percent of the 24.3 GOEB reported in proved reserves. This compares to the 7.3 GOEB of proved undeveloped reserves reported at the end of 2017. During the year, ExxonMobil conducted development activities that resulted in the transfer of approximately 0.8 GOEB from proved undeveloped to proved developed reserves by year end. The largest transfers were related to drilling activity in the United States, the United Arab Emirates, Canada, and Russia. During 2018, extensions and discoveries, primarily in the United States resulted in an addition of approximately 1.7 GOEB of proved undeveloped reserves. Also, the Corporation reclassified approximately 0.3 GOEB of proved undeveloped reserves which no longer met the SEC definition of proved reserves, primarily in the Netherlands at the Groningen gas field and the United States.

Overall, investments of $13.2 billion were made by the Corporation during 2018 to progress the development of reported proved undeveloped reserves, including $13.1 billion for oil and gas producing activities and additional investments for other non-oil and gas producing activities such as the construction of support infrastructure and other related facilities. These investments represented 65 percent of the $20.2 billion in total reported Upstream capital and exploration expenditures.

One of ExxonMobil's requirements for reporting proved reserves is that management has made significant funding commitments toward the development of the reserves. ExxonMobil has a disciplined investment strategy and many major fields require long lead-time in order to be developed. Development projects typically take several years from the time of recording proved undeveloped reserves to the start of production and can exceed five years for large and complex projects. Proved undeveloped reserves in the United States, Canada, Australia, and Kazakhstan have remained undeveloped for five years or more primarily due to constraints on the capacity of infrastructure, as well as the time required to complete development for very large projects. The Corporation is reasonably certain that these proved reserves will be produced; however, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policies, consumer preferences, the pace of co-venturer/government funding, changes in the amount and timing of capital investments, and significant changes in long-term oil and natural gas price levels. Of the proved undeveloped reserves that have been reported for five or more years, over 80 percent are contained in the aforementioned countries. In Canada, proved undeveloped reserves are related to drilling activities in the offshore Hebron field and onshore Cold Lake operations. In Australia, proved undeveloped reserves are associated with future compression for the Gorgon Jansz LNG project. In Kazakhstan, the proved undeveloped reserves are related to the remainder of the initial development of the producing offshore Kashagan field which is included in the North Caspian Production Sharing Agreement and the Tengizchevroil joint venture which includes a production license in the Tengiz – Korolev field complex. The Tengizchevroil joint venture is producing, and proved undeveloped reserves will continue to move to proved developed as approved development phases progress.

8

Case 3:21-cv-00034 Document 118-21    Filed 10/05/23    Page 13 of 33    PageID 2482

In a matter reported in the Corporation's Form 10-Q for the second quarter of 2018, the State of Ohio Department of Natural Resources, Division of Oil & Gas Resources Management (ODNR) and XTO Energy Inc. (XTO) signed a Compliance Agreement on December 21, 2018, regarding alleged violations by XTO of the Ohio Revised Code, Ohio Administrative Code, and implementing regulations arising out of the Schnegg well incident in Belmont County, Ohio, in early 2018. The Compliance Agreement settles the following alleged actions of XTO: (1) causing brine to be discharged and contact the ground and/or surface water; (2) failure to place cement in the casing string per Ohio codes; (3) allowing a well to flow gas uncontrolled; (4) failure to construct, drill and operate a well in the manner as permitted and planned; and (5) failure to notify the ODNR upon discovery a well had sustained annular pressure above the prescribed pressure. The penalty assessment was $850,000, half paid to the ODNR on January 15, 2019, and half to be paid to 29 agencies located in Belmont County as designated by the ODNR.

In another matter relating to the Schnegg well incident, reported in the Corporation's Form 10-Q for the second quarter of 2018, the State of Ohio Environmental Protection Agency (OEPA) and XTO signed Final Findings and Orders on December 28, 2018, regarding OEPA allegations that XTO violated the Ohio Revised Code and implementing regulations, including but not limited to: (1) failure to maintain and operate its facility in a manner using good pollution control practices; (2) failure to provide a malfunction report; (3) failure to complete and properly report quarterly inspections; and (4) failure to submit site-specific work practice plans within applicable time limits. The penalty assessment of $150,000 was paid on January 21, 2019, half to the OEPA and half to a Supplemental Environmental Project.

As reported in the Corporation's Form 10-Q for the first quarter of 2018, the Corporation received a proposed agreed order from the Texas Commission on Environmental Quality (TCEQ), dated March 15, 2018, related to routine Title V air operating permit investigations conducted by the TCEQ in 2017 of the Baytown Refinery in Texas. The proposed agreed order alleged that the refinery failed to authorize, monitor, or keep records on certain equipment and to comply with certain flare or fuel gas monitoring system availability requirements or concentration limits. After receipt of additional information from ExxonMobil and further evaluation of the alleged violations, the TCEQ has issued a revised proposed agreed order, reducing the number of alleged violations and agreeing to an administrative penalty of $56,596 in settlement of these matters. The Agreed Order was signed by ExxonMobil on December 18, 2018, and ExxonMobil paid $28,298 on January 10, 2019. The balance will be paid to a Supplemental Environmental Project upon endorsement by the TCEQ.

As last reported in the Corporation's Form 10-Q for the third quarter of 2018, on July 20, 2017, the United States Department of Treasury, Office of Foreign Assets Control (OFAC) assessed a civil penalty against Exxon Mobil Corporation, ExxonMobil Development Company and ExxonMobil Oil Corporation for violating the Ukraine-Related Sanctions Regulations, 31 C.F.R. part 589. The assessed civil penalty is in the amount of $2,000,000. ExxonMobil and its affiliates have been and continue to be in compliance with all sanctions and disagree that any violation has occurred. ExxonMobil and its affiliates filed a complaint on July 20, 2017, in the United States Federal District Court, Northern District of Texas seeking judicial review of, and to enjoin, the civil penalty under the Administrative Procedures Act and the United States Constitution, including on the basis that it represents an arbitrary and capricious action by OFAC and a violation of the Company's due process rights.

Refer to the relevant portions of "Note 16: Litigation and Other Contingencies" of the Financial Section of this report for additional information on legal proceedings.

## ITEM 4.    MINE SAFETY DISCLOSURES

Not applicable.

_____

(positions and ages as of February 27, 2019)

---

**Darren W. Woods**                          *Chairman of the Board*

Held current title since:                    January 1, 2017                                    Age: 54

Mr. Darren W. Woods was President of ExxonMobil Refining & Supply Company August 1, 2012 – July 31, 2014 and Vice President of Exxon Mobil Corporation August 1, 2012 – May 31, 2014. He was Senior Vice President of Exxon Mobil Corporation June 1, 2014 – December 31, 2015. He became a Director and President of Exxon Mobil Corporation on January 1, 2016, and Chairman of the Board and Chief Executive Officer on January 1, 2017, positions he continues to hold as of this filing date.

---

**Neil A. Chapman**                          *Senior Vice President*

Held current title since:                    January 1, 2018                                    Age: 56

Mr. Neil A. Chapman was Senior Vice President, ExxonMobil Chemical Company April 1, 2011 – December 31, 2014. He was President of ExxonMobil Chemical Company and Vice President of Exxon Mobil Corporation January 1, 2015 – December 31, 2017. He became Senior Vice President of Exxon Mobil Corporation on January 1, 2018, a position he continues to hold as of this filing date.

---

**Andrew P. Swiger**                         *Senior Vice President*

Held current title since:                    April 1, 2009                                      Age: 62

Mr. Andrew P. Swiger became Senior Vice President of Exxon Mobil Corporation on April 1, 2009, a position he continues to hold as of this filing date.

---

**Jack P. Williams, Jr.**                    *Senior Vice President*

Held current title since:                    June 1, 2014                                       Age: 55

Mr. Jack P. Williams, Jr. was Executive Vice President of ExxonMobil Production Company June 1, 2013 – June 30, 2014. He became Senior Vice President of Exxon Mobil Corporation on June 1, 2014, a position he continues to hold as of this filing date.

---

**Peter P. Clarke**                          *Vice President*

Held current title since:                    March 1, 2018                                      Age: 53

Mr. Peter P. Clarke was Business Planning & Analysis Manager, ExxonMobil Gas & Power Marketing Company May 1, 2011 – April 30, 2014. He was Vice President, Asia Pacific, Africa & Power, ExxonMobil Gas & Power Marketing Company May 1, 2014 – February 28, 2015. He was Vice President, Asia Pacific, Africa, & Americas, ExxonMobil Gas & Power Marketing Company March 1, 2015 – June 30, 2015. He was Vice President, International Gas for ExxonMobil Gas & Power Marketing Company July 1, 2015 – February 28, 2018. He became President of ExxonMobil Gas & Power Marketing Company and Vice President of Exxon Mobil Corporation on March 1, 2018, positions he continues to hold as of this filing date.

---

**Bradley W. Corson**                        *Vice President*

Held current title since:                    March 1, 2015                                      Age: 57

Mr. Bradley W. Corson was Regional Vice President, Europe/Caspian for ExxonMobil Production Company May 1, 2009 – April 30, 2014. He was Vice President, ExxonMobil Upstream Ventures May 1, 2014 – February 28, 2015. He became President of ExxonMobil Upstream Ventures and Vice President of Exxon Mobil Corporation on March 1, 2015, positions he continues to hold as of this filing date.

---

28

| | |
|---|---|
| Held current title since: | January 1, 2017     Age: 62 |

Mr. Neil W. Duffin was President of ExxonMobil Development Company April 13, 2007 – December 31, 2016. He became President of ExxonMobil Production Company and Vice President of Exxon Mobil Corporation on January 1, 2017, positions he continues to hold as of this filing date.

---

**Randall M. Ebner**     *Vice President and General Counsel*

Held current title since:     November 1, 2016     Age: 63

Mr. Randall M. Ebner was Assistant General Counsel of Exxon Mobil Corporation January 1, 2009 – October 31, 2016. He became Vice President and General Counsel of Exxon Mobil Corporation on November 1, 2016, positions he continues to hold as of this filing date.

---

**Stephen M. Greenlee**     *Vice President*

Held current title since:     September 1, 2010     Age: 61

Mr. Stephen M. Greenlee became President of ExxonMobil Exploration Company and Vice President of Exxon Mobil Corporation on September 1, 2010, positions he continues to hold as of this filing date.

---

**Neil A. Hansen**     *Vice President – Investor Relations and Secretary*

Held current title since:     July 1, 2018     Age: 44

Mr. Neil A. Hansen was Affiliate Finance Manager, Treasurer's, Exxon Mobil Corporation May 1, 2013 – June 30, 2014. He was Thailand Lead Country Manager and Business Services Manager, Esso (Thailand) Public Company Ltd. July 1, 2014 – March 31, 2017. He was Controller, ExxonMobil Fuels, Lubricants & Specialties Marketing Company April 1, 2017 – December 31, 2017. He was Value Chain Controller, ExxonMobil Fuels & Lubricants Company January 1, 2018 – June 30, 2018. He became Vice President – Investor Relations and Secretary of Exxon Mobil Corporation on July 1, 2018, positions he continues to hold as of this filing date.

---

**Liam M. Mallon**     *President, ExxonMobil Development Company*

Held current title since:     January 1, 2017     Age: 56

Mr. Liam M. Mallon was Vice President, Africa, ExxonMobil Production Company June 1, 2012 – January 31, 2014. He was Executive Vice President, ExxonMobil Development Company February 1, 2014 – December 31, 2016. He became President of ExxonMobil Development Company on January 1, 2017, a position he continues to hold as of this filing date.

---

**Bryan W. Milton**     *Vice President*

Held current title since:     August 1, 2016     Age: 54

Mr. Bryan W. Milton was President of ExxonMobil Global Services Company April 1, 2011 – July 31, 2016. He was President of ExxonMobil Fuels, Lubricants & Specialties Marketing Company and Vice President of Exxon Mobil Corporation August 1, 2016 – December 31, 2017. He became President of ExxonMobil Fuels & Lubricants Company and Vice President of Exxon Mobil Corporation on January 1, 2018, positions he continues to hold as of this filing date.

---

**Sara N. Ortwein**     *President, XTO Energy Inc., a subsidiary of the Corporation*

Held current title since:     November 1, 2016     Age: 60

Ms. Sara N. Ortwein was President of ExxonMobil Upstream Research Company September 1, 2010 – October 31, 2016. She became President of XTO Energy Inc. on November 1, 2016, a position she continues to hold as of this filing date.

---

**David S. Rosenthal**     *Vice President and Controller*

Held current title since:     October 1, 2008 (Vice President)
September 1, 2014 (Controller)     Age: 62

Mr. David S. Rosenthal was Vice President – Investor Relations and Secretary of Exxon Mobil Corporation October 1, 2008 – August 31, 2014. He became Vice President and Controller of Exxon Mobil Corporation on September 1, 2014, positions he continues to hold as of this filing date.

**Robert N. Schleckser**                                  *Vice President and Treasurer*

Held current title since:                      May 1, 2011                                      Age: 62

Mr. Robert N. Schleckser became Vice President and Treasurer of Exxon Mobil Corporation on May 1, 2011, positions he continues to hold as of this filing date.

---

**James M. Spellings, Jr.**                            *Vice President and General Tax Counsel*

Held current title since:                      March 1, 2010                                    Age: 57

Mr. James M. Spellings, Jr. became Vice President and General Tax Counsel of Exxon Mobil Corporation on March 1, 2010, positions he continues to hold as of this filing date.

---

**John R. Verity**                                          *Vice President*

Held current title since:                      January 1, 2018                                 Age: 60

Mr. John R. Verity was Vice President, Polyolefins, ExxonMobil Chemical Company October 17, 2008 – March 31, 2014. He was Vice President, Plastics & Resins, ExxonMobil Chemical Company April 1, 2014 – December 31, 2014. He was Senior Vice President, Polymers, ExxonMobil Chemical Company January 1, 2015 – December 31, 2017. He became President of ExxonMobil Chemical Company and Vice President of Exxon Mobil Corporation on January 1, 2018, positions he continues to hold as of this filing date.

---

**Theodore J. Wojnar, Jr.**                           *Vice President – Corporate Strategic Planning*

Held current title since:                      August 1, 2017                                   Age: 59

Mr. Theodore J. Wojnar, Jr. was President of ExxonMobil Research and Engineering Company April 1, 2011 – July 31, 2017. He became Vice President – Corporate Strategic Planning of Exxon Mobil Corporation on August 1, 2017, a position he continues to hold as of this filing date.

---

Officers are generally elected by the Board of Directors at its meeting on the day of each annual election of directors, with each such officer serving until a successor has been elected and qualified.

30

**ITEM 5.      MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES**

Reference is made to the "Quarterly Information" portion of the Financial Section of this report and Item 12 in Part III of this report.

**Issuer Purchases of Equity Securities for Quarter Ended December 31, 2018**

| Period | Total Number of Shares Purchased | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Maximum Number of Shares that May Yet Be Purchased Under the Plans or Programs |
|---|---|---|---|---|
| October 2018 | - | | - | |
| November 2018 | - | | - | |
| December 2018 | - | | - | |
| Total | - | | - | (See Note 1) |

During the fourth quarter, the Corporation did not purchase any shares of its common stock for the treasury, and did not issue or sell any unregistered equity securities.

Note 1 - On August 1, 2000, the Corporation announced its intention to resume purchases of shares of its common stock for the treasury both to offset shares issued in conjunction with company benefit plans and programs and to gradually reduce the number of shares outstanding. The announcement did not specify an amount or expiration date. The Corporation has continued to purchase shares since this announcement and to report purchased volumes in its quarterly earnings releases. In its earnings release dated February 2, 2016, the Corporation stated it will continue to acquire shares to offset dilution in conjunction with benefit plans and programs, but had suspended making purchases to reduce shares outstanding effective beginning the first quarter of 2016.

**ITEM 6.      SELECTED FINANCIAL DATA**

| | Years Ended December 31, | | | | |
|---|---|---|---|---|---|
| | **2018** | **2017** | **2016** | **2015** | **2014** |
| | *(millions of dollars, except per share amounts)* | | | | |
| Sales and other operating revenue | 279,332 | 237,162 | 200,628 | 239,854 | 367,647 |
| Net income attributable to ExxonMobil | 20,840 | 19,710 | 7,840 | 16,150 | 32,520 |
| Earnings per common share | 4.88 | 4.63 | 1.88 | 3.85 | 7.60 |
| Earnings per common share - assuming dilution | 4.88 | 4.63 | 1.88 | 3.85 | 7.60 |
| Cash dividends per common share | 3.23 | 3.06 | 2.98 | 2.88 | 2.70 |
| Total assets | 346,196 | 348,691 | 330,314 | 336,758 | 349,493 |
| Long-term debt | 20,538 | 24,406 | 28,932 | 19,925 | 11,653 |

**ITEM 7.      MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

Reference is made to the section entitled "Management's Discussion and Analysis of Financial Condition and Results of Operations" in the Financial Section of this report.

**ITEM 7A.    QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK**

Reference is made to the section entitled "Market Risks, Inflation and Other Uncertainties", excluding the part entitled "Inflation and Other Uncertainties", in the Financial Section of this report. All statements, other than historical information incorporated in this Item 7A, are forward-looking statements. The actual impact of future market changes could differ materially due to, among other things, factors discussed in this report.

| | 2018 | | | | | 2017 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | Year | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | Year |
| **Volumes** | | | | | | | | | | |
| Production of crude oil, | | | | | *(thousands of barrels daily)* | | | | | |
| natural gas liquids, synthetic oil and bitumen | 2,216 | 2,212 | 2,286 | 2,348 | 2,266 | 2,333 | 2,269 | 2,280 | 2,251 | 2,283 |
| Refinery throughput | 4,293 | 4,105 | 4,392 | 4,298 | 4,272 | 4,324 | 4,345 | 4,287 | 4,207 | 4,291 |
| Petroleum product sales *(1)* | 5,432 | 5,502 | 5,616 | 5,495 | 5,512 | 5,395 | 5,558 | 5,542 | 5,624 | 5,530 |
| Natural gas production | | | | | *(millions of cubic feet daily)* | | | | | |
| available for sale | 10,038 | 8,613 | 9,001 | 9,974 | 9,405 | 10,908 | 9,920 | 9,585 | 10,441 | 10,211 |
| | | | | | *(thousands of oil-equivalent barrels daily)* | | | | | |
| Oil-equivalent production *(2)* | 3,889 | 3,647 | 3,786 | 4,010 | 3,833 | 4,151 | 3,922 | 3,878 | 3,991 | 3,985 |
| | | | | | *(thousands of metric tons)* | | | | | |
| Chemical prime product sales *(1)* | 6,668 | 6,852 | 6,677 | 6,672 | 26,869 | 6,072 | 6,120 | 6,446 | 6,782 | 25,420 |
| **Summarized financial data** | | | | | | | | | | |
| Sales and other operating | | | | | *(millions of dollars)* | | | | | |
| revenue | 65,436 | 71,456 | 74,187 | 68,253 | 279,332 | 56,474 | 56,026 | 59,350 | 65,312 | 237,162 |
| Gross profit *(3)* | 16,187 | 16,622 | 18,656 | 16,268 | 67,733 | 14,030 | 13,120 | 15,086 | 14,126 | 56,362 |
| Net income attributable to | | | | | | | | | | |
| ExxonMobil *(4)* | 4,650 | 3,950 | 6,240 | 6,000 | 20,840 | 4,010 | 3,350 | 3,970 | 8,380 | 19,710 |
| **Per share data** | | | | | *(dollars per share)* | | | | | |
| Earnings per common share *(5)* | 1.09 | 0.92 | 1.46 | 1.41 | 4.88 | 0.95 | 0.78 | 0.93 | 1.97 | 4.63 |
| Earnings per common share – assuming dilution *(5)* | 1.09 | 0.92 | 1.46 | 1.41 | 4.88 | 0.95 | 0.78 | 0.93 | 1.97 | 4.63 |

*(1)* Petroleum product and chemical prime product sales data reported net of purchases/sales contracts with the same counterparty.

*(2)* Natural gas is converted to an oil-equivalent basis at six million cubic feet per one thousand barrels.

*(3)* Gross profit equals sales and other operating revenue less estimated costs associated with products sold. Effective January 1, 2018, the Corporation adopted the Accounting Standard Update, Compensation – Retirement Benefits (Topic 715): Improving the Presentation of Net Periodic Pension Cost and Net Periodic Postretirement Benefit Cost which requires separate presentation of the non-service cost components of net benefit costs and increased previously reported gross profit by $279 million for first quarter 2017, $347 million for second quarter 2017, $382 million for third quarter 2017, and $430 million for fourth quarter 2017. See Note 2 to the financial statements, Accounting Changes.

*(4)* Fourth quarter 2018 included an impairment charge of $429 million. Fourth quarter 2017 included a U.S. tax reform impact of $5,942 million and an impairment charge of $1,294 million.

*(5)* Computed using the average number of shares outstanding during each period. The sum of the four quarters may not add to the full year.

The principal market where ExxonMobil common stock (XOM) is traded is the New York Stock Exchange, although the stock is traded on other exchanges in and outside the United States.

There were 371,146 registered shareholders of ExxonMobil common stock at December 31, 2018. At January 31, 2019, the registered shareholders of ExxonMobil common stock numbered 370,064.

On January 30, 2019, the Corporation declared a $0.82 dividend per common share, payable March 11, 2019.

Case 3:21-cv-00194-N   Document 118-21   Filed 10/05/23   Page 19 of 33   PageID 2488

**FUNCTIONAL EARNINGS**

| | 2018 | 2017 | 2016 |
|---|---|---|---|
| | *(millions of dollars, except per share amounts)* | | |
| **Earnings (U.S. GAAP)** | | | |
| Upstream | | | |
| United States | 1,739 | 6,622 | (4,151) |
| Non-U.S. | 12,340 | 6,733 | 4,347 |
| Downstream | | | |
| United States | 2,962 | 1,948 | 1,094 |
| Non-U.S. | 3,048 | 3,649 | 3,107 |
| Chemical | | | |
| United States | 1,642 | 2,190 | 1,876 |
| Non-U.S. | 1,709 | 2,328 | 2,739 |
| Corporate and financing | (2,600) | (3,760) | (1,172) |
| Net income attributable to ExxonMobil (U.S. GAAP) | 20,840 | 19,710 | 7,840 |
| | | | |
| Earnings per common share | 4.88 | 4.63 | 1.88 |
| Earnings per common share – assuming dilution | 4.88 | 4.63 | 1.88 |

*References in this discussion to total corporate earnings mean net income attributable to ExxonMobil (U.S. GAAP) from the consolidated income statement. Unless otherwise indicated, references to earnings, Upstream, Downstream, Chemical and Corporate and financing segment earnings, and earnings per share are ExxonMobil's share after excluding amounts attributable to noncontrolling interests.*

## FORWARD-LOOKING STATEMENTS

Statements in this discussion regarding expectations, plans and future events or conditions are forward-looking statements. Actual future financial and operating results or conditions, including demand growth and energy source, supply and mix; government policies relating to climate change, foreign relations and taxation; project plans, capacities, schedules and costs; production growth and mix; rates of field decline; asset carrying values; proved reserves; financing sources; the resolution of contingencies and uncertain tax positions; and environmental and capital expenditures; could differ materially depending on a number of factors, such as changes in the supply of and demand for crude oil, natural gas, and petroleum and petrochemical products and resulting price impacts; the outcome of commercial negotiations; the impact of fiscal and commercial terms; political or regulatory events; the outcome of exploration and development projects; technological developments; and other factors discussed herein and in Item 1A. Risk Factors.

The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

## OVERVIEW

The following discussion and analysis of ExxonMobil's financial results, as well as the accompanying financial statements and related notes to consolidated financial statements to which they refer, are the responsibility of the management of Exxon Mobil Corporation. The Corporation's accounting and financial reporting fairly reflect its integrated business model involving exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products.

ExxonMobil, with its resource base, financial strength, disciplined investment approach and technology portfolio, is well‑positioned to participate in substantial investments to develop new energy supplies. The company's integrated business model, with significant investments in Upstream, Downstream and Chemical segments, reduces the Corporation's risk from changes in commodity prices. While commodity prices depend on supply and demand and may be volatile on a short-term basis, ExxonMobil's investment decisions are grounded on fundamentals reflected in our long-term business outlook, and use a disciplined approach in selecting and pursuing the most attractive investment opportunities. The corporate plan is a fundamental annual management process that is the basis for setting near-term operating and capital objectives in addition to providing the longer-term economic assumptions used for investment evaluation purposes. Volumes are based on individual field production profiles, which are also updated annually. Price ranges for crude oil, natural gas, refined products, and chemical products are based on corporate plan assumptions developed annually by major region and are utilized for investment evaluation purposes. Major investment opportunities are evaluated over a range of potential market conditions. Once major investments are made, a reappraisal process is completed to ensure relevant lessons are learned and improvements are incorporated into future projects.

**BUSINESS ENVIRONMENT AND RISK ASSESSMENT**

**Long-Term Business Outlook**

The Long-Term Business Outlook is based on the Corporation's 2018 *Outlook for Energy*, which is used to help inform our long term business strategies and investment plans. By 2040, the world's population is projected at around 9.2 billion people, or about 1.7 billion more than in 2016. Coincident with this population increase, the Corporation expects worldwide economic growth to average close to 3 percent per year, with economic output nearly doubling by 2040. As economies and populations grow, and as living standards improve for billions of people, the need for energy is expected to continue to rise. Even with significant efficiency gains, global energy demand is projected to rise by about 25 percent from 2016 to 2040. This increase in energy demand is expected to be driven by developing countries (i.e., those that are not member nations of the Organisation for Economic Co-operation and Development (OECD)).

As expanding prosperity helps drive global energy demand higher, increasing use of energy efficient technologies and practices as well as lower-emission fuels will continue to help significantly reduce energy consumption and emissions per unit of economic output over time. Substantial efficiency gains are likely in all key aspects of the world's economy through 2040, affecting energy requirements for power generation, transportation, industrial applications, and residential and commercial needs.

Global electricity demand is expected to increase approximately 60 percent from 2016 to 2040, with developing countries likely to account for about 85 percent of the increase. Consistent with this projection, power generation is expected to remain the largest and fastest growing major segment of global primary energy demand, supported by a wide variety of energy sources. The share of coal fired generation is likely to decline substantially and approach 25 percent of the world's electricity in 2040, versus nearly 40 percent in 2016, in part as a result of policies to improve air quality as well as reduce greenhouse gas emissions to address the risks of climate change. From 2016 to 2040, the amount of electricity supplied using natural gas, nuclear power, and renewables is likely to nearly double, and account for about 95 percent of the growth in electricity supplies. Electricity from wind and solar is likely to increase about 400 percent, helping total renewables (including other sources, e.g. hydropower) to account for about half of the increase in electricity supplies worldwide through 2040. Total renewables will likely reach nearly 35 percent of global electricity supplies by 2040. Natural gas and nuclear are also expected to increase shares over the period to 2040, reaching about 25 percent and 12 percent of global electricity supplies respectively by 2040. Supplies of electricity by energy type will reflect significant differences across regions reflecting a wide range of factors including the cost and availability of various energy supplies.

Energy for transportation – including cars, trucks, ships, trains and airplanes – is expected to increase approximately 30 percent from 2016 to 2040. Transportation energy demand is likely to account for approximately 60 percent of the growth in liquid fuels demand worldwide over this period. Liquid fuels demand for light-duty vehicles is expected to remain relatively flat to 2040 as the impact of better fuel economy and significant growth in electric cars, led by China, Europe, and the United States, work to offset growth in the worldwide car fleet of about 75 percent. By 2040, light-duty vehicles are expected to account for about 20 percent of global liquid fuels demand. During the same time period, nearly all the world's transportation fleets are likely to continue to run on liquid fuels, which are widely available and offer practical advantages in providing a large quantity of energy in small volumes.

Liquid fuels provide the largest share of global energy supplies today reflecting broad-based availability, affordability, ease of transportation, and fitness as a practical solution to meet a wide variety of needs. By 2040, global demand for liquid fuels is projected to grow to approximately 118 million barrels of oil equivalent per day, an increase of about 20 percent from 2016. The non-OECD share of global liquid fuels demand is expected to increase to about 65 percent by 2040, as liquid fuels demand in the OECD is likely to decline by close to 10 percent. Much of the global liquid fuels demand today is met by crude production from traditional conventional sources; these supplies will remain important and significant development activity is expected to offset much of the natural declines from these fields. At the same time, a variety of emerging supply sources – including tight oil, deepwater, oil sands, natural gas liquids and biofuels – are expected to grow to help meet rising demand. The world's resource base is sufficient to meet projected demand through 2040 as technology advances continue to expand the availability of economic supply options. However, timely investments will remain critical to meeting global needs with reliable and affordable supplies.

Natural gas is a versatile and practical fuel for a wide variety of applications, and it is expected to grow the most of any primary energy type from 2016 to 2040, meeting more than 35 percent of global energy demand growth. Global natural gas demand is expected to rise nearly 40 percent from 2016 to 2040, with about 45 percent of that increase in the Asia Pacific region. Significant growth in supplies of unconventional gas – the natural gas found in shale and other tight rock formations – will help meet these needs. In total, about 55 percent of the growth in natural gas supplies is expected to be from unconventional sources. At the same time, conventionally-produced natural gas is likely to remain the cornerstone of global supply, meeting about two-thirds of worldwide demand in 2040. Liquefied natural gas (LNG) trade will expand significantly, meeting about one-third of the increase in global demand growth, with much of this supply expected to help meet rising demand in Asia Pacific.

42

The global energy markets can give rise to extended periods in which market conditions are adverse to one or more of the Corporation's businesses. Such conditions, along with the capital-intensive nature of the industry and very long lead times associated with many of our projects, underscore the importance of maintaining a strong financial position. Management views the Corporation's financial strength as a competitive advantage.

In general, segment results are not dependent on the ability to sell and/or purchase products to/from other segments. Instead, where such sales take place, they are the result of efficiencies and competitive advantages of integrated refinery/chemical complexes. Additionally, intersegment sales are at market-based prices. The products bought and sold between segments can also be acquired in worldwide markets that have substantial liquidity, capacity and transportation capabilities. About 35 percent of the Corporation's intersegment sales represent Upstream production sold to the Downstream. Other intersegment sales include those between refineries and chemical plants related to raw materials, feedstocks and finished products.

Although price levels of crude oil and natural gas may rise or fall significantly over the short to medium term due to global economic conditions, political events, decisions by OPEC and other major government resource owners and other factors, industry economics over the long term will continue to be driven by market supply and demand. Accordingly, the Corporation evaluates the viability of its major investments over a range of prices.

The Corporation has an active asset management program in which underperforming assets are either improved to acceptable levels or considered for divestment. The asset management program includes a disciplined, regular review to ensure that all assets are contributing to the Corporation's strategic objectives resulting in an efficient capital base.

### Risk Management

The Corporation's size, strong capital structure, geographic diversity and the complementary nature of the Upstream, Downstream and Chemical businesses reduce the Corporation's enterprise-wide risk from changes in commodity prices, currency rates and interest rates. In addition, the Corporation uses commodity-based contracts, including derivatives, to manage commodity price risk and for trading purposes. The Corporation's commodity derivatives are not accounted for under hedge accounting. At times, the Corporation also enters into forward currency and interest rate derivatives, none of which are material to the Corporation's financial position as of December 31, 2018 and 2017, or results of operations for the years ended 2018, 2017 and 2016. Credit risk associated with the Corporation's derivative position is mitigated by several factors, including the use of derivative clearing exchanges and the quality of and financial limits placed on derivative counterparties. No material market or credit risks to the Corporation's financial position, results of operations or liquidity exist as a result of the derivatives described in Note 13. The Corporation maintains a system of controls that includes the authorization, reporting and monitoring of derivative activity.

The Corporation is exposed to changes in interest rates, primarily on its short-term debt and the portion of long-term debt that carries floating interest rates. The impact of a 100-basis-point change in interest rates affecting the Corporation's debt would not be material to earnings, cash flow or fair value. The Corporation has access to significant capacity of long-term and short-term liquidity. Internally generated funds are expected to cover the majority of financial requirements, supplemented by long-term and short-term debt. Some joint-venture partners are dependent on the credit markets, and their funding ability may impact the development pace of joint-venture projects.

The Corporation conducts business in many foreign currencies and is subject to exchange rate risk on cash flows related to sales, expenses, financing and investment transactions. Fluctuations in exchange rates are often offsetting and the impacts on ExxonMobil's geographically and functionally diverse operations are varied. The Corporation makes limited use of currency exchange contracts to mitigate the impact of changes in currency values, and exposures related to the Corporation's limited use of the currency exchange contracts are not material.

### Inflation and Other Uncertainties

The general rate of inflation in many major countries of operation has remained moderate over the past few years, and the associated impact on non-energy costs has generally been mitigated by cost reductions from efficiency and productivity improvements. Prices for services and materials continue to evolve in response to constant changes in commodity markets and industry activities, impacting operating and capital costs. The Corporation monitors market trends and works to minimize costs in all commodity price environments through its economies of scale in global procurement and its efficient project management practices.

## RECENTLY ISSUED ACCOUNTING STANDARDS

Effective January 1, 2019, the Corporation adopted the Financial Accounting Standards Board's Standard, *Leases (Topic 842)*, as amended. The standard requires all leases to be recorded on the balance sheet as a right of use asset and a lease liability. The Corporation used a transition method that applies the new lease standard at January 1, 2019, and recognizes any cumulative-effect adjustments to the opening balance of 2019 retained earnings. The Corporation applied a policy election to exclude short-term leases from balance sheet recognition and also elected certain practical expedients at adoption. As permitted under these expedients the Corporation did not reassess whether existing contracts are or contain leases, the lease classification for any existing leases, initial direct costs for any existing lease and whether existing land easements and rights of way, that were not previously accounted for as leases, are or contain a lease. At January 1, 2019, the operating lease liability is estimated to be in the range of $3.3 billion and the operating lease right of use asset is estimated to be in the range of $4.3 billion, including about $1.0 billion related to prepaid leases. The cumulative effect adjustment is expected to be de minimis.

## CRITICAL ACCOUNTING ESTIMATES

The Corporation's accounting and financial reporting fairly reflect its integrated business model involving exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products. The preparation of financial statements in conformity with U.S. Generally Accepted Accounting Principles (GAAP) requires management to make estimates and judgments that affect the reported amounts of assets, liabilities, revenues and expenses and the disclosure of contingent assets and liabilities. The Corporation's accounting policies are summarized in Note 1.

### Oil and Natural Gas Reserves

The estimation of proved reserves is an ongoing process based on rigorous technical evaluations, commercial and market assessments and detailed analysis of well information such as flow rates and reservoir pressure declines, among other factors. The estimation of proved reserves is controlled by the Corporation through long-standing approval guidelines. Reserve changes are made within a well-established, disciplined process driven by senior level geoscience and engineering professionals, assisted by the Global Reserves group which has significant technical experience, culminating in reviews with and approval by senior management. Notably, the Corporation does not use specific quantitative reserve targets to determine compensation. Key features of the reserve estimation process are covered in Disclosure of Reserves in Item 2.

Oil and natural gas reserves include both proved and unproved reserves.

Proved oil and natural gas reserves are determined in accordance with Securities and Exchange Commission (SEC) requirements. Proved reserves are those quantities of oil and natural gas which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible under existing economic and operating conditions and government regulations. Proved reserves are determined using the average of first-of-month oil and natural gas prices during the reporting year.

Proved reserves can be further subdivided into developed and undeveloped reserves. Proved developed reserves include amounts which are expected to be recovered through existing wells with existing equipment and operating methods. Proved undeveloped reserves include amounts expected to be recovered from new wells on undrilled proved acreage or from existing wells where a relatively major expenditure is required for completion. Proved undeveloped reserves are recognized only if a development plan has been adopted indicating that the reserves are scheduled to be drilled within five years, unless specific circumstances support a longer period of time.

The percentage of proved developed reserves was 68 percent of total proved reserves at year-end 2018 (including both consolidated and equity company reserves), an increase from 66 percent in 2017, and has been over 60 percent for the last ten years. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policy, consumer preferences and significant changes in long-term oil and natural gas prices.

Unproved reserves are quantities of oil and natural gas with less than reasonable certainty of recoverability and include probable reserves. Probable reserves are reserves that, together with proved reserves, are as likely as not to be recovered.

Revisions in previously estimated volumes of proved reserves for existing fields can occur due to the evaluation or re-evaluation of (1) already available geologic, reservoir or production data, (2) new geologic, reservoir or production data or (3) changes in the average of first-of-month oil and natural gas prices and / or costs that are used in the estimation of reserves. Revisions can also result from significant changes in development strategy or production equipment and facility capacity.

58

**Unit-of-Production Depreciation**

Oil and natural gas reserve quantities are used as the basis to calculate unit-of-production depreciation rates for most upstream assets. Depreciation is calculated by taking the ratio of asset cost to total proved reserves or proved developed reserves applied to actual production. The volumes produced and asset cost are known, while proved reserves are based on estimates that are subject to some variability.

In the event that the unit-of-production method does not result in an equitable allocation of cost over the economic life of an upstream asset, an alternative method is used. The straight-line method may be used in limited situations where the expected life of the asset does not reasonably correlate with that of the underlying reserves. For example, certain assets used in the production of oil and natural gas have a shorter life than the reserves, and as such, the Corporation uses straight-line depreciation to ensure the asset is fully depreciated by the end of its useful life.

To the extent that proved reserves for a property are substantially de-booked and that property continues to produce such that the resulting depreciation charge does not result in an equitable allocation of cost over the expected life, assets will be depreciated using a unit-of-production method based on reserves determined at the most recent SEC price which results in a more meaningful quantity of proved reserves, appropriately adjusted for production and technical changes. The effect of this approach on the Corporation's 2018 depreciation expense versus 2017 was immaterial.

**Impairment**

The Corporation tests assets or groups of assets for recoverability on an ongoing basis whenever events or changes in circumstances indicate that the carrying amounts may not be recoverable. Among the events or changes in circumstances which could indicate that the carrying value of an asset or asset group may not be recoverable are the following:

a significant decrease in the market price of a long-lived asset;

a significant adverse change in the extent or manner in which an asset is being used or in its physical condition including a significant decrease in current and projected reserve volumes;

a significant adverse change in legal factors or in the business climate that could affect the value, including an adverse action or assessment by a regulator;

an accumulation of project costs significantly in excess of the amount originally expected;

a current-period operating loss combined with a history and forecast of operating or cash flow losses; and

a current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life.

Asset valuation analyses performed as part of its asset management program and other profitability reviews assist the Corporation in assessing whether events or changes in circumstances indicate the carrying amounts of any of its assets may not be recoverable.

In general, the Corporation does not view temporarily low prices or margins as an indication of impairment. Management believes that prices over the long term must be sufficient to generate investments in energy supply to meet global demand. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand fundamentals. On the supply side, industry production from mature fields is declining. This is being offset by investments to generate production from new discoveries, field developments and technology and efficiency advancements. OPEC investment activities and production policies also have an impact on world oil supplies. The demand side is largely a function of general economic activities and levels of prosperity. Because the lifespans of the vast majority of the Corporation's major assets are measured in decades, the value of these assets is predominantly based on long-term views of future commodity prices and production costs. During the lifespan of these major assets, the Corporation expects that oil and gas prices will experience significant volatility, and consequently these assets will experience periods of higher earnings and periods of lower earnings, or even losses.

In assessing whether the events or changes in circumstances indicate the carrying value of an asset may not be recoverable, the Corporation considers recent periods of operating losses in the context of its longer-term view of prices. While near-term prices are subject to wide fluctuations, longer-term price views are more stable and meaningful for purposes of assessing future cash flows.

When the industry experiences a prolonged and deep reduction in commodity prices, the market supply and demand conditions may result in changes to the Corporation's long-term price or margin assumptions it uses for its capital investment decisions. To the extent those changes result in a significant reduction to its long-term oil price, natural gas price or margin ranges, the Corporation may consider that situation, in conjunction with other events or changes in circumstances such as a history of operating losses, an indicator of potential impairment for certain assets.

59

In the Upstream, the standardized measure of discounted cash flows included in the Supplemental Information on Oil and Gas Exploration and Production Activities is required to use prices based on the average of first-of-month prices. These prices represent discrete points in time and could be higher or lower than the Corporation's long-term price assumptions which are used for impairment assessments. The Corporation believes the standardized measure does not provide a reliable estimate of the expected future cash flows to be obtained from the development and production of its oil and gas properties or of the value of its oil and gas reserves and therefore does not consider it relevant in determining whether events or changes in circumstances indicate the need for an impairment assessment.

If events or changes in circumstances indicate that the carrying value of an asset may not be recoverable, the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. In performing this assessment, assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets. Cash flows used in recoverability assessments are based on the Corporation's assumptions which are developed in the annual planning and budgeting process, and are consistent with the criteria management uses to evaluate investment opportunities. These evaluations make use of the Corporation's assumptions of future capital allocations, crude oil and natural gas commodity prices, refining and chemical margins, volumes, costs, and foreign currency exchange rates. Volumes are based on projected field and facility production profiles, throughput, or sales. Where unproved reserves exist, an appropriately risk-adjusted amount of these reserves may be included in the evaluation. Cash flow estimates for impairment testing exclude the effects of derivative instruments.

An asset group is impaired if its estimated undiscounted cash flows are less than the asset's carrying value. Impairments are measured by the amount by which the carrying value exceeds fair value. Fair value is based on market prices if an active market exists for the asset group, or discounted cash flows using a discount rate commensurate with the risk. Significant unproved properties are assessed for impairment individually, and valuation allowances against the capitalized costs are recorded based on the estimated economic chance of success and the length of time that the Corporation expects to hold the properties. Properties that are not individually significant are aggregated by groups and amortized based on development risk and average holding period.

The Corporation has a robust process to monitor for indicators of potential impairment across its asset groups throughout the year. This process is aligned with the requirements of ASC 360 and relies in part on the Corporation's planning and budgeting cycle. In 2018, the Corporation identified a number of situations where events or changes in circumstances indicated that the carrying value of certain long-lived assets, mainly in North America, may not be recoverable. Accordingly, impairment assessments were performed which indicated that certain asset groups assessed have future undiscounted cash flow estimates that do not recover their carrying values. The Corporation's 2018 results include after-tax charges of $0.5 billion to reduce the carrying value of those assets to fair value.

The assessment of fair values required the use of Level 3 inputs and assumptions that are based upon the views of a likely market participant. The principal parameters used to establish fair values included estimates of both proved and unproved reserves, future commodity prices which were consistent with the average of third-party industry experts and government agencies, drilling and development costs, discount rates ranging from 6 percent to 8 percent depending on the characteristics of the asset group, and comparable market transactions. Factors which could put further assets at risk of impairment in the future include reductions in the Corporation's long-term price outlooks, changes in the allocation of capital, and operating cost increases which exceed the pace of efficiencies or the pace of oil and natural gas price increases. However, due to the inherent difficulty in predicting future commodity prices, and the relationship between industry prices and costs, it is not practicable to reasonably estimate the existence or range of any potential future impairment charges related to the Corporation's long-lived assets.

### Asset Retirement Obligations

The Corporation incurs retirement obligations for certain assets. The fair values of these obligations are recorded as liabilities on a discounted basis, which is typically at the time the assets are installed. In the estimation of fair value, the Corporation uses assumptions and judgments regarding such factors as the existence of a legal obligation for an asset retirement obligation; technical assessments of the assets; estimated amounts and timing of settlements; discount rates; and inflation rates. Asset retirement obligations are disclosed in Note 9 to the financial statements.

### Suspended Exploratory Well Costs

The Corporation continues capitalization of exploratory well costs when the well has found a sufficient quantity of reserves to justify its completion as a producing well and the Corporation is making sufficient progress assessing the reserves and the economic and operating viability of the project. Exploratory well costs not meeting these criteria are charged to expense. The facts and circumstances that support continued capitalization of suspended wells at year-end are disclosed in Note 10 to the financial statements.

**Consolidations**

The Consolidated Financial Statements include the accounts of subsidiaries the Corporation controls. They also include the Corporation's share of the undivided interest in certain upstream assets, liabilities, revenues and expenses. Amounts representing the Corporation's interest in entities that it does not control, but over which it exercises significant influence, are accounted for using the equity method of accounting.

Investments in companies that are partially owned by the Corporation are integral to the Corporation's operations. In some cases they serve to balance worldwide risks, and in others they provide the only available means of entry into a particular market or area of interest. The other parties, who also have an equity interest in these companies, are either independent third parties or host governments that share in the business results according to their ownership. The Corporation does not invest in these companies in order to remove liabilities from its balance sheet. In fact, the Corporation has long been on record supporting an alternative accounting method that would require each investor to consolidate its share of all assets and liabilities in these partially-owned companies rather than only its interest in net equity. This method of accounting for investments in partially-owned companies is not permitted by U.S. GAAP except where the investments are in the direct ownership of a share of upstream assets and liabilities. However, for purposes of calculating return on average capital employed, which is not covered by U.S. GAAP standards, the Corporation includes its share of debt of these partially-owned companies in the determination of average capital employed.

**Pension Benefits**

The Corporation and its affiliates sponsor nearly 100 defined benefit (pension) plans in over 40 countries. The Pension and Other Postretirement Benefits footnote (Note 17) provides details on pension obligations, fund assets and pension expense.

Some of these plans (primarily non-U.S.) provide pension benefits that are paid directly by their sponsoring affiliates out of corporate cash flow rather than a separate pension fund because applicable tax rules and regulatory practices do not encourage advance funding. Book reserves are established for these plans. The portion of the pension cost attributable to employee service is expensed as services are rendered. The portion attributable to the increase in pension obligations due to the passage of time is expensed over the term of the obligations, which ends when all benefits are paid. The primary difference in pension expense for unfunded versus funded plans is that pension expense for funded plans also includes a credit for the expected long-term return on fund assets.

For funded plans, including those in the U.S., pension obligations are financed in advance through segregated assets or insurance arrangements. These plans are managed in compliance with the requirements of governmental authorities and meet or exceed required funding levels as measured by relevant actuarial and government standards at the mandated measurement dates. In determining liabilities and required contributions, these standards often require approaches and assumptions that differ from those used for accounting purposes.

The Corporation will continue to make contributions to these funded plans as necessary. All defined-benefit pension obligations, regardless of the funding status of the underlying plans, are fully supported by the financial strength of the Corporation or the respective sponsoring affiliate.

Pension accounting requires explicit assumptions regarding, among others, the long-term expected earnings rate on fund assets, the discount rate for the benefit obligations and the long-term rate for future salary increases. Pension assumptions are reviewed annually by outside actuaries and senior management. These assumptions are adjusted as appropriate to reflect changes in market rates and outlook. The long-term expected earnings rate on U.S. pension plan assets in 2018 was 6 percent. The 10-year and 20-year actual returns on U.S. pension plan assets were 8 percent and 7 percent, respectively. The Corporation establishes the long-term expected rate of return by developing a forward-looking, long-term return assumption for each pension fund asset class, taking into account factors such as the expected real return for the specific asset class and inflation. A single, long-term rate of return is then calculated as the weighted average of the target asset allocation percentages and the long-term return assumption for each asset class. A worldwide reduction of 0.5 percent in the long-term rate of return on assets would increase annual pension expense by approximately $150 million before tax.

Differences between actual returns on fund assets and the long-term expected return are not recognized in pension expense in the year that the difference occurs. Such differences are deferred, along with other actuarial gains and losses, and are amortized into pension expense over the expected remaining service life of employees.

61

Case 3:21-cv-00194-N    Document 118-21    Filed 10/05/23    Page 26 of 33    PageID 2495

**Income and Other Taxes**

The Corporation excludes from the Consolidated Statement of Income certain sales and value-added taxes imposed on and concurrent with revenue-producing transactions with customers and collected on behalf of governmental authorities. Similar taxes, for which the Corporation is not considered to be an agent for the government, are reported on a gross basis (included in both "Sales and other operating revenue" and "Other taxes and duties").

The Corporation accounts for U.S. tax on global intangible low-taxed income as an income tax expense in the period in which it is incurred. We have elected not to adopt an option provided by the Financial Accounting Standards Board Update, *Income Statement – Reporting Comprehensive Income: Reclassification of Certain Tax Effects from Accumulated Other Comprehensive Income.* The option allowed the reclassification from accumulated other comprehensive income to retained earnings for stranded tax effects resulting from the Tax Cuts and Jobs Act.

**Derivative Instruments**

The Corporation may use derivative instruments for trading purposes and to offset exposures associated with commodity prices, foreign currency exchange rates and interest rates that arise from existing assets, liabilities and forecasted transactions. All derivative instruments are recorded at fair value. Derivative assets and liabilities with the same counterparty are netted if the right of offset exists and certain other criteria are met. Collateral payables or receivables are netted against derivative assets and derivative liabilities, respectively.

Recognition and classification of the gain or loss that results from adjusting a derivative to fair value depends on the purpose for the derivative. All gains and losses from derivative instruments for which the Corporation does not apply hedge accounting are immediately recognized in earnings. We may designate derivatives as fair value or cash flow hedges. For fair value hedges, the gain or loss from derivative instruments and the offsetting gain or loss from the hedged item are recognized in earnings. For cash flow hedges, the effective portion of the gain or loss from the derivative instrument is initially reported as a component of other comprehensive income and subsequently reclassified into earnings in the period that the forecasted transaction affects earnings, and the ineffective portion of the gain or loss from the derivative instrument is recognized immediately in earnings.

**Fair Value**

Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants. Hierarchy Levels 1, 2 and 3 are terms for the priority of inputs to valuation techniques used to measure fair value. Hierarchy Level 1 inputs are quoted prices in active markets for identical assets or liabilities. Hierarchy Level 2 inputs are inputs other than quoted prices included within Level 1 that are directly or indirectly observable for the asset or liability. Hierarchy Level 3 inputs are inputs that are not observable in the market.

**Inventories**

Crude oil, products and merchandise inventories are carried at the lower of current market value or cost (generally determined under the last-in, first-out method – LIFO). Inventory costs include expenditures and other charges (including depreciation) directly and indirectly incurred in bringing the inventory to its existing condition and location. Selling expenses and general and administrative expenses are reported as period costs and excluded from inventory cost. Inventories of materials and supplies are valued at cost or less.

**Property, Plant and Equipment**

**Cost Basis.** The Corporation uses the "successful efforts" method to account for its exploration and production activities. Under this method, costs are accumulated on a field-by-field basis. Costs incurred to purchase, lease, or otherwise acquire a property (whether unproved or proved) are capitalized when incurred. Exploratory well costs are carried as an asset when the well has found a sufficient quantity of reserves to justify its completion as a producing well and where the Corporation is making sufficient progress assessing the reserves and the economic and operating viability of the project. Exploratory well costs not meeting these criteria are charged to expense. Other exploratory expenditures, including geophysical costs and annual lease rentals, are expensed as incurred. Development costs, including costs of productive wells and development dry holes, are capitalized.

**Depreciation, Depletion and Amortization.** Depreciation, depletion and amortization are primarily determined under either the unit-of-production method or the straight-line method, which is based on estimated asset service life taking obsolescence into consideration.

72

Case 3:21-cv-00194-N    Document 118-21    Filed 10/05/23    Page 27 of 33    PageID 2496

Acquisition costs of proved properties are amortized using a unit-of-production method, computed on the basis of total proved oil and gas reserves. Capitalized exploratory drilling and development costs associated with productive depletable extractive properties are amortized using the unit-of-production rates based on the amount of proved developed reserves of oil and gas that are estimated to be recoverable from existing facilities using current operating methods. Under the unit-of-production method, oil and gas volumes are considered produced once they have been measured through meters at custody transfer or sales transaction points at the outlet valve on the lease or field storage tank. In the event that the unit-of-production method does not result in an equitable allocation of cost over the economic life of an upstream asset, an alternative method is used. The straight-line method is used in limited situations where the expected life of the asset does not reasonably correlate with that of the underlying reserves. For example, certain assets used in the production of oil and natural gas have a shorter life than the reserves, and as such, the Corporation uses straight-line depreciation to ensure the asset is fully depreciated by the end of its useful life.

To the extent that proved reserves for a property are substantially de-booked and that property continues to produce such that the resulting depreciation charge does not result in an equitable allocation of cost over the expected life, assets will be depreciated using a unit-of-production method based on reserves determined at the most recent SEC price which results in a more meaningful quantity of proved reserves, appropriately adjusted for production and technical changes.

Investments in refinery, chemical process, and lubes basestock manufacturing equipment are generally depreciated on a straight-line basis over a 25-year life. Service station buildings and fixed improvements generally are depreciated over a 20-year life. Maintenance and repairs, including planned major maintenance, are expensed as incurred. Major renewals and improvements are capitalized and the assets replaced are retired.

**Impairment Assessment.** The Corporation tests assets or groups of assets for recoverability on an ongoing basis whenever events or changes in circumstances indicate that the carrying amounts may not be recoverable. Among the events or changes in circumstances which could indicate that the carrying value of an asset or asset group may not be recoverable are the following:

a significant decrease in the market price of a long-lived asset;

a significant adverse change in the extent or manner in which an asset is being used or in its physical condition including a significant decrease in current and projected reserve volumes;

a significant adverse change in legal factors or in the business climate that could affect the value, including an adverse action or assessment by a regulator;

an accumulation of project costs significantly in excess of the amount originally expected;

a current-period operating loss combined with a history and forecast of operating or cash flow losses; and

a current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life.

Asset valuation analyses performed as part of its asset management program and other profitability reviews assist the Corporation in assessing whether events or changes in circumstances indicate the carrying amounts of any of its assets may not be recoverable.

In general, the Corporation does not view temporarily low prices or margins as an indication of impairment. Management believes that prices over the long term must be sufficient to generate investments in energy supply to meet global demand. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand fundamentals. On the supply side, industry production from mature fields is declining. This is being offset by investments to generate production from new discoveries, field developments and technology and efficiency advancements. OPEC investment activities and production policies also have an impact on world oil supplies. The demand side is largely a function of general economic activities and levels of prosperity. Because the lifespans of the vast majority of the Corporation's major assets are measured in decades, the value of these assets is predominantly based on long-term views of future commodity prices and production costs. During the lifespan of these major assets, the Corporation expects that oil and gas prices will experience significant volatility, and consequently these assets will experience periods of higher earnings and periods of lower earnings, or even losses. In assessing whether the events or changes in circumstances indicate the carrying value of an asset may not be recoverable, the Corporation considers recent periods of operating losses in the context of its longer-term view of prices. While near-term prices are subject to wide fluctuations, longer-term price views are more stable and meaningful for purposes of assessing future cash flows.

When the industry experiences a prolonged and deep reduction in commodity prices, the market supply and demand conditions may result in changes to the Corporation's long-term price or margin assumptions it uses for its capital investment decisions. To the extent those changes result in a significant reduction to its long-term oil price, natural gas price or margin ranges, the Corporation may consider that situation, in conjunction with other events or changes in circumstances such as a history of operating losses, an indicator of potential impairment for certain assets.

73

Case 3:21-cv-00194-N   Document 118-21    Filed 10/05/23    Page 28 of 33    PageID 2497

In the Upstream, the standardized measure of discounted cash flows included in the Supplemental Information on Oil and Gas Exploration and Production activities is required to use prices based on the average of first-of-month prices. These prices represent discrete points in time and could be higher or lower than the Corporation's long-term price assumptions which are used for impairment assessments. The Corporation believes the standardized measure does not provide a reliable estimate of the expected future cash flows to be obtained from the development and production of its oil and gas properties or of the value of its oil and gas reserves and therefore does not consider it relevant in determining whether events or changes in circumstances indicate the need for an impairment assessment.

If events or changes in circumstances indicate that the carrying value of an asset may not be recoverable, the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. In performing this assessment, assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets. Cash flows used in recoverability assessments are based on the Corporation's assumptions which are developed in the annual planning and budgeting process, and are consistent with the criteria management uses to evaluate investment opportunities. These evaluations make use of the Corporation's assumptions of future capital allocations, crude oil and natural gas commodity prices, refining and chemical margins, volumes, costs, and foreign currency exchange rates. Volumes are based on projected field and facility production profiles, throughput, or sales. Where unproved reserves exist, an appropriately risk-adjusted amount of these reserves may be included in the evaluation. Cash flow estimates for impairment testing exclude the effects of derivative instruments.

An asset group is impaired if its estimated undiscounted cash flows are less than the asset's carrying value. Impairments are measured by the amount by which the carrying value exceeds fair value. Fair value is based on market prices if an active market exists for the asset group, or discounted cash flows using a discount rate commensurate with the risk. Significant unproved properties are assessed for impairment individually, and valuation allowances against the capitalized costs are recorded based on the estimated economic chance of success and the length of time that the Corporation expects to hold the properties. Properties that are not individually significant are aggregated by groups and amortized based on development risk and average holding period.

**Other.** Gains on sales of proved and unproved properties are only recognized when there is neither uncertainty about the recovery of costs applicable to any interest retained nor any substantial obligation for future performance by the Corporation. Losses on properties sold are recognized when incurred or when the properties are held for sale and the fair value of the properties is less than the carrying value.

Interest costs incurred to finance expenditures during the construction phase of multiyear projects are capitalized as part of the historical cost of acquiring the constructed assets. The project construction phase commences with the development of the detailed engineering design and ends when the constructed assets are ready for their intended use. Capitalized interest costs are included in property, plant and equipment and are depreciated over the service life of the related assets.

### Asset Retirement Obligations and Environmental Liabilities

The Corporation incurs retirement obligations for certain assets. The fair values of these obligations are recorded as liabilities on a discounted basis, which is typically at the time the assets are installed. The costs associated with these liabilities are capitalized as part of the related assets and depreciated. Over time, the liabilities are accreted for the change in their present value.

Liabilities for environmental costs are recorded when it is probable that obligations have been incurred and the amounts can be reasonably estimated. These liabilities are not reduced by possible recoveries from third parties, and projected cash expenditures are not discounted.

### Foreign Currency Translation

The Corporation selects the functional reporting currency for its international subsidiaries based on the currency of the primary economic environment in which each subsidiary operates.

Downstream and Chemical operations primarily use the local currency. However, the U.S. dollar is used in countries with a history of high inflation (primarily in Latin America) and Singapore, which predominantly sells into the U.S. dollar export market. Upstream operations which are relatively self-contained and integrated within a particular country, such as Canada, the United Kingdom, Norway and continental Europe, use the local currency. Some Upstream operations, primarily in Asia and Africa, use the U.S. dollar because they predominantly sell crude and natural gas production into U.S. dollar-denominated markets.

For all operations, gains or losses from remeasuring foreign currency transactions into the functional currency are included in income.

Case 3:21-cv-00194-N    Document 118-21    Filed 10/05/23    Page 29 of 33    PageID 2498

**2. Accounting Changes**

Effective January 1, 2018, ExxonMobil adopted the Financial Accounting Standards Board's Standard, *Revenue from Contracts with Customers (Topic 606)*, as amended. The standard establishes a single revenue recognition model for all contracts with customers, eliminates industry and transaction specific requirements, and expands disclosure requirements. The standard was adopted using the Modified Retrospective method, under which prior year results are not restated, but supplemental information is provided for any material impacts of the standard on 2018 results. The adoption of the standard did not have a material impact on any of the lines reported in the Corporation's financial statements. The cumulative effect of adoption of the standard was de minimis. The Corporation did not elect any practical expedients that require disclosure.

Effective January 1, 2018, ExxonMobil adopted the Financial Accounting Standards Board's Update, *Financial Instruments – Overall (Subtopic 825-10): Recognition and Measurement of Financial Assets and Financial Liabilities*. The standard requires investments in equity securities other than consolidated subsidiaries and equity method investments to be measured at fair value with changes in the fair value recognized through net income. The Corporation elected a modified approach for equity securities that do not have a readily determinable fair value. This modified approach measures investments at cost minus impairment, if any, plus or minus changes resulting from observable price changes in orderly transactions for the identical or a similar investment of the same issuer. The cumulative effect adjustment related to the adoption of this standard increased opening 2018 retained earnings $47 million.

Effective January 1, 2018, ExxonMobil adopted the Financial Accounting Standards Board's Update, *Compensation – Retirement Benefits (Topic 715): Improving the Presentation of Net Periodic Pension Cost and Net Periodic Postretirement Benefit Cost*. The update requires separate presentation of the service cost component from other components of net benefit costs. The other components are reported in a new line on the Corporation's Statement of Income, "Non-service pension and postretirement benefit expense". The Corporation elected to use the practical expedient which uses the amounts disclosed in the pension and other postretirement benefit plan note for the prior comparative periods as the estimation basis for applying the retrospective presentation requirements, as it is impracticable to determine the amounts capitalized in those periods. Beginning in 2018, the other components of net benefit costs are included in the Corporate and financing segment. The estimated after-tax impact from the change in segmentation is an increase in Corporate and financing expenses of about $450 million for 2018. The increase in the Corporate and financing expenses is offset by lower expenses across the operating segments. Additionally, only the service cost component of net benefit costs is eligible for capitalization in situations where it is otherwise appropriate to capitalize employee costs in connection with the construction or production of an asset.

The impact of the retrospective presentation change on ExxonMobil's Consolidated Statement of Income for 2017 and 2016 is shown below.

| | 2017 | | | 2016 | | |
|---|---|---|---|---|---|---|
| | As Reported | Change | As Adjusted | As Reported | Change | As Adjusted |
| | *(millions of dollars)* | | | | | |
| Production and manufacturing expenses | 34,128 | (1,438) | 32,690 | 31,927 | (1,479) | 30,448 |
| Selling, general and administrative expenses | 10,956 | (307) | 10,649 | 10,799 | (356) | 10,443 |
| Non-service pension and postretirement benefit expense | - | 1,745 | 1,745 | - | 1,835 | 1,835 |

**Natural Gas and Oil-Equivalent Proved Reserves**

| | United States | Canada/ Other Americas | Europe | Africa | Asia | Australia/ Oceania | Total | Oil-Equivalent Total All Products (1) |
|---|---|---|---|---|---|---|---|---|
| | | | | *(billions of cubic feet)* | | | | *(millions of oil-equivalent barrels)* |
| **Net proved developed and undeveloped reserves of consolidated subsidiaries** | | | | | | | | |
| January 1, 2016 | 19,380 | 1,127 | 1,956 | 793 | 5,329 | 7,041 | 35,626 | 18,892 |
| Revisions | (1,630) | (102) | 126 | 21 | (16) | 658 | (943) | (3,980) |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | 148 | - | - | - | - | - | 148 | 135 |
| Sales | (45) | (12) | (2) | - | - | - | (59) | (38) |
| Extensions/discoveries | 1,156 | 34 | 6 | - | - | - | 1,196 | 453 |
| Production | (1,223) | (107) | (427) | (43) | (392) | (342) | (2,534) | (1,153) |
| December 31, 2016 | 17,786 | 940 | 1,659 | 771 | 4,921 | 7,357 | 33,434 | 14,309 |
| *Attributable to noncontrolling interests* | | *150* | | | | | | |
| **Proportional interest in proved reserves of equity companies** | | | | | | | | |
| January 1, 2016 | 220 | - | 7,903 | - | 16,461 | - | 24,584 | 5,867 |
| Revisions | 4 | - | 114 | - | (183) | - | (65) | 171 |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | - | - | - | - | - | - | - | - |
| Sales | - | - | - | - | - | - | - | - |
| Extensions/discoveries | - | - | 5 | - | - | - | 5 | 1 |
| Production | (13) | - | (398) | - | (1,044) | - | (1,455) | (374) |
| December 31, 2016 | 211 | - | 7,624 | - | 15,234 | - | 23,069 | 5,665 |
| Total proved reserves at December 31, 2016 | 17,997 | 940 | 9,283 | 771 | 20,155 | 7,357 | 56,503 | 19,974 |
| **Net proved developed and undeveloped reserves of consolidated subsidiaries** | | | | | | | | |
| January 1, 2017 | 17,786 | 940 | 1,659 | 771 | 4,921 | 7,357 | 33,434 | 14,309 |
| Revisions | 649 | 206 | 134 | (135) | (214) | 33 | 673 | 1,063 |
| Improved recovery | - | 1 | - | - | - | - | 1 | 8 |
| Purchases | 982 | 56 | - | - | - | - | 1,038 | 771 |
| Sales | (172) | (1) | (17) | - | - | - | (190) | (87) |
| Extensions/discoveries | 956 | 269 | - | - | 13 | - | 1,238 | 970 |
| Production | (1,168) | (99) | (408) | (41) | (380) | (496) | (2,592) | (1,131) |
| December 31, 2017 | 19,033 | 1,372 | 1,368 | 595 | 4,340 | 6,894 | 33,602 | 15,903 |
| *Attributable to noncontrolling interests* | | *195* | | | | | | |
| **Proportional interest in proved reserves of equity companies** | | | | | | | | |
| January 1, 2017 | 211 | - | 7,624 | - | 15,234 | - | 23,069 | 5,665 |
| Revisions | 25 | - | (1,129) | - | 86 | - | (1,018) | (138) |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | - | - | - | 914 | - | - | 914 | 158 |
| Sales | - | - | - | - | - | - | - | - |
| Extensions/discoveries | - | - | - | - | - | - | - | - |
| Production | (13) | - | (331) | - | (1,072) | - | (1,416) | (367) |
| December 31, 2017 | 223 | - | 6,164 | 914 | 14,248 | - | 21,549 | 5,318 |
| Total proved reserves at December 31, 2017 | 19,256 | 1,372 | 7,532 | 1,509 | 18,588 | 6,894 | 55,151 | 21,221 |

*(1)  Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels.*

**Natural Gas and Oil-Equivalent Proved Reserves (continued)**

|  | Natural Gas | | | | | | | Oil-Equivalent Total All Products (1) |
|  | United States | Canada/ Other Americas | Europe | Africa | Asia | Australia/ Oceania | Total | |
|---|---|---|---|---|---|---|---|---|
|  | *(billions of cubic feet)* | | | | | | | *(millions of oil-equivalent barrels)* |
| **Net proved developed and undeveloped reserves of consolidated subsidiaries** | | | | | | | | |
| January 1, 2018 | 19,033 | 1,372 | 1,368 | 595 | 4,340 | 6,894 | 33,602 | 15,903 |
| Revisions | (98) | (29) | 306 | 38 | (147) | 1,065 | 1,135 | 3,626 |
| Improved recovery | - | - | - | - | - | - | - | 36 |
| Purchases | 104 | - | - | - | - | - | 104 | 27 |
| Sales | (264) | (3) | (4) | - | - | - | (271) | (71) |
| Extensions/discoveries | 3,658 | 506 | 3 | - | 1 | 7 | 4,175 | 1,654 |
| Production | (1,030) | (102) | (361) | (45) | (353) | (504) | (2,395) | (1,097) |
| December 31, 2018 | 21,403 | 1,744 | 1,312 | 588 | 3,841 | 7,462 | 36,350 | 20,078 |
| *Attributable to noncontrolling interests* | | *334* | | | | | | |
| **Proportional interest in proved reserves of equity companies** | | | | | | | | |
| January 1, 2018 | 223 | - | 6,164 | 914 | 14,248 | - | 21,549 | 5,318 |
| Revisions | 12 | - | (4,801) | (51) | 102 | - | (4,738) | (753) |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | - | - | - | - | - | - | - | - |
| Sales | - | - | (38) | - | - | - | (38) | (6) |
| Extensions/discoveries | 2 | - | - | - | - | - | 2 | 1 |
| Production | (12) | - | (268) | - | (1,029) | - | (1,309) | (345) |
| December 31, 2018 | 225 | - | 1,057 | 863 | 13,321 | - | 15,466 | 4,215 |
| Total proved reserves at December 31, 2018 | 21,628 | 1,744 | 2,369 | 1,451 | 17,162 | 7,462 | 51,816 | 24,293 |

*(1)  Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels.*

116

**Natural Gas and Oil-Equivalent Proved Reserves (continued)**

| | Natural Gas | | | | | | | Oil-Equivalent Total All Products (1) |
|---|---|---|---|---|---|---|---|---|
| | United States | Canada/ Other Americas | Europe | Africa | Asia | Australia/ Oceania | Total | |
| | *(billions of cubic feet)* | | | | | | | *(millions of oil-equivalent barrels)* |
| **Proved developed reserves, as of December 31, 2016** | | | | | | | | |
| Consolidated subsidiaries | 11,927 | 478 | 1,473 | 728 | 4,532 | 3,071 | 22,209 | 9,079 |
| Equity companies | 144 | - | 5,804 | - | 14,067 | - | 20,015 | 4,671 |
| **Proved undeveloped reserves, as of December 31, 2016** | | | | | | | | |
| Consolidated subsidiaries | 5,859 | 462 | 186 | 43 | 389 | 4,286 | 11,225 | 5,230 |
| Equity companies | 67 | - | 1,820 | - | 1,167 | - | 3,054 | 994 |
| **Total proved reserves at December 31, 2016** | 17,997 | 940 | 9,283 | 771 | 20,155 | 7,357 | 56,503 | 19,974 |
| **Proved developed reserves, as of December 31, 2017** | | | | | | | | |
| Consolidated subsidiaries | 12,649 | 512 | 1,231 | 584 | 4,030 | 4,420 | 23,426 | 9,724 |
| Equity companies | 154 | - | 4,899 | - | 12,898 | - | 17,951 | 4,232 |
| **Proved undeveloped reserves, as of December 31, 2017** | | | | | | | | |
| Consolidated subsidiaries | 6,384 | 860 | 137 | 11 | 310 | 2,474 | 10,176 | 6,179 |
| Equity companies | 69 | - | 1,265 | 914 | 1,350 | - | 3,598 | 1,086 |
| **Total proved reserves at December 31, 2017** | 19,256 | 1,372 | 7,532 | 1,509 | 18,588 | 6,894 | 55,151 | 21,221 |
| **Proved developed reserves, as of December 31, 2018** | | | | | | | | |
| Consolidated subsidiaries | 12,538 | 605 | 1,116 | 581 | 3,618 | 4,336 | 22,794 | 13,098 |
| Equity companies | 152 | - | 988 | - | 11,951 | - | 13,091 | 3,324 |
| **Proved undeveloped reserves, as of December 31, 2018** | | | | | | | | |
| Consolidated subsidiaries | 8,865 | 1,139 | 196 | 7 | 223 | 3,126 | 13,556 | 6,980 |
| Equity companies | 73 | - | 69 | 863 | 1,370 | - | 2,375 | 891 |
| **Total proved reserves at December 31, 2018** | 21,628 | 1,744 | 2,369 | 1,451 | 17,162 | 7,462 | 51,816 | 24,293 |

*(1) Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels.*

117

**Standardized Measure of Discounted Future Cash Flows**

As required by the Financial Accounting Standards Board, the standardized measure of discounted future net cash flows is computed by applying first-day-of-the-month average prices, year-end costs and legislated tax rates and a discount factor of 10 percent to net proved reserves. The standardized measure includes costs for future dismantlement, abandonment and rehabilitation obligations. The Corporation believes the standardized measure does not provide a reliable estimate of the Corporation's expected future cash flows to be obtained from the development and production of its oil and gas properties or of the value of its proved oil and gas reserves. The standardized measure is prepared on the basis of certain prescribed assumptions including first-day-of-the-month average prices, which represent discrete points in time and therefore may cause significant variability in cash flows from year to year as prices change.

| Standardized Measure of Discounted Future Cash Flows | United States | Canada/ Other Americas *(1)* | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| | *(millions of dollars)* | | | | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| As of December 31, 2016 | | | | | | | |
| Future cash inflows from sales of oil and gas | 118,283 | 50,243 | 15,487 | 40,734 | 118,997 | 28,877 | 372,621 |
| Future production costs | 65,585 | 29,798 | 5,362 | 14,447 | 38,727 | 7,643 | 161,562 |
| Future development costs | 31,744 | 11,735 | 9,235 | 8,833 | 13,088 | 8,177 | 82,812 |
| Future income tax expenses | 2,223 | 1,052 | 178 | 8,025 | 44,641 | 2,316 | 58,435 |
| Future net cash flows | 18,731 | 7,658 | 712 | 9,429 | 22,541 | 10,741 | 69,812 |
| Effect of discounting net cash flows at 10% | 11,039 | 3,443 | (1,014) | 2,790 | 12,848 | 5,556 | 34,662 |
| Discounted future net cash flows | 7,692 | 4,215 | 1,726 | 6,639 | 9,693 | 5,185 | 35,150 |
| | | | | | | | |
| **Equity Companies** | | | | | | | |
| As of December 31, 2016 | | | | | | | |
| Future cash inflows from sales of oil and gas | 9,551 | - | 32,121 | - | 104,700 | - | 146,372 |
| Future production costs | 5,289 | - | 21,342 | - | 41,563 | - | 68,194 |
| Future development costs | 2,948 | - | 2,048 | - | 12,656 | - | 17,652 |
| Future income tax expenses | - | - | 2,206 | - | 16,622 | - | 18,828 |
| Future net cash flows | 1,314 | - | 6,525 | - | 33,859 | - | 41,698 |
| Effect of discounting net cash flows at 10% | 393 | - | 4,158 | - | 18,946 | - | 23,497 |
| Discounted future net cash flows | 921 | - | 2,367 | - | 14,913 | - | 18,201 |
| | | | | | | | |
| Total consolidated and equity interests in standardized measure of discounted future net cash flows | 8,613 | 4,215 | 4,093 | 6,639 | 24,606 | 5,185 | 53,351 |

*(1)  Includes discounted future net cash flows attributable to noncontrolling interests in ExxonMobil consolidated subsidiaries of $706 million in 2016.*