# EXHIBIT 24

Case 3:21-cv-00194-N    Document 118-24    Filed 10/05/23    Page 2 of 4    PageID 2514



# 2020
# INVESTOR DAY
New York Stock Exchange | 03.05.20

ExxonMobil

# CAUTIONARY STATEMENT

**FORWARD-LOOKING STATEMENTS.** Outlooks, projections, goals, estimates, discussions of potential, descriptions of business plans, drilling plans and strategies, growth and capital plans, resource potential, market expectations, energy market evolution, time for technology adoption, and other statements of future events or conditions in this presentation or the subsequent discussion period are forward-looking statements. Actual future results, including future earnings, cash flows, returns, margins, asset sales and related proceeds, and other areas of financial and operating performance; demand growth and energy mix; ExxonMobil's production growth, volumes, development and mix; the amount and mix of capital expenditures; future distributions; proved reserves and other resource volumes; reserve and resource additions and recoveries; asset carrying values and future impairments; business and project plans, completion dates, timing, costs, and capacities; efficiency gains; operating costs and cost savings; integration benefits; product sales and mix; production rates and capacities; and the impact of technology, including to increase capital efficiency and production and to reduce greenhouse gas emissions, could differ materially due to a number of factors. These include global and regional changes in the demand, supply, prices, differentials or other market conditions affecting oil, gas, petroleum, petrochemicals and feedstocks; financing sources; population growth and global economic growth; reservoir performance and depletion rates; the outcome of exploration projects and the timely completion of development and construction projects; regional differences in product concentration and demand; war, trade agreements, shipping blockades or harassment and other political, public health or security concerns; changes in law, taxes or regulation, including environmental regulations, taxes, and political sanctions and international treaties; the timely granting of government permits; the resolution of contingencies and uncertain tax positions; the impact of fiscal and commercial terms and the outcome of commercial negotiations; opportunities for regulatory approval of potential investments or divestments; the actions of competitors and customers; the capture of efficiencies between business lines; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; unforeseen technical or operating difficulties; the ability to bring new technologies to commercial scale on a cost-competitive basis, including large-scale hydraulic fracturing projects; and other factors discussed here, in *Item 1A. Risk Factors* in our Form 10-K for the year ended December 31, 2019 and under the heading "Factors Affecting Future Results" in the *Investors* section of our website at *www.exxonmobil.com*. The forward-looking statements and dates used in this presentation are based on management's good faith plans and objectives as of the March 5, 2020 date of this presentation, unless otherwise stated. We assume no duty to update these statements as of any future date and neither future distribution of this material nor the continued availability of this material in archive form on our website should be deemed to constitute an update or re-affirmation of these figures as of any future date. Any future update of these figures will be provided only through a public disclosure indicating that fact.

**SUPPLEMENTAL INFORMATION.** See the Supplemental Information included on pages 157 through 162 of this presentation for additional important information required by Regulation G for non-GAAP measures as well as definitions of terms used in the materials, including earnings excluding effects of U.S. tax reform enactment and impairments, return on average capital employed (ROCE), operating costs, returns, unit cash operating costs, base asset cash, net cash margin, free cash flow, and resources.  Supplemental Information also includes information on the assumptions used in these materials, including assumptions on future crude oil prices and product margins used to develop outlooks regarding future potential outcomes of current management plans .

# AGENDA

| 8:00 | Welcome | Neil Hansen | Vice President |
|---|---|---|---|
| | Overview | Darren Woods | Chairman and CEO |
| | Upstream | Neil Chapman | Senior Vice President |
| | Downstream | Jack Williams | Senior Vice President |
| ~9:45 | Break | | |
| | Chemical and Global Projects | Jack Williams | Senior Vice President |
| | Technology, Investment and financial plan | Andrew Swiger | Senior Vice President |
| | Closing | Darren Woods | Chairman and CEO |
| ~11:15 | Open discussion | Management Committee | |
| ~12:00 | Lunch | Management Committee | |
| 1:00 | Adjourn | | |