# EXHIBIT 25



# FOURTH QUARTER 2019
# RESULTS
1.31.20

**NEIL HANSEN**
**VICE PRESIDENT, INVESTOR RELATIONS AND SECRETARY**

ExxonMobil

# CAUTIONARY STATEMENT

- Statements of future events or conditions in this presentation or the subsequent discussion period are forward-looking statements.  Actual future results, including financial and operating performance; demand growth and mix; ExxonMobil's volume/production growth and mix; the amount and mix of capital expenditures; resource recoveries; production rates; rates of return; development costs; project plans, timing, costs, and capacities; drilling programs and efficiency improvements; product sales and mix; dividend and share purchase levels; cash and debt balances; corporate and financing expenses; and the impact of technology, including impacts on capital efficiency, production and greenhouse gas emissions, could differ materially due to a number of factors including global or regional changes in oil, gas, petrochemicals, or feedstock prices, differentials, or other market or economic conditions affecting the oil, gas, and petrochemical industries and the demand for our products; reservoir performance; the outcome and timing of exploration and development projects; timely completion of construction projects; war and other political, public health, or security disturbances, including shipping blockades or harassment; changes in law or government regulation, including trade, sanctions, tax and environmental regulations; the outcome of commercial negotiations; the impact of commercial terms; opportunities for and regulatory approval of investments or divestments that may arise; the actions of competitors and customers; the outcome of future research efforts; unexpected technological developments and the ability to bring new technology to commercial scale on a cost-competitive basis, including large-scale hydraulic fracturing projects; unforeseen technical difficulties; and other factors discussed here and under the heading "Factors Affecting Future Results" in the Investors section of our web site at exxonmobil.com.  Any forward-looking statements regarding future earnings, cash flows, returns, volumes, new projects, divestments, or market strategies are as of the March 6, 2019 Investor Day except as specifically updated on this webcast.  All forward-looking statements are based on management's knowledge and reasonable expectations and we assume no duty to update these statements as of any future date.

- Forward-looking statements in this release regarding future earnings, cash flows, returns, project returns, volumes, new projects, divestments, market strategies, plans, or key milestones refer to plans outlined at ExxonMobil's Investor Day held on March 6, 2019, except for our 2020 perspectives on page 21. The growth figures presented at that meeting are not forecasts of actual future results but were intended to help quantify future potential and goals of management plans and initiatives. See the complete March 6, 2019 presentation available in archive form (including the Cautionary Statement and Supplemental Information included with that presentation) on the Investors page of our website at www.exxonmobil.com for more detailed information. That material includes a description of the assumptions underlying these potential growth estimates including a flat real oil price of $60 Brent per barrel (which is not intended to be a forecast of future prices), downstream and chemical margins consistent with 2017 levels, and future gas prices consistent with our internal company plans, as well as a reconciliation of adjusted 2018 earnings used as a baseline.

- Reconciliations and definitions of non-GAAP measures and other terms including Cash Flow from Operations and Asset Sales; Cash Flow from Operations and Asset Sales excluding Working Capital; Free Cash Flow; Leverage; Project Returns; and Divestments are provided in the supplemental information accompanying these slides.

2

# FOURTH QUARTER 2019 KEY MESSAGES

| FINANCIAL SUMMARY | 4Q19 | 3Q19 | 2019 |
|---|---|---|---|
| Earnings | 5.7 | 3.2 | 14.3 |
| Earnings per share ($/share) | 1.33 | 0.75 | 3.36 |
| Cash Flow from Operations and Asset Sales | 9.4 | 9.5 | 33.4 |
| Cash Flow from Operations and Asset Sales excluding Working Capital | 11.1 | 8.0 | 32.5 |
| CAPEX | 8.5 | 7.7 | 31.1 |
| PP&E Adds / Investments & Advances[1] | 7.4 | 6.6 | 26.8 |
| Free Cash Flow | 2.1 | 2.9 | 6.6 |

*Billions of dollars unless specified otherwise*

- Earnings and cash flow in line with commodity market factors previously communicated
  - Liquids realizations essentially flat, while refining and chemical margins weakened significantly
  - Natural gas prices and basestock margins improved, but remained challenged by short-term market imbalances
  - Positive $0.92 earnings per share from Norway divestment and one-time tax item
- Full-year CAPEX impacted by better-than-expected project pace
  - Liza Phase 1
  - Beaumont light-crude expansion
  - Baton Rouge polypropylene

[1] See Supplemental Information

# GUYANA **UPDATE**

| | 2015/16 | 2017 | 2018 | 2019 |
|---|---|---|---|---|
| Gross resource (Boeb) | 1 | 3 | 5 | >8 |
| Discoveries | Liza, Liza Deep | Payara, Snoek, Turbot | Ranger, Pacora, Longtail, Pluma, Hammerhead | Haimara, Tilapia, Yellowtail, Tripletail, Mako |



- Recoverable resource increased to >8 Boeb

- Mako-1 marked fifth discovery of 2019, Uaru-1 first of 2020

- 16 of 18 exploration wells successful

- Considerable undrilled potential remains

- Fourth drillship in place, adding fifth in 2Q20
  - Planning for additional five exploration wells in 2020, including Canje and Kaieteur
  - Progressing development and appraisal drilling

19

# UNCONVENTIONAL BUSINESS UPDATE

**PERMIAN AND BAKKEN PRODUCTION[1]**

Koebd net



- Permian volume growth on schedule
  - 4Q19 production of 294 Koebd; 2019 production of 272 Koebd
  - Increase of 54% from 4Q18, 79% from 2018

- Development driving continuous improvement across key metrics

- Processing and takeaway capacity build-out progressing on plan

[1]See Supplemental Information

20

# 2020 **PERSPECTIVES**

Case 3:21-cv-00194-N    Document 118-25    Filed 10/05/23    Page 7 of 9    PageID 2523

**UPSTREAM**

Progress Guyana Liza Phase 1 ramp-up, Liza Phase 2 construction, and five additional exploration wells

Start up first large-scale Permian central delivery point and full cube development

Anticipate FID for next phases of Guyana and Brazil developments

Significant exploration activity in Brazil through 2021

**DOWNSTREAM**

Leverage recent project start-ups to capture higher-value product margins

Increase refinery utilization following heavy scheduled maintenance in 2019

**CHEMICAL**

Maximize value from recent project start-ups

Continue to grow sales of performance products

**CORPORATE**

Efficiently deploy capital on advantaged projects

Drive further efficiencies across the corporation

Progress divestment program

Effective management of financial capacity

21

# SUPPLEMENTAL INFORMATION

**Slide 3**
1) Includes PP&E Adds of ($6.7B) and net investments/advances of ($0.7B)

**Slide 7**
1) Source: S&P Global Platts
2) Source: ICE.  Equal weighting of Henry Hub and NBP.
3) Source: S&P Global Platts. Equal weighting of U.S. Gulf Coast  (Maya – Coking), Northwest Europe (Brent – Catalytic Cracking), Singapore (Dubai – Catalytic Cracking)
4) Source: IHS Markit, Platts, and company estimates. Weighting of polyethylene, polypropylene, and paraxylene based on EM capacity.

**Slide 9**
1) Source:  Argus.  Monthly prices.
2) Source:  S&P Global Platts, company estimates

**Slide 10**
1) Source: Thompson Reuters Eikon, company estimates

**Slide 11**
1) Source: IHS Markit, Platts, ICIS, company estimates.  Asia Pacific Industry PE margin.
2) Source: IHS Markit, Platts, ICIS, company estimates

**Slide 12**
1) Includes PP&E Adds of ($6.7B) and net investments/advances of ($0.7B)

**Slide 16**
1) Source: IEA, company estimates
2) Source: IEA, McKinsey, company estimates
3) Source: ESAI Energy, company estimates
4) Source: IHS Markit, company estimates
5) See definition of project returns on the next slide

**Slide 17**
1) Company estimates based on third party data.  2019 margins.

**Slide 18**
1) Source:  company estimates where available, WoodMac and IHS for all other items. Comparable deepwater FPSOs in Angola.

**Slide 20**
1) Potential production as communicated at 2019 Investor Day; Permian includes Midlands and Delaware basins

**Slide 22**
1) Total capitalization defined as "net debt + market capitalization"
2) Leverage defined as "net debt/total capitalization"
3) Source: Bloomberg. Values as of end of 3Q19. Sample of "Aaa" and "Aa" rated corporates (Moody's). Average of XOM, JNJ, WMT, PG, CVX, RDS, CL, V, COST, AAPL, GOOG, MSFT, TM, BRK/A, and ADP. Companies with negative net debt noted to have 0% leverage.
4) Source: Bloomberg. Values as of end of 3Q19.  Average of CVX, RDS, BP, and TOT.
5) Source: Bloomberg. Values as of end of 3Q19. As represented by the Energy Select Sector SPDR Fund (XLE).

**Slide 25**
1) Earnings excluding identified items are earnings excluding significant (≥ $250 million) non-operational events.  We believe this information is useful to assist investors in assessing the performance of our ongoing business operations.

29

# SUPPLEMENTAL INFORMATION

Definitions

**Cash Flow from Operations and Asset Sales.** Cash flow from operations and asset sales is the sum of the net cash provided by operating activities and proceeds associated with sales of subsidiaries, property, plant and equipment, and sales and returns of investments from the Summary statement of cash flows. This cash flow reflects the total sources of cash from both operating the Corporation's assets and from the divesting of assets.

**Cash Flow from Operations and Asset Sales excluding Working Capital.** This includes cash flow from operations and asset sales less changes in operational working capital excluding cash and debt. This measure is useful when comparing the underlying performance of our business across periods when there are significant period-to-period changes in working capital.

**Divestments.** Divestments represent the unadjusted sale price specified in the applicable contract of sale as of the effective date for asset divestiture agreements which the corporation or one of its affiliates has executed since January 1, 2019. Actual final sale price and cash proceeds may differ in amount and timing from the divestment value depending on applicable contract terms.

**Free cash flow.** Free cash flow is cash flow from operations and asset sales less additions to property, plant and equipment, and additional investments and advances, plus other investing activities, including collection of advances. This measure is useful when evaluating cash available for financing activities, including shareholder distributions, after investment in the business.

**Leverage.** Leverage is defined as "net debt / (net debt + market capitalization)."

**Project.**  The term "project" as used in this presentation can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

**Resources, resource base, and recoverable resources.** Along with similar terms, these refer to the total remaining estimated quantities of oil and natural gas that are expected to be ultimately recoverable. ExxonMobil refers to new discoveries and acquisitions of discovered resources as resource additions. The resource base includes quantities of oil and natural gas classified as proved reserves, as well as, quantities that are not yet classified as proved reserves, but that are expected to be ultimately recoverable. The term "resource base" is not intended to correspond to SEC definitions such as "probable" or "possible" reserves. The term "in-place" refers to those quantities of oil and natural gas estimated to be contained in known accumulations and includes recoverable and unrecoverable amounts. "Potential" resource amounts are not currently included in the resource base.

**Returns, investment returns, project returns.**  Unless referring specifically to ROCE, references to returns, investment returns, project returns, and similar terms mean future discounted cash flow returns on future capital investments based on current company estimates. Investment returns exclude prior exploration and acquisition costs.