# EXHIBIT 26



# Energy Fundamentals Support Advantaged Investments

Darren Woods

Chairman of the Board and Chief Executive Officer

Exxon Mobil Corporation

New York – September 4, 2019

Barclays Energy Conference

# CAUTIONARY STATEMENT

**FORWARD-LOOKING STATEMENTS.** Outlooks, projections, estimates, goals, discussions of potential, descriptions of business plans, objectives and resource potential, market expectations and other statements of future events or conditions in this presentation or the subsequent discussion period are forward-looking statements. Actual future results, including future earnings, cash flows, returns, margins, asset sales, and other areas of financial and operating performance; energy supply, demand growth and energy mix; ExxonMobil's production growth, volumes, development and mix; the amount and mix of capital expenditures; future distributions; proved and other reserves; reserve and resource additions and recoveries; asset carrying values and future impairments; project plans, completion dates, timing, costs, and capacities; efficiency gains; operating costs and cost savings; integration benefits; product sales and mix; production rates and capacities; and the impact of technology could differ materially due to a number of factors. These include changes in oil, gas, or petro-chemical demand, supply, prices or other market conditions affecting the oil, gas, petroleum and petrochemical industries, population growth, global economic growth, reservoir performance and depletion rates; timely completion of exploration, development and construction projects; regional differences in product concentration and demand; war and other political or security disturbances; changes in law, taxes or other government regulation or operation, including environmental regulations, taxes, trade policy, and political sanctions; the outcome of commercial negotiations; the actions of competitors and customers; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; unforeseen technical difficulties; and other factors discussed here, in *Item 1A. Risk Factors* in our Form 10-K for the year ended December 31, 2018 and under the heading "Factors Affecting Future Results" in the *Investors* section of our website at *www.exxonmobil.com*. The forward-looking statements and dates used in this presentation are based on management's good faith plans and objectives as of the March 6, 2019 date of this presentation, unless otherwise stated. This presentation also includes forward-looking statements from our 2019 Outlook for Energy dated August 28, 2019, on challenging topics such as energy demand, energy supply and future trends. The full 2019 Outlook for Energy, including an explanation of our methodology and assumptions, is available in the *Energy and Environment* section on our website at *www.exxonmobil.com*. We assume no duty to update any forward-looking statement as of any future date and neither future distribution of this material nor the continued availability of this material in archive form on our website should be deemed to constitute an update or re-affirmation of these figures as of any future date. Any future update of these figures will be provided only through a public disclosure indicating that fact.

**SUPPLEMENTAL INFORMATION.** See the Supplemental Information included on pages 20 through 22 of this presentation for additional important information concerning definitions and assumptions regarding the forward-looking statements included in this presentation, including illustrative assumptions regarding future crude prices and product margins; reconciliations and other information required by Regulation G with respect to non-GAAP measures used in this presentation including cash flow from operations and asset sales.

2

# AGENDA

- Human Progress Drives Demand

- Technology Determines Supply

- Investing to Meet Demand

- Growing Shareholder Value