# EXHIBIT 27

**September 04, 2019
07:30 AM EDT**

Jeanine Wai:

All right. Well, good morning, everyone. It's so nice to see so many faces today bright and early. Today, it is very much our privilege to have Mr. Darren Woods here with us, Chairman and CEO of ExxonMobil.

Born in Wichita, Kansas, Darren Woods is a graduate of Texas A&M University where he earned a Bachelor of Science degree in Electrical Engineering. He also holds a Master of Business Administration degree from Northwestern's College School of Management -- or sorry, Kellogg School of Management.

Mr. Woods joined Exxon Company International in 1992 as a planning analyst in Florham Park, New Jersey. He progressed through a number of domestic and international assignments for Exxon Company International, ExxonMobil Chemical Company and ExxonMobil Refining and Supply Company.

In 2005, Mr. Woods was appointed Vice President of ExxonMobil Chemical Company. In 2008, he was named ExxonMobil Refining and Supply Company's Director of Refining in Europe, Africa and the Middle East, followed by Vice President of Supply and Transportation in 2010.

Mr. Woods was then appointed President of ExxonMobil Refining and Supply Company and Vice President of ExxonMobil Corporation in 2012. From here, he progressed to being elected Senior Vice President in 2014 and President of ExxonMobil Corporation and a member of the board of directors in 2016. Effective January 1, 2017, Mr. Woods became the Chairman and Chief Executive Officer, which is his current position.

Outside of ExxonMobil, Mr. Woods is a Chairman of the American Petroleum Institute and a member of its executive committee. He is also a member of the National Petroleum Council, the Business Roundtable, the Business Council and the Texas A&M University Engineering Advisory Council.

So without further ado, it is my pleasure to turn it over to Mr. Darren Woods.

Darren Woods:

Thank you, Jeanine, and good morning, everyone. Great to be here. I'm really pleased to have this opportunity to talk about ExxonMobil's business.

Some of you will recall that for the first time in 2018, we've publicly laid out an 8-year plan. And over the past 18 months, we've tried to keep the investment community updated on our progress. The last update was with Neil Chapman in early August as part of our earnings call.

I have to say that I feel real good about the progress we are making. And my sense is that generally there's a good understanding of our plans and progress. However, as the world

looks to lower their carbon emissions in response to the risk of climate change, there is a desire to better understand how robust our plans are to evolving policies and changing market trends. And today, I'll address this and demonstrate how ExxonMobil's strategy and plans capitalize on the industry fundamentals to grow long-term shareholder value.

Of course, we can't begin this discussion without the appropriate cautionary statement. I'll give you some time to read this. Basically it says we can't predict the future, but I will tell you, it doesn't stop us from trying. Our view of future demand has been reasonably good over time. However, the path to realizing it has been anything but a straight line. It's difficult to predict how the fundamentals of long-term demand will manifest themselves in the short term. There are just way, way too many variables. Which is why we instead focus on building a business that is robust to a range of short-term outcomes that are all consistent with long-term fundamentals.

On the supply side, advances in technology play a critical role. These are also very difficult to predict and can lead to a future very different than today, which is why we put such an emphasis on R&D and in understanding the technology landscape. And I'll talk more about this as we move through the presentation.

Let me begin by outlining the topics I'll cover. I'm going to focus my comments on energy, but most of my points are also applicable to our chemical business. I'll discuss what drives demand, what determines supply, and how we are working to meet demand for both additional energy and lower CO2 emissions while delivering growth and shareholder value.

Let's look first at what drives demand, and that begins with people. People trying to improve standards of living for themselves and for their families. Starts with the basics: access to food, water and housing; then moves to light and heat for homes and schools; access to medical treatment; transportation; and modern conveniences like refrigeration and air conditioning. This then leads to higher levels of education and income, as well as improved living conditions, longer lives and a number of other advantages that, frankly, we sometimes take for granted.

The United Nations has attempted to characterize people's wellbeing with the Human Development Index. This index measures achievements in 3 key dimensions: first, gross national income per capita as a proxy for a standard of living; second, longevity as a proxy for health; and third, years of education. It is encouraging to see the progress made over time in these 3 areas. On average, the global population is better educated, earning more and living longer. At the same time, it is sobering to see how far some societies have yet to go. The drive to improve living standards will continue, particularly for those less well-off. This, in turn, will drive the demand for energy.

We can use the development index to help us project future demand for global energy. This chart links the index for a country shown on the y-axis with its energy consumption shown on the x-axis. The size of the bubble represents population size. As you can see, there is a clear correlation. As standards rise, so does consumption of energy. This makes sense if you think about the conveniences of modern life. For us here in the United States and much of the western world, shown in the upper right of the chart, it's difficult to imagine that half the world's population, roughly 4 billion people, have a life expectancy of 10 years less than ours, receive a third less education, and 1 in 4 don't have access to electricity. In fact, today, about 13% of the global population still don't have access to electricity. This has enormous implications for future energy demand.

Let me use China and India as examples. In 1990, both were low on the index and consumed less than 100,000 BTUs of energy per capita. By 2017, the living standards of

people in both countries had significantly improved, which also drove a significant increase in energy demand. China's demand tripled and India's nearly doubled.

The relationship between societal progress and energy consumption is indisputable. Access to reliable and affordable energy is essential to modern life. As billions of people strive for better living conditions, the world's need for energy will continue to grow. This relationship is very important and underpins the future of our business.

It's fair to ask, though, what form will future energy take? No one can say with absolute certainty. Society wants less carbon emissions, but to be broadly accepted, sources of new energy must be reliable and affordable. Given today's alternatives, that means technology has a critical role to play.

Over 90% of global energy emissions come from 3 sectors: power generation, transportation, and the industrial sector. Today, hydrocarbons meet more than 85% of the energy needs from these sectors. Hydrocarbons are energy dense, they work at scale, are globally available and easily transported, which makes them affordable and reliable, and hence, the fuel of choice. However, we know that their use contributes to global $CO_2$ emissions, which is driving the need for alternative sources of energy.

To successfully compete, though, these alternatives will require similar attributes. Unfortunately, existing alternatives don't consistently provide them. As such, today they offer only a partial solution. A comprehensive solution will require advances in technology and in some cases a breakthrough.

Let me illustrate the point starting with power. Solar and wind offer lower emissions, however, they are limited to areas with enough sun and wind. They require significant land area and are intermittent with no practical storage solutions that work at scale. Natural gas works at scale, but requires advances in carbon capture to compete on emissions with solar and wind. Additionally, in some markets such as India and China, the cost of natural gas compared to coal is higher.

Lithium ion batteries provide an alternative to fuel light duty vehicles, albeit with trade-offs on range and refueling times. For heavy duty vehicles and aviation, existing battery technologies lack the energy density needed.

Finally, energy solutions in the industrial sector must be reliable and cost competitive. This substantially limits their use -- the use of solar and wind. Similar to power, the industrial sector requires advances in carbon capture to effectively reduce emissions.

Now, in pointing these deficiencies out, I'm not arguing against the alternatives. I'm arguing for additional research and development. Fortunately, there are many organizations doing this, including ExxonMobil. We are optimistic that these collective efforts will result in advances that address the deficiencies. We don't believe it's a question of if, but when. However, once solutions are developed, time will be needed to fully penetrate the world's global energy system. Let me give you a sense for this on the next chart.

Throughout time and across industries, we see the same trend. After initial discovery, technologies can take decades to fully develop and gain widespread adoption. This can be seen in the U.S. as an example. The chart shows the time it took to fully adopt a sample of technologies. Technologies that met an unfilled need with no real switching costs, like the internet, cell phones and personal computers were adopted relatively quickly, but still took up to 50 years. In other areas, adoption is impacted by available substitutes, perceived benefits, affordability, switching cost and government policies.

Exxon Mobil Corporation
September 04, 2019
07:30 AM EDT
Page #8

CapEx, like you said, but you've often talked about investing for the future and needing to do longer cycle, major capital projects. So how are you thinking about short versus long, especially in the current environment?

Darren Woods: I would tell you that the primary criteria that we use to evaluate investments is on their competitiveness and the ability to generate industry-leading returns. So all of our investments across the upstream and the short and long cycle, as well as chemical and refining sectors, we look at whether or not those investments are advantaged versus the rest of the industry. And one dimension that we look at is our cost to supply with respect to the rest of industry. And we insist that the investments that we're making are advantaged versus industry and on the very far left of the cost of supply curve. So, as the supply and demand balances fluctuate, and as you see price cycles come off and prices drop, we want to make sure that our investments are positioned on the far left hand side and so continue to make earnings and cash, even in the low parts of the cycle.

And we see that today demonstrated in our downstream and chemical business. So I showed you the charts that kind of depict how challenged those two industries are right now. If you look at the investments that we made and just brought on, they're all cash positive and earnings positive, even in these very low cycle conditions. So we feel real good about those projects, and we see the same with our investments in the upstream.

Jeanine Wai: Okay. So I guess sticking to the projects that are cash positive, earnings positive. Free cash flow; definitely a key topic in energy right now. Can you talk about when you see ExxonMobil's inflection in free cash flow? And what factors do you think would either pull that forward or enhance it?

Darren Woods: Well, the factors I would tell you will be primarily market-driven. Since we don't try to predict where the margins and prices are going, as those move around, we'll generate more revenue potentially, or less, and that will move the free cash flow around.

And again, and I come back to we've looked at that profile of spend and we've tested it around a range of environments. And one of the advantages of having a strong balance sheet is to make sure that we are not whipsawing our businesses around with the volatility in the markets. I think that's one of the advantages that the scale that we have brings to this business. And that constancy of purpose of investing in advantaged projects over the long term I think delivers over the medium term and long term greater shareholder value than trying to chase the price cycles.

And I think you can see that today with kind of the volatility of the marketplace. Imagine trying to run your business, a capital-intensive, long-term investment with the changes that we're seeing every day in the market out there. I think that would be a very difficult proposition. So instead, if you're convinced that you can run and be successful at the bottom end of the marketplace, we pay a lot of attention to it and make sure that the dynamics that we're seeing don't change our thinking about some of these fundamentals. But as you heard in the presentation, the way we look at the business is tied to some very basic fundamentals that haven't changed for decades, if not hundreds of years.

Jeanine Wai: Okay. So in terms of not trying to whipsaw the program, not chasing price, investing on fundamentals, maybe just a question on capital allocation. Relative to your peers, you're spending more and you're doing it counter cyclically and you're not doing any buybacks right now. So, could you share with us what the first call is on free cash flow, whether it's a dividend, buybacks or reinvestment, and kind of what your thought process is on all of those?

Darren Woods: Sure. Let me first just start and make the point about our level of investment. I think one

of the things that isn't always done when people talk about the level we're investing at is normalize it for our size. So if you look at our investment level compared to the size of our business, we use cash flow from operations as a proxy for size. The level that we're investing at today is pretty consistent with the level that we've invested at historically, and we think it's what's required to drive and sustain the long-term value of the business. So we don't think of where we're at today as being necessarily a higher level of spending. Our peers are at lower levels than they've historically spent at, which comes back to this question that you asked earlier about if the industry is under investing.

With respect to how we choose to allocate our capital, I think the first priority for us is investing in projects that are advantaged versus industry and will continue to grow value for the company. The point I made in the presentation is this is a depletion business. So you're on this treadmill. If you're not investing for the future, you're attriting. And that's certainly true in the upstream. And in the chemical business with the growth market, if you're not investing, you're losing market position.

So from our perspective, to be a long-term viable company, and that's the way we think about it, we have to make sure that we're continuing to invest in attractive and advantaged projects. So that's the first priority because it will underpin the ability for our company to do anything else going forward in the future.

The second priority is we feel like we've had a commitment to our shareholders to pay a reliable and growing dividend. So that's pretty high on our priority list. And then we want to make sure that we maintain the financial capacity to transact at the bottom-of-the-cycle conditions. And so one of the things that we're constantly stress testing as we look at where we want to take dividends, as we look at our capital investment program, is do we have the capacity for an acquisition when prices come off and the market's depressed? Because we think those are where we'll see value opportunities and so we maintain a buffer. And that would be the priorities of our capital allocation.

Jeanine Wai:          Okay. So switching gears, if you don't mind, to the Permian.

Darren Woods:        Sure.

Jeanine Wai:          We think that there's just a ton of buzz and questions on what we've called kind of, quote, major mojo in the Permian. If you don't mind, why exactly is your development plan in the Permian unique? And what exactly is differentiated about it that'll lead to higher returns than what we've historically seen in some of the independent E&Ps, which is historically, to be fair, kind of destroyed value. Are there certain parts of the development process where ExxonMobil's advantage is just more pronounced? And I'm specifically thinking about drilling, completions and what people commonly refer to as the ExxonMobil machine with procurement, supply and just bringing big scale into the Permian.

Darren Woods:        Well, I think as we look at ourselves in the Permian and our approach to the Permian unconventional space versus maybe some of the independent E&Ps, for some, I think our objectives are somewhat different. We're not focused on short-term production, getting volumes up to try to in the short term quickly raise the value of our company. That's not an objective statement for us. We think about this as part of a long-term portfolio like we do the other resources that we're trying to develop. And so our focus is on maximizing NPV of those developments and recovering the most resources in the most competitive way, cost competitive way.

But that's the objective, and we're not trying to drive short-term volume through the rest of it. In fact, what I would tell you is that we don't start off with any volume targets. We

start off with understanding those reservoirs and figuring out how to develop them effectively. And I think that's a big difference in terms of how we think about the approach there.

I think the other big differentiation is if you look at the size and the scale and the history of our company, we're very different than a lot of the other independent E&Ps. And I think what we've been very focused on and started talking about pretty explicitly in March is what does a company like ExxonMobil, with the scale that we have and the experience that we have and the technology and the advantages that I talked about, what does that look like in the unconventional space? And my view was from the very beginning, the way we develop those resources should look different than some of the smaller E&Ps because we have more to bring to that.

And you see that today with the investments that we're making where we're thinking about all the horizons in a particular play and developing those in a way that maximize the recovery and the value of that resource. That means you have to be a little bit more patient and you have to spend capital out front to put in the infrastructure, to lay out the corridors that we've talked about in March to effectively develop that resource. So it takes you a little longer, takes a little more capital, but you get a higher return and a better recovery. And that's one of the things that we've been doing in the Permian which is different than a lot of the others.

The other thing I would tell you is if you look at unconventional in the shale, we're very early in the technology cycle. In fact, while the industry has made great progress, and mainly independents have driven that, it would be -- I would characterize it as more of an empirical process of trial and error and kind of testing and evolving, which has been very effective.

But what we haven't seen a lot of is, what I would say is fundamental science and technology looking at unlocking more of those resources. And that's one of the things we feel very strongly that we can bring to this game and will be very different than what others can because of the R&D capacity that we have within our company. So one of the big drives that we have today is really focusing our technology and our researchers on better understanding the fundamentals of unconventional resources and figuring out how to unlock more of those resources and raise recovery.

You've got a huge resource base, very low recovery rates today. If you can improve your recovery rates through technology, you can unlock a lot of resource instantly. You don't have a discovery risk. You don't have those challenges of going out and finding the resource. It's really a function of figuring out how you more effectively develop that resource. That's where technology will play a role. I'm convinced of that. And if you go back in time and look at our industry over time, technology has always led to better recoveries and improved economics for developing resources, and I think we're going to see that play itself out. And I would say that is a big difference that we can bring.

And the final point I will make is if you look at the capabilities of our organization, take drilling as an example that you mentioned, all around the world, we've tried to take the best technical competencies and capabilities we have in the organization and put them on the challenges of driving improvements in the unconventional drilling. And so I think we've got the opportunity with our scale and size and the capabilities that I've talked about to change the way that unconventional space is developed.

Jeanine Wai:        I wanted to maybe continue on that thought. You talk about hitting all the different horizons, unlocking value. I think spacing has -- the industry's learning, but spacing has become an issue over and over and over again. So you mentioned technology and looking

at the reservoir and all this. How are you planning on avoiding some of the spacing issues that we've seen, especially since you're talking about hitting all the zones and really maximizing the value versus maybe an ROR versus NPV approach?

Darren Woods:    This idea that spacing is -- that the industry has kind of discovered this challenge or issue, our view is we've always recognized these parent-child relationships, the communication between different areas. And so what I think has been missing is the characterization of that, and maybe some of the broader industry hasn't recognized that potential. And I think the drive to bring production on and get high IP has led to kind of this very short-term approach to taking in a horizon and drilling that very quickly.

As I said before, we're stepping back and looking at the play in its entirety. One of the things that we've brought to the work that we're doing in this space is we've taken what we think are some advantaged reservoir modeling and adapted that to work in unconventionals. And we're using that then to look at all these horizons and understand how best to develop all the horizons and how they interact with one another.

So I think we've got some pretty good modeling of the horizons and how they interact, and the development plans that we're putting together comprehend all that. And so what it's doing is drilling a number of the horizons and making sure that we do that in a manner that's consistent, and don't start to bring production on until we have the full development laid out the way we want it to. So again, it takes a little more time. You spend a little more capital upfront, but you get much more efficient production.

Jeanine Wai:    Okay. So inventory goes hand in hand with spacing. And I think there is some thought out there that people are drilling their best inventory first because of returns and the core inventory in the Permian is shrinking. So, in terms of your production target of achieving over 1 million barrels a day by 2020, do you have enough inventory to achieve that? And what does the inventory look like after that in terms of are you high grading or anything?

Darren Woods:    Yes, so let me just make the point. We didn't have a production target. We didn't go out and say how do we achieve a million barrels a day and then go figure out if we've got inventory to go drill that. What we ended up saying is develop the resource in a way that we think maximizes the recovery. It's a very grassroots buildup from the beginning of the fundamentals. And then once we figured out what was the optimal development of that, we stacked up the volumes to see what it came out to be, and that was what it came out to be. And so the inventory, we've got 6,500 wells or something that we've drilled 100. So we've got a pretty big inventory that exists today.

But again, I think this idea that somehow we're developing that resource to get to a volume number is, I would just tell you that is not the way that we're thinking about it. We're looking at it on a returns basis and how you develop that resource and get a high return for the dollars that you spend.

A lot of people will ask questions about the depletion rates and what does it mean after you hit this 1 million barrels. And my view is we're not trying to sustain a particular volume. We're trying to sustain an economic return. And so our investments that will continue past the profile that we've provided will be a function of what we see the economics being for further development. And if that means sustaining the million barrels, we'll do that. If that means coming off a million barrels, we'll do that as well. Because ultimately, it's going to be a value proposition, and that's the way we're looking at it.

My sense is that by that time, we will have unlocked some of these technology advantages that I've talked about and that will start to have implications and impact on

what we've already done. So, my sense is there are things today that we don't know that will have implications there, but only time will tell.

Jeanine Wai: Okay. We've got now one minute left. And I can't help myself; consolidation. Extremely topical right now in energy in general. Can you share with us your broad thoughts on consolidation in the Permian basin, and how does ExxonMobil fit in with that?

Darren Woods: Well, I think if you look at what I would say are the historical trends of developing industries, you have this period of a lot of independents, a lot of small players that eventually all consolidate. I don't see any dynamics that would make that different or that historical model play out differently in the unconventional space. So I expect consolidation to happen over some period of time. And we -- I wouldn't say that we're predicting when it will happen.

What our focus is on is understanding what the value opportunities out there are and making sure that we're aware of and participating in the valuation so that if there is an opportunity to acquire something that brings value, unique value to ExxonMobil, we'll be in a position to transact on that. But I think right now, there's some time. I think time's on our side to let that kind of play itself out.

And I think people need to recalibrate kind of what they're experiencing in that unconventional space, and that will have an impact on how people value companies and understand what the value proposition is. And we'll continue to develop our thinking. And I think as we advance some of these technologies that bring us even greater advantages there, that increases the value opportunities with respect to maybe some other companies that don't have those advantages. So, we're keeping a watchful eye and I think we're there for the long term. And as opportunities present themselves, we'll take advantage of them.

Jeanine Wai: Well, time flies when you're having fun, and we're just about out of time. So, it's really been our privilege. Thank you so much, Darren, for your time.

Darren Woods: Sure. Thank you, Jeanine. Thank you.