**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:21-cv-00194-N |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND, | ) ) ) ) ) | |
| *Defendants*. | ) ) ) ) ) ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION**
**FOR JUDGMENT ON THE PLEADINGS**

On this day, the Court considered Defendants' Motion for Judgment on the Pleadings and Memorandum of Law in Support (the "Motion"). After considering the Motion, the Response, and all pleadings on file with the Court, the Court has determined that the Motion is meritorious. Accordingly, the Motion is GRANTED.

It is therefore ORDERED Plaintiffs' Second Amended Class Action Complaint is hereby DISMISSED with prejudice.

**SO ORDERED.**

Dated: _____.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE