**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, ) ) ) ) | |
| *Plaintiff*, ) ) | |
| v. ) ) | Civil Action No. 3:21-cv-00194-N |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, NEIL A. CHAPMAN, JACK WILLIAMS, NEIL A. HANSEN, DAVID ROSENTHAL, LIAM M. MALLON, JEFFREY J. WOODBURY, and SARA N. ORTWEIN, ) ) ) ) ) ) ) ) | |
| *Defendants*. ) ) | |

**APPENDIX IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT**
**ON THE PLEADINGS AND MEMORANDUM OF LAW IN SUPPORT**

> SKADDEN, ARPS, SLATE,
>   MEAGHER & FLOM LLP
> 1000 Louisiana Street, Suite 6800
> Houston, TX 77002
> Tel.: (713) 655-5122
> Fax: (713) 483-9122
>
> *Attorneys for Defendants Exxon Mobil*
> *Corporation, Darren W. Woods, Liam M.*
> *Mallon, and Melissa Bond*

In support of Exxon Mobil Corporation, Darren W. Woods, Liam M. Mallon, and

Melissa Bond's Motion for Judgment on the Pleadings and Memorandum of Law in

Support, attached are true and correct copies of the following documents:

| Exhibit No. | Description | Page(s) |
|---|---|---|
| A | Declaration of Noelle M. Reed | A-1 – A-4 |
| 1 | Exxon Mobil Corporation's Form 10-K for the Fiscal Year ended December 31, 2018 (excerpts) | A-5 – A-36 |
| 2 | Exxon Mobil Corporation's Form 10-K for the Fiscal Year ended December 31, 2019 (excerpts) | A-37 – A-79 |
| 3 | Exxon Mobil Corporation's Form 10-Q for the Quarterly Period ended March 31, 2020 (excerpts) | A-80 – A-86 |
| 4 | Exxon Mobil Corporation's 2017 Financial & Operating Review (excerpts) | A-87 – A-92 |
| 5 | Exxon Mobil Corporation's 2018 Summary Annual Report | A-93 – A-140 |
| 6 | Press release issued by Exxon Mobil Corporation on March 7, 2018 | A-141 – A-144 |
| 7 | Press release issued by Exxon Mobil Corporation on May 30, 2018 | A-145 – A-147 |
| 8 | Press release issued by Exxon Mobil Corporation on February 26, 2019 | A-148 – A-149 |
| 9 | Press release issued by Exxon Mobil Corporation on March 5, 2019 | A-150 – A-152 |
| 10 | Press release issued by Exxon Mobil Corporation on March 6, 2019 | A-153 – A-156 |
| 11 | Press release issued by Exxon Mobil Corporation on April 26, 2019 (excerpts) | A-157 – A-163 |
| 12 | Press release issued by Exxon Mobil Corporation on March 5, 2020 | A-164 – A-167 |
| 13 | Exxon Mobil Corporation's March 6, 2019 Analyst/Investor Day Transcript (excerpts) | A-168 – A-174 |
| 14 | Exxon Mobil Corporation's March 6, 2019 Investor Day Presentation (excerpts) | A-175 – A-180 |
| 15 | Exxon Mobil Corporation's June 18, 2019 Growing Upstream Value: Spotlight on Guyana Presentation Transcript (excerpts) | A-181 – A-186 |
| 16 | Exxon Mobil Corporation's June 18, 2019 Growing Upstream Value: Spotlight on Guyana Presentation (excerpts) | A-187 – A-189 |

| Exhibit No. | Description | Page(s) |
|---|---|---|
| 17 | Exxon Mobil Corporation's September 4, 2019 Energy Fundamentals Support Advantaged Investments Presentation Transcript (excerpts) | A-190 – A-197 |
| 18 | Exxon Mobil Corporation's September 4, 2019 Energy Fundamentals Support Advantaged Investments Presentation (excerpts) | A-198 – A-200 |
| 19 | Exxon Mobil Corporation's January 31, 2020 Q4 2019 Earnings Call Transcript (excerpts) | A-201 – A-212 |
| 20 | Exxon Mobil Corporation's January 31, 2020 Fourth Quarter 2019 Results Presentation (excerpts) | A-213 – A-220 |
| 21 | Exxon Mobil Corporation's March 5, 2020 Analyst/Investor Day Transcript (excerpts) | A-221 – A-226 |
| 22 | Exxon Mobil Corporation's March 5, 2020 Investor Day Presentation (excerpts) | A-227 – A-229 |

Dated: January 8, 2024

Respectfully submitted,

*/s/ Noelle M. Reed*
  Noelle M. Reed
     State Bar No. 24044211
  Wallis M. Hampton
     State Bar No. 00784199
  Brent M. Hanson
     State Bar No. 24106051
  SKADDEN, ARPS, SLATE,
     MEAGHER & FLOM LLP
  1000 Louisiana Street, Suite 6800
  Houston, Texas 77002
  Tel.: (713) 655-5122
  Fax: (713) 483-9122
  noelle.reed@skadden.com
  wallis.hampton@skadden.com
  brent.hanson@skadden.com

  Michelle L. Davis
     State Bar No. 24038854
  SKADDEN, ARPS, SLATE,
     MEAGHER & FLOM LLP
  308 Bahama Court
  Granbury, Texas 76048
  Tel.: (713) 655-5197
  Fax: (713) 483-9197
  michelle.davis@skadden.com

  *Attorneys for Defendants Exxon Mobil*
  *Corporation, Darren W. Woods, Liam M.*
  *Mallon, and Melissa Bond*

4

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 3:21-cv-00194-N<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF NOELLE M. REED**

1.      My name is Noelle M. Reed.  I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), resident in the firm's Houston office.  I am over the age of 18, of sound mind, am competent to make this declaration, and every statement herein is based upon my personal knowledge or on information provided to me and is true and correct to the best of my knowledge.  I represent Defendants Exxon Mobil Corporation, Darren W. Woods, Liam M. Mallon, and Melissa Bond ("Defendants") in the above-captioned matter.

2.      I submit this declaration in support of Defendants' Motion for Judgment on the Pleadings and Memorandum of Law in Support.

3.      Attached as Exhibit 1 is a true and correct copy of excerpts from Exxon Mobil Corporation's Form 10-K for the Fiscal Year ended December 31, 2018, referenced in Paragraph 355 of the Second Amended Complaint ("SAC").

4.      Attached as Exhibit 2 is a true and correct copy of excerpts from Exxon Mobil Corporation's Form 10-K for the Fiscal Year ended December 31, 2019, referenced in Paragraph 392 of the SAC.

5.      Attached as Exhibit 3 is a true and correct copy of excerpts from Exxon Mobil Corporation's Form 10-Q for the Quarterly Period ended March 31, 2020, which Exxon Mobil Corporation filed with the Securities and Exchange Commission on May 6, 2020 and was attached as Exhibit 11 to Defendants' Answer to the SAC.

6.      Attached as Exhibit 4 is a true and correct copy of excerpts from Exxon Mobil Corporation's 2017 Financial & Operating Review, referenced in Paragraph 347 of the SAC.

7.      Attached as Exhibit 5 is a true and correct copy of Exxon Mobil Corporation's 2018 Summary Annual Report, referenced in Paragraph 376 of the SAC.

8.      Attached as Exhibit 6 is a true and correct copy of a press release issued by Exxon Mobil Corporation on March 7, 2018, referenced in Paragraph 345 of the SAC.

9.      Attached as Exhibit 7 is a true and correct copy of a press release issued by Exxon Mobil Corporation on May 30, 2018, referenced in Paragraph 349 of the SAC.

10.      Attached as Exhibit 8 is a true and correct copy of a press release issued by Exxon Mobil Corporation on February 26, 2019, referenced in Paragraph 353 of the SAC.

11.      Attached as Exhibit 9 is a true and correct copy of a press release issued by Exxon Mobil Corporation on March 5, 2019, referenced in Paragraph 361 of the SAC.

12.      Attached as Exhibit 10 is a true and correct copy of a press release issued by Exxon Mobil Corporation on March 6, 2019, referenced in Paragraph 364 of the SAC.

13.      Attached as Exhibit 11 is a true and correct copy of excerpts from a press release issued by Exxon Mobil Corporation on April 26, 2019, referenced in Paragraph 373 of the SAC.

A-2

14. Attached as Exhibit 12 is a true and correct copy of a press release issued by Exxon Mobil Corporation on March 5, 2020, referenced in Paragraph 398 of the SAC.

15. Attached as Exhibit 13 is a true and correct copy of excerpts from Exxon Mobil Corporation's March 6, 2019 Analyst/Investor Day Transcript, referenced in Paragraph 362 of the SAC.

16. Attached as Exhibit 14 is a true and correct copy of excerpts from Exxon Mobil Corporation's March 6, 2019 Investor Day Presentation, referenced in Paragraph 362 of the SAC.

17. Attached as Exhibit 15 is a true and correct copy of excerpts from Exxon Mobil Corporation's June 18, 2019 Growing Upstream Value: Spotlight on Guyana Presentation Transcript, referenced in Paragraph 384 of the SAC.

18. Attached as Exhibit 16 is a true and correct copy of excerpts from Exxon Mobil Corporation's June 18, 2019 Growing Upstream Value: Spotlight on Guyana Presentation, referenced in Paragraph 384 of the SAC.

19. Attached as Exhibit 17 is a true and correct copy of excerpts from Exxon Mobil Corporation's September 4, 2019 Energy Fundamentals Support Advantaged Investments Presentation Transcript, referenced in Paragraph 386 of the SAC.

20. Attached as Exhibit 18 is a true and correct copy of excerpts from Exxon Mobil Corporation's September 4, 2019 Energy Fundamentals Support Advantaged Investments Presentation, referenced in Paragraph 386 of the SAC.

21. Attached as Exhibit 19 is a true and correct copy of excerpts from Exxon Mobil Corporation's January 31, 2020 Q4 2019 Earnings Call Transcript, referenced in Paragraph 388 of the SAC.

22.    Attached as Exhibit 20 is a true and correct copy of excerpts from Exxon Mobil Corporation's January 31, 2020 Fourth Quarter 2019 Results Presentation, referenced in Paragraph 388 of the SAC.

23.    Attached as Exhibit 21 is a true and correct copy of excerpts from Exxon Mobil Corporation's March 5, 2020 Analyst/Investor Day Transcript, referenced in Paragraph 398 of the SAC.

24.    Attached as Exhibit 22 is a true and correct copy of excerpts from Exxon Mobil Corporation's March 5, 2020 Investor Day Presentation, referenced in Paragraph 398 of the SAC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2024.

_____
Noelle M. Reed

4

A-4

# EXHIBIT 1

**2018**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-K**

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended December 31, 2018

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from          to
Commission File Number 1-2256

# EXXON MOBIL CORPORATION

(Exact name of registrant as specified in its charter)

| **NEW JERSEY** | **13-5409005** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**5959 LAS COLINAS BOULEVARD, IRVING, TEXAS 75039-2298**
(Address of principal executive offices) (Zip Code)

**(972) 940-6000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| **Common Stock, without par value (4,234,802,431 shares outstanding at January 31, 2019)** | **New York Stock Exchange** |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☑   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☑   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☑ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Act).   Yes ☐   No ☑

The aggregate market value of the voting stock held by non-affiliates of the registrant on June 29, 2018, the last business day of the registrant's most recently completed second fiscal quarter, based on the closing price on that date of $82.73 on the New York Stock Exchange composite tape, was in excess of $350 billion.

**Documents Incorporated by Reference:  Proxy Statement for the 2019 Annual Meeting of Shareholders (Part III)**

**EXXON MOBIL CORPORATION**
**FORM 10-K**
**FOR THE FISCAL YEAR ENDED DECEMBER 31, 2018**

**TABLE OF CONTENTS**

**PART I**

| | | |
|---|---|---|
| Item 1. | Business | 1 |
| Item 1A. | Risk Factors | 2 |
| Item 1B. | Unresolved Staff Comments | 5 |
| Item 2. | Properties | 6 |
| Item 3. | Legal Proceedings | 27 |
| Item 4. | Mine Safety Disclosures | 27 |
| | Executive Officers of the Registrant [pursuant to Instruction 3 to Regulation S-K, Item 401(b)] | 28 |

**PART II**

| | | |
|---|---|---|
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 31 |
| Item 6. | Selected Financial Data | 31 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 31 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 31 |
| Item 8. | Financial Statements and Supplementary Data | 32 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 32 |
| Item 9A. | Controls and Procedures | 32 |
| Item 9B. | Other Information | 32 |

**PART III**

| | | |
|---|---|---|
| Item 10. | | |

A-6

Directors, Executive Officers and Corporate Governance    33

Item 11.
          Executive Compensation    33

Item 12.
          Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters    33

Item 13.
          Certain Relationships and Related Transactions, and Director Independence    34

Item 14.
          Principal Accounting Fees and Services    34

**PART IV**

Item 15.
          Exhibits, Financial Statement Schedules    34

Item 16.
          Form 10-K Summary    34

Financial Section    35

Index to Exhibits    123

Signatures    124

Exhibits 31 and 32 — Certifications

# ITEM 1.    BUSINESS

Exxon Mobil Corporation was incorporated in the State of New Jersey in 1882. Divisions and affiliated companies of ExxonMobil operate or market products in the United States and most other countries of the world. Their principal business involves exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products. Affiliates of ExxonMobil conduct extensive research programs in support of these businesses.

Exxon Mobil Corporation has several divisions and hundreds of affiliates, many with names that include *ExxonMobil*, *Exxon*, *Esso, Mobil* or *XTO*. For convenience and simplicity, in this report the terms *ExxonMobil, Exxon, Esso, Mobil* and *XTO*, as well as terms like *Corporation*, *Company*, *our*, *we*  and *its*, are sometimes used as abbreviated references to specific affiliates or groups of affiliates. The precise meaning depends on the context in question.

The energy and petrochemical industries are highly competitive. There is competition within the industries and also with other industries in supplying the energy, fuel and chemical needs of both industrial and individual consumers. The Corporation competes with other firms in the sale or purchase of needed goods and services in many national and international markets and employs all methods of competition which are lawful and appropriate for such purposes.

Operating data and industry segment information for the Corporation are contained in the Financial Section of this report under the following: "Quarterly Information", "Note 18: Disclosures about Segments and Related Information" and "Operating Information". Information on oil and gas reserves is contained in the "Oil and Gas Reserves" part of the "Supplemental Information on Oil and Gas Exploration and Production Activities" portion of the Financial Section of this report.

ExxonMobil has a long−standing commitment to the development of proprietary technology. We have a wide array of research programs designed to meet the needs identified in each of our business segments. ExxonMobil held nearly 13 thousand active patents worldwide at the end of 2018. For technology licensed to third parties, revenues totaled approximately $119 million in 2018. Although technology is an important contributor to the overall operations and results of our Company, the profitability of each business segment is not dependent on any individual patent, trade secret, trademark, license, franchise or concession.

The number of regular employees was 71.0 thousand, 69.6 thousand, and 71.1 thousand at years ended 2018, 2017 and 2016, respectively. Regular employees are defined as active executive, management, professional, technical and wage employees who work full time or part time for the Corporation and are covered by the Corporation's benefit plans and programs.

Throughout ExxonMobil's businesses, new and ongoing measures are taken to prevent and minimize the impact of our operations on air, water and ground. These include a significant investment in refining infrastructure and technology to manufacture clean fuels, as well as projects to monitor and reduce nitrogen oxide, sulfur oxide and greenhouse gas emissions, and expenditures for asset retirement obligations. Using definitions and guidelines established by the American Petroleum Institute, ExxonMobil's 2018 worldwide environmental expenditures for all such preventative and remediation steps, including ExxonMobil's share of equity company expenditures, were $4.9 billion, of which $3.6 billion were included in expenses with the remainder in capital expenditures. The total cost for such activities is expected to increase to approximately $5.7 billion in 2019 and 2020. Capital expenditures are expected to account for approximately 30 percent of the total.

Information concerning the source and availability of raw materials used in the Corporation's business, the extent of seasonality in the business, the possibility of renegotiation of profits or termination of contracts at the election of governments and risks attendant to foreign operations may be found in "Item 1A. Risk Factors" and "Item 2. Properties" in this report.

ExxonMobil maintains a website at exxonmobil.com. Our annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K and any amendments to those reports filed or furnished pursuant to Section 13(a) of the Securities Exchange Act of 1934 are made available through our website as soon as reasonably practical after we electronically file or furnish the reports to the Securities and Exchange Commission (SEC). Also available on the Corporation's website are the Company's Corporate Governance Guidelines and Code of Ethics and Business Conduct, as well as the charters of the audit, compensation and nominating committees of the Board of Directors. Information on our website is not incorporated into this report.

The SEC maintains an internet site (http://www.sec.gov) that contains reports, proxy and information statements, and other information regarding issuers that file electronically with the SEC.

ExxonMobil's financial and operating results are subject to a variety of risks inherent in the global oil, gas, and petrochemical businesses. Many of these risk factors are not within the Company's control and could adversely affect our business, our financial and operating results, or our financial condition. These risk factors include:

## Supply and Demand

The oil, gas, and petrochemical businesses are fundamentally commodity businesses. This means ExxonMobil's operations and earnings may be significantly affected by changes in oil, gas, and petrochemical prices and by changes in margins on refined products. Oil, gas, petrochemical, and product prices and margins in turn depend on local, regional, and global events or conditions that affect supply and demand for the relevant commodity. Any material decline in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Upstream segment, financial condition, and proved reserves. On the other hand, a material increase in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Downstream and Chemical segments.

**Economic conditions.** The demand for energy and petrochemicals is generally linked closely with broad-based economic activities and levels of prosperity. The occurrence of recessions or other periods of low or negative economic growth will typically have a direct adverse impact on our results. Other factors that affect general economic conditions in the world or in a major region, such as changes in population growth rates, periods of civil unrest, government austerity programs, or currency exchange rate fluctuations, can also impact the demand for energy and petrochemicals. Sovereign debt downgrades, defaults, inability to access debt markets due to credit or legal constraints, liquidity crises, the breakup or restructuring of fiscal, monetary, or political systems such as the European Union, and other events or conditions that impair the functioning of financial markets and institutions also pose risks to ExxonMobil, including risks to the safety of our financial assets and to the ability of our partners and customers to fulfill their commitments to ExxonMobil.

**Other demand-related factors.** Other factors that may affect the demand for oil, gas, and petrochemicals, and therefore impact our results, include technological improvements in energy efficiency; seasonal weather patterns; increased competitiveness of alternative energy sources; changes in technology or consumer preferences that alter fuel choices, such as technological advances in energy storage that make wind and solar more competitive for power generation or increased consumer demand for alternative fueled or electric vehicles; and broad-based changes in personal income levels.

**Other supply-related factors.** Commodity prices and margins also vary depending on a number of factors affecting supply. For example, increased supply from the development of new oil and gas supply sources and technologies to enhance recovery from existing sources tend to reduce commodity prices to the extent such supply increases are not offset by commensurate growth in demand. Similarly, increases in industry refining or petrochemical manufacturing capacity relative to demand tend to reduce margins on the affected products. World oil, gas, and petrochemical supply levels can also be affected by factors that reduce available supplies, such as adherence by countries to OPEC production quotas and other agreements among sovereigns, and the occurrence of wars, hostile actions, natural disasters, disruptions in competitors' operations, logistics constraints or unexpected unavailability of distribution channels that may disrupt supplies. Technological change can also alter the relative costs for competitors to find, produce, and refine oil and gas and to manufacture petrochemicals.

**Other market factors.** ExxonMobil's business results are also exposed to potential negative impacts due to changes in interest rates, inflation, currency exchange rates, and other local or regional market conditions.

## Government and Political Factors

ExxonMobil's results can be adversely affected by political or regulatory developments affecting our operations.

**Access limitations.** A number of countries limit access to their oil and gas resources, or may place resources off-limits from development altogether. Restrictions on foreign investment in the oil and gas sector tend to increase in times of high commodity prices, when national governments may have less need of outside sources of private capital. Many countries also restrict the import or export of certain products based on point of origin.

**Restrictions on doing business.** ExxonMobil is subject to laws and sanctions imposed by the United States or by other jurisdictions where we do business that may prohibit ExxonMobil or certain of its affiliates from doing business in certain countries, or restricting the kind of business that may be conducted. Such restrictions may provide a competitive advantage to competitors who may not be subject to comparable restrictions.

**Lack of legal certainty.** Some countries in which we do business lack well-developed legal systems, or have not yet adopted, or may be unable to maintain, clear regulatory frameworks for oil and gas development. Lack of legal certainty exposes our operations to increased risk of adverse or unpredictable actions by government officials, and also makes it more difficult for us to enforce our contracts. In some cases these risks can be partially offset by agreements to arbitrate disputes in an international forum, but the adequacy of this remedy may still depend on the local legal system to enforce an award.

**Regulatory and litigation risks.** Even in countries with well-developed legal systems where ExxonMobil does business, we remain exposed to changes in law or interpretation of settled law (including changes that result from international treaties and accords) that could adversely affect our results, such as:

- increases in taxes, duties, or government royalty rates (including retroactive claims);
- price controls;
- changes in environmental regulations or other laws that increase our cost of compliance or reduce or delay available business opportunities (including changes in laws related to offshore drilling operations, water use, methane emissions, hydraulic fracturing or plastics);
- adoption of regulations mandating efficiency standards, the use of alternative fuels or uncompetitive fuel components;
- adoption of government payment transparency regulations that could require us to disclose competitively sensitive commercial information, or that could cause us to violate the non-disclosure laws of other countries; and
- government actions to cancel contracts, re-denominate the official currency, renounce or default on obligations, renegotiate terms unilaterally, or expropriate assets.

Legal remedies available to compensate us for expropriation or other takings may be inadequate.

We also may be adversely affected by the outcome of litigation, especially in countries such as the United States in which very large and unpredictable punitive damage awards may occur, or by government enforcement proceedings alleging non-compliance with applicable laws or regulations.

**Security concerns.** Successful operation of particular facilities or projects may be disrupted by civil unrest, acts of sabotage or terrorism, cybersecurity attacks, and other local security concerns. Such concerns may require us to incur greater costs for security or to shut down operations for a period of time.

**Climate change and greenhouse gas restrictions.** Due to concern over the risks of climate change, a number of countries have adopted, or are considering the adoption of, regulatory frameworks to reduce greenhouse gas emissions. These include adoption of cap and trade regimes, carbon taxes, minimum renewable usage requirements, restrictive permitting, increased efficiency standards, and incentives or mandates for renewable energy. Such policies could make our products more expensive, less competitive, lengthen project implementation times, and reduce demand for hydrocarbons, as well as shift hydrocarbon demand toward relatively lower-carbon sources such as natural gas. Current and pending greenhouse gas regulations or policies may also increase our compliance costs, such as for monitoring or sequestering emissions.

**Government sponsorship of alternative energy.** Many governments are providing tax advantages and other subsidies to support alternative energy sources or are mandating the use of specific fuels or technologies. Governments and others are also promoting research into new technologies to reduce the cost and increase the scalability of alternative energy sources. We are conducting our own research both in-house and by working with more than 80 leading universities around the world, including the Massachusetts Institute of Technology, Princeton University, The University of Texas, and Stanford University. Our research projects focus on developing algae-based biofuels, carbon capture and storage, breakthrough energy efficiency processes, advanced energy-saving materials, and other technologies. For example, ExxonMobil is working with Fuel Cell Energy Inc. to explore using carbonate fuel cells to economically capture $CO_2$ emissions from gas-fired power plants. Our future results may depend in part on the success of our research efforts and on our ability to adapt and apply the strengths of our current business model to providing the energy products of the future in a cost-competitive manner. See "Operational and Other Factors" below.

### Operational and Other Factors

In addition to external economic and political factors, our future business results also depend on our ability to manage successfully those factors that are at least in part within our control. The extent to which we manage these factors will impact our performance relative to competition. For projects in which we are not the operator, we depend on the management effectiveness of one or more co-venturers whom we do not control.

**Exploration and development program.** Our ability to maintain and grow our oil and gas production depends on the success of our exploration and development efforts. Among other factors, we must continuously improve our ability to identify the most promising resource prospects and apply our project management expertise to bring discovered resources on line as scheduled and within budget.

3

A-10

**Project and portfolio management.** The long-term success of ExxonMobil's Upstream, Downstream, and Chemical businesses depends on complex, long-term, capital intensive projects. These projects in turn require a high degree of project management expertise to maximize efficiency. Specific factors that can affect the performance of major projects include our ability to: negotiate successfully with joint venturers, partners, governments, suppliers, customers, or others; model and optimize reservoir performance; develop markets for project outputs, whether through long-term contracts or the development of effective spot markets; manage changes in operating conditions and costs, including costs of third party equipment or services such as drilling rigs and shipping; prevent, to the extent possible, and respond effectively to unforeseen technical difficulties that could delay project startup or cause unscheduled project downtime; and influence the performance of project operators where ExxonMobil does not perform that role. In addition to the effective management of individual projects, ExxonMobil's success, including our ability to mitigate risk and provide attractive returns to shareholders, depends on our ability to successfully manage our overall portfolio, including diversification among types and locations of our projects.

The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

**Operational efficiency.** An important component of ExxonMobil's competitive performance, especially given the commodity−based nature of many of our businesses, is our ability to operate efficiently, including our ability to manage expenses and improve production yields on an ongoing basis. This requires continuous management focus, including technology improvements, cost control, productivity enhancements, regular reappraisal of our asset portfolio, and the recruitment, development, and retention of high caliber employees.

**Research and development and technological change.** To maintain our competitive position, especially in light of the technological nature of our businesses and the need for continuous efficiency improvement, ExxonMobil's research and development organizations must be successful and able to adapt to a changing market and policy environment, including developing technologies to help reduce greenhouse gas emissions. To remain competitive we must also continuously adapt and capture the benefits of new and emerging technologies.

**Safety, business controls, and environmental risk management.** Our results depend on management's ability to minimize the inherent risks of oil, gas, and petrochemical operations, to control effectively our business activities, and to minimize the potential for human error. We apply rigorous management systems and continuous focus on workplace safety and avoiding spills or other adverse environmental events. For example, we work to minimize spills through a combined program of effective operations integrity management, ongoing upgrades, key equipment replacements, and comprehensive inspection and surveillance. Similarly, we are implementing cost-effective new technologies and adopting new operating practices to reduce air emissions, not only in response to government requirements but also to address community priorities. We also maintain a disciplined framework of internal controls and apply a controls management system for monitoring compliance with this framework. Substantial liabilities and other adverse impacts could result if our management systems and controls do not function as intended.

**Cybersecurity.** ExxonMobil is regularly subject to attempted cybersecurity disruptions from a variety of threat actors including state-sponsored actors. ExxonMobil's defensive preparedness includes multi-layered technological capabilities for prevention and detection of cybersecurity disruptions; non-technological measures such as threat information sharing with governmental and industry groups; internal training and awareness campaigns including routine testing of employee awareness and an emphasis on resiliency including business response and recovery. If the measures we are taking to protect against cybersecurity disruptions prove to be insufficient, ExxonMobil as well as our customers, employees, or third parties could be adversely affected. Cybersecurity disruptions could cause physical harm to people or the environment; damage or destroy assets; compromise business systems; result in proprietary information being altered, lost, or stolen; result in employee, customer, or third-party information being compromised; or otherwise disrupt our business operations. We could incur significant costs to remedy the effects of a major cybersecurity disruption in addition to costs in connection with resulting regulatory actions, litigation or reputational harm.

**Preparedness.** Our operations may be disrupted by severe weather events, natural disasters, human error, and similar events. For example, hurricanes may damage our offshore production facilities or coastal refining and petrochemical plants in vulnerable areas. Our facilities are designed, constructed, and operated to withstand a variety of extreme climatic and other conditions, with safety factors built in to cover a number of engineering uncertainties, including those associated with wave, wind, and current intensity, marine ice flow patterns, permafrost stability, storm surge magnitude, temperature extremes, extreme rainfall events, and earthquakes. Our consideration of changing weather conditions and inclusion of safety factors in design covers the engineering uncertainties that climate change and other events may potentially introduce. Our ability to mitigate the adverse impacts of these events depends in part upon the effectiveness of our robust facility engineering as well as our rigorous disaster preparedness and response and business continuity planning.

4

A-11

**Insurance limitations.** The ability of the Corporation to insure against many of the risks it faces as described in this Item 1A is limited by the capacity of the applicable insurance markets, which may not be sufficient.

**Competition.** As noted in Item 1 above, the energy and petrochemical industries are highly competitive. We face competition not only from other private firms, but also from state-owned companies that are increasingly competing for opportunities outside of their home countries. In some cases, these state-owned companies may pursue opportunities in furtherance of strategic objectives of their government owners, with less focus on financial returns than companies owned by private shareholders, such as ExxonMobil. Technology and expertise provided by industry service companies may also enhance the competitiveness of firms that may not have the internal resources and capabilities of ExxonMobil or reduce the need for resource-owning countries to partner with private-sector oil and gas companies in order to monetize national resources.

**Reputation.** Our reputation is an important corporate asset. An operating incident, significant cybersecurity disruption, or other adverse event such as those described in this Item 1A may have a negative impact on our reputation, which in turn could make it more difficult for us to compete successfully for new opportunities, obtain necessary regulatory approvals, or could reduce consumer demand for our branded products. ExxonMobil's reputation may also be harmed by events which negatively affect the image of our industry as a whole.

Projections, estimates, and descriptions of ExxonMobil's plans and objectives included or incorporated in Items 1, 1A, 2, 7 and 7A of this report are forward-looking statements. Actual future results, including project completion dates, production rates, capital expenditures, costs, and business plans could differ materially due to, among other things, the factors discussed above and elsewhere in this report.

## ITEM 1B.     UNRESOLVED STAFF COMMENTS

None.

5

A-12

**Information with regard to oil and gas producing activities follows:**

**1. Disclosure of Reserves**

**A. Summary of Oil and Gas Reserves at Year-End 2018**

The table below summarizes the oil-equivalent proved reserves in each geographic area and by product type for consolidated subsidiaries and equity companies. Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels. The Corporation has reported proved reserves on the basis of the average of the first-day-of-the-month price for each month during the last 12-month period. No major discovery or other favorable or adverse event has occurred since December 31, 2018, that would cause a significant change in the estimated proved reserves as of that date.

| | Crude Oil | Natural Gas Liquids | Bitumen | Synthetic Oil | Natural Gas | Oil-Equivalent Total All Products |
|---|---|---|---|---|---|---|
| | (million bbls) | (million bbls) | (million bbls) | (million bbls) | (billion cubic ft) | (million bbls) |
| **Proved Reserves** | | | | | | |
| **Developed** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 1,257 | 439 | - | - | 12,538 | 3,786 |
| Canada/Other Americas *(1)* | 144 | 9 | 3,880 | 466 | 605 | 4,599 |
| Europe | 101 | 22 | - | - | 1,116 | 309 |
| Africa | 496 | 82 | - | - | 581 | 675 |
| Asia | 2,184 | 101 | - | - | 3,618 | 2,888 |
| Australia/Oceania | 75 | 43 | - | - | 4,336 | 841 |
| Total Consolidated | 4,257 | 696 | 3,880 | 466 | 22,794 | 13,098 |
| | | | | | | |
| **Equity Companies** | | | | | | |
| United States | 202 | 6 | - | - | 152 | 233 |
| Europe | 15 | - | - | - | 988 | 180 |
| Africa | - | - | - | - | - | - |
| Asia | 637 | 282 | - | - | 11,951 | 2,911 |
| Total Equity Company | 854 | 288 | - | - | 13,091 | 3,324 |
| Total Developed | 5,111 | 984 | 3,880 | 466 | 35,885 | 16,422 |
| | | | | | | |
| **Undeveloped** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 1,947 | 669 | - | - | 8,865 | 4,093 |
| Canada/Other Americas *(1)* | 385 | 18 | 305 | - | 1,139 | 898 |
| Europe | 65 | 13 | - | - | 196 | 111 |
| Africa | 108 | 3 | - | - | 7 | 112 |
| Asia | 1,173 | - | - | - | 223 | 1,210 |
| Australia/Oceania | 30 | 5 | - | - | 3,126 | 556 |
| Total Consolidated | 3,708 | 708 | 305 | - | 13,556 | 6,980 |
| | | | | | | |
| **Equity Companies** | | | | | | |
| United States | 52 | 4 | - | - | 73 | 68 |
| Europe | - | - | - | - | 69 | 12 |
| Africa | 6 | - | - | - | 863 | 150 |
| Asia | 383 | 50 | - | - | 1,370 | 661 |
| Total Equity Company | 441 | 54 | - | - | 2,375 | 891 |
| Total Undeveloped | 4,149 | 762 | 305 | - | 15,931 | 7,871 |
| **Total Proved Reserves** | 9,260 | 1,746 | 4,185 | 466 | 51,816 | 24,293 |

(1)   Other Americas includes proved developed reserves of 1 million barrels of crude oil and 99 billion cubic feet of natural gas, as well as proved undeveloped reserves of 226 million barrels of crude oil and 423 billion cubic feet of natural gas.

6

A-13

In the preceding reserves information, consolidated subsidiary data and equity company reserves are reported separately. However, the Corporation operates its business with the same view of equity company reserves as it has for reserves from consolidated subsidiaries.

The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups; operational outages; reservoir performance; performance of enhanced oil recovery projects; regulatory changes; the impact of fiscal and commercial terms; asset sales; weather events; price effects on production sharing contracts; changes in the amount and timing of capital investments that may vary depending on the oil and gas price environment; and other factors described in Item 1A. Risk Factors.

The estimation of proved reserves, which is based on the requirement of reasonable certainty, is an ongoing process based on rigorous technical evaluations, commercial and market assessments and detailed analysis of well and reservoir information such as flow rates and reservoir pressures. Furthermore, the Corporation only records proved reserves for projects which have received significant funding commitments by management made toward the development of the reserves. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policies, consumer preferences, and significant changes in long-term oil and natural gas price levels. In addition, proved reserves could be affected by an extended period of low prices which could reduce the level of the Corporation's capital spending and also impact our partners' capacity to fund their share of joint projects.

#### B. Technologies Used in Establishing Proved Reserves Additions in 2018

Additions to ExxonMobil's proved reserves in 2018 were based on estimates generated through the integration of available and appropriate geological, engineering and production data, utilizing well-established technologies that have been demonstrated in the field to yield repeatable and consistent results.

Data used in these integrated assessments included information obtained directly from the subsurface via wellbores, such as well logs, reservoir core samples, fluid samples, static and dynamic pressure information, production test data, and surveillance and performance information. The data utilized also included subsurface information obtained through indirect measurements including high-quality 3-D and 4-D seismic data, calibrated with available well control information. The tools used to interpret the data included proprietary seismic processing software, proprietary reservoir modeling and simulation software, and commercially available data analysis packages.

In some circumstances, where appropriate analog reservoirs were available, reservoir parameters from these analogs were used to increase the quality of and confidence in the reserves estimates.

#### C. Qualifications of Reserves Technical Oversight Group and Internal Controls over Proved Reserves

ExxonMobil has a dedicated Global Reserves group that provides technical oversight and is separate from the operating organization. Primary responsibilities of this group include oversight of the reserves estimation process for compliance with Securities and Exchange Commission (SEC) rules and regulations, review of annual changes in reserves estimates, and the reporting of ExxonMobil's proved reserves. This group also maintains the official company reserves estimates for ExxonMobil's proved reserves of crude oil, natural gas liquids, bitumen, synthetic oil, and natural gas. In addition, the group provides training to personnel involved in the reserves estimation and reporting process within ExxonMobil and its affiliates. The Manager of the Global Reserves group has more than 25 years of experience in reservoir engineering and reserves assessment, has a degree in Engineering and currently serves on the Oil and Gas Reserves Committee of the Society of Petroleum Engineers (SPE). The group is staffed with individuals that have an average of more than 20 years of technical experience in the petroleum industry, including expertise in the classification and categorization of reserves under the SEC guidelines. This group includes individuals who hold advanced degrees in either Engineering or Geology.

The Global Reserves group maintains a central database containing the official company reserves estimates. Appropriate controls, including limitations on database access and update capabilities, are in place to ensure data integrity within this central database. An annual review of the system's controls is performed by internal audit. Key components of the reserves estimation process include technical evaluations and analysis of well and field performance and a rigorous peer review. No changes may be made to the reserves estimates in the central database, including additions of any new initial reserves estimates or subsequent revisions, unless these changes have been thoroughly reviewed and evaluated by duly authorized personnel within the operating organization. In addition, changes to reserves estimates that exceed certain thresholds require further review and approval of the appropriate level of management within the operating organization before the changes may be made in the central database. Endorsement by the Global Reserves group for all proved reserves changes is a mandatory component of this review process. After all changes are made, reviews are held with senior management for final endorsement.

**2. Proved Undeveloped Reserves**

At year-end 2018, approximately 7.9 billion oil-equivalent barrels (GOEB) of ExxonMobil's proved reserves were classified as proved undeveloped. This represents 32 percent of the 24.3 GOEB reported in proved reserves. This compares to the 7.3 GOEB of proved undeveloped reserves reported at the end of 2017. During the year, ExxonMobil conducted development activities that resulted in the transfer of approximately 0.8 GOEB from proved undeveloped to proved developed reserves by year end. The largest transfers were related to drilling activity in the United States, the United Arab Emirates, Canada, and Russia. During 2018, extensions and discoveries, primarily in the United States resulted in an addition of approximately 1.7 GOEB of proved undeveloped reserves. Also, the Corporation reclassified approximately 0.3 GOEB of proved undeveloped reserves which no longer met the SEC definition of proved reserves, primarily in the Netherlands at the Groningen gas field and the United States.

Overall, investments of $13.2 billion were made by the Corporation during 2018 to progress the development of reported proved undeveloped reserves, including $13.1 billion for oil and gas producing activities and additional investments for other non-oil and gas producing activities such as the construction of support infrastructure and other related facilities. These investments represented 65 percent of the $20.2 billion in total reported Upstream capital and exploration expenditures.

One of ExxonMobil's requirements for reporting proved reserves is that management has made significant funding commitments toward the development of the reserves. ExxonMobil has a disciplined investment strategy and many major fields require long lead−time in order to be developed. Development projects typically take several years from the time of recording proved undeveloped reserves to the start of production and can exceed five years for large and complex projects. Proved undeveloped reserves in the United States, Canada, Australia, and Kazakhstan have remained undeveloped for five years or more primarily due to constraints on the capacity of infrastructure, as well as the time required to complete development for very large projects. The Corporation is reasonably certain that these proved reserves will be produced; however, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policies, consumer preferences, the pace of co−venturer/government funding, changes in the amount and timing of capital investments, and significant changes in long-term oil and natural gas price levels. Of the proved undeveloped reserves that have been reported for five or more years, over 80 percent are contained in the aforementioned countries. In Canada, proved undeveloped reserves are related to drilling activities in the offshore Hebron field and onshore Cold Lake operations. In Australia, proved undeveloped reserves are associated with future compression for the Gorgon Jansz LNG project. In Kazakhstan, the proved undeveloped reserves are related to the remainder of the initial development of the producing offshore Kashagan field which is included in the North Caspian Production Sharing Agreement and the Tengizchevroil joint venture which includes a production license in the Tengiz – Korolev field complex. The Tengizchevroil joint venture is producing, and proved undeveloped reserves will continue to move to proved developed as approved development phases progress.

8

A-15

In a matter reported in the Corporation's Form 10-Q for the second quarter of 2018, the State of Ohio Department of Natural Resources, Division of Oil & Gas Resources Management (ODNR) and XTO Energy Inc. (XTO) signed a Compliance Agreement on December 21, 2018, regarding alleged violations by XTO of the Ohio Revised Code, Ohio Administrative Code, and implementing regulations arising out of the Schnegg well incident in Belmont County, Ohio, in early 2018. The Compliance Agreement settles the following alleged actions of XTO: (1) causing brine to be discharged and contact the ground and/or surface water; (2) failure to place cement in the casing string per Ohio codes; (3) allowing a well to flow gas uncontrolled; (4) failure to construct, drill and operate a well in the manner as permitted and planned; and (5) failure to notify the ODNR upon discovery a well had sustained annular pressure above the prescribed pressure. The penalty assessment was $850,000, half paid to the ODNR on January 15, 2019, and half to be paid to 29 agencies located in Belmont County as designated by the ODNR.

In another matter relating to the Schnegg well incident, reported in the Corporation's Form 10-Q for the second quarter of 2018, the State of Ohio Environmental Protection Agency (OEPA) and XTO signed Final Findings and Orders on December 28, 2018, regarding OEPA allegations that XTO violated the Ohio Revised Code and implementing regulations, including but not limited to: (1) failure to maintain and operate its facility in a manner using good pollution control practices; (2) failure to provide a malfunction report; (3) failure to complete and properly report quarterly inspections; and (4) failure to submit site-specific work practice plans within applicable time limits. The penalty assessment of $150,000 was paid on January 21, 2019, half to the OEPA and half to a Supplemental Environmental Project.

As reported in the Corporation's Form 10-Q for the first quarter of 2018, the Corporation received a proposed agreed order from the Texas Commission on Environmental Quality (TCEQ), dated March 15, 2018, related to routine Title V air operating permit investigations conducted by the TCEQ in 2017 of the Baytown Refinery in Texas. The proposed agreed order alleged that the refinery failed to authorize, monitor, or keep records on certain equipment and to comply with certain flare or fuel gas monitoring system availability requirements or concentration limits. After receipt of additional information from ExxonMobil and further evaluation of the alleged violations, the TCEQ has issued a revised proposed agreed order, reducing the number of alleged violations and agreeing to an administrative penalty of $56,596 in settlement of these matters. The Agreed Order was signed by ExxonMobil on December 18, 2018, and ExxonMobil paid $28,298 on January 10, 2019. The balance will be paid to a Supplemental Environmental Project upon endorsement by the TCEQ.

As last reported in the Corporation's Form 10-Q for the third quarter of 2018, on July 20, 2017, the United States Department of Treasury, Office of Foreign Assets Control (OFAC) assessed a civil penalty against Exxon Mobil Corporation, ExxonMobil Development Company and ExxonMobil Oil Corporation for violating the Ukraine-Related Sanctions Regulations, 31 C.F.R. part 589. The assessed civil penalty is in the amount of $2,000,000. ExxonMobil and its affiliates have been and continue to be in compliance with all sanctions and disagree that any violation has occurred. ExxonMobil and its affiliates filed a complaint on July 20, 2017, in the United States Federal District Court, Northern District of Texas seeking judicial review of, and to enjoin, the civil penalty under the Administrative Procedures Act and the United States Constitution, including on the basis that it represents an arbitrary and capricious action by OFAC and a violation of the Company's due process rights.

Refer to the relevant portions of "Note 16: Litigation and Other Contingencies" of the Financial Section of this report for additional information on legal proceedings.

## ITEM 4.    MINE SAFETY DISCLOSURES

Not applicable.

_____

(positions and ages as of February 27, 2019)

---

| **Darren W. Woods** | *Chairman of the Board* | |
|---|---|---|
| Held current title since: | January 1, 2017 | Age: 54 |

Mr. Darren W. Woods was President of ExxonMobil Refining & Supply Company August 1, 2012 – July 31, 2014 and Vice President of Exxon Mobil Corporation August 1, 2012 – May 31, 2014. He was Senior Vice President of Exxon Mobil Corporation June 1, 2014 – December 31, 2015. He became a Director and President of Exxon Mobil Corporation on January 1, 2016, and Chairman of the Board and Chief Executive Officer on January 1, 2017, positions he continues to hold as of this filing date.

---

| **Neil A. Chapman** | *Senior Vice President* | |
|---|---|---|
| Held current title since: | January 1, 2018 | Age: 56 |

Mr. Neil A. Chapman was Senior Vice President, ExxonMobil Chemical Company April 1, 2011 – December 31, 2014. He was President of ExxonMobil Chemical Company and Vice President of Exxon Mobil Corporation January 1, 2015 – December 31, 2017. He became Senior Vice President of Exxon Mobil Corporation on January 1, 2018, a position he continues to hold as of this filing date.

---

| **Andrew P. Swiger** | *Senior Vice President* | |
|---|---|---|
| Held current title since: | April 1, 2009 | Age: 62 |

Mr. Andrew P. Swiger became Senior Vice President of Exxon Mobil Corporation on April 1, 2009, a position he continues to hold as of this filing date.

---

| **Jack P. Williams, Jr.** | *Senior Vice President* | |
|---|---|---|
| Held current title since: | June 1, 2014 | Age: 55 |

Mr. Jack P. Williams, Jr. was Executive Vice President of ExxonMobil Production Company June 1, 2013 – June 30, 2014. He became Senior Vice President of Exxon Mobil Corporation on June 1, 2014, a position he continues to hold as of this filing date.

---

| **Peter P. Clarke** | *Vice President* | |
|---|---|---|
| Held current title since: | March 1, 2018 | Age: 53 |

Mr. Peter P. Clarke was Business Planning & Analysis Manager, ExxonMobil Gas & Power Marketing Company May 1, 2011 – April 30, 2014. He was Vice President, Asia Pacific, Africa & Power, ExxonMobil Gas & Power Marketing Company May 1, 2014 – February 28, 2015. He was Vice President, Asia Pacific, Africa, & Americas, ExxonMobil Gas & Power Marketing Company March 1, 2015 – June 30, 2015. He was Vice President, International Gas for ExxonMobil Gas & Power Marketing Company July 1, 2015 – February 28, 2018. He became President of ExxonMobil Gas & Power Marketing Company and Vice President of Exxon Mobil Corporation on March 1, 2018, positions he continues to hold as of this filing date.

---

| **Bradley W. Corson** | *Vice President* | |
|---|---|---|
| Held current title since: | March 1, 2015 | Age: 57 |

Mr. Bradley W. Corson was Regional Vice President, Europe/Caspian for ExxonMobil Production Company May 1, 2009 – April 30, 2014. He was Vice President, ExxonMobil Upstream Ventures May 1, 2014 – February 28, 2015. He became President of ExxonMobil Upstream Ventures and Vice President of Exxon Mobil Corporation on March 1, 2015, positions he continues to hold as of this filing date.

---

28

| Neil W. Duffin | *Vice President* |
|---|---|

Held current title since:          January 1, 2017          Age: 62

Mr. Neil W. Duffin was President of ExxonMobil Development Company April 13, 2007 – December 31, 2016. He became President of ExxonMobil Production Company and Vice President of Exxon Mobil Corporation on January 1, 2017, positions he continues to hold as of this filing date.

| Randall M. Ebner | *Vice President and General Counsel* |
|---|---|

Held current title since:          November 1, 2016          Age: 63

Mr. Randall M. Ebner was Assistant General Counsel of Exxon Mobil Corporation January 1, 2009 – October 31, 2016. He became Vice President and General Counsel of Exxon Mobil Corporation on November 1, 2016, positions he continues to hold as of this filing date.

| Stephen M. Greenlee | *Vice President* |
|---|---|

Held current title since:          September 1, 2010          Age: 61

Mr. Stephen M. Greenlee became President of ExxonMobil Exploration Company and Vice President of Exxon Mobil Corporation on September 1, 2010, positions he continues to hold as of this filing date.

| Neil A. Hansen | *Vice President – Investor Relations and Secretary* |
|---|---|

Held current title since:          July 1, 2018          Age: 44

Mr. Neil A. Hansen was Affiliate Finance Manager, Treasurer's, Exxon Mobil Corporation May 1, 2013 – June 30, 2014. He was Thailand Lead Country Manager and Business Services Manager, Esso (Thailand) Public Company Ltd. July 1, 2014 – March 31, 2017. He was Controller, ExxonMobil Fuels, Lubricants & Specialties Marketing Company April 1, 2017 – December 31, 2017. He was Value Chain Controller, ExxonMobil Fuels & Lubricants Company January 1, 2018 – June 30, 2018. He became Vice President – Investor Relations and Secretary of Exxon Mobil Corporation on July 1, 2018, positions he continues to hold as of this filing date.

| Liam M. Mallon | *President, ExxonMobil Development Company* |
|---|---|

Held current title since:          January 1, 2017          Age: 56

Mr. Liam M. Mallon was Vice President, Africa, ExxonMobil Production Company June 1, 2012 – January 31, 2014. He was Executive Vice President, ExxonMobil Development Company February 1, 2014 – December 31, 2016. He became President of ExxonMobil Development Company on January 1, 2017, a position he continues to hold as of this filing date.

| Bryan W. Milton | *Vice President* |
|---|---|

Held current title since:          August 1, 2016          Age: 54

Mr. Bryan W. Milton was President of ExxonMobil Global Services Company April 1, 2011 – July 31, 2016. He was President of ExxonMobil Fuels, Lubricants & Specialties Marketing Company and Vice President of Exxon Mobil Corporation August 1, 2016 – December 31, 2017. He became President of ExxonMobil Fuels & Lubricants Company and Vice President of Exxon Mobil Corporation on January 1, 2018, positions he continues to hold as of this filing date.

| Sara N. Ortwein | *President, XTO Energy Inc., a subsidiary of the Corporation* |
|---|---|

Held current title since:          November 1, 2016          Age: 60

Ms. Sara N. Ortwein was President of ExxonMobil Upstream Research Company September 1, 2010 – October 31, 2016. She became President of XTO Energy Inc. on November 1, 2016, a position she continues to hold as of this filing date.

| David S. Rosenthal | *Vice President and Controller* |
|---|---|

Held current title since:          October 1, 2008 (Vice President)
                                   September 1, 2014 (Controller)          Age: 62

Mr. David S. Rosenthal was Vice President – Investor Relations and Secretary of Exxon Mobil Corporation October 1, 2008 – August 31, 2014. He became Vice President and Controller of Exxon Mobil Corporation on September 1, 2014, positions he continues to hold as of this filing date.

A-18

**Robert N. Schleckser**                        *Vice President and Treasurer*

Held current title since:                        May 1, 2011                        Age: 62

Mr. Robert N. Schleckser became Vice President and Treasurer of Exxon Mobil Corporation on May 1, 2011, positions he continues to hold as of this filing date.

---

**James M. Spellings, Jr.**                        *Vice President and General Tax Counsel*

Held current title since:                        March 1, 2010                        Age: 57

Mr. James M. Spellings, Jr. became Vice President and General Tax Counsel of Exxon Mobil Corporation on March 1, 2010, positions he continues to hold as of this filing date.

---

**John R. Verity**                        *Vice President*

Held current title since:                        January 1, 2018                        Age: 60

Mr. John R. Verity was Vice President, Polyolefins, ExxonMobil Chemical Company October 17, 2008 – March 31, 2014. He was Vice President, Plastics & Resins, ExxonMobil Chemical Company April 1, 2014 – December 31, 2014. He was Senior Vice President, Polymers, ExxonMobil Chemical Company January 1, 2015 – December 31, 2017. He became President of ExxonMobil Chemical Company and Vice President of Exxon Mobil Corporation on January 1, 2018, positions he continues to hold as of this filing date.

---

**Theodore J. Wojnar, Jr.**                        *Vice President – Corporate Strategic Planning*

Held current title since:                        August 1, 2017                        Age: 59

Mr. Theodore J. Wojnar, Jr. was President of ExxonMobil Research and Engineering Company April 1, 2011 – July 31, 2017. He became Vice President – Corporate Strategic Planning of Exxon Mobil Corporation on August 1, 2017, a position he continues to hold as of this filing date.

---

Officers are generally elected by the Board of Directors at its meeting on the day of each annual election of directors, with each such officer serving until a successor has been elected and qualified.

30

A-19

PART II

## ITEM 5.    MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES

Reference is made to the "Quarterly Information" portion of the Financial Section of this report and Item 12 in Part III of this report.

**Issuer Purchases of Equity Securities for Quarter Ended December 31, 2018**

| Period | Total Number of Shares Purchased | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Maximum Number of Shares that May Yet Be Purchased Under the Plans or Programs |
|---|---|---|---|---|
| October 2018 | - | | - | |
| November 2018 | - | | - | |
| December 2018 | - | | - | |
| Total | - | | - | (See Note 1) |

During the fourth quarter, the Corporation did not purchase any shares of its common stock for the treasury, and did not issue or sell any unregistered equity securities.

Note 1 - On August 1, 2000, the Corporation announced its intention to resume purchases of shares of its common stock for the treasury both to offset shares issued in conjunction with company benefit plans and programs and to gradually reduce the number of shares outstanding. The announcement did not specify an amount or expiration date. The Corporation has continued to purchase shares since this announcement and to report purchased volumes in its quarterly earnings releases. In its earnings release dated February 2, 2016, the Corporation stated it will continue to acquire shares to offset dilution in conjunction with benefit plans and programs, but had suspended making purchases to reduce shares outstanding effective beginning the first quarter of 2016.

## ITEM 6.    SELECTED FINANCIAL DATA

| | Years Ended December 31, | | | | |
|---|---|---|---|---|---|
| | **2018** | **2017** | **2016** | **2015** | **2014** |
| | *(millions of dollars, except per share amounts)* | | | | |
| Sales and other operating revenue | 279,332 | 237,162 | 200,628 | 239,854 | 367,647 |
| Net income attributable to ExxonMobil | 20,840 | 19,710 | 7,840 | 16,150 | 32,520 |
| Earnings per common share | 4.88 | 4.63 | 1.88 | 3.85 | 7.60 |
| Earnings per common share - assuming dilution | 4.88 | 4.63 | 1.88 | 3.85 | 7.60 |
| Cash dividends per common share | 3.23 | 3.06 | 2.98 | 2.88 | 2.70 |
| Total assets | 346,196 | 348,691 | 330,314 | 336,758 | 349,493 |
| Long-term debt | 20,538 | 24,406 | 28,932 | 19,925 | 11,653 |

## ITEM 7.    MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

Reference is made to the section entitled "Management's Discussion and Analysis of Financial Condition and Results of Operations" in the Financial Section of this report.

## ITEM 7A.    QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

Reference is made to the section entitled "Market Risks, Inflation and Other Uncertainties", excluding the part entitled "Inflation and Other Uncertainties", in the Financial Section of this report. All statements, other than historical information incorporated in this Item 7A, are forward-looking statements. The actual impact of future market changes could differ materially due to, among other things, factors discussed in this report.

Case 3:21-cv-00194-N   Document 124   Filed 01/08/24   Page 27 of 256   PageID 2608

| | **2018** | | | | | **2017** | | | | |
| | **First Quarter** | **Second Quarter** | **Third Quarter** | **Fourth Quarter** | **Year** | **First Quarter** | **Second Quarter** | **Third Quarter** | **Fourth Quarter** | **Year** |
|---|---|---|---|---|---|---|---|---|---|---|
| **Volumes** | | | | | | | | | | |
| Production of crude oil, | | | | | *(thousands of barrels daily)* | | | | | |
| natural gas liquids, synthetic oil and bitumen | 2,216 | 2,212 | 2,286 | 2,348 | 2,266 | 2,333 | 2,269 | 2,280 | 2,251 | 2,283 |
| Refinery throughput | 4,293 | 4,105 | 4,392 | 4,298 | 4,272 | 4,324 | 4,345 | 4,287 | 4,207 | 4,291 |
| Petroleum product sales *(1)* | 5,432 | 5,502 | 5,616 | 5,495 | 5,512 | 5,395 | 5,558 | 5,542 | 5,624 | 5,530 |
| Natural gas production | | | | | *(millions of cubic feet daily)* | | | | | |
| available for sale | 10,038 | 8,613 | 9,001 | 9,974 | 9,405 | 10,908 | 9,920 | 9,585 | 10,441 | 10,211 |
| | | | | | *(thousands of oil-equivalent barrels daily)* | | | | | |
| Oil-equivalent production *(2)* | 3,889 | 3,647 | 3,786 | 4,010 | 3,833 | 4,151 | 3,922 | 3,878 | 3,991 | 3,985 |
| | | | | | *(thousands of metric tons)* | | | | | |
| Chemical prime product sales *(1)* | 6,668 | 6,852 | 6,677 | 6,672 | 26,869 | 6,072 | 6,120 | 6,446 | 6,782 | 25,420 |
| **Summarized financial data** | | | | | | | | | | |
| Sales and other operating | | | | | *(millions of dollars)* | | | | | |
| revenue | 65,436 | 71,456 | 74,187 | 68,253 | 279,332 | 56,474 | 56,026 | 59,350 | 65,312 | 237,162 |
| Gross profit *(3)* | 16,187 | 16,622 | 18,656 | 16,268 | 67,733 | 14,030 | 13,120 | 15,086 | 14,126 | 56,362 |
| Net income attributable to | | | | | | | | | | |
| ExxonMobil *(4)* | 4,650 | 3,950 | 6,240 | 6,000 | 20,840 | 4,010 | 3,350 | 3,970 | 8,380 | 19,710 |
| **Per share data** | | | | | *(dollars per share)* | | | | | |
| Earnings per common share *(5)* | 1.09 | 0.92 | 1.46 | 1.41 | 4.88 | 0.95 | 0.78 | 0.93 | 1.97 | 4.63 |
| Earnings per common share – assuming dilution *(5)* | 1.09 | 0.92 | 1.46 | 1.41 | 4.88 | 0.95 | 0.78 | 0.93 | 1.97 | 4.63 |

(1)  Petroleum product and chemical prime product sales data reported net of purchases/sales contracts with the same counterparty.

(2)  Natural gas is converted to an oil-equivalent basis at six million cubic feet per one thousand barrels.

(3)  Gross profit equals sales and other operating revenue less estimated costs associated with products sold. Effective January 1, 2018, the Corporation adopted the Accounting Standard Update, Compensation – Retirement Benefits (Topic 715): Improving the Presentation of Net Periodic Pension Cost and Net Periodic Postretirement Benefit Cost which requires separate presentation of the non-service cost components of net benefit costs and increased previously reported gross profit by $279 million for first quarter 2017, $347 million for second quarter 2017, $382 million for third quarter 2017, and $430 million for fourth quarter 2017. See Note 2 to the financial statements, Accounting Changes.

(4)  Fourth quarter 2018 included an impairment charge of $429 million. Fourth quarter 2017 included a U.S. tax reform impact of $5,942 million and an impairment charge of $1,294 million.

(5)  Computed using the average number of shares outstanding during each period. The sum of the four quarters may not add to the full year.

The principal market where ExxonMobil common stock (XOM) is traded is the New York Stock Exchange, although the stock is traded on other exchanges in and outside the United States.

There were 371,146 registered shareholders of ExxonMobil common stock at December 31, 2018. At January 31, 2019, the registered shareholders of ExxonMobil common stock numbered 370,064.

On January 30, 2019, the Corporation declared a $0.82 dividend per common share, payable March 11, 2019.

40

## FUNCTIONAL EARNINGS

| | 2018 | 2017 | 2016 |
|---|---:|---:|---:|
| | *(millions of dollars, except per share amounts)* | | |
| **Earnings (U.S. GAAP)** | | | |
| Upstream | | | |
|   United States | 1,739 | 6,622 | (4,151) |
|   Non-U.S. | 12,340 | 6,733 | 4,347 |
| Downstream | | | |
|   United States | 2,962 | 1,948 | 1,094 |
|   Non-U.S. | 3,048 | 3,649 | 3,107 |
| Chemical | | | |
|   United States | 1,642 | 2,190 | 1,876 |
|   Non-U.S. | 1,709 | 2,328 | 2,739 |
| Corporate and financing | (2,600) | (3,760) | (1,172) |
|   Net income attributable to ExxonMobil (U.S. GAAP) | 20,840 | 19,710 | 7,840 |
| | | | |
| Earnings per common share | 4.88 | 4.63 | 1.88 |
| Earnings per common share – assuming dilution | 4.88 | 4.63 | 1.88 |

*References in this discussion to total corporate earnings mean net income attributable to ExxonMobil (U.S. GAAP) from the consolidated income statement. Unless otherwise indicated, references to earnings, Upstream, Downstream, Chemical and Corporate and financing segment earnings, and earnings per share are ExxonMobil's share after excluding amounts attributable to noncontrolling interests.*

## FORWARD-LOOKING STATEMENTS

Statements in this discussion regarding expectations, plans and future events or conditions are forward-looking statements. Actual future financial and operating results or conditions, including demand growth and energy source, supply and mix; government policies relating to climate change, foreign relations and taxation; project plans, capacities, schedules and costs; production growth and mix; rates of field decline; asset carrying values; proved reserves; financing sources; the resolution of contingencies and uncertain tax positions; and environmental and capital expenditures; could differ materially depending on a number of factors, such as changes in the supply of and demand for crude oil, natural gas, and petroleum and petrochemical products and resulting price impacts; the outcome of commercial negotiations; the impact of fiscal and commercial terms; political or regulatory events; the outcome of exploration and development projects; technological developments; and other factors discussed herein and in Item 1A. Risk Factors.

The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

## OVERVIEW

The following discussion and analysis of ExxonMobil's financial results, as well as the accompanying financial statements and related notes to consolidated financial statements to which they refer, are the responsibility of the management of Exxon Mobil Corporation. The Corporation's accounting and financial reporting fairly reflect its integrated business model involving exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products.

ExxonMobil, with its resource base, financial strength, disciplined investment approach and technology portfolio, is well−positioned to participate in substantial investments to develop new energy supplies. The company's integrated business model, with significant investments in Upstream, Downstream and Chemical segments, reduces the Corporation's risk from changes in commodity prices. While commodity prices depend on supply and demand and may be volatile on a short-term basis, ExxonMobil's investment decisions are grounded on fundamentals reflected in our long-term business outlook, and use a disciplined approach in selecting and pursuing the most attractive investment opportunities. The corporate plan is a fundamental annual management process that is the basis for setting near-term operating and capital objectives in addition to providing the longer-term economic assumptions used for investment evaluation purposes. Volumes are based on individual field production profiles, which are also updated annually. Price ranges for crude oil, natural gas, refined products, and chemical products are based on corporate plan assumptions developed annually by major region and are utilized for investment evaluation purposes. Major investment opportunities are evaluated over a range of potential market conditions. Once major investments are made, a reappraisal process is completed to ensure relevant lessons are learned and improvements are incorporated into future projects.

41

**BUSINESS ENVIRONMENT AND RISK ASSESSMENT**

**Long-Term Business Outlook**

The Long-Term Business Outlook is based on the Corporation's 2018 *Outlook for Energy*, which is used to help inform our long term business strategies and investment plans. By 2040, the world's population is projected at around 9.2 billion people, or about 1.7 billion more than in 2016. Coincident with this population increase, the Corporation expects worldwide economic growth to average close to 3 percent per year, with economic output nearly doubling by 2040. As economies and populations grow, and as living standards improve for billions of people, the need for energy is expected to continue to rise. Even with significant efficiency gains, global energy demand is projected to rise by about 25 percent from 2016 to 2040. This increase in energy demand is expected to be driven by developing countries (i.e., those that are not member nations of the Organisation for Economic Co-operation and Development (OECD)).

As expanding prosperity helps drive global energy demand higher, increasing use of energy efficient technologies and practices as well as lower-emission fuels will continue to help significantly reduce energy consumption and emissions per unit of economic output over time. Substantial efficiency gains are likely in all key aspects of the world's economy through 2040, affecting energy requirements for power generation, transportation, industrial applications, and residential and commercial needs.

Global electricity demand is expected to increase approximately 60 percent from 2016 to 2040, with developing countries likely to account for about 85 percent of the increase. Consistent with this projection, power generation is expected to remain the largest and fastest growing major segment of global primary energy demand, supported by a wide variety of energy sources. The share of coal fired generation is likely to decline substantially and approach 25 percent of the world's electricity in 2040, versus nearly 40 percent in 2016, in part as a result of policies to improve air quality as well as reduce greenhouse gas emissions to address the risks of climate change. From 2016 to 2040, the amount of electricity supplied using natural gas, nuclear power, and renewables is likely to nearly double, and account for about 95 percent of the growth in electricity supplies. Electricity from wind and solar is likely to increase about 400 percent, helping total renewables (including other sources, e.g. hydropower) to account for about half of the increase in electricity supplies worldwide through 2040. Total renewables will likely reach nearly 35 percent of global electricity supplies by 2040. Natural gas and nuclear are also expected to increase shares over the period to 2040, reaching about 25 percent and 12 percent of global electricity supplies respectively by 2040. Supplies of electricity by energy type will reflect significant differences across regions reflecting a wide range of factors including the cost and availability of various energy supplies.

Energy for transportation – including cars, trucks, ships, trains and airplanes – is expected to increase approximately 30 percent from 2016 to 2040. Transportation energy demand is likely to account for approximately 60 percent of the growth in liquid fuels demand worldwide over this period. Liquid fuels demand for light-duty vehicles is expected to remain relatively flat to 2040 as the impact of better fuel economy and significant growth in electric cars, led by China, Europe, and the United States, work to offset growth in the worldwide car fleet of about 75 percent. By 2040, light-duty vehicles are expected to account for about 20 percent of global liquid fuels demand. During the same time period, nearly all the world's transportation fleets are likely to continue to run on liquid fuels, which are widely available and offer practical advantages in providing a large quantity of energy in small volumes.

Liquid fuels provide the largest share of global energy supplies today reflecting broad-based availability, affordability, ease of transportation, and fitness as a practical solution to meet a wide variety of needs. By 2040, global demand for liquid fuels is projected to grow to approximately 118 million barrels of oil equivalent per day, an increase of about 20 percent from 2016. The non-OECD share of global liquid fuels demand is expected to increase to about 65 percent by 2040, as liquid fuels demand in the OECD is likely to decline by close to 10 percent. Much of the global liquid fuels demand today is met by crude production from traditional conventional sources; these supplies will remain important and significant development activity is expected to offset much of the natural declines from these fields. At the same time, a variety of emerging supply sources – including tight oil, deepwater, oil sands, natural gas liquids and biofuels – are expected to grow to help meet rising demand. The world's resource base is sufficient to meet projected demand through 2040 as technology advances continue to expand the availability of economic supply options. However, timely investments will remain critical to meeting global needs with reliable and affordable supplies.

Natural gas is a versatile and practical fuel for a wide variety of applications, and it is expected to grow the most of any primary energy type from 2016 to 2040, meeting more than 35 percent of global energy demand growth. Global natural gas demand is expected to rise nearly 40 percent from 2016 to 2040, with about 45 percent of that increase in the Asia Pacific region. Significant growth in supplies of unconventional gas – the natural gas found in shale and other tight rock formations – will help meet these needs. In total, about 55 percent of the growth in natural gas supplies is expected to be from unconventional sources. At the same time, conventionally-produced natural gas is likely to remain the cornerstone of global supply, meeting about two-thirds of worldwide demand in 2040. Liquefied natural gas (LNG) trade will expand significantly, meeting about one-third of the increase in global demand growth, with much of this supply expected to help meet rising demand in Asia Pacific.

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 30 of 256    PageID 2611

The global energy markets can give rise to extended periods in which market conditions are adverse to one or more of the Corporation's businesses. Such conditions, along with the capital-intensive nature of the industry and very long lead times associated with many of our projects, underscore the importance of maintaining a strong financial position. Management views the Corporation's financial strength as a competitive advantage.

In general, segment results are not dependent on the ability to sell and/or purchase products to/from other segments. Instead, where such sales take place, they are the result of efficiencies and competitive advantages of integrated refinery/chemical complexes. Additionally, intersegment sales are at market-based prices. The products bought and sold between segments can also be acquired in worldwide markets that have substantial liquidity, capacity and transportation capabilities. About 35 percent of the Corporation's intersegment sales represent Upstream production sold to the Downstream. Other intersegment sales include those between refineries and chemical plants related to raw materials, feedstocks and finished products.

Although price levels of crude oil and natural gas may rise or fall significantly over the short to medium term due to global economic conditions, political events, decisions by OPEC and other major government resource owners and other factors, industry economics over the long term will continue to be driven by market supply and demand. Accordingly, the Corporation evaluates the viability of its major investments over a range of prices.

The Corporation has an active asset management program in which underperforming assets are either improved to acceptable levels or considered for divestment. The asset management program includes a disciplined, regular review to ensure that all assets are contributing to the Corporation's strategic objectives resulting in an efficient capital base.

### Risk Management

The Corporation's size, strong capital structure, geographic diversity and the complementary nature of the Upstream, Downstream and Chemical businesses reduce the Corporation's enterprise-wide risk from changes in commodity prices, currency rates and interest rates. In addition, the Corporation uses commodity-based contracts, including derivatives, to manage commodity price risk and for trading purposes. The Corporation's commodity derivatives are not accounted for under hedge accounting. At times, the Corporation also enters into forward currency and interest rate derivatives, none of which are material to the Corporation's financial position as of December 31, 2018 and 2017, or results of operations for the years ended 2018, 2017 and 2016. Credit risk associated with the Corporation's derivative position is mitigated by several factors, including the use of derivative clearing exchanges and the quality of and financial limits placed on derivative counterparties. No material market or credit risks to the Corporation's financial position, results of operations or liquidity exist as a result of the derivatives described in Note 13. The Corporation maintains a system of controls that includes the authorization, reporting and monitoring of derivative activity.

The Corporation is exposed to changes in interest rates, primarily on its short-term debt and the portion of long-term debt that carries floating interest rates. The impact of a 100-basis-point change in interest rates affecting the Corporation's debt would not be material to earnings, cash flow or fair value. The Corporation has access to significant capacity of long-term and short-term liquidity. Internally generated funds are expected to cover the majority of financial requirements, supplemented by long-term and short-term debt. Some joint-venture partners are dependent on the credit markets, and their funding ability may impact the development pace of joint-venture projects.

The Corporation conducts business in many foreign currencies and is subject to exchange rate risk on cash flows related to sales, expenses, financing and investment transactions. Fluctuations in exchange rates are often offsetting and the impacts on ExxonMobil's geographically and functionally diverse operations are varied. The Corporation makes limited use of currency exchange contracts to mitigate the impact of changes in currency values, and exposures related to the Corporation's limited use of the currency exchange contracts are not material.

### Inflation and Other Uncertainties

The general rate of inflation in many major countries of operation has remained moderate over the past few years, and the associated impact on non-energy costs has generally been mitigated by cost reductions from efficiency and productivity improvements. Prices for services and materials continue to evolve in response to constant changes in commodity markets and industry activities, impacting operating and capital costs. The Corporation monitors market trends and works to minimize costs in all commodity price environments through its economies of scale in global procurement and its efficient project management practices.

Case 3:21-cv-00194-N   Document 124   Filed 01/08/24   Page 31 of 256   PageID 2612

## RECENTLY ISSUED ACCOUNTING STANDARDS

Effective January 1, 2019, the Corporation adopted the Financial Accounting Standards Board's Standard, *Leases (Topic 842)*, as amended. The standard requires all leases to be recorded on the balance sheet as a right of use asset and a lease liability. The Corporation used a transition method that applies the new lease standard at January 1, 2019, and recognizes any cumulative-effect adjustments to the opening balance of 2019 retained earnings. The Corporation applied a policy election to exclude short-term leases from balance sheet recognition and also elected certain practical expedients at adoption. As permitted under these expedients the Corporation did not reassess whether existing contracts are or contain leases, the lease classification for any existing leases, initial direct costs for any existing lease and whether existing land easements and rights of way, that were not previously accounted for as leases, are or contain a lease. At January 1, 2019, the operating lease liability is estimated to be in the range of $3.3 billion and the operating lease right of use asset is estimated to be in the range of $4.3 billion, including about $1.0 billion related to prepaid leases. The cumulative effect adjustment is expected to be de minimis.

## CRITICAL ACCOUNTING ESTIMATES

The Corporation's accounting and financial reporting fairly reflect its integrated business model involving exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products. The preparation of financial statements in conformity with U.S. Generally Accepted Accounting Principles (GAAP) requires management to make estimates and judgments that affect the reported amounts of assets, liabilities, revenues and expenses and the disclosure of contingent assets and liabilities. The Corporation's accounting policies are summarized in Note 1.

### Oil and Natural Gas Reserves

The estimation of proved reserves is an ongoing process based on rigorous technical evaluations, commercial and market assessments and detailed analysis of well information such as flow rates and reservoir pressure declines, among other factors. The estimation of proved reserves is controlled by the Corporation through long-standing approval guidelines. Reserve changes are made within a well-established, disciplined process driven by senior level geoscience and engineering professionals, assisted by the Global Reserves group which has significant technical experience, culminating in reviews with and approval by senior management. Notably, the Corporation does not use specific quantitative reserve targets to determine compensation. Key features of the reserve estimation process are covered in Disclosure of Reserves in Item 2.

Oil and natural gas reserves include both proved and unproved reserves.

- Proved oil and natural gas reserves are determined in accordance with Securities and Exchange Commission (SEC) requirements. Proved reserves are those quantities of oil and natural gas which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible under existing economic and operating conditions and government regulations. Proved reserves are determined using the average of first-of-month oil and natural gas prices during the reporting year.

  Proved reserves can be further subdivided into developed and undeveloped reserves. Proved developed reserves include amounts which are expected to be recovered through existing wells with existing equipment and operating methods. Proved undeveloped reserves include amounts expected to be recovered from new wells on undrilled proved acreage or from existing wells where a relatively major expenditure is required for completion. Proved undeveloped reserves are recognized only if a development plan has been adopted indicating that the reserves are scheduled to be drilled within five years, unless specific circumstances support a longer period of time.

  The percentage of proved developed reserves was 68 percent of total proved reserves at year-end 2018 (including both consolidated and equity company reserves), an increase from 66 percent in 2017, and has been over 60 percent for the last ten years. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policy, consumer preferences and significant changes in long-term oil and natural gas prices.

- Unproved reserves are quantities of oil and natural gas with less than reasonable certainty of recoverability and include probable reserves. Probable reserves are reserves that, together with proved reserves, are as likely as not to be recovered.

Revisions in previously estimated volumes of proved reserves for existing fields can occur due to the evaluation or re-evaluation of (1) already available geologic, reservoir or production data, (2) new geologic, reservoir or production data or (3) changes in the average of first-of-month oil and natural gas prices and / or costs that are used in the estimation of reserves. Revisions can also result from significant changes in development strategy or production equipment and facility capacity.

**Unit-of-Production Depreciation**

Oil and natural gas reserve quantities are used as the basis to calculate unit-of-production depreciation rates for most upstream assets. Depreciation is calculated by taking the ratio of asset cost to total proved reserves or proved developed reserves applied to actual production. The volumes produced and asset cost are known, while proved reserves are based on estimates that are subject to some variability.

In the event that the unit-of-production method does not result in an equitable allocation of cost over the economic life of an upstream asset, an alternative method is used. The straight-line method may be used in limited situations where the expected life of the asset does not reasonably correlate with that of the underlying reserves. For example, certain assets used in the production of oil and natural gas have a shorter life than the reserves, and as such, the Corporation uses straight-line depreciation to ensure the asset is fully depreciated by the end of its useful life.

To the extent that proved reserves for a property are substantially de-booked and that property continues to produce such that the resulting depreciation charge does not result in an equitable allocation of cost over the expected life, assets will be depreciated using a unit-of-production method based on reserves determined at the most recent SEC price which results in a more meaningful quantity of proved reserves, appropriately adjusted for production and technical changes. The effect of this approach on the Corporation's 2018 depreciation expense versus 2017 was immaterial.

**Impairment**

The Corporation tests assets or groups of assets for recoverability on an ongoing basis whenever events or changes in circumstances indicate that the carrying amounts may not be recoverable. Among the events or changes in circumstances which could indicate that the carrying value of an asset or asset group may not be recoverable are the following:

- a significant decrease in the market price of a long-lived asset;
- a significant adverse change in the extent or manner in which an asset is being used or in its physical condition including a significant decrease in current and projected reserve volumes;
- a significant adverse change in legal factors or in the business climate that could affect the value, including an adverse action or assessment by a regulator;
- an accumulation of project costs significantly in excess of the amount originally expected;
- a current-period operating loss combined with a history and forecast of operating or cash flow losses; and
- a current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life.

Asset valuation analyses performed as part of its asset management program and other profitability reviews assist the Corporation in assessing whether events or changes in circumstances indicate the carrying amounts of any of its assets may not be recoverable.

In general, the Corporation does not view temporarily low prices or margins as an indication of impairment. Management believes that prices over the long term must be sufficient to generate investments in energy supply to meet global demand. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand fundamentals. On the supply side, industry production from mature fields is declining. This is being offset by investments to generate production from new discoveries, field developments and technology and efficiency advancements. OPEC investment activities and production policies also have an impact on world oil supplies. The demand side is largely a function of general economic activities and levels of prosperity. Because the lifespans of the vast majority of the Corporation's major assets are measured in decades, the value of these assets is predominantly based on long-term views of future commodity prices and production costs. During the lifespan of these major assets, the Corporation expects that oil and gas prices will experience significant volatility, and consequently these assets will experience periods of higher earnings and periods of lower earnings, or even losses.

In assessing whether the events or changes in circumstances indicate the carrying value of an asset may not be recoverable, the Corporation considers recent periods of operating losses in the context of its longer-term view of prices. While near-term prices are subject to wide fluctuations, longer-term price views are more stable and meaningful for purposes of assessing future cash flows.

When the industry experiences a prolonged and deep reduction in commodity prices, the market supply and demand conditions may result in changes to the Corporation's long-term price or margin assumptions it uses for its capital investment decisions. To the extent those changes result in a significant reduction to its long-term oil price, natural gas price or margin ranges, the Corporation may consider that situation, in conjunction with other events or changes in circumstances such as a history of operating losses, an indicator of potential impairment for certain assets.

59

A-26

In the Upstream, the standardized measure of discounted cash flows included in the Supplemental Information on Oil and Gas Exploration and Production Activities is required to use prices based on the average of first-of-month prices. These prices represent discrete points in time and could be higher or lower than the Corporation's long-term price assumptions which are used for impairment assessments. The Corporation believes the standardized measure does not provide a reliable estimate of the expected future cash flows to be obtained from the development and production of its oil and gas properties or of the value of its oil and gas reserves and therefore does not consider it relevant in determining whether events or changes in circumstances indicate the need for an impairment assessment.

If events or changes in circumstances indicate that the carrying value of an asset may not be recoverable, the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. In performing this assessment, assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets. Cash flows used in recoverability assessments are based on the Corporation's assumptions which are developed in the annual planning and budgeting process, and are consistent with the criteria management uses to evaluate investment opportunities. These evaluations make use of the Corporation's assumptions of future capital allocations, crude oil and natural gas commodity prices, refining and chemical margins, volumes, costs, and foreign currency exchange rates. Volumes are based on projected field and facility production profiles, throughput, or sales. Where unproved reserves exist, an appropriately risk-adjusted amount of these reserves may be included in the evaluation. Cash flow estimates for impairment testing exclude the effects of derivative instruments.

An asset group is impaired if its estimated undiscounted cash flows are less than the asset's carrying value. Impairments are measured by the amount by which the carrying value exceeds fair value. Fair value is based on market prices if an active market exists for the asset group, or discounted cash flows using a discount rate commensurate with the risk. Significant unproved properties are assessed for impairment individually, and valuation allowances against the capitalized costs are recorded based on the estimated economic chance of success and the length of time that the Corporation expects to hold the properties. Properties that are not individually significant are aggregated by groups and amortized based on development risk and average holding period.

The Corporation has a robust process to monitor for indicators of potential impairment across its asset groups throughout the year. This process is aligned with the requirements of ASC 360 and relies in part on the Corporation's planning and budgeting cycle. In 2018, the Corporation identified a number of situations where events or changes in circumstances indicated that the carrying value of certain long-lived assets, mainly in North America, may not be recoverable. Accordingly, impairment assessments were performed which indicated that certain asset groups assessed have future undiscounted cash flow estimates that do not recover their carrying values. The Corporation's 2018 results include after-tax charges of $0.5 billion to reduce the carrying value of those assets to fair value.

The assessment of fair values required the use of Level 3 inputs and assumptions that are based upon the views of a likely market participant. The principal parameters used to establish fair values included estimates of both proved and unproved reserves, future commodity prices which were consistent with the average of third-party industry experts and government agencies, drilling and development costs, discount rates ranging from 6 percent to 8 percent depending on the characteristics of the asset group, and comparable market transactions. Factors which could put further assets at risk of impairment in the future include reductions in the Corporation's long-term price outlooks, changes in the allocation of capital, and operating cost increases which exceed the pace of efficiencies or the pace of oil and natural gas price increases. However, due to the inherent difficulty in predicting future commodity prices, and the relationship between industry prices and costs, it is not practicable to reasonably estimate the existence or range of any potential future impairment charges related to the Corporation's long-lived assets.

## Asset Retirement Obligations

The Corporation incurs retirement obligations for certain assets. The fair values of these obligations are recorded as liabilities on a discounted basis, which is typically at the time the assets are installed. In the estimation of fair value, the Corporation uses assumptions and judgments regarding such factors as the existence of a legal obligation for an asset retirement obligation; technical assessments of the assets; estimated amounts and timing of settlements; discount rates; and inflation rates. Asset retirement obligations are disclosed in Note 9 to the financial statements.

## Suspended Exploratory Well Costs

The Corporation continues capitalization of exploratory well costs when the well has found a sufficient quantity of reserves to justify its completion as a producing well and the Corporation is making sufficient progress assessing the reserves and the economic and operating viability of the project. Exploratory well costs not meeting these criteria are charged to expense. The facts and circumstances that support continued capitalization of suspended wells at year-end are disclosed in Note 10 to the financial statements.

60

**Consolidations**

The Consolidated Financial Statements include the accounts of subsidiaries the Corporation controls. They also include the Corporation's share of the undivided interest in certain upstream assets, liabilities, revenues and expenses. Amounts representing the Corporation's interest in entities that it does not control, but over which it exercises significant influence, are accounted for using the equity method of accounting.

Investments in companies that are partially owned by the Corporation are integral to the Corporation's operations. In some cases they serve to balance worldwide risks, and in others they provide the only available means of entry into a particular market or area of interest. The other parties, who also have an equity interest in these companies, are either independent third parties or host governments that share in the business results according to their ownership. The Corporation does not invest in these companies in order to remove liabilities from its balance sheet. In fact, the Corporation has long been on record supporting an alternative accounting method that would require each investor to consolidate its share of all assets and liabilities in these partially-owned companies rather than only its interest in net equity. This method of accounting for investments in partially-owned companies is not permitted by U.S. GAAP except where the investments are in the direct ownership of a share of upstream assets and liabilities. However, for purposes of calculating return on average capital employed, which is not covered by U.S. GAAP standards, the Corporation includes its share of debt of these partially-owned companies in the determination of average capital employed.

**Pension Benefits**

The Corporation and its affiliates sponsor nearly 100 defined benefit (pension) plans in over 40 countries. The Pension and Other Postretirement Benefits footnote (Note 17) provides details on pension obligations, fund assets and pension expense.

Some of these plans (primarily non-U.S.) provide pension benefits that are paid directly by their sponsoring affiliates out of corporate cash flow rather than a separate pension fund because applicable tax rules and regulatory practices do not encourage advance funding. Book reserves are established for these plans. The portion of the pension cost attributable to employee service is expensed as services are rendered. The portion attributable to the increase in pension obligations due to the passage of time is expensed over the term of the obligations, which ends when all benefits are paid. The primary difference in pension expense for unfunded versus funded plans is that pension expense for funded plans also includes a credit for the expected long-term return on fund assets.

For funded plans, including those in the U.S., pension obligations are financed in advance through segregated assets or insurance arrangements. These plans are managed in compliance with the requirements of governmental authorities and meet or exceed required funding levels as measured by relevant actuarial and government standards at the mandated measurement dates. In determining liabilities and required contributions, these standards often require approaches and assumptions that differ from those used for accounting purposes.

The Corporation will continue to make contributions to these funded plans as necessary. All defined-benefit pension obligations, regardless of the funding status of the underlying plans, are fully supported by the financial strength of the Corporation or the respective sponsoring affiliate.

Pension accounting requires explicit assumptions regarding, among others, the long-term expected earnings rate on fund assets, the discount rate for the benefit obligations and the long-term rate for future salary increases. Pension assumptions are reviewed annually by outside actuaries and senior management. These assumptions are adjusted as appropriate to reflect changes in market rates and outlook. The long-term expected earnings rate on U.S. pension plan assets in 2018 was 6 percent. The 10−year and 20−year actual returns on U.S. pension plan assets were 8 percent and 7 percent, respectively. The Corporation establishes the long−term expected rate of return by developing a forward-looking, long-term return assumption for each pension fund asset class, taking into account factors such as the expected real return for the specific asset class and inflation. A single, long-term rate of return is then calculated as the weighted average of the target asset allocation percentages and the long-term return assumption for each asset class. A worldwide reduction of 0.5 percent in the long-term rate of return on assets would increase annual pension expense by approximately $150 million before tax.

Differences between actual returns on fund assets and the long-term expected return are not recognized in pension expense in the year that the difference occurs. Such differences are deferred, along with other actuarial gains and losses, and are amortized into pension expense over the expected remaining service life of employees.

61

A-28

Case 3:21-cv-00194-N   Document 124   Filed 01/08/24   Page 35 of 256   PageID 2616

**Income and Other Taxes**

The Corporation excludes from the Consolidated Statement of Income certain sales and value-added taxes imposed on and concurrent with revenue-producing transactions with customers and collected on behalf of governmental authorities. Similar taxes, for which the Corporation is not considered to be an agent for the government, are reported on a gross basis (included in both "Sales and other operating revenue" and "Other taxes and duties").

The Corporation accounts for U.S. tax on global intangible low-taxed income as an income tax expense in the period in which it is incurred. We have elected not to adopt an option provided by the Financial Accounting Standards Board Update, *Income Statement – Reporting Comprehensive Income: Reclassification of Certain Tax Effects from Accumulated Other Comprehensive Income.* The option allowed the reclassification from accumulated other comprehensive income to retained earnings for stranded tax effects resulting from the Tax Cuts and Jobs Act.

**Derivative Instruments**

The Corporation may use derivative instruments for trading purposes and to offset exposures associated with commodity prices, foreign currency exchange rates and interest rates that arise from existing assets, liabilities and forecasted transactions. All derivative instruments are recorded at fair value. Derivative assets and liabilities with the same counterparty are netted if the right of offset exists and certain other criteria are met. Collateral payables or receivables are netted against derivative assets and derivative liabilities, respectively.

Recognition and classification of the gain or loss that results from adjusting a derivative to fair value depends on the purpose for the derivative. All gains and losses from derivative instruments for which the Corporation does not apply hedge accounting are immediately recognized in earnings. We may designate derivatives as fair value or cash flow hedges. For fair value hedges, the gain or loss from derivative instruments and the offsetting gain or loss from the hedged item are recognized in earnings. For cash flow hedges, the effective portion of the gain or loss from the derivative instrument is initially reported as a component of other comprehensive income and subsequently reclassified into earnings in the period that the forecasted transaction affects earnings, and the ineffective portion of the gain or loss from the derivative instrument is recognized immediately in earnings.

**Fair Value**

Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants. Hierarchy Levels 1, 2 and 3 are terms for the priority of inputs to valuation techniques used to measure fair value. Hierarchy Level 1 inputs are quoted prices in active markets for identical assets or liabilities. Hierarchy Level 2 inputs are inputs other than quoted prices included within Level 1 that are directly or indirectly observable for the asset or liability. Hierarchy Level 3 inputs are inputs that are not observable in the market.

**Inventories**

Crude oil, products and merchandise inventories are carried at the lower of current market value or cost (generally determined under the last-in, first-out method – LIFO). Inventory costs include expenditures and other charges (including depreciation) directly and indirectly incurred in bringing the inventory to its existing condition and location. Selling expenses and general and administrative expenses are reported as period costs and excluded from inventory cost. Inventories of materials and supplies are valued at cost or less.

**Property, Plant and Equipment**

**Cost Basis.** The Corporation uses the "successful efforts" method to account for its exploration and production activities. Under this method, costs are accumulated on a field-by-field basis. Costs incurred to purchase, lease, or otherwise acquire a property (whether unproved or proved) are capitalized when incurred. Exploratory well costs are carried as an asset when the well has found a sufficient quantity of reserves to justify its completion as a producing well and where the Corporation is making sufficient progress assessing the reserves and the economic and operating viability of the project. Exploratory well costs not meeting these criteria are charged to expense. Other exploratory expenditures, including geophysical costs and annual lease rentals, are expensed as incurred. Development costs, including costs of productive wells and development dry holes, are capitalized.

**Depreciation, Depletion and Amortization.** Depreciation, depletion and amortization are primarily determined under either the unit-of-production method or the straight-line method, which is based on estimated asset service life taking obsolescence into consideration.

Acquisition costs of proved properties are amortized using a unit-of-production method, computed on the basis of total proved oil and gas reserves. Capitalized exploratory drilling and development costs associated with productive depletable extractive properties are amortized using the unit-of-production rates based on the amount of proved developed reserves of oil and gas that are estimated to be recoverable from existing facilities using current operating methods. Under the unit-of-production method, oil and gas volumes are considered produced once they have been measured through meters at custody transfer or sales transaction points at the outlet valve on the lease or field storage tank. In the event that the unit-of-production method does not result in an equitable allocation of cost over the economic life of an upstream asset, an alternative method is used. The straight-line method is used in limited situations where the expected life of the asset does not reasonably correlate with that of the underlying reserves. For example, certain assets used in the production of oil and natural gas have a shorter life than the reserves, and as such, the Corporation uses straight-line depreciation to ensure the asset is fully depreciated by the end of its useful life.

To the extent that proved reserves for a property are substantially de-booked and that property continues to produce such that the resulting depreciation charge does not result in an equitable allocation of cost over the expected life, assets will be depreciated using a unit-of-production method based on reserves determined at the most recent SEC price which results in a more meaningful quantity of proved reserves, appropriately adjusted for production and technical changes.

Investments in refinery, chemical process, and lubes basestock manufacturing equipment are generally depreciated on a straight−line basis over a 25-year life. Service station buildings and fixed improvements generally are depreciated over a 20-year life. Maintenance and repairs, including planned major maintenance, are expensed as incurred. Major renewals and improvements are capitalized and the assets replaced are retired.

**Impairment Assessment.** The Corporation tests assets or groups of assets for recoverability on an ongoing basis whenever events or changes in circumstances indicate that the carrying amounts may not be recoverable. Among the events or changes in circumstances which could indicate that the carrying value of an asset or asset group may not be recoverable are the following:

- a significant decrease in the market price of a long-lived asset;
- a significant adverse change in the extent or manner in which an asset is being used or in its physical condition including a significant decrease in current and projected reserve volumes;
- a significant adverse change in legal factors or in the business climate that could affect the value, including an adverse action or assessment by a regulator;
- an accumulation of project costs significantly in excess of the amount originally expected;
- a current-period operating loss combined with a history and forecast of operating or cash flow losses; and
- a current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life.

Asset valuation analyses performed as part of its asset management program and other profitability reviews assist the Corporation in assessing whether events or changes in circumstances indicate the carrying amounts of any of its assets may not be recoverable.

In general, the Corporation does not view temporarily low prices or margins as an indication of impairment. Management believes that prices over the long term must be sufficient to generate investments in energy supply to meet global demand. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand fundamentals. On the supply side, industry production from mature fields is declining. This is being offset by investments to generate production from new discoveries, field developments and technology and efficiency advancements. OPEC investment activities and production policies also have an impact on world oil supplies. The demand side is largely a function of general economic activities and levels of prosperity. Because the lifespans of the vast majority of the Corporation's major assets are measured in decades, the value of these assets is predominantly based on long-term views of future commodity prices and production costs. During the lifespan of these major assets, the Corporation expects that oil and gas prices will experience significant volatility, and consequently these assets will experience periods of higher earnings and periods of lower earnings, or even losses. In assessing whether the events or changes in circumstances indicate the carrying value of an asset may not be recoverable, the Corporation considers recent periods of operating losses in the context of its longer-term view of prices. While near-term prices are subject to wide fluctuations, longer-term price views are more stable and meaningful for purposes of assessing future cash flows.

When the industry experiences a prolonged and deep reduction in commodity prices, the market supply and demand conditions may result in changes to the Corporation's long-term price or margin assumptions it uses for its capital investment decisions. To the extent those changes result in a significant reduction to its long-term oil price, natural gas price or margin ranges, the Corporation may consider that situation, in conjunction with other events or changes in circumstances such as a history of operating losses, an indicator of potential impairment for certain assets.

73

In the Upstream, the standardized measure of discounted cash flows included in the Supplemental Information on Oil and Gas Exploration and Production activities is required to use prices based on the average of first-of-month prices. These prices represent discrete points in time and could be higher or lower than the Corporation's long-term price assumptions which are used for impairment assessments. The Corporation believes the standardized measure does not provide a reliable estimate of the expected future cash flows to be obtained from the development and production of its oil and gas properties or of the value of its oil and gas reserves and therefore does not consider it relevant in determining whether events or changes in circumstances indicate the need for an impairment assessment.

If events or changes in circumstances indicate that the carrying value of an asset may not be recoverable, the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. In performing this assessment, assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets. Cash flows used in recoverability assessments are based on the Corporation's assumptions which are developed in the annual planning and budgeting process, and are consistent with the criteria management uses to evaluate investment opportunities. These evaluations make use of the Corporation's assumptions of future capital allocations, crude oil and natural gas commodity prices, refining and chemical margins, volumes, costs, and foreign currency exchange rates. Volumes are based on projected field and facility production profiles, throughput, or sales. Where unproved reserves exist, an appropriately risk-adjusted amount of these reserves may be included in the evaluation. Cash flow estimates for impairment testing exclude the effects of derivative instruments.

An asset group is impaired if its estimated undiscounted cash flows are less than the asset's carrying value. Impairments are measured by the amount by which the carrying value exceeds fair value. Fair value is based on market prices if an active market exists for the asset group, or discounted cash flows using a discount rate commensurate with the risk. Significant unproved properties are assessed for impairment individually, and valuation allowances against the capitalized costs are recorded based on the estimated economic chance of success and the length of time that the Corporation expects to hold the properties. Properties that are not individually significant are aggregated by groups and amortized based on development risk and average holding period.

**Other.** Gains on sales of proved and unproved properties are only recognized when there is neither uncertainty about the recovery of costs applicable to any interest retained nor any substantial obligation for future performance by the Corporation. Losses on properties sold are recognized when incurred or when the properties are held for sale and the fair value of the properties is less than the carrying value.

Interest costs incurred to finance expenditures during the construction phase of multiyear projects are capitalized as part of the historical cost of acquiring the constructed assets. The project construction phase commences with the development of the detailed engineering design and ends when the constructed assets are ready for their intended use. Capitalized interest costs are included in property, plant and equipment and are depreciated over the service life of the related assets.

### Asset Retirement Obligations and Environmental Liabilities

The Corporation incurs retirement obligations for certain assets. The fair values of these obligations are recorded as liabilities on a discounted basis, which is typically at the time the assets are installed. The costs associated with these liabilities are capitalized as part of the related assets and depreciated. Over time, the liabilities are accreted for the change in their present value.

Liabilities for environmental costs are recorded when it is probable that obligations have been incurred and the amounts can be reasonably estimated. These liabilities are not reduced by possible recoveries from third parties, and projected cash expenditures are not discounted.

### Foreign Currency Translation

The Corporation selects the functional reporting currency for its international subsidiaries based on the currency of the primary economic environment in which each subsidiary operates.

Downstream and Chemical operations primarily use the local currency. However, the U.S. dollar is used in countries with a history of high inflation (primarily in Latin America) and Singapore, which predominantly sells into the U.S. dollar export market. Upstream operations which are relatively self-contained and integrated within a particular country, such as Canada, the United Kingdom, Norway and continental Europe, use the local currency. Some Upstream operations, primarily in Asia and Africa, use the U.S. dollar because they predominantly sell crude and natural gas production into U.S. dollar-denominated markets.

For all operations, gains or losses from remeasuring foreign currency transactions into the functional currency are included in income.

74

A-31

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 38 of 256    PageID 2619

## 2. Accounting Changes

Effective January 1, 2018, ExxonMobil adopted the Financial Accounting Standards Board's Standard, *Revenue from Contracts with Customers (Topic 606)*, as amended. The standard establishes a single revenue recognition model for all contracts with customers, eliminates industry and transaction specific requirements, and expands disclosure requirements. The standard was adopted using the Modified Retrospective method, under which prior year results are not restated, but supplemental information is provided for any material impacts of the standard on 2018 results. The adoption of the standard did not have a material impact on any of the lines reported in the Corporation's financial statements. The cumulative effect of adoption of the standard was de minimis. The Corporation did not elect any practical expedients that require disclosure.

Effective January 1, 2018, ExxonMobil adopted the Financial Accounting Standards Board's Update, *Financial Instruments – Overall (Subtopic 825-10): Recognition and Measurement of Financial Assets and Financial Liabilities*. The standard requires investments in equity securities other than consolidated subsidiaries and equity method investments to be measured at fair value with changes in the fair value recognized through net income. The Corporation elected a modified approach for equity securities that do not have a readily determinable fair value. This modified approach measures investments at cost minus impairment, if any, plus or minus changes resulting from observable price changes in orderly transactions for the identical or a similar investment of the same issuer. The cumulative effect adjustment related to the adoption of this standard increased opening 2018 retained earnings $47 million.

Effective January 1, 2018, ExxonMobil adopted the Financial Accounting Standards Board's Update, *Compensation – Retirement Benefits (Topic 715): Improving the Presentation of Net Periodic Pension Cost and Net Periodic Postretirement Benefit Cost*. The update requires separate presentation of the service cost component from other components of net benefit costs. The other components are reported in a new line on the Corporation's Statement of Income, "Non-service pension and postretirement benefit expense". The Corporation elected to use the practical expedient which uses the amounts disclosed in the pension and other postretirement benefit plan note for the prior comparative periods as the estimation basis for applying the retrospective presentation requirements, as it is impracticable to determine the amounts capitalized in those periods. Beginning in 2018, the other components of net benefit costs are included in the Corporate and financing segment. The estimated after-tax impact from the change in segmentation is an increase in Corporate and financing expenses of about $450 million for 2018. The increase in the Corporate and financing expenses is offset by lower expenses across the operating segments. Additionally, only the service cost component of net benefit costs is eligible for capitalization in situations where it is otherwise appropriate to capitalize employee costs in connection with the construction or production of an asset.

The impact of the retrospective presentation change on ExxonMobil's Consolidated Statement of Income for 2017 and 2016 is shown below.

| | 2017 | | | 2016 | | |
|---|---|---|---|---|---|---|
| | As Reported | Change | As Adjusted | As Reported | Change | As Adjusted |
| | *(millions of dollars)* | | | | | |
| Production and manufacturing expenses | 34,128 | (1,438) | 32,690 | 31,927 | (1,479) | 30,448 |
| Selling, general and administrative expenses | 10,956 | (307) | 10,649 | 10,799 | (356) | 10,443 |
| Non-service pension and postretirement benefit expense | - | 1,745 | 1,745 | - | 1,835 | 1,835 |

75

A-32

**Natural Gas and Oil-Equivalent Proved Reserves**

| | Natural Gas | | | | | | | Oil-Equivalent Total All Products *(1)* |
|---|---|---|---|---|---|---|---|---|
| | United States | Canada/ Other Americas | Europe | Africa | Asia | Australia/ Oceania | Total | |
| | *(billions of cubic feet)* | | | | | | | *(millions of oil-equivalent barrels)* |
| **Net proved developed and undeveloped reserves of consolidated subsidiaries** | | | | | | | | |
| January 1, 2016 | 19,380 | 1,127 | 1,956 | 793 | 5,329 | 7,041 | 35,626 | 18,892 |
| Revisions | (1,630) | (102) | 126 | 21 | (16) | 658 | (943) | (3,980) |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | 148 | - | - | - | - | - | 148 | 135 |
| Sales | (45) | (12) | (2) | - | - | - | (59) | (38) |
| Extensions/discoveries | 1,156 | 34 | 6 | - | - | - | 1,196 | 453 |
| Production | (1,223) | (107) | (427) | (43) | (392) | (342) | (2,534) | (1,153) |
| December 31, 2016 | 17,786 | 940 | 1,659 | 771 | 4,921 | 7,357 | 33,434 | 14,309 |
| *Attributable to noncontrolling interests* | | *150* | | | | | | |
| **Proportional interest in proved reserves of equity companies** | | | | | | | | |
| January 1, 2016 | 220 | - | 7,903 | - | 16,461 | - | 24,584 | 5,867 |
| Revisions | 4 | - | 114 | - | (183) | - | (65) | 171 |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | - | - | - | - | - | - | - | - |
| Sales | - | - | - | - | - | - | - | - |
| Extensions/discoveries | - | - | 5 | - | - | - | 5 | 1 |
| Production | (13) | - | (398) | - | (1,044) | - | (1,455) | (374) |
| December 31, 2016 | 211 | - | 7,624 | - | 15,234 | - | 23,069 | 5,665 |
| Total proved reserves at December 31, 2016 | 17,997 | 940 | 9,283 | 771 | 20,155 | 7,357 | 56,503 | 19,974 |
| **Net proved developed and undeveloped reserves of consolidated subsidiaries** | | | | | | | | |
| January 1, 2017 | 17,786 | 940 | 1,659 | 771 | 4,921 | 7,357 | 33,434 | 14,309 |
| Revisions | 649 | 206 | 134 | (135) | (214) | 33 | 673 | 1,063 |
| Improved recovery | - | 1 | - | - | - | - | 1 | 8 |
| Purchases | 982 | 56 | - | - | - | - | 1,038 | 771 |
| Sales | (172) | (1) | (17) | - | - | - | (190) | (87) |
| Extensions/discoveries | 956 | 269 | - | - | 13 | - | 1,238 | 970 |
| Production | (1,168) | (99) | (408) | (41) | (380) | (496) | (2,592) | (1,131) |
| December 31, 2017 | 19,033 | 1,372 | 1,368 | 595 | 4,340 | 6,894 | 33,602 | 15,903 |
| *Attributable to noncontrolling interests* | | *195* | | | | | | |
| **Proportional interest in proved reserves of equity companies** | | | | | | | | |
| January 1, 2017 | 211 | - | 7,624 | - | 15,234 | - | 23,069 | 5,665 |
| Revisions | 25 | - | (1,129) | - | 86 | - | (1,018) | (138) |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | - | - | - | 914 | - | - | 914 | 158 |
| Sales | - | - | - | - | - | - | - | - |
| Extensions/discoveries | - | - | - | - | - | - | - | - |
| Production | (13) | - | (331) | - | (1,072) | - | (1,416) | (367) |
| December 31, 2017 | 223 | - | 6,164 | 914 | 14,248 | - | 21,549 | 5,318 |
| Total proved reserves at December 31, 2017 | 19,256 | 1,372 | 7,532 | 1,509 | 18,588 | 6,894 | 55,151 | 21,221 |

*(1)   Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels.*

115

A-33

**Natural Gas and Oil-Equivalent Proved Reserves (continued)**

| | United States | Canada/ Other Americas | Europe | Africa | Asia | Australia/ Oceania | Total | Oil-Equivalent Total All Products *(1)* |
|---|---|---|---|---|---|---|---|---|
| | *(billions of cubic feet)* | | | | | | | *(millions of oil-equivalent barrels)* |
| **Net proved developed and undeveloped reserves of consolidated subsidiaries** | | | | | | | | |
| January 1, 2018 | 19,033 | 1,372 | 1,368 | 595 | 4,340 | 6,894 | 33,602 | 15,903 |
| Revisions | (98) | (29) | 306 | 38 | (147) | 1,065 | 1,135 | 3,626 |
| Improved recovery | - | - | - | - | - | - | - | 36 |
| Purchases | 104 | - | - | - | - | - | 104 | 27 |
| Sales | (264) | (3) | (4) | - | - | - | (271) | (71) |
| Extensions/discoveries | 3,658 | 506 | 3 | - | 1 | 7 | 4,175 | 1,654 |
| Production | (1,030) | (102) | (361) | (45) | (353) | (504) | (2,395) | (1,097) |
| December 31, 2018 | 21,403 | 1,744 | 1,312 | 588 | 3,841 | 7,462 | 36,350 | 20,078 |
| *Attributable to noncontrolling interests* | | *334* | | | | | | |
| **Proportional interest in proved reserves of equity companies** | | | | | | | | |
| January 1, 2018 | 223 | - | 6,164 | 914 | 14,248 | - | 21,549 | 5,318 |
| Revisions | 12 | - | (4,801) | (51) | 102 | - | (4,738) | (753) |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | - | - | - | - | - | - | - | - |
| Sales | - | - | (38) | - | - | - | (38) | (6) |
| Extensions/discoveries | 2 | - | - | - | - | - | 2 | 1 |
| Production | (12) | - | (268) | - | (1,029) | - | (1,309) | (345) |
| December 31, 2018 | 225 | - | 1,057 | 863 | 13,321 | - | 15,466 | 4,215 |
| Total proved reserves at December 31, 2018 | 21,628 | 1,744 | 2,369 | 1,451 | 17,162 | 7,462 | 51,816 | 24,293 |

(1)  *Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels.*

116

A-34

**Natural Gas and Oil-Equivalent Proved Reserves (continued)**

| | United States | Canada/ Other Americas | Europe | Africa | Asia | Australia/ Oceania | Total | Oil-Equivalent Total All Products (1) |
|---|---|---|---|---|---|---|---|---|
| | | | | *(billions of cubic feet)* | | | | *(millions of oil-equivalent barrels)* |
| **Proved developed reserves, as of December 31, 2016** | | | | | | | | |
| Consolidated subsidiaries | 11,927 | 478 | 1,473 | 728 | 4,532 | 3,071 | 22,209 | 9,079 |
| Equity companies | 144 | - | 5,804 | - | 14,067 | - | 20,015 | 4,671 |
| **Proved undeveloped reserves, as of December 31, 2016** | | | | | | | | |
| Consolidated subsidiaries | 5,859 | 462 | 186 | 43 | 389 | 4,286 | 11,225 | 5,230 |
| Equity companies | 67 | - | 1,820 | - | 1,167 | - | 3,054 | 994 |
| **Total proved reserves at December 31, 2016** | 17,997 | 940 | 9,283 | 771 | 20,155 | 7,357 | 56,503 | 19,974 |
| **Proved developed reserves, as of December 31, 2017** | | | | | | | | |
| Consolidated subsidiaries | 12,649 | 512 | 1,231 | 584 | 4,030 | 4,420 | 23,426 | 9,724 |
| Equity companies | 154 | - | 4,899 | - | 12,898 | - | 17,951 | 4,232 |
| **Proved undeveloped reserves, as of December 31, 2017** | | | | | | | | |
| Consolidated subsidiaries | 6,384 | 860 | 137 | 11 | 310 | 2,474 | 10,176 | 6,179 |
| Equity companies | 69 | - | 1,265 | 914 | 1,350 | - | 3,598 | 1,086 |
| **Total proved reserves at December 31, 2017** | 19,256 | 1,372 | 7,532 | 1,509 | 18,588 | 6,894 | 55,151 | 21,221 |
| **Proved developed reserves, as of December 31, 2018** | | | | | | | | |
| Consolidated subsidiaries | 12,538 | 605 | 1,116 | 581 | 3,618 | 4,336 | 22,794 | 13,098 |
| Equity companies | 152 | - | 988 | - | 11,951 | - | 13,091 | 3,324 |
| **Proved undeveloped reserves, as of December 31, 2018** | | | | | | | | |
| Consolidated subsidiaries | 8,865 | 1,139 | 196 | 7 | 223 | 3,126 | 13,556 | 6,980 |
| Equity companies | 73 | - | 69 | 863 | 1,370 | - | 2,375 | 891 |
| **Total proved reserves at December 31, 2018** | 21,628 | 1,744 | 2,369 | 1,451 | 17,162 | 7,462 | 51,816 | 24,293 |

*(1)   Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels.*

117

A-35

**Standardized Measure of Discounted Future Cash Flows**

As required by the Financial Accounting Standards Board, the standardized measure of discounted future net cash flows is computed by applying first-day-of-the-month average prices, year-end costs and legislated tax rates and a discount factor of 10 percent to net proved reserves. The standardized measure includes costs for future dismantlement, abandonment and rehabilitation obligations. The Corporation believes the standardized measure does not provide a reliable estimate of the Corporation's expected future cash flows to be obtained from the development and production of its oil and gas properties or of the value of its proved oil and gas reserves. The standardized measure is prepared on the basis of certain prescribed assumptions including first-day-of-the-month average prices, which represent discrete points in time and therefore may cause significant variability in cash flows from year to year as prices change.

| Standardized Measure of Discounted Future Cash Flows | United States | Canada/ Other Americas (1) | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| | | | *(millions of dollars)* | | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| As of December 31, 2016 | | | | | | | |
| Future cash inflows from sales of oil and gas | 118,283 | 50,243 | 15,487 | 40,734 | 118,997 | 28,877 | 372,621 |
| Future production costs | 65,585 | 29,798 | 5,362 | 14,447 | 38,727 | 7,643 | 161,562 |
| Future development costs | 31,744 | 11,735 | 9,235 | 8,833 | 13,088 | 8,177 | 82,812 |
| Future income tax expenses | 2,223 | 1,052 | 178 | 8,025 | 44,641 | 2,316 | 58,435 |
| Future net cash flows | 18,731 | 7,658 | 712 | 9,429 | 22,541 | 10,741 | 69,812 |
| Effect of discounting net cash flows at 10% | 11,039 | 3,443 | (1,014) | 2,790 | 12,848 | 5,556 | 34,662 |
| Discounted future net cash flows | 7,692 | 4,215 | 1,726 | 6,639 | 9,693 | 5,185 | 35,150 |
| | | | | | | | |
| **Equity Companies** | | | | | | | |
| As of December 31, 2016 | | | | | | | |
| Future cash inflows from sales of oil and gas | 9,551 | - | 32,121 | - | 104,700 | - | 146,372 |
| Future production costs | 5,289 | - | 21,342 | - | 41,563 | - | 68,194 |
| Future development costs | 2,948 | - | 2,048 | - | 12,656 | - | 17,652 |
| Future income tax expenses | - | - | 2,206 | - | 16,622 | - | 18,828 |
| Future net cash flows | 1,314 | - | 6,525 | - | 33,859 | - | 41,698 |
| Effect of discounting net cash flows at 10% | 393 | - | 4,158 | - | 18,946 | - | 23,497 |
| Discounted future net cash flows | 921 | - | 2,367 | - | 14,913 | - | 18,201 |
| | | | | | | | |
| Total consolidated and equity interests in standardized measure of discounted future net cash flows | 8,613 | 4,215 | 4,093 | 6,639 | 24,606 | 5,185 | 53,351 |

(1)  Includes discounted future net cash flows attributable to noncontrolling interests in ExxonMobil consolidated subsidiaries of $706 million in 2016.

118

A-36

# EXHIBIT 2

**2019**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-K**

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended December 31, 2019
or
☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____
Commission File Number 1-2256

# Exxon Mobil Corporation

(Exact name of registrant as specified in its charter)

| **New Jersey** | **13-5409005** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**5959 Las Colinas Boulevard, Irving, Texas 75039-2298**
(Address of principal executive offices) (Zip Code)

**(972) 940-6000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol | Name of Each Exchange on Which Registered |
|---|---|---|
| **Common Stock, without par value** | **XOM** | **New York Stock Exchange** |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☑ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

A-37

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Act). Yes ☐ No ☑

The aggregate market value of the voting stock held by non-affiliates of the registrant on June 28, 2019, the last business day of the registrant's most recently completed second fiscal quarter, based on the closing price on that date of $76.63 on the New York Stock Exchange composite tape, was in excess of $324 billion.

| Class | Outstanding as of January 31, 2020 |
|---|---|
| **Common stock, without par value** | **4,232,190,744** |

**Documents Incorporated by Reference: Proxy Statement for the 2020 Annual Meeting of Shareholders (Part III)**

**EXXON MOBIL CORPORATION**

**FORM 10-K**

**FOR THE FISCAL YEAR ENDED DECEMBER 31, 2019**

**TABLE OF CONTENTS**

**PART I**

| | | |
|---|---|---|
| Item 1. | Business | 1 |
| Item 1A. | Risk Factors | 2 |
| Item 1B. | Unresolved Staff Comments | 5 |
| Item 2. | Properties | 6 |
| Item 3. | Legal Proceedings | 27 |
| Item 4. | Mine Safety Disclosures | 27 |
| | Information about our Executive Officers | 28 |

**PART II**

| | | |
|---|---|---|
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 31 |
| Item 6. | Selected Financial Data | 31 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 31 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 31 |
| Item 8. | Financial Statements and Supplementary Data | 32 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 32 |

Case 3:21-cv-00194-N   Document 124   Filed 01/08/24   Page 46 of 256   PageID 2627

Item 9B.   Other Information                                                                                                           32


**PART III**


Item 10.   Directors, Executive Officers and Corporate Governance                                                                     33

Item 11.   Executive Compensation                                                                                                     33

Item 12.   Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters                              33

Item 13.   Certain Relationships and Related Transactions, and Director Independence                                                   34

Item 14.   Principal Accounting Fees and Services                                                                                     34


**PART IV**


Item 15.   Exhibits, Financial Statement Schedules                                                                                    34

Item 16.   Form 10-K Summary                                                                                                          34

Financial Section                                                                                                                     35

Index to Exhibits                                                                                                                    126

Signatures                                                                                                                           127

Exhibits 31 and 32 — Certifications

# PART I

## ITEM 1.      BUSINESS

Exxon Mobil Corporation was incorporated in the State of New Jersey in 1882. Divisions and affiliated companies of ExxonMobil operate or market products in the United States and most other countries of the world. Their principal business involves exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products. Affiliates of ExxonMobil conduct extensive research programs in support of these businesses.

Exxon Mobil Corporation has several divisions and hundreds of affiliates, many with names that include *ExxonMobil*, *Exxon*, *Esso, Mobil* or *XTO*. For convenience and simplicity, in this report the terms *ExxonMobil, Exxon, Esso, Mobil* and *XTO*, as well as terms like *Corporation*, *Company*, *our*, *we* and *its*, are sometimes used as abbreviated references to specific affiliates or groups of affiliates. The precise meaning depends on the context in question.

The energy and petrochemical industries are highly competitive. There is competition within the industries and also with other industries in supplying the energy, fuel and chemical needs of both industrial and individual consumers. The Corporation competes with other firms in the sale or purchase of needed goods and services in many national and international markets and employs all methods of competition which are lawful and appropriate for such purposes.

Operating data and industry segment information for the Corporation are contained in the Financial Section of this report under the following: "Quarterly Information", "Note 18: Disclosures about Segments and Related Information" and "Operating Information". Information on oil and gas reserves is contained in the "Oil and Gas Reserves" part of the "Supplemental Information on Oil and Gas Exploration and Production Activities" portion of the Financial Section of this report.

ExxonMobil has a long-standing commitment to the development of proprietary technology. We have a wide array of research programs designed to meet the needs identified in each of our business segments. ExxonMobil held over 13 thousand active patents worldwide at the end of 2019. For technology licensed to third parties, revenues totaled approximately $79 million in 2019. Although technology is an important contributor to the overall operations and results of our Company, the profitability of each business segment is not dependent on any individual patent, trade secret,

trademark, license, franchise or concession.

The number of regular employees was 74.9 thousand, 71.0 thousand, and 69.6 thousand at years ended 2019, 2018, and 2017, respectively. Regular employees are defined as active executive, management, professional, technical and wage employees who work full time or part time for the Corporation and are covered by the Corporation's benefit plans and programs.

Throughout ExxonMobil's businesses, new and ongoing measures are taken to prevent and minimize the impact of our operations on air, water and ground. These include a significant investment in refining infrastructure and technology to manufacture clean fuels, as well as projects to monitor and reduce nitrogen oxide, sulfur oxide and greenhouse gas emissions, and expenditures for asset retirement obligations. Using definitions and guidelines established by the American Petroleum Institute, ExxonMobil's 2019 worldwide environmental expenditures for all such preventative and remediation steps, including ExxonMobil's share of equity company expenditures, were $5.2 billion, of which $4.0 billion were included in expenses with the remainder in capital expenditures. The total cost for such activities is expected to increase to approximately $5.9 billion in 2020 and 2021. Capital expenditures are expected to account for approximately 35 percent of the total.

Information concerning the source and availability of raw materials used in the Corporation's business, the extent of seasonality in the business, the possibility of renegotiation of profits or termination of contracts at the election of governments and risks attendant to foreign operations may be found in "Item 1A. Risk Factors" and "Item 2. Properties" in this report.

ExxonMobil maintains a website at exxonmobil.com. Our annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K and any amendments to those reports filed or furnished pursuant to Section 13(a) of the Securities Exchange Act of 1934 are made available through our website as soon as reasonably practical after we electronically file or furnish the reports to the Securities and Exchange Commission (SEC). Also available on the Corporation's website are the Company's Corporate Governance Guidelines, Code of Ethics and Business Conduct, and additional policies as well as the charters of the audit, compensation, nominating, and other committees of the Board of Directors. Information on our website is not incorporated into this report.

The SEC maintains an internet site (http://www.sec.gov) that contains reports, proxy and information statements, and other information regarding issuers that file electronically with the SEC.

1

## ITEM 1A.     RISK FACTORS

ExxonMobil's financial and operating results are subject to a variety of risks inherent in the global oil, gas, and petrochemical businesses. Many of these risk factors are not within the Company's control and could adversely affect our business, our financial and operating results, or our financial condition. These risk factors include:

### Supply and Demand

The oil, gas, and petrochemical businesses are fundamentally commodity businesses. This means ExxonMobil's operations and earnings may be significantly affected by changes in oil, gas, and petrochemical prices and by changes in margins on refined products. Oil, gas, petrochemical, and product prices and margins in turn depend on local, regional, and global events or conditions that affect supply and demand for the relevant commodity. Any material decline in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Upstream segment, financial condition, and proved reserves. On the other hand, a material increase in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Downstream and Chemical segments.

**Economic conditions.** The demand for energy and petrochemicals is generally linked closely with broad-based economic activities and levels of prosperity. The occurrence of recessions or other periods of low or negative economic growth will typically have a direct adverse impact on our results. Other factors that affect general economic conditions in the world or in a major region, such as changes in population growth rates, periods of civil unrest, government austerity programs, trade tariffs, security or public health concerns, or currency exchange rate fluctuations, can also impact the demand for energy and petrochemicals. Sovereign debt downgrades, defaults, inability to access debt markets due to credit or legal constraints, liquidity crises, the breakup or restructuring of fiscal, monetary, or political systems such as the European Union, and other events or conditions that impair the functioning of financial markets and institutions also pose risks to ExxonMobil, including risks to the safety of our financial assets and to the ability of our partners and customers to fulfill their commitments to ExxonMobil.

**Other demand-related factors.** Other factors that may affect the demand for oil, gas, and petrochemicals, and therefore impact our results, include technological improvements in energy efficiency; seasonal weather patterns; increased competitiveness of alternative energy sources; changes in technology that alter fuel choices, such as technological advances in energy storage that make wind and solar more competitive for power generation; changes in consumer preferences for our products, including consumer demand for alternative fueled or electric transportation; and broad-based changes in personal income levels.

**Other supply-related factors.** Commodity prices and margins also vary depending on a number of factors affecting supply. For example, increased supply from the development of new oil and gas supply sources and technologies to enhance recovery from existing sources tend to reduce commodity prices to the extent such supply increases are not offset by commensurate growth in demand. Similarly, increases in industry refining or petrochemical manufacturing capacity relative to demand tend to reduce margins on the affected products. World oil, gas, and petrochemical supply levels can also be affected by factors that reduce available supplies, such as adherence by countries to OPEC production quotas and other agreements among sovereigns, and the occurrence of wars, hostile actions, natural disasters, disruptions in competitors' operations, logistics constraints or unexpected unavailability of distribution channels that may disrupt supplies. Technological change can also alter the relative costs for competitors to find, produce, and refine oil and gas and to manufacture petrochemicals.

**Other market factors.** ExxonMobil's business results are also exposed to potential negative impacts due to changes in interest rates, inflation, currency exchange rates, and other local or regional market conditions.

### Government and Political Factors

ExxonMobil's results can be adversely affected by political or regulatory developments affecting our operations.

**Access limitations.** A number of countries limit access to their oil and gas resources, or may place resources off-limits from development altogether. Restrictions on foreign investment in the oil and gas sector tend to increase in times of high commodity prices, when national

governments may have less need of outside sources of private capital. Many countries also restrict the import or export of certain products based on point of origin.

**Restrictions on doing business.** ExxonMobil is subject to laws and sanctions imposed by the United States or by other jurisdictions where we do business that may prohibit ExxonMobil or certain of its affiliates from doing business in certain countries, or restricting the kind of business that may be conducted. Such restrictions may provide a competitive advantage to competitors who may not be subject to comparable restrictions.

**Lack of legal certainty.** Some countries in which we do business lack well-developed legal systems, or have not yet adopted, or may be unable to maintain, clear regulatory frameworks for oil and gas development. Lack of legal certainty exposes our operations to increased risk of adverse or unpredictable actions by government officials, and also makes it more difficult for us to enforce our contracts. In some cases these risks can be partially offset by agreements to arbitrate disputes in an international forum, but the adequacy of this remedy may still depend on the local legal system to enforce an award.

2

**Regulatory and litigation risks.** Even in countries with well-developed legal systems where ExxonMobil does business, we remain exposed to changes in law or interpretation of settled law (including changes that result from international treaties and accords) that could adversely affect our results, such as:

- increases in taxes, duties, or government royalty rates (including retroactive claims);
- price controls;
- changes in environmental regulations or other laws that increase our cost of compliance or reduce or delay available business opportunities (including changes in laws related to offshore drilling operations, water use, methane emissions, hydraulic fracturing or use of plastics);
- adoption of regulations mandating efficiency standards, the use of alternative fuels or uncompetitive fuel components;
- adoption of government payment transparency regulations that could require us to disclose competitively sensitive commercial information, or that could cause us to violate the non-disclosure laws of other countries; and
- government actions to cancel contracts, re-denominate the official currency, renounce or default on obligations, renegotiate terms unilaterally, or expropriate assets.

Legal remedies available to compensate us for expropriation or other takings may be inadequate.

We also may be adversely affected by the outcome of litigation, especially in countries such as the United States in which very large and unpredictable punitive damage awards may occur; by government enforcement proceedings alleging non-compliance with applicable laws or regulations; or by state and local government actors as well as private plaintiffs acting in parallel that attempt to use the legal system to promote public policy agendas, gain political notoriety, or obtain monetary awards from the Company.

**Security concerns.** Successful operation of particular facilities or projects may be disrupted by civil unrest, acts of sabotage or terrorism, cybersecurity attacks, and other local security concerns. Such concerns may require us to incur greater costs for security or to shut down operations for a period of time.

**Climate change and greenhouse gas restrictions.** Due to concern over the risks of climate change, a number of countries have adopted, or are considering the adoption of, regulatory frameworks to reduce greenhouse gas emissions. These include adoption of cap and trade regimes, carbon taxes, minimum renewable usage requirements, restrictive permitting, increased efficiency standards, and incentives or mandates for renewable energy. Such policies could make our products more expensive, less competitive, lengthen project implementation times, and reduce demand for hydrocarbons, as well as shift hydrocarbon demand toward relatively lower-carbon sources such as natural gas. Current and pending greenhouse gas regulations or policies may also increase our compliance costs, such as for monitoring or sequestering emissions.

**Alternative energy.** Many governments are providing tax advantages and other subsidies to support transitioning to alternative energy sources or are mandating the use of specific fuels or technologies. Governments and others are also promoting research into new technologies to reduce the cost and increase the scalability of alternative energy sources. We are conducting our own research both in-house and by working with more than 80 leading universities around the world, including the Massachusetts Institute of Technology, Princeton University, The University of Texas, and Stanford University. Our research projects focus on developing algae-based biofuels, carbon capture and storage, breakthrough energy efficiency processes, advanced energy-saving materials, and other technologies. For example, ExxonMobil is launching an innovative relationship with the U.S. Department of Energy's National Laboratory network to bring low-emission energy breakthroughs to commercial scale. Our future results may depend in part on the success of our research efforts and on our ability to adapt and apply the strengths of our current business model to providing the energy products of the future in a cost-competitive manner. See "Operational and Other Factors" below.

**Operational and Other Factors**

In addition to external economic and political factors, our future business results also depend on our ability to manage successfully those factors that are at least in part within our control. The extent to which we manage these factors will impact our performance relative to competition. For projects in which we are not the operator, we depend on the management effectiveness of one or more co-venturers whom we do not control.

**Exploration and development program.** Our ability to maintain and grow our oil and gas production depends on the success of our exploration and development efforts. Among other factors, we must continuously improve our ability to identify the most promising resource prospects and apply our project management expertise to bring discovered resources on line as scheduled and within budget.

3

**Project and portfolio management.** The long-term success of ExxonMobil's Upstream, Downstream, and Chemical businesses depends on complex, long-term, capital intensive projects. These projects in turn require a high degree of project management expertise to maximize efficiency. Specific factors that can affect the performance of major projects include our ability to: negotiate successfully with joint venturers, partners, governments, suppliers, customers, or others; model and optimize reservoir performance; develop markets for project outputs, whether through long-term

contracts or the development of effective spot markets; manage changes in operating conditions and costs, including costs of third party equipment or services such as drilling rigs and shipping; prevent, to the extent possible, and respond effectively to unforeseen technical difficulties that could delay project startup or cause unscheduled project downtime; and influence the performance of project operators where ExxonMobil does not perform that role. In addition to the effective management of individual projects, ExxonMobil's success, including our ability to mitigate risk and provide attractive returns to shareholders, depends on our ability to successfully manage our overall portfolio, including diversification among types and locations of our projects and strategies to divest assets. We may not be able to divest assets at a price or on the timeline we contemplate in our strategies. Additionally, we may retain certain liabilities following a divestment and could be held liable for past use or for different liabilities than anticipated.

The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

**Operational efficiency.** An important component of ExxonMobil's competitive performance, especially given the commodity-based nature of many of our businesses, is our ability to operate efficiently, including our ability to manage expenses and improve production yields on an ongoing basis. This requires continuous management focus, including technology improvements, cost control, productivity enhancements, regular reappraisal of our asset portfolio, and the recruitment, development, and retention of high caliber employees.

**Research and development and technological change.** To maintain our competitive position, especially in light of the technological nature of our businesses and the need for continuous efficiency improvement, ExxonMobil's research and development organizations must be successful and able to adapt to a changing market and policy environment, including developing technologies to help reduce greenhouse gas emissions. To remain competitive we must also continuously adapt and capture the benefits of new and emerging technologies, including successfully applying advances in the ability to process very large amounts of data to our businesses.

**Safety, business controls, and environmental risk management.** Our results depend on management's ability to minimize the inherent risks of oil, gas, and petrochemical operations, to control effectively our business activities, and to minimize the potential for human error. We apply rigorous management systems and continuous focus on workplace safety and avoiding spills or other adverse environmental events. For example, we work to minimize spills through a combined program of effective operations integrity management, ongoing upgrades, key equipment replacements, and comprehensive inspection and surveillance. Similarly, we are implementing cost-effective new technologies and adopting new operating practices to reduce air emissions, not only in response to government requirements but also to address community priorities. We also maintain a disciplined framework of internal controls and apply a controls management system for monitoring compliance with this framework. Substantial liabilities and other adverse impacts could result if our management systems and controls do not function as intended.

**Cybersecurity.** ExxonMobil is regularly subject to attempted cybersecurity disruptions from a variety of threat actors including state-sponsored actors. ExxonMobil's defensive preparedness includes multi-layered technological capabilities for prevention and detection of cybersecurity disruptions; non-technological measures such as threat information sharing with governmental and industry groups; internal training and awareness campaigns including routine testing of employee awareness and an emphasis on resiliency including business response and recovery. If the measures we are taking to protect against cybersecurity disruptions prove to be insufficient, ExxonMobil as well as our customers, employees, or third parties could be adversely affected. Cybersecurity disruptions could cause physical harm to people or the environment; damage or destroy assets; compromise business systems; result in proprietary information being altered, lost, or stolen; result in employee, customer, or third-party information being compromised; or otherwise disrupt our business operations. We could incur significant costs to remedy the effects of a major cybersecurity disruption in addition to costs in connection with resulting regulatory actions, litigation or reputational harm.

**Preparedness.** Our operations may be disrupted by severe weather events, natural disasters, human error, and similar events. For example, hurricanes may damage our offshore production facilities or coastal refining and petrochemical plants in vulnerable areas. Our facilities are designed, constructed, and operated to withstand a variety of extreme climatic and other conditions, with safety factors built in to cover a number of engineering uncertainties, including those associated with wave, wind, and current intensity, marine ice flow patterns, permafrost stability, storm surge magnitude, temperature extremes, extreme rainfall events, and earthquakes. Our consideration of changing weather conditions and inclusion of safety factors in design covers the engineering uncertainties that climate change and other events may potentially introduce. Our ability to mitigate the adverse impacts of these events depends in part upon the effectiveness of our robust facility engineering as well as our rigorous disaster preparedness and response and business continuity planning.

4

**Insurance limitations.** The ability of the Corporation to insure against many of the risks it faces as described in this Item 1A is limited by the capacity of the applicable insurance markets, which may not be sufficient.

**Competition.** As noted in Item 1 above, the energy and petrochemical industries are highly competitive. We face competition not only from other private firms, but also from state-owned companies that are increasingly competing for opportunities outside of their home countries and as partners with other private firms. In some cases, these state-owned companies may pursue opportunities in furtherance of strategic objectives of their government owners, with less focus on financial returns than companies owned by private shareholders, such as ExxonMobil. Technology and expertise provided by industry service companies may also enhance the competitiveness of firms that may not have the internal resources and capabilities of ExxonMobil or reduce the need for resource-owning countries to partner with private-sector oil and gas companies in order to monetize national resources.

**Reputation.** Our reputation is an important corporate asset. An operating incident, significant cybersecurity disruption, change in consumer views concerning our products, or other adverse event such as those described in this Item 1A may have a negative impact on our reputation, which in turn could make it more difficult for us to compete successfully for new opportunities, obtain necessary regulatory approvals, obtain financing, or could reduce consumer demand for our branded products. ExxonMobil's reputation may also be harmed by events which negatively affect the image of our industry as a whole.

Projections, estimates, and descriptions of ExxonMobil's plans and objectives included or incorporated in Items 1, 1A, 2, 7 and 7A of this report are forward-looking statements. Actual future results, including project completion dates, production rates, capital expenditures, costs, and business plans could differ materially due to, among other things, the factors discussed above and elsewhere in this report.

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 49 of 256    PageID 2630

**ITEM 1B.    UNRESOLVED STAFF COMMENTS**

None.

5

**ITEM 2.    PROPERTIES**

**Information with regard to oil and gas producing activities follows:**

**1. Disclosure of Reserves**

**A. Summary of Oil and Gas Reserves at Year-End 2019**

The table below summarizes the oil-equivalent proved reserves in each geographic area and by product type for consolidated subsidiaries and equity companies. Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels. The Corporation has reported proved reserves on the basis of the average of the first-day-of-the-month price for each month during the last 12-month period. No major discovery or other favorable or adverse event has occurred since December 31, 2019, that would cause a significant change in the estimated proved reserves as of that date.

| | Crude Oil | Natural Gas Liquids | Bitumen | Synthetic Oil | Natural Gas | Oil-Equivalent Total All Products |
|---|---|---|---|---|---|---|
| | *(million bbls)* | *(million bbls)* | *(million bbls)* | *(million bbls)* | *(billion cubic ft)* | *(million bbls)* |
| **Proved Reserves** | | | | | | |
| **Developed** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 1,226 | 429 | - | - | 11,882 | 3,635 |
| Canada/Other Americas *(1)* | 185 | 10 | 3,528 | 415 | 613 | 4,240 |
| Europe | 20 | 3 | - | - | 502 | 107 |
| Africa | 384 | 35 | - | - | 377 | 482 |
| Asia | 2,217 | 92 | - | - | 3,508 | 2,894 |
| Australia/Oceania | 63 | 27 | - | - | 3,765 | 717 |
| Total Consolidated | 4,095 | 596 | 3,528 | 415 | 20,647 | 12,075 |
| **Equity Companies** | | | | | | |
| United States | 195 | 5 | - | - | 143 | 224 |
| Europe | 13 | - | - | - | 505 | 97 |
| Africa | - | - | - | - | - | - |
| Asia | 499 | 228 | - | - | 9,859 | 2,370 |
| Total Equity Company | 707 | 233 | - | - | 10,507 | 2,691 |
| Total Developed | 4,802 | 829 | 3,528 | 415 | 31,154 | 14,766 |
| **Undeveloped** | | | | | | |

**Consolidated Subsidiaries**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| United States | 1,862 | 612 | - | - | 7,144 | 3,665 |
| Canada/Other Americas *(1)* | 372 | 9 | 330 | - | 853 | 853 |
| Europe | 19 | 10 | - | - | 119 | 49 |
| Africa | 63 | 5 | - | - | - | 68 |
| Asia | 1,118 | 39 | - | - | 925 | 1,311 |
| Australia/Oceania | 31 | 4 | - | - | 3,236 | 575 |
| Total Consolidated | 3,465 | 679 | 330 | - | 12,277 | 6,521 |
| **Equity Companies** |  |  |  |  |  |  |
| United States | 56 | 4 | - | - | 70 | 71 |
| Europe | 1 | - | - | - | 76 | 14 |
| Africa | 6 | - | - | - | 908 | 157 |
| Asia | 398 | 85 | - | - | 2,595 | 916 |
| Total Equity Company | 461 | 89 | - | - | 3,649 | 1,158 |
| Total Undeveloped | 3,926 | 768 | 330 | - | 15,926 | 7,679 |
| **Total Proved Reserves** | 8,728 | 1,597 | 3,858 | 415 | 47,080 | 22,445 |

(1)     *Other Americas includes proved developed reserves of 18 million barrels of crude oil and 75 billion cubic feet of natural gas, as well as proved undeveloped reserves of 280 million barrels of crude oil and 292 billion cubic feet of natural gas.*

6

In the preceding reserves information, consolidated subsidiary and equity company reserves are reported separately. However, the Corporation operates its business with the same view of equity company reserves as it has for reserves from consolidated subsidiaries.

The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups; operational outages; reservoir performance; performance of enhanced oil recovery projects; regulatory changes; the impact of fiscal and commercial terms; asset sales; weather events; price effects on production sharing contracts; changes in the amount and timing of capital investments that may vary depending on the oil and gas price environment; and other factors described in Item 1A. Risk Factors.

The estimation of proved reserves, which is based on the requirement of reasonable certainty, is an ongoing process based on rigorous technical evaluations, commercial and market assessments and detailed analysis of well and reservoir information such as flow rates and reservoir pressures. Furthermore, the Corporation only records proved reserves for projects which have received significant funding commitments by management made toward the development of the reserves. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policies, consumer preferences, and significant changes in long-term oil and natural gas price levels. In addition, proved reserves could be affected by an extended period of low prices which could reduce the level of the Corporation's capital spending and also impact our partners' capacity to fund their share of joint projects.

**B. Technologies Used in Establishing Proved Reserves Additions in 2019**

Additions to ExxonMobil's proved reserves in 2019 were based on estimates generated through the integration of available and appropriate geological, engineering and production data, utilizing well-established technologies that have been demonstrated in the field to yield repeatable and consistent results.

Data used in these integrated assessments included information obtained directly from the subsurface via wellbores, such as well logs, reservoir core samples, fluid samples, static and dynamic pressure information, production test data, and surveillance and performance information. The data utilized also included subsurface information obtained through indirect measurements including high-quality 3-D and 4-D seismic data, calibrated with available well control information. The tools used to interpret the data included proprietary seismic processing software, proprietary reservoir modeling and simulation software, and commercially available data analysis packages.

In some circumstances, where appropriate analog reservoirs were available, reservoir parameters from these analogs were used to increase the quality of and confidence in the reserves estimates.

**C. Qualifications of Reserves Technical Oversight Group and Internal Controls over Proved Reserves**

ExxonMobil has a dedicated Global Reserves and Resources group that provides technical oversight and is separate from the operating organization. Primary responsibilities of this group include oversight of the reserves estimation process for compliance with Securities and Exchange Commission (SEC) rules and regulations, review of annual changes in reserves estimates, and the reporting of ExxonMobil's proved reserves. This group also maintains the official company reserves estimates for ExxonMobil's proved reserves of crude oil, natural gas liquids, bitumen, synthetic oil, and natural gas. In addition, the group provides training to personnel involved in the reserves estimation and reporting process within ExxonMobil and its affiliates. The Manager of the Global Reserves and Resources group has more than 30 years of experience in reservoir engineering and reserves assessment, has a degree in Engineering and currently serves on the Oil and Gas Reserves Committee of the Society of Petroleum Engineers (SPE). The group is staffed with individuals that have an average of more than 15 years of technical experience in the petroleum industry, including expertise in the classification and categorization of reserves under the SEC guidelines. This group includes individuals who hold degrees in either Engineering or Geology.

The Global Reserves and Resources group maintains a central database containing the official company reserves estimates. Appropriate controls, including limitations on database access and update capabilities, are in place to ensure data integrity within this central database. An annual review of the system's controls is performed by internal audit. Key components of the reserves estimation process include technical evaluations, commercial and market assessments, analysis of well and field performance, and long-standing approval guidelines. No changes may be made to the reserves estimates in the central database, including additions of any new initial reserves estimates or subsequent revisions, unless these changes have been thoroughly reviewed and evaluated by duly authorized geoscience and engineering professionals within the operating organization. In addition, changes to reserves estimates that exceed certain thresholds require further review and approval by the appropriate level of management within the operating organization before the changes may be made in the central database. Endorsement by the Global Reserves and Resources group for all proved reserves changes is a mandatory component of this review process. After all changes are made, reviews are held with senior management for final endorsement.

7

**2. Proved Undeveloped Reserves**

At year-end 2019, approximately 7.7 billion oil-equivalent barrels (GOEB) of ExxonMobil's proved reserves were classified as proved undeveloped. This represents 34 percent of the 22.4 GOEB reported in proved reserves. This compares to the 7.9 GOEB of proved undeveloped reserves reported at the end of 2018. During the year, ExxonMobil conducted development activities that resulted in the transfer of approximately 0.9 GOEB from proved undeveloped to proved developed reserves by year end. The largest transfers were related to development activities in the United States, the United Arab Emirates, and Kazakhstan. During 2019, extensions and discoveries, primarily in the United States and Guyana, resulted in an addition of 1.5 GOEB of proved undeveloped reserves, along with an increase of 0.6 GOEB due to revisions primarily in Asia. Also, the Corporation reclassified approximately 1.4 GOEB of proved undeveloped reserves which no longer met the SEC definition of proved reserves, primarily in the United States, which was offset by the extensions in the United States referenced above.

Overall, investments of $18.3 billion were made by the Corporation during 2019 to progress the development of reported proved undeveloped reserves, including $17.7 billion for oil and gas producing activities, along with additional investments for other non-oil and gas producing activities such as the construction of support infrastructure and other related facilities. These investments represented 78 percent of the $23.5 billion in total reported Upstream capital and exploration expenditures.

One of ExxonMobil's requirements for reporting proved reserves is that management has made significant funding commitments toward the development of the reserves. ExxonMobil has a disciplined investment strategy and many major fields require long lead-time in order to be developed. Development projects typically take several years from the time of recording proved undeveloped reserves to the start of production and can exceed five years for large and complex projects. Proved undeveloped reserves in the United States, Canada, Australia, and Kazakhstan have remained undeveloped for five years or more primarily due to constraints on the capacity of infrastructure, as well as the time required to complete development for very large projects. The Corporation is reasonably certain that these proved reserves will be produced; however, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policies, consumer preferences, the pace of co-venturer/government funding, changes in the amount and timing of capital investments, and significant changes in long-term oil and natural gas price levels. Of the proved undeveloped reserves that have been reported for five or more years, over 80 percent are contained in the aforementioned countries. In Canada, proved undeveloped reserves are related to drilling activities in the offshore Hebron field and onshore Cold Lake operations. In Australia, proved undeveloped reserves are associated with future compression for the Gorgon Jansz LNG project. In Kazakhstan, the proved undeveloped reserves are related to the remainder of the Tengizchevroil joint venture development that includes a production license in the Tengiz - Korolev field complex. The Tengizchevroil joint venture is producing, and proved undeveloped reserves will continue to move to proved developed as approved development phases progress.

8

**3. Oil and Gas Production, Production Prices and Production Costs**

**A. Oil and Gas Production**

The table below summarizes production by final product sold and by geographic area for the last three years.

| | | | |
|---|---|---|---|
| **Total number of net wells drilled** | 917 | 635 | 512 |

13

**B. Exploratory and Development Activities Regarding Oil and Gas Resources Extracted by Mining Technologies**

**Syncrude Operations.** Syncrude is a joint venture established to recover shallow deposits of oil sands using open-pit mining methods to extract the crude bitumen, and then upgrade it to produce a high-quality, light (32 degrees API), sweet, synthetic crude oil. Imperial Oil Limited is the owner of a 25 percent interest in the joint venture. Exxon Mobil Corporation has a 69.6 percent interest in Imperial Oil Limited. In 2019, the company's share of net production of synthetic crude oil was about 65 thousand barrels per day and share of net acreage was about 63 thousand acres in the Athabasca oil sands deposit.

**Kearl Operations.** Kearl is a joint venture established to recover shallow deposits of oil sands using open-pit mining methods to extract the crude bitumen. Imperial Oil Limited holds a 70.96 percent interest in the joint venture and ExxonMobil Canada Properties holds the other 29.04 percent. Exxon Mobil Corporation has a 69.6 percent interest in Imperial Oil Limited and a 100 percent interest in ExxonMobil Canada Properties. Kearl is comprised of six oil sands leases covering about 49 thousand acres in the Athabasca oil sands deposit.

Kearl is located approximately 40 miles north of Fort McMurray, Alberta, Canada. Bitumen is extracted from oil sands and processed through bitumen extraction and froth treatment trains. The product, a blend of bitumen and diluent, is shipped to our refineries and to other third parties. Diluent is natural gas condensate or other light hydrocarbons added to the crude bitumen to facilitate transportation by pipeline and rail. During 2019, average net production at Kearl was about 197 thousand barrels per day.

**5. Present Activities**

**A. Wells Drilling**

| | Year-End 2019 | | Year-End 2018 | |
|---|---|---|---|---|
| | **Gross** | **Net** | **Gross** | **Net** |
| **Wells Drilling** | | | | |
| **Consolidated Subsidiaries** | | | | |
| United States | 1,133 | 704 | 997 | 491 |
| Canada/Other Americas | 27 | 20 | 41 | 32 |
| Europe | 16 | 7 | 13 | 3 |
| Africa | 4 | 1 | 5 | 1 |
| Asia | 46 | 14 | 50 | 14 |
| Australia/Oceania | 14 | 4 | 4 | 2 |
| Total Consolidated Subsidiaries | 1,240 | 750 | 1,110 | 543 |
| | | | | |
| **Equity Companies** | | | | |
| United States | 3 | 1 | 7 | 1 |
| Europe | - | - | 1 | 1 |
| Africa | 6 | 1 | - | - |
| Asia | 11 | 3 | 17 | 4 |
| Total Equity Companies | 20 | 5 | 25 | 6 |
| **Total gross and net wells drilling** | 1,260 | 755 | 1,135 | 549 |

14

A-46

**B. Review of Principal Ongoing Activities**

*UNITED STATES*

ExxonMobil's year-end 2019 acreage holdings totaled 11.5 million net acres, of which 0.6 million net acres were offshore. ExxonMobil was active in areas onshore and offshore in the lower 48 states and in Alaska. The Golden Pass liquefied natural gas export project was funded in 2019.

During the year, 815.6 net exploration and development wells were completed in the inland lower 48 states. Development activities focused on liquids-rich opportunities in the onshore U.S., primarily in the Permian Basin of West Texas and New Mexico and the Bakken oil play in North Dakota. In addition, gas development activities continued in the Marcellus Shale of Pennsylvania and West Virginia, the Utica Shale of Ohio and the Haynesville Shale of East Texas and Louisiana.

ExxonMobil's net acreage in the Gulf of Mexico at year-end 2019 was 0.5 million acres. A total of 0.9 net exploration and development wells were completed during the year.

Participation in Alaska production and development continued with a total of 11.6 net development wells completed.

*CANADA / OTHER AMERICAS*

*Canada*

*Oil and Gas Operations:* ExxonMobil's year-end 2019 acreage holdings totaled 6.8 million net acres, of which 3.9 million net acres were offshore. A total of 29.7 net development wells were completed during the year.

*In Situ Bitumen Operations:* ExxonMobil's year-end 2019 in situ bitumen acreage holdings totaled 0.6 million net onshore acres. A total of 14 net development wells at Cold Lake were completed during the year.

*Argentina*

ExxonMobil's net acreage totaled 2.9 million acres, of which 2.6 million net acres were offshore at year-end 2019. During the year, a total of 4.2 net exploration and development wells were completed. In 2019, ExxonMobil acquired approximately 2.6 million net acres in three offshore blocks located in the Malvinas Basin.

*Guyana*

ExxonMobil's net acreage totaled 4.6 million offshore acres at year-end 2019. During the year, 6.3 net exploration and development wells were completed. The Liza Phase 1 project started up in December 2019, and the Liza Phase 2 project was funded in 2019.

*EUROPE*

*Germany*

ExxonMobil's net acreage totaled 2.2 million onshore acres at year-end 2019. During the year, 0.7 net exploration and development wells were completed.

*Netherlands*

ExxonMobil's net interest in licenses totaled approximately 1.5 million acres, of which 1.1 million acres were onshore at year-end 2019. In 2018, the Dutch Cabinet notified Parliament of its intention to further reduce previously legislated Groningen gas extraction in response to seismic events over the last several years. Affiliates of the Corporation and their partners have actively been in discussions with the government on the associated implementation measures, which resulted in a signed Heads of Agreement in 2018 followed by the execution of additional implementation agreements. In 2019, the Dutch Cabinet informed Parliament of its intention to further reduce Groningen gas extraction and terminate production in 2022.

*United Kingdom*

ExxonMobil's net interest in licenses totaled approximately 0.3 million offshore acres at year-end 2019. During the year, a total of 0.4 net development wells were completed. Development activities continued on the Penguins Redevelopment project.

15

*AFRICA*

*Angola*

ExxonMobil's net acreage totaled 0.2 million offshore acres at year-end 2019. During the year, a total of 1.3 net development wells were completed. On Block 32, the Kaombo Split Hub Sul floating production storage and offloading (FPSO) vessel started up in April 2019, and the Norte FPSO started up in 2018.

*Chad*

ExxonMobil's net acreage holdings totaled 46 thousand onshore acres at year-end 2019.

*Equatorial Guinea*

ExxonMobil's net acreage totaled 0.5 million offshore acres at year-end 2019. During the year, a total of 2.4 net development wells were completed.

*Mozambique*

ExxonMobil's net acreage totaled approximately 1.8 million offshore acres at year-end 2019. In 2019, ExxonMobil relinquished approximately 0.8 million net acres as the Company reduced its working interest in Area 5 offshore blocks, Angoche A5-B, Zambezi Z5-C, and Zambezi Z5-D. Development activities continued on the Coral South Floating LNG project during the year.

### Nigeria

ExxonMobil's net acreage totaled 0.9 million offshore acres at year-end 2019. During the year, a total of 1.3 net exploration and development wells were completed.

### ASIA

### Azerbaijan

ExxonMobil's net acreage totaled 7 thousand offshore acres at year-end 2019. During the year, a total of 0.7 net development wells were completed.

### Indonesia

ExxonMobil's net acreage totaled 0.1 million onshore acres at year-end 2019. The Kedung Keris project started up in November 2019.

### Iraq

ExxonMobil's net acreage totaled 0.1 million onshore acres at year-end 2019. During the year, a total of 2.6 net development wells were completed at the West Qurna Phase I oil field. Oil field rehabilitation activities continued during 2019 and across the life of this project will include drilling of new wells, working over of existing wells, and optimization and debottlenecking of existing facilities. In the Kurdistan Region of Iraq, ExxonMobil has continued exploration activities.

### Kazakhstan

ExxonMobil's net acreage totaled 0.3 million acres, of which 0.2 million net acres were offshore at year-end 2019. During the year, a total of 9.5 net development wells were completed. Development activities continued on the Tengiz Expansion project.

### Malaysia

ExxonMobil's interests in production sharing contracts covered 2.4 million net acres offshore at year-end 2019.

### Qatar

Through our joint ventures with Qatar Petroleum, ExxonMobil's net acreage totaled 65 thousand acres offshore at year-end 2019. ExxonMobil participated in 62.2 million tonnes per year gross liquefied natural gas capacity and 2.0 billion cubic feet per day of flowing gas capacity at year-end. Development activities continued on the Barzan project during the year.

16

### Russia

ExxonMobil's net acreage holdings in Sakhalin totaled 85 thousand offshore acres at year-end 2019. During the year, a total of 2.1 net development wells were completed.

### Thailand

ExxonMobil's net onshore acreage in Thailand concessions totaled 21 thousand acres at year-end 2019.

### United Arab Emirates

ExxonMobil's net acreage in the Abu Dhabi offshore Upper Zakum oil concession was 81 thousand acres at year-end 2019. During the year, a total of 5.3 net development wells were completed. Commissioning activities continued on the Upper Zakum 750 project, while development activities progressed on the Upper Zakum 1 MBD project.

### AUSTRALIA / OCEANIA

### Australia

ExxonMobil's net acreage totaled 1.8 million acres offshore and 10 thousand acres onshore at year-end 2019. During the year, a total of 1.0 net exploration well was completed in the Bass Strait. Development activities continued on the West Barracouta project during the year.

The co-venturer-operated Gorgon Jansz liquefied natural gas (LNG) development consists of a subsea infrastructure for offshore production and transportation of the gas, a 15.6 million tonnes per year LNG facility and a 280 million cubic feet per day domestic gas plant located on Barrow Island, Western Australia. Development activities continued on the Gorgon Stage 2 project during the year.

### Papua New Guinea

ExxonMobil's net acreage totaled 6.9 million acres, of which 3.3 million net acres were offshore at year-end 2019. During the year, a total of 1.2 net exploration and development wells were completed. In 2019, ExxonMobil relinquished approximately 3 million net acres as the Company reduced its working interest, primarily in deepwater offshore licenses. The Papua New Guinea (PNG) liquefied natural gas integrated development includes gas production and processing facilities in the southern PNG Highlands, onshore and offshore pipelines, and a 6.9 million tonnes per year liquefied natural gas facility near Port Moresby.

### WORLDWIDE EXPLORATION

A-48

Case 3:21-cv-00194-N   Document 124   Filed 01/08/24   Page 56 of 256   PageID 2637

At year-end 2019, exploration activities were under way in several areas in which ExxonMobil has no established production operations and thus are not included above. A total of 41.5 million net acres were held at year-end 2019 and 2.7 net exploration wells were completed during the year in these countries.

**6. Delivery Commitments**

ExxonMobil sells crude oil and natural gas from its producing operations under a variety of contractual obligations, some of which may specify the delivery of a fixed and determinable quantity for periods longer than one year. ExxonMobil also enters into natural gas sales contracts where the source of the natural gas used to fulfill the contract can be a combination of our own production and the spot market. Worldwide, we are contractually committed to deliver approximately 44 million barrels of oil and 2,500 billion cubic feet of natural gas for the period from 2020 through 2022. We expect to fulfill the majority of these delivery commitments with production from our proved developed reserves. Any remaining commitments will be fulfilled with production from our proved undeveloped reserves and purchases on the open market as necessary.

17

**7. Oil and Gas Properties, Wells, Operations and Acreage**

**A. Gross and Net Productive Wells**

| | Year-End 2019 | | | | Year-End 2018 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Oil | | Gas | | Oil | | Gas | |
| | Gross | Net | Gross | Net | Gross | Net | Gross | Net |
| **Gross and Net Productive Wells** | | | | | | | | |
| **Consolidated Subsidiaries** | | | | | | | | |
| United States | 20,559 | 8,502 | 21,893 | 13,182 | 20,996 | 8,460 | 25,061 | 14,396 |
| Canada/Other Americas | 4,905 | 4,724 | 3,441 | 1,347 | 5,037 | 4,781 | 4,262 | 1,650 |
| Europe | 741 | 207 | 517 | 236 | 981 | 256 | 648 | 261 |
| Africa | 1,191 | 456 | 13 | 5 | 1,221 | 472 | 12 | 5 |
| Asia | 943 | 301 | 133 | 79 | 891 | 286 | 133 | 79 |
| Australia/Oceania | 582 | 120 | 87 | 36 | 577 | 123 | 81 | 33 |
| Total Consolidated Subsidiaries | 28,921 | 14,310 | 26,084 | 14,885 | 29,703 | 14,378 | 30,197 | 16,424 |
| **Equity Companies** | | | | | | | | |
| United States | 12,947 | 5,328 | 4,500 | 577 | 13,126 | 5,398 | 4,503 | 577 |
| Europe | 57 | 20 | 561 | 175 | 57 | 20 | 602 | 187 |
| Asia | 194 | 49 | 126 | 30 | 164 | 41 | 126 | 30 |
| Total Equity Companies | 13,198 | 5,397 | 5,187 | 782 | 13,347 | 5,459 | 5,231 | 794 |
| **Total gross and net productive wells** | 42,119 | 19,707 | 31,271 | 15,667 | 43,050 | 19,837 | 35,428 | 17,218 |

There were 27,532 gross and 23,857 net operated wells at year-end 2019 and 28,847 gross and 24,696 net operated wells at year-end 2018. The number of wells with multiple completions was 1,023 gross in 2019 and 947 gross in 2018.

18

A-49

the time. The term of one of the two concessions expires in 2021.

*United Arab Emirates*

An interest in the development and production activities of the offshore Upper Zakum field was acquired in 2006. In 2017 the governing agreements were extended to 2051.

## AUSTRALIA / OCEANIA

*Australia*

Exploration and production activities conducted offshore in Commonwealth waters are governed by Federal legislation. Exploration permits are granted for an initial term of six years with two possible five-year renewal periods. Retention leases may be granted for resources that are not commercially viable at the time of application, but are expected to become commercially viable within 15 years. These are granted for periods of five years and renewals may be requested. Prior to July 1998, production licenses were granted initially for 21 years, with a further renewal of 21 years and thereafter "indefinitely", i.e., for the life of the field. Effective from July 1998, new production licenses are granted "indefinitely". In each case, a production license may be terminated if no production operations have been carried on for five years.

*Papua New Guinea*

Exploration and production activities are governed by the Oil and Gas Act. Petroleum prospecting licenses are granted for an initial term of six years with a five-year extension possible (an additional extension of three years is possible in certain circumstances). Generally, a 50-percent relinquishment of the license area is required at the end of the initial six-year term, if extended. Petroleum development licenses are granted for an initial 25-year period. An extension of up to 20 years may be granted at the Minister's discretion. Petroleum retention licenses may be granted for gas resources that are not commercially viable at the time of application, but may become commercially viable within the maximum possible retention time of 15 years. Petroleum retention licenses are granted for five-year terms, and may be extended, at the Minister's discretion, twice for the maximum retention time of 15 years. Extensions of petroleum retention licenses may be for periods of less than one year, renewable annually, if the Minister considers at the time of extension that the resources could become commercially viable in less than five years.

23

**Information with regard to the Downstream segment follows:**

ExxonMobil's Downstream segment manufactures, trades and sells petroleum products. The refining and supply operations encompass a global network of manufacturing plants, transportation systems, and distribution centers that provide a range of fuels, lubricants and other products and feedstocks to our customers around the world.

### Refining Capacity At Year-End 2019 *(1)*

| | | ExxonMobil Share KBD *(2)* | ExxonMobil Interest % |
|---|---|---|---|
| **United States** | | | |
| Joliet | Illinois | 236 | 100 |
| Baton Rouge | Louisiana | 518 | 100 |
| Billings | Montana | 60 | 100 |
| Baytown | Texas | 561 | 100 |
| Beaumont | Texas | 369 | 100 |
| Total United States | | 1,744 | |
| **Canada** | | | |
| Strathcona | Alberta | 191 | 69.6 |
| Nanticoke | Ontario | 113 | 69.6 |
| Sarnia | Ontario | 119 | 69.6 |
| Total Canada | | 423 | |

**ExxonMobil**

| | | Ethylene | Polyethylene | Polypropylene | Paraxylene | Interest % |
|---|---|---|---|---|---|---|
| | | *(millions of metric tons per year)* | | | | |
| **North America** | | | | | | |
| Baton Rouge | Louisiana | 1.1 | 1.3 | 0.4 | - | 100 |
| Baytown | Texas | 3.8 | - | 0.7 | 0.6 | 100 |
| Beaumont | Texas | 0.9 | 1.7 | - | 0.3 | 100 |
| Mont Belvieu | Texas | - | 2.3 | - | - | 100 |
| Sarnia | Ontario | 0.3 | 0.5 | - | - | 69.6 |
| Total North America | | 6.1 | 5.8 | 1.1 | 0.9 | |
| | | | | | | |
| **Europe** | | | | | | |
| Antwerp | Belgium | - | 0.4 | - | - | 100 |
| Fife | United Kingdom | 0.4 | - | - | - | 50 |
| Gravenchon | France | 0.4 | 0.4 | 0.3 | - | 100 |
| Meerhout | Belgium | - | 0.5 | - | - | 100 |
| Rotterdam | Netherlands | - | - | - | 0.7 | 100 |
| Total Europe | | 0.8 | 1.3 | 0.3 | 0.7 | |
| | | | | | | |
| **Middle East** | | | | | | |
| Al Jubail | Saudi Arabia | 0.6 | 0.7 | - | - | 50 |
| Yanbu | Saudi Arabia | 1.0 | 0.7 | 0.2 | - | 50 |
| Total Middle East | | 1.6 | 1.4 | 0.2 | - | |
| | | | | | | |
| **Asia Pacific** | | | | | | |
| Fujian | China | 0.3 | 0.2 | 0.2 | 0.2 | 25 |
| Singapore | Singapore | 1.9 | 1.9 | 0.9 | 1.8 | 100 |
| Sriracha | Thailand | - | - | - | 0.5 | 66 |
| Total Asia Pacific | | 2.2 | 2.1 | 1.1 | 2.5 | |
| | | | | | | |
| **Total Worldwide** | | 10.7 | 10.6 | 2.7 | 4.1 | |

(1)    *Capacity reflects 100 percent for operations of ExxonMobil and majority-owned subsidiaries. For companies owned 50 percent or less, capacity is ExxonMobil's interest.*

26

A-51

**ITEM 3.     LEGAL PROCEEDINGS**

Regarding a matter last reported in the Corporation's Form 10-Q for the third quarter of 2019, on December 31, 2019, the United States Federal District Court, Northern District of Texas (the Federal Court), vacated the civil penalty assessed by the United States Department of Treasury, Office of Foreign Assets Control (OFAC) against Exxon Mobil Corporation, ExxonMobil Development Company and ExxonMobil Oil Corporation on July 20, 2017, for allegedly violating the Ukraine-Related Sanctions Regulations, 31 C.F.R. part 589. The civil penalty vacated by the Federal Court was in the amount of $2,000,000. OFAC is currently determining whether to appeal the Federal Court's order to the 5th Circuit Court of Appeals.

Refer to the relevant portions of "Note 16: Litigation and Other Contingencies" of the Financial Section of this report for additional information on legal proceedings.

**ITEM 4.     MINE SAFETY DISCLOSURES**

Not applicable.

27

**Information about our Executive Officers**
(positions and ages as of February 26, 2020)

| **Darren W. Woods** | *Chairman of the Board* | |
|---|---|---|
| Held current title since: | January 1, 2017 | Age: 55 |

Mr. Darren W. Woods was Senior Vice President of Exxon Mobil Corporation June 1, 2014 – December 31, 2015. He became a Director and President of Exxon Mobil Corporation on January 1, 2016, and Chairman of the Board and Chief Executive Officer on January 1, 2017, positions he continues to hold as of this filing date.

| **Neil A. Chapman** | *Senior Vice President* | |
|---|---|---|
| Held current title since: | January 1, 2018 | Age: 57 |

Mr. Neil A. Chapman was President of ExxonMobil Chemical Company and Vice President of Exxon Mobil Corporation January 1, 2015 – December 31, 2017. He became Senior Vice President of Exxon Mobil Corporation on January 1, 2018, a position he continues to hold as of this filing date.

| **Andrew P. Swiger** | *Senior Vice President* | |
|---|---|---|
| Held current title since: | April 1, 2009 | Age: 63 |

Mr. Andrew P. Swiger became Senior Vice President of Exxon Mobil Corporation on April 1, 2009, a position he continues to hold as of this filing date.

| **Jack P. Williams, Jr.** | *Senior Vice President* | |
|---|---|---|
| Held current title since: | June 1, 2014 | Age: 56 |

Mr. Jack P. Williams, Jr. became Senior Vice President of Exxon Mobil Corporation on June 1, 2014, a position he continues to hold as of this filing date.

| **Linda D. DuCharme** | *President, ExxonMobil Upstream Integrated Solutions Company* | |
|---|---|---|
| Held current title since: | April 1, 2019 | Age: 55 |

Ms. Linda D. DuCharme was Vice President, Europe, Russia and Caspian for ExxonMobil Gas & Power Marketing Company February 1, 2011 – June 30, 2015. She was Vice President, Americas, Africa and Asia, ExxonMobil Gas & Power Marketing Company July 1, 2015 – July 31, 2016. She was President of ExxonMobil Global Services Company August 1, 2016 – March 31, 2019. She became President of ExxonMobil Upstream Integrated Solutions Company on April 1, 2019, a position she continues to hold as of this filing date.

| **Neil W. Duffin** | *President, ExxonMobil Global Projects Company* | |
|---|---|---|
| Held current title since: | April 1, 2019 | Age: 63 |

Mr. Neil W. Duffin was President of ExxonMobil Development Company April 13, 2007 – December 31, 2016. He was President of ExxonMobil Production Company and Vice President of Exxon Mobil Corporation January 1, 2017 – March 31, 2019. He became President of ExxonMobil Global Projects Company on April 1, 2019, a position he continues to hold as of this filing date.

| **Randall M. Ebner** | *Vice President and General Counsel* | |
|---|---|---|

| | | Age: 64 |
|---|---|---|

Mr. Randall M. Ebner was Assistant General Counsel of Exxon Mobil Corporation January 1, 2009 – October 31, 2016. He became Vice President and General Counsel of Exxon Mobil Corporation on November 1, 2016, positions he continues to hold as of this filing date.

28

| **Stephen M. Greenlee** | *Vice President* | |
|---|---|---|
| Held current title since: | September 1, 2010 | Age: 62 |

Mr. Stephen M. Greenlee was President of ExxonMobil Exploration Company and Vice President of Exxon Mobil Corporation September 1, 2010 – March 31, 2019. He became President of ExxonMobil Upstream Business Development Company and Vice President of Exxon Mobil Corporation on April 1, 2019, positions he continues to hold as of this filing date.

| **Neil A. Hansen** | *Vice President – Investor Relations and Secretary* | |
|---|---|---|
| Held current title since: | July 1, 2018 | Age: 45 |

Mr. Neil A. Hansen was Thailand Lead Country Manager and Business Services Manager, Esso (Thailand) Public Company Ltd. July 1, 2014 – March 31, 2017. He was Controller, ExxonMobil Fuels, Lubricants & Specialties Marketing Company April 1, 2017 – December 31, 2017. He was Value Chain Controller, ExxonMobil Fuels & Lubricants Company January 1, 2018 – June 30, 2018. He became Vice President – Investor Relations and Secretary of Exxon Mobil Corporation on July 1, 2018, positions he continues to hold as of this filing date.

| **Liam M. Mallon** | *Vice President* | |
|---|---|---|
| Held current title since: | April 1, 2019 | Age: 57 |

Mr. Liam M. Mallon was Executive Vice President, ExxonMobil Development Company February 1, 2014 – December 31, 2016. He was President of ExxonMobil Development Company January 1, 2017 – March 31, 2019. He became President of ExxonMobil Upstream Oil & Gas Company and Vice President of Exxon Mobil Corporation on April 1, 2019, positions he continues to hold as of this filing date.

| **Karen T. McKee** | *Vice President* | |
|---|---|---|
| Held current title since: | April 1, 2019 | Age: 53 |

Ms. Karen T. McKee was Vice President, Basic Chemicals, ExxonMobil Chemical Company. May 1, 2014 – July 31, 2017. She was Senior Vice President, Basic Chemicals, Integration & Growth, ExxonMobil Chemical Company August 1, 2017 – March 31, 2019. She became President of ExxonMobil Chemical Company and Vice President of Exxon Mobil Corporation on April 1, 2019, positions she continues to hold as of this filing date.

| **Bryan W. Milton** | *Vice President* | |
|---|---|---|
| Held current title since: | August 1, 2016 | Age: 55 |

Mr. Bryan W. Milton was President of ExxonMobil Global Services Company April 1, 2011 – July 31, 2016. He was President of ExxonMobil Fuels, Lubricants & Specialties Marketing Company and Vice President of Exxon Mobil Corporation August 1, 2016 – December 31, 2017. He became President of ExxonMobil Fuels & Lubricants Company and Vice President of Exxon Mobil Corporation on January 1, 2018, positions he continues to hold as of this filing date.

| **David S. Rosenthal** | *Vice President and Controller* | |
|---|---|---|
| Held current title since: | October 1, 2008 (Vice President) September 1, 2014 (Controller) | Age: 63 |

Mr. David S. Rosenthal was Vice President – Investor Relations and Secretary of Exxon Mobil Corporation October 1, 2008 – August 31, 2014. He became Vice President and Controller of Exxon Mobil Corporation on September 1, 2014, positions he continues to hold as of this filing date.

| **Robert N. Schleckser** | *Vice President and Treasurer* | |
|---|---|---|
| Held current title since: | May 1, 2011 | Age: 63 |

Mr. Robert N. Schleckser became Vice President and Treasurer of Exxon Mobil Corporation on May 1, 2011, positions he continues to hold as of this filing date.

29

| **James M. Spellings, Jr.** | *Vice President and General Tax Counsel* | |
|---|---|---|

Held current title since: March 1, 2010 Age: 58

Mr. James M. Spellings, Jr. became Vice President and General Tax Counsel of Exxon Mobil Corporation on March 1, 2010, positions he continues to hold as of this filing date.

---

**Theodore J. Wojnar, Jr.** *Vice President – Corporate Strategic Planning*

Held current title since: August 1, 2017 Age: 60

Mr. Theodore J. Wojnar, Jr. was President of ExxonMobil Research and Engineering Company April 1, 2011 – July 31, 2017. He became Vice President – Corporate Strategic Planning of Exxon Mobil Corporation on August 1, 2017, a position he continues to hold as of this filing date.

---

Officers are generally elected by the Board of Directors at its meeting on the day of each annual election of directors, with each such officer serving until a successor has been elected and qualified.

30

# PART II

## ITEM 5.    MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES

Reference is made to the "Quarterly Information" portion of the Financial Section of this report and Item 12 in Part III of this report.

**Issuer Purchases of Equity Securities for Quarter Ended December 31, 2019**

| Period | Total Number of Shares Purchased | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Maximum Number of Shares that May Yet Be Purchased Under the Plans or Programs |
|---|---|---|---|---|
| October 2019 | - | | - | |
| November 2019 | - | | - | |
| December 2019 | - | | - | |
| Total | - | | - | (See Note 1) |

During the fourth quarter, the Corporation did not purchase any shares of its common stock for the treasury, and did not issue or sell any unregistered equity securities.

Note 1 - On August 1, 2000, the Corporation announced its intention to resume purchases of shares of its common stock for the treasury both to offset shares issued in conjunction with company benefit plans and programs and to gradually reduce the number of shares outstanding. The announcement did not specify an amount or expiration date. The Corporation has continued to purchase shares since this announcement and to report purchased volumes in its quarterly earnings releases. In its earnings release dated February 2, 2016, the Corporation stated it will continue to acquire shares to offset dilution in conjunction with benefit plans and programs, but had suspended making purchases to reduce shares outstanding effective beginning the first quarter of 2016.

## ITEM 6.    SELECTED FINANCIAL DATA

| | **Years Ended December 31,** | | | | |
|---|---|---|---|---|---|
| | **2019** | **2018** | **2017** | **2016** | **2015** |

*(millions of dollars, except per share amounts)*

| | | | | | |
|---|---|---|---|---|---|
| Sales and other operating revenue | 255,583 | 279,332 | 237,162 | 200,628 | 239,854 |
| Net income attributable to ExxonMobil | 14,340 | 20,840 | 19,710 | 7,840 | 16,150 |
| Earnings per common share | 3.36 | 4.88 | 4.63 | 1.88 | 3.85 |
| Earnings per common share - assuming dilution | 3.36 | 4.88 | 4.63 | 1.88 | 3.85 |
| Cash dividends per common share | 3.43 | 3.23 | 3.06 | 2.98 | 2.88 |
| Total assets | 362,597 | 346,196 | 348,691 | 330,314 | 336,758 |
| Long-term debt | 26,342 | 20,538 | 24,406 | 28,932 | 19,925 |

## ITEM 7.    MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

Reference is made to the section entitled "Management's Discussion and Analysis of Financial Condition and Results of Operations" in the Financial Section of this report.

## ITEM 7A.    QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

Reference is made to the section entitled "Market Risks, Inflation and Other Uncertainties", excluding the part entitled "Inflation and Other Uncertainties", in the Financial Section of this report. All statements, other than historical information incorporated in this Item 7A, are forward-looking statements. The actual impact of future market changes could differ materially due to, among other things, factors discussed in this report.

31

## ITEM 8.    FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA

Reference is made to the following in the Financial Section of this report:

- Consolidated financial statements, together with the report thereon of PricewaterhouseCoopers LLP dated February 26, 2020, beginning with the section entitled "Report of Independent Registered Public Accounting Firm" and continuing through "Note 20: Sale of Norway Assets";
- "Quarterly Information" (unaudited);
- "Supplemental Information on Oil and Gas Exploration and Production Activities" (unaudited); and
- "Frequently Used Terms" (unaudited).

Financial Statement Schedules have been omitted because they are not applicable or the required information is shown in the consolidated financial statements or notes thereto.

## ITEM 9.    CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE

None.

## ITEM 9A.    CONTROLS AND PROCEDURES

### Management's Evaluation of Disclosure Controls and Procedures

As indicated in the certifications in Exhibit 31 of this report, the Corporation's Chief Executive Officer, Principal Financial Officer and Principal Accounting Officer have evaluated the Corporation's disclosure controls and procedures as of December 31, 2019. Based on that evaluation, these officers have concluded that the Corporation's disclosure controls and procedures are effective in ensuring that information required to be disclosed by the Corporation in the reports that it files or submits under the Securities Exchange Act of 1934, as amended, is accumulated and communicated to them in a manner that allows for timely decisions regarding required disclosures and are effective in ensuring that such information is recorded, processed, summarized and reported within the time periods specified in the Securities and Exchange Commission's rules and forms.

### Management's Report on Internal Control Over Financial Reporting

Management, including the Corporation's Chief Executive Officer, Principal Financial Officer and Principal Accounting Officer, is responsible for establishing and maintaining adequate internal control over the Corporation's financial reporting. Management conducted an evaluation of the

effectiveness of internal control over financial reporting based on criteria established in *Internal Control - Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on this evaluation, management concluded that Exxon Mobil Corporation's internal control over financial reporting was effective as of December 31, 2019.

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 63 of 256    PageID 2644

PricewaterhouseCoopers LLP, an independent registered public accounting firm, audited the effectiveness of the Corporation's internal control over financial reporting as of December 31, 2019, as stated in their report included in the Financial Section of this report.

### Changes in Internal Control Over Financial Reporting

There were no changes during the Corporation's last fiscal quarter that materially affected, or are reasonably likely to materially affect, the Corporation's internal control over financial reporting.

32

# PART III

### ITEM 10.    DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE

Reference is made to the section of this report titled "Information about our Executive Officers".

Incorporated by reference to the following from the registrant's definitive proxy statement for the 2020 annual meeting of shareholders (the "2020 Proxy Statement"):

- The section entitled "Election of Directors";
- The portion entitled "Section 16(a) Beneficial Ownership Reporting Compliance" of the section entitled "Director and Executive Officer Stock Ownership";
- The portions entitled "Director Qualifications", "Board Succession", and "Code of Ethics and Business Conduct" of the section entitled "Corporate Governance"; and
- The "Audit Committee" portion, "Director Independence" portion, and the membership table of the portions entitled "Board Meetings and Annual Meeting Attendance" and "Board Committees" of the section entitled "Corporate Governance".

### ITEM 11.    EXECUTIVE COMPENSATION

Incorporated by reference to the sections entitled "Director Compensation", "Compensation Committee Report", "Compensation Discussion and Analysis", "Executive Compensation Tables", and "Pay Ratio" of the registrant's 2020 Proxy Statement.

### ITEM 12.    SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS

The information required under Item 403 of Regulation S-K is incorporated by reference to the sections "Director and Executive Officer Stock Ownership" and "Certain Beneficial Owners" of the registrant's 2020 Proxy Statement.

**Equity Compensation Plan Information**

| | (a) | (b) | (c) |
|---|---|---|---|
| | | | Number of Securities |
| | | Weighted- | Remaining Available |
| | | Average | for Future Issuance |
| | Number of Securities | Exercise Price | Under Equity |
| | to be Issued Upon | of Outstanding | Compensation |
| | Exercise of | Options, | Plans [Excluding |

A-56

Net income attributable to

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ExxonMobil *(4)* | 2,350 | 3,130 | 3,170 | 5,690 | 14,340 | 4,650 | 3,950 | 6,240 | 6,000 | 20,840 |

**Per share data** *(dollars per share)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Earnings per common share *(5)* | 0.55 | 0.73 | 0.75 | 1.33 | 3.36 | 1.09 | 0.92 | 1.46 | 1.41 | 4.88 |
| Earnings per common share – assuming dilution *(5)* | 0.55 | 0.73 | 0.75 | 1.33 | 3.36 | 1.09 | 0.92 | 1.46 | 1.41 | 4.88 |

(1)    Petroleum product and chemical prime product sales data reported net of purchases/sales contracts with the same counterparty.

(2)    Natural gas is converted to an oil-equivalent basis at six million cubic feet per one thousand barrels.

(3)    Gross profit equals sales and other operating revenue less estimated costs associated with products sold.

(4)    Fourth quarter 2019 included a gain of $3,655 million on the sale of non-operated upstream assets in Norway.

(5)    Computed using the average number of shares outstanding during each period. The sum of the four quarters may not add to the full year.

The principal market where ExxonMobil common stock (XOM) is traded is the New York Stock Exchange, although the stock is traded on other exchanges in and outside the United States.

There were 354,828 registered shareholders of ExxonMobil common stock at December 31, 2019. At January 31, 2020, the registered shareholders of ExxonMobil common stock numbered 352,585.

On January 29, 2020, the Corporation declared an $0.87 dividend per common share, payable March 10, 2020.

40

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

| **FUNCTIONAL EARNINGS** | **2019** | **2018** | **2017** |
|---|---|---|---|
| | *(millions of dollars, except per share amounts)* | | |
| **Earnings (U.S. GAAP)** | | | |
| Upstream | | | |
| United States | 536 | 1,739 | 6,622 |
| Non-U.S. | 13,906 | 12,340 | 6,733 |
| Downstream | | | |
| United States | 1,717 | 2,962 | 1,948 |
| Non-U.S. | 606 | 3,048 | 3,649 |
| Chemical | | | |
| United States | 206 | 1,642 | 2,190 |
| Non-U.S. | 386 | 1,709 | 2,328 |
| Corporate and financing | (3,017) | (2,600) | (3,760) |
| Net income attributable to ExxonMobil (U.S. GAAP) | 14,340 | 20,840 | 19,710 |
| | | | |
| Earnings per common share | 3.36 | 4.88 | 4.63 |

Earnings per common share – assuming dilution 3.36 4.88 4.63

*References in this discussion to total corporate earnings mean net income attributable to ExxonMobil (U.S. GAAP) from the consolidated income statement. Unless otherwise indicated, references to earnings, Upstream, Downstream, Chemical and Corporate and financing segment earnings, and earnings per share are ExxonMobil's share after excluding amounts attributable to noncontrolling interests.*

**FORWARD-LOOKING STATEMENTS**

Statements in this discussion related to outlooks, projections, goals, targets, descriptions of strategic plans and objectives, and other statements of future events or conditions are forward-looking statements. Actual future results, including business and project plans, capacities, costs, and timing; capital spending; proceeds from asset sales; resource recoveries and production rates; asset carrying values; proved reserves; financing sources; the resolution of contingencies and uncertain tax positions; and the impact of new technologies, including to increase capital efficiency and production and to reduce greenhouse gas emissions, could differ materially due to a number of factors. These include global or regional changes in supply and demand for oil, gas, petrochemicals, feedstocks and other market conditions that impact prices and differentials; reservoir performance; the outcome of exploration projects and timely completion of development and construction projects; the impact of fiscal and commercial terms and the outcome of commercial negotiations or acquisitions; changes in law, taxes, or regulation including environmental regulations, and timely granting of governmental permits; war, trade agreements, shipping blockades or harassment, and other political, public health or security disturbances; opportunities for and regulatory approval of potential investments or divestments; the actions of competitors; the capture of efficiencies between business lines; unforeseen technical or operating difficulties; unexpected technological developments; the ability to bring new technologies to commercial scale on a cost-competitive basis, including large-scale hydraulic fracturing projects; general economic conditions including the occurrence and duration of economic recessions; the results of research programs; and other factors discussed herein and in Item 1A. Risk Factors. We assume no duty to update these statements as of any future date. The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

**OVERVIEW**

The following discussion and analysis of ExxonMobil's financial results, as well as the accompanying financial statements and related notes to consolidated financial statements to which they refer, are the responsibility of the management of Exxon Mobil Corporation. The Corporation's accounting and financial reporting fairly reflect its integrated business model involving exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products.

ExxonMobil, with its resource base, financial strength, disciplined investment approach and technology portfolio, is well-positioned to participate in substantial investments to develop new energy supplies. The company's integrated business model, with significant investments in Upstream, Downstream and Chemical segments, reduces the Corporation's risk from changes in commodity prices. While commodity prices depend on supply and demand and may be volatile on a short-term basis, ExxonMobil's investment decisions are grounded on fundamentals reflected in our long-term business outlook, and use a disciplined approach in selecting and pursuing the most attractive investment opportunities. The corporate plan is a fundamental annual management process that is the basis for setting near-term operating and capital objectives in addition to providing the longer-term economic assumptions used for investment evaluation purposes. Volumes are based on individual field production profiles, which are also updated annually. Price ranges for crude oil, natural gas, refined products, and chemical products are based on corporate plan assumptions developed annually by major region and are utilized for investment evaluation purposes. Major investment opportunities are evaluated over a range of potential market conditions. Once major investments are made, a reappraisal process is completed to ensure relevant lessons are learned and improvements are incorporated into future projects.

41

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**BUSINESS ENVIRONMENT AND RISK ASSESSMENT**

**Long-Term Business Outlook**

The Long-Term Business Outlook is based on the Corporation's 2019 *Outlook for Energy*, which is used to help inform our long term business strategies and investment plans. By 2040, the world's population is projected at around 9.2 billion people, or about 1.6 billion more than in 2017. Coincident with this population increase, the Corporation expects worldwide economic growth to average close to 3 percent per year, with economic output nearly doubling by 2040. As economies and populations grow, and as living standards improve for billions of people, the need for energy is expected to continue to rise. Even with significant efficiency gains, global energy demand is projected to rise by about 20 percent from 2017 to 2040. This increase in energy demand is expected to be driven by developing countries (i.e., those that are not member nations of the Organisation for Economic Co-operation and Development (OECD)).

As expanding prosperity helps drive global energy demand higher, increasing use of energy efficient technologies and practices as well as lower-emission products will continue to help significantly reduce energy consumption and emissions per unit of economic output over time. Substantial efficiency gains are likely in all key aspects of the world's economy through 2040, affecting energy requirements for power generation, transportation, industrial applications, and residential and commercial needs.

Global electricity demand is expected to increase approximately 60 percent from 2017 to 2040, with developing countries likely to account for about 85 percent of the increase. Consistent with this projection, power generation is expected to remain the largest and fastest growing major segment of global primary energy demand, supported by a wide variety of energy sources. The share of coal fired generation is likely to decline substantially and approach 25 percent of the world's electricity in 2040, versus nearly 40 percent in 2017, in part as a result of policies to improve air quality as well as reduce greenhouse gas emissions to address the risks related to climate change. From 2017 to 2040, the amount of electricity supplied using natural gas, nuclear power, and renewables is likely to grow by two thirds, accounting for the entire growth in electricity supplies and offsetting the reduction of coal. Electricity from wind and solar is likely to increase about 400 percent, helping total renewables (including other sources, e.g. hydropower) to account for about 75 percent of the increase in electricity supplies worldwide through 2040. Total renewables will likely reach nearly 40 percent of global electricity supplies by 2040. Natural gas and nuclear are also expected to increase shares over the period to 2040, reaching

A-58

almost 30 percent and about 15 percent of global electricity supplies respectively by 2040. Supplies of electricity by energy type will reflect significant differences across regions reflecting a wide range of factors including the cost and availability of various energy supplies and policy developments.

Energy for transportation – including cars, trucks, ships, trains and airplanes – is expected to increase more than 25 percent from 2017 to 2040. Transportation energy demand is likely to account for approximately 60 percent of the growth in liquid fuels demand worldwide over this period. Light-duty vehicle demand for liquid fuels is projected to peak prior to 2025 and then decline to levels seen in the early-2010s by 2040 as the impact of better fuel economy and significant growth in electric cars, led by China, Europe, and the United States, work to offset growth in the worldwide car fleet of about 70 percent. By 2040, light-duty vehicles are expected to account for about 20 percent of global liquid fuels demand. During the same time period, nearly all the world's transportation fleets are likely to continue to run on liquid fuels, which are widely available and offer practical advantages in providing a large quantity of energy in small volumes.

Liquid fuels provide the largest share of global energy supplies today reflecting broad-based availability, affordability, ease of transportation, and fitness as a practical solution to meet a wide variety of needs. By 2040, global demand for liquid fuels is projected to grow to approximately 114 million barrels of oil equivalent per day, an increase of about 16 percent from 2017. The non-OECD share of global liquid fuels demand is expected to increase to about 65 percent by 2040, as liquid fuels demand in the OECD is likely to decline by close to 10 percent. Much of the global liquid fuels demand today is met by crude production from traditional conventional sources; these supplies will remain important, and significant development activity is expected to offset much of the natural declines from these fields. At the same time, a variety of emerging supply sources – including tight oil, deepwater, oil sands, natural gas liquids and biofuels – are expected to grow to help meet rising demand. The world's resource base is sufficient to meet projected demand through 2040 as technology advances continue to expand the availability of economic and lower carbon supply options. However, timely investments will remain critical to meeting global needs with reliable and affordable supplies.

Natural gas is a low-emission, versatile and practical fuel for a wide variety of applications, and it is expected to grow the most of any primary energy type from 2017 to 2040, meeting more than 40 percent of global energy demand growth. Global natural gas demand is expected to rise about 35 percent from 2017 to 2040, with about half of that increase coming from the Asia Pacific region. Significant growth in supplies of unconventional gas – the natural gas found in shale and other tight rock formations – will help meet these needs. In total, about 60 percent of the growth in natural gas supplies is expected to be from unconventional sources. At the same time, conventionally-produced natural gas is likely to remain the cornerstone of global supply, meeting more than two thirds of worldwide demand in 2040. Liquefied natural gas (LNG) trade will expand significantly, meeting about 40 percent of the increase in global demand growth, with much of this supply expected to help meet rising demand in Asia Pacific.

42

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The world's energy mix is highly diverse and will remain so through 2040. Oil is expected to remain the largest source of energy with its share remaining close to 30 percent in 2040. Coal is currently the second largest source of energy, but it is likely to lose that position to natural gas in the 2020-2025 timeframe. The share of natural gas is expected to reach about 25 percent by 2040, while the share of coal falls to about 20 percent. Nuclear power is projected to grow significantly, as many nations are likely to expand nuclear capacity to address rising electricity needs as well as energy security and environmental issues. Total renewable energy is likely to exceed 15 percent of global energy by 2040, with biomass, hydro and geothermal contributing a combined share of more than 10 percent. Total energy supplied from wind, solar and biofuels is expected to increase rapidly, growing nearly 250 percent from 2017 to 2040, when they will likely be just over 5 percent of the world energy mix.

The Corporation anticipates that the world's available oil and gas resource base will grow not only from new discoveries, but also from increases in previously discovered fields. Technology will underpin these increases. The investments to develop and supply resources to meet global demand through 2040 will be significant – even if demand remains flat. This reflects a fundamental aspect of the oil and natural gas business as the International Energy Agency (IEA) describes in its *World Energy Outlook 2019*. According to the IEA's Stated Energy Policies Scenario, the investment required to meet oil and natural gas supply requirements worldwide over the period 2019-2040 will be about $20 trillion (measured in 2018 dollars). In the IEA's Sustainable Development Scenario, which is in line with the objectives of the Paris Agreement on climate change, the investment need would still accumulate to $13 trillion.

International accords and underlying regional and national regulations covering greenhouse gas emissions continue to evolve with uncertain timing and outcome, making it difficult to predict their business impact. For many years, the Corporation has taken into account policies established to reduce energy related greenhouse gas emissions in its long-term *Outlook for Energy*. The climate accord reached at the Conference of the Parties (COP 21) in Paris set many new goals, and many related policies are still emerging. Our *Outlook* reflects an environment with increasingly stringent climate policies and is consistent with the aggregation of Nationally Determined Contributions, which were submitted by signatories to the United Nations Framework Convention on Climate Change (UNFCCC) 2015 Paris Agreement. Our *Outlook* seeks to identify potential impacts of climate related policies, which often target specific sectors. It estimates potential impacts of these policies on consumer energy demand by using various assumptions and tools – including, depending on the sector, application of a proxy cost of carbon or assessment of targeted policies (e.g. automotive fuel economy standards). For purposes of the *Outlook*, a proxy cost on energy-related $CO_2$ emissions is assumed to reach about $80 per tonne in 2040 in OECD nations. China and other leading non-OECD nations are expected to trail OECD policy initiatives. Nevertheless, as people and nations look for ways to reduce risks of global climate change, they will continue to need practical solutions that do not jeopardize the affordability or reliability of the energy they need.

Practical solutions to the world's energy and climate challenges will benefit from market competition in addition to well-informed, well-designed, and transparent policy approaches that carefully weigh costs and benefits. Such policies are likely to help manage the risks of climate change while also enabling societies to pursue other high priority goals around the world – including clean air and water, access to reliable, affordable energy, and economic progress for all people. All practical and economically-viable energy sources, both conventional and unconventional, will need to be pursued to continue meeting global energy demand, recognizing the scale and variety of worldwide energy needs as well as the importance of expanding access to modern energy to promote better standards of living for billions of people.

| | 2019 | 2018 | 2017 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| **Upstream** | | | |
| United States | 536 | 1,739 | 6,622 |
| Non-U.S. | 13,906 | 12,340 | 6,733 |
| Total | 14,442 | 14,079 | 13,355 |

**2019**

Upstream earnings were $14,442 million, up $363 million from 2018.

- Lower realizations reduced earnings by $2.7 billion.
- Favorable volume and mix effects increased earnings by $860 million.
- All other items increased earnings by $2.2 billion, as a $3.7 billion gain from the Norway non-operated divestment was partly offset by higher expenses of $1.1 billion.
- U.S. Upstream earnings were $536 million and included asset impairments of $146 million.
- Non-U.S. Upstream earnings were $13,906 million, including the $3.7 billion gain from the Norway non-operated divestment.
- On an oil-equivalent basis, production of 4.0 million barrels per day was up 3 percent compared to 2018.
- Liquids production of 2.4 million barrels per day increased 120,000 barrels per day reflecting growth and higher entitlements.
- Natural gas production of 9.4 billion cubic feet per day decreased 11 million cubic feet per day from 2018, with the impact from divestments and higher downtime offset by growth and higher entitlements.

**2018**

Upstream earnings were $14,079 million, up $724 million from 2017.

- Higher realizations increased earnings by $7 billion.
- Unfavorable volume and mix effects decreased earnings by $240 million.
- All other items decreased earnings by $6.1 billion, primarily due to lower favorable impacts of $6.9 billion from U.S. tax reform, partly offset by lower asset impairments of $1.1 billion.
- U.S. Upstream earnings were $1,739 million, including asset impairments of $297 million.
- Non-U.S. Upstream earnings were $12,340 million, including a favorable impact of $271 million from U.S. tax reform.
- On an oil-equivalent basis, production of 3.8 million barrels per day was down 4 percent compared to 2017.
- Liquids production of 2.3 million barrels per day decreased 17,000 barrels per day as growth in North America was more than offset by decline, lower entitlements, and divestments.
- Natural gas production of 9.4 billion cubic feet per day decreased 806 million cubic feet per day from 2017 due to decline, lower entitlements, divestments, and higher downtime.

46

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Upstream Additional Information**

| | 2019 | 2018 |
|---|---|---|
| | *(thousands of barrels daily)* | |
| **Volumes Reconciliation** (Oil-equivalent production) *(1)* | | |
| Prior Year | 3,833 | 3,985 |
| Entitlements - Net Interest | (1) | (3) |
| Entitlements - Price / Spend / Other | 34 | (68) |

| | | |
|---|---:|---:|
| Quotas | | - |
| Divestments | (27) | (58) |
| Growth / Other | 113 | (23) |
| Current Year | 3,952 | 3,833 |

*(1) Natural gas is converted to an oil-equivalent basis at six million cubic feet per one thousand barrels.*

Listed below are descriptions of ExxonMobil's volumes reconciliation factors which are provided to facilitate understanding of the terms.

*Entitlements - Net Interest* are changes to ExxonMobil's share of production volumes caused by non-operational changes to volume-determining factors. These factors consist of net interest changes specified in Production Sharing Contracts (PSCs) which typically occur when cumulative investment returns or production volumes achieve defined thresholds, changes in equity upon achieving pay-out in partner investment carry situations, equity redeterminations as specified in venture agreements, or as a result of the termination or expiry of a concession. Once a net interest change has occurred, it typically will not be reversed by subsequent events, such as lower crude oil prices.

*Entitlements - Price, Spend and Other* are changes to ExxonMobil's share of production volumes resulting from temporary changes to non-operational volume-determining factors. These factors include changes in oil and gas prices or spending levels from one period to another. According to the terms of contractual arrangements or government royalty regimes, price or spending variability can increase or decrease royalty burdens and/or volumes attributable to ExxonMobil. For example, at higher prices, fewer barrels are required for ExxonMobil to recover its costs. These effects generally vary from period to period with field spending patterns or market prices for oil and natural gas. Such factors can also include other temporary changes in net interest as dictated by specific provisions in production agreements.

*Quotas* are changes in ExxonMobil's allowable production arising from production constraints imposed by countries which are members of the Organization of the Petroleum Exporting Countries (OPEC). Volumes reported in this category would have been readily producible in the absence of the quota.

*Divestments* are reductions in ExxonMobil's production arising from commercial arrangements to fully or partially reduce equity in a field or asset in exchange for financial or other economic consideration.

*Growth and Other* factors comprise all other operational and non-operational factors not covered by the above definitions that may affect volumes attributable to ExxonMobil. Such factors include, but are not limited to, production enhancements from project and work program activities, acquisitions including additions from asset exchanges, downtime, market demand, natural field decline, and any fiscal or commercial terms that do not affect entitlements.

47

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Downstream**

| | 2019 | 2018 | 2017 |
|---|---:|---:|---:|
| | *(millions of dollars)* | | |
| Downstream | | | |
| United States | 1,717 | 2,962 | 1,948 |
| Non-U.S. | 606 | 3,048 | 3,649 |
| Total | 2,323 | 6,010 | 5,597 |

**2019**

Downstream earnings of $2,323 million decreased $3,687 million from 2018.

- Margins decreased earnings by $3 billion including the impact of lower North American crude differentials.
- Volume and mix effects lowered earnings by $50 million as project contributions and portfolio improvement were more than offset by increased downtime/maintenance and unfavorable yield/sales mix.

- All other items decreased earnings by $660 million, mainly driven by the absence of prior year divestment gains and higher expenses reflecting increased maintenance and project startups, partly offset by favorable foreign exchange impacts and LIFO inventory gains.
- U.S. Downstream earnings were $1,717 million, compared to $2,962 million in the prior year.
- Non-U.S. Downstream earnings were $606 million, compared to $3,048 million in the prior year.
- Petroleum product sales of 5.5 million barrels per day were 60,000 barrels per day lower than 2018.

**2018**

Downstream earnings of $6,010 million increased $413 million from 2017.

- Margins increased earnings by $660 million primarily due to the capture of North American crude differentials.
- Volume and mix effects increased earnings by $650 million due to improved yield/sales mix.
- All other items decreased earnings by $900 million, mainly driven by the absence of favorable U.S. tax reform impacts of $618 million, unfavorable foreign exchange impacts, and higher downtime/maintenance, partly offset by higher divestment gains and favorable tax impacts.
- U.S. Downstream earnings were $2,962 million, compared to $1,948 million in the prior year which included a favorable impact of $618 million from U.S. tax reform.
- Non-U.S. Downstream earnings were $3,048 million, compared to $3,649 million in the prior year.
- Petroleum product sales of 5.5 million barrels per day were 18,000 barrels per day lower than 2017.

48

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Chemical**

|  | 2019 | 2018 | 2017 |
|---|---|---|---|
|  | *(millions of dollars)* | | |
| Chemical |  |  |  |
| United States | 206 | 1,642 | 2,190 |
| Non-U.S. | 386 | 1,709 | 2,328 |
| Total | 592 | 3,351 | 4,518 |

**2019**

Chemical earnings of $592 million decreased $2,759 million from 2018.

- Weaker margins decreased earnings by $1.8 billion.
- Volume and mix effects were essentially flat, as lower sales volumes were offset by new asset contributions.
- All other items decreased earnings by $940 million, primarily due to higher expenses associated with new assets, business growth, and maintenance activity, the absence of a favorable tax item in the prior year, and unfavorable foreign exchange impacts.
- U.S. Chemical earnings were $206 million in 2019, compared with $1,642 million in the prior year.
- Non-U.S. Chemical earnings were $386 million, compared with $1,709 million in the prior year.
- Prime product sales of 26.5 million metric tons were down 0.4 million metric tons from 2018.

**2018**

Chemical earnings of $3,351 million decreased $1,167 million from 2017.

- Weaker margins decreased earnings by $910 million.
- Volume and mix effects increased earnings by $280 million, primarily due to sales growth.
- All other items decreased earnings by $540 million, primarily due to the absence of favorable impacts from U.S. tax reform of $335 million, higher downtime/maintenance, and growth-related expenses, partly offset by a favorable tax item and favorable foreign exchange impacts.
- U.S. Chemical earnings were $1,642 million in 2018, compared with $2,190 million in the prior year which included $335 million in favorable impacts from U.S. tax reform.
- Non-U.S. Chemical earnings were $1,709 million, compared with $2,328 million in the prior year.
- Prime product sales of 26.9 million metric tons were up 1.4 million metric tons from 2017.

The global energy markets can give rise to extended periods in which market conditions are adverse to one or more of the Corporation's businesses. Such conditions, along with the capital-intensive nature of the industry and very long lead times associated with many of our projects, underscore the importance of maintaining a strong financial position. Management views the Corporation's financial strength as a competitive advantage.

In general, segment results are not dependent on the ability to sell and/or purchase products to/from other segments. Instead, where such sales take place, they are the result of efficiencies and competitive advantages of integrated refinery/chemical complexes. Additionally, intersegment sales are at market-based prices. The products bought and sold between segments can also be acquired in worldwide markets that have substantial liquidity, capacity and transportation capabilities. Refer to Note 18 for additional information on intersegment revenue.

Although price levels of crude oil and natural gas may rise or fall significantly over the short to medium term due to global economic conditions, political events, decisions by OPEC and other major government resource owners and other factors, industry economics over the long term will continue to be driven by market supply and demand. Accordingly, the Corporation evaluates the viability of its major investments over a range of prices.

The Corporation has an active asset management program in which underperforming assets are either improved to acceptable levels or considered for divestment. The asset management program includes a disciplined, regular review to ensure that all assets are contributing to the Corporation's strategic objectives resulting in an efficient capital base.

### Risk Management

The Corporation's size, strong capital structure, geographic diversity and the complementary nature of the Upstream, Downstream and Chemical businesses reduce the Corporation's enterprise-wide risk from changes in commodity prices, currency rates and interest rates. In addition, the Corporation uses commodity-based contracts, including derivatives, to manage commodity price risk and for trading purposes. The Corporation's commodity derivatives are not accounted for under hedge accounting. At times, the Corporation also enters into currency and interest rate derivatives, none of which are material to the Corporation's financial position as of December 31, 2019 and 2018, or results of operations for the years ended 2019, 2018 and 2017. Credit risk associated with the Corporation's derivative position is mitigated by several factors, including the use of derivative clearing exchanges and the quality of and financial limits placed on derivative counterparties. No material market or credit risks to the Corporation's financial position, results of operations or liquidity exist as a result of the derivatives described in Note 13. The Corporation maintains a system of controls that includes the authorization, reporting and monitoring of derivative activity.

The Corporation is exposed to changes in interest rates, primarily on its short-term debt and the portion of long-term debt that carries floating interest rates. The impact of a 100-basis-point change in interest rates affecting the Corporation's debt would not be material to earnings, cash flow or fair value. The Corporation has access to significant capacity of long-term and short-term liquidity. Internally generated funds are generally expected to cover financial requirements, supplemented by long-term and short-term debt as required. Commercial paper is used to balance short-term liquidity requirements. Some joint-venture partners are dependent on the credit markets, and their funding ability may impact the development pace of joint-venture projects.

The Corporation conducts business in many foreign currencies and is subject to exchange rate risk on cash flows related to sales, expenses, financing and investment transactions. Fluctuations in exchange rates are often offsetting and the impacts on ExxonMobil's geographically and functionally diverse operations are varied. The Corporation makes limited use of currency exchange contracts to mitigate the impact of changes in currency values, and exposures related to the Corporation's use of these contracts are not material.

### Inflation and Other Uncertainties

The general rate of inflation in many major countries of operation has remained moderate over the past few years, and the associated impact on non-energy costs has generally been mitigated by cost reductions from efficiency and productivity improvements. Prices for services and materials continue to evolve in response to constant changes in commodity markets and industry activities, impacting operating and capital costs. The Corporation monitors market trends and works to minimize costs in all commodity price environments through its economies of scale in global procurement and its efficient project management practices.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

### RECENTLY ISSUED ACCOUNTING STANDARDS

Effective January 1, 2020, the Corporation adopted the Financial Accounting Standards Board's update, *Financial Instruments – Credit Losses (Topic 326)*, as amended. The standard requires a valuation allowance for credit losses be recognized for certain financial assets that reflects the current expected credit loss over the asset's contractual life. The valuation allowance considers the risk of loss, even if remote, and considers past events, current conditions and expectations of the future. The standard is not expected to have a material impact on the Corporation's financial statements.

### CRITICAL ACCOUNTING ESTIMATES

The Corporation's accounting and financial reporting fairly reflect its integrated business model involving exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products. The preparation of financial statements in conformity with U.S. Generally Accepted Accounting Principles (GAAP) requires management to make estimates and judgments that affect the reported amounts of assets, liabilities, revenues and expenses and the disclosure of contingent assets and liabilities. The Corporation's accounting policies are summarized in Note 1.

A-63

**Oil and Natural Gas Reserves**

The estimation of proved reserves is an ongoing process based on rigorous technical evaluations, commercial and market assessments and detailed analysis of well information such as flow rates and reservoir pressure declines, development and production costs, among other factors. The estimation of proved reserves is controlled by the Corporation through long-standing approval guidelines. Reserve changes are made within a well-established, disciplined process driven by senior level geoscience and engineering professionals, assisted by the Global Reserves and Resources Group which has significant technical experience, culminating in reviews with and approval by senior management. Notably, the Corporation does not use specific quantitative reserve targets to determine compensation. Key features of the reserve estimation process are covered in Disclosure of Reserves in Item 2.

Oil and natural gas reserves include both proved and unproved reserves.

- Proved oil and natural gas reserves are determined in accordance with Securities and Exchange Commission (SEC) requirements. Proved reserves are those quantities of oil and natural gas which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible under existing economic and operating conditions and government regulations. Proved reserves are determined using the average of first-of-month oil and natural gas prices during the reporting year.

  Proved reserves can be further subdivided into developed and undeveloped reserves. Proved developed reserves include amounts which are expected to be recovered through existing wells with existing equipment and operating methods. Proved undeveloped reserves include amounts expected to be recovered from new wells on undrilled proved acreage or from existing wells where a relatively major expenditure is required for completion. Proved undeveloped reserves are recognized only if a development plan has been adopted indicating that the reserves are scheduled to be drilled within five years, unless specific circumstances support a longer period of time.

  The percentage of proved developed reserves was 66 percent of total proved reserves at year-end 2019 (including both consolidated and equity company reserves), a decrease from 68 percent in 2018, and has been over 60 percent for the last ten years. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, government policy, consumer preferences and significant changes in long-term oil and natural gas prices.

- Unproved reserves are quantities of oil and natural gas with less than reasonable certainty of recoverability and include probable reserves. Probable reserves are reserves that, together with proved reserves, are as likely as not to be recovered.

Revisions in previously estimated volumes of proved reserves for existing fields can occur due to the evaluation or re-evaluation of (1) already available geologic, reservoir or production data, (2) new geologic, reservoir or production data or (3) changes in the average of first-of-month oil and natural gas prices and / or costs that are used in the estimation of reserves. Revisions can also result from significant changes in development strategy or production equipment and facility capacity.

**Unit-of-Production Depreciation**

Oil and natural gas reserve quantities are used as the basis to calculate unit-of-production depreciation rates for most upstream assets. Depreciation is calculated by taking the ratio of asset cost to total proved reserves or proved developed reserves applied to actual production. The volumes produced and asset cost are known, while proved reserves are based on estimates that are subject to some variability.

58

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

In the event that the unit-of-production method does not result in an equitable allocation of cost over the economic life of an upstream asset, an alternative method is used. The straight-line method may be used in limited situations where the expected life of the asset does not reasonably correlate with that of the underlying reserves. For example, certain assets used in the production of oil and natural gas have a shorter life than the reserves, and as such, the Corporation uses straight-line depreciation to ensure the asset is fully depreciated by the end of its useful life.

To the extent that proved reserves for a property are substantially de-booked and that property continues to produce such that the resulting depreciation charge does not result in an equitable allocation of cost over the expected life, assets will be depreciated using a unit-of-production method based on reserves determined at the most recent SEC price which results in a more meaningful quantity of proved reserves, appropriately adjusted for production and technical changes.

**Impairment**

The Corporation tests assets or groups of assets for recoverability on an ongoing basis whenever events or changes in circumstances indicate that the carrying amounts may not be recoverable. Among the events or changes in circumstances which could indicate that the carrying value of an asset or asset group may not be recoverable are the following:

- a significant decrease in the market price of a long-lived asset;
- a significant adverse change in the extent or manner in which an asset is being used or in its physical condition including a significant decrease in current and projected reserve volumes;
- a significant adverse change in legal factors or in the business climate that could affect the value, including an adverse action or assessment by a regulator;
- an accumulation of project costs significantly in excess of the amount originally expected;
- a current-period operating loss combined with a history and forecast of operating or cash flow losses; and

- a current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life.

Asset valuation analyses, profitability reviews and other periodic control processes assist the Corporation in assessing whether events or changes in circumstances indicate the carrying amounts of any of its assets may not be recoverable.

In general, the Corporation does not view temporarily low prices or margins as an indication of impairment. Management believes that prices over the long term must be sufficient to generate investments in energy supply to meet global demand. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand fundamentals. On the supply side, industry production from mature fields is declining. This is being offset by investments to generate production from new discoveries, field developments and technology and efficiency advancements. OPEC investment activities and production policies also have an impact on world oil supplies. The demand side is largely a function of general economic activities and levels of prosperity. Because the lifespans of the vast majority of the Corporation's major assets are measured in decades, the value of these assets is predominantly based on long-term views of future commodity prices, and development and production costs. During the lifespan of these major assets, the Corporation expects that oil and gas prices will experience significant volatility, and consequently these assets will experience periods of higher earnings and periods of lower earnings, or even losses.

In assessing whether the events or changes in circumstances indicate the carrying value of an asset may not be recoverable, the Corporation considers recent periods of operating losses in the context of its longer-term view of prices. While near-term prices are subject to wide fluctuations, longer-term price views are more stable and meaningful for purposes of assessing future cash flows.

When the industry experiences a prolonged and deep reduction in commodity prices, the market supply and demand conditions may result in changes to the Corporation's long-term price or margin assumptions it uses for its capital investment decisions. To the extent those changes result in a significant reduction to its long-term oil price, natural gas price or margin ranges, the Corporation may consider that situation, in conjunction with other events or changes in circumstances such as a history of operating losses, an indicator of potential impairment for certain assets.

59

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

In the Upstream, the standardized measure of discounted cash flows included in the Supplemental Information on Oil and Gas Exploration and Production Activities is required to use prices based on the average of first-of-month prices. These prices represent discrete points in time and could be higher or lower than the Corporation's long-term price assumptions which are used for impairment assessments. The Corporation believes the standardized measure does not provide a reliable estimate of the expected future cash flows to be obtained from the development and production of its oil and gas properties or of the value of its oil and gas reserves and therefore does not consider it relevant in determining whether events or changes in circumstances indicate the need for an impairment assessment.

The Corporation has a robust process to monitor for indicators of potential impairment across its asset groups throughout the year. This process is aligned with the requirements of ASC 360 and relies in part on the Corporation's planning and budgeting cycle. If events or changes in circumstances indicate that the carrying value of an asset may not be recoverable, the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. In performing this assessment, assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets. Cash flows used in recoverability assessments are based on the Corporation's assumptions which are developed in the annual planning and budgeting process, and are consistent with the criteria management uses to evaluate investment opportunities. These evaluations make use of the Corporation's assumptions of future capital allocations, crude oil and natural gas commodity prices including price differentials, refining and chemical margins, volumes, development and operating costs, and foreign currency exchange rates. Volumes are based on projected field and facility production profiles, throughput, or sales. Management's estimate of upstream production volumes used for projected cash flows makes use of proved reserve quantities and may include risk-adjusted unproved reserve quantities. Cash flow estimates for impairment testing exclude the effects of derivative instruments.

An asset group is impaired if its estimated undiscounted cash flows are less than the asset's carrying value. Impairments are measured by the amount by which the carrying value exceeds fair value. Fair value is based on market prices if an active market exists for the asset group, or discounted cash flows using a discount rate commensurate with the risk. Significant unproved properties are assessed for impairment individually, and valuation allowances against the capitalized costs are recorded based on the estimated economic chance of success and the length of time that the Corporation expects to hold the properties. Properties that are not individually significant are aggregated by groups and amortized based on development risk and average holding period.

The Corporation's 2019 results include after-tax charges of $0.1 billion to reduce the carrying value of assets to fair value. The assessment of fair value requires the use of Level 3 inputs and assumptions that are based upon the views of a likely market participant. The principal parameters used to establish fair value include estimates of both proved and unproved reserves, future commodity prices which were consistent with the average of third-party industry experts and government agencies, drilling and development costs, discount rates which are reflective of the characteristics of the asset group, and comparable market transactions.

Factors which could put further assets at risk of impairment in the future include reductions in the Corporation's long-term price outlooks, changes in the allocation of capital, and operating cost increases which exceed the pace of efficiencies or the pace of oil and natural gas price increases. However, due to the inherent difficulty in predicting future commodity prices, and the relationship between industry prices and costs, it is not practicable to reasonably estimate the existence or range of any potential future impairment charges related to the Corporation's long-lived assets.

**Asset Retirement Obligations**

The Corporation incurs retirement obligations for certain assets. The fair values of these obligations are recorded as liabilities on a discounted basis, which is typically at the time the assets are installed. In the estimation of fair value, the Corporation uses assumptions and judgments regarding such factors as the existence of a legal obligation for an asset retirement obligation; technical assessments of the assets; estimated amounts and timing of settlements; discount rates; and inflation rates. Asset retirement obligations are disclosed in Note 9 to the financial statements.

**Suspended Exploratory Well Costs**

The Corporation continues capitalization of exploratory well costs when the well has found a sufficient quantity of reserves to justify its completion as a producing well and the Corporation is making sufficient progress assessing the reserves and the economic and operating viability of the project. Exploratory well costs not meeting these criteria are charged to expense. The facts and circumstances that support continued capitalization of suspended wells at year-end are disclosed in Note 10 to the financial statements.

60

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Consolidations**

The Consolidated Financial Statements include the accounts of subsidiaries the Corporation controls. They also include the Corporation's share of the undivided interest in certain upstream assets, liabilities, revenues and expenses. Amounts representing the Corporation's interest in entities that it does not control, but over which it exercises significant influence, are accounted for using the equity method of accounting.

Investments in companies that are partially owned by the Corporation are integral to the Corporation's operations. In some cases they serve to balance worldwide risks, and in others they provide the only available means of entry into a particular market or area of interest. The other parties, who also have an equity interest in these companies, are either independent third parties or host governments that share in the business results according to their ownership. The Corporation does not invest in these companies in order to remove liabilities from its balance sheet. In fact, the Corporation has long been on record supporting an alternative accounting method that would require each investor to consolidate its share of all assets and liabilities in these partially-owned companies rather than only its interest in net equity. This method of accounting for investments in partially-owned companies is not permitted by U.S. GAAP except where the investments are in the direct ownership of a share of upstream assets and liabilities. However, for purposes of calculating return on average capital employed, which is not covered by U.S. GAAP standards, the Corporation includes its share of debt of these partially-owned companies in the determination of average capital employed.

**Pension Benefits**

The Corporation and its affiliates sponsor nearly 90 defined benefit (pension) plans in over 40 countries. The Pension and Other Postretirement Benefits footnote (Note 17) provides details on pension obligations, fund assets and pension expense.

Some of these plans (primarily non-U.S.) provide pension benefits that are paid directly by their sponsoring affiliates out of corporate cash flow rather than a separate pension fund because applicable tax rules and regulatory practices do not encourage advance funding. Book reserves are established for these plans. The portion of the pension cost attributable to employee service is expensed as services are rendered. The portion attributable to the increase in pension obligations due to the passage of time is expensed over the term of the obligations, which ends when all benefits are paid. The primary difference in pension expense for unfunded versus funded plans is that pension expense for funded plans also includes a credit for the expected long-term return on fund assets.

For funded plans, including those in the U.S., pension obligations are financed in advance through segregated assets or insurance arrangements. These plans are managed in compliance with the requirements of governmental authorities and meet or exceed required funding levels as measured by relevant actuarial and government standards at the mandated measurement dates. In determining liabilities and required contributions, these standards often require approaches and assumptions that differ from those used for accounting purposes.

The Corporation will continue to make contributions to these funded plans as necessary. All defined-benefit pension obligations, regardless of the funding status of the underlying plans, are fully supported by the financial strength of the Corporation or the respective sponsoring affiliate.

Pension accounting requires explicit assumptions regarding, among others, the long-term expected earnings rate on fund assets, the discount rate for the benefit obligations and the long-term rate for future salary increases. Pension assumptions are reviewed annually by outside actuaries and senior management. These assumptions are adjusted as appropriate to reflect changes in market rates and outlook. The long-term expected earnings rate on U.S. pension plan assets in 2019 was 5.3 percent. The 10-year and 20-year actual returns on U.S. pension plan assets were 9 percent and 6 percent, respectively. The Corporation establishes the long-term expected rate of return by developing a forward-looking, long-term return assumption for each pension fund asset class, taking into account factors such as the expected real return for the specific asset class and inflation. A single, long-term rate of return is then calculated as the weighted average of the target asset allocation percentages and the long-term return assumption for each asset class. A worldwide reduction of 0.5 percent in the long-term rate of return on assets would increase annual pension expense by approximately $180 million before tax.

Differences between actual returns on fund assets and the long-term expected return are not recognized in pension expense in the year that the difference occurs. Such differences are deferred, along with other actuarial gains and losses, and are amortized into pension expense over the expected remaining service life of employees.

61

Case 3:21-cv-00194-N Document 124 Filed 01/08/24 Page 74 of 256 PageID 2655

## Litigation Contingencies

A variety of claims have been made against the Corporation and certain of its consolidated subsidiaries in a number of pending lawsuits. Management has regular litigation reviews, including updates from corporate and outside counsel, to assess the need for accounting recognition or disclosure of these contingencies. The status of significant claims is summarized in Note 16.

The Corporation accrues an undiscounted liability for those contingencies where the incurrence of a loss is probable, and the amount can be reasonably estimated. These amounts are not reduced by amounts that may be recovered under insurance or claims against third parties, but undiscounted receivables from insurers or other third parties may be accrued separately. The Corporation revises such accruals in light of new information. For contingencies where an unfavorable outcome is reasonably possible and which are significant, the Corporation discloses the nature of the contingency and, where feasible, an estimate of the possible loss. For purposes of our litigation contingency disclosures, "significant" includes material matters as well as other items which management believes should be disclosed.

Management judgment is required related to contingent liabilities and the outcome of litigation because both are difficult to predict. However, the Corporation has been successful in defending litigation in the past. Payments have not had a material adverse effect on operations or financial condition. In the Corporation's experience, large claims often do not result in large awards. Large awards are often reversed or substantially reduced as a result of appeal or settlement.

## Tax Contingencies

The Corporation is subject to income taxation in many jurisdictions around the world. Significant management judgment is required in the accounting for income tax contingencies and tax disputes because the outcomes are often difficult to predict.

The benefits of uncertain tax positions that the Corporation has taken or expects to take in its income tax returns are recognized in the financial statements if management concludes that it is more likely than not that the position will be sustained with the tax authorities. For a position that is likely to be sustained, the benefit recognized in the financial statements is measured at the largest amount that is greater than 50 percent likely of being realized. A reserve is established for the difference between a position taken or expected to be taken in an income tax return and the amount recognized in the financial statements. The Corporation's unrecognized tax benefits and a description of open tax years are summarized in Note 19.

## Foreign Currency Translation

The method of translating the foreign currency financial statements of the Corporation's international subsidiaries into U.S. dollars is prescribed by U.S. GAAP. Under these principles, it is necessary to select the functional currency of these subsidiaries. The functional currency is the currency of the primary economic environment in which the subsidiary operates. Management selects the functional currency after evaluating this economic environment.

Factors considered by management when determining the functional currency for a subsidiary include the currency used for cash flows related to individual assets and liabilities; the responsiveness of sales prices to changes in exchange rates; the history of inflation in the country; whether sales are into local markets or exported; the currency used to acquire raw materials, labor, services and supplies; sources of financing; and significance of intercompany transactions.

## MANAGEMENT'S REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING

Management, including the Corporation's Chief Executive Officer, Principal Financial Officer, and Principal Accounting Officer, is responsible for establishing and maintaining adequate internal control over the Corporation's financial reporting. Management conducted an evaluation of the effectiveness of internal control over financial reporting based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on this evaluation, management concluded that Exxon Mobil Corporation's internal control over financial reporting was effective as of December 31, 2019.

PricewaterhouseCoopers LLP, an independent registered public accounting firm, audited the effectiveness of the Corporation's internal control over financial reporting as of December 31, 2019, as stated in their report included in the Financial Section of this report.

Darren W. Woods
Chief Executive Officer

Andrew P. Swiger
Senior Vice President
(Principal Financial Officer)

David S. Rosenthal
Vice President and Controller
(Principal Accounting Officer)



To the Board of Directors and Shareholders of Exxon Mobil Corporation

### Opinions on the Financial Statements and Internal Control over Financial Reporting

We have audited the accompanying consolidated balance sheet of Exxon Mobil Corporation and its subsidiaries (the "Corporation") as of December 31, 2019 and 2018, and the related consolidated statements of income, comprehensive income, changes in equity and cash flows for each of the three years in the period ended December 31, 2019, including the related notes (collectively referred to as the "consolidated financial statements"). We also have audited the Corporation's internal control over financial reporting as of December 31, 2019 based on criteria established in *Internal Control - Integrated Framework* (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of the Corporation as of December 31, 2019 and 2018, and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2019 in conformity with accounting principles generally accepted in the United States of America. Also in our opinion, the Corporation maintained, in all material respects, effective internal control over financial reporting as of December 31, 2019, based on criteria established in *Internal Control - Integrated Framework* (2013) issued by the COSO.

### Basis for Opinions

The Corporation's management is responsible for these consolidated financial statements, for maintaining effective internal control over financial reporting, and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control Over Financial Reporting. Our responsibility is to express opinions on the Corporation's consolidated financial statements and on the Corporation's internal control over financial reporting based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Corporation in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud, and whether effective internal control over financial reporting was maintained in all material respects.

Our audits of the consolidated financial statements included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audits also included performing such other procedures as we considered necessary in the circumstances. We believe that our audits provide a reasonable basis for our opinions.

64

### REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

### Definition and Limitations of Internal Control over Financial Reporting

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any

evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

### *Critical Audit Matters*

The critical audit matter communicated below is a matter arising from the current period audit of the consolidated financial statements that was communicated or required to be communicated to the audit committee and that (i) relates to accounts or disclosures that are material to the consolidated financial statements and (ii) involved our especially challenging, subjective, or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the consolidated financial statements, taken as a whole, and we are not, by communicating the critical audit matter below, providing a separate opinion on the critical audit matter or on the accounts or disclosures to which it relates.

*The Impact of Proved Oil and Natural Gas Reserves on Upstream Property, Plant and Equipment, Net*

As described in Notes 1, 9 and 18 to the consolidated financial statements, the Corporation's consolidated upstream property, plant and equipment (PP&E) balance, net was $197 billion as of December 31, 2019, and the related depreciation, depletion and amortization (DD&A) expense for the year ended December 31, 2019 was $15 billion. Management uses the successful efforts method to account for its exploration and production activities. Costs incurred to purchase, lease, or otherwise acquire a property (whether unproved or proved) are capitalized when incurred. As disclosed by management, proved oil and natural gas reserve quantities are used as the basis to calculate unit-of-production depreciation rates for most upstream assets. The estimation of proved oil and natural gas reserves is an ongoing process based on technical evaluations, commercial and market assessments, and detailed analysis of well information such as flow rates and reservoir pressure declines, development and production costs, among other factors. Reserve changes are made within a well-established, disciplined process driven by senior level geoscience and engineering professionals, assisted by the Global Reserves and Resources Group (together "management's specialists").

The principal consideration for our determination that performing procedures relating to the impact of proved oil and natural gas reserves on upstream PP&E, net is a critical audit matter is that there was significant judgment by management, including the use of management's specialists, when developing the estimates of proved oil and natural gas reserves. This in turn led to a high degree of auditor judgment, subjectivity, and effort in performing procedures and evaluating evidence obtained related to the significant assumptions used by management, including development costs and production volumes.

65

### REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

Addressing the matter involved performing procedures and evaluating audit evidence in connection with forming our overall opinion on the consolidated financial statements. These procedures included testing the effectiveness of controls relating to management's estimates of proved oil and natural gas reserves and the calculation of DD&A expense. These procedures also included, among others (i) testing the completeness, accuracy, and relevance of underlying data used in developing management's estimates, (ii) evaluating the methods and significant assumptions used by management in developing these estimates, including development costs and production volumes, and (iii) testing the unit-of-production rates used to calculate DD&A expense. Evaluating the significant assumptions relating to the estimates of proved oil and natural gas reserves also involved obtaining evidence to support the reasonableness of the assumptions, including whether the assumptions used were reasonable considering the past performance of the Company, and whether they were consistent with evidence obtained in other areas of the audit. The work of management's specialists was used in performing the procedures to evaluate the reasonableness of these estimates of proved oil and natural gas reserves. As a basis for using this work, the specialists' qualifications and objectivity were understood, as well as the methods and assumptions used by the specialists. The procedures performed also included tests of data used by management's specialists, and an evaluation of the specialists' findings.

/s/ PricewaterhouseCoopers LLP

Dallas, Texas
February 26, 2020

We have served as the Corporation's auditor since 1934.

66

### CONSOLIDATED STATEMENT OF INCOME

| | Note Reference Number | 2019 | 2018 | 2017 |
|---|---|---|---|---|
| | | *(millions of dollars)* | | |

A-69

Revenues and other income

| | | | | |
|---|---|---|---|---|
| Sales and other operating revenue | | 255,583 | 279,332 | 237,162 |
| Income from equity affiliates | 7 | 5,441 | 7,355 | 5,380 |
| Other income | | 3,914 | 3,525 | 1,821 |
| Total revenues and other income | | 264,938 | 290,212 | 244,363 |
| Costs and other deductions | | | | |
| Crude oil and product purchases | | 143,801 | 156,172 | 128,217 |
| Production and manufacturing expenses | | 36,826 | 36,682 | 32,690 |
| Selling, general and administrative expenses | | 11,398 | 11,480 | 10,649 |
| Depreciation and depletion | 9 | 18,998 | 18,745 | 19,893 |
| Exploration expenses, including dry holes | | 1,269 | 1,466 | 1,790 |
| Non-service pension and postretirement benefit expense | 17 | 1,235 | 1,285 | 1,745 |
| Interest expense | | 830 | 766 | 601 |
| Other taxes and duties | 19 | 30,525 | 32,663 | 30,104 |
| Total costs and other deductions | | 244,882 | 259,259 | 225,689 |
| Income before income taxes | | 20,056 | 30,953 | 18,674 |
| Income taxes | 19 | 5,282 | 9,532 | (1,174) |
| Net income including noncontrolling interests | | 14,774 | 21,421 | 19,848 |
| Net income attributable to noncontrolling interests | | 434 | 581 | 138 |
| Net income attributable to ExxonMobil | | 14,340 | 20,840 | 19,710 |
| | | | | |
| Earnings per common share *(dollars)* | 12 | 3.36 | 4.88 | 4.63 |
| | | | | |
| Earnings per common share - assuming dilution *(dollars)* | 12 | 3.36 | 4.88 | 4.63 |

*The information in the Notes to Consolidated Financial Statements is an integral part of these statements.*

67

**CONSOLIDATED STATEMENT OF COMPREHENSIVE INCOME**

| | 2019 | 2018 | 2017 |
|---|---|---|---|
| | | *(millions of dollars)* | |
| Net income including noncontrolling interests | 14,774 | 21,421 | 19,848 |

Other comprehensive income (loss) net of income taxes

| | | | |
|---|---|---|---|
| Foreign exchange translation adjustment | 1,735 | (5,077) | 5,352 |
| Adjustment for foreign exchange translation (gain)/loss | | | |
| included in net income | - | 196 | 234 |
| Postretirement benefits reserves adjustment (excluding amortization) | (2,092) | 280 | (219) |
| Amortization and settlement of postretirement benefits reserves | | | |
| adjustment included in net periodic benefit costs | 582 | 931 | 1,165 |
| Total other comprehensive income | 225 | (3,670) | 6,532 |
| Comprehensive income including noncontrolling interests | 14,999 | 17,751 | 26,380 |
| Comprehensive income attributable to noncontrolling interests | 588 | 174 | 693 |
| Comprehensive income attributable to ExxonMobil | 14,411 | 17,577 | 25,687 |

*The information in the Notes to Consolidated Financial Statements is an integral part of these statements.*

68

## CONSOLIDATED BALANCE SHEET

| | Note Reference Number | Dec. 31 2019 | Dec. 31 2018 |
|---|---|---|---|
| | | *(millions of dollars)* | |
| Assets | | | |
| Current assets | | | |
| Cash and cash equivalents | | 3,089 | 3,042 |
| Notes and accounts receivable, less estimated doubtful amounts | 6 | 26,966 | 24,701 |
| Inventories | | | |
| Crude oil, products and merchandise | 3 | 14,010 | 14,803 |
| Materials and supplies | | 4,518 | 4,155 |
| Other current assets | | 1,469 | 1,272 |
| Total current assets | | 50,052 | 47,973 |
| Investments, advances and long-term receivables | 8 | 43,164 | 40,790 |
| Property, plant and equipment, at cost, less accumulated depreciation | | | |
| and depletion | 9 | 253,018 | 247,101 |
| Other assets, including intangibles, net | | 16,363 | 10,332 |
| Total assets | | 362,597 | 346,196 |

A-71

Liabilities

Current liabilities

| | | | |
|---|---|---|---|
| Notes and loans payable | 6 | 20,578 | 17,258 |
| Accounts payable and accrued liabilities | 6 | 41,831 | 37,268 |
| Income taxes payable | | 1,580 | 2,612 |
| Total current liabilities | | 63,989 | 57,138 |
| Long-term debt | 14 | 26,342 | 20,538 |
| Postretirement benefits reserves | 17 | 22,304 | 20,272 |
| Deferred income tax liabilities | 19 | 25,620 | 27,244 |
| Long-term obligations to equity companies | | 3,988 | 4,382 |
| Other long-term obligations | | 21,416 | 18,094 |
| Total liabilities | | 163,659 | 147,668 |

Commitments and contingencies   16

Equity

| | | |
|---|---|---|
| Common stock without par value | | |
| (9,000 million shares authorized, 8,019 million shares issued) | 15,637 | 15,258 |
| Earnings reinvested | 421,341 | 421,653 |
| Accumulated other comprehensive income | (19,493) | (19,564) |
| Common stock held in treasury | | |
| (3,785 million shares in 2019 and 3,782 million shares in 2018) | (225,835) | (225,553) |
| ExxonMobil share of equity | 191,650 | 191,794 |
| Noncontrolling interests | 7,288 | 6,734 |
| Total equity | 198,938 | 198,528 |
| Total liabilities and equity | 362,597 | 346,196 |

*The information in the Notes to Consolidated Financial Statements is an integral part of these statements.*

69

**CONSOLIDATED STATEMENT OF CASH FLOWS**

Note

Reference

A-72

| | Number | 2019 | 2018 | 2017 |
|---|---|---|---|---|
| | | *(millions of dollars)* | | |
| **Cash flows from operating activities** | | | | |
| Net income including noncontrolling interests | | 14,774 | 21,421 | 19,848 |
| Adjustments for noncash transactions | | | | |
| Depreciation and depletion | 9 | 18,998 | 18,745 | 19,893 |
| Deferred income tax charges/(credits) | | (944) | (60) | (8,577) |
| Postretirement benefits expense | | | | |
| in excess of/(less than) net payments | | 109 | 1,070 | 1,135 |
| Other long-term obligation provisions | | | | |
| in excess of/(less than) payments | | (3,038) | (68) | (610) |
| Dividends received greater than/(less than) equity in current | | | | |
| earnings of equity companies | | (936) | (1,684) | 131 |
| Changes in operational working capital, excluding cash and debt | | | | |
| Reduction/(increase)    - Notes and accounts receivable | | (2,640) | (545) | (3,954) |
| - Inventories | | 72 | (3,107) | (1,682) |
| - Other current assets | | (234) | (25) | (117) |
| Increase/(reduction)    - Accounts and other payables | | 3,725 | 2,321 | 5,104 |
| Net (gain) on asset sales | 5 | (1,710) | (1,993) | (334) |
| All other items - net | | 1,540 | (61) | (771) |
| Net cash provided by operating activities | | 29,716 | 36,014 | 30,066 |
| | | | | |
| **Cash flows from investing activities** | | | | |
| Additions to property, plant and equipment | | (24,361) | (19,574) | (15,402) |
| Proceeds associated with sales of subsidiaries, property, plant | | | | |
| and equipment, and sales and returns of investments | | 3,692 | 4,123 | 3,103 |
| Additional investments and advances | | (3,905) | (1,981) | (5,507) |
| Other investing activities including collection of advances | | 1,490 | 986 | 2,076 |
| Net cash used in investing activities | | (23,084) | (16,446) | (15,730) |
| | | | | |
| **Cash flows from financing activities** | | | | |
| Additions to long-term debt | | 7,052 | 46 | 60 |

A-73

| | Pension Benefits | | Other Postretirement |
| --- | --- | --- | --- |
| | U.S. | Non-U.S. | Benefits |
| Accumulated benefit obligation | 1,447 | 1,475 | 4,629   5,670 |

| | Pension Benefits | | Other Postretirement |
| --- | --- | --- | --- |
| | U.S. | Non-U.S. | Benefits |
| | *(millions of dollars)* | | |
| Estimated 2020 amortization from accumulated other comprehensive income: | | | |
| Net actuarial loss/(gain) *(1)* | 527 | 422 | 89 |
| Prior service cost *(2)* | 5 | 70 | (42) |

(1)    The Corporation amortizes the net balance of actuarial losses/(gains) as a component of net periodic benefit cost over the average remaining service period of active plan participants.

(2)    The Corporation amortizes prior service cost on a straight-line basis as permitted under authoritative guidance for defined benefit pension and other postretirement benefit plans.

| | Pension Benefits | | Other Postretirement Benefits | |
| --- | --- | --- | --- | --- |
| | | | | Medicare |
| | U.S. | Non-U.S. | Gross | Subsidy Receipt |
| | *(millions of dollars)* | | | |
| Contributions expected in 2020 | 1,030 | 515 | - | - |
| Benefit payments expected in: | | | | |
| 2020 | 1,440 | 1,171 | 444 | 20 |
| 2021 | 1,339 | 1,162 | 445 | 21 |
| 2022 | 1,330 | 1,177 | 443 | 22 |
| 2023 | 1,328 | 1,199 | 440 | 23 |
| 2024 | 1,327 | 1,221 | 438 | 24 |
| 2025 - 2029 | 6,512 | 6,125 | 2,196 | 132 |

## 18. Disclosures about Segments and Related Information

The Upstream, Downstream and Chemical functions best define the operating segments of the business that are reported separately. The factors used to identify these reportable segments are based on the nature of the operations that are undertaken by each segment. The Upstream segment is organized and operates to explore for and produce crude oil and natural gas. The Downstream segment is organized and operates to manufacture and sell petroleum products. The Chemical segment is organized and operates to manufacture and sell petrochemicals. These segments are broadly understood across the petroleum and petrochemical industries.

These functions have been defined as the operating segments of the Corporation because they are the segments (1) that engage in business activities from which revenues are recognized and expenses are incurred; (2) whose operating results are regularly reviewed by the Corporation's chief operating decision maker to make decisions about resources to be allocated to the segment and to assess its performance; and (3) for which discrete financial information is available.

Earnings after income tax include transfers at estimated market prices.

Case 3:21-cv-00194-N   Document 124   Filed 01/08/24   Page 82 of 256   PageID 2663

(1) See previous pages for natural gas liquids proved reserves attributable to consolidated subsidiaries and equity companies. For additional information on natural gas liquids proved reserves see Item 2. Properties in ExxonMobil's 2019 Form 10-K.

117

## Natural Gas and Oil-Equivalent Proved Reserves

| | Natural Gas | | | | | | | Oil-Equivalent |
| | United States | Canada/ Other Americas | Europe | Africa | Asia | Australia/ Oceania | Total | Total All Products (1) |
| | (billions of cubic feet) | | | | | | | (millions of oil-equivalent barrels) |
|---|---|---|---|---|---|---|---|---|
| **Net proved developed and undeveloped reserves of consolidated subsidiaries** | | | | | | | | |
| January 1, 2017 | 17,786 | 940 | 1,659 | 771 | 4,921 | 7,357 | 33,434 | 14,309 |
| Revisions | 649 | 206 | 134 | (135) | (214) | 33 | 673 | 1,063 |
| Improved recovery | - | 1 | - | - | - | - | 1 | 8 |
| Purchases | 982 | 56 | - | - | - | - | 1,038 | 771 |
| Sales | (172) | (1) | (17) | - | - | - | (190) | (87) |
| Extensions/discoveries | 956 | 269 | - | - | 13 | - | 1,238 | 970 |
| Production | (1,168) | (99) | (408) | (41) | (380) | (496) | (2,592) | (1,131) |
| December 31, 2017 | 19,033 | 1,372 | 1,368 | 595 | 4,340 | 6,894 | 33,602 | 15,903 |
| *Attributable to noncontrolling interests* | | 195 | | | | | | |
| **Proportional interest in proved reserves of equity companies** | | | | | | | | |
| January 1, 2017 | 211 | - | 7,624 | - | 15,234 | - | 23,069 | 5,665 |
| Revisions | 25 | - | (1,129) | - | 86 | - | (1,018) | (138) |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | - | - | - | 914 | - | - | 914 | 158 |
| Sales | - | - | - | - | - | - | - | - |
| Extensions/discoveries | - | - | - | - | - | - | - | - |
| Production | (13) | - | (331) | - | (1,072) | - | (1,416) | (367) |
| December 31, 2017 | 223 | - | 6,164 | 914 | 14,248 | - | 21,549 | 5,318 |
| Total proved reserves at December 31, 2017 | 19,256 | 1,372 | 7,532 | 1,509 | 18,588 | 6,894 | 55,151 | 21,221 |

Net proved developed and undeveloped

  reserves of consolidated subsidiaries

| | United States | Canada/Other Americas | Europe | Africa | Asia | Australia/Oceania | Total | Oil-Equivalent Total All Products (1) |
|---|---|---|---|---|---|---|---|---|
| January 1, 2018 | 19,033 | 1,372 | 1,368 | 595 | 4,340 | 6,894 | 33,602 | 15,903 |
| Revisions | (98) | (29) | 306 | 38 | (147) | 1,065 | 1,135 | 3,626 |
| Improved recovery | - | - | - | - | - | - | - | 36 |
| Purchases | 104 | - | - | - | - | - | 104 | 27 |
| Sales | (264) | (3) | (4) | - | - | - | (271) | (71) |
| Extensions/discoveries | 3,658 | 506 | 3 | - | 1 | 7 | 4,175 | 1,654 |
| Production | (1,030) | (102) | (361) | (45) | (353) | (504) | (2,395) | (1,097) |
| December 31, 2018 | 21,403 | 1,744 | 1,312 | 588 | 3,841 | 7,462 | 36,350 | 20,078 |

*Attributable to noncontrolling interests*    *334*

Proportional interest in proved reserves

  of equity companies

| | United States | Canada/Other Americas | Europe | Africa | Asia | Australia/Oceania | Total | Oil-Equivalent Total All Products (1) |
|---|---|---|---|---|---|---|---|---|
| January 1, 2018 | 223 | - | 6,164 | 914 | 14,248 | - | 21,549 | 5,318 |
| Revisions | 12 | - | (4,801) | (51) | 102 | - | (4,738) | (753) |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | - | - | - | - | - | - | - | - |
| Sales | - | - | (38) | - | - | - | (38) | (6) |
| Extensions/discoveries | 2 | - | - | - | - | - | 2 | 1 |
| Production | (12) | - | (268) | - | (1,029) | - | (1,309) | (345) |
| December 31, 2018 | 225 | - | 1,057 | 863 | 13,321 | - | 15,466 | 4,215 |
| Total proved reserves at December 31, 2018 | 21,628 | 1,744 | 2,369 | 1,451 | 17,162 | 7,462 | 51,816 | 24,293 |

(1)   *Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels.*

118

**Natural Gas and Oil-Equivalent Proved Reserves (continued)**

| | Natural Gas | | | | | | | Oil-Equivalent |
|---|---|---|---|---|---|---|---|---|
| | United States | Canada/Other Americas | Europe | Africa | Asia | Australia/Oceania | Total | Total All Products (1) |

*(billions of cubic feet)*

*(millions of oil-equivalent barrels)*

**Net proved developed and undeveloped reserves of consolidated subsidiaries**

| | United States | Canada/ Other Americas | Europe | Africa | Asia | Australia/ Oceania | Total | Oil-Equivalent Total All Products (1) |
|---|---|---|---|---|---|---|---|---|
| January 1, 2019 | 21,403 | 1,744 | 1,312 | 588 | 3,841 | 7,462 | 36,350 | 20,078 |
| Revisions | (3,213) | (301) | 41 | (171) | 953 | 39 | (2,652) | (1,599) |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | 85 | - | - | - | - | - | 85 | 47 |
| Sales | (297) | (29) | (416) | - | - | - | (742) | (269) |
| Extensions/discoveries | 2,151 | 166 | - | - | - | - | 2,317 | 1,484 |
| Production | (1,103) | (114) | (316) | (40) | (361) | (500) | (2,434) | (1,145) |
| December 31, 2019 | 19,026 | 1,466 | 621 | 377 | 4,433 | 7,001 | 32,924 | 18,596 |

*Attributable to noncontrolling interests* 256

**Proportional interest in proved reserves of equity companies**

| | United States | Canada/ Other Americas | Europe | Africa | Asia | Australia/ Oceania | Total | Oil-Equivalent Total All Products (1) |
|---|---|---|---|---|---|---|---|---|
| January 1, 2019 | 225 | - | 1,057 | 863 | 13,321 | - | 15,466 | 4,215 |
| Revisions | (1) | - | (238) | 45 | 142 | - | (52) | (29) |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | - | - | - | - | - | - | - | - |
| Sales | - | - | - | - | - | - | - | - |
| Extensions/discoveries | 1 | - | - | - | - | - | 1 | 1 |
| Production | (12) | - | (238) | - | (1,009) | - | (1,259) | (338) |
| December 31, 2019 | 213 | - | 581 | 908 | 12,454 | - | 14,156 | 3,849 |
| **Total proved reserves at December 31, 2019** | 19,239 | 1,466 | 1,202 | 1,285 | 16,887 | 7,001 | 47,080 | 22,445 |

(1)   *Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels.*

119

**Natural Gas and Oil-Equivalent Proved Reserves (continued)**

| | Natural Gas | | | | | | | Oil-Equivalent |
|---|---|---|---|---|---|---|---|---|
| | United States | Canada/ Other Americas | Europe | Africa | Asia | Australia/ Oceania | Total | Total All Products (1) |

*(billions of cubic feet)* *(millions of oil-equivalent barrels)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Proved developed reserves, as of** | | | | | | | | |
| December 31, 2017 | | | | | | | | |
| Consolidated subsidiaries | 12,649 | 512 | 1,231 | 584 | 4,030 | 4,420 | 23,426 | 9,724 |
| Equity companies | 154 | - | 4,899 | - | 12,898 | - | 17,951 | 4,232 |
| | | | | | | | | |
| **Proved undeveloped reserves, as of** | | | | | | | | |
| December 31, 2017 | | | | | | | | |
| Consolidated subsidiaries | 6,384 | 860 | 137 | 11 | 310 | 2,474 | 10,176 | 6,179 |
| Equity companies | 69 | - | 1,265 | 914 | 1,350 | - | 3,598 | 1,086 |
| | | | | | | | | |
| Total proved reserves at December 31, 2017 | 19,256 | 1,372 | 7,532 | 1,509 | 18,588 | 6,894 | 55,151 | 21,221 |
| | | | | | | | | |
| **Proved developed reserves, as of** | | | | | | | | |
| December 31, 2018 | | | | | | | | |
| Consolidated subsidiaries | 12,538 | 605 | 1,116 | 581 | 3,618 | 4,336 | 22,794 | 13,098 |
| Equity companies | 152 | - | 988 | - | 11,951 | - | 13,091 | 3,324 |
| | | | | | | | | |
| **Proved undeveloped reserves, as of** | | | | | | | | |
| December 31, 2018 | | | | | | | | |
| Consolidated subsidiaries | 8,865 | 1,139 | 196 | 7 | 223 | 3,126 | 13,556 | 6,980 |
| Equity companies | 73 | - | 69 | 863 | 1,370 | - | 2,375 | 891 |
| | | | | | | | | |
| Total proved reserves at December 31, 2018 | 21,628 | 1,744 | 2,369 | 1,451 | 17,162 | 7,462 | 51,816 | 24,293 |
| | | | | | | | | |
| **Proved developed reserves, as of** | | | | | | | | |
| December 31, 2019 | | | | | | | | |
| Consolidated subsidiaries | 11,882 | 613 | 502 | 377 | 3,508 | 3,765 | 20,647 | 12,075 |
| Equity companies | 143 | - | 505 | - | 9,859 | - | 10,507 | 2,691 |
| | | | | | | | | |
| **Proved undeveloped reserves, as of** | | | | | | | | |
| December 31, 2019 | | | | | | | | |
| Consolidated subsidiaries | 7,144 | 853 | 119 | - | 925 | 3,236 | 12,277 | 6,521 |

| Equity companies | 70 | 76 | 908 | 2,595 | | 3,649 | 1,158 |
|---|---|---|---|---|---|---|---|
| Total proved reserves at December 31, 2019 | 19,239 | 1,466 | 1,202 | 1,285 | 16,887 | 7,001 | 47,080 | 22,445 |

(1)  Natural gas is converted to an oil-equivalent basis at six billion cubic feet per one million barrels.

120

**Standardized Measure of Discounted Future Cash Flows**

As required by the Financial Accounting Standards Board, the standardized measure of discounted future net cash flows is computed by applying first-day-of-the-month average prices, year-end costs and legislated tax rates and a discount factor of 10 percent to net proved reserves. The standardized measure includes costs for future dismantlement, abandonment and rehabilitation obligations. The Corporation believes the standardized measure does not provide a reliable estimate of the Corporation's expected future cash flows to be obtained from the development and production of its oil and gas properties or of the value of its proved oil and gas reserves. The standardized measure is prepared on the basis of certain prescribed assumptions including first-day-of-the-month average prices, which represent discrete points in time and therefore may cause significant variability in cash flows from year to year as prices change.

| Standardized Measure of Discounted Future Cash Flows | United States | Canada/ Other Americas (1) | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| | | | | *(millions of dollars)* | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| As of December 31, 2017 | | | | | | | |
| Future cash inflows from sales of oil and gas | 186,126 | 78,870 | 14,794 | 43,223 | 191,254 | 40,814 | 555,081 |
| Future production costs | 78,980 | 42,280 | 4,424 | 14,049 | 53,723 | 8,424 | 201,880 |
| Future development costs | 39,996 | 18,150 | 7,480 | 8,897 | 15,156 | 7,951 | 97,630 |
| Future income tax expenses | 12,879 | 4,527 | 2,790 | 8,818 | 90,614 | 6,017 | 125,645 |
| Future net cash flows | 54,271 | 13,913 | 100 | 11,459 | 31,761 | 18,422 | 129,926 |
| Effect of discounting net cash flows at 10% | 30,574 | 6,158 | (1,255) | 2,996 | 17,511 | 8,741 | 64,725 |
| Discounted future net cash flows | 23,697 | 7,755 | 1,355 | 8,463 | 14,250 | 9,681 | 65,201 |
| **Equity Companies** | | | | | | | |
| As of December 31, 2017 | | | | | | | |
| Future cash inflows from sales of oil and gas | 12,643 | - | 28,557 | 2,366 | 127,364 | - | 170,930 |
| Future production costs | 5,927 | - | 21,120 | 247 | 48,300 | - | 75,594 |
| Future development costs | 3,012 | - | 1,913 | 417 | 11,825 | - | 17,167 |
| Future income tax expenses | - | - | 1,683 | 514 | 22,396 | - | 24,593 |

A-79

# EXHIBIT 3

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended March 31, 2020

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____to_____

Commission File Number 1-2256

# Exxon Mobil Corporation
(Exact name of registrant as specified in its charter)

| **New Jersey** | | **13-5409005** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | | (I.R.S. Employer Identification Number) |

**5959 Las Colinas Boulevard, Irving, Texas 75039-2298**
(Address of principal executive offices) (Zip Code)

**(972) 940-6000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol | Name of Each Exchange on Which Registered |
|---|---|---|
| **Common Stock, without par value** | **XOM** | **New York Stock Exchange** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☑ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☑

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

| Class | Outstanding as of March 31, 2020 |
|---|---|
| **Common stock, without par value** | **4,228,211,252** |

## 10. Allowance for Current Expected Credit Loss (CECL)

Effective January 1, 2020, the Corporation adopted the Financial Accounting Standards Board's update, *Financial Instruments – Credit Losses (Topic 326)*, as amended. The standard requires a valuation allowance for credit losses be recognized for certain financial assets that reflects the current expected credit loss over the asset's contractual life. The valuation allowance considers the risk of loss, even if remote, and considers past events, current conditions and reasonable and supportable forecasts. The standard requires this expected loss methodology for trade receivables, certain other financial assets and off-balance sheet credit exposures. The cumulative effect adjustment related to the adoption of this standard reduced equity by $93 million.

The Corporation is exposed to credit losses primarily through sales of petroleum products, crude oil, NGLs and natural gas, as well as loans to equity companies and joint venture receivables. A counterparty's ability to pay is assessed through a credit review process that considers payment terms, the counterparty's established credit rating or the Corporation's assessment of the counterparty's credit worthiness, contract terms, country of operation, and other risks. The Corporation can require prepayment or collateral to mitigate certain credit risks.

The Corporation groups financial assets into portfolios that share similar risk characteristics for purposes of determining the allowance for credit losses. Each reporting period, the Corporation assesses whether a significant change in the risk of credit loss has occurred. Among the quantitative and qualitative factors considered are historical financial data, current conditions, industry and country risk, current credit ratings and the quality of third-party guarantees secured from the counterparty. Financial assets are written off in whole, or in part, when practical recovery efforts have been exhausted and no reasonable expectation of recovery exists. Subsequent recoveries of amounts previously written off are recognized in earnings. The Corporation manages receivable portfolios using past due balances as a key credit quality indicator.

The Corporation recognizes a credit allowance for off-balance sheet credit exposures as a liability on the balance sheet, separate from the allowance for credit losses related to recognized financial assets. Among these exposures are unfunded loans to equity companies and financial guarantees that cannot be cancelled unilaterally by the Corporation.

During the first quarter of 2020, the COVID-19 pandemic spread rapidly through most areas of the world resulting in economic uncertainty, global financial market volatility, and negative effects in the credit markets. The Corporation has considered these effects, along with the significantly lower balances of trade receivables at the end of the quarter, in its estimate of credit losses and concluded no material adjustment to credit allowances in the quarter was required. At March 31, 2020, the Corporation's evaluation of financial assets under *Financial Instruments – Credit Losses (Topic 326)*, as amended, included $17,740 million of notes and accounts receivable, net of allowances of $148 million, and $9,211 million of loans and long-term receivables, net of allowances of $441 million, and certain other financial assets where there is immaterial risk of loss.

| | Reserve for Notes and Other Receivables and Loans | | Liabilities for Off Balance Sheet Assets | Total |
|---|---|---|---|---|
| | Trade | Other | | |
| | *(millions of dollars)* | | | |
| Balance at December 31, 2019 | 34 | 469 | - | 503 |
| Cumulative effect of accounting change | 52 | 45 | 12 | 109 |
| Current period provision | 4 | 1 | (1) | 4 |
| Write-offs charged against the allowance | (1) | - | - | (1) |
| Other | (1) | (14) | 2 | (13) |
| Balance at March 31, 2020 | 88 | 501 | 13 | 602 |

16

A-81

Case 3:21-cv-00194-N   Document 124   Filed 01/08/24   Page 90 of 256   PageID 2671

## FUNCTIONAL EARNINGS SUMMARY

| | First Three Months | |
|---|---|---|
| **Earnings (Loss) (U.S. GAAP)** | **2020** | **2019** |
| | *(millions of dollars)* | |
| Upstream | | |
| United States | (704) | 96 |
| Non-U.S. | 1,240 | 2,780 |
| Downstream | | |
| United States | (101) | (161) |
| Non-U.S. | (510) | (95) |
| Chemical | | |
| United States | 288 | 161 |
| Non-U.S. | (144) | 357 |
| Corporate and financing | (679) | (788) |
| Net income (loss) attributable to ExxonMobil (U.S. GAAP) | (610) | 2,350 |
| | | |
| Earnings (Loss) per common share *(dollars)* | (0.14) | 0.55 |
| | | |
| Earnings (Loss) per common share - assuming dilution *(dollars)* | (0.14) | 0.55 |

*References in this discussion to Corporate earnings (loss) mean net income (loss) attributable to ExxonMobil (U.S. GAAP) from the consolidated income statement. Unless otherwise indicated, references to earnings (loss), Upstream, Downstream, Chemical and Corporate and financing segment earnings (loss), and earnings (loss) per share are ExxonMobil's share after excluding amounts attributable to noncontrolling interests.*

## CURRENT ECONOMIC CONDITIONS

During the first quarter of 2020, the balance of supply and demand for petroleum and petrochemical products experienced two significant disruptive effects. On the demand side, the COVID-19 pandemic spread rapidly through most areas of the world resulting in substantial reductions in consumer and business activity and significantly reduced demand for crude oil, natural gas, and petroleum products. This reduction in demand coincided with announcements of increased production in certain key oil producing countries which led to sharp declines in prices for crude oil and other petrochemical products. Against this backdrop of economic uncertainty, global financial markets have experienced significant volatility and disruption, which at times has negatively impacted the efficiency of credit markets and available pools of liquidity.

In response to these conditions, the Corporation announced significant reductions in 2020 capital spending and operating expenses. Capital and exploration expenditures for 2020 are now expected to be $23 billion, down from the previously announced $33 billion. The Corporation's near-term reduction in capital expenditures has resulted in a downward revision to proved reserves estimates reported in the 2019 Form 10-K of approximately 1 billion oil-equivalent barrels, mainly related to unconventional drilling in the United States. Consequently, unit-of-production depreciation and depletion rates for Upstream assets will be higher beginning in the first quarter.

The Corporation also took additional actions to strengthen its liquidity including issuing $8.5 billion of long-term debt securities in the first quarter of 2020 and issuing a further $9.5 billion of long-term debt securities subsequent to the date of the financial statements as described in Note 7. In the first quarter of 2020, the Corporation established a short-term credit facility to provide an additional $7.0 billion of borrowing capacity for general corporate purposes to supplement its existing short-term revolving credit facilities of $7.9 billion as of year-end 2019. The majority of these credit facilities will expire within one year and may be renewed or replaced according to the Corporation's financing needs and business environment. As of March 31, 2020, no material amounts have been drawn on these facilities.

Should industry conditions near the end of the first quarter persist for an extended period into the future, the Corporation expects lower realized prices for its products to result in lower earnings and operating cash flow than in previous quarters. Amidst these conditions, project deferrals and idling of capacity will continue or may increase, and project cancellations could occur, resulting in lower volumes across one or more business segments. The capital spending reductions will result in lower near-term production volumes in the Upstream and delays in previously anticipated volume increases in future years. While the Corporation's view of long-term supply and demand fundamentals has not changed significantly, any future reduction in the range of its long-term price outlooks could put a significant portion of its long-lived assets at risk for impairment. However, due to the inherent difficulty in predicting future commodity prices, and the relationship between industry prices and costs, it is not practicable to reasonably estimate the existence or range of any potential future impairment charges related to the Corporation's long-lived assets.

As disclosed in ExxonMobil's 2019 Form 10-K, low crude oil and natural gas prices can impact the Corporation's proved reserves as reported under Securities and Exchange Commission (SEC) rules. Average year-to-date crude oil and natural gas prices have been significantly affected by the very low prices experienced near the end of the first quarter. If prices seen near the end of the first quarter persist for the remainder of the year, under the SEC definition of proved reserves, certain quantities of crude oil and natural gas will not qualify as proved reserves at year-end 2020. Since proved reserves estimates are affected by a number of factors including timing and completion of development projects, reservoir performance, market prices and differentials, costs, fiscal and commercial terms, government policies, regulatory approvals and partner considerations, it is not practicable to reasonably estimate the range of any potential future revisions to the Corporation's proved reserves for year-end 2020 reporting.

The Corporation has taken steps, in line with government guidelines and restrictions, to limit the spread of COVID-19 among employees, contractors and the broader community, while also maintaining operations to ensure reliable supply of products to customers. The Corporation maintains robust business continuity plans, but should these efforts not be successful the Corporation could experience declines in workforce productivity that exacerbate some of the adverse operating and financial effects noted above.

**REVIEW OF FIRST QUARTER 2020 RESULTS**

ExxonMobil's first quarter 2020 results were a loss of $610 million, or $0.14 per diluted share, compared with earnings of $2.4 billion a year earlier. The decrease in earnings was primarily the result of unfavorable non-operational impacts and lower Upstream realizations. These impacts were partly offset by higher Downstream margins on favorable mark-to-market derivatives, reduced maintenance activity mainly in the Downstream, and Upstream volume growth. Unfavorable non-operational impacts reflected an inventory write-down and impairments, with further information provided in Note 2.

Oil-equivalent production was 4.0 million barrels per day, up 2 percent from the prior year. Excluding entitlement effects and divestments, oil-equivalent production was up 5 percent.

The Corporation distributed $3.7 billion in dividends to shareholders.

| | First Three Months | |
| --- | --- | --- |
| | **2020** | **2019** |
| | *(millions of dollars)* | |
| **Upstream results** | | |
| United States | (704) | 96 |
| Non-U.S. | 1,240 | 2,780 |
| Total | 536 | 2,876 |

Upstream earnings were $536 million in the first quarter of 2020, down $2,340 million from the first quarter of 2019.
· Realizations reduced earnings by $2,020 million, with lower liquids realizations of $1,370 million and lower gas realizations of $650 million.
· Volume and mix effects increased earnings by $220 million due to higher liquids volumes of $290 million partly offset by lower gas volumes of $70 million.
· All other items decreased earnings by $540 million, mainly due to unfavorable non-operational impacts associated with impairments of $360 million and an inventory write-down of $260 million.
· U.S. Upstream results were a loss of $704 million, down $800 million from the prior year quarter.
· Non-U.S. Upstream earnings were $1,240 million, down $1,540 million from the prior year quarter.
· On an oil-equivalent basis, production increased 2 percent from the first quarter of 2019.
· Liquids production totaled 2.5 million barrels per day, up 153,000 barrels per day, with growth and lower downtime partly offset by divestments.
· Natural gas production was 9.4 billion cubic feet per day, down 528 million cubic feet per day, mainly driven by divestments and lower demand.

18

**Item 3. Quantitative and Qualitative Disclosures About Market Risk**

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 92 of 256    PageID 2673

Information about market risks for the three months ended March 31, 2020, does not differ materially from that discussed under Item 7A of the registrant's Annual Report on Form 10-K for 2019.

**Item 4. Controls and Procedures**

As indicated in the certifications in Exhibit 31 of this report, the Corporation's Chief Executive Officer, Principal Financial Officer and Principal Accounting Officer have evaluated the Corporation's disclosure controls and procedures as of March 31, 2020. Based on that evaluation, these officers have concluded that the Corporation's disclosure controls and procedures are effective in ensuring that information required to be disclosed by the Corporation in the reports that it files or submits under the Securities Exchange Act of 1934, as amended, is accumulated and communicated to them in a manner that allows for timely decisions regarding required disclosures and are effective in ensuring that such information is recorded, processed, summarized and reported within the time periods specified in the Securities and Exchange Commission's rules and forms. There were no changes during the Corporation's last fiscal quarter that materially affected, or are reasonably likely to materially affect, the Corporation's internal control over financial reporting.

24

**Item 1. Legal Proceedings**

As reported in the Corporation's Form 10-Q for the second quarter of 2006, the State of New York Attorney General (AG) sued a number of parties, including ExxonMobil, in New York state court, Albany County, seeking penalties relating to an alleged discharge of petroleum at a Mobil-branded service station in Uniondale, New York. The suit (captioned "State of New York v. United Gas Corp. et al.") alleged that the discharge has impacted soil and groundwater in the vicinity of the service station. The AG and the seven defendants agreed to settlement terms in January 2020. The settlement includes a payment of $3.2 million by ExxonMobil and the completion of remediation work by one of the other defendants. No civil penalties were assessed for ExxonMobil or the other defendants.

Regarding a matter last reported in the Corporation's Form 10-K for 2019, on December 31, 2019, the United States Federal District Court, Northern District of Texas (the Federal Court), vacated the civil penalty assessed by the United States Department of Treasury, Office of Foreign Assets Control (OFAC) against Exxon Mobil Corporation, ExxonMobil Development Company and ExxonMobil Oil Corporation on July 20, 2017, for allegedly violating the Ukraine-Related Sanctions Regulations, 31 C.F.R. part 589. The civil penalty vacated by the Federal Court was in the amount of $2,000,000. On April 8, 2020, OFAC and the U.S. Department of Justice confirmed that the U.S. Federal Government will not seek an appeal of the Federal Court's final judgment vacating the penalty issued by OFAC against the Corporation.

Refer to the relevant portions of Note 3 of this Quarterly Report on Form 10-Q for further information on legal proceedings.

**Item 1A. Risk Factors**

The risk factors that are discussed in Item 1A of the registrant's Annual Report on Form 10-K for 2019, including those risk factors in respect of commodity supply and demand and public health, encompass, among other things, current market conditions of production oversupply as well as demand reduction due to the COVID-19 pandemic which has led to a significant decrease in commodity prices. Our future business results, including cash flows and financing needs, will be affected by the extent and duration of these conditions and the effectiveness of responsive actions that we and others take, including our actions to reduce capital and operating expenses and government actions to address the COVID-19 pandemic, as well as any resulting impact on national and global economies and markets. At this time, it is difficult to predict the timing of any resolution of the current supply imbalances and the ultimate impact of COVID-19, and we continue to monitor market developments and evaluate the impacts of decreased demand on our production levels, as well as impacts on project development and future production.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

**Issuer Purchase of Equity Securities for Quarter Ended March 31, 2020**

| Period | Total Number of Shares Purchased | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Maximum Number of Shares that May Yet Be Purchased Under the Plans or Programs |
|---|---|---|---|---|
| January 2020 | 1,775,929 | $67.55 | 1,775,929 | |
| February 2020 | 1,760,540 | $58.75 | 1,760,540 | |
| March 2020 | 2,038,531 | $39.88 | 2,038,531 | |
| Total | 5,575,000 | | 5,575,000 | (See Note 1) |

Note 1 - On August 1, 2000, the Corporation announced its intention to resume purchases of shares of its common stock for the treasury both to offset shares issued in conjunction with company benefit plans and programs and to gradually reduce the number of shares outstanding. The announcement did not specify an amount or expiration date. The Corporation has continued to purchase shares since this announcement and to report purchased volumes in its quarterly earnings releases. In its earnings release dated February 2, 2016, the Corporation stated it will continue to acquire shares to offset dilution in conjunction with benefit plans and programs, but had suspended making purchases to reduce shares outstanding effective beginning the first quarter of 2016.

**Item 6. Exhibits**

See Index to Exhibits of this report.

# **EXHIBIT 4**



**ExxonMobil**

**2017** Financial & Operating Review

3   To our shareholders
4   2017 results and highlights
6   Innovating to drive success
10   Growing shareholder value
14   Leveraging integration
18   Maximizing asset value
22   Global operations
24   Upstream highlights
26   Downstream highlights
28   Chemical highlights
30   Upstream
60   Downstream
70   Chemical
77   Financial information
102   Frequently used terms
106   Index
107   General information

**COVER PHOTO: Stephanie Sota walks through the Mont Belvieu, Texas, plastics plant, where we recently completed a major expansion of our polyethylene production lines as part of our North American Growth initiative.**

exxonmobil.com/annualreport

Statements of future events or conditions in this report, including projections, targets, expectations, estimates, and business plans, are forward-looking statements. Actual future financial and operating results, including demand growth and energy source mix; capacity growth; the impact of new technologies; production growth; project plans, dates, costs, and capacities; resource additions, production rates, and resource recoveries; efficiency gains; cost savings; earnings growth; integration and technology benefits; returns; and product sales could differ materially due to, for example, changes in the supply of and demand for crude oil, natural gas, and petroleum and petrochemical products and resulting price impacts; reservoir performance; timely completion of development projects; war and other political or security disturbances; changes in law or government regulation, including environmental regulations and political sanctions; the actions of competitors and customers; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; the outcome of commercial negotiations; the impact of fiscal and commercial terms; unforeseen technical difficulties; unanticipated operational disruptions; and other factors discussed in this report and in Item 1A of ExxonMobil's most recent Form 10-K.

We use non-GAAP concepts and financial measures throughout this publication. These measures may not be comparable to similarly titled measures used by other companies. Definitions of certain financial and operating measures and other terms used in this report – such as "resources" and "resource base" – are contained in the section titled "Frequently used terms" on pages 102 through 105. In the case of non-GAAP financial measures, such as "Return on Average Capital Employed" and "Cash Flow from Operations and Asset Sales," the definitions also include any reconciliation or other information required by SEC Regulation G. "Factors Affecting Future Results" and "Frequently Used Terms" are also available on the "Investors" section of our website.

As used in this publication, the term "industry" refers to publicly traded international energy companies, and "return(s)" (unless referring to ROCE) mean discounted cash flow returns based on current company estimates. The term "project" can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

Unless otherwise specified, data shown is for 2017. Prior years' data have been reclassified in certain cases to conform to the 2017 presentation basis.

**Energy is essential to improving people's quality of life.**

Essential to economies. Essential to mobility. Essential

to improving health and education. ExxonMobil has a

responsibility to provide affordable, reliable energy.

It's a responsibility we take seriously. But we can't stop there.

There's a dual challenge facing our industry: meeting

growing demand for energy, while at the same time

reducing environmental impacts – including the risks of

climate change. It's a challenge our industry must help solve.

ExxonMobil is committed to doing our part.

_____

*"The company's dedication to safety, people, and the environment is so far beyond what most people think. That focus really sets us apart from our competition."*

**Mike Dach, assistant production foreman, Permian Basin**



**+ 9.8 billion** oil-equivalent barrels of resource additions worldwide

**New investments delivering:**

| >100,000 | >200,000 | 500,000 |
|---|---|---|
| barrels per day capacity for high-value fuels and lube basestocks | barrels per day of additional Upstream production capacity | tonnes increase in chemical manufacturing |

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 100 of 256    PageID 2681

# Growing shareholder value with a world-class portfolio

**ExxonMobil sees opportunity in a rapidly changing energy landscape. We are making advantaged investments across our world-class portfolio of businesses.**

**Our focus on leading-edge technologies, coupled with industry-leading financial capacity, has enabled us to develop our best investment portfolio in decades. These investments leverage our integrated businesses and world-class operations to capitalize on opportunities across the entire value chain.**

## High-impact new opportunities

In the Upstream, ExxonMobil is pursuing high-quality exploration and production projects. In Guyana, for example, we hold more than 11 million acres offshore, where we have made six discoveries to date. We have identified additional leads, and exploration and development activities will continue throughout 2018.

In Brazil, we acquired interest in the more-than-2-billion-barrel Carcara field. We also captured 10 exploration blocks in bid round 14, including acreage with significant potential in the pre-salt play, one of the fastest-growing deepwater plays in the world. Exploration and development activities are planned to begin in 2018.

In the United States, we are one of the most active operators in the Permian Basin in West Texas and eastern New Mexico. In 2017, we added nearly 275,000 net acres



to our position in the Permian Basin through a series of acquisitions and acreage trades, bringing our total Permian resource base to more than 9 billion oil-equivalent barrels. Our Permian position now delivers lower-cost production,

# $50 billion
investment in the United States over the next five years

Our successful exploration campaign offshore Guyana continued through 2017, with six discoveries to date.

which is available as feedstock to our U.S. Gulf Coast refineries and chemical plants.

Our Upstream growth opportunities are geographically diverse and will yield attractive returns, even in a low-price environment. We achieve this by applying industry-leading capabilities, key technologies, and proprietary practices that improve drilling performance, reduce field development costs, and deliver operational efficiencies.

# Our growth opportunities will yield attractive returns, even in a low-price environment.

## Capitalizing on LNG expertise

Our global LNG position is unmatched in the industry. We have interest in 17 LNG trains around the world, with net interest capacity of 22 million tonnes annually.

We enhanced our leading LNG position with two major deals in 2017. Our acquisition of InterOil Corporation provides access to multiple discovered fields and additional exploration acreage in Papua New Guinea. These high-quality assets, coupled with growing resource discoveries on existing acreage, provide a foundation for a low-cost, multi-train expansion of existing LNG facilities.

**Highlight:** Optimizing concept selection

**Our concept selection process creates development plans that pair the right facility with the right concept to drive down unit cost. We employ this process on all of our projects with the aim to maximize value over a development's life cycle.**



Our entry into the deepwater Area 4 block offshore Mozambique, containing an estimated 85 trillion gross cubic feet of natural gas in-place, was also completed in 2017. This resource will support an ExxonMobil-led, multi-train LNG development, with potential capacity ultimately exceeding 40 million tonnes per year.

## Extracting additional value

In the Downstream, we are investing in technology and facilities to produce higher-value products to meet the growing demand for enhanced fuels and premium lubricants. Capturing a larger share of these growing markets enables us to realize higher overall margins from our existing sites.

In 2018, our new coker unit at the Antwerp refinery in Belgium will begin upgrading high-sulfur fuel oil into various forms of cleaner-burning diesel and distillates.

In Rotterdam, a new hydrocracking unit – using our proprietary technology to produce high-value, ultra-low-sulfur fuels and Group II lube basestocks – will also begin operating in 2018. Furthermore, we announced an expansion at our Singapore refinery to produce the company's *EHC* Group II basestocks, which are used across a range of industries. Completion is anticipated in 2019.

We are also enhancing our ability to handle light crude from the Permian at our refineries in Baton Rouge and Baytown.

## Investing to meet chemical demand

Global demand for chemicals continues to create opportunities for value growth. To meet that demand, we are investing more than $10 billion over the next five years in both new and expanded facilities on the U.S. Gulf Coast, leveraging logistically advantaged oil and natural gas to create the chemical building blocks for end products used around the world.

At our Singapore chemical complex, we are expanding capacity with our recent acquisition of Jurong Aromatics. We are starting up new facilities that will manufacture higher-performance products. These enhancements to our complex enable us to better serve the major growth market in the Asia Pacific region.

13

# EXHIBIT 5



# 2018 SUMMARY ANNUAL REPORT

A-93

2   To our shareholders
4   2018 results and highlights
5   Competitive advantages
6   Technology
10  Scale
14  Integration
18  Functional excellence
22  People
26  Global operations
28  Upstream highlights
30  Downstream highlights
32  Chemical highlights
34  Corporate sustainability
35  Financial information
40  Frequently used terms
42  Board of Directors, Officers, and Affiliated Companies
44  Investor information
45  General information

exxonmobil.com/annualreport

Statements of future events or conditions in this report, including projections, targets, expectations, asset profitability, estimates, and business plans, are forward-looking statements. Actual future financial and operating results, including demand growth and energy source mix; capacity growth; the impact of new technologies; production growth; project plans, dates, costs, and capacities; resource additions, production rates, and resource recoveries; efficiency gains; cost savings; earnings growth; integration and technology benefits; returns; and product sales could differ materially due to, for example, changes in the supply of and demand for crude oil, natural gas, and petroleum and petrochemical products and resulting price impacts; reservoir performance; timely completion of development projects; war and other political or security disturbances; changes in law or government regulation, including environmental regulations and political sanctions; the actions of competitors and customers; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; the outcome of commercial negotiations; the impact of fiscal and commercial terms; unforeseen technical difficulties; unanticipated operational disruptions; and other factors discussed in this report and in Item 1A of ExxonMobil's most recent Form 10-K.

We use non-GAAP concepts and financial measures throughout this publication. These measures may not be comparable to similarly titled measures used by other companies. Definitions of certain financial and operating measures and other terms used in this report – such as "resources" and "resource base" – are contained in the section titled "Frequently Used Terms" on pages 40 and 41. In the case of non-GAAP financial measures, such as "Return on Average Capital Employed" and "Cash Flow from Operations and Asset Sales," the definitions also include any reconciliation or other information required by SEC Regulation G. "Factors Affecting Future Results" and "Frequently Used Terms" are also available on the "Investors" section of our website.

As used in this publication, the term "industry" refers to publicly traded international energy companies. The term "project" can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

Unless otherwise specified, data shown is for 2018. Prior years' data have been reclassified in certain cases to conform to the 2018 presentation basis.

Unless otherwise stated, production rates, project capacities, and acreage values are gross.

# Energy enables modern life.

Energy improves standards of living. Energy drives economic growth.

Energy brings mobility. Energy promotes health and education.

ExxonMobil provides the energy and products that raise living standards. It's a role we take seriously. We recognize the critical importance of meeting the growing demand for affordable and reliable energy, while at the same time reducing environmental impacts – including the risks of climate change. It's a dual challenge the industry must help solve, and ExxonMobil remains committed to doing our part to provide sustainable solutions.

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 106 of 256    PageID 2687

## TO OUR **SHAREHOLDERS**

As we mark the 20th anniversary of the merger that brought together Exxon and Mobil, we do so with our strongest portfolio of investments in two decades. It positions us to deliver attractive returns for you, our shareholders, far into the future.



In 2018, we laid out a growth strategy designed to take advantage of the unique strengths that have made ExxonMobil an industry leader. These include a sharp focus on fundamentals; dedication to innovative technology; deep integration across our businesses; disciplined investment in advantaged projects; and industry-leading execution from our highly skilled workforce. Our goal is to significantly increase the earnings and cash flow generation capacity of our business.

In last year's volatile margin and price environment, we generated earnings of $21 billion and cash flow from operations and asset sales of $40 billion – the highest since 2014. This strong performance enabled us to fund attractive investments, reduce debt, and increase the dividend by 6 percent – the 36th consecutive annual increase.

Our growth strategy takes advantage of our scale and expertise across each of our business lines.

In the Upstream, we achieved many important milestones including advancements in five key world-class projects that will add significant new production.

In Guyana, multiple discoveries have raised our estimate of recoverable resources to more than 5 billion barrels of oil equivalent. We are fast-tracking development and expect oil production to start in 2020. In another deepwater development area, we increased our holdings to approximately 2.3 million net acres in Brazil's pre-salt basins, where we plan to start drilling in 2019.

Onshore, we accelerated operations in the Permian Basin in Texas and New Mexico, building on our 2017 acquisition of high-quality, contiguous acreage that will enable significant low-cost production growth.

A-96

Our investments in this prolific region remain profitable at $35 per barrel. Integration through transportation investments linking this production to our refining and chemical assets allows us to capture additional value – from the wellhead to the consumer.

And we are working to add additional low-cost production in Papua New Guinea and Mozambique, where we are progressing new liquefied natural gas (LNG) projects.

Our successes in Upstream development were recognized in 2018 by the World Oil and Gas Council, when they honored ExxonMobil as "Explorer of the Year" – for the second consecutive year.

In our Downstream business, we progressed six major refining investments, all of which are advantaged versus industry. Three started up last year, including the Beaumont hydrofiner, the Antwerp delayed coker, and the Rotterdam advanced hydrocracker. These Downstream investments deliver higher-value products and are expected to generate 20-percent returns.

In our Chemical business, we moved forward on 13 new facilities to meet growing demand. Seven of these came online by the end of last year. The remaining six are on schedule. These investments, enhanced by our technologies and global supply chain, are expected to support 30-percent sales growth by 2025.

Across all of our operations, we are committed to maintaining a safe work environment enriched by diversity and characterized by open communications and trust. We strive to continuously improve and achieve the highest standards of excellence in all that we do.

This includes upholding the highest standards of corporate citizenship. We maintain high ethical standards, obey all applicable laws, rules, and regulations, and respect local and national cultures.

We are also dedicated to reducing environmental impacts and managing the risks of climate change. Society faces a dual challenge: meeting growing energy needs while protecting the environment. ExxonMobil is playing our part by reducing greenhouse gas emissions from our operations and making products that help our customers limit theirs. We are also leading the way in developing low-carbon technologies like carbon capture and storage and advanced biofuels.

ExxonMobil's story spans more than 135 years. From supplying the fuel and lubricants for the first airplane in the early 20th century, to providing cleaner-burning natural gas to power entire cities today, it has been a history of meeting our customers' changing needs and expectations. It has been one of continual improvement and innovation. And it has been a record of creating significant value for our shareholders and for society.

Building on this history, I believe the chapter we are writing today will be the most rewarding yet.

*Darren Woods*
*Chairman and CEO*

3

A-97

EXXONMOBIL 2018 SUMMARY ANNUAL REPORT

## **2018** RESULTS AND HIGHLIGHTS

**$21 BILLION**
**EARNINGS IN 2018**

**CASH FLOW FROM OPERATING ACTIVITIES OF $36 BILLION, HIGHEST SINCE 2014**

**FIVE ADDITIONAL DISCOVERIES OFFSHORE GUYANA IN 2018, INCREASING RESOURCE ESTIMATE TO MORE THAN 5 BILLION BARRELS**

**CAPTURED BENEFITS FROM NORTH AMERICAN CRUDE DIFFERENTIALS WITH INTEGRATED LOGISTICS AND MANUFACTURING**

**CHEMICAL SALES GROWTH RESULTED IN HIGHEST ANNUAL VOLUMES IN MORE THAN 10 YEARS**

(1) See Frequently used terms on pages 40 and 41.
(2) Natural gas converted to oil-equivalent at 6 million cubic feet per 1,000 barrels.
(3) Sales data reported net of purchases/sales contracts with the same counterparty.
(4) Competitor data estimated on a consistent basis with ExxonMobil and based on public information.
(5) Net income attributable to ExxonMobil.
(6) S&P 500 and CPI indexed to 1982 Exxon dividend.
(7) CPI based on historical yearly average from U.S. Bureau of Labor Statistics.

### FINANCIAL HIGHLIGHTS

| (millions of dollars, unless noted) | Earnings after income taxes | Average capital employed[1] | Return on average capital employed (%)[1] | Capital and exploration expenditures[1] |
| --- | --- | --- | --- | --- |
| Upstream | 14,079 | 177,874 | 7.9 | 20,194 |
| Downstream | 6,010 | 25,740 | 23.3 | 3,429 |
| Chemical | 3,351 | 30,420 | 11.0 | 2,235 |
| Corporate and Financing | (2,600) | (1,660) | N.A. | 65 |
| **Total** | 20,840 | 232,374 | 9.2 | 25,923 |

### OPERATING HIGHLIGHTS

| | |
| --- | --- |
| Liquids production *(net, thousands of barrels per day)* | 2,266 |
| Natural gas production available for sale *(net, millions of cubic feet per day)* | 9,405 |
| Oil-equivalent production[2] *(net, thousands of oil-equivalent barrels per day)* | 3,833 |
| Refinery throughput *(thousands of barrels per day)* | 4,272 |
| Petroleum product sales[3] *(thousands of barrels per day)* | 5,512 |
| Chemical prime product sales[3] *(thousands of tonnes)* | 26,869 |

**RETURN ON AVERAGE CAPITAL EMPLOYED**[1][4]

■ 5-year average   ▨ 10-year average

*(percent)*



**FUNCTIONAL EARNINGS AND NET INCOME**

■ Upstream  ■ Downstream  ■ Chemical
■ Corporate and Financing  ▬ Net income[5]

*(billions of dollars)*



**36 YEARS OF DIVIDEND GROWTH**[6]

■ ExxonMobil  ■ S&P 500
■ Consumer Price Index[7]

*(dollars per share)*



COMPETITIVE **ADVANTAGES**

**TECHNOLOGY**    A steadfast commitment to investments in technology has led to a history of innovation and the development of industry-advantaged assets, processes, products, and applications. Technology has allowed us to effectively respond to a dynamic and challenging landscape with changes in sources of supply, consumer demand, and regulatory requirements. We invest in fundamental science and research, leading to advances in existing processes and products, as well as new discoveries. This allows us to meet the evolving needs of society, lower operating and project costs, and develop higher-value products and applications.

**SCALE**    The size and breadth of our business provide a critical foundation for long-term success. It enables investments in the development of advanced technologies by leveraging benefits across a large base of operations. Facilities and businesses operated consistently around the globe accelerate experience and learning – replicating innovations, improving effectiveness, and driving down cost. Our size allows us to pursue a wide range of value-accretive investments across the commodity price cycle – specifically taking advantage of counter-cyclical opportunities.

**INTEGRATION**    Our business spans various hydrocarbon value chains from end-to-end, involving production of raw materials into high-value fuels, lubricants, chemical products, and unique customer applications. We maximize value across the entire chain, ensuring the whole is greater than the sum of the parts. As markets evolve and value shifts up or down the chain, we are positioned to capture it. The different sectors we serve and products we make provide further diversification, helping to mitigate the impact of commodity price cycles. Our integrated business provides additional scale, allows us to share support organizations and facility infrastructure, and capture synergies in organizational capabilities and competencies.

**FUNCTIONAL EXCELLENCE**    An extensive history of running a complex global business with a focus on the long term has led to a strong culture of consistently doing the right things, the right way, at a high standard. How we achieve results is as important as the results themselves. Living this philosophy and learning from our collective experiences has resulted in deep knowledge in critical disciplines and industry-leading execution capabilities. These strengths manifest themselves in all facets and functions of our business through a disciplined and consistently executed approach.

**PEOPLE**    The above advantages and the synergies that exist between them have taken generations to establish and serve as the foundation for our strategies. The benefits, though, are only realized through the commitment and hard work of our people – our most important advantage. We strive to hire the best and develop world-class capabilities through challenging, cross-functional assignments and global experiences. Strong retention and career-long tenures result in unmatched capabilities and knowledge, anchored in a culture of excellence.

5



Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 110 of 256    PageID 2691

# $1 BILLION

INVESTED EACH YEAR IN RESEARCH
AND DEVELOPMENT

# >10,000

PATENTS GRANTED
GLOBALLY SINCE 2009

# >1,000

SCIENTIFIC PAPERS PUBLISHED
IN THE PAST 10 YEARS

PHOTO: An ExxonMobil scientist leverages an advanced
measurement apparatus to study the physical properties of
hydrocarbon fluids under a range of pressures and temperatures.

6



# TECHNOLOGY

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 112 of 256    PageID 2693

## **TECHNOLOGY** RESULTS IN ADVANTAGED ASSETS, PROCESSES, AND PRODUCTS

*Technology has led to the development of industry-advantaged assets, processes, products, and applications. We invest in fundamental science and research, leading to advances in existing processes and products, as well as new discoveries. This allows us to meet the evolving needs of society, lower operating and project costs, and develop higher-value processes and products.*

### MANAGING SUBSURFACE UNCERTAINTY

Capabilities in subsurface definition and development in the Upstream enable us to find more oil and natural gas and maximize recovery from existing reservoirs. Interpreting subsurface data and integrating multiple geologic features is highly complex and begins with fully leveraging the value of seismic data. Full Wavefield Inversion technology harnesses complex algorithms and exploits the power of high-performance computing. As a result, we are better able to understand the rock properties of each geologic layer.

Additionally, a suite of proprietary, automated pattern-recognition algorithms provides us with the ability to rapidly scan large 3D seismic surveys and identify direct hydrocarbon indicators. The application of this technology, combined with the use of integrated reservoir modeling and simulation technologies, leads to a rich picture of the subsurface. This enables geoscientists and engineers to make informed investment decisions by efficiently predicting reservoir performance throughout the life of an asset.



An ExxonMobil scientist works on a recombination cell used to combine gases with liquid oil at high pressure to produce a live oil mixture of fluid at in-situ reservoir conditions in support of calibrating advanced reservoir models.

The result of these subsurface technologies is an ability to identify potential oil and natural gas deposits below the surface and optimize investments in key growth areas like Guyana, the Permian, and Brazil.

### UPGRADING PRODUCT PORTFOLIO

Technology enables us to upgrade and expand product offerings in our Downstream and Chemical businesses, with the objective of making more of the higher-performing, higher-value products the market and consumers demand. Decades of experience in

developing catalyst and process technology result in projects like the Rotterdam advanced hydrocracker, which started up at the end of 2018. This advantaged project deploys advanced catalysts within unique process configurations to produce Group II lube basestocks and ultra-low-sulfur fuels at a lower cost. The Rotterdam site profitability is expected to double as a result of the investment.

We will apply similar technology at our Singapore petrochemical facility, with a planned future project to

8

A-102

# DOWNSTREAM PROJECT RETURNS AVERAGE 20%, SUPPORTED BY OUR ADVANTAGED TECHNOLOGY

upgrade high-sulfur residual streams into Group II lube basestocks and low-sulfur fuels.

In addition, we are deploying new products, including premium transportation fuels and lubricants that provide higher levels of efficiency and new performance chemical products that enable low-cost, lighter-weight automotive parts.

## INVESTING TO CAPTURE GROWTH IN DEMAND OF LOWER-CARBON SOLUTIONS

We are investing in research to develop scalable and affordable technologies to meet the growing demand for lower-emission fuels, identify economic carbon capture, utilization, and storage (CCUS) solutions, and reduce the intensity of existing manufacturing processes.

The company made significant progress in 2018 on an algae biofuels program with partner Synthetic Genomics, Inc., and on cellulosic biofuels with partner Renewable Energy Group. Successes included initiation of outdoor algae pond experimentation and a substantial improvement in the bioconversion of cellulose-derived

sugars from wood, grass, and agricultural waste into biodiesel. We also continued efforts to develop scalable and economically viable carbon capture and storage. Research and development in this area focused on our partnership with FuelCell Energy, Inc. and the potential to capture carbon dioxide ($CO_2$) while also generating power using a fuel cell. We also progressed efforts to identify new materials for $CO_2$ capture and assess multiple new $CO_2$ utilization and storage options.

Another area of ongoing research involves developing low-energy membrane and adsorption technologies that could replace the energy-intensive separation processes that exist today.

---

**TECHNOLOGY:** EXXONMOBIL CONTINUES A LEGACY OF TECHNOLOGY BREAKTHROUGHS

ExxonMobil has a proven track record of discovering, developing, and commercializing advantaged technology at scale. The company's history of innovations includes more-durable tires, 3D seismic imaging, and extended-mileage lubricants. With consistent and ongoing investments in technology, we seek to improve efficiency, promote enhanced resource recovery and product margins, and identify next-generation opportunities.

| Synthetic rubber tires | Synthetic catalysts | 3D seismic imaging | Synthetic motor oil | Lithium batteries | Ultra-deepwater drilling | Large LNG ships | Extended-life lubes |
|---|---|---|---|---|---|---|---|
| 1940s | 1950s | 1960s | 1970s | 1980s | 1990s | 2000s | 2010s |

9

A-103



Case 3:21-cv-03194-N    Document 124    Filed 01/08/24    Page 114 of 256    PageID 2695

SCALE



APPROXIMATELY

# 2.5 BILLION

BARRELS OF CRUDE HANDLED
ANNUALLY ACROSS OUR BUSINESSES

APPROACHING

# 2 BILLION

SENSOR READINGS PER DAY IN OUR
MANUFACTURING FACILITIES

MANAGING NEARLY

# 100,000

SUPPLIERS GLOBALLY

PHOTO: With the start-up of the 1.5-million-tonnes-per-year
ethane cracker, the ExxonMobil Baytown, Texas, complex
is one of the largest integrated refining and petrochemical
complexes in the world.

11

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 116 of 256    PageID 2697

## SCALE BRINGS UNIQUE SET OF ADVANTAGES

*The size and breadth of our business provide a critical foundation for long-term success. It enables investments in the development of advanced technologies by leveraging benefits across a large base of operations. Facilities and businesses operated consistently around the globe accelerate experience and learning – replicating innovations, improving effectiveness, and driving down cost. Our size allows us to pursue a wide range of value-accretive investments across the commodity price cycle – specifically taking advantage of counter-cyclical opportunities.*

### INDUSTRY-LEADING INVESTMENT PORTFOLIO

We have a high-quality portfolio of investment opportunities across our businesses, involving a broad range of resource types and high-value products.

The Upstream portfolio includes five key developments: the Permian in the United States; Guyana; Brazil; Mozambique; and Papua New Guinea (PNG). We are the most active operator in the Permian Basin, where an innovative development approach will provide decades of low-cost, highly profitable production, and serve as an attractive feedstock for U.S. Gulf Coast manufacturing plants.

In Guyana, we have discovered more than 5 billion oil-equivalent barrels from 10 exploration discoveries through 2018. Our extensive global experience developing deepwater resources will facilitate efficient deployment of at least five floating production, storage,



**Successful exploration offshore Guyana continued with five additional discoveries in 2018. The first FPSO vessel is under construction and expected to be operational in early 2020.**

and offloading (FPSO) vessels and related infrastructure to support the production of at least 750,000 barrels of oil per day by 2025. In Brazil, we captured more acreage than any other major international oil company over the past year, further expanding our attractive deepwater portfolio.

We are also developing low-cost LNG supplies in the United States, PNG, and Mozambique. These developments will leverage our extensive technical, operational, and project experience in large-scale, frontier LNG developments.

In the Downstream, we are investing to increase the production of higher-value products. This includes upgrading nearly 200,000 barrels per day of fuel oil into higher-quality Group II lube basestocks, chemicals, and lower-sulfur distillates by 2025. We completed three of these projects in 2018. In Beaumont, we started up a hydrofiner to produce cleaner, lower-sulfur gasoline. We also commenced a delayed coker in Antwerp, Belgium, to upgrade heavy residual products and started up the Rotterdam, Netherlands, advanced hydrocracker to produce Group II basestocks.

A-106

# FINANCIAL STRENGTH
## MAXIMIZES INVESTMENT FLEXIBILITY

Additionally, we progressed key projects in Singapore, Fawley, and Beaumont, where we will expand refining capacity to process light Permian crudes.

In the Chemical business, we have started up seven new facilities since 2017 and are planning the completion of another six projects by 2025, supported by growing demand for high-performance chemical products. The Singapore butyl plant, the Newport elastomer plant expansion, and the Baytown ethane cracker all started up in 2018. We are also progressing additional investments in the United States and Singapore. These new facilities will result in a 40-percent increase in manufacturing capacity in North America and Asia.

### LEARNING AND OPTIMIZATION

We leverage our global footprint to optimize strategies for operating and maintaining essential equipment like heat exchangers, compressors, and pumps. For example, we manage more than 30,000 pieces of heat transfer equipment and nearly 500 critical compressor units across our manufacturing facilities. This scale allows us to identify and deploy equipment strategies efficiently, resulting in a significant reduction in risk and increased reliability across our global equipment fleet.

In addition, centralizing analysis of real-time data across our manufacturing sites accelerates learning and allows us to optimize operations. For example, we are leveraging a globally scaled data lake platform that will further enable us to collect operating data from our refineries and chemical plants. We expect to capture more than 2 billion sensor readings per day into this high-performing computing environment. All of our global manufacturing

sites will connect to the data lake by 2020. By applying advanced analytics to this abundance of data, we can identify new approaches to run sites more efficiently and potentially with fewer emissions.

We also have the largest inventory of operated horizontal wells in the United States at more than 6,600, providing our engineering and subsurface experts with one of the most extensive databases in the industry with which to learn and optimize development and operating plans.

To fully leverage the tremendous amount of data we have and the scale advantage it provides, we deploy a network of technology centers around the world, staffed with scientists and engineers who collaborate globally with manufacturing sites, production units, projects, and ventures across the Upstream, Downstream, and Chemical business lines. Enabled by access to global data, these engineers drive manufacturing excellence by monitoring, analyzing, and optimizing process units and equipment fleets around the world. Our technology centers are seamless extensions of our production and manufacturing sites, providing valuable technical solutions that we replicate across our global network. Best practices across similar assets are quickly and broadly applied, which leads to effective prioritization and efficient execution of high-value optimization opportunities. Equipment monitoring and process analysis enable global manufacturing circuit optimization efforts and are anticipated to generate more than $500 million in cumulative earnings contribution in our Downstream business between 2017 and 2020.

---

**SCALE:** FINANCIAL STRENGTH

**Our industry-leading financial strength provides us with the capacity to invest throughout commodity price cycles, taking particular advantage of counter-cyclical opportunities.**

**As a result, we are positioned to deliver projects with lower costs and higher returns versus industry. It also allows us to pursue a broad portfolio of investment opportunities, while also meeting our commitment to pay a reliable and growing dividend.**



**LEVERAGE, YEAR-END 2018**[1]
Total capitalization *(billions of dollars)*

(1) Total capitalization defined as "net debt + market capitalization"; leverage defined as "net debt/total capitalization."



# $1 BILLION
IN VALUE CAPTURE FROM
NORTH AMERICA INTEGRATION

TAKEAWAY CAPACITY FOR
# >100 PERCENT
OF OUR PERMIAN CRUDE PRODUCTION

# 12 INTEGRATED
SITES IN NINE COUNTRIES

PHOTO: We continue to progress the integration of the Singapore Banyan facility, acquired in 2017, with our nearby integrated refining and petrochemical complex, realizing product and logistical synergies.

14

A-108



INTEGRATION

15

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 120 of 256    PageID 2701

## INTEGRATION MAXIMIZES VALUE ACROSS THE ENTIRE VALUE CHAIN

*We maximize value across the entire value chain, ensuring the whole is greater than the sum of the parts. The different sectors we serve and products we make provide further diversification, helping to mitigate the impact of commodity price cycles. Our integrated business provides additional scale, allows us to share support organizations and facility infrastructure, and capture synergies in organizational capabilities and competencies.*

### NORTH AMERICA INTEGRATION

An excellent example of the value of integration involves our North American operations, where our Upstream business produces oil and natural gas in the Permian and other basins. Permian crude volumes are transported via integrated midstream assets to refineries and chemical complexes along the U.S. Gulf Coast and in the Midwest, where they are upgraded to higher-value fuels and products for global markets. We also create value by processing high-quality Permian crudes at manufacturing locations in Europe and Asia, including our Singapore steam cracker.

By maximizing integration across the entire value chain, we capture incremental value at transfer points or when short-term market disconnects occur. For example, when crude prices declined in the Permian and Western Canada in 2018, mainly driven by industry pipeline constraints, we leveraged our logistics capacity to move the lower-cost feedstocks into our refinery network. The Edmonton Rail Terminal provides logistics capacity for



Leaders from the Upstream, Downstream, and Chemical organizations working together at the Houston campus to capture opportunities along the integrated Permian value chain.

our production in Western Canada and is well positioned to respond to market dynamics, enabling maximum value capture. In the Permian, we leveraged excess pipeline takeaway capacity and terminal assets to transport crude efficiently – including both equity- and third-party crude – to the U.S. Gulf Coast. Capturing these market opportunities across the value chain resulted in an estimated $1 billion benefit in 2018. As Permian crude production grows, we continue to expand our logistics footprint beyond the level of equity production to retain this advantage and create feed flexibility for our global refining and chemical assets.

### SYNERGIES ACROSS ALL BUSINESS LINES

Nearly 80 percent of our refining capacity is integrated with chemical or lubricant manufacturing plants. At these integrated sites, we realize significant savings by sharing resources, using interconnected facilities, and coordinating operating practices. Integration increases margins by lowering the cost of feedstocks while enabling the production of the highest-value products.

An example of this integration is found at our Singapore manufacturing complex, where we are investing in an integrated project that will use proprietary catalyst and process technology to upgrade refinery residual products

16

A-110

# NEARLY 80% OF OUR REFINING AND CHEMICAL FACILITIES ARE INTEGRATED

and chemical steam-cracked tar into higher-value fuels, chemicals, and lubricants. In addition, we continue to integrate the Singapore Banyan aromatics facility, one of the world's largest aromatics plants, with our existing refining and chemical complex. Following acquisition of the facility in 2017, we are progressing the integration of the site with our adjacent petrochemical facility through pipelines, enabling further optimization of site profitability through improved feed and energy costs, enhanced molecule management, and increased utilization of existing logistics capabilities. We expect completion of these activities in 2019, ahead of schedule, resulting in accelerated value capture.

These applications of technology, coupled with scale and integration, will position our Singapore refinery in the top quartile of global refinery competitiveness and will further increase the site's competitive advantage gained from cracking crude into chemical products.

We also applied extensive Downstream experience to implement a multivariable control system at the Shute Creek treating facility at the LaBarge natural gas field, increasing production and improving product purity. Multivariable control allows the plant to run closer to capacity and specification limits by optimizing operational parameters simultaneously.

**INTEGRATION:** PERMIAN BASIN DEVELOPED AS AN INTEGRATED ASSET

Integration in the Permian Basin allows us to connect high-value light Permian crude to demand centers on the U.S. Gulf Coast (USGC), including facilities in Baytown and Beaumont. Further development of the logistics network will provide flexibility to move cost-advantaged feedstocks to our refineries and chemical plants in the Americas, Asia Pacific, and Europe.



| UPSTREAM | DOWNSTREAM | | CHEMICAL |
|---|---|---|---|
| Equity Permian production | USGC logistics capacity | USGC refining capacity | Flexible feed options |
| **2018** | | | |
| 0.2 Moebd | 0.3 Mbd | 0.4 Mbd Light crude 1.7 Mbd Total crude | Singapore steam cracker |
| **2022** | | | |
| 0.8 Moebd | 1 Mbd | 0.8 Mbd Light crude 2.1 Mbd Total crude | Singapore steam cracker Singapore Banyan facility Asia liquids cracker |

17

A-111



Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 122 of 256    PageID 2703

# FUNCTIONAL EXCELLENCE



AN INDUSTRY LEADER IN
# SAFETY
PERFORMANCE

# >25 GLOBAL
MANUFACTURING NETWORKS

# 30% MORE
EFFICIENT EXECUTION OF
COMPLEX UPSTREAM PROJECTS
VERSUS COMPETITION[1]

PHOTO: Thoughtful, proactive risk management actions and safeguards are some of the most important things we do.

(1) Source: ExxonMobil and Wood Mackenzie

19

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 124 of 256    PageID 2705

## FUNCTIONAL EXCELLENCE MAXIMIZES VALUE OF EXISTING OPERATIONS AND NEW PROJECTS

*An extensive history of running a complex global business with a focus on the long term has led to a strong culture of consistently doing the right things, the right way, at a high standard. Living this philosophy and learning from our collective experiences has resulted in a deep knowledge in critical disciplines and industry-leading execution capabilities. These strengths manifest themselves in all facets and functions of our business through a disciplined and consistently executed approach.*

### OPERATIONAL EXCELLENCE

We rigorously apply management systems worldwide to ensure consistent application of the highest operational standards. Our Operations Integrity Management System (OIMS) provides a systematic, structured, and disciplined approach to manage risk and drive accountability for safety, security, health, and environmental performance across business lines, facilities, and projects.

To meet the expectations established by OIMS, we leverage global best practices across all of our businesses to standardize work processes that eliminate or mitigate significant safety, health, or environmental risks. Examples of these best practices include the application of electrical isolation, confined space entry, and crane and lifting operations.

In addition, our competency assurance systems provide structured processes to ensure personnel have the knowledge and skills to operate and maintain facilities in a safe and effective manner. To support this objective,



Employees effectively manage the complexity of our manufacturing facilities around the world.

simulators, virtual reality, and experiential training allow employees to experience real-life situations in a controlled environment, reinforcing their understanding of risks and safeguards. Training equips our employees with the skills and knowledge to respond appropriately to circumstances that could lead to serious events.

A process console operator, for example, will undergo up to three weeks of training on a simulator as part of his or her learning curriculum to ensure the appropriate level of competency. Across our Upstream, we have identified more than 6,000 critical positions that require rigorous

training to develop and maintain core competencies. In addition to the competency of individuals, we also evaluate the overall capability of our teams. At our manufacturing sites, when assessing the competency level of functional teams, we evaluate succession plans for anchor positions, which are staffed by highly skilled individuals who provide organizational memory and serve as coaches, mentors, and problem solvers. These anchor positions account for approximately 15 percent of our manufacturing workforce.

20

A-114

# OVER **$1 BILLION** OF PROJECT SAVINGS IN MANUFACTURING

## BEST PRACTICE DEVELOPMENT

A series of global networks provide the platform to develop best practices and drive performance improvement. These networks leverage the deep knowledge base and scale of ExxonMobil and create a collaborative problem-solving approach. Our global manufacturing network, for example, involves leaders and technical experts from across our businesses and covers such dimensions as safe operations, operational excellence, operator training, and environmental performance.

We also look externally to identify and implement best practices. We are implementing enhancements identified from a recent comprehensive, multiyear review of our process safety practices compared to those employed by companies in the oil and gas, specialty chemicals, nuclear power generation, and aviation industries.

## SUPERIOR PROJECT EXECUTION

A rigorous approach to project development, supported by decades of large-scale project experience across multiple geographies and resource types, is enabling key developments like Guyana, where the pace of project execution is outperforming industry averages.

We apply project learnings and experience in the Upstream to the Downstream and Chemical business lines as well. For example, Upstream project development expertise is facilitating modular development of a future petrochemical complex in San Patricio, Texas, in the United States. Modular development – a common practice in Upstream projects – involves constructing equipment off-site at a lower cost, and then transporting it to the site fully built. We also successfully utilized this practice in the construction of the Antwerp delayed coker and the Rotterdam advanced hydrocracker. This process of modular development improves project execution efficiency and lowers costs by sourcing construction globally.

We aggressively identify efficiencies and cost reductions during project design and development, such as the implementation of facility-related optimizations that reduce plant complexity. In Downstream and Chemical projects, these efforts delivered significant value in 2018, with more than $1 billion in savings via design and execution optimization. For example, an integrated team with personnel from our Chemical, research and development, and procurement organizations partnered to design a control center for a grassroots plant in Baytown. Visibility into strategic supplier offerings allowed the cross-functional team to identify an alternative approach by using a modular designed control center, which resulted in a cost-competitive alternative to the traditional stick-built design, with savings of 50 percent. This concept establishes a benchmark going forward, resulting in a step-change in new control center construction design.

**FUNCTIONAL EXCELLENCE:** PROJECT MANAGEMENT – U.S. GULF COAST GROWTH VENTURE (GCGV)

**Experts from procurement, research and development, and Chemical organizations worked together to develop a rail and pipeline terminal solution for a new petrochemical project on the U.S. Gulf Coast. The cross-functional team executed a complex commercial strategy to reduce cycle times, meet an aggressive project schedule, and reduce costs. A flexible contracting strategy and unique synchronization of construction, combined with a long-term operational contract, allowed third-party logistics experts to capitalize on their deep technical expertise to shape the design. This integrated approach resulted in a unique design, captured efficiencies in design and operations, and will deliver state-of-the-art terminals.**



21

A-115



# 160 NATIONALITIES
### REPRESENTED IN OUR WORKFORCE

# 30 YEARS
### AVERAGE SERVICE OF CAREER EMPLOYEES

# >2,200 PhD's
### EMPLOYED AT EXXONMOBIL

PHOTO: Employees from Guyana participate in the training and development of our local workforce.

A-116



PEOPLE

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 128 of 256    PageID 2709

# **PEOPLE** ARE OUR MOST IMPORTANT COMPETITIVE ADVANTAGE

*The benefits of our competitive advantages are only realized through the commitment and hard work of our people. Our long-term development approach is built on challenging, cross-functional assignments and global experiences. The result is a workforce with world-class capabilities and knowledge, anchored in a culture of excellence.*

## PEOPLE DEVELOPMENT PHILOSOPHY

We place a priority on maximizing the development of each one of our employees. It begins with recruiting exceptional talent and continues with individually planned assignments and experiences that lead to broad skill development and a deep understanding of our businesses. This career-oriented, personalized approach results in a retention rate of 96 percent and an average length of service of 30 years for our career employees. It also facilitates development of the next generation of leaders from within the company.

We set high performance expectations, foster a work environment in which every employee has the opportunity to excel, and reward employees based on their performance and contributions.

Through a combination of work assignments, on-the-job experiences, and focused training and education, employees acquire the necessary skills and competencies to take on increasing levels of responsibility and job complexity.



We develop future leaders from within the company, drawing upon our diverse employee population. Employees are developed for professional and leadership roles, both in their home countries and globally.

## CROSS-FUNCTIONAL DEVELOPMENT

Our unique scale and integrated business model enable broad development across functions, business lines, and geographies. In fact, one-third of our managerial and professional workforce have had one or more assignments outside of their primary function, and one-fifth of our employees have worked outside their home country. The result is a high level of integrated knowledge, skills, and experiences. Cross-functional assignments across business lines, support organizations, and geographies provide employees with a greater understanding of the end-to-end business and promote diversity of thought and perspective.

This approach maximizes the contribution of each employee and results in better, more-informed decisions at all levels of the organization. It also facilitates an integrated approach to how we operate facilities, execute projects, and invest in assets. Our employees possess diverse experiences and knowledge that allow us to identify and capture benefits across the value chain.

An example of this is in the Permian, where an integrated team is contributing to an innovative approach to the development of this important asset from wellhead to manufacturing. Each employee on the team has had at least one cross-functional assignment in his or her career, which provides a unique perspective on how we create integrated value.

A-118

# WE VALUE A DIVERSE WORKFORCE THAT IS REPRESENTATIVE OF WHERE WE DO BUSINESS

The Rotterdam advanced hydrocracker project is another example of how we leveraged a diverse set of skills and knowledge to deliver value. Integrated teams worked together to identify proprietary technologies, form a business case, construct associated facilities, and market high-value products. Experts from the lubricants value chain proved critical to the success of the project by establishing a customer base and supply chain and supporting knowledge transfer to the Rotterdam refinery, which had not previously manufactured lubricants products.

## PEOPLE AND TECHNOLOGY

We are a science and technology company, and technical expertise and leadership are fundamental to our long-term success. Ensuring focused career development in the areas of research and technology enables employees to deliver innovative solutions.

We employ more than 16,000 engineers and 2,200 PhD's across multiple disciplines, including petroleum engineering, manufacturing technology, behavioral science, mathematics, and biology.

Such a diverse, technical workforce brings broad perspectives that drive innovation and the development of proprietary technologies. Over the past decade, our employees have registered an average of more than 1,000 new patents each year, with a record high of 1,700 in 2018. These patents cover a wide range of technology, such as proprietary algorithms to support seismic data processing, new catalysts, high-strength steel, and advanced statistical methods.

Additionally, the World Oil and Gas Council named ExxonMobil "Large Cap Company of the Year" and "Explorer of the Year" in 2018. These awards and many others are a reflection of the world-class capabilities and knowledge of our employees and their commitment to excellence.

## LONG-TERM COMMITMENT

ExxonMobil invests in our people for a long-term career. We spend an average of $100 million per year on training and in 2018 had more than 25,000 job rotations in support of development plans.



**PEOPLE:** COMPETENCY DEVELOPMENT WITHIN RESEARCH AND DEVELOPMENT

ExxonMobil research engineers, scientists, and laboratory staff work around the world in Upstream, Downstream, and Chemical research and development organizations.

A standard competency model is applied to all research and technology positions. The competency model sets expectations for technical skill proficiency and behavioral effectiveness. Specific skill expectations for R&D leadership allow us to identify and develop future technical leaders. Establishing proficiency standards and defining key experiences and career journeys provide the context for ongoing individual-supervisor coaching that addresses the needs of the business while also developing individuals.

Human resources and research organization leadership have collaborated to form a research and technology talent strategy that is linked to business strategy. This approach systematically sharpens the focus of recruiting and informs employee development plans. A strategic approach to talent management enables forward-looking skill development and allows us to mobilize talent across the company to the area of most importance. We aim to place the right people on the right projects, at the right time, across our global businesses.

25



**3.8 MILLION**
OIL-EQUIVALENT BARRELS OF NET OIL AND GAS PRODUCTION PER DAY[1]

**5.5 MILLION**
BARRELS OF PETROLEUM PRODUCT SALES PER DAY[2]

**26.9 MILLION**
TONNES OF CHEMICAL PRIME PRODUCT SALES[2]

■ Countries with ExxonMobil operations
● Upstream
● Downstream
● Chemical

## GLOBAL **OPERATIONS**

**EARNINGS BY BUSINESS SEGMENT**
*(5-year average)*



DOWNSTREAM

UPSTREAM

CHEMICAL

**RETURN ON AVERAGE CAPITAL EMPLOYED**(3)
*(percent)*
☐ 2018    ▨ 10-year average



UPSTREAM

DOWNSTREAM

CHEMICAL

0    5    10    15    20    25

(1) Natural gas converted to oil-equivalent at 6 million cubic feet per 1,000 barrels.
(2) Sales data reported net of purchases/sales contracts with the same counterparty.
(3) See Frequently used terms on pages 40 and 41.

*As the world's largest publicly held international oil and gas company, ExxonMobil has a diverse portfolio of high-quality assets and projects across our Upstream, Downstream, and Chemical businesses.*

## UPSTREAM:  ONE OF THE LARGEST AND MOST DIVERSE UPSTREAM COMPANIES, WITH ACTIVE PRESENCE IN 41 COUNTRIES

With a diverse portfolio, we are active in all aspects of the Upstream, from exploring, developing, and producing, to marketing hydrocarbon resources around the world.

## DOWNSTREAM:  ONE OF THE WORLD'S LARGEST INTEGRATED REFINERS AND MARKETERS OF FUELS AND LUBRICANTS

Our portfolio includes refining and lubricant blending facilities in 25 countries. We are one of the largest integrated refiners and marketers of fuels and lube basestocks, as well as a leading manufacturer of petroleum products and finished lubricants.

## CHEMICAL:  ONE OF THE MOST PROFITABLE CHEMICAL COMPANIES, WITH OPERATIONS IN 16 COUNTRIES

A unique portfolio of world-class manufacturing facilities, advantaged technology, and high-performance products delivers strong shareholder value.

27



PHOTO: **As the most active operator in the Permian at year-end 2018, we are focused on safe, reliable operations to support growth.**

# EXXONMOBIL'S **UPSTREAM** IS A GLOBAL LEADER IN THE EXPLORATION, DEVELOPMENT, AND PRODUCTION OF OIL AND NATURAL GAS RESOURCES

## RESULTS AND HIGHLIGHTS

**Strong financial and operational performance**

**Liquids growth of more than 3 percent,** excluding impact of entitlements and divestments

**Most active operator in the Permian,** with 44 rigs at the end of 2018

**Five additional discoveries in Guyana,** bringing total discovered resources to more than 5 billion barrels gross

**Brazil deepwater acreage position increased** to 2.3 million net acres

**Proved oil and natural gas reserves additions of 4.5 billion oil-equivalent barrels**

**Exploration discoveries totaling more than 700 million oil-equivalent barrels,** driven by Guyana and Brazil

| UPSTREAM STATISTICAL RECAP | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| Earnings (millions of dollars) | 14,079 | 13,355 | 196 | 7,101 | 27,548 |
| Liquids production (net, thousands of barrels per day) | 2,266 | 2,283 | 2,365 | 2,345 | 2,111 |
| Natural gas production available for sale (net, millions of cubic feet per day) | 9,405 | 10,211 | 10,127 | 10,515 | 11,145 |
| Oil-equivalent production[1] (net, thousands of barrels per day) | 3,833 | 3,985 | 4,053 | 4,097 | 3,969 |
| Proved reserves replacement ratio[2][3] (percent) | 318 | 189 | – | 69 | 111 |
| Resource additions[3] (millions of oil-equivalent barrels) | 1,297 | 9,763 | 2,453 | 1,378 | 3,206 |
| Average capital employed[3] (millions of dollars) | 177,874 | 174,674 | 170,055 | 169,954 | 164,965 |
| Return on average capital employed[3] (percent) | 7.9 | 7.6 | 0.1 | 4.2 | 16.7 |
| Capital and exploration expenditures[3] (millions of dollars) | 20,194 | 16,695 | 14,542 | 25,407 | 32,727 |

(1) Natural gas converted to oil-equivalent at 6 million cubic feet per 1,000 barrels.
(2) Proved reserves exclude asset sales.
(3) See Frequently used terms on pages 40 and 41.
Note: Unless otherwise stated, production rates, project capacities, and acreage values are gross.

## BUSINESS FUNDAMENTALS

Demand for oil is expected to increase approximately 20 percent from 2016 to 2040 and will remain the primary source of energy for commercial transportation and continue to serve as a critical feedstock for chemical products. Natural gas demand is expected to grow nearly 40 percent over the same period, largely from expanding industrial activity and increasing use in power generation as utilities look to switch to lower-emission fuels.

To meet this demand and offset natural decline rates of approximately 5 to 7 percent per year, increased supplies, requiring significant investment, for both oil and natural gas are needed. We also expect global liquefied natural gas (LNG) volumes to more than double by 2040, primarily to supply Asian and European markets.

## COMPETITIVE ADVANTAGES

Proprietary exploration **technologies** were key to the discovery of more than 5 billion barrels of resource in Guyana across 10 discoveries through 2018. Guyana is one of the most significant play openings across the industry in recent years. These discoveries are enabling us to rapidly build a portfolio of deepwater projects that will leverage our leading project-development expertise.

We leveraged **scale** and financial capacity to aggressively bid for attractive acreage in Brazil, acquiring more acreage than any other major international oil company in recent years. We now possess a high-quality portfolio of deepwater development and exploration opportunities in Brazil with multibillion-barrel potential.

The combined fundamentals of low-cost development, an **integrated business model**, and a continued focus on technology are allowing us to maximize value from the Permian. We are positioned to deliver decades of low-cost, highly profitable production that will move through an efficient logistics network and serve as advantaged feedstock for U.S. Gulf Coast refineries and chemical plants.

We demonstrate **functional excellence** with leading technical and commercial capabilities that are critical to developing some of industry's lowest-cost LNG supplies in the frontier countries of Papua New Guinea and Mozambique. These developments will strengthen our global LNG portfolio and will leverage our technical, operational, and project experience in frontier areas.

In 2018, the World Oil and Gas Council recognized ExxonMobil as the "Explorer of the Year" for the second year in a row. The award is a recognition of the talented **people** working in our Upstream and the success they have achieved in discovering world-class resources.

**GROWING EARNINGS, CASH FLOW, AND ROCE BY...**

**PROFITABLY GROWING PERMIAN PRODUCTION** TO MORE THAN 1 MILLION OIL-EQUIVALENT BARRELS PER DAY NET BY 2024

**RAPIDLY PROGRESSING DEEPWATER EXPLORATION AND DEVELOPMENT** IN GUYANA AND BRAZIL TO DELIVER >900 KBD PRODUCTION BY 2025

**STARTING UP NEW LNG PROJECTS** IN MOZAMBIQUE AND PAPUA NEW GUINEA, WITH POTENTIAL TO ADD MORE THAN 25 MTA OF CAPACITY BY 2025

**HIGHGRADING EXISTING PORTFOLIO** THROUGH IMPROVEMENTS IN BASE OPERATIONS, ACQUISITIONS, AND DIVESTMENTS

29

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 134 of 256    PageID 2715



PHOTO: At our Antwerp, Belgium, refinery, we started operations of a new 50,000-barrel-per-day delayed coker in 2018 to upgrade heavy residual products into higher-value fuels.

# EXXONMOBIL'S DOWNSTREAM IS ONE OF THE WORLD'S LARGEST MANUFACTURERS AND MARKETERS OF FUELS AND LUBRICANTS

## RESULTS AND HIGHLIGHTS

**Achieved strong safety performance**

**Completed three major refinery investments in Beaumont, Antwerp, and Rotterdam,** increasing production of higher-value fuels and lubricant products

**Expanded branded retail presence** with introduction of the *Mobil* brand in Canada, growth in Europe and Mexico, and expansion of *Synergy* fuels

**Increased lubricants and fuels sales volume in growing markets**

**Acquired PT Federal Karyatama's lubricant business,** strengthening ExxonMobil's position in Indonesia and building on the *Mobil* lubricant brand in a key growth market

**Highgraded portfolio,** with divestment of Germany retail assets and Augusta refinery in Italy

**DOWNSTREAM** STATISTICAL RECAP

| | **2018** | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| Earnings *(millions of dollars)* | **6,010** | 5,597 | 4,201 | 6,557 | 3,045 |
| Refinery throughput *(thousands of barrels per day)* | **4,272** | 4,291 | 4,269 | 4,432 | 4,476 |
| Petroleum product sales[1] *(thousands of barrels per day)* | **5,512** | 5,530 | 5,482 | 5,754 | 5,875 |
| Average capital employed[2] *(millions of dollars)* | **25,740** | 22,514 | 21,804 | 23,253 | 23,977 |
| Return on average capital employed[2] *(percent)* | **23.3** | 24.9 | 19.3 | 28.2 | 12.7 |
| Capital expenditures[2] *(millions of dollars)* | **3,429** | 2,524 | 2,462 | 2,613 | 3,034 |

(1) Petroleum product sales data reported net of purchases/sales contracts with the same counterparty.
(2) See Frequently used terms on pages 40 and 41.

## BUSINESS FUNDAMENTALS

Global demand for fuels and lubricant products is directly linked to economic activity. Fuel demand for commercial transportation is expected to increase over the next two decades, driven by diesel and jet fuel, while worldwide gasoline demand will likely peak and then begin declining with increasing fuel efficiency and electric vehicle penetration.

Finished lubricant demand is expected to grow, with high-value synthetic lubricants significantly outpacing industry growth. Demand for higher-value grades of lube basestocks will grow by approximately 30 percent by 2025, as consumer preferences for higher-performing finished lubricants products increase.

## COMPETITIVE ADVANTAGES

A long-standing history of catalyst and process **technology** leadership underpins project returns of more than 20 percent on average and the development of high-quality products like *Mobil 1*, *Synergy*, and *Diesel Efficient*. Through application of technology, we have a strong portfolio of advantaged manufacturing sites in key demand centers globally, supported by a rich product and marketing offer, with market leadership in synthetic lubricants.

We operate some of the largest manufacturing facilities in the industry, with a total processing capacity of 4.7 million barrels per day. Leveraging our global **scale** and technology investments, we are now the largest Group I and Group II basestocks producer globally, which helps ensure product integrity and reliable global supply of consistent and innovative lube basestocks.

**Integration** across Upstream, Downstream, and Chemical business lines enables us to lower production costs and ensures molecules are upgraded to their highest possible value. Leveraging our Upstream position in the Permian, we are capturing value along the value chain through investments in light-crude capacity processing at our U.S. Gulf Coast manufacturing facilities, and in logistics to efficiently move crude domestically and internationally.

Combining **functional excellence** with scale and integration, our worldwide refining cash operating costs are 15 percent lower than the industry average. In addition, our project development and execution capabilities enable us to invest in existing refineries at less-than-grassroots project costs and integrate new technologies into existing plants, such as the addition of new light-crude capacity at the Beaumont refinery and the introduction of the advanced hydrocracker in Rotterdam.

Critical anchor positions in the Downstream business are filled by highly skilled **people** with in-depth technical knowledge, demonstrated leadership, and significant institutional knowledge. These 2,800 employees are coaches and mentors to their functional teams and serve important roles in supporting safe and reliable operations at our facilities.

**GROWING EARNINGS, CASH FLOW, AND ROCE BY...**

**CAPTURING FULL VALUE-CHAIN BENEFITS,** INCLUDING PERMIAN LOGISTICS INTEGRATION WITH U.S. GULF COAST MANUFACTURING FACILITIES

**PROGRESSING SIX KEY REFINERY PROJECTS** TO PRODUCE MORE HIGHER-VALUE DISTILLATES, LUBES, AND CHEMICALS BY 2025

**GROWING INDUSTRY-LEADING** LUBE BASESTOCK AND SYNTHETIC LUBRICANTS BUSINESSES

**EXPANDING FUELS AND LUBRICANTS BRAND PRESENCE** IN GROWING MARKETS SUCH AS INDONESIA AND MEXICO

31

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 136 of 256    PageID 2717



PHOTO: To meet growing demand for high-performance plastics, we are installing a new production unit at the Beaumont polyethylene plant.

# EXXONMOBIL CHEMICAL IS ONE OF THE WORLD'S MOST PROFITABLE CHEMICAL COMPANIES

## RESULTS AND HIGHLIGHTS

**Achieved strong safety performance**

**Started up a new 1.5-million-tonnes-per-year ethane cracker in Baytown** to supply low-cost feedstock to our U.S. Gulf Coast derivative facilities

**Completed several key projects in Singapore,** with the integration of the Banyan aromatics facility and our existing Singapore chemical complex, and the completion of the butyl rubber and adhesion resin projects

**Progressed development of the Gulf Coast Growth Venture** in San Patricio County, Texas, with partner SABIC

**Signed cooperation framework agreement with Guangdong Provincial People's Government** for a new chemical complex in China

**Launched new *Achieve* Advanced Polypropylene** using proprietary product technology to expand performance-product offer

| CHEMICAL STATISTICAL RECAP | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| Earnings *(millions of dollars)* | **3,351** | 4,518 | 4,615 | 4,418 | 4,315 |
| Prime product sales[1] *(thousands of tonnes)* | **26,869** | 25,420 | 24,925 | 24,713 | 24,235 |
| Average capital employed[2] *(millions of dollars)* | **30,420** | 27,516 | 24,844 | 23,750 | 22,197 |
| Return on average capital employed[2] *(percent)* | **11.0** | 16.4 | 18.6 | 18.6 | 19.4 |
| Capital expenditures[2] *(millions of dollars)* | **2,235** | 3,771 | 2,207 | 2,843 | 2,741 |

(1) Prime product sales data reported net of purchases/sales contracts with the same counterparty.
(2) See Frequently used terms on pages 40 and 41.

## BUSINESS FUNDAMENTALS

Chemical industry growth is forecast to outpace growth in global GDP and energy demand for the next two decades. Most of that growth will come from Asia and other developing markets.

The driving factors are increasing global population and improving standards of living. Global population is forecast to grow from about 7.4 billion people in 2016 to about 9.2 billion people by 2040. According to research by the Brookings Institution, the global middle class is expected to grow by about 80 percent from 2015 to 2030. As incomes in the developing world increase, more people will have access to consumer goods, automobiles, and appliances, which require many chemical products. ExxonMobil estimates that global demand for chemicals will rise by approximately 45 percent over the next decade.

## COMPETITIVE ADVANTAGES

Catalyst and process **technology** leadership, including metallocene catalyst development and commercialization, underpins our strong market position in high-performance products. We also invest in new process technology innovations, as demonstrated by the world's first and only crude cracker in Singapore, which lowers cost and enhances feed flexibility.

Building on our global **scale** and market presence, we have established several technology centers around the world, enabling us to interact directly with customers, develop timely new product solutions, and nurture long-term relationships. Leveraging our global manufacturing footprint, we are able to process the most advantaged feedstocks and move products efficiently through a unique global supply chain.

We leveraged the acquisition of the Banyan aromatics facility to strengthen our **integrated business** in Singapore across Downstream and Chemical operations by interconnecting pipelines and optimizing logistics. We are also jointly developing the Singapore residual upgrade project between Downstream and Chemical to upgrade residual, low-value streams from both chemical and downstream operations into Group II lube basestocks, further improving the competitiveness of the site.

Leading project management capabilities and deep technical and commercial **functional excellence** have contributed to recent sales growth. With a proven track record of delivering several major chemical projects successfully in the past two years, we remain a partner of choice, as demonstrated by the world-scale petrochemical complex on the U.S. Gulf Coast with partner SABIC and the agreement of cooperation signed with the government of Guangdong Province, China, for a potential petrochemical facility.

Critical positions in the Chemical business are filled by employees we have developed through training, challenging assignments, and broad experiences. Approximately 1,500 **people** fill these roles and are essential to meeting resource demand for major growth projects.

**GROWING EARNINGS, CASH FLOW, AND ROCE BY...**

**PROGRESSING 13 NEW FACILITIES** UTILIZING GLOBAL FEEDSTOCK FLEXIBILITY AND SUPPLY SCALE

**INVESTING IN** THREE MAJOR STEAM CRACKERS, INCLUDING ONE LIQUID CRACKER IN ASIA AND SEVERAL DERIVATIVE PROJECTS – POLYETHYLENE, POLYPROPYLENE, ETHYLENE GLYCOL, *VISTAMAXX*, AND LINEAR ALPHA OLEFINS

**GROWING SALES OF HIGH-VALUE PERFORMANCE PRODUCTS** BY 50% BY 2025

**EXPANDING TECHNOLOGY PORTFOLIO** WITH A FOCUS ON SUSTAINABLE SOLUTIONS

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 138 of 256    PageID 2719

## CORPORATE **SUSTAINABILITY**

*ExxonMobil's primary responsibility is to produce the energy and products that are essential to modern life and economic development. What we do is critically important. And it is equally important that we operate in a way that protects people, the environment, and the well-being of communities where we live and work.*

*Our annual Sustainability Report delivers a comprehensive analysis of the critical dimensions of sustainability, including environmental, social, and governance (ESG) performance. The following is a summary of our approach.*

### ENVIRONMENT AND CLIMATE CHANGE

Management of environmental performance is guided by a fundamental scientific understanding of the impacts of energy and petrochemical production and a commitment to develop, maintain, and operate facilities using appropriate environmental standards.

One area of critical importance is climate change. We manage the risks by reducing our emissions, helping consumers reduce theirs, participating in policy discussions, and advancing research to find new low-emissions technologies.

For example, in 2018, we outlined measures to reduce methane emissions by 15 percent and flaring by 25 percent by 2020. We also continued to advance our research into next-generation, breakthrough energy solutions, including biofuels, carbon capture and storage,

and technology to lower the energy intensity of industrial processes. Since 2000, we have invested more than $9 billion in lower-emission energy solutions.

On the policy front, ExxonMobil supports the Paris Agreement and market-based approaches to reduce greenhouse gas emissions, such as a revenue-neutral carbon tax.

Our *2019 Energy & Carbon Summary* provides a detailed overview of how the company manages risks related to climate change, including a view of potential scenarios toward a 2-degree Celsius (2°C) pathway as envisioned by the Paris Agreement.

### SOCIAL

We work to ensure sustainable economic benefits for communities where we operate. We focus on three key areas: employing and training a local workforce; supporting diverse, local suppliers; and improving people's livelihoods through direct community investments.

For example, around the world, our affiliates are locally staffed, including in Nigeria, Chad, and Indonesia, where we have 95 percent local hires, including 90 percent of supervisors and managers.

In Papua New Guinea, where it has been nearly a decade since construction started on our liquefied natural gas project, investment in local businesses continues to grow. In fact, we have spent about $4 billion on local goods and services.

And in a more recently sanctioned project in Guyana, we have already worked with more than 500 Guyanese-owned companies to support capacity-building in the country ahead of first oil production in 2020. As part of our long-term commitment to support local development priorities, we invested $10 million in a collaboration with Conservation International and the University of Guyana to train Guyanese for sustainable job opportunities and to expand community-supported conservation.

### GOVERNANCE

Our corporate governance systems and practices are core strengths of ExxonMobil. We apply a rigorous approach to corporate governance in all aspects of the way we do business, everywhere we operate, and we observe the highest standards of integrity and ethics.

ExxonMobil requires that employees, officers, directors, and those working on our behalf comply with all applicable laws, including U.S. anti-corruption, anti-trust, anti-boycott, trade sanctions, and export controls laws, as well as laws in other countries applicable to our business.

Good corporate governance creates a business environment that supports long-term growth. ExxonMobil's Board of Directors – comprised of the CEO and nine independent directors – provides a key oversight role, including review of risk management efforts and strategic plans. Ensuring that we have diversity of backgrounds, experiences, and thought represented on the board remains critical to our success.

**FINANCIAL** INFORMATION

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

**To the Board of Directors and Shareholders of Exxon Mobil Corporation**

We have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated balance sheets of Exxon Mobil Corporation and its subsidiaries (the "Corporation") as of December 31, 2018 and 2017, and the related consolidated statements of income, comprehensive income, changes in equity and cash flows for each of the three years in the period ended December 31, 2018 (not presented herein) appearing in the ExxonMobil 2018 Financial Statements and Supplemental Information booklet enclosed with the proxy materials for the 2019 annual meeting of shareholders of the Corporation and have issued our report thereon dated February 27, 2019, which included an unqualified opinion on those consolidated financial statements. In our opinion, the information set forth in the accompanying condensed consolidated financial statements (pages 37–39) is fairly stated, in all material respects, in relation to the consolidated financial statements from which it has been derived.

*PricewaterhouseCoopers LLP*



Dallas, Texas
February 27, 2019

## SUMMARY OF ACCOUNTING POLICIES AND PRACTICES

The Corporation's accounting and financial reporting fairly reflect its integrated business model involving exploration for, and production of, crude oil and natural gas and manufacture, trade, transport and sale of crude oil, natural gas, petroleum products, petrochemicals and a wide variety of specialty products. The preparation of financial statements in conformity with U.S. Generally Accepted Accounting Principles (GAAP) requires management to make estimates and judgments that affect the reported amounts of assets, liabilities, revenues, expenses and the disclosure of contingent assets and liabilities. Actual results could differ from these estimates.

The summary financial statements include the accounts of those subsidiaries the Corporation controls. They also include the Corporation's share of the undivided interest in certain Upstream assets, liabilities, revenues, and expenses. Amounts representing the Corporation's interest in the net assets and net income of entities that it does not control are included in "Investments, advances, and long-term receivables" on the Balance Sheet and "Income from equity affiliates" on the Income Statement.

The "functional currency" for translating the accounts of the majority of Downstream and Chemical operations outside the United States is the local currency. The local currency is also used for Upstream operations that are relatively self-contained and integrated within a particular country. The U.S. dollar is used for operations in countries with a history of high inflation and certain other countries.

Revenue is recognized at the amount the Corporation expects to receive when the customer has taken control, which is typically when title transfers and the customer has assumed the risks and rewards of ownership.

Inventories of crude oil, products, and merchandise are carried at the lower of current market value or cost (generally determined under the last-in, first-out method – LIFO). Inventories of materials and supplies are valued at cost or less.

The Corporation makes use of derivative instruments. When derivatives are used, they are recorded at fair value, and gains and losses arising from changes in their fair value are recognized in earnings.

The Corporation's exploration and production activities are accounted for under the "successful efforts" method. Depreciation, depletion, and amortization are primarily determined under either the unit-of-production method or the straight-line method. Unit-of-production rates are based on the amount of proved developed reserves of oil, natural gas, and other minerals that are estimated to be recoverable from existing facilities. The straight-line method is based on estimated asset service life.

The Corporation incurs retirement obligations for certain assets at the time they are installed. The fair values of these obligations are recorded as liabilities on a discounted basis and are accreted over time for the change in their present value. The costs associated with these liabilities are capitalized as part of the related assets and depreciated. Liabilities for environmental costs are recorded when it is probable that obligations have been incurred and the amounts can be reasonably estimated.

The Corporation recognizes the underfunded or overfunded status of defined benefit pension and other postretirement plans as a liability or asset in the balance sheet with the offset in equity, net of deferred taxes.

A variety of claims have been made against ExxonMobil and certain of its consolidated subsidiaries in a number of pending lawsuits and tax disputes. For further information on litigation and tax contingencies, see Notes 16 and 19 to the Consolidated Financial Statements in ExxonMobil's 2018 Financial Statements and Supplemental Information booklet.

The Corporation awards stock-based compensation to employees in the form of restricted stock units. Compensation expense is measured by the price of the stock at the date of grant and is recognized in income over the requisite service period.

Further information on the Corporation's accounting policies, estimates, and practices can be found in ExxonMobil's 2018 Financial Statements and Supplemental Information booklet (Critical Accounting Estimates and Note 1 to the Consolidated Financial Statements).

## FINANCIAL HIGHLIGHTS

*(millions of dollars, unless noted)*

| | 2018 | 2017 | 2016 |
|---|---|---|---|
| Net income attributable to ExxonMobil | 20,840 | 19,710 | 7,840 |
| Cash flow from operations and asset sales[1] | 40,137 | 33,169 | 26,357 |
| Capital and exploration expenditures[1] | 25,923 | 23,080 | 19,304 |
| Research and development costs | 1,116 | 1,063 | 1,058 |
| Total debt at year end | 37,796 | 42,336 | 42,762 |
| Average capital employed[1] | 232,374 | 222,631 | 212,226 |
| Market valuation at year end | 288,892 | 354,561 | 374,438 |
| Regular employees at year end *(thousands)* | 71.0 | 69.6 | 71.1 |

## KEY FINANCIAL RATIOS

| | 2018 | 2017 | 2016 |
|---|---|---|---|
| Return on average capital employed[1] *(percent)* | 9.2 | 9.0 | 3.9 |
| Earnings to average ExxonMobil share of equity *(percent)* | 11.0 | 11.1 | 4.6 |
| Debt to capital[2] *(percent)* | 16.0 | 17.9 | 19.7 |
| Net debt to capital[3] *(percent)* | 14.9 | 16.8 | 18.4 |
| Current assets to current liabilities *(times)* | 0.84 | 0.82 | 0.87 |

## DIVIDEND AND SHAREHOLDER RETURN INFORMATION

| | 2018 | 2017 | 2016 |
|---|---|---|---|
| **Dividends per common share** *(dollars)* | 3.23 | 3.06 | 2.98 |
| **Dividends per share growth** *(annual percent)* | 5.6 | 2.7 | 3.5 |
| **Number of common shares outstanding** *(millions)* | | | |
| Average | 4,270 | 4,256 | 4,177 |
| Average – assuming dilution | 4,270 | 4,256 | 4,177 |
| Year end | 4,237 | 4,239 | 4,148 |
| **Total shareholder return**[1] *(annual percent)* | (15.1) | (3.8) | 19.8 |
| **Common stock acquired** *(millions of dollars)* | 626 | 747 | 977 |
| **Market quotations for common stock** *(dollars)* | | | |
| High | 89.30 | 91.34 | 95.55 |
| Low | 64.65 | 76.05 | 71.55 |
| Average daily close | 79.96 | 81.86 | 86.22 |
| Year-end close | 68.19 | 83.64 | 90.26 |

(1) See Frequently used terms on pages 40 and 41.
(2) Debt includes short-term and long-term debt. Capital includes short-term and long-term debt and total equity.
(3) Debt net of cash and cash equivalents, excluding restricted cash.

A-130

## SUMMARY STATEMENT OF INCOME

| (millions of dollars) | 2018 | 2017 | 2016 |
|---|---|---|---|
| **Revenues and other income** | | | |
| Sales and other operating revenue | **279,332** | 237,162 | 200,628 |
| Income from equity affiliates | **7,355** | 5,380 | 4,806 |
| Other income | **3,525** | 1,821 | 2,680 |
| **Total revenues and other income** | **290,212** | 244,363 | 208,114 |
| **Costs and other deductions** | | | |
| Crude oil and product purchases | **156,172** | 128,217 | 104,171 |
| Production and manufacturing expenses | **36,682** | 32,690 | 30,448 |
| Selling, general and administrative expenses | **11,480** | 10,649 | 10,443 |
| Depreciation and depletion | **18,745** | 19,893 | 22,308 |
| Exploration expenses, including dry holes | **1,466** | 1,790 | 1,467 |
| Non-service pension and postretirement benefit expense | **1,285** | 1,745 | 1,835 |
| Interest expense | **766** | 601 | 453 |
| Other taxes and duties | **32,663** | 30,104 | 29,020 |
| **Total costs and other deductions** | **259,259** | 225,689 | 200,145 |
| Income before income taxes | **30,953** | 18,674 | 7,969 |
| Income taxes | **9,532** | (1,174) | (406) |
| **Net income including noncontrolling interests** | **21,421** | 19,848 | 8,375 |
| Net income attributable to noncontrolling interests | **581** | 138 | 535 |
| **Net income attributable to ExxonMobil** | **20,840** | 19,710 | 7,840 |
| Earnings per common share (dollars) | **4.88** | 4.63 | 1.88 |
| **Earnings per common share – assuming dilution** (dollars) | **4.88** | 4.63 | 1.88 |

The information in the Summary statement of income (for 2016 to 2018), the Summary balance sheet (for 2017 and 2018), and the Summary statement of cash flows (for 2016 to 2018), shown on pages 37 through 39, corresponds to the information in the Consolidated statement of income, the Consolidated balance sheet, and the Consolidated statement of cash flows in ExxonMobil's 2018 Financial Statements and Supplemental Information booklet. See also Management's discussion and analysis of financial condition and results of operations and other information in ExxonMobil's 2018 Financial Statements and Supplemental Information booklet.

A-131

Case 3:21-cv-00194-N   Document 124   Filed 01/08/24   Page 142 of 256   PageID 2723

## SUMMARY BALANCE SHEET AT YEAR END

*(millions of dollars)*

| | 2018 | 2017 |
|---|---:|---:|
| **Assets** | | |
| Current assets | | |
|   Cash and cash equivalents | 3,042 | 3,177 |
|   Notes and accounts receivable, less estimated doubtful amounts | 24,701 | 25,597 |
|   Inventories | | |
|     Crude oil, products and merchandise | 14,803 | 12,871 |
|     Materials and supplies | 4,155 | 4,121 |
|   Other current assets | 1,272 | 1,368 |
| Total current assets | 47,973 | 47,134 |
| Investments, advances and long-term receivables | 40,790 | 39,160 |
| Property, plant and equipment, at cost, less accumulated depreciation and depletion | 247,101 | 252,630 |
| Other assets, including intangibles, net | 10,332 | 9,767 |
| **Total assets** | **346,196** | 348,691 |
| **Liabilities** | | |
| Current liabilities | | |
|   Notes and loans payable | 17,258 | 17,930 |
|   Accounts payable and accrued liabilities | 37,268 | 36,796 |
|   Income taxes payable | 2,612 | 3,045 |
| Total current liabilities | 57,138 | 57,771 |
| Long-term debt | 20,538 | 24,406 |
| Postretirement benefits reserves | 20,272 | 21,132 |
| Deferred income tax liabilities | 27,244 | 26,893 |
| Long-term obligations to equity companies | 4,382 | 4,774 |
| Other long-term obligations | 18,094 | 19,215 |
| **Total liabilities** | **147,668** | 154,191 |
| Commitments and contingencies[1] | | |
| **Equity** | | |
| Common stock without par value | 15,258 | 14,656 |
| Earnings reinvested | 421,653 | 414,540 |
| Accumulated other comprehensive income | (19,564) | (16,262) |
| Common stock held in treasury | (225,553) | (225,246) |
| ExxonMobil share of equity | 191,794 | 187,688 |
| Noncontrolling interests | 6,734 | 6,812 |
| **Total equity** | **198,528** | 194,500 |
| **Total liabilities and equity** | **346,196** | 348,691 |

(1) For more information, please refer to Note 16 in ExxonMobil's 2018 Financial Statements and Supplemental Information booklet.

The information in the Summary statement of income (for 2016 to 2018), the Summary balance sheet (for 2017 and 2018), and the Summary statement of cash flows (for 2016 to 2018), shown on pages 37 through 39, corresponds to the information in the Consolidated statement of income, the Consolidated balance sheet, and the Consolidated statement of cash flows in ExxonMobil's 2018 Financial Statements and Supplemental Information booklet. See also Management's discussion and analysis of financial condition and results of operations and other information in ExxonMobil's 2018 Financial Statements and Supplemental Information booklet.

## SUMMARY STATEMENT OF CASH FLOWS

*(millions of dollars)*

| | **2018** | 2017 | 2016 |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Net income including noncontrolling interests | **21,421** | 19,848 | 8,375 |
| Adjustments for noncash transactions | | | |
| Depreciation and depletion | **18,745** | 19,893 | 22,308 |
| Deferred income tax charges/(credits) | **(60)** | (8,577) | (4,386) |
| Postretirement benefits expense in excess of/(less than) net payments | **1,070** | 1,135 | (329) |
| Other long-term obligation provisions in excess of/(less than) payments | **(68)** | (610) | (19) |
| Dividends received greater than/(less than) equity in current earnings of equity companies | **(1,684)** | 131 | (579) |
| Changes in operational working capital, excluding cash and debt | | | |
| Reduction/(increase) – Notes and accounts receivable | **(545)** | (3,954) | (2,090) |
| – Inventories | **(3,107)** | (1,682) | (388) |
| – Other current assets | **(25)** | (117) | 171 |
| Increase/(reduction) – Accounts and other payables | **2,321** | 5,104 | 915 |
| Net (gain) on asset sales | **(1,993)** | (334) | (1,682) |
| All other items – net | **(61)** | (771) | (214) |
| **Net cash provided by operating activities** | **36,014** | 30,066 | 22,082 |
| | | | |
| **Cash flows from investing activities** | | | |
| Additions to property, plant and equipment | **(19,574)** | (15,402) | (16,163) |
| Proceeds associated with sales of subsidiaries, property, plant and equipment, and sales and returns of investments | **4,123** | 3,103 | 4,275 |
| Additional investments and advances | **(1,981)** | (5,507) | (1,417) |
| Other investing activities including collection of advances | **986** | 2,076 | 902 |
| **Net cash used in investing activities** | **(16,446)** | (15,730) | (12,403) |
| | | | |
| **Cash flows from financing activities** | | | |
| Additions to long-term debt | **46** | 60 | 12,066 |
| Additions to short-term debt | **–** | 1,735 | – |
| Reductions in short-term debt | **(4,752)** | (5,024) | (314) |
| Additions/(reductions) in commercial paper, and debt with three months or less maturity | **(219)** | 2,181 | (7,459) |
| Cash dividends to ExxonMobil shareholders | **(13,798)** | (13,001) | (12,453) |
| Cash dividends to noncontrolling interests | **(243)** | (184) | (162) |
| Changes in noncontrolling interests | **146** | (150) | – |
| Common stock acquired | **(626)** | (747) | (977) |
| Common stock sold | **–** | – | 6 |
| **Net cash used in financing activities** | **(19,446)** | (15,130) | (9,293) |
| Effects of exchange rate changes on cash | **(257)** | 314 | (434) |
| Increase/(decrease) in cash and cash equivalents | **(135)** | (480) | (48) |
| Cash and cash equivalents at beginning of year | **3,177** | 3,657 | 3,705 |
| **Cash and cash equivalents at end of year** | **3,042** | 3,177 | 3,657 |

The information in the Summary statement of income (for 2016 to 2018), the Summary balance sheet (for 2017 and 2018), and the Summary statement of cash flows (for 2016 to 2018), shown on pages 37 through 39, corresponds to the information in the Consolidated statement of income, the Consolidated balance sheet, and the Consolidated statement of cash flows in ExxonMobil's 2018 Financial Statements and Supplemental Information booklet. See also Management's discussion and analysis of financial condition and results of operations and other information in ExxonMobil's 2018 Financial Statements and Supplemental Information booklet.

## FREQUENTLY USED **TERMS**

**Listed below are definitions of several of ExxonMobil's key business and financial performance measures and other terms. These definitions are provided to facilitate understanding of the terms and their calculation. In the case of financial measures that we believe constitute "non-GAAP financial measures" under Securities and Exchange Commission Regulation G, we provide a reconciliation to the most comparable Generally Accepted Accounting Principles (GAAP) measure and other information required by that rule.**

**Total shareholder return (TSR)** ▪ Measures the change in value of an investment in stock over a specified period of time, assuming dividend reinvestment. We calculate shareholder return over a particular measurement period by: dividing (1) the sum of (a) the cumulative value of dividends received during the measurement period, assuming reinvestment, plus (b) the difference between the stock price at the end and at the beginning of the measurement period; by (2) the stock price at the beginning of the measurement period. For this purpose, we assume dividends are reinvested in stock at market prices at approximately the same time actual dividends are paid. Shareholder return is usually quoted on an annualized basis.

**Capital and exploration expenditures (Capex)** ▪ Represents the combined total of additions at cost to property, plant and equipment, and exploration expenses on a before-tax basis from the Summary statement of income. ExxonMobil's Capex includes its share of similar costs for equity companies. Capex excludes assets acquired in nonmonetary exchanges (effective 2013), the value of ExxonMobil shares used to acquire assets, and depreciation on the cost of exploration support equipment and facilities recorded to property, plant and equipment when acquired.

While ExxonMobil's management is responsible for all investments and elements of net income, particular focus is placed on managing the controllable aspects of this group of expenditures.

**Returns, investment returns, project returns** ▪ Unless referring specifically to ROCE, references to returns, investment returns, project returns and similar terms mean discounted cash flow returns based on current company estimates. Future investment returns exclude prior exploration and acquisition costs.

**Proved reserves** ▪ Proved reserve figures in this publication are determined in accordance with SEC definitions in effect at the end of each applicable year. In statements covering reserve replacement for years prior to 2009, reserves include oil sands and equity company reserves, which at the time were excluded from SEC reserves.

**Proved reserves replacement ratio** ▪ The reserves replacement ratio is calculated for a specified period utilizing the applicable proved oil-equivalent reserves additions divided by oil-equivalent production. See "Proved reserves" above.

**Resources, resource base, and recoverable resources** ▪ Along with similar terms used in this report, these refer to the total remaining estimated quantities of oil and natural gas that are expected to be ultimately recoverable. ExxonMobil refers to new discoveries and acquisitions of discovered resources as resource additions. The resource base includes quantities of oil and natural gas classified as proved reserves, as well as, quantities that are not yet classified as proved reserves, but that are expected to be ultimately recoverable. The term "resource base" is not intended to correspond to SEC definitions such as "probable" or "possible" reserves. The term "in-place" refers to those quantities of oil and natural gas estimated to be contained in known accumulations and includes recoverable and unrecoverable amounts.

| RETURN ON AVERAGE CAPITAL EMPLOYED (ROCE) | **2018** | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| *(millions of dollars)* | | | | | |
| Net income attributable to ExxonMobil | **20,840** | 19,710 | 7,840 | 16,150 | 32,520 |
| Financing costs (after tax) | | | | | |
|    Gross third-party debt | **(912)** | (709) | (683) | (362) | (140) |
|    ExxonMobil share of equity companies | **(192)** | (204) | (225) | (170) | (256) |
|    All other financing costs – net | **498** | 515 | 423 | 88 | (68) |
|      Total financing costs | **(606)** | (398) | (485) | (444) | (464) |
| Earnings excluding financing costs | **21,446** | 20,108 | 8,325 | 16,594 | 32,984 |
| Average capital employed | **232,374** | 222,631 | 212,226 | 208,755 | 203,110 |
| Return on average capital employed – corporate total | **9.2%** | 9.0% | 3.9% | 7.9% | 16.2% |

ROCE is a performance measure ratio. From the perspective of the business segments, ROCE is annual business segment earnings divided by average business segment capital employed (average of beginning and end-of-year amounts). These segment earnings include ExxonMobil's share of segment earnings of equity companies, consistent with our capital employed definition, and exclude the cost of financing. The Corporation's total ROCE is net income attributable to ExxonMobil, excluding the after-tax cost of financing, divided by total corporate average capital employed. The Corporation has consistently applied its ROCE definition for many years and views it as the best measure of historical capital productivity in our capital-intensive, long-term industry, both to evaluate management's performance and to demonstrate to shareholders that capital has been used wisely over the long term. Additional measures, which are more cash-flow based, are used to make investment decisions. See page 4 for segment information relevant to ROCE.

**CAPITAL EMPLOYED AT YEAR END**
*(millions of dollars)*

| Business uses: asset and liability perspective | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| Total assets | 346,196 | 348,691 | 330,314 | 336,758 | 349,493 |
| Less liabilities and noncontrolling interests share of assets and liabilities | | | | | |
| Total current liabilities excluding notes and loans payable | (39,880) | (39,841) | (33,808) | (35,214) | (47,165) |
| Total long-term liabilities excluding long-term debt | (69,992) | (72,014) | (79,914) | (86,047) | (92,143) |
| Noncontrolling interests share of assets and liabilities | (7,958) | (8,298) | (8,031) | (8,286) | (9,099) |
| Add ExxonMobil share of debt-financed equity company net assets | 3,914 | 3,929 | 4,233 | 4,447 | 4,766 |
| **Total capital employed** | **232,280** | 232,467 | 212,794 | 211,658 | 205,852 |
| **Total corporate sources: debt and equity perspective** | | | | | |
| Notes and loans payable | 17,258 | 17,930 | 13,830 | 18,762 | 17,468 |
| Long-term debt | 20,538 | 24,406 | 28,932 | 19,925 | 11,653 |
| ExxonMobil share of equity | 191,794 | 187,688 | 167,325 | 170,811 | 174,399 |
| Less noncontrolling interests share of total debt | (1,224) | (1,486) | (1,526) | (2,287) | (2,434) |
| Add ExxonMobil share of equity company debt | 3,914 | 3,929 | 4,233 | 4,447 | 4,766 |
| **Total capital employed** | **232,280** | 232,467 | 212,794 | 211,658 | 205,852 |

Capital employed is a measure of net investment. When viewed from the perspective of how the capital is used by the businesses, it includes ExxonMobil's net share of property, plant and equipment and other assets, less liabilities, excluding both short-term and long-term debt. When viewed from the perspective of the sources of capital employed in total for the Corporation, it includes ExxonMobil's share of total debt and equity. Both of these views include ExxonMobil's share of amounts applicable to equity companies, which the Corporation believes should be included to provide a more comprehensive measure of capital employed.

**CASH FLOW FROM OPERATIONS AND ASSET SALES**
*(millions of dollars)*

| | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| Net cash provided by operating activities | 36,014 | 30,066 | 22,082 | 30,344 | 45,116 |
| Proceeds associated with sales of subsidiaries, property, plant and equipment, and sales and returns of investments | 4,123 | 3,103 | 4,275 | 2,389 | 4,035 |
| **Cash flow from operations and asset sales** | **40,137** | 33,169 | 26,357 | 32,733 | 49,151 |

Cash flow from operations and asset sales is the sum of the net cash provided by operating activities and proceeds associated with sales of subsidiaries, property, plant and equipment, and sales and returns of investments from the Summary statement of cash flows. This cash flow reflects the total sources of cash from both operating the Corporation's assets and from the divesting of assets. The Corporation employs a long-standing and regular disciplined review process to ensure that all assets are contributing to the Corporation's strategic objectives. Assets are divested when they are no longer meeting these objectives or are worth considerably more to others. Because of the regular nature of this activity, we believe it is useful for investors to consider proceeds associated with asset sales together with cash provided by operating activities when evaluating cash available for investment in the business and financing activities, including shareholder distributions.

**FREE CASH FLOW**
*(millions of dollars)*

| | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| Net cash provided by operating activities | 36,014 | 30,066 | 22,082 | 30,344 | 45,116 |
| Additions to property, plant and equipment | (19,574) | (15,402) | (16,163) | (26,490) | (32,952) |
| Proceeds associated with sales of subsidiaries, property, plant and equipment, and sales and returns of investments | 4,123 | 3,103 | 4,275 | 2,389 | 4,035 |
| Additional investments and advances | (1,981) | (5,507) | (1,417) | (607) | (1,631) |
| Other investing activities including collection of advances | 986 | 2,076 | 902 | 842 | 3,346 |
| **Free cash flow** | **19,568** | 14,336 | 9,679 | 6,478 | 17,914 |

Free cash flow is cash flow from operations and asset sales less additions to property, plant and equipment, and additional investments and advances, plus other investing activities, including collection of advances. This measure is useful when evaluating cash available for financing activities, including shareholder distributions, after investment in the business.

**DISTRIBUTIONS TO SHAREHOLDERS**
*(millions of dollars)*

| | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| Dividends paid to ExxonMobil shareholders | 13,798 | 13,001 | 12,453 | 12,090 | 11,568 |
| Cost of shares acquired to reduce shares outstanding | – | – | – | 3,000 | 12,000 |
| **Distributions to ExxonMobil shareholders** | **13,798** | 13,001 | 12,453 | 15,090 | 23,568 |
| Memo: Gross cost of shares acquired to offset shares or units settled in shares issued under benefit plans and programs | 626 | 747 | 977 | 1,039 | 1,183 |

The Corporation distributes cash to shareholders in the form of both dividends and share purchases. Shares are acquired to reduce shares outstanding and offset shares or units settled in shares issued in conjunction with company benefit plans and programs. For purposes of calculating distributions to shareholders, the Corporation only includes the cost of those shares acquired to reduce shares outstanding.

41

A-135

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 146 of 256    PageID 2727

## BOARD OF DIRECTORS, OFFICERS, AND AFFILIATED COMPANIES

*(left to right)*

**Angela F. Braly**   *Former Chairman of the Board, President, and Chief Executive Officer, WellPoint, Inc. (health care)*

**Steven A. Kandarian**   *Chairman of the Board, President, and Chief Executive Officer, MetLife Inc. (insurance)*

**Samuel J. Palmisano**   *Former Chairman of the Board, President, and Chief Executive Officer, International Business Machines Corporation (computer hardware, software, business consulting, and IT services)*

**Kenneth C. Frazier**   *Chairman of the Board, President, and Chief Executive Officer, Merck & Company (pharmaceuticals)*

**Darren W. Woods**   *Chairman of the Board and Chief Executive Officer*

**William C. Weldon**   *Former Chairman of the Board and Chief Executive Officer, Johnson & Johnson (pharmaceuticals)*

**Steven S Reinemund**   *Presiding Director; Former Chairman of the Board and Chief Executive Officer, PepsiCo (consumer food products)*

**Douglas R. Oberhelman**   *Former Chairman of the Board and Chief Executive Officer, Caterpillar Inc. (heavy equipment)*

**Susan K. Avery**   *President Emerita, Woods Hole Oceanographic Institution (nonprofit ocean research, exploration, and education)*

**Ursula M. Burns**   *Chairman of the Board and Chief Executive Officer, VEON, Ltd. (telecommunication services)*



A-136

## STANDING COMMITTEES OF THE BOARD

**Audit Committee**
*U.M. Burns (Chair)*
*D.R. Oberhelman*
*W.C. Weldon*

**Board Affairs Committee**
*K.C. Frazier (Chair)*
*S.K. Avery*
*S.J. Palmisano*
*S.S Reinemund*

**Compensation Committee**
*S.J. Palmisano (Chair)*
*A.F. Braly*
*K.C. Frazier*
*S.A. Kandarian*

**Finance Committee**
*D.W. Woods (Chair)*
*U.M. Burns*
*D.R. Oberhelman*
*W.C. Weldon*

**Public Issues and Contributions Committee**
*A.F. Braly (Chair)*
*S.K. Avery*
*S.A. Kandarian*
*S.S Reinemund*

**Executive Committee**
*D.W. Woods (Chair)*
*U.M. Burns*
*K.C. Frazier*
*S.J. Palmisano*
*S.S Reinemund*

## OFFICERS

| | |
|---|---|
| **D.W. Woods** | *Chairman of the Board*[1] |
| **N.A. Chapman** | *Senior Vice President*[1] |
| **A.P. Swiger** | *Senior Vice President*[1] |
| **J.P. Williams, Jr.** | *Senior Vice President*[1] |
| **P.P. Clarke** | *Vice President*[1] |
| **B.W. Corson** | *Vice President and President – ExxonMobil Upstream Ventures*[1] |
| **N.W. Duffin** | *Vice President*[1] |
| **R.M. Ebner** | *Vice President and General Counsel*[1] |
| **S.M. Greenlee** | *Vice President*[1] |
| **T.C. Gunnlaugsson** | *Vice President – Human Resources* |
| **N.A. Hansen** | *Vice President – Investor Relations and Secretary*[1] |
| **S.M. McCarron** | *Vice President – Public and Government Affairs* |
| **B.W. Milton** | *Vice President*[1] |
| **D.S. Rosenthal** | *Vice President and Controller*[1] |
| **R.N. Schleckser** | *Vice President and Treasurer*[1] |
| **J.M. Spellings, Jr.** | *Vice President and General Tax Counsel*[1] |
| **J.R. Verity** | *Vice President*[1] |
| **D.G. Wascom** | *Vice President – Operational Excellence and Safety, Security, Health & Environment* |
| **T.J. Wojnar, Jr.** | *Vice President – Corporate Strategic Planning*[1] |

## FUNCTIONAL AND SERVICE ORGANIZATIONS

**Upstream**

| | |
|---|---|
| **P.P. Clarke** | *President, ExxonMobil Gas & Power Marketing Company*[1] |
| **N.W. Duffin** | *President, ExxonMobil Production Company*[1] |
| **S.M. Greenlee** | *President, ExxonMobil Exploration Company*[1] |
| **L.M. Mallon** | *President, ExxonMobil Development Company*[1] |
| **S.N. Ortwein** | *President, XTO Energy Inc.*[1] |
| **T.W. Schuessler** | *President, ExxonMobil Upstream Research Company* |

**Downstream**

| | |
|---|---|
| **B.H. March** | *President, ExxonMobil Research and Engineering Company* |
| **B.W. Milton** | *President, ExxonMobil Fuels & Lubricants Company*[1] |

**Chemical**

| | |
|---|---|
| **J.R. Verity** | *President, ExxonMobil Chemical Company*[1] |

**Other**

| | |
|---|---|
| **L.D. DuCharme** | *President, ExxonMobil Global Services Company* |

(1) Required to file reports under Section 16 of the Securities Exchange Act of 1934.

As of December 31, 2018

A-137

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 148 of 256    PageID 2729

## INVESTOR INFORMATION

### SHAREHOLDER SERVICES

Shareholder inquiries should be addressed to ExxonMobil Shareholder Services at Computershare Trust Company, N.A., ExxonMobil's transfer agent:

**ExxonMobil Shareholder Services**
c/o Computershare
P.O. Box 505000
Louisville, KY 40233

**1-800-252-1800**
(Within the United States and Canada)

**1-781-575-2058**
(Outside the United States and Canada)

An automated voice-response system is available 24 hours a day, 7 days a week.

Service representatives are available Monday through Friday 8 a.m. to 8 p.m. Eastern Time.

Registered shareholders can access information about their ExxonMobil stock accounts via the Internet at *computershare.com/exxonmobil*.

### STOCK PURCHASE AND DIVIDEND REINVESTMENT PLAN

Computershare Trust Company, N.A., sponsors a stock purchase and dividend reinvestment plan, the Computershare Investment Plan for Exxon Mobil Corporation Common Stock. For more information and plan materials, go to *computershare.com/exxonmobil* or call or write ExxonMobil Shareholder Services.

### DIVIDEND DIRECT DEPOSIT

Shareholders may have their dividends deposited directly into their U.S. bank accounts. If you would like to elect this option, go to *computershare.com/exxonmobil* or call or write ExxonMobil Shareholder Services for an authorization form.

### CORPORATE GOVERNANCE

Our Corporate Governance Guidelines and related materials are available by selecting "Investors" on our website at *exxonmobil.com*.

### ELECTRONIC DELIVERY OF DOCUMENTS

Registered shareholders can receive the following documents online, instead of by mail, by contacting ExxonMobil Shareholder Services:

· Annual meeting materials
· Tax documents
· Account statements

Beneficial shareholders should contact their bank or broker for electronic receipt of proxy voting materials.

### EXXONMOBIL PUBLICATIONS

The following publications are available without charge to shareholders and can be found at *exxonmobil.com*. Requests for printed copies should be directed to ExxonMobil Shareholder Services.

· *Summary Annual Report*
· *Annual Report on Form 10-K*
· *Financial & Operating Review*
· *Sustainability Report*
· *Outlook for Energy: A View to 2040*
· *Energy & Carbon Summary*

Exxon Mobil Corporation has numerous affiliates, many with names that include *ExxonMobil*, *Exxon*, *Mobil*, *Esso*, and *XTO*. For convenience and simplicity, those terms and terms such as Corporation, company, our, we, and its are sometimes used as abbreviated references to specific affiliates or affiliate groups. Abbreviated references describing global or regional operational organizations, and global or regional business lines are also sometimes used for convenience and simplicity. Similarly, ExxonMobil has business relationships with thousands of customers, suppliers, governments, and others. For convenience and simplicity, words such as venture, joint venture, partnership, co-venturer, and partner are used to indicate business and other relationships involving common activities and interests, and those words may not indicate precise legal relationships.

Included in this *Summary Annual Report* are financial and operating highlights and summary financial statements. For complete financial statements, including notes, please refer to ExxonMobil's 2018 Financial Statements and Supplemental Information booklet included in the *Summary Annual Report* mailing. The Financial Statements and Supplemental Information booklet also includes "Management's Discussion and Analysis of Financial Condition and Results of Operations." The "Investors" section of ExxonMobil's website (*exxonmobil.com*) contains the Proxy Statement and other company publications, including ExxonMobil's *Financial & Operating Review*. These publications provide additional detail about the company's global operations.

The following are trademarks, service marks, or proprietary process names of Exxon Mobil Corporation or one of its affiliates: *ExxonMobil, Esso, Exxon, Mobil, Mobil 1, EHC, Santoprene, Synergy, Vistamaxx*, and *Achieve*.

The following third-party trademarks or service marks referenced in the text of the report are owned by the entities indicated: *PWC + Design* (The Trustees of the PWC Business Trust).

## GENERAL **INFORMATION**

PRINTED IN U.S.A.

©2019 EXXON MOBIL CORPORATION

WHETSTONE DESIGN

**CORPORATE HEADQUARTERS**
Exxon Mobil Corporation
5959 Las Colinas Boulevard
Irving, TX 75039-2298

Additional copies may be
obtained by writing or phoning:
Phone: 972-940-6000
Fax: 972-940-6748
Email: shareholderrelations@exxonmobil.com

**SHAREHOLDER RELATIONS ADDRESS**
Shareholder Relations
Exxon Mobil Corporation
P.O. Box 140369
Irving, TX 75014-0369

**MARKET INFORMATION**
The New York Stock Exchange is the principal exchange
on which Exxon Mobil Corporation common stock
is traded.
**STOCK SYMBOL: XOM**

**ANNUAL SHAREHOLDER MEETING**
The 2019 Annual Meeting of Shareholders
will be held at 9:30 a.m. Central Time on Wednesday,
May 29, 2019, at:

Renaissance Dallas Hotel Conference Center
2222 North Stemmons Freeway
Dallas, TX 75207

An audio webcast will be provided at *exxonmobil.com*.
Information about the webcast will be available one
week prior to the event.

ExxonMobil on the Internet
**A quick, easy way to get information
about ExxonMobil**

Important shareholder information is
available at *exxonmobil.com*:

▪ Publications

▪ Stock Quote

▪ Dividend Information

▪ Contact Information

▪ Speeches

▪ News Releases

▪ Investor Presentations

▪ Corporate Governance

exxonmobil.com/annualreport





**Exxon Mobil Corporation**
Corporate Headquarters
5959 Las Colinas Blvd.
Irving, Texas  75039-2298
exxonmobil.com

002CSN9B53

Printed in U.S.A.

A-140

# EXHIBIT 6

Case 3:21-cv-00194-N　　Document 124　　Filed 01/08/24　　Page 152 of 256　　PageID 2733

*Newsroom*

## ExxonMobil outlines aggressive growth plans to more than double earnings

NEW YORK — ExxonMobil today outlined an aggressive growth strategy to more than double earnings and cash flow from operations by 2025 at today's oil prices.

**News**

*March 7, 2018*

- Earnings and cash flow from operations projected to approximately double by 2025

- Strongest investment opportunities in two decades to drive results, improve returns

- Profitable production growth with low-cost-of-supply tight oil, liquefied natural gas and deepwater

ExxonMobil today outlined an aggressive growth strategy to more than double earnings and cash flow from operations by 2025 at today's oil prices.

"We've got the best portfolio of high-quality, high-return investment opportunities that we've seen in two decades," Darren W. Woods, chairman and chief executive officer, said at the company's annual meeting of investment analysts at the New York Stock Exchange.

"Our plan takes full advantage of the company's unique strengths and financial capabilities, using innovation, technology and integration to drive long-term shareholder value and industry-leading returns."

Growth plans include steps to increase earnings by more than 100 percent – to $31 billion by 2025 at 2017 prices – from last year's adjusted profit of $15 billion, which excluded the impact of U.S. tax reform and impairments.

Woods said this plan projects double-digit rates of return in all three segments of ExxonMobil's business – upstream, downstream and chemical – which are all three world-class businesses in their own right.

In the upstream, the company expects to significantly increase earnings through a number of growth initiatives involving low-cost-of-supply investments in U.S. tight oil, deepwater and liquefied natural gas (LNG). Growth coming online from new and existing projects is expected to increase production from 4 million oil-equivalent barrels per day to about 5 million.

The company plans to increase tight-oil production five-fold from the U.S. Permian Basin and start up 25 projects worldwide. Those startups will add volumes of more than 1 million oil-equivalent barrels per day. In LNG, the company expects to bring on new production to meet a projected increase in global demand.

A-141

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 153 of 256    PageID 2734

Upstream growth will benefit from ExxonMobil's industry-leading exploration success and strategic acquisitions. In 2017 alone, the company added 10 billion oil-equivalent barrels to its resource base in locations including the Permian, Guyana, Mozambique, Papua New Guinea and Brazil.

Key drivers of growth are in Guyana, where exploration success has added 3.2 billion gross oil equivalent barrels of recoverable resource and plans are in place for development and further exploration, and in the Permian, where the company has increased the size of its resource to 9.5 billion oil-equivalent barrels from less than 3 billion in the past year.

Through its acquisition of several Bass entities in 2017, ExxonMobil added an estimated resource of 5.4 billion oil-equivalent barrels in the Permian. The original resource estimate of 3.4 billion barrels at the time of the purchase was increased through technical evaluation and successful delineation in the Delaware Basin, reducing the acquisition cost to just above $1 per oil-equivalent barrel.

The contiguous stacked pays from the New Mexico acquisition are now estimated to provide more than 4,800 drilling locations with an average lateral length of more than 12,000 feet, enabling capital-efficient execution of Permian volumes growth and the potential to further increase future volumes.

"We are in a solid position to maximize the value of the increased Permian production as it moves from the well head to our Gulf Coast refining and chemical operations, where we are focusing on manufacturing higher-demand, higher-value products," Woods said.

ExxonMobil's downstream business is projected to double earnings by 2025 by upgrading its product slate through strategic investments at refineries in Baytown and Beaumont in Texas and Baton Rouge, Louisiana, Rotterdam, Antwerp, Singapore, and Fawley in the U.K.

These projects are expected to result in double-digit returns by enabling increased production of higher-value products, such as ultra-low sulfur diesel, chemicals feedstocks and basestocks for lubricants. As a result of these improvements, the company's 2025 downstream margins are projected to increase by 20 percent.

Expansion is supported by projected demand growth in emerging markets, and includes entries into new markets such as Mexico and Indonesia. It is supported by integration with chemical manufacturing and upstream production.

In its chemical business, ExxonMobil expects to grow manufacturing capacity in North America and Asia Pacific by about 40 percent. That growth will be achieved in part by adding 13 new facilities, including two world-class steam crackers in the United States. These investments would enable the company to meet increasing demand in Asia and other growing markets.

"We are uniquely positioned to take advantage of the global demand growth for higher-value products in the downstream and chemical," Woods said. "Our combined strengths in innovative technology, resource and market access, marketing product leadership and integration improve profitability and create significant shareholder value."

Woods said the company's overall growth strategy is designed with a key goal in mind – fully leveraging our competitive advantages to grow shareholder value across all three of our world-class businesses. Through higher returns from increased investments, the company has the potential to increase its return on capital employed to about 15 percent by 2025.

A-142

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 154 of 256    PageID 2735

"Our existing business and plans for growth are robust to a wide range of price environments, allowing us to maintain a growing dividend and a strong balance sheet while returning excess cash to our shareholders," said Woods.

**About ExxonMobil**

ExxonMobil, the largest publicly traded international oil and gas company, uses technology and innovation to help meet the world's growing energy needs. ExxonMobil holds an industry-leading inventory of resources, is one of the largest refiners and marketers of petroleum products and its chemical company is one of the largest in the world. For more information, visit **www.exxonmobil.com** or follow us on Twitter **www.twitter.com/exxonmobil**.

**Cautionary Statement:**

Outlooks, projections, estimates, goals, targets, descriptions of business plans and objectives, market expectations and other statements of future events or conditions in this release are forward-looking statements. Actual future results, including future earnings, cash flows, returns, margins, and other areas of financial and operating performance; demand growth and energy mix; ExxonMobil's production growth, volumes, development and mix; resource recoveries; project plans, timing, costs, and capacities; efficiency gains; operating costs and cost savings; integration benefits; product sales and mix; production rates and capacities; and the impact of technology could differ materially due to a number of factors. These include changes in oil or gas demand, supply, prices or other market conditions affecting the oil, gas, petroleum and petrochemical industries; reservoir performance; timely completion of exploration and development projects; regional differences in product concentration and demand; war and other political or security disturbances; changes in law, taxes or other government regulation, including environmental regulations, taxes, and political sanctions; the outcome of commercial negotiations; the actions of competitors and customers; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; unforeseen technical difficulties; and other factors discussed in Item 1A. Risk Factors in our most recent Form 10-K available on our website at www.exxonmobil.com.

Forward-looking statements contained in this release regarding future earnings, cash flow, project returns, and return on average capital employed (ROCE) are not forecasts of actual future results. These figures are intended to help quantify the targeted future results and goals of currently-contemplated management plans and initiatives assuming a constant real Brent crude price of $60 per barrel through 2025. This price is used for illustrative purposes only and is not intended to represent management's forecast of future oil prices or the price management uses for internal planning purposes. For the $60 crude price case we have assumed that Downstream and Chemical product margins remain consistent with 2017 levels; that other factors such as laws and regulations (including tax and environmental laws) and fiscal regimes remain consistent with current conditions; and have otherwise developed these estimates consistently with management's internal planning and modeling assumptions. The forward-looking statements in this release are based on management's good faith plans and objectives as of the March 7, 2018 date of this release and we assume no duty to update these statements as of any future date.

Adjusted earnings and ROCE are non-GAAP measures. Adjusted 2017 earnings of $15 billion as presented in this presentation represent approximately $19.7 billion of GAAP earnings minus approximately $6 billion of positive effects from U.S. tax reform, partially offset by approximately $1.5 billion of impairments for the year. For more information on

A-143

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 155 of 256    PageID 2736

the definition and use of ROCE in our business see the Frequently Used Terms on the Investors page of our website at www.exxonmobil.com. Estimates of ROCE for future periods in this release are determined in a manner consistent with this definition but we are unable to provide a reconciliation to any GAAP financial measure because the information is dependent on future events, many of which are outside management's control as described above. Additionally, estimating GAAP measures to provide a meaningful reconciliation of future ROCE estimates consistent with our accounting policies for future periods is extremely difficult and requires a level of precision that is unavailable for these future periods and cannot be accomplished without unreasonable effort. References in this release to oil-equivalent barrels, resources and the resource base include quantities of oil and gas that are not yet classified as proved reserves under SEC definitions but that are expected to be moved into the proved reserves category and produced in the future.

Unless referring specifically to ROCE, references to returns in this release mean discounted cash flow returns based on current company estimates. Future investment returns exclude prior exploration and acquisition costs. The term "project" as used in this release can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

This release summarizes highlights from ExxonMobil's 2018 Analysts' Meeting held on March 7, 2018. For more information concerning the forward-looking statements and other information contained in this release, please refer to the complete Analysts' Meeting presentation (including important information contained in the Cautionary Statement and Supplemental Information sections of the presentation) which is available live and in archive form through ExxonMobil's website at **www.exxonmobil.com**.

**Public Company Information:** NYSE:XOM

**Contact:** ExxonMobilMedia Relations, +1 972-940-6007

A-144

# EXHIBIT 7

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 157 of 256    PageID 2738

*Newsroom*

## ExxonMobil CEO Darren Woods highlights growth plans and advances in lower-carbon solutions

DALLAS — ExxonMobil plans to more than double earnings potential by 2025 while addressing the risks of climate change through continued research into breakthrough lower-carbon technologies, Chairman and Chief Executive Officer Darren Woods told shareholders during the company's annual meeting today.

**News**

*May 30, 2018*

---

- Plans to more than double earnings potential by 2025 while addressing climate change risks

- Strongest investment opportunities in two decades drive results and improve returns

- Investments leverage technology leadership, integrated businesses and skilled employees

ExxonMobil plans to more than double earnings potential by 2025 while addressing the risks of climate change through continued research into breakthrough lower-carbon technologies, Chairman and Chief Executive Officer Darren Woods told shareholders during the company's annual meeting today.

Meeting the world's growing energy needs will require trillions of dollars in new investment across industry, even under a scenario to limit the global increase in temperature to 2 degrees Celsius, Woods said. The company will continue to focus on investments that take advantage of its technology leadership, integrated businesses and highly skilled employees.

"Through record discoveries, world-class acquisitions and growing access to attractive markets, we've put together the best portfolio of new investments since the Exxon-Mobil merger nearly 20 years ago," Woods said. "Our investments are robust to a wide range of price environments, and they leverage our competitive advantages in technology, integration and, most importantly, our people."

Lower-cost-of-supply investments in U.S. tight oil, deepwater and liquefied natural gas (LNG) are key drivers behind ExxonMobil's plans, and are supported by a suite of industry-leading technologies including advanced seismology, integrated reservoir modeling and data analytics.

The company has announced it would increase tight oil production in the U.S. Permian Basin five-fold, and start up 25 projects worldwide, which will add volumes of more than 1 million oil-equivalent barrels per day. In 2017, ExxonMobil added 10 billion oil-equivalent barrels to its resource base in locations including the Permian, Guyana, Mozambique, Papua New Guinea and Brazil.

ExxonMobil is upgrading its product slate through strategic investments at refineries in Baytown and Beaumont in Texas and Baton Rouge, Louisiana, Rotterdam, Antwerp, Singapore, and Fawley in the U.K. The company expects to grow its chemical manufacturing capacity in North America and Asia Pacific by about 40 percent, in part by adding 13 new facilities including two world-class steam crackers in the United States.

Woods said the company is focused on four fundamentals: integration, technology, operational excellence and project execution.

A-145

"Our investment plans, like every aspect of our business, are built on the fundamentals," Woods said. "We focus on success factors that are true regardless of market conditions, and we leverage areas where we have unique competitive strengths."

Woods also stressed the company's commitment to a solutions-oriented approach to address the dual challenge of producing energy the world needs for economic growth while addressing the risks of climate change.

"Society's needs evolve and so do we," Woods said. "We have a long history of consistently rising to and meeting the challenges of a dynamic world."

Woods provided details of ExxonMobil's response to a resolution passed during the 2017 shareholders meeting seeking more information on how the company will address the risks of climate change.

Earlier this year, the company released its updated **Energy & Carbon Summary report**, which examined a range of 2 degrees Celsius scenarios developed by experts at a Stanford University forum. Oil and natural gas continue to play a significant role in meeting the world's energy needs in each scenario and remain important sources, even in models with the lowest level of total energy demand. The analysis also confirmed that more advances in technology will be required.

Woods highlighted the company's strengths in innovation and broad research program, and outlined progress ExxonMobil continues to make in researching and developing lower-carbon solutions, particularly in carbon capture and storage technology, next-generation biofuels, and more efficient manufacturing processes.

The company is working with Connecticut-based FuelCell Energy, Inc. **on a novel approach to capture carbon from natural gas power plants through fuel cell technology**, **advanced algae biofuels** with partner Synthetic Genomics in California, and a **more efficient chemical manufacturing technology** with the Georgia Institute of Technology that could dramatically minimize process emissions, among numerous other projects and partnerships.

ExxonMobil recently announced initiatives to cut greenhouse gas emissions associated with its operations, specifically a targeted 15 percent reduction in methane emissions associated with production assets and a 25 percent reduction in flaring. Since 2000, ExxonMobil has spent more than $9 billion to develop and deploy higher-efficiency and lower-emission energy solutions across its operations.

During the annual meeting, shareholders re-elected ExxonMobil's board of directors, supported the company's executive compensation program, ratified PricewaterhouseCoopers LLP as independent auditors and voted against four proposals by shareholders. The proxy voting results will be made available on the company's website.

**About ExxonMobil**

ExxonMobil, the largest publicly traded international oil and gas company, uses technology and innovation to help meet the world's growing energy needs. ExxonMobil holds an industry-leading inventory of resources, is one of the largest refiners and marketers of petroleum products, and its chemical company is one of the largest in the world. For more information, visit **www.exxonmobil.com** or follow us on Twitter **www.twitter.com/exxonmobil**.

**Cautionary Statement:** Statements of future events or conditions in this release are forward-looking statements. Actual future results, including future earnings growth and production growth; project plans and timing; product sales and mix; integration and efficiency benefits; emission reductions; and the impact of new technologies, could vary depending on a number of factors. These include changes in oil or gas demand, supply, prices or other market conditions affecting the oil, gas, petroleum and petrochemical industries; reservoir performance; timely completion of exploration and development projects; regional differences in product concentration and demand; development and competitiveness of alternative technologies; war and other political or security disturbances; changes in law, taxes or other government regulation, including environmental regulations, taxes, and political sanctions; the outcome of commercial negotiations; the actions of competitors and customers; unexpected technological

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 159 of 256    PageID 2740

developments; general economic conditions, including the occurrence and duration of economic recessions; unforeseen technical difficulties; and other factors discussed in this release and under the heading "Factors Affecting Future Results" on the Investors page of ExxonMobil's website at exxonmobil.com.

Forward-looking statements contained in this release regarding future earnings are not forecasts of actual future results. These figures are intended to help quantify the targeted future results and goals of currently-contemplated management plans and initiatives assuming a constant real Brent crude price of $60 per barrel through 2025. This price is used for illustrative purposes only and is not intended to represent management's forecast of future oil prices or the price management uses for internal planning purposes. The forward-looking statements in this release are based on management's good faith plans and objectives as of the March 7, 2018 date of the company's most recent analysts' meeting. For more information concerning the forward-looking statements and other information contained in this release, please refer to the complete Analysts' Meeting presentation (including important information contained in the Cautionary Statement and Supplemental Information sections of the presentation) which is available live and in archive form through ExxonMobil's website at **www.exxonmobil.com**. Earnings growth potential referenced in the shareholders' meeting and this release are based on adjusted 2017 earnings excluding the effect of U.S. tax law changes and impairments. A reconciliation of 2017 GAAP earnings to this adjusted earnings figures is included in the Additional Information available on the annual meeting page of the company's website.

References to the resource base and similar terms in this release include volumes that are not yet classified as proved reserves under SEC regulations but that we believe will be developed in the future and moved into the proved reserves category. The term "project" as used in this release can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

**Public Company Information:** NYSE:XOM

**Contact:** Exxon Mobil Corporation Media Line, +1 972-940-6007

A-147

# **EXHIBIT 8**

*Newsroom*

## ExxonMobil adds 4.5 billion barrels to reserves

IRVING, Texas – Exxon Mobil Corporation said today it added 4.5 billion oil-equivalent barrels of proved oil and gas reserves in 2018, replacing 313 percent of the year's production.

**News**

*Feb. 26, 2019*

---

- Higher prices and unconventional drilling drive proved reserves additions

- Reserves life at current production rates is 17 years

- Continuing success in exploration and strategic acquisitions in Guyana and Brazil add high-quality resources

ExxonMobil's proved reserves totaled 24.3 billion oil-equivalent barrels at year-end 2018. Liquids represented 64 percent of the reserves, up from 57 percent in 2017.

"We continue to add high-value, attractive assets to our portfolio that have positioned the company for long-term growth," said Darren W. Woods, ExxonMobil chairman and chief executive officer. "Our unique strengths, integrated businesses and technical expertise continue to grow value for our shareholders."

ExxonMobil's reserves life at current production rates is 17 years. Over the past 10 years, ExxonMobil has added proved oil and gas reserves totaling approximately 17 billion oil-equivalent barrels, replacing 108 percent of produced volumes, including the impact of asset sales.

Consistent with SEC requirements, ExxonMobil reports reserves based on the average of the applicable market price on the first day of each calendar month during the year. As a result of higher prices in 2018, about 3.6 billion oil-equivalent barrels, including volumes at the Kearl oil sands development in Canada, qualified as proved reserves additions at year-end.

During 2018, proved additions from unconventional plays totaled approximately 1.2 billion oil-equivalent barrels. Significant additions in the Permian Basin are supported by ExxonMobil's growth plan including increased drilling activity and infrastructure development.

A downward revision of approximately 800 million oil-equivalent barrels in the Netherlands was a result of an agreement with the Dutch government to curtail production at the Groningen field.

Reserves additions reflect new developments as well as revisions, including price impacts, and extensions of existing fields resulting from drilling, studies and analysis of reservoir performance.

ExxonMobil added 1.3 billion oil-equivalent barrels to its resource base in 2018 through by-the-bit exploration discoveries and strategic acquisitions, primarily in Guyana and

Brazil. The resource base includes proved reserves, plus other discovered resources that are expected to be ultimately recovered.

"Multiple new discoveries offshore Guyana, continued growth in the Permian Basin and a strategic acquisition in Brazil greatly enhanced our already strong portfolio of high-quality, low-cost-of-supply opportunities," said Woods.

The annual reporting of proved reserves is the product of the corporation's long-standing, rigorous process that ensures consistency and management accountability in all reserves bookings.

###

**About ExxonMobil**

ExxonMobil, the largest publicly traded international energy company, uses technology and innovation to help meet the world's growing energy needs. ExxonMobil holds an industry-leading inventory of resources, is one of the largest refiners and marketers of petroleum products, and its chemical company is one of the largest in the world. For more information, visit **www.exxonmobil.com** or follow us on Twitter **www.twitter.com/exxonmobil**.

Cautionary Note: Proved reserve figures in this release are based on current SEC definitions. The reserves replacement ratio is calculated for a specified period utilizing the applicable proved oil-equivalent reserves additions divided by oil-equivalent production. The terms "resources" and "resource base" include quantities of discovered oil and gas that are not yet classified as proved reserves but that are expected to be ultimately recovered in the future. The term "resource base" is not intended to correspond to SEC definitions such as "probable" or "possible" reserves.

Statements of future events or conditions in this release are forward-looking statements. Actual future results, including production rates and timing and resource recoveries, could differ materially due to factors such as changes in market conditions affecting the oil and gas industry or long-term oil and gas price levels; political or regulatory developments including the grant of necessary approvals; reservoir performance; the outcome of future exploration and development efforts; technical or operating factors; the outcome of future commercial negotiations; and other factors cited under the caption "Factors Affecting Future Results" on the Investors page of our website at **www.exxonmobil.com**.

**Public company information**: NYSE:XOM

**Contact**: ExxonMobil Media Relations, +1 972-940-6007

A-149

# **EXHIBIT 9**

*Newsroom*

# ExxonMobil to increase, accelerate Permian output to 1 million barrels per day by 2024

IRVING, Texas – ExxonMobil said today it has revised its Permian Basin growth plans to produce more than 1 million oil-equivalent barrels per day by as early as 2024 – an increase of nearly 80 percent and a significant acceleration of value.

**News**

*March 5, 2019*

---

- Updated plans call for nearly 80 percent more unconventional production

- Doubling of production in 2018 increases confidence in growth plans

- Increased spending to generate double-digit returns at low prices

The size of the company's resource base in the Permian is approximately 10 billion oil-equivalent barrels and is likely to grow further as analysis and development activities continue.

"We're increasingly confident about our Permian growth strategy due to our unique development plans," said Neil Chapman, ExxonMobil senior vice president. "We will leverage our large, contiguous acreage position, our improved understanding of the resource and the full range of ExxonMobil's capabilities in executing major projects."

"Our plans are attractive at a range of prices and we expect them to drive more value as we continue to lower our development and production costs," Chapman said.

ExxonMobil's investments in the Permian Basin are expected to produce double-digit returns, even at low oil prices. At a $35 per barrel oil price, for example, Permian production will have an average return of more than 10 percent.

The anticipated increase in production will be supported by further evaluation of ExxonMobil's Delaware Basin's increased resource size, infrastructure development plans, and secured capacity to transport oil and gas to ExxonMobil's Gulf Coast refineries and petrochemical operations through the Wink-to-Webster, Permian Highway and Double E pipelines.

Among the company's key advantages in the Permian, is its acreage position. The company has large, contiguous acreage that enables multi-well pads in large development corridors connecting to efficient gathering systems, reducing development costs and accelerating production growth. ExxonMobil's scale, financial capacity and technical capabilities enable the company to maximize the value of the resource.

ExxonMobil is actively building infrastructure to support volume growth. Plans include construction at 30 sites to enhance oil and gas processing, water handling and ensure takeaway capacity from the basin. Construction activities include central delivery facilities designed to handle up to 600,000 barrels of oil and 1 billion cubic feet of gas per day

A-150

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 165 of 256    PageID 2746

and enhanced water-handling capacity through 350 miles of already-constructed pipeline.

"These investments support growth plans and ensure that as production levels continue to rise, we are well positioned in processing and transportation capacity," Chapman said.

The investment plans will also bring great benefits to the local area. ExxonMobil's expansion in the region will benefit communities in West Texas and southeast New Mexico through billions in property tax revenue, economic development and the creation of high-paying jobs.

ExxonMobil remains one of the most active operators in the Permian Basin and has 48 drilling rigs currently in operation and plans to increase its rig count to approximately 55 by the end of the year.

Increased use of technology, including enhanced subsurface characterization, subsurface modeling and advanced data analytics to support optimization and automation, will help the company reduce costs, improve its development plan and increase resource recovery.

**About ExxonMobil**

ExxonMobil, the largest publicly traded international oil and gas company, uses technology and innovation to help meet the world's growing energy needs. ExxonMobil holds an industry-leading inventory of resources, is one of the largest refiners and marketers of petroleum products and its chemical company is one of the largest in the world. For more information, visit **www.exxonmobil.com** or follow us on Twitter **www.twitter.com/exxonmobil.**

Cautionary Statement: Statements of future events or conditions in this release are forward-looking statements. Actual future results, including future production rates and timing; investment returns; infrastructure plans, capacities, and results; resource recoveries; production and development costs; rig counts; emission reductions; efficiencies and impacts of technology; and economic development impacts could differ materially due to changes in market conditions affecting the oil, gas and petrochemical industries or long-term price levels for oil, gas, refined products and petrochemicals; political and regulatory developments including changes in environmental laws and regulations; the ability to implement development, production, operating and management improvements as planned; reservoir performance; the actions of competitors; the occurrence and duration of economic recessions; the outcome of commercial negotiations; technical and operating factors; and other factors discussed in this release and under the heading "Factors Affecting Future Results" on the Investors page of ExxonMobil's website at www.exxonmobil.com. As used in this release references to future returns mean discounted cash flow returns based on current company estimates and exclude prior exploration and acquisition costs. References to the resource base, oil-equivalent barrels and similar terms include quantities of oil and gas that are not yet classified as proved reserves under SEC definitions but that are expected ultimately to be moved to the proved reserves category and produced in the future. Forward-looking statements in this release are based on management's information and belief at the time of this release and we assume no duty to update these statements as of any future date. This release is not intended to override the corporate separateness of various entities, including affiliated companies.

**Public Company Information:** NYSE:XOM

**Contact**: ExxonMobil Media Relations (972) 940-6007

A-151

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 166 of 256    PageID 2747

A-152

# EXHIBIT 10

**Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 168 of 256    PageID 2749**

*Newsroom*

## ExxonMobil updates growth plans, significant additional upside possible

NEW YORK – ExxonMobil today said it has updated its growth plans and expects annual earnings potential to increase by more than 140 percent by 2025 from 2017 adjusted earnings, assuming an oil price of $60 per barrel and based on 2017 margins.

**News**

*March 6, 2019*

---

- Plans have upside potential in key growth areas, including Guyana and Permian

- On track to significantly increase cash flow from operations and asset sales

- Return on capital employed expected to double by 2025

"Given the success we experienced last year and the progress we're making on our plans, we have even greater confidence in our ability to grow value for our shareholders," Darren W. Woods, chairman and chief executive officer, said at the company's annual investor day at the New York Stock Exchange.

"We are exceeding the pace of our expected progress on the aggressive growth strategy we laid out last year," Woods said. "We continue to enhance our industry-leading portfolio, and are leveraging our competitive advantages in integration, scale, technology and execution to deliver long-term value for our shareholders."

ExxonMobil's updated earnings projection compares with last year's estimated increase of 135 percent between 2017 and 2025, based on 2017 adjusted earnings. Cumulative earnings potential from 2019 through 2025 has increased by about $9 billion, supported by further improvements to the company's investment portfolio and divestment plans.

ExxonMobil expects annual cash flow from operations to reach $60 billion in 2025, assuming oil prices at $60 per barrel and 2017 margins. Cumulative cash flow from operations and asset sales over the period from 2019 to 2025 is $24 billion higher than what was communicated at last year's analyst meeting, including $15 billion from anticipated asset sales from 2019 to 2021.

The company expects to double return on capital employed by 2025 under the $60 per barrel price scenario described during last year's investor day.

In the upstream, growth will benefit from ExxonMobil's exploration success and progress in development plans. In 2018, the company added 1.3 billion oil-equivalent barrels to its resource base, which included additions from new discoveries and strategic acquisitions, mainly in Guyana and Brazil.

In Guyana, the estimated gross recoverable resource from the Stabroek Block is approximately 5.5 billion oil-equivalent barrels. That compares with the updated resource estimate late last year of more than 5 billion oil-equivalent barrels.

A-153

Additional Investor Day Highlights

- In Brazil, ExxonMobil has built a position of 2.3 million acres, adding 800,000 acres in 2018.

- A key liquefied natural gas (LNG) project in Mozambique is on track for final investment decision this year. The Papua New Guinea LNG project is progressing. In February 2019 the company sanctioned the Golden Pass LNG project to capitalize on the low cost supply of U.S. natural gas and the expected growth in global LNG demand.

- In the Permian, the size of the company's net resource is 10 billion oil-equivalent barrels and is expected to grow further. ExxonMobil's production in the Permian is expected to exceed 1 million oil-equivalent barrels per day by 2024, an increase of nearly 80 percent from last year's investor day presentation. The anticipated increase in production will be supported by further evaluation of the Delaware Basin's increased resource size, infrastructure development plans, and secured capacity to transport oil and gas to ExxonMobil's Gulf Coast refineries and petrochemical operations.

- In the downstream, the company is progressing six major refining investments to meet growing demand for higher-value fuel and lubricant products. Three of those – a Beaumont hydrofiner, a delayed coker at Antwerp and an advanced hydrocracker at Rotterdam – are operating. The remaining three – Fawley hydrofiner in the U.K., light crude refining expansion at Beaumont and a residual upgrader in Singapore – are on schedule.

- In the chemical business, the company detailed plans for 13 new facilities to supply growing demand for products. Seven of the projects started up through 2018 and the remaining six are on schedule. These investments are expected to deliver 30 percent sales growth by 2025, largely driven by technology-enabled performance products.

### About ExxonMobil

ExxonMobil, the largest publicly traded international oil and gas company, uses technology and innovation to help meet the world's growing energy needs. ExxonMobil holds an industry-leading inventory of resources, is one of the largest refiners and marketers of petroleum products and its chemical company is one of the largest in the world. For more information, visit **www.exxonmobil.com** or follow us on Twitter **www.twitter.com/exxonmobil**.

### Cautionary Statement

Outlooks, projections, estimates, goals, discussions of potential, descriptions of business plans, objectives and resource potential, market expectations and other statements of

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 170 of 256    PageID 2751

future events or conditions in this release are forward-looking statements. Actual future results, including future earnings, cash flows, returns, margins, asset sales, volumes, and other areas of financial and operating performance; demand growth and energy mix; ExxonMobil's production growth, development and mix; reserve and resource additions and recoveries; project plans, completion dates, timing, costs, and capacities; efficiency gains; operating costs and cost savings; integration benefits; product sales and mix; production rates and capacities; and the impact of technology could differ materially due to a number of factors. These include changes in oil or gas demand, supply, prices or other market conditions affecting the oil, gas, petroleum and petrochemical industries; population growth, global economic growth, reservoir performance and depletion rates; timely completion of exploration, development and construction projects; regional differences in product concentration and demand; war and other political or security disturbances; changes in law, taxes or other government regulation or operation, including environmental regulations, taxes, and political sanctions; the outcome of commercial negotiations; the actions of competitors and customers; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; unforeseen technical difficulties; and other factors discussed in Item 1A. Risk Factors in our most recent Form 10-K available on our website at **www.exxonmobil.com**.

Forward-looking statements contained in this release regarding future earnings, cash flow from operations and asset sales, and return on average capital employed (ROCE) are not forecasts of actual future results. These figures are intended to help quantify the targeted future results and goals of currently-contemplated management plans and objectives assuming a constant real Brent crude price of $60 per barrel through 2025. This price is used for illustrative purposes only and is not intended to represent management's forecast of future oil prices or the price management uses for internal planning purposes. For the $60 crude price case discussed in last year's analysts' meeting and used for comparison purposes in calculating the objectives outlined in this release, we have assumed that Downstream and Chemical product margins remain consistent with 2017 levels; that other factors such as laws and regulations (including tax and environmental laws) and fiscal regimes remain consistent with current conditions; and have otherwise developed these estimates consistently with management's internal planning and modeling assumptions including future natural gas prices. For the corporation and finance segment we assume expenses of $2.5 billion annually consistent with the basis for the objectives presented at last year's meeting. The forward-looking statements in this release are based on management's good faith plans and objectives as of the March 6, 2019 date of this release and we assume no duty to update these statements as of any future date.

Adjusted earnings, cash flow from operations and asset sales, and ROCE are non-GAAP measures. Adjusted 2017 earnings of $15 billion as presented in this release represent approximately $19.7 billion of GAAP earnings minus approximately $6 billion of positive effects from U.S. tax reform, partially offset by approximately $1.5 billion of impairments for the year. For more information on the definition and use of each of cash flows from operations and asset sales and ROCE in our business see the Frequently Used Terms on the Investors page of our website at **www.exxonmobil.com**. Estimates of adjusted earnings, cash flows from operations and asset sales, and ROCE for future periods in this release are determined in a manner consistent with this definition but we are unable to provide a reconciliation to any GAAP financial measure because the information is dependent on future events, many of which are outside management's control as described above. Additionally, estimating GAAP measures to provide a meaningful reconciliation consistent with our accounting policies for future periods is extremely difficult and requires a level of precision that is unavailable for these future

A-155

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 171 of 256    PageID 2752

periods and cannot be accomplished without unreasonable effort. References in this release to oil-equivalent barrels, net resources and the resource base include quantities of oil and gas that are not yet classified as proved reserves under SEC definitions but that are expected to be ultimately recoverable.

The term "project" as used in this release can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports. The term "performance product" as used in this release refers to high performance chemical products, including plastics, synthetic rubber, chemical derivatives, fluids, and solvents that provide differentiated performance for multiple applications.

This release summarizes highlights from ExxonMobil's 2019 Analysts' Meeting held on March 6, 2019. For more information concerning the forward-looking statements and other information contained in this release, please refer to the complete Analysts' Meeting presentation (including important information contained in the Cautionary Statement and Supplemental Information sections of the presentation) which is available live and in archive form through ExxonMobil's website at **www.exxonmobil.com.**

**Public Company Information**: NYSE: XOM

**Contact**: ExxonMobil Media Relations, (972) 940-6007

A-156

# EXHIBIT 11

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 173 of 256    PageID 2754

*Newsroom*

## ExxonMobil earns $2.4 billion in first quarter 2019

IRVING, Texas – Exxon Mobil Corporation today announced estimated first quarter 2019 earnings of $2.4 billion, or $0.55 per share assuming dilution, compared with $4.7 billion a year earlier. Cash flow from operations and asset sales was $8.4 billion, including proceeds associated with asset sales of $107 million. During the quarter, the company distributed $3.5 billion in dividends to shareholders. Capital and exploration expenditures were $6.9 billion, up 42 percent from the prior year, reflecting key investments in the U.S. Permian Basin.

**News**

*April 26, 2019*

- Upstream liquids production grows by 5 percent versus first quarter 2018, driven by the Permian

- Portfolio strengthens with new offshore discoveries in Guyana and Cyprus

- Downstream and Chemical results reflect challenging industry margin environments

|  | First Quarter | | | Fourth Quarter | |
|---|---|---|---|---|---|
|  | **2019** | 2018 | % | 2018 | % |
| Earnings Summary (Dollars in millions, except per share data) | | | | | |
| Earnings (U.S. GAAP) | **2,350** | 4,650 | -49 | 6,000 | -61 |
| Earnings Per Common Share Assuming Dilution | **0.55** | 1.09 | -50 | 1.41 | -61 |
| Capital and Exploration Expenditures | **6,890** | 4,867 | 42 | 7,843 | -12 |

Oil-equivalent production was 4 million barrels per day, up 2 percent from the first quarter of 2018. Excluding entitlement effects and divestments, oil-equivalent production was up 3 percent from the first quarter of 2018. Upstream liquids production grew by 5 percent compared with the first quarter of 2018, driven by Permian unconventional growth of nearly 140 percent.

"Solid operating performance in the first quarter helped mitigate the impact of challenging Downstream and Chemical margin environments. In addition, we continued to benefit from our integrated business model," said Darren W. Woods, chairman and

A-157

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 174 of 256    PageID 2755

chief executive officer. "We are making strong progress on our growth plans and expect to deliver sustained value for our shareholders. The change in Canadian crude differentials, as well as heavy scheduled maintenance, similar to the fourth quarter of 2018, affected our quarterly results."

First Quarter 2019 Business Highlights

### Upstream

- Crude prices strengthened during the quarter but remained weaker, on average, than the fourth quarter of 2018. North American differentials narrowed, largely as a result of imposed production curtailments in Canada and additional takeaway capacity in the Permian.

- Natural gas prices were impacted by warmer weather.

- Production volumes benefited from continued unconventional growth. However, first quarter production was negatively impacted by lower Kearl output in Canada and downtime.

### Downstream

- ExxonMobil achieved first sales of on-specification Group II basestocks from the advanced hydrocracker at the Rotterdam refinery in the Netherlands. The new unit uses proprietary catalyst in a unique refining configuration to upgrade lower-value vacuum gas oil into higher-value EHC™ Group II basestocks and ultra-low sulfur diesel.

- Weak industry fuels margins from high gasoline inventory levels and narrowed North American crude differentials impacted results in the quarter.

- Overall heavy scheduled maintenance remained at similar levels to the fourth quarter of 2018.

### Chemical

- Sales volumes increased from the prior year quarter reflecting project growth, however, margins remained challenged with continued supply length from recent industry capacity additions.

### Strengthening the Portfolio

- ExxonMobil made two additional discoveries offshore Guyana at the Tilapia-1 and Haimara-1 wells during the first quarter. In April, the company also announced a new discovery at the Yellowtail-1 well, marking the 13th discovery on the Stabroek Block.

- ExxonMobil made a natural gas discovery offshore Cyprus in the Eastern Mediterranean at the Glaucus-1 well. Based on preliminary interpretation of the well data, the discovery could represent an in-place natural gas resource of approximately 5 trillion to 8 trillion cubic feet (142 billion to 227 billion cubic meters). Further analysis is required to better determine the resource potential.

A-158

ExxonMobil has revised its Permian Basin growth plans to produce more than 1 million oil-equivalent barrels per day by as early as 2024. The size of the company's resource base in the Permian is approximately 10 billion oil-equivalent barrels and is likely to grow further as analysis and development activities continue.

## Investing for Growth

- ExxonMobil and partner Qatar Petroleum made a final investment decision to proceed with development of the Golden Pass LNG export project located in Sabine Pass, Texas. The facility is expected to start up in 2024. The project will have capacity to produce approximately 16 million tons of liquefied natural gas per year and provide an increased, reliable, long-term supply of liquefied natural gas to global gas markets.

- ExxonMobil reached a final investment decision and started construction on a new unit at its Beaumont, Texas refinery that will increase crude refining capacity by more than 65 percent, or 250,000 barrels per day. The third crude unit within the facility's existing footprint will expand light crude oil refining and be supported by increased crude oil production in the Permian Basin.

- ExxonMobil reached a final investment decision on construction of a new polypropylene production unit in Baton Rouge, Louisiana that will expand production capacity along the Gulf Coast by up to 450,000 metric tons per year. Construction will begin in 2019 and startup is anticipated by 2021.

## Advancing Innovative Technologies and Products

- ExxonMobil announced a new partnership with Microsoft Corporation that will make its Permian Basin operations the largest-ever oil and gas acreage to use cloud technology to drive improvements in analyses and enhance operational efficiencies. The application of Microsoft technologies by ExxonMobil's XTO Energy subsidiary is anticipated to improve capital efficiency and support Permian production growth by as much as 50,000 oil-equivalent barrels per day by 2025.

- ExxonMobil and Renewable Energy Group have signed a joint research agreement with Clariant AG to evaluate the potential use of cellulosic sugars from sources such as agricultural waste and residues to produce biofuel, which has the potential to play a role in reducing greenhouse gas emissions.

## Earnings and Volume Summary

| Millions of Dollars (unless noted) | 1Q 2019 | 1Q 2018 | Change | Comments |
|---|---|---|---|---|
| Upstream | | | | |

A-159

| | | | | |
|---|---|---|---|---|
| U.S. | 96 | 429 | -333 | Lower liquids prices, higher growth-related expenses and an asset impairment charge (-115), partly offset by liquids volume growth |
| Non-U.S. | 2,780 | 3,068 | -288 | Absence of Scarborough asset sale gain (-366), lower liquids prices, higher growth-related expenses and an asset impairment charge (-43), partly offset by higher gas realizations and favorable tax impacts |
| **Total** | **2,876** | **3,497** | **-621** | **Prices -30, volumes +80, other -670** |
| Production (koebd) | 3,981 | 3,889 | +92 | Liquids +111 kbd: U.S. growth and improved reliability, partly offset by decline<br><br>Gas -114 mcfd: lower demand, decline, and divestments, partly offset by lower maintenance and growth |

## Downstream

| | | | | |
|---|---|---|---|---|
| U.S. | (161) | 319 | -480 | Higher scheduled maintenance and lower margins, partly offset by improved yield / sales mix |
| Non-U.S. | (95) | 621 | -716 | Lower margins and higher scheduled maintenance |
| **Total** | **(256)** | **940** | **-1,196** | **Margins -860, scheduled maintenance -450, other +110** |
| Petroleum Product Sales (kbd) | 5,415 | 5,432 | -17 | |

## Chemical

| | | | | |
|---|---|---|---|---|
| U.S. | 161 | 503 | -342 | Lower margins and higher growth-related expenses |
| Non-U.S. | 357 | 508 | -151 | Lower margins and unfavorable foreign exchange impacts, partly offset by volume growth |
| **Total** | **518** | **1,011** | **-493** | **Margins -360, foreign exchange -70, volumes +60, other -120** |
| Prime Product Sales (kt) | 6,772 | 6,668 | +104 | Growth-related volumes |
| **Corporate and financing** | **(788)** | **(798)** | **+10** | |

## Earnings and Volume Summary

| Millions of Dollars (unless noted) | 1Q 2019 | 4Q 2018 | Change | Comments |
|---|---|---|---|---|
| **Upstream** | | | | |
| U.S. | 96 | 265 | -169 | Lower volumes and lower gas realizations |
| Non-U.S. | 2,780 | 3,048 | -268 | Lower volumes, unfavorable tax impacts and absence of favorable one-time 4Q'18 items, partly offset by higher liquids prices and lower exploration expenses |
| **Total** | **2,876** | **3,313** | **-437** | **Volumes -290, prices +50, other -200** |
| Production (koebd) | 3,981 | 4,010 | -29 | Liquids -21 kbd: decline and higher downtime, partly offset by growth<br><br>Gas -50 mcfd: lower entitlements, partly offset by higher seasonal demand |
| **Downstream** | | | | |
| U.S. | (161) | 987 | -1,148 | Lower margins, including narrowed crude differentials and the change in mark-to-market derivative impacts, and higher scheduled maintenance |
| Non-U.S. | (95) | 1,717 | -1,812 | Lower margins, including the change in mark-to-market derivative impacts, and lower divestment gains with absence of the sale of Augusta refinery / Germany Retail conversion to branded wholesaler (-888), partly offset by lower scheduled maintenance |
| **Total** | **(256)** | **2,704** | **-2960** | **Margins -2,060, divestment gains -900** |
| Petroleum Product Sales (kbd) | 5,416 | 5,495 | -80 | |
| **Chemical** | | | | |
| U.S. | 161 | 282 | -121 | Lower margins |
| Non-U.S. | 357 | 455 | -98 | Absence of favorable tax item (-212), partly offset by lower downtime / maintenance |
| **Total** | **518** | **737** | **-219** | **Margins -110, downtime / maintenance +80, other -190** |
| Prime Product Sales (kt) | 6,772 | 6,672 | +100 | Lower downtime / maintenance |
| **Corporate and financing** | **(788)** | **(754)** | **-34** | |

A-161

## Cash Flow from Operations and Asset Sales

| Millions of Dollars | 1Q 2019 | Comments |
|---|---|---|
| Net income including noncontrolling interests | 2,406 | Including $56 million for noncontrolling interests |
| Depreciation | 4,571 | |
| Changes in working capital | 2,257 | Including favorable seasonal payables |
| Other | (896) | Equity company earnings greater than dividends |
| **Cash Flow from Operating Activities (U.S. GAAP)** | **8,338** | |
| Asset sales | 107 | |
| **Cash Flow from Operations and Asset Sales** | **8,445** | |

### First Quarter 2019 Financial Updates

During the first quarter of 2019, Exxon Mobil Corporation purchased 5 million shares of its common stock for the treasury at a gross cost of $414 million. These shares were acquired to offset dilution in conjunction with the company's benefit plans and programs. The corporation will continue to acquire shares to offset dilution in conjunction with its benefit plans and programs.

ExxonMobil will discuss financial and operating results and other matters during a webcast at 8:30 a.m. Central Time on April 26, 2019. To listen to the event or access an archived replay, please visit **www.exxonmobil.com**.

### Cautionary Statement

Outlooks, projections, goals, targets, descriptions of strategic plans and objectives, and other statements of future events or conditions in this release are forward-looking statements. Actual future results, including business and project plans, capacities, costs, and timing; resource recoveries and production rates; and the impact of new technologies, including to increase capital efficiency and production and to reduce greenhouse gas emissions, could differ materially due to a number of factors. These include global or regional changes in supply and demand for oil, gas, and petrochemicals and other market conditions that impact prices and differentials; reservoir performance; the outcome of exploration projects and timely completion of development and construction projects; the impact of fiscal and commercial terms and the outcome of commercial negotiations or acquisitions; changes in law, taxes, or regulation including environmental regulations, and timely granting of governmental permits; war, and other political or security disturbances; the actions of competitors; the capture of efficiencies between business lines; unforeseen technical or operating difficulties; unexpected technological developments; the ability to bring new technologies to commercial scale on a cost-competitive basis; general economic conditions including the occurrence and duration of economic recessions; the results of research programs; and other factors discussed under the heading Factors Affecting Future Results on the Investors page of our website at www.exxonmobil.com and in Item 1A of ExxonMobil's 2018 Form 10-K. We assume no duty to update these statements as of any future date.

### Frequently Used Terms and Non-GAAP Measures

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 179 of 256    PageID 2760

This press release includes Cash flow from operations and asset sales. Because of the regular nature of our asset management and divestment program, we believe it is useful for investors to consider proceeds associated with the sales of subsidiaries, property, plant and equipment, and sales and returns of investments together with cash provided by operating activities when evaluating cash available for investment in the business and financing activities. A reconciliation to net cash provided by operating activities is shown for the first quarter of 2019 on page 6 and for 1Q 2019, 1Q 2018 and 4Q 2018 in Attachment V.

This press release also includes total taxes including sales-based taxes. This is a broader indicator of the total tax burden on the corporation's products and earnings, including certain sales and value-added taxes imposed on and concurrent with revenue-producing transactions with customers and collected on behalf of governmental authorities ("sales-based taxes"). It combines "Income taxes" and "Total other taxes and duties" with sales-based taxes, which are reported net in the income statement. We believe it is useful for the corporation and its investors to understand the total tax burden imposed on the corporation's products and earnings. A reconciliation to total taxes is shown as part of the Estimated Key Financial and Operating Data in Attachment I.

References to the resource base and other quantities of oil, natural gas or condensate may include estimated amounts that are not yet classified as "proved reserves" under SEC definitions, but which are expected to be ultimately recoverable. The term "in-place" refers to those quantities of oil and natural gas estimated to be contained in known accumulations and includes recoverable and unrecoverable amounts. The term "project" as used in this release can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports. Further information on ExxonMobil's frequently used financial and operating measures and other terms including "Cash flow from operations and asset sales", and "Total taxes including sales-based taxes" is contained under the heading "Frequently Used Terms" available through the "Investors" section of our website at **exxonmobil.com**.

Reference to Earnings

References to corporate earnings mean net income attributable to ExxonMobil (U.S. GAAP) from the consolidated income statement. Unless otherwise indicated, references to earnings, Upstream, Downstream, Chemical and Corporate and financing segment earnings, and earnings per share are ExxonMobil's share after excluding amounts attributable to noncontrolling interests.

EHC is a registered trademark of Exxon Mobil Corporation.

Exxon Mobil Corporation has numerous affiliates, many with names that include ExxonMobil, Exxon, Mobil, Esso, and XTO. For convenience and simplicity, those terms and terms such as corporation, company, our, we, and its are sometimes used as abbreviated references to specific affiliates or affiliate groups. Similarly, ExxonMobil has business relationships with thousands of customers, suppliers, governments, and others. For convenience and simplicity, words such as venture, joint venture, partnership, co-venturer, and partner are used to indicate business and other relationships involving common activities and interests, and those words may not indicate precise legal relationships.

# Estimated Key Financial and Operating Data

Exxon Mobil Corporation First Quarter 2019 - Attachment I
(millions of dollars, unless noted)

| | First Quarter | | Fourth Quarter |
|---|---|---|---|
| | **2019** | 2018 | 2018 |
| Earnings / Earnings Per Share | | | |

A-163

# EXHIBIT 12

*Newsroom*

# ExxonMobil outlines progress on long-term growth strategy

NEW YORK – ExxonMobil continues to make progress on the company's long-term growth plans by investing through the commodity price cycle to capture high-value opportunities and grow earnings and cash flow potential.

**News**

*March 5, 2020*

---

- Advantaged projects, industry-leading growth opportunities and favorable cost environment support earnings and cash flow growth potential

- Population growth, global prosperity driving demand for oil, natural gas and chemicals

- Company works to meet increased demand for reliable and affordable energy while reducing emissions and the risks associated with climate change

"We are effectively executing our growth strategy that will lead to sustained improvement in shareholder value," Darren W. Woods, ExxonMobil chairman and chief executive officer, said at the company's annual investor day at the New York Stock Exchange.

"Using the strength of our balance sheet to invest through the cycle is a key element of our strategy. We are taking advantage of a favorable cost environment and investing in advantaged projects – underpinned by the long-term fundamentals of growing demand. The strength of our portfolio and our financial capacity enable us to continuously evaluate our priorities and the pace of investments while preserving value, which is critical in current market conditions and near decade-low commodity prices and margins."

Woods told investors that ExxonMobil is planning capital expenditures of between $30 billion to $35 billion annually through 2025, consistent with previous guidance. For 2020, the company anticipates an investment level of up to $33 billion, depending on the progress of individual projects.

Woods also outlined progress on key projects that support ExxonMobil's growth plans, including:

- In Guyana, the estimated gross recoverable resource from the Stabroek Block increased to more than 8 billion oil-equivalent barrels, in part as a result of six additional discoveries made in 2019 and 2020. ExxonMobil and its partners started production of oil at the Liza field in December 2019, less than five years after the first discovery of hydrocarbons and years ahead of industry average.

A-164

**Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 182 of 256    PageID 2763**

Production in Guyana is expected to reach more than 750,000 gross barrels of oil per day by 2025.

- In the Permian Basin, production volumes increased and remain on track to exceed 1 million oil equivalent barrels per day by 2024. A capital-efficient development approach is being applied at scale, differentiating ExxonMobil from its competition. The process, known as cube development, accesses multiple shale layers simultaneously, saving money, maximizing value of resources and reducing surface footprint. The company emphasized it is evaluating the pace of near-term development activities in response to market conditions, and can do so while preserving value. Permian well cost and performance continues to improve and future growth will be supported by integrated infrastructure capacity expansions at the company's Gulf Coast refineries and petrochemical operations.

- ExxonMobil holds the leading acreage position in Brazil among international oil companies and added more than 450,000 acres in 2019, for a total of 2.5 million net acres. The company has plans to increase exploration activity in 2020 and 2021, and Phase 1 of the Bacalhau field development is progressing on schedule.

- ExxonMobil reported strong performance from its low-cost liquefied natural gas (LNG) operations in Papua New Guinea, and the company continues to work with the governments in Papua New Guinea and Mozambique to advance new projects to support long-term demand growth.

- In the downstream, ExxonMobil remains focused on maximizing value from its base assets through increased integration, utilization and efficiency. Project improvements continue to add value, and recent investments in Beaumont, Rotterdam and Antwerp generated earnings of $300 million in 2019.

- In the chemical business, long-term global fundamentals continue to support the company's expansion projects throughout the U.S. Gulf Coast and in Asia. Eight projects have been completed, four reached a final investment decision in 2019, and one additional project is being progressed. These investments are expected to deliver a 30 percent increase in sales growth relative to 2017.

- The company is actively upgrading its portfolio through strategic divestments, and continues to progress its $15 billion divestment program.

Woods said ExxonMobil's long-term growth plans are rooted in the company's efforts to meet the world's increasing demand for reliable and affordable energy, while reducing emissions and risks associated with climate change.

Population growth and an expanding middle class will increase energy demand, which will require massive investments in oil and natural gas even in the more stringent low

carbon scenarios, he said. Investments in new technologies to reduce emissions will also be needed.

ExxonMobil is a technology leader and is collaborating with world-leading research institutions to advance lower-emission solutions including biofuels, carbon capture and energy-efficient manufacturing. The company is targeting the critical sectors of commercial transportation, power generation and high-energy industrial processes, because they produce 80 percent of energy-related emissions and current technologies are insufficient to achieve deep reductions.

"ExxonMobil is committed to being part of the solution," said Woods. "We're investing in new energy supplies to improve global living standards, working on technologies that are needed to reduce emissions and supporting sensible policies, such as those putting a price on carbon or regulations to reduce emissions of methane."

**About ExxonMobil**

ExxonMobil, one of the largest publicly traded international energy companies, uses technology and innovation to help meet the world's growing energy needs. ExxonMobil holds an industry-leading inventory of resources, is one of the largest refiners and marketers of petroleum products, and its chemical company is one of the largest in the world. To learn more, visit **exxonmobil.com** and the **Energy Factor**.

Follow us on **Twitter** and **LinkedIn**.

**Cautionary Statement:**

Outlooks, projections, goals, estimates, discussions of potential, descriptions of business plans, drilling plans and strategies, growth and capital plans, resource potential, market expectations, energy market evolution, time for technology adoption, and other statements of future events or conditions in this release are forward-looking statements. Actual future results, including future earnings, cash flows, returns, margins, asset sales and related proceeds, and other areas of financial and operating performance; demand growth and energy mix; ExxonMobil's production growth, volumes, development and mix; the amount and mix of capital expenditures; future distributions; proved reserves and other resource volumes; reserve and resource additions and recoveries; asset carrying values and future impairments; business and project plans, completion dates, timing, costs, and capacities; efficiency gains; operating costs and cost savings; integration benefits; product sales and mix; production rates and capacities; and the impact of technology, including to increase capital efficiency and production and to reduce greenhouse gas emissions, could differ materially due to a number of factors. These include global and regional changes in the demand, supply, prices, differentials or other market conditions affecting oil, gas, petroleum, petrochemicals and feedstocks; financing sources; population growth and global economic growth; reservoir performance and depletion rates; the outcome of exploration projects and the timely completion of development and construction projects; regional differences in product concentration and demand; war, trade agreements, shipping blockades or harassment and other political, public health or security concerns; changes in law, taxes or regulation, including environmental regulations, taxes, and political sanctions and international treaties; the timely granting of government permits; the resolution of contingencies and uncertain tax positions; the impact of fiscal and commercial terms and the outcome of commercial negotiations; opportunities for regulatory approval of potential investments or divestments; the actions of competitors and customers; the capture of efficiencies between business lines; unexpected technological developments;

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 184 of 256    PageID 2765

general economic conditions, including the occurrence and duration of economic recessions; unforeseen technical or operating difficulties; the ability to bring new technologies to commercial scale on a cost-competitive basis, including large-scale hydraulic fracturing projects; and other factors discussed in *Item 1A. Risk Factors* in our Form 10-K for the year ended December 31, 2019 and under the heading "Factors Affecting Future Results" in the *Investors* section of our website at **www.exxonmobil.com**.

Forward-looking statements contained in this presentation regarding the potential for future earnings, cash flow, volumes growth, long-term growth, and capital employed are not forecasts of actual future results. These figures are provided to help quantify the potential future results and goals of currently-contemplated management plans and objectives. We have assumed that other factors such as laws and regulations, including tax and environmental laws, and fiscal regimes remain consistent with current conditions for the relevant periods.

References in this release to oil-equivalent barrels, gross barrels or similar terms include quantities of oil and gas that are not yet classified as proved reserves under SEC definitions but that are expected to be ultimately recoverable.

The term "project" as used in this release can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

This release summarizes highlights from ExxonMobil's 2020 Analysts' Meeting held on March 5, 2020. For more information concerning the forward-looking statements and other information contained in this release, please refer to the complete Analysts' Meeting presentation (including important information contained in the Cautionary Statement and Supplemental Information sections of the presentation) which is available live and in archive form through ExxonMobil's website at **www.exxonmobil.com**.

**Public Company Information**: NYSE: XOM

**Contact**: Media Line (972) 940-6007

A-167

# EXHIBIT 13

**S&P Global**
Market Intelligence

# Exxon Mobil Corporation NYSE:XOM
# Analyst/Investor Day
## Wednesday, March 06, 2019 1:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

**1**

A-168

Case 3:21-cv-00194-N   Document 124   Filed 01/08/24   Page 187 of 256   PageID 2768

# Presentation

**Neil A. Hansen**
*VP of Investor Relations & Secretary*

Hi, good morning, and welcome to ExxonMobil's 2019 Investor Day. We very much appreciate you joining us this morning and we look forward to an engaging discussion. For those of who that I have not met, my name is Neil Hansen. I am the Vice President of Investor Relations and the Corporate Secretary. I want to begin by familiarizing you with the safety procedures here at the New York Stock Exchange. If you look around there are 2 exits from this room, one to left of the stage and one in the back. Both of these will take you to a stairwell down to the street level. In case of an emergency, there will be an audible message that will give instructions as to what to do and there will be stock exchange personnel available to provide us with instructions. Also I would like to ask that everyone please silence any electronic devices, both phones and tablets, so we're not disturbed during the presentation.

Next, I would like to draw your attention to our cautionary statement found in the front of the presentation material and our supplemental information at the back of the material. As you know, these statements contain information that is relevant to today's discussion and I encourage you to read them. You may also access our website at exxonmobil.com for additional information on factors that may affect our future results as well as supplemental information that provides the definitions for some of the terms that we will use today.

Let me begin by reviewing the agenda for today. Darren Woods, Chairman and Chief Executive Officer, will lead the presentation today with members from the management committee. Darren will begin with the discussion of the business fundamentals, supporting our investments, and our plans for growing portfolio value. Following that, Neil Chapman and Jack Williams will provide updates on Upstream, Downstream and Chemical business lines. And then Andy Swiger will close with a discussion and a review on our financial and investment plans.

We'll have an opportunity to take questions after the prepared remarks and then at the conclusion of our morning session, we will have lunch on the 7th floor of the stock exchange.

With that, it is now my pleasure to introduce Mr. Darren Woods, Chairman and CEO of Exxon Mobil.

**Darren W. Woods**
*Chairman & CEO*

Good morning, everybody. Welcome. It's good to be here this morning with all of you and have a chance to talk to you about our plans. Last year, we laid out a pretty aggressive plan to grow earnings, grow cash flow and improve returns at the same time. Today we're looking forward to taking you through the progress we've made on those plans and showcasing the upside that we've identified in the year since we last met.

As Neil said, each member of the management team is going to take you through their perspective of our plans and then we will end with a group discussion up here answering any of your questions.

Since last year, I've spent quite a bit of time engaging with our shareholders, making sure the people have a clear understanding of the direction that we're taking our business. And today, we hope to add to that understanding. We want to talk about what we're doing, why we're doing it and the progress that we're making. Neil and Jack are going to explain in a lot more detail than we've historically shared that for their businesses, and then Andy is going to wrap that up and translate that into the financial success that we see for our company.

I'm going to cover 5 topics. I want to cover the progress that we're making on the plans that we've outlined and the exciting upside that we've identified. I want to provide a basis for the plans and by giving an overview of the business fundamentals that really underpin and drive our decision making.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N   Document 124   Filed 01/08/24   Page 188 of 256   PageID 2769

I want to explain how we're uniquely positioned to create unique value in this industry by leveraging our competitive advantages and generating industry-leading value. I'll review our investment plans and our efforts to highgrade our portfolio, and then how all of that translates into growth and earnings, cash flow and returns in a flat price environment, that is, with no help from the market.

Let me start with results from last year. Earnings were up 40% from 2017 due to higher prices, liquids growth, and our North American integration. The solid blue bar represents the 2018 earnings potential that we shared with you at last year's meeting at $60 a barrel. To understand how we did relative to that, we have to normalize our 2018 results to that same basis, $60 a barrel in 2017 margins. You can see that here, we met our earnings potential on that basis for the year. Overall, I'll tell you, I feel really good about what we delivered last year. We had some shortcomings in the first half, some disappointments, but more than made up for that in the second half. And as we finished the year, we're basically in line with where be expected to be.

More importantly, much more importantly for us, we made very good progress on the project milestones that we outlined last year. And as I've said, as we were doing that identified additional upside, which I'll take you through here now, at a fairly high level, as I said, Neil and Jack are going to get into more details. I want to kind of just give you a broad perspective as we head into the discussions today. Bottom line, our plans are on track across all 3 business sectors and in each business sector we have identified upsides.

In the Upstream, we made very good progress on our 5 key focus areas: significant growth in Guyana; more attractive acreage captured in the Permian and Brazil; accelerated value capture in the Permian; and then we made advances in our strategic LNG portfolio.

In the Downstream, we grew our logistics capacity in line with our growth in the Permian. We brought on 3 [ key ] projects, and we stuck and delivered on our milestones for other projects that are going to end up upgrading our production to higher-value products.

We also met our plans in the Chemical company. We delivered on our project milestones. We started up our new facilities, growing production, growing in line with the plan that we laid out last year, 30% increase by 2025. We have a lot more to say about this as we go through the day, but I want to stop now and step back and remind everyone why the plans that we shared with you last year and we'll talk you through today is so important in growing the value of our company, and I want to start with a discussion of the underlying fundamentals.

So the fundamentals begin with people, their standards of living and the economic activity that supports those standards. It's important to remember, we got to keep reminding ourselves many people today do not have access to modern energy, over a billion people. In the next 2 decades, we expect global population to grow by 30%, GDP to double and the middle class to close to double. That's expected to in turn result in about a 25% increase in the demand for energy. Oil demand is expected to increase about 0.7% per year, driven by commercial transportation and chemical feedstock. Gas demand is expected to grow by 1.3% per year; that's to meet electricity and industrial demand.

Now these demand projections to some seem like a low growth, that our industry is a low growth industry, but I will tell you that, that discounts the impact of depletion. When you factor in depletion rates, the need for new oil grows at 8% per year and new gas at close to 6% per year. You can see this when I overlay these demand charts with the depletion curves. The dark blue areas on the chart shows existing supplies that decline over time. The light blue area shows the additional supplies needed to meet the expected demand. I think you can all see from this chart that under any demand scenario the depletion nature of this business in and of itself supports the need for a significant industry investment.

Now over the course of last year, I get asked a lot of times, what about climate change, the risk of climate change and society's transition to lower emissions energy sources. Couple of points to make. First point I want to point out is on this chart the demand line, the projections that we have built into our demand are in line with the government commitments made under the Paris Agreement. They incorporate what has been agreed to as part of the Paris Agreement. If society has a successful technology breakthroughs that put us on a 2-degree path, demand in 2040 is expected to be in line with the red dots on this chart.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

A-170

Case 3:21-cv-00194-N   Document 124   Filed 01/08/24   Page 189 of 256   PageID 2770

So even under a 2-degree demand scenario, depletion drives the need for significant industry investment. So for us, this suggests that perhaps the biggest risk to the industry today is underinvestment. Here's an additional perspective on the magnitude of this challenge. The amount of new resources required is extraordinary, estimated at 550 billion barrels of new oil and 2,100 trillion cubic feet of new gas between 2016 and 2040. In a 2-degree scenario, the need for new resources drops to 370 billion barrels of oil and 1,800 trillion cubic feet of gas. That is still a lot of volume requiring a lot of investment.

The IEA estimates that $21 trillion of investments are needed through 2040. If you take ExxonMobil's relative production, it suggests that we should be investing at roughly $33 billion a year. We don't disagree with that. Our focus in the Upstream is an investing in advantage resources and facilities that give us a very low cost of supply though they're competitive under a variety of demand scenarios and price environments. Hopefully, the charts we just covered demonstrate why society needs us to make these investments.

Let me turn to the Downstream fundamentals. Our view in the Downstream is formed by societal trends, policy evolution and technology developments. And as that demand for higher value, cleaner burn fuels will continue to grow. Demand for fuel oil, which is the bottom of the barrel, declines pretty significantly after 2020 as a result of the IMO low-sulfur standards.

Demand for distillates, we anticipate growing by 20% by 2025 due to the economic growth that I've talked about and the corresponding increase in commercial transportation in aviation activity. Significant growth for chemical products, as people move into the middle class and their standards of living improve, drive an increase in demand for chemical feedstocks. And growth in industrial activity and transportation all linked to economic growth in turn drives the growth in demand for lubricants. While efficiency improvements and deeper penetration of electrification in light-duty vehicles leads to a relatively flat gasoline consumption. So as you can see when you step back and look at this chart from these trends, the Downstream's, you're going to see some significant demand growth for some products while in others we're going to see muted growth, low growth or in some cases, declines. This drives a need for changes in production yields through advances in technology and refinery investments, and that is what underpins our plans in the Downstream.

Now here again, people often ask what about the impact of electric vehicles. So let me give you a perspective on that. This chart converts the relative demand growth that I just talked about into absolute levels. Overall, we expect a 30% growth in liquids by 2040, largely driven by chemicals and commercial transportation. You can see that the light-duty demand shown here is relatively flat, pretty constant. To look at the potential of electric vehicles, I'll take an extreme case. Assume that 100% of light-duty vehicles on the road in 2040 are electric, 100%. That would mean, by the way, that by 2025 every new light-duty vehicle car sold in the world is electric. What's the impact of that? An all-electric fleet reduces liquids demand by roughly 20 million barrels per day in 2040, which brings total demand back to where it was in 2013, with a continuing need to shift to higher value distillates, lubes and chemical feedstocks. So our Downstream investment plans are robust, irrespective of what you want to assume with electric vehicles and their penetration into society.

Let me turn to Chemicals. Chemical demand is expected to outpace GDP by roughly 1%, driven again by population growth and improved living standards. The growing middle class and the corresponding increased demand for packaging and consumer goods underpins the expected demand for polyethylene and the growth that we see there, roughly 35% through 2025.

Polypropylene demand we expect to grow by roughly 40%, with automotive and appliance demand growth. And growth in polyester clothing supports the growth in paraxylene demand of roughly 35%. So our Chemical businesses are focused on these very strong growth sectors with an emphasis on unique performance products that leverage technology and command a premium. This is where we're investing in our Chemical sector.

So as you can see the investment fundamentals across all 3 of our business sectors are all tied to economic growth and people's standards of living and advances in those standards. This in turn requires significant new investments to meet the resulting growth in demand for oil, gas and higher value fuels, lubes and chemical products. This is a compelling case for industry as a whole. It's an even more

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 190 of 256    PageID 2771

# Question and Answer

**Neil A. Hansen**
*VP of Investor Relations & Secretary*

Thank you, Darren. We would like to now open the floor to your questions. So when I call on you, I would ask you to state your name and your affiliation. And we would appreciate it if you would limit your questions to one, and then one follow-up, to allow sufficient time for everyone else to ask a question. Also, we do have folks with microphones. If you will just wait until you get the microphones so everybody can hear your questions. So with that, let me start with Blake Fernandez over here. And I'm still learning everybody's names. So I will do my best, but if I don't know your name, I apologize in advance.

**Blake Michael Fernandez**
*Piper Jaffray Companies, Research Division*

You've obviously got a very attractive resource base. And the only, I guess, question I really have is that, given the size of Exxon, you're almost the size of an OPEC member. And by continuing to invest into the market, you're essentially adding an awful lot of volumes. Would it not make more sense to phase the investment to just, kind of, slowly add the resources into the market a little bit slower?

**Darren W. Woods**
*Chairman & CEO*

Well, I think if you look at our size, while we are a big company, we're less than 3% of the global supply. And so I think, as we look at it, and the way we judge and think about our investment profile and how we go into the marketplace, it comes back to just making sure that what we are introducing is competitive across a broad set of price environments and is competitive with the alternatives that our competitors have and that we see potentially coming into the marketplace. So I think from our perspective, we're relatively small in the grander scheme of the market and we're bringing in advantaged assets to compete in that big market.

**Blake Michael Fernandez**
*Piper Jaffray Companies, Research Division*

The only other follow-up was, just could you clarify the 4.0 million of production in '19? Does that contemplate the Canadian curtailments?

**Neil A. Chapman**
*Senior Vice President*

Yes, it does. I mean, the Canadian curtailments was -- originally it was 8.75%, you might remember. They relinquished some of that right now, but that's all comprehended in that number. I think what I would add to you is, the scale of that is within the accuracy or the flexibility of what we could estimate.

**Neil A. Hansen**
*VP of Investor Relations & Secretary*

Let me go over here to Neil Mehta.

**Neil Singhvi Mehta**
*Goldman Sachs Group Inc., Research Division*

So my first question is around the asset monetization and the $15 billion, won't call it target, but the number that you put out there. Just your thoughts on whether that's more Upstream oriented with a lot of the Downstream pruning having already been executed? And any color in terms of geography or the framework for thinking about what assets you would characterize as more non-core?

**Darren W. Woods**
*Chairman & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 191 of 256    PageID 2772

Let me -- I will start broad pitch and then let Neil get into a little bit more specifics. I think, historically, when I gave you the perspective of our divestment program, historically, we haven't built a lot of those into our plans, until we were very close to executing an agreement. As we look going forward, as I mentioned in the presentation, we have built those investment -- divestments into our plan, and that is basically the Upstream divestment portfolio. The Downstream, there is work going on there. I would tell you though, that because of the work that we've done historically, the size of the Downstream portfolio that we're interested in looking at is a lot smaller than the Upstream. And so trying to predict how those would come into the plan and when they would come in, it would be heck of a lot harder. I think with the Upstream now with the broader portfolio that we're now able to look at, given all the new stuff that's come in, we can put a bigger piece into that divestment program and then risk adjust it, as Neil talked about. I'll let you talk a little bit about the...

**Neil A. Chapman**
*Senior Vice President*

Yes, and frankly, I don't want to get into a lot of details on the specific assets. I don't think that's probably appropriate. What I would tell you is about 50% of those assets are already in the market. They were already marketing them. The point of a risked profile is, I don't know the results of what we're going to get for this. Obviously, we've estimated, I characterize the choices we've made in terms of those divestments. It's all about looking at opportunities where somebody else values an asset more than we do. To me, it's about focusing our resources on the higher growth potential of our portfolio. But it's a risked number. So if we do better than we expect, we'd be higher than that number. But we feel pretty confident that we can achieve the $15 billion.

**Neil Singhvi Mehta**
*Goldman Sachs Group Inc., Research Division*

The follow-up is the shape of the Permian production curve. And so 2019, the growth looks linear, but by 2020 it's more hyperbolic. And so can you just talk about the shape of the curve? What you're doing now to ultimately set yourself up for that acceleration that you see in 2020, '21?

**Neil A. Chapman**
*Senior Vice President*

Yes, it goes back -- if I could add to this, Darren. It goes back to the development plan that we have in place. You may remember I talked about these development corridors; I talked about putting the infrastructure in place. It's about putting all of that machine on. And so what we've done in 2018, and we will continue to do in 2019, is an element of delineation of understanding the resource, a lot of building the infrastructure such that we, when we bring those wells on, we have evacuation and we have separation facilities in place. That's what we've been doing in 2018. We'll do more of that in 2019. Once it's all in place then we can unleash the hounds. I mean, that's really what it is, and that's why you get that inflection on the curve.

**Neil A. Hansen**
*VP of Investor Relations & Secretary*

Why don't we come up here to the front. Paul?

**Paul Benedict Sankey**
*Mizuho Securities USA LLC, Research Division*

It's Paul Sankey of Mizuho. If I could just follow up on that hyperbolic Permian curve. There is known tightness in labor in the Permian, and you're adding rigs in extremely rapid rate. I would've thought that was a very high risk that your costs start to go hyperbolic as well. Would you then be downgrading those numbers? Or how -- or are you that convinced that your -- the framework that you laid out is actually going to deliver the volumes and you'll be okay on costs?

**Neil A. Chapman**
*Senior Vice President*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

A-173

Case 3:21-cv-00194-N Document 124 Filed 01/08/24 Page 192 of 256 PageID 2773

Yes, Paul, I think it's all about anticipating and managing that. There is a tremendous activity going on in the Permian. You go out to Carlsbad right now in New Mexico and you see the amount of activity, it's very, very visible to everybody. That's why modularization is such an important component of what we're talking about. People often talk about D&C cost, drilling and completion cost, and you heard the numbers in the industry, it's $10 a barrel, $7 a barrel, it's coming down, everyone's targeting that $5 a barrel. That doesn't tell you the whole story about the cost of operating in the Permian. It's much more than drilling and completion, it's all of that infrastructure. And while there always is going to be inflationary pressure, when you're putting the amount of capital that we're planning to put in and we are putting in today with that growth potential, you mitigate it by modularizing, which means you build those facilities outside of the region.

**Paul Benedict Sankey**
*Mizuho Securities USA LLC, Research Division*

Understand. Darren, the follow-up. Sorry...

**Neil A. Chapman**
*Senior Vice President*

Just to finish on that, Paul. We're already, I think, running 44 rigs today. I think we're going to 55 rigs. So it's well within the capacity of what we've got available.

**Paul Benedict Sankey**
*Mizuho Securities USA LLC, Research Division*

Darren, if I could follow up to Neil, that the conversation that we briefly shared, your -- all these plans are really from your existing acreage. You don't need to buy anything. You might, if you had the right opportunity, and we've seen you do it with Bass, but it feels like a big deal is not what you need.

**Darren W. Woods**
*Chairman & CEO*

Well, I think we talked about in the past, we are always looking for opportunities to find a value-accretive acquisition or merger opportunity. And we continue to be very active in that space, testing to make sure there -- if there's an opportunity that presents itself, but as you point out, as we've talked about, it's not needed. We've got a portfolio of resources today that allow us to do what we need to do and that's what we're focused on doing. If the market develops in such a way that an opportunity presents itself that we can see additional value through an acquisition, we would pursue that. But I think today, we don't see that opportunity pending, but we're always on the lookout for it.

**Neil A. Chapman**
*Senior Vice President*

And Darren, I think -- if I can just add to Darren's point, that doesn't mean to say we're not looking for bolt-on opportunities. As we talked about and has been much talked about in the industry, the potential of further consolidation in the basin, well that may or may not happen, but certainly, there are opportunities for bolt-on acquisitions, for swaps and trades of acreage. I would tell you, we are very active in that field.

**Neil A. Hansen**
*VP of Investor Relations & Secretary*

Now let me move up to the front here with the Dougs, and we will go alphabetic order and start with Leggate.

**Douglas George Blyth Leggate**
*BofA Merrill Lynch, Research Division*

Doug Leggate from Bank of America. Guys, I wonder if I could start with Slide 69. I just want to make sure the arithmetic's correct. 2.7 plus 2.5, obviously 5.2 Moebd, that's net of disposals. And my question is, 750,000 from Guyana, seems like you're being quite significantly conservative there. So I wonder if I could just ask you to speak to what's framing this 750,000 assumption right now? And if I look in the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# EXHIBIT 14



2019 **INVESTOR DAY**

New York Stock Exchange  /  03.06.19

ExxonMobil

A-175

# CAUTIONARY STATEMENT

**FORWARD-LOOKING STATEMENTS.** Outlooks, projections, estimates, goals, discussions of potential, descriptions of business plans, objectives and resource potential, market expectations and other statements of future events or conditions in this presentation or the subsequent discussion period are forward-looking statements. Actual future results, including future earnings, cash flows, returns, margins, asset sales, and other areas of financial and operating performance; demand growth and energy mix; ExxonMobil's production growth, volumes, development and mix; the amount and mix of capital expenditures; future distributions; proved and other reserves; reserve and resource additions and recoveries; asset carrying values and future impairments; project plans, completion dates, timing, costs, and capacities; efficiency gains; operating costs and cost savings; integration benefits; product sales and mix; production rates and capacities; and the impact of technology could differ materially due to a number of factors. These include changes in oil or gas demand, supply, prices or other market conditions affecting the oil, gas, petroleum and petrochemical industries, population growth, global economic growth, reservoir performance and depletion rates; timely completion of exploration, development and construction projects; regional differences in product concentration and demand; war and other political or security disturbances; changes in law, taxes or other government regulation or operation, including environmental regulations, taxes, and political sanctions; the outcome of commercial negotiations; the actions of competitors and customers; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; unforeseen technical difficulties; and other factors discussed here, in *Item 1A. Risk Factors* in our Form 10-K for the year ended December 31, 2018 and under the heading "Factors Affecting Future Results" in the *Investors* section of our website at *www.exxonmobil.com*. The forward-looking statements and dates used in this presentation are based on management's good faith plans and objectives as of the March 6, 2019 date of this presentation, unless otherwise stated. We assume no duty to update these statements as of any future date and neither future distribution of this material nor the continued availability of this material in archive form on our website should be deemed to constitute an update or re-affirmation of these figures as of any future date. Any future update of these figures will be provided only through a public disclosure indicating that fact.

**SUPPLEMENTAL INFORMATION.** See the Supplemental Information included on pages 114 through 122 of this presentation for additional important information concerning definitions and assumptions regarding the forward-looking statements included in this presentation, including illustrative assumptions regarding future crude prices and product margins; reconciliations and other information required by Regulation G with respect to non-GAAP measures used in this presentation including cash flow from operations and asset sales, earnings excluding effects of U.S. tax reform enactment and impairments, return on average capital employed (ROCE), operating costs, unit cash operating costs, upstream earnings per OEB, estimated operating cash contribution, net cash margin, and free cash flow; and definitions and additional information on other terms used including returns and resources.

A-176

# AGENDA

| 8:00 | Welcome | Neil Hansen | Vice President |
|---|---|---|---|
| | Overview | Darren Woods | Chairman and CEO |
| | Upstream | Neil Chapman | Senior Vice President |
| ~9:45 | Break | | |
| | Downstream and Chemical | Jack Williams | Senior Vice President |
| | Investment and financial plan | Andrew Swiger | Senior Vice President |
| | Closing | Darren Woods | Chairman and CEO |
| ~11:00 | Open discussion | Management Committee | |
| ~12:00 | Lunch | Management Committee | |
| 1:00 | Adjourn | | |

# UPSTREAM **PERMIAN**

Five outstanding developments

**PERMIAN AND BAKKEN PRODUCTION, 2018 OUTLOOK[1]**
Koebd net

**2018 Investor Day recap**

- 600 Koebd by 2025

[1] Potential production as presented at 2018 Investor Day.  Permian includes Midland and Delaware basins

See supplemental information

39
A-178

Five outstanding developments

**PERMIAN AND BAKKEN PRODUCTION, 2019 OUTLOOK[1]**
Koebd net



## 2018 Investor Day recap

- 600 Koebd by 2025

## 2019 update

- Production on plan; 100% growth YE17 to YE18

- Production outlook up significantly
  - >1,000 Koebd by 2024
  - Average >10% return at <$35/bbl

- Increases driven by:
  - Further Delaware delineation
  - Innovative development plan

[1] Potential production.  Permian includes Midland and Delaware basins

See supplemental information

# UPSTREAM **PERMIAN**

## Five outstanding developments

**HYDROCARBON DENSITY MAP FOR PERMIAN TIGHT OIL**



- 10 Boeb resource[1]... and growing
  - Significant 2017 acquisition
  - Large blocks of contiguous acreage
  - Continuing to add and upgrade acreage

[1] Net resource

# EXHIBIT 15

## 2019 Energy Conference
June 18-19, 2019 • Grand Hyatt New York

## ExxonMobil

*ExxonMobil presentation delivered at the 2019 Energy Conference on Tuesday, June 18, 2019 at 8:35 AM*

**Phil Gresh:**  Good morning. I'm Phil Gresh, the North American Integrated Oils and Refining Analyst here at JP Morgan. Next up for today, we have ExxonMobil. We're thrilled to have Liam Mallon, who's the President of ExxonMobil Upstream Oil and Gas as of earlier this year.

Prior to this role, Liam was the President of ExxonMobil Development Company since January 2017. I know that Liam, you've been with Heritage Mobil since 1990, so almost 30 years at the company and 35 years in the industry.

We're looking forward to your presentation here today with the spotlight on Guyana for about 35 minutes, I believe, and then we're going to take some questions at the end. The audience can feel free to ask questions as well.

With that, turn it over to you. Thank you.

**Liam Mallon:**  Good morning. Thank you, Phil. Good morning. Great, pleasure to be here. Thanks, Phil, for that kind introduction. Special thanks to all of you in the room and for everybody listening in. We appreciate the opportunity. We know that there is a significant level of interest in ExxonMobil's Upstream strategy.

I'm very excited to share my perspectives on our upstream business, which for me has the richest set of opportunities that I have seen in my 35-year career. That's the five-plus that Phil mentioned, that I started out with a couple of other companies.

It is the richest set I've seen and it's very, very exciting to be part of it. It's also an honor to be here. I've had the chance over my 35-year career to live and work all over the world and some of the best countries in the world, and in some of the toughest countries in the world.

Never had the chance to work in New York. I'm not quite sure which bucket to put that in.

Today, as Phil said, I'll spend a little time up front and in the closing with some general Upstream

A-181

remarks. Most of the discussion will be on Guyana.

First of all, I know all of you are very interested in Guyana, but also we're very close to bringing the first of those FPSOs to first oil, likely early next year. It's getting very close and I wanted to give you a sense for the real excitement that's building both of the country and beyond as we get towards that point.

I've been personally involved on this particular effort for the last five years, very intensely, so I know it well. It's a story, frankly, that for me I'm thrilled to be given the opportunity to tell you about today. I'm quite sure there will be interest in other areas such as the Permian.

We did do a spotlight on the Permian last year, and in addition, we have a detailed review on the Permian planned actually for Midland in October. I will cover the Permian, and of course, we can take questions, but it's not the intention of the spotlight for today.

With that, let's begin and let me just say a few words about our standard cautionary statement.

We can't predict the future, it's particularly difficult in our industry given the number of variables that we deal with. That's really why we don't try. We focus on building a business that's robust to a range of future outcomes. The future may look materially different than anything discussed today, depending on how these various variables affecting our industry evolve.

Additional details are in the material that was this morning posted publicly on the website. Let me start with just a general comment on our upstream investment strategy. I would like to just start by thinking through with you how we think about investments.

First and foremost, our investments are underpinned by an intent to grow upstream value. They're grounded in a view of long-term demand and supply fundamentals, that are shared annually with all of you in our energy outlook. We know we could create industry-leading value through unique competitive advantages applied to high-value opportunities that are resilient across the price cycle.

Let me start with the first of these components, and that's the fundamentals, and why the fundamentals strongly support our strategy. It all begins with people. Standards of living, economic activity that supports those increased standards of living. In the next two decades, we expect global population to grow by 30 percent. The middle class will double from what it is today.

A-182

There's a billion people in the world today without access to electricity. All of this, in our view, is expected to result in a 25 percent increase in demand for energy. In this scenario, all demand is expected to grow 0.7 percent per year, driven by commercial transportation and chemical feedstock. Gas demand is expected to grow by 1.3 percent per year to meet electricity and industrial demand.

This outlook for demand leads some to see our industry as relatively low growth. However, however, and a really fundamental point, this view discounts the impact of depletion. When you factor in depletion rates, the need for new oil grows at close to eight percent per year, and new gas at close to six percent per year.

If you look at this chart behind me on the left, you can see this interaction of supply, demand, and depletion. The dark blue area on the chart shows existing supplies that decline over time. The top of both the oil side and the gas side are our demand outlooks, and then the two degrees scenario is plotted in the diamond below, just so you're grounded in the chart.

The dark blue existing supplies declining over time. The light blue area on both the oil and the gas side shows the additional supplies needed to meet the expected demand.

Again, you could see regardless of whether our demand outlook is correct or if we're in this two-degree scenario demand outlook, the need for new supply and associated investments in our industry is significant. This suggests, actually, that perhaps the biggest risk facing our industry today is underinvestment.

The IEA estimates $21 trillion of investments needed through 2040. For ExxonMobil, based on our relative production and our relative size, this would suggest we should be investing roughly $33 billion per year. Based on the fundamentals, we believe there is a compelling case for industry investment, even more so for ExxonMobil when taken together with our competitive advantages, and our industry-leading portfolio.

Let me start by sharing the second component of our strategy, leveraging our competitive advantages. There are five of these shown on this page, I will cover them pretty quickly. I think you've seen them in some other forums. I'll bring some of these to life later as we talk in Guyana in particularly on the deep dive. You'll see more precisely how we see these competitive advantages playing out.

Starting with the first one, technology. Fundamental competitive advantage that we believe

A-183

results in not only industry-advantaged assets, but also processes, products, and applications. On top of that, dramatically improving existing applications and processes, and plays a significant role that you'll see clearly in what we're doing in opening up new play areas and new discoveries around the world.

A great example for Guyana is the whole subsurface capability, how we integrate our reservoir, geoscience, etc., etc., through this full wave-field inversion technology that's a processing technique for seismic, that really has been an exceptional way to look at multiple scenarios real time, and really get much more comfortable with what we're doing, the pace we can do it, and the confidence that we have in what we see in the subsurface.

Scale. Scale covers just about everything we do, but for us, being able to leverage our scale whether that's in terms of accelerating learnings, looking at improvements, managing risks, our financial capability, it allows us to stay committed through the cycles.

That's fundamentally important, particularly when we look at businesses like the Permian, etc., and capture structural advantages with our global portfolio-based approach. A key, key, key competitive advantage.

The third one is integration. Basically, this is all about optimizing and capturing benefits along the whole value chain, regardless of where the value chain starts and stops.

Maybe later, we'll talk about our new upstream reorganization, if we have time in the Q&A. You'll see where that is integrated well ahead to sales point, a very different approach than we've had before.

This whole concept of being integrated and being able to capture the benefits along the value chain, regardless of where they are or where they move to over time, is a significant competitive advantage that applies in all of our facilities in our organization, and throughout our skills and capabilities.

Functional excellence, the fourth competitive advantage. We were organized functionally for many years, so we have built a very deep functional capability throughout our company. We certainly don't intend to lose that in any way with the reorganization.

This concept of being able to bring deep expertise across disciplines quickly and effectively to the toughest issues we have around the world, including on large-scale complex resource

A-184

developments, is a key competitive advantage. We'll demonstrate where we see that most acutely in Guyana.

Lastly, our people. All of this is made possible by our people, our people with world-class capabilities, who've gained those capabilities through a broad set of challenging assignments and global experiences, and today are connected digitally through platforms to share and capture learnings from one place to another.

There are the five key ones. Each of them in their own right are significant, but when taken together, they provide unparalleled strength and have taken generations for us to establish.

Now that we've talked about our investment case, underpinned by the fundamentals, and we've talked about the unique competitive advantages that we believe ExxonMobil have to make sure those investments are successful, let me talk about the outstanding portfolio of opportunities to which we're applying that fundamental view and those five competitive advantages.

This is all aimed at growing value. Fundamentally, our strategy is about growing value, cash, making sure we're on the left side of the supply curve, and making sure everything we do is resilient across a series of prices.

Fundamentally, that's what it's about, and in my opinion, as I said at the very start, it's the best set of opportunities I have seen in my 35-year career.

Let me quickly hit the five, what we call growth areas, and there are many more than this, to be clear. I'll talk about some of those here in a minute, but these five contribute up to 50 percent of the earnings potential that was shared with you all back in the recent March Investor Day.

All of these are outstanding developments. Starting with the Permian, we are on track to deliver on the million barrels a day by 2024. We believe our innovative development plan is key to that, and we continue to see and achieve the milestones that we set out for ourselves.

In Mozambique, Area 4 potential is up to eight trains, 40 million tons, and the first two trains, that you see, we said that we would start up by 2025. What I will say about Mozambique is it continues to be a challenging environment from a security perspective. You all saw that.

What I will also tell you is that we received our development plan here recently, frankly, in just over a year. A staggering achievement when you consider the complexity of getting that

A-185

development plan technically, commercially, and otherwise approved with quite a complex partnership and through the government.

Really good news from the perspective of the development plan approved. Some uncertainties with security and uncertainties, frankly, with the recent Anadarko announcement in terms of, just what does that really mean in terms of common facilities?

Remember, this area is a shared area where two facilities are being constructed jointly. We remain on track for the investment decision this year that we communicated externally, but we need to work through some of those uncertainties in the coming months.

PNG, a high-performing base. You've all seen, it continues to exceed expectations, 20 to 30 percent higher than the original design basis. You know we have plans to double the capacity in PNG by the mid-2020s.

Again, progress per the milestones. The message I want to leave you with continuously today is we are executing on the commitments that we said we would execute on.

This gas agreement, led by Total, was signed back here in early April, to enable the Papua feed to start. We're waiting on the P'nyang piece of that, which is the third train in the Papua development, and we're hoping to engage the new government here on that in the next few weeks.

Again, great progress getting the gas agreement in place. We have some uncertainty to deal with from the political dimension, but at the same time, the P'nyang resource which underpins the third train continues to get better, as does the other exploration activity that we have progressing in PNG.

I'm very excited about the potential in PNG, and I'm confident that we will deliver on the milestones that we've committed externally.

Brazil, high-quality acreage position, 2.3 million acres. Our plans are to start exploring that with wells next year, and then aggressively thereafter. Many of you know, in addition to the exploration potential, we are in partnership with Equinor, who are leading the development of the CarcarÃ¡ field.

That is also on schedule, and I will tell you, we have been able to leverage a significant amount of

# EXHIBIT 16



Growing Upstream Value
Spotlight on Guyana

Liam Mallon
President, ExxonMobil Upstream Oil & Gas Company

JP Morgan Energy Conference
New York – June 18, 2019

ExxonMobil

# CAUTIONARY STATEMENT

Forward-Looking Statements. Outlooks, projections, estimates, goals, discussions of potential, descriptions of business plans, objectives and resource potential, market expectations and other statements of future events or conditions in this presentation are forward-looking statements. Actual future results, including future earnings, cash flows, returns, margins, asset sales and other areas of financial and operating performance; energy supply and demand growth and investment requirements; the amount and mix of capital expenditures; project plans, timing, costs, and outcomes; efficiency gains; integration benefits; and the impact of technology could differ materially due to a number of factors. These include changes in oil, gas, or petrochemical prices and other market conditions affecting the oil, gas, and petrochemical industries; reservoir performance and revisions; timely completion of exploration and development projects and new capital investments; regional differences in product concentration and demand; regional price differentials, war and other political or security disturbances; changes in law, taxes or other government regulation, including environmental regulations, taxes, trade policy and political sanctions; the outcome of commercial negotiations; the actions of competitors and customers; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; unforeseen technical difficulties; and other factors discussed here and under the heading "Factors Affecting Future Results" in the *Investors* section of our website at *www.exxonmobil.com*. The forward-looking statements in this presentation are based on management's good faith plans, objectives and analysis as of the February 2, 2018 date of the Outlook for Energy, and the March 6, 2019 date of our Analyst Meeting presentation. Each of these presentations is available separately on our website. All forward looking statements included in this presentation and the assumptions made in developing them speak only as of the date of their original presentation. Inclusion of such forward-looking statements in this material does not represent an update or confirmation of such statements or their underlying assumptions as of any later date. We have not independently verified third party forward-looking statements. We assume no duty to update these statements as of any future date and neither this presentation nor the continued availability of this material in archive form on our website should be deemed to constitute an update or re-affirmation of these figures as of any future date. Any future update of these figures will be provided only through a public disclosure indicating that fact.

Important Additional References. See the Supplemental Information included at the end of this presentation for additional information, definitions and assumptions used to develop the forward-looking statements included herein, especially with regards to potential future earnings, as well as information required by Regulation G with respect to non-GAAP measures and definitions and additional information on other terms used including resources.

2

A-188

# Growing Upstream Value

Underpinned by strong fundamentals; leveraging competitive advantages to capture attractive opportunities

# EXHIBIT 17

**September 04, 2019**
**07:30 AM EDT**

Jeanine Wai:    All right. Well, good morning, everyone. It's so nice to see so many faces today bright and early. Today, it is very much our privilege to have Mr. Darren Woods here with us, Chairman and CEO of ExxonMobil.

Born in Wichita, Kansas, Darren Woods is a graduate of Texas A&M University where he earned a Bachelor of Science degree in Electrical Engineering. He also holds a Master of Business Administration degree from Northwestern's College School of Management -- or sorry, Kellogg School of Management.

Mr. Woods joined Exxon Company International in 1992 as a planning analyst in Florham Park, New Jersey. He progressed through a number of domestic and international assignments for Exxon Company International, ExxonMobil Chemical Company and ExxonMobil Refining and Supply Company.

In 2005, Mr. Woods was appointed Vice President of ExxonMobil Chemical Company. In 2008, he was named ExxonMobil Refining and Supply Company's Director of Refining in Europe, Africa and the Middle East, followed by Vice President of Supply and Transportation in 2010.

Mr. Woods was then appointed President of ExxonMobil Refining and Supply Company and Vice President of ExxonMobil Corporation in 2012. From here, he progressed to being elected Senior Vice President in 2014 and President of ExxonMobil Corporation and a member of the board of directors in 2016. Effective January 1, 2017, Mr. Woods became the Chairman and Chief Executive Officer, which is his current position.

Outside of ExxonMobil, Mr. Woods is a Chairman of the American Petroleum Institute and a member of its executive committee. He is also a member of the National Petroleum Council, the Business Roundtable, the Business Council and the Texas A&M University Engineering Advisory Council.

So without further ado, it is my pleasure to turn it over to Mr. Darren Woods.

Darren Woods:    Thank you, Jeanine, and good morning, everyone. Great to be here. I'm really pleased to have this opportunity to talk about ExxonMobil's business.

Some of you will recall that for the first time in 2018, we've publicly laid out an 8-year plan. And over the past 18 months, we've tried to keep the investment community updated on our progress. The last update was with Neil Chapman in early August as part of our earnings call.

I have to say that I feel real good about the progress we are making. And my sense is that generally there's a good understanding of our plans and progress. However, as the world

looks to lower their carbon emissions in response to the risk of climate change, there is a desire to better understand how robust our plans are to evolving policies and changing market trends. And today, I'll address this and demonstrate how ExxonMobil's strategy and plans capitalize on the industry fundamentals to grow long-term shareholder value.

Of course, we can't begin this discussion without the appropriate cautionary statement. I'll give you some time to read this. Basically it says we can't predict the future, but I will tell you, it doesn't stop us from trying. Our view of future demand has been reasonably good over time. However, the path to realizing it has been anything but a straight line. It's difficult to predict how the fundamentals of long-term demand will manifest themselves in the short term. There are just way, way too many variables. Which is why we instead focus on building a business that is robust to a range of short-term outcomes that are all consistent with long-term fundamentals.

On the supply side, advances in technology play a critical role. These are also very difficult to predict and can lead to a future very different than today, which is why we put such an emphasis on R&D and in understanding the technology landscape. And I'll talk more about this as we move through the presentation.

Let me begin by outlining the topics I'll cover. I'm going to focus my comments on energy, but most of my points are also applicable to our chemical business. I'll discuss what drives demand, what determines supply, and how we are working to meet demand for both additional energy and lower CO2 emissions while delivering growth and shareholder value.

Let's look first at what drives demand, and that begins with people. People trying to improve standards of living for themselves and for their families. Starts with the basics: access to food, water and housing; then moves to light and heat for homes and schools; access to medical treatment; transportation; and modern conveniences like refrigeration and air conditioning. This then leads to higher levels of education and income, as well as improved living conditions, longer lives and a number of other advantages that, frankly, we sometimes take for granted.

The United Nations has attempted to characterize people's wellbeing with the Human Development Index. This index measures achievements in 3 key dimensions: first, gross national income per capita as a proxy for a standard of living; second, longevity as a proxy for health; and third, years of education. It is encouraging to see the progress made over time in these 3 areas. On average, the global population is better educated, earning more and living longer. At the same time, it is sobering to see how far some societies have yet to go. The drive to improve living standards will continue, particularly for those less well-off. This, in turn, will drive the demand for energy.

We can use the development index to help us project future demand for global energy. This chart links the index for a country shown on the y-axis with its energy consumption shown on the x-axis. The size of the bubble represents population size. As you can see, there is a clear correlation. As standards rise, so does consumption of energy. This makes sense if you think about the conveniences of modern life. For us here in the United States and much of the western world, shown in the upper right of the chart, it's difficult to imagine that half the world's population, roughly 4 billion people, have a life expectancy of 10 years less than ours, receive a third less education, and 1 in 4 don't have access to electricity. In fact, today, about 13% of the global population still don't have access to electricity. This has enormous implications for future energy demand.

Let me use China and India as examples. In 1990, both were low on the index and consumed less than 100,000 BTUs of energy per capita. By 2017, the living standards of

people in both countries had significantly improved, which also drove a significant increase in energy demand. China's demand tripled and India's nearly doubled.

The relationship between societal progress and energy consumption is indisputable. Access to reliable and affordable energy is essential to modern life. As billions of people strive for better living conditions, the world's need for energy will continue to grow. This relationship is very important and underpins the future of our business.

It's fair to ask, though, what form will future energy take? No one can say with absolute certainty. Society wants less carbon emissions, but to be broadly accepted, sources of new energy must be reliable and affordable. Given today's alternatives, that means technology has a critical role to play.

Over 90% of global energy emissions come from 3 sectors: power generation, transportation, and the industrial sector. Today, hydrocarbons meet more than 85% of the energy needs from these sectors. Hydrocarbons are energy dense, they work at scale, are globally available and easily transported, which makes them affordable and reliable, and hence, the fuel of choice. However, we know that their use contributes to global CO2 emissions, which is driving the need for alternative sources of energy.

To successfully compete, though, these alternatives will require similar attributes. Unfortunately, existing alternatives don't consistently provide them. As such, today they offer only a partial solution. A comprehensive solution will require advances in technology and in some cases a breakthrough.

Let me illustrate the point starting with power. Solar and wind offer lower emissions, however, they are limited to areas with enough sun and wind. They require significant land area and are intermittent with no practical storage solutions that work at scale. Natural gas works at scale, but requires advances in carbon capture to compete on emissions with solar and wind. Additionally, in some markets such as India and China, the cost of natural gas compared to coal is higher.

Lithium ion batteries provide an alternative to fuel light duty vehicles, albeit with trade-offs on range and refueling times. For heavy duty vehicles and aviation, existing battery technologies lack the energy density needed.

Finally, energy solutions in the industrial sector must be reliable and cost competitive. This substantially limits their use -- the use of solar and wind. Similar to power, the industrial sector requires advances in carbon capture to effectively reduce emissions.

Now, in pointing these deficiencies out, I'm not arguing against the alternatives. I'm arguing for additional research and development. Fortunately, there are many organizations doing this, including ExxonMobil. We are optimistic that these collective efforts will result in advances that address the deficiencies. We don't believe it's a question of if, but when. However, once solutions are developed, time will be needed to fully penetrate the world's global energy system. Let me give you a sense for this on the next chart.

Throughout time and across industries, we see the same trend. After initial discovery, technologies can take decades to fully develop and gain widespread adoption. This can be seen in the U.S. as an example. The chart shows the time it took to fully adopt a sample of technologies. Technologies that met an unfilled need with no real switching costs, like the internet, cell phones and personal computers were adopted relatively quickly, but still took up to 50 years. In other areas, adoption is impacted by available substitutes, perceived benefits, affordability, switching cost and government policies.

A-192

CapEx, like you said, but you've often talked about investing for the future and needing to do longer cycle, major capital projects. So how are you thinking about short versus long, especially in the current environment?

Darren Woods: I would tell you that the primary criteria that we use to evaluate investments is on their competitiveness and the ability to generate industry-leading returns. So all of our investments across the upstream and the short and long cycle, as well as chemical and refining sectors, we look at whether or not those investments are advantaged versus the rest of the industry. And one dimension that we look at is our cost to supply with respect to the rest of industry. And we insist that the investments that we're making are advantaged versus industry and on the very far left of the cost of supply curve. So, as the supply and demand balances fluctuate, and as you see price cycles come off and prices drop, we want to make sure that our investments are positioned on the far left hand side and so continue to make earnings and cash, even in the low parts of the cycle.

And we see that today demonstrated in our downstream and chemical business. So I showed you the charts that kind of depict how challenged those two industries are right now. If you look at the investments that we made and just brought on, they're all cash positive and earnings positive, even in these very low cycle conditions. So we feel real good about those projects, and we see the same with our investments in the upstream.

Jeanine Wai: Okay. So I guess sticking to the projects that are cash positive, earnings positive. Free cash flow; definitely a key topic in energy right now. Can you talk about when you see ExxonMobil's inflection in free cash flow? And what factors do you think would either pull that forward or enhance it?

Darren Woods: Well, the factors I would tell you will be primarily market-driven. Since we don't try to predict where the margins and prices are going, as those move around, we'll generate more revenue potentially, or less, and that will move the free cash flow around.

And again, and I come back to we've looked at that profile of spend and we've tested it around a range of environments. And one of the advantages of having a strong balance sheet is to make sure that we are not whipsawing our businesses around with the volatility in the markets. I think that's one of the advantages that the scale that we have brings to this business. And that constancy of purpose of investing in advantaged projects over the long term I think delivers over the medium term and long term greater shareholder value than trying to chase the price cycles.

And I think you can see that today with kind of the volatility of the marketplace. Imagine trying to run your business, a capital-intensive, long-term investment with the changes that we're seeing every day in the market out there. I think that would be a very difficult proposition. So instead, if you're convinced that you can run and be successful at the bottom end of the marketplace, we pay a lot of attention to it and make sure that the dynamics that we're seeing don't change our thinking about some of these fundamentals. But as you heard in the presentation, the way we look at the business is tied to some very basic fundamentals that haven't changed for decades, if not hundreds of years.

Jeanine Wai: Okay. So in terms of not trying to whipsaw the program, not chasing price, investing on fundamentals, maybe just a question on capital allocation. Relative to your peers, you're spending more and you're doing it counter cyclically and you're not doing any buybacks right now. So, could you share with us what the first call is on free cash flow, whether it's a dividend, buybacks or reinvestment, and kind of what your thought process is on all of those?

Darren Woods: Sure. Let me first just start and make the point about our level of investment. I think one

of the things that isn't always done when people talk about the level we're investing at is normalize it for our size. So if you look at our investment level compared to the size of our business, we use cash flow from operations as a proxy for size. The level that we're investing at today is pretty consistent with the level that we've invested at historically, and we think it's what's required to drive and sustain the long-term value of the business. So we don't think of where we're at today as being necessarily a higher level of spending. Our peers are at lower levels than they've historically spent at, which comes back to this question that you asked earlier about if the industry is under investing.

With respect to how we choose to allocate our capital, I think the first priority for us is investing in projects that are advantaged versus industry and will continue to grow value for the company. The point I made in the presentation is this is a depletion business. So you're on this treadmill. If you're not investing for the future, you're attriting. And that's certainly true in the upstream. And in the chemical business with the growth market, if you're not investing, you're losing market position.

So from our perspective, to be a long-term viable company, and that's the way we think about it, we have to make sure that we're continuing to invest in attractive and advantaged projects. So that's the first priority because it will underpin the ability for our company to do anything else going forward in the future.

The second priority is we feel like we've had a commitment to our shareholders to pay a reliable and growing dividend. So that's pretty high on our priority list. And then we want to make sure that we maintain the financial capacity to transact at the bottom-of-the-cycle conditions. And so one of the things that we're constantly stress testing as we look at where we want to take dividends, as we look at our capital investment program, is do we have the capacity for an acquisition when prices come off and the market's depressed? Because we think those are where we'll see value opportunities and so we maintain a buffer. And that would be the priorities of our capital allocation.

Jeanine Wai:          Okay. So switching gears, if you don't mind, to the Permian.

Darren Woods:        Sure.

Jeanine Wai:          We think that there's just a ton of buzz and questions on what we've called kind of, quote, major mojo in the Permian. If you don't mind, why exactly is your development plan in the Permian unique? And what exactly is differentiated about it that'll lead to higher returns than what we've historically seen in some of the independent E&Ps, which is historically, to be fair, kind of destroyed value. Are there certain parts of the development process where ExxonMobil's advantage is just more pronounced? And I'm specifically thinking about drilling, completions and what people commonly refer to as the ExxonMobil machine with procurement, supply and just bringing big scale into the Permian.

Darren Woods:        Well, I think as we look at ourselves in the Permian and our approach to the Permian unconventional space versus maybe some of the independent E&Ps, for some, I think our objectives are somewhat different. We're not focused on short-term production, getting volumes up to try to in the short term quickly raise the value of our company. That's not an objective statement for us. We think about this as part of a long-term portfolio like we do the other resources that we're trying to develop. And so our focus is on maximizing NPV of those developments and recovering the most resources in the most competitive way, cost competitive way.

But that's the objective, and we're not trying to drive short-term volume through the rest of it. In fact, what I would tell you is that we don't start off with any volume targets. We

A-194

start off with understanding those reservoirs and figuring out how to develop them effectively. And I think that's a big difference in terms of how we think about the approach there.

I think the other big differentiation is if you look at the size and the scale and the history of our company, we're very different than a lot of the other independent E&Ps. And I think what we've been very focused on and started talking about pretty explicitly in March is what does a company like ExxonMobil, with the scale that we have and the experience that we have and the technology and the advantages that I talked about, what does that look like in the unconventional space? And my view was from the very beginning, the way we develop those resources should look different than some of the smaller E&Ps because we have more to bring to that.

And you see that today with the investments that we're making where we're thinking about all the horizons in a particular play and developing those in a way that maximize the recovery and the value of that resource. That means you have to be a little bit more patient and you have to spend capital out front to put in the infrastructure, to lay out the corridors that we've talked about in March to effectively develop that resource. So it takes you a little longer, takes a little more capital, but you get a higher return and a better recovery. And that's one of the things that we've been doing in the Permian which is different than a lot of the others.

The other thing I would tell you is if you look at unconventional in the shale, we're very early in the technology cycle. In fact, while the industry has made great progress, and mainly independents have driven that, it would be -- I would characterize it as more of an empirical process of trial and error and kind of testing and evolving, which has been very effective.

But what we haven't seen a lot of is, what I would say is fundamental science and technology looking at unlocking more of those resources. And that's one of the things we feel very strongly that we can bring to this game and will be very different than what others can because of the R&D capacity that we have within our company. So one of the big drives that we have today is really focusing our technology and our researchers on better understanding the fundamentals of unconventional resources and figuring out how to unlock more of those resources and raise recovery.

You've got a huge resource base, very low recovery rates today. If you can improve your recovery rates through technology, you can unlock a lot of resource instantly. You don't have a discovery risk. You don't have those challenges of going out and finding the resource. It's really a function of figuring out how you more effectively develop that resource. That's where technology will play a role. I'm convinced of that. And if you go back in time and look at our industry over time, technology has always led to better recoveries and improved economics for developing resources, and I think we're going to see that play itself out. And I would say that is a big difference that we can bring.

And the final point I will make is if you look at the capabilities of our organization, take drilling as an example that you mentioned, all around the world, we've tried to take the best technical competencies and capabilities we have in the organization and put them on the challenges of driving improvements in the unconventional drilling. And so I think we've got the opportunity with our scale and size and the capabilities that I've talked about to change the way that unconventional space is developed.

Jeanine Wai:    I wanted to maybe continue on that thought. You talk about hitting all the different horizons, unlocking value. I think spacing has -- the industry's learning, but spacing has become an issue over and over and over again. So you mentioned technology and looking

A-195

at the reservoir and all this. How are you planning on avoiding some of the spacing issues that we've seen, especially since you're talking about hitting all the zones and really maximizing the value versus maybe an ROR versus NPV approach?

Darren Woods:    This idea that spacing is -- that the industry has kind of discovered this challenge or issue, our view is we've always recognized these parent-child relationships, the communication between different areas. And so what I think has been missing is the characterization of that, and maybe some of the broader industry hasn't recognized that potential. And I think the drive to bring production on and get high IP has led to kind of this very short-term approach to taking in a horizon and drilling that very quickly.

As I said before, we're stepping back and looking at the play in its entirety. One of the things that we've brought to the work that we're doing in this space is we've taken what we think are some advantaged reservoir modeling and adapted that to work in unconventionals. And we're using that then to look at all these horizons and understand how best to develop all the horizons and how they interact with one another.

So I think we've got some pretty good modeling of the horizons and how they interact, and the development plans that we're putting together comprehend all that. And so what it's doing is drilling a number of the horizons and making sure that we do that in a manner that's consistent, and don't start to bring production on until we have the full development laid out the way we want it to. So again, it takes a little more time. You spend a little more capital upfront, but you get much more efficient production.

Jeanine Wai:    Okay. So inventory goes hand in hand with spacing. And I think there is some thought out there that people are drilling their best inventory first because of returns and the core inventory in the Permian is shrinking. So, in terms of your production target of achieving over 1 million barrels a day by 2020, do you have enough inventory to achieve that? And what does the inventory look like after that in terms of are you high grading or anything?

Darren Woods:    Yes, so let me just make the point. We didn't have a production target. We didn't go out and say how do we achieve a million barrels a day and then go figure out if we've got inventory to go drill that. What we ended up saying is develop the resource in a way that we think maximizes the recovery. It's a very grassroots buildup from the beginning of the fundamentals. And then once we figured out what was the optimal development of that, we stacked up the volumes to see what it came out to be, and that was what it came out to be. And so the inventory, we've got 6,500 wells or something that we've drilled 100. So we've got a pretty big inventory that exists today.

But again, I think this idea that somehow we're developing that resource to get to a volume number is, I would just tell you that is not the way that we're thinking about it. We're looking at it on a returns basis and how you develop that resource and get a high return for the dollars that you spend.

A lot of people will ask questions about the depletion rates and what does it mean after you hit this 1 million barrels. And my view is we're not trying to sustain a particular volume. We're trying to sustain an economic return. And so our investments that will continue past the profile that we've provided will be a function of what we see the economics being for further development. And if that means sustaining the million barrels, we'll do that. If that means coming off a million barrels, we'll do that as well. Because ultimately, it's going to be a value proposition, and that's the way we're looking at it.

My sense is that by that time, we will have unlocked some of these technology advantages that I've talked about and that will start to have implications and impact on

Exxon Mobil Corporation
September 04, 2019
07:30 AM EDT
Page #12

what we've already done. So, my sense is there are things today that we don't know that will have implications there, but only time will tell.

Jeanine Wai:          Okay. We've got now one minute left. And I can't help myself; consolidation. Extremely topical right now in energy in general. Can you share with us your broad thoughts on consolidation in the Permian basin, and how does ExxonMobil fit in with that?

Darren Woods:          Well, I think if you look at what I would say are the historical trends of developing industries, you have this period of a lot of independents, a lot of small players that eventually all consolidate. I don't see any dynamics that would make that different or that historical model play out differently in the unconventional space. So I expect consolidation to happen over some period of time. And we -- I wouldn't say that we're predicting when it will happen.

What our focus is on is understanding what the value opportunities out there are and making sure that we're aware of and participating in the valuation so that if there is an opportunity to acquire something that brings value, unique value to ExxonMobil, we'll be in a position to transact on that. But I think right now, there's some time. I think time's on our side to let that kind of play itself out.

And I think people need to recalibrate kind of what they're experiencing in that unconventional space, and that will have an impact on how people value companies and understand what the value proposition is. And we'll continue to develop our thinking. And I think as we advance some of these technologies that bring us even greater advantages there, that increases the value opportunities with respect to maybe some other companies that don't have those advantages. So, we're keeping a watchful eye and I think we're there for the long term. And as opportunities present themselves, we'll take advantage of them.

Jeanine Wai:          Well, time flies when you're having fun, and we're just about out of time. So, it's really been our privilege. Thank you so much, Darren, for your time.

Darren Woods:          Sure. Thank you, Jeanine. Thank you.

A-197

# EXHIBIT 18



# Energy Fundamentals Support Advantaged Investments

**Darren Woods**

**Chairman of the Board and Chief Executive Officer**

**Exxon Mobil Corporation**

New York – September 4, 2019

Barclays Energy Conference

A-198

# CAUTIONARY STATEMENT

**FORWARD-LOOKING STATEMENTS.** Outlooks, projections, estimates, goals, discussions of potential, descriptions of business plans, objectives and resource potential, market expectations and other statements of future events or conditions in this presentation or the subsequent discussion period are forward-looking statements. Actual future results, including future earnings, cash flows, returns, margins, asset sales, and other areas of financial and operating performance; energy supply, demand growth and energy mix; ExxonMobil's production growth, volumes, development and mix; the amount and mix of capital expenditures; future distributions; proved and other reserves; reserve and resource additions and recoveries; asset carrying values and future impairments; project plans, completion dates, timing, costs, and capacities; efficiency gains; operating costs and cost savings; integration benefits; product sales and mix; production rates and capacities; and the impact of technology could differ materially due to a number of factors. These include changes in oil, gas, or petro-chemical demand, supply, prices or other market conditions affecting the oil, gas, petroleum and petrochemical industries, population growth, global economic growth, reservoir performance and depletion rates; timely completion of exploration, development and construction projects; regional differences in product concentration and demand; war and other political or security disturbances; changes in law, taxes or other government regulation or operation, including environmental regulations, taxes, trade policy, and political sanctions; the outcome of commercial negotiations; the actions of competitors and customers; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; unforeseen technical difficulties; and other factors discussed here, in *Item 1A. Risk Factors* in our Form 10-K for the year ended December 31, 2018 and under the heading "Factors Affecting Future Results" in the *Investors* section of our website at *www.exxonmobil.com*. The forward-looking statements and dates used in this presentation are based on management's good faith plans and objectives as of the March 6, 2019 date of this presentation, unless otherwise stated. This presentation also includes forward-looking statements from our 2019 Outlook for Energy dated August 28, 2019, on challenging topics such as energy demand, energy supply and future trends. The full 2019 Outlook for Energy, including an explanation of our methodology and assumptions, is available in the *Energy and Environment* section on our website at *www.exxonmobil.com.* We assume no duty to update any forward-looking statement as of any future date and neither future distribution of this material nor the continued availability of this material in archive form on our website should be deemed to constitute an update or re-affirmation of these figures as of any future date. Any future update of these figures will be provided only through a public disclosure indicating that fact.

**SUPPLEMENTAL INFORMATION.** See the Supplemental Information included on pages 20 through 22 of this presentation for additional important information concerning definitions and assumptions regarding the forward-looking statements included in this presentation, including illustrative assumptions regarding future crude prices and product margins; reconciliations and other information required by Regulation G with respect to non-GAAP measures used in this presentation including cash flow from operations and asset sales.

2

# AGENDA

- Human Progress Drives Demand

- Technology Determines Supply

- Investing to Meet Demand

- Growing Shareholder Value

# EXHIBIT 19

**S&P Global**
Market Intelligence

# Exxon Mobil Corporation NYSE:XOM
# FQ4 2019 Earnings Call Transcripts

## Friday, January 31, 2020 2:30 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ4 2019- | | | -FQ1 2020- | -FY 2019- | | | -FY 2020- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS Normalized** | 0.45 | 0.41 | ▼(8.89 %) | 0.79 | 2.32 | 2.25 | ▼(3.02 %) | 3.50 |
| **Revenue (mm)** | 64575.50 | 67173.00 | ▲4.02 | 67787.87 | 266016.52 | 264938.00 | ▼(0.41 %) | 270009.12 |

Currency: USD
Consensus as of Jan-31-2020 2:13 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2019** | 0.73 | 0.55 | ▼1 (24.66 %) |
| **FQ2 2019** | 0.71 | 0.61 | ▼2 (14.08 %) |
| **FQ3 2019** | 0.66 | 0.68 | ▲3 3.03 % |
| **FQ4 2019** | 0.45 | 0.41 | ▼4 (8.89 %) |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

A-201

Case 3:21-cv-00194-N   Document 124   Filed 01/08/24   Page 226 of 256   PageID 2807

# Presentation

**Operator**

Good day, everyone, and welcome to this Exxon Mobil Corporation Fourth Quarter 2019 Earnings Call. Today's call is being recorded.

And at this time, I'd like to turn the call over to the Vice President of Investor Relations and Secretary, Mr. Neil Hansen. Please go ahead, sir.

**Neil Hansen;VP of Investor Relations & Secretary**

Thank you. Good morning, everyone. Welcome to our fourth quarter earnings call. We appreciate your participation and continued interest in ExxonMobil. This is Neil Hansen, Vice President of Investor Relations. Joining me on the call today is our Chairman and CEO, Darren Woods.

After I cover the quarterly and full year financial and operating results, Darren will provide his perspectives, reflecting on 2019 and the year ahead. Following Darren's remarks, I'll be glad to address specifics on the reported results, while Darren will be available to take your questions on broader themes, including strategic priorities, progress on major growth projects and views on market fundamentals.

Our comments this morning will reference the slides available on the Investors section of our website. I would also like to draw your attention to the cautionary statement on Slide 2 and the supplemental information at the end of this presentation.

I'll now highlight fourth quarter financial performance, starting on Slide 3. Earnings were $5.7 billion in the quarter or $1.33 per share, including a positive $0.92 per share impact from the Norway divestment and a onetime tax item. Results were in line with expectations, taking into account the challenging price and margin environment we had previously communicated.

Liquids realizations were essentially flat, while refining and chemical margins weakened significantly in the quarter. The broader margin environment remained challenging as short-term supply-and-demand imbalances continued to pressure natural gas prices and low basestock margins despite modest improvement in the fourth quarter.

Cash flow from operations and asset sales was $9.4 billion in the quarter. After adjusting for changes in working capital, cash flow from operations and asset sales was $11.1 billion. CapEx for the quarter was $8.5 billion and $31.1 billion for the full year, slightly ahead of the previous projection of $30 billion, with better-than-expected pace on the Beaumont light crude expansion and Baton Rouge polypropylene projects and, of course, the early start-up of Liza Phase 1 in Guyana. Full year PP&E adds and net investments and advances, a proxy for cash CapEx, was $26.8 billion.

I'll now provide a more detailed view of developments since the third quarter on the next slide. In the upstream, liquids realizations were essentially flat, while gas realizations improved slightly. Production was in line with expectations with higher seasonal gas demand in Europe. Liza Phase 1 achieved first oil ahead of schedule at just under 5 years from discovery, which is significantly ahead of the industry average of 9 years. We also announced the 15th and 16th exploration discoveries with the Mako and Uaru wells offshore Guyana. We closed the sale of our Norway nonoperated assets during the quarter, highlighting good progress to date on our $15 billion divestment program.

In the Downstream, refining fuels margins decreased during the quarter, consistent with seasonal demand. In addition, weaker high-sulfur fuel oil pricing did not fully reflect in crude spreads. As a result, low and medium conversion refinery margins weakened more than high conversion refinery margins. This had a notable impact on our downstream results outside of the United States, and this demonstrates the importance of strategic investments like the recently sanctioned resid upgrade project at our refinery in Singapore, which will greatly improve conversion complexity. Reliability in the Downstream improved in the quarter, largely offsetting higher scheduled maintenance. Although long-term fundamentals remain strong in the Chemical business, polyethylene margins continued to be impacted by supply length from

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N   Document 124   Filed 01/08/24   Page 227 of 256   PageID 2808

industry capacity additions and in the fourth quarter, higher naphtha feed costs. With approximately 25% of our polyethylene portfolio produced from liquid feeds like naphtha, this had a significant impact on our Chemical business line results.

On the project side, the recently completed Beaumont polyethylene expansion is running well and producing at 5% above design rates. As part of our collaborative efforts to develop and deploy lower emissions technologies, we signed a 2-year expanded joint development agreement with FuelCell Energy to optimize carbonate FuelCell technology for large-scale carbon capture. And we extended our support of the MIT energy initiatives low-carbon research and education mission by renewing as a founding member for another 5 years.

Let's move now to Slide 5 for an overview of fourth quarter earnings relative to the third quarter. Fourth quarter earnings of $5.7 billion were up $2.5 billion from the third quarter. Upstream earnings increased by approximately $4 billion driven by the gain on the Norway divestment, a favorable onetime tax item, higher volumes and improved gas realizations. Downstream earnings decreased by $330 million due to lower margins and higher scheduled maintenance, partly offset by improved reliability and favorable year-end inventory impacts. Also included in the downstream results was a sequential $450 million negative mark-to-market impact on derivative positions, essentially offsetting the inventory effect.

Chemical earnings decreased by $600 million driven by weaker margins and higher expenses supporting growth projects. Finally, Corp & Fin earnings decreased by approximately $500 million due to the absence of a favorable onetime tax item in the third quarter.

Moving to Slide 6. Full year earnings of $14.3 billion were down $6.5 billion from 2018. Upstream earnings increased by $360 million driven by the Norway divestment and higher liquids volumes. This was partly offset by lower realizations and expenses supporting growth. Downstream earnings decreased by $3.7 billion due to more narrow North American differentials, lower refining margins, higher scheduled maintenance and the absence of the Germany retail and Augusta divestments in 2018. And again, here, included in the year-over-year results was a negative $420 million mark-to-market impact on derivative positions, offsetting any benefits from inventory effects. Chemical earnings decreased by $2.8 billion driven by weaker margins, higher expenses supporting growth and the absence of a onetime tax item.

I'll now provide more insight into the challenging 2019 price and margin environment on Slide 7. As shown here on the top-left chart, cyclically low prices and margins across our business lines accounted for a year-over-year earnings decrease of $7.5 billion. All other earnings drivers netted out to a positive impact of $1 billion. The chart at the bottom left of the page provides a view of commodity prices and margins over the past 10 years and the relative position of the environment we've seen in 2019 and 2018.

Now as we note here, the fourth quarter saw further deterioration in prices and margins, especially Chemical margins, with the increase in liquid feed costs. While margins weakened from 2018 and remain on the low end of the 10-year range across many of our business lines, it's important to note, these levels are generally consistent with the scenarios we use to test our investment decisions.

Despite the challenging market environment, long-term demand fundamentals remained strong. In fact, growth in demand in 2019 for upstream liquids and natural gas, distillate products and polyethylene was at the higher end of the compound annual growth rates experienced over the past 10 years. While making investment decisions based on long-term fundamentals is challenging when near-term prices and margins are under pressure, it provides us with the opportunity to leverage our competitive advantages, including significant financial capacity. It allows us to benefit from the favorable environment that occurs when others pull back and the cost of investing declines.

I'll now spend some time looking at the full year performance of each of our businesses in more detail, starting with the Upstream. Volumes grew by 119,000 oil equivalent barrels per day with liquids growth of 5% driven by Permian, Hebron and Kaombo. Efforts to high-grade our portfolio also resulted in gains on asset sales, primarily from the Norway divestment. And as indicated previously, liquids and gas realizations also impacted earnings with declines of 8% and 17%, respectively.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N   Document 124   Filed 01/08/24   Page 228 of 256   PageID 2809

out of the 6 largest oil discoveries. In recognition of this success, for the second year running, ExxonMobil was named Explorer of the Year.

We also made progress in our work to develop new, lower emissions technologies to help address the risk of climate change. While renewables like wind and solar play an important role, they don't solve the emissions challenge for every market, geography or application. Society needs new technologies that will reduce emissions while meeting the growing demand for affordable and reliable energy. We're leveraging our research organization to help develop them.

In 2019, we signed or extended 8 agreements with a variety of companies and institutions to expand research into lower emissions technologies. This adds to the more than 80 collaborations we have in place across academia, national labs and energy centers to scale up advanced biofuels, carbon capture technology and less energy-intensive manufacturing processes. These efforts address sectors that account for 80% of emissions, commercial transportation, power generation and industrial.

In summary, looking at the year in total, I'm pleased with the progress we've made, particularly in light of the challenging market conditions. Almost 2 years ago, we outlined a plan to grow the value of our corporation, robust the price cycles inherent in our industry. Two years down the road, we're delivering on those plans, doing what we said we would. With the increased supply and corresponding drop in the margins, we've increased our focus on efficiencies, while we continue to optimize our investment portfolio, again, taking advantage of the optionality that comes with a large number of opportunities, which I'd like to turn to next.

In the Upstream, I've already mentioned our success in Guyana, which I'll come back to in a few moments. Development of our deepwater portfolio in Brazil, another key asset, remains on track with exploration activities planned over the next couple of years to better quantify this high-potential resource. We're also making good progress in the Permian, which I'll talk more about when we get to a slide later in the deck.

In the Downstream, 3 of our major projects are online and contributing to earnings and cash flow even in last year's challenging market. These projects position us well for the growth in demand of higher-value distillates and lubricant base stocks. The remaining projects in our downstream portfolio progress consistent with our plans. These projects have all been tested against the margin environment we saw in 2019, and all would be earnings and cash-accretive.

In our Chemical business, 8 of our 13 growth facilities are online, and we reached final investment decisions on another 4 last year, which again remain attractive even when tested against the 2019 market environment.

Across the board, we remain extremely confident in the value of our project portfolio. Each project leverages our competitive advantages and is underpinned by growing demand, which is shown on the next chart. Demand fundamentals remain strong, supported by a growing population, economic expansion and higher standards of living. You can see these fundamentals reflected in the historic growth and demand for the energy and products that we provide, including demand growth in 2019.

Of course, growing demand is only part of the equation. In our business, large capacity additions can come online and overwhelm the growth in demand in the short term, which pushes margins down. That's the story of 2019 and is built into the planning basis for our projects. Our investment strategy builds on long-term fundamentals, leverages our competitive advantages and delivers projects robust to down cycles. This will structurally improve ExxonMobil's capacity to generate earnings and cash flow, which we laid out at last year's Investor Day. This approach has resulted in our most attractive investment portfolio since the merger 20 years ago. This has also generated a portfolio with an average return of 20%. We've seen no market developments over the course of 2019 that have changed this. However, we are using the 2019 price environment to challenge ourselves to further optimize the portfolio and drive greater efficiencies. While we expect to benefit from this effort, it hasn't led us to change our 2020 CapEx guidance. Our projects remain advantaged, and the economics are robust to industry price cycles.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

A-204

Case 3:21-cv-00194-N Document 124 Filed 01/08/24 Page 229 of 256 PageID 2810

Let me use our most recent start-ups to demonstrate this, starting in the Downstream and Chemical. Leveraging the capabilities of our organization, our scale and our technology are essential in developing industry-leading projects, but the benefits are only realized if executed efficiently, another ExxonMobil strength. You may recall that we shared a version of the chart on the left during our Investor Day. The gray area represents our estimate of the net cash margin for every refinery in the world at 2019 prices. The blue line represents our Rotterdam refinery prior to our recent investment.

The second line represents the yield improvement we executed with the first-ever deployment of the processing catalyst that we developed. This final line is what we actually realized after a year of run time, no different than what we planned. Now this would be expected for an industry standard proven technology. However, it's a significant accomplishment for a new-to-the-world technology, one that significantly improved Rotterdam's earnings last year.

This next line shows the Antwerp margin before our coker investment. Next, we show the expected margin improvement assumed in the project basis. Finally, the actual margin improvement. As you can see, the project is performing better than expected in a very low margin environment.

The Beaumont polyethylene expansion started up ahead of schedule and is exceeding design rates by 5%, while the new Baytown steam cracker and polyethylene lines are operating 10% above design rates. Combined, these projects contributed over $600 million in 2019's very low margin environment. The markets recover, their contributions will be even more significant.

Bottom line of this chart, we've delivered these investments in line with our commitments. They are meeting or exceeding expectations, and they are adding value in extremely challenging market conditions.

Let me turn to the Upstream and Guyana. Reaching first oil in Guyana was a major achievement for all stakeholders and is the culmination of years of hard work and dedication by the people of Guyana and our project team. First oil was achieved ahead of schedule, about 5 years faster than the average time line for the industry at an industry-leading development cost. Liza Phase 1 will continue to ramp up production to 120,000 barrels a day over the next couple of months, while Liza Phase 2 is progressing well with the start-up in early 2022, in line with our commitments, and that's a leading edge of industry.

Chart on the left provides a perspective on industry cost and schedule. We're continuing to work with the government towards FID at Phase 3 Payara, with its targeted start-up in 2023.

Looking more broadly, as I've already mentioned, we've increased the estimated recoverable resource from the Stabroek block to more than 8 billion barrels, an increase of 2 billion oil equivalent barrels. We've now had 16 successful wells out of 18 drilled, including our recently announced discoveries at Mako and Uaru. Resource size across these 16 successful wells equates to an average of more than 500 million barrels per discovery or the equivalent of a giant for each discovery. We recently brought in a fourth drillship to the basin and are making plans for a fifth. Significant potential remains beyond these first few phases as we move to test Kaieteur and Canje blocks to the North and East of Stabroek. Increasing the scope of our exploration activity, in development and appraisal drilling when costs are low relative to recent years, enables us to increase the value of this substantial resource. This is good news for the country and for the investors.

Let me turn now to another major growth play, our integrated Permian development, which made significant progress in 2019, again, in line with our commitments. Let me start by saying that we are still in the relatively early days of this development, particularly in the Delaware Basin. For perspective, we've developed roughly 20% of our resource in the Midland and only around 3% of our resource in the Delaware. We're continuing to learn as we delineate and develop this resource. Having said this, we are making very good progress. Production for the year increased by 120,000 oil equivalent barrels per day or nearly 80% relative to 2018. As we've said previously, our development program is driven by balancing production rates, resource recovery and capital efficiency to maximize value. We are seeing continued improvements in drilling and completions, significantly improving cost, while our Delaware well performance is at the leading edge of industry. We are continuously optimizing our cube development drilling, and our subsurface technology is enabling us to tailor well spacing, which is resulting in higher production, improved recovery and capital efficiencies.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N   Document 124   Filed 01/08/24   Page 230 of 256   PageID 2811

Last year, we made considerable investments in aboveground compression, separation and logistics infrastructure. This not only supports the current drilling program but is building cost-efficient infrastructure for future drilling. This follows the comprehensive development plan that we laid out last March and captures the capital efficiency of scale development.

I know that Neil Chapman and his team are excited by the potential and are looking forward to discussing the magnitude of the improvements we are seeing at our upcoming Investor Day.

I do want to touch briefly on our expectations for 2020, though, again, we'll have more detail in March. As I mentioned before, a Guyana Phase 1 ramp-up and Phase 2 construction will continue, and we will broaden our exploration efforts as we work through the considerable undrilled potential in the basin with 5 additional wells planned. We expect to make considerable progress in the Permian with the completion of the Cowboy Central Delivery Point, execution of the first large-scale cube development and volumes growth of 200,000 oil equivalent barrels per day by year-end.

We're anticipating FID for the next wave of our major growth projects, including Guyana Phase 3 and Brazil. We're also planning for significant exploration activity over the next 2 years in Brazil. We began to test a tremendous potential of our acreage position.

In the Downstream, our recent project start-ups will capitalize on the margin uplift associated with higher-value products. And coming off a year of significant scheduled maintenance, we expect higher refinery utilization in 2020.

In the Chemical business, we will continue to grow sales of performance products. And even with the near-term margin pressures, we expect our recent project start-ups will continue to deliver earnings and generate positive cash.

Across the corporation, we'll maintain a sharp focus on improving our base businesses, driving efficiencies and optimizing the value of our investment portfolio. We'll continue to actively market less strategic assets in an effort to high-grade our portfolio through value-accretive divestments. And of course, we'll continue to leverage a key competitive advantage, our financial capacity, capture industry-leading value across the price cycles. Given the attractiveness of our organic investment opportunities, this was an important advantage last year.

As you can see in this chart, as the margins in the Downstream and Chemical business dropped to historic lows, we utilized our financial capacity to fund projects that improved our competitiveness and positioned us to capture the eventual upswing. With this, our leverage increased slightly during the year but remains well below our peer group and the broader energy sector.

To give you a sense of our scale advantage, 1% of incremental leverage equates to about $4 billion in additional debt. While our financial capacity is an important advantage, it is one we use very thoughtfully. Given the volatility of our industry and the opportunities that come with it, we strive to maintain a significant buffer to preserve optionality.

Now before I hand it back to Neil, I'll offer a few closing thoughts. As we've demonstrated over the past 2 years, we are committed to delivering on our investment plans and high-grading our asset portfolio to strengthen the earnings and cash generation of our business across the broad range of price environments. We have a very rich set of investment opportunities. And as we work to develop these opportunities, we remain focused on optimizing total value over the long term. 2019 price and margin environment, we've increased our efforts to drive further capital efficiency and optimized pace without compromising value. We will remain thoughtful in utilizing our financial capacity but will take full advantage of it to capture value-accretive opportunities without compromising our flexibility. Finally, we'll continue to focus on improving our base business and driving efficiencies across the entire corporation.

With that, I'll hand things back to Neil.

**Neil Hansen;VP of Investor Relations & Secretary**
Okay. Thank you for your comments, Darren. We'll now be happy to take any questions you might have.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 231 of 256    PageID 2812

# Question and Answer

**Operator**

Thank you, Mr. Hansen and Mr. Woods. [Operator Instructions] We'll take our first question from Neil Mehta with Goldman Sachs.

**Neil Singhvi Mehta**
*Goldman Sachs Group Inc., Research Division*

And Darren, again, we appreciate you jumping on the call and doing these with us. So I guess my first question is around the capital spend. And so I think what you're signaling is capital spend in line with the prior guidance, which, if I remember, was $33 billion to $35 billion. And can you just talk about the framework? If the environment stays challenging, especially across Downstream and gas, is there downward flex on that spend? Or is the Exxon framework that you spend through the cycle with a long-term orientation?

**Darren W. Woods**
*Chairman & CEO*

And thanks for your comments. Yes. So as I said, we have, with the price environment and the cash flow, really taken advantage of some of the organizational changes that we've made last year. We formed a corporate-wide projects organization, bringing together the experience and capability in that space into one organization that can then be deployed across our entire asset portfolio.

The Upstream reorganization has given us a real good line of sight across the businesses, one that wasn't as clear in the past with the functional organization. So we're using those changes to take a real hard look at the opportunities we've got. Of course, the Chemicals and Downstream businesses are doing the same thing and looking for additional efficiencies to shape that portfolio. We're also looking at options to pace and to move projects around and out, if we can do that without compromising the long-term value that we built those projects on, the basis that we built those projects on. So I think there's opportunity in that space.

And if we continue to see very low margins and cash for all that we want to address, we've got optionality to do that. We can move some things out, and we can also slow down the pace in the Permian. We don't want to compromise the scale of the development in the Permian, so we're -- there's a balance to be struck there. But we've got optionality. And I think as we go through the year to come, we'll keep a real close eye on kind of how the market develops and then keep a hand on the lever to make sure that we make adjustments as we need to.

I think it's one of the great advantages of having a very large portfolio. We've got lots of optionality here. And so I think we're comfortable with it. And the one criteria is that we won't -- we may defer some value capture, but we're not going to -- we don't want to eliminate or pass up any value capture.

**Neil Singhvi Mehta**
*Goldman Sachs Group Inc., Research Division*

Yes, that's very clear. And then just to follow up on your comments on the Permian. We were looking at the red line versus sort of the green bars, if you will, on the Permian slide and it's hard to extrapolate too much quarter-to-quarter. But that production was a little bit more flat Q4 versus Q3. Is that just the timing of completions associated with the cube design? And should we expect that acceleration at some point earlier this year? And then just how do you think about Midland versus Delaware? I think one of the comments that was made on this conference call a couple of quarters ago was that Midland's going really well, but Delaware is not performing as well as you would like on the drilling side. So any color there would be helpful.

**Darren W. Woods**
*Chairman & CEO*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N   Document 124   Filed 01/08/24   Page 232 of 256   PageID 2813

Yes. I think with respect to the first points you made around the difficulty of extrapolating from any 1 quarter is exactly right. I think when we introduced that, and Neil Chapman talked about it, we said it wasn't going to be a smooth development and that we would see a lumpy progress with respect to the volumes growth. So I don't -- I wouldn't draw a whole lot. We're not -- we haven't seen anything in that development, which would suggest anything other than continuing on that path. But again, it will be lumpy. And I think if you look at that red line, you will see that lumpiness has been playing out historically. So -- and I think you're going to see that as we continue to go forward.

I think, and a really important point, if you look at the volumes that we delivered in the Permian, we're above what we said we were going to do last year at the Investor Day by about 20,000 barrels a day. So that's clearly on track.

With respect to the Permian and the Delaware. Of course, as I said, the Delaware is much earlier in its development cycle. The organization continues to learn as we're going through that development. And I would tell you, we're making really good progress in what we're seeing there. Neil did talk about the Delaware being more difficult than the Midland. But I would also say, again, another advantage of the reorganization that we did last year in bringing kind of the best of ExxonMobil with the best of our XTO organization into this space is that we're making really, really good progress with respect to that and like what we're seeing. And as I said, I'd tell you, the guys and Neil are really excited by the potential here. And I know they're anxious to spend some time in March taking you through some of the proof points of that. But I would tell you, we like what we're seeing in the Delaware. And while it is different in the Midland, nothing to suggest that, that -- the opportunity there is not as great, if not better, frankly.

**Operator**

The next question comes from the line of Jon Rigby with UBS.

**Jonathon Rigby**
*UBS Investment Bank, Research Division*

I just wanted to go to, I think, the fourth bullet point on your key messages. You do flag up driving efficiencies and improving the base business. And although I think a lot of the focus does fall on your investment program, I mean, you need to fund it. And it seems to me the evidence suggests that there may have been some shortfalls in generating the earnings and cash base business to fund that investment. Is that a fair observation? It's difficult to disaggregate underlying performance from the cyclical conditions. But are you able to sort of identify where there have been some unexpected shortfalls, and whether there are sort of business improvement plans, et cetera, to go after changing that into 2020?

**Darren W. Woods**
*Chairman & CEO*

Yes. Thank you, Jon. Let me just -- on that with respect to the shortfalls, as I said in my prepared comments, it's really a function of the margin environment that we've seen out there and the sectors that we've invested in, in terms of our production capacity and the configuration of that capacity. As you look around the different chemical businesses and downstream businesses, what you typically see quarter-on-quarter and year-on-year and the big drivers of change in movement is how the margins vary -- impact each of the configurations in the investment.

So as an example and as Neil Hansen mentioned, we have liquids cracking in the Chemical business. In the quarter, the charts that he showed, that was clearly had -- clearly had an impact on the quarter. And so there's a lot of structural change. And as we look across the businesses, that's basically what we're seeing is the spreads that have changed across both the Chemical and Downstream business given our configuration have impacted us.

That doesn't worry us, particularly. In fact, if you go back in time in Chemical, that configuration was very attractive and made us really good money over a number of years. We've had some significant investments in that space here recently, which has created this imbalance in supply and demand. But the business is growing fast, and we'll come out of that. So we expect to see the Chemical business and

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N Document 124 Filed 01/08/24 Page 233 of 256 PageID 2814

our base business returned to where it was in the past as that demand growth continues and that supply capacity -- excess supply capacity is coming down.

Don't forget, too, in the Downstream, significant turnaround here last year. As Neil said, the highest level of turnaround spend in the last 15 years. So a lot of capacity was off-line last year. You can't overcome capacity that shut down. So this year, I think we're back to more normal levels. We should see the business return to where it's at. So -- and I think as you couple that low environment with some of the growth projects that we've got in place and the expenses that come with that, you see the impact with that. But beyond that, I think the business is running sound. We've always had a focus on efficiencies and becoming better operators. That's -- and when we find the margins -- environments like this, it just sharpens that focus and makes it even clearer to the organization why that is so important. And so that's what I referenced.

I'd tell you, our folks are motivated to roll their sleeves up and dig deep and hard and support the growth plans that we've got going forward.

I think the final point I'd make there just in terms of our operations and execution, you don't have to look much further than the projects. And the points I tried to make and what we delivered across our entire portfolio. That was in Refining, that was in Chemical and that was in the Upstream. The things we talked about 2 years ago for very large projects basically delivered as we said and working as we said, so that's significant. And I would just, again, reemphasize the project in Rotterdam, which was a brand-new technology and process, never before implemented in any refinery around the world, we brought that on. It came up and it's operating today exactly as designed. That's a pretty astounding accomplishment that I don't think any of our competitors could make today.

**Jonathon Rigby**
*UBS Investment Bank, Research Division*

Right. Good. And just a quick follow-up. You mentioned FID for Guyana and Brazil in 2020. Could we expect Mozambique as well at some point in the year?

**Darren W. Woods**
*Chairman & CEO*

Yes. Mozambique, we're working with our partners on. We're making progress with respect to that. But I would think, as we make progress, we'll FID that when we get to the right stage. I think right now, we're working towards a time line that would give us production somewhere back in 2025, something like that.

**Operator**

Next, we'll go to Doug Terreson with Evercore ISI.

**Douglas Todd Terreson**
*Evercore ISI Institutional Equities, Research Division*

Darren, declining dispersion of returns on capital for the big oils suggest that competitive advantages may be converging between the different industry players over 5 to 10 years. And on this point, you guys have historically indicated, and I think you did a few minutes ago, that technology and scale and integration were key advantages that differentiated ExxonMobil and will lead to value creation over longer-term periods.

So my question is whether this premise is still as valid in your view. Meaning, while your portfolio of opportunities is arguably the best in the peer group, maybe the strongest in a long time, are you still as confident as ever about the strength of your competitive advantages and the returns profile and that results will prove this over time? Or has it changed? And if it has changed, which areas are becoming more difficult to defend?

**Darren W. Woods**
*Chairman & CEO*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N   Document 124   Filed 01/08/24   Page 234 of 256   PageID 2815

and compare to make sure that our estimates at least appear reasonable. And generally, they're always within the range, maybe perhaps on the low side of what we typically see out there, but that's how we do it. And you can imagine that process does not lead to huge changes year-on-year, simply because the fundamentals that I referred to don't dramatically change year-on-year.

They do evolve, obviously. Certainly, if you think about the tight gas or the Shell revolution, that was an evolving and developing story and that obviously had impacts on, I mean, the marginal tiers of supply, which had impacts on pricing, but that has been kind of an evolution that's been built into the price deck over the years and is pretty constant now. So that's how we do it, and that's how we think about it and then we make our investment decisions based on that and then test really on the low side and the high side to make sure that the investments that we're putting in place are robust to the cycles that we know we're going to see.

**Biraj Borkhataria**
*RBC Capital Markets, Research Division*

Okay. Noted. The second question, I just wonder if you could give us an update on Papua New Guinea. There was an article this morning about negotiations with the government not going according to plan for the expansions. Could you just update us on where that project is? And what that means for the FID?

**Darren W. Woods**
*Chairman & CEO*

Sure. Let me just start with maybe the bigger picture of Papua New Guinea. Obviously, we're the operator of the PNG LNG project, which was a $19 billion project. It's brought employment to about 3,200 people in Papua New Guinea.

Since 2010, we've spent about over $4 billion on Papua New Guinean services, including about $2 billion spent with the landowner companies. We've invested almost $300 million in community and infrastructure programs focused on education, health, women's empowerment, a number of other areas. So the established business that we have there, I think, has been a real benefit to Papua New Guinea and obviously have been of benefit for us. We're looking at this expansion, and we're looking at bringing in the Papua project with Total, along with P'nyang and have been in negotiations with the government.

We're disappointed here recently that we weren't able to reach agreement with the government on P'nyang, but we're very hopeful that, that -- those discussions can move forward and continue. I think from our perspective, we've got to find a way to get to a win-win proposition. We've got a big portfolio of opportunities, as I've been referring to here this morning. And anything that we decide to FID and move forward has to compete within that portfolio.

So that's the basis on which we're looking at this negotiation, and working with the government needs to be a win-win. I think we'll continue to try to establish that with the government. But I also think we've got some time, given all the other opportunities in front of us. And frankly, given where we're at today and the supply-demand balance of LNG, I think we can -- we've got time to work it with the government. And I'm hopeful and I'm fairly confident that, at some point, we'll find a way forward with them.

**Operator**

Next question comes from the line of Jeanine Wai with Barclays.

**Jeanine Wai**
*Barclays Bank PLC, Research Division*

So I guess my first question is on the Permian and it's dovetailing off of Neil's question and it's specifically on the rig count. So can you provide a little more color on how operations are going? And if there's any change in the number of rigs you see required to make the million barrels a day that you laid out earlier? So when we look at the data, the rig count has been trending flat to down over the past 6 months. And I know that the rig counts can be pretty deceiving, given improving efficiencies and all. But have you encountered anything unexpected, in particular or referring to the subsurface in the Delaware?

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N Document 124 Filed 01/08/24 Page 235 of 256 PageID 2816

**Darren W. Woods**
*Chairman & CEO*

Yes, let me -- I'll talk high level. First of all, I'm not a big believer in extrapolating rig counts into kind of what we're doing in the business and the approach that we're taking and the progress we're making in the development. I think it's a fairly crude measure, particularly for the work that we've been doing there.

As you recall, what we laid out in the Permian, and particularly in the Delaware, was a large-scale approach, which is -- was unique to industry, that leverages the scale that we have as a corporation, leverages the technology, some of the resources that we have within the company. And we have been developing the tools to model and develop that resource that we think is pretty unique in the industry. We've used a lot of rigs to help delineate what we're doing in that space. And as we collect that information, build those models and optimize, I think you're going to see movements around what we're doing there. So I would not, again, take too much -- draw too many conclusions from, strictly speaking, the rig count.

And with respect to that work that we've been doing, as I mentioned in my prepared comments, we feel really good about the progress that we're making and are seeing significant improvements in the initial production across the 365 days and longer. We like what we're seeing with the recovery rates. We like what we're seeing with the D&C cost, and those are coming down.

And we like what we see around some of the well performance, particularly in the Delaware. I think if you look at the results that we're getting, we're leading industry, I think, it's fair to say. So good progress there. It's just really a question of how we want to continue going forward and pace that. And I know that Neil and his team are looking at that in light of the environments that we've come out of in 2019. And when we get to March, I think the folks will spend some time kind of sharing some of the proof points, some of the data with you to help get a better picture of that, and then we'll talk more about kind of how we see the path going forward here.

But bottom line, the potential of that and the value propositions that we've talked about haven't changed. If anything, we like it better.

**Jeanine Wai**
*Barclays Bank PLC, Research Division*

Okay. Great. That's really helpful. And then just switching gears here quickly. As far as the light sweet, heavy sour spreads being slower than expected to adjust and the crude discounts maybe not being at full parity with the product pricing, you indicated in your prepared remarks that, ultimately, you expect these issues to improve or reverse. And so my question is, could this be a potential tailwind for as early as 1Q? And any additional comments you have on just timing on how you see that developing would be really helpful.

**Darren W. Woods**
*Chairman & CEO*

Sure. And I don't -- when you say it's developing slower than predicted, I don't know that we ever had a real firm prediction of how this is going to play out. I mean, the markets have got a lot of variables that go into it. This was a known event that was going to happen. And so a lot of different players, very fragmented market, lots of different actions with storage and inventory. And so I think really difficult to predict exactly how all those variables and all those independent actions come together and results in what we're seeing in the marketplace.

I can tell you, what you see is explainable. You can certainly put a rationale behind it. How long it takes to play out and get back to what we think eventually will be more market parity, I think it's really a function of where the different inventories and how people are choosing to optimize around the new requirements with respect to IMO.

The reason why we're convinced that, that eventually we'll get back to parity is because the fundamentals associated with IMO are pretty, pretty clear. And the kind of the economics of refining aren't real hard

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:21-cv-00194-N Document 124 Filed 01/08/24 Page 236 of 256 PageID 2817

to figure out. As you've taken sulfur out and the valuation of high sulfur feedstocks and products have dropped down, that's got to make itself back into the crude and crudes that are higher sulfur and heavier, they're producing more of those lower value products ultimately have to reflect the fact that their product -- the yield profile off that barrel of crude is less attractive. So I think that's a pretty foundational element of crude markets and refining. And eventually, those will hold. And then in the short term, depending on the different actions that folks have taken and what their position is and what moves it did earlier and what inventories look like, it's going to take time to work itself out.

I would tell you, from our perspective, we manage this based on the longer-term fundamentals. We made investments based on the longer-term fundamentals. We didn't make any investments that assumed credit for this transition and the benefits that might come along with it, given a particular investment. We just recognized it would come. But the decisions that were made were based on more of the longer-term fundamentals.

And operator, I think we have time for one more question.

**Operator**

We'll take that question from Ryan Todd with Simmons Energy.

**Ryan M. Todd**
*Piper Sandler & Co., Research Division*

Maybe a quick follow-up on some of your comments earlier on the LNG markets. Are you seeing -- can you comment on whether you're seeing any pressure on existing or currently negotiated contracts? And also, some of your European peers have been successful on offsetting at least some of the ongoing price weakness, and the medium-term price weakness, the active portfolio trading globally. I believe you've looked to increase those capabilities across your organization globally. Can you maybe talk about progress in that direction and how you may be able to mitigate medium-term weakness in global LNG prices?

**Darren W. Woods**
*Chairman & CEO*

Yes. Thanks, Ryan. I think, yes, you're right. Your observations are pretty solid in terms of there are opportunities with portfolio trading to try to mitigate some of that shorter-term weakness. And I think as you look at the markets, you see the markets kind of slowly evolving along those lines. At the same time, a lot of the buyers in the LNG market are interested in ensuring long-term deliveries and surety of supply. And so there is still a desire for the longer-term contracts as new projects are FID-ed and developed. Oftentimes, financing requires secured outlets and terms on that. So there are a lot of underlying dynamics that keep what I would say is the more traditional, longer-term transactions in place. And so while I think the markets will continue to develop and there will be more trading on top of that, I think there will still be a layer of what I would say is the historical approach to LNG. And that will be a very slow-moving transition over time.

With respect to the LNG trading that we have, it's been widely reported and I've talked about it the last time I was on, we have been going looking and moving more into some of the trading as that market evolves. But our intention is to kind of evolve with the needs of the market and that would just become a bigger piece of our business as that becomes a bigger piece of the market and more relevant to the market.

**Ryan M. Todd**
*Piper Sandler & Co., Research Division*

Okay. Perfect. And then maybe one quick follow-up on Chemicals. Obviously, it's been a tough environment, and you talked about the eventual rebalancing from a supply/demand point of view. Can you talk about, I guess, as we look over the next 12 to 18 months, like what you see maybe in terms of some of the market dynamics and the recovery from that point of view? And you highlighted in your presentation, growth-related expenses of $160 million at least on a delta basis in the quarter. You have

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# EXHIBIT 20



# FOURTH QUARTER 2019
## RESULTS
1.31.20

**NEIL HANSEN**
**VICE PRESIDENT, INVESTOR RELATIONS AND SECRETARY**

A-213

# CAUTIONARY STATEMENT

- Statements of future events or conditions in this presentation or the subsequent discussion period are forward-looking statements.  Actual future results, including financial and operating performance; demand growth and mix; ExxonMobil's volume/production growth and mix; the amount and mix of capital expenditures; resource recoveries; production rates; rates of return; development costs; project plans, timing, costs, and capacities; drilling programs and efficiency improvements; product sales and mix; dividend and share purchase levels; cash and debt balances; corporate and financing expenses; and the impact of technology, including impacts on capital efficiency, production and greenhouse gas emissions, could differ materially due to a number of factors including global or regional changes in oil, gas, petrochemicals, or feedstock prices, differentials, or other market or economic conditions affecting the oil, gas, and petrochemical industries and the demand for our products; reservoir performance; the outcome and timing of exploration and development projects; timely completion of construction projects; war and other political, public health, or security disturbances, including shipping blockades or harassment; changes in law or government regulation, including trade, sanctions, tax and environmental regulations; the outcome of commercial negotiations; the impact of commercial terms; opportunities for and regulatory approval of investments or divestments that may arise; the actions of competitors and customers; the outcome of future research efforts; unexpected technological developments and the ability to bring new technology to commercial scale on a cost-competitive basis, including large-scale hydraulic fracturing projects; unforeseen technical difficulties; and other factors discussed here and under the heading "Factors Affecting Future Results" in the Investors section of our web site at exxonmobil.com.  Any forward-looking statements regarding future earnings, cash flows, returns, volumes, new projects, divestments, or market strategies are as of the March 6, 2019 Investor Day except as specifically updated on this webcast.  All forward-looking statements are based on management's knowledge and reasonable expectations and we assume no duty to update these statements as of any future date.

- Forward-looking statements in this release regarding future earnings, cash flows, returns, project returns, volumes, new projects, divestments, market strategies, plans, or key milestones refer to plans outlined at ExxonMobil's Investor Day held on March 6, 2019, except for our 2020 perspectives on page 21. The growth figures presented at that meeting are not forecasts of actual future results but were intended to help quantify future potential and goals of management plans and initiatives. See the complete March 6, 2019 presentation available in archive form (including the Cautionary Statement and Supplemental Information included with that presentation) on the Investors page of our website at www.exxonmobil.com for more detailed information. That material includes a description of the assumptions underlying these potential growth estimates including a flat real oil price of $60 Brent per barrel (which is not intended to be a forecast of future prices), downstream and chemical margins consistent with 2017 levels, and future gas prices consistent with our internal company plans, as well as a reconciliation of adjusted 2018 earnings used as a baseline.

- Reconciliations and definitions of non-GAAP measures and other terms including Cash Flow from Operations and Asset Sales; Cash Flow from Operations and Asset Sales excluding Working Capital; Free Cash Flow; Leverage; Project Returns; and Divestments are provided in the supplemental information accompanying these slides.

2

# FOURTH QUARTER 2019 KEY MESSAGES

| FINANCIAL SUMMARY | 4Q19 | 3Q19 | 2019 |
|---|---|---|---|
| Earnings | 5.7 | 3.2 | 14.3 |
| Earnings per share ($/share) | 1.33 | 0.75 | 3.36 |
| Cash Flow from Operations and Asset Sales | 9.4 | 9.5 | 33.4 |
| Cash Flow from Operations and Asset Sales excluding Working Capital | 11.1 | 8.0 | 32.5 |
| CAPEX | 8.5 | 7.7 | 31.1 |
| PP&E Adds / Investments & Advances[1] | 7.4 | 6.6 | 26.8 |
| Free Cash Flow | 2.1 | 2.9 | 6.6 |

*Billions of dollars unless specified otherwise*

- Earnings and cash flow in line with commodity market factors previously communicated
  - Liquids realizations essentially flat, while refining and chemical margins weakened significantly
  - Natural gas prices and basestock margins improved, but remained challenged by short-term market imbalances
  - Positive $0.92 earnings per share from Norway divestment and one-time tax item
- Full-year CAPEX impacted by better-than-expected project pace
  - Liza Phase 1
  - Beaumont light-crude expansion
  - Baton Rouge polypropylene

[1] See Supplemental Information

# GUYANA **UPDATE**



| | 2015/16 | 2017 | 2018 | 2019 |
|---|---|---|---|---|
| **Gross resource (Boeb)** | 1 | 3 | 5 | >8 |
| **Discoveries** | Liza, Liza Deep | Payara, Snoek, Turbot | Ranger, Pacora, Longtail, Pluma, Hammerhead | Haimara, Tilapia, Yellowtail, Tripletail, Mako |



- Recoverable resource increased to >8 Boeb

- Mako-1 marked fifth discovery of 2019, Uaru-1 first of 2020

- 6 of 18 exploration wells successful

- Considerable undrilled potential remains

- Fourth drillship in place, adding fifth in 2Q20
  - Planning for additional five exploration wells in 2020, including Canje and Kaieteur
  - Progressing development and appraisal drilling

# UNCONVENTIONAL BUSINESS **UPDATE**

## PERMIAN AND BAKKEN PRODUCTION[1]
Koebd net



- Permian volume growth on schedule
  - 4Q19 production of 294 Koebd; 2019 production of 272 Koebd
  - Increase of 54% from 4Q18, 79% from 2018

- Development driving continuous improvement across key metrics

- Processing and takeaway capacity build-out progressing on plan

[1]See Supplemental Information

# 2020 **PERSPECTIVES**

**UPSTREAM**

- Progress Guyana Liza Phase 1 ramp-up, Liza Phase 2 construction, and five additional exploration wells
- Start up first large-scale Permian central delivery point and full cube development
- Anticipate FID for next phases of Guyana and Brazil developments
- Significant exploration activity in Brazil through 2021

**DOWNSTREAM**

- Leverage recent project start-ups to capture higher-value product margins
- Increase refinery utilization following heavy scheduled maintenance in 2019

**CHEMICAL**

- Maximize value from recent project start-ups
- Continue to grow sales of performance products

**CORPORATE**

- Efficiently deploy capital on advantaged projects
- Drive further efficiencies across the corporation
- Progress divestment program
- Effective management of financial capacity

A-218

# SUPPLEMENTAL INFORMATION

**Slide 3**
1)    Includes PP&E Adds of ($6.7B) and net investments/advances of ($0.7B)

**Slide 7**
1)    Source: S&P Global Platts
2)    Source: ICE.  Equal weighting of Henry Hub and NBP.
3)    Source: S&P Global Platts. Equal weighting of U.S. Gulf Coast  (Maya – Coking), Northwest Europe (Brent – Catalytic Cracking), Singapore (Dubai – Catalytic Cracking)
4)    Source: IHS Markit, Platts, and company estimates. Weighting of polyethylene, polypropylene, and paraxylene based on EM capacity.

**Slide 9**
1)    Source:  Argus.  Monthly prices.
2)    Source:  S&P Global Platts, company estimates

**Slide 10**
1)    Source: Thompson Reuters Eikon, company estimates

**Slide 11**
1)    Source: IHS Markit, Platts, ICIS, company estimates.  Asia Pacific Industry PE margin.
2)    Source: IHS Markit, Platts, ICIS, company estimates

**Slide 12**
1)    Includes PP&E Adds of ($6.7B) and net investments/advances of ($0.7B)

**Slide 16**
1)    Source: IEA, company estimates
2)    Source: IEA, McKinsey, company estimates
3)    Source: ESAI Energy, company estimates
4)    Source: IHS Markit, company estimates
5)    See definition of project returns on the next slide

**Slide 17**
1)    Company estimates based on third party data.  2019 margins.

**Slide 18**
1)    Source:  company estimates where available, WoodMac and IHS for all other items. Comparable deepwater FPSOs in Angola.

**Slide 20**
1)    Potential production as communicated at 2019 Investor Day; Permian includes Midlands and Delaware basins

**Slide 22**
1)    Total capitalization defined as "net debt + market capitalization"
2)    Leverage defined as "net debt/total capitalization"
3)    Source: Bloomberg. Values as of end of 3Q19. Sample of "Aaa" and "Aa" rated corporates (Moody's). Average of XOM, JNJ, WMT, PG, CVX, RDS, CL, V, COST, AAPL, GOOG, MSFT, TM, BRK/A, and ADP. Companies with negative net debt noted to have 0% leverage.
4)    Source: Bloomberg. Values as of end of 3Q19.  Average of CVX, RDS, BP, and TOT.
5)    Source: Bloomberg. Values as of end of 3Q19. As represented by the Energy Select Sector SPDR Fund (XLE).

**Slide 25**
1)    Earnings excluding identified items are earnings excluding significant (≥ $250 million) non-operational events.  We believe this information is useful to assist investors in assessing the performance of our ongoing business operations.

# SUPPLEMENTAL INFORMATION

<u>Definitions</u>

**Cash Flow from Operations and Asset Sales.** Cash flow from operations and asset sales is the sum of the net cash provided by operating activities and proceeds associated with sales of subsidiaries, property, plant and equipment, and sales and returns of investments from the Summary statement of cash flows. This cash flow reflects the total sources of cash from both operating the Corporation's assets and from the divesting of assets.

**Cash Flow from Operations and Asset Sales excluding Working Capital.** This includes cash flow from operations and asset sales less changes in operational working capital excluding cash and debt. This measure is useful when comparing the underlying performance of our business across periods when there are significant period-to-period changes in working capital.

**Divestments.** Divestments represent the unadjusted sale price specified in the applicable contract of sale as of the effective date for asset divestiture agreements which the corporation or one of its affiliates has executed since January 1, 2019. Actual final sale price and cash proceeds may differ in amount and timing from the divestment value depending on applicable contract terms.

**Free cash flow.** Free cash flow is cash flow from operations and asset sales less additions to property, plant and equipment, and additional investments and advances, plus other investing activities, including collection of advances. This measure is useful when evaluating cash available for financing activities, including shareholder distributions, after investment in the business.

**Leverage.** Leverage is defined as "net debt / (net debt + market capitalization)."

**Project.**  The term "project" as used in this presentation can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

**Resources, resource base, and recoverable resources.** Along with similar terms, these refer to the total remaining estimated quantities of oil and natural gas that are expected to be ultimately recoverable. ExxonMobil refers to new discoveries and acquisitions of discovered resources as resource additions. The resource base includes quantities of oil and natural gas classified as proved reserves, as well as, quantities that are not yet classified as proved reserves, but that are expected to be ultimately recoverable. The term "resource base" is not intended to correspond to SEC definitions such as "probable" or "possible" reserves. The term "in-place" refers to those quantities of oil and natural gas estimated to be contained in known accumulations and includes recoverable and unrecoverable amounts. "Potential" resource amounts are not currently included in the resource base.

**Returns, investment returns, project returns.**  Unless referring specifically to ROCE, references to returns, investment returns, project returns, and similar terms mean future discounted cash flow returns on future capital investments based on current company estimates. Investment returns exclude prior exploration and acquisition costs.

# EXHIBIT 21

**S&P Global**
Market Intelligence

# Exxon Mobil Corporation NYSE:XOM

# Analyst/Investor Day

## Thursday, March 05, 2020 1:00 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

A-221

# Presentation

**Neil A. Hansen**
*VP of Investor Relations & Secretary*

Good morning, and welcome to ExxonMobil's 2020 Investor Day. We very much appreciate you joining us this morning, and we look forward to an engaging discussion today. For those of you that I have not met yet, my name is Neil Hansen. I am the Vice President of Investor Relations and the Secretary.

I want to begin by reminding you of the safety procedures here at the New York Stock Exchange. There are 2 exits from this room, one to the left of the stage and one in the back of the room. Both of these will take you to a stairwell down to the street level. In case of an emergency, there will be an audible message that will give instructions and Stock Exchange personnel to provide directions. Also, I would ask that everyone please silence any electronic devices, including cellphones and tablets, so we're not disturbed during the presentation.

This month marks the 100th year of ExxonMobil's listing on the New York Stock Exchange. And in recognition of this impressive milestone, we have provided you with a gift at your seat to commemorate this special occasion.

Next, I would like to draw your attention to our cautionary statement found in the front of the presentation material and our supplemental information. As you know, these statements contain information that is relevant to today's discussion, and I encourage you to read them. You may also access our website at exxonmobil.com for additional information on factors that may affect future results as well as supplemental information that provides definitions for some of the terms that we will use today.

Let me start by reviewing the agenda. Darren Woods, Chairman and Chief Executive Officer, will lead the presentation today with members of the management committee. Darren will begin with an overview of the business fundamentals supporting our investments and our plans for growing shareholder value. Neil Chapman will then provide an update on the Upstream business. Jack Williams will provide updates on the Downstream and Chemical businesses and give some perspective on our new global projects organization. Andy Swiger will close our discussion with some insights into the technology that we are developing and deploying and then review our investment and financial plans. And then we'll have an opportunity after prepared remarks to take questions. At the conclusion of the morning session, we will host a lunch on the seventh floor of the Stock Exchange.

Before we get started, I'd like to take a few minutes to walk through an update to the price and margin basis that we will use today throughout the presentation. These changes are being made in response to the feedback that we received from many of you during the past year. I'll start with the fundamentals. We operate a capital-intensive business. It's a commodity business, as you know, that is subject to price and margin cycles. The business results we deliver are obviously substantially impacted by the price and margin environment in which we operate. Recognizing that the business moves in cycles, it is important to establish a constant price and margin basis to evaluate the structural business improvements that we are making as well as provide a framework by which we can communicate the changes and the capacity of the business to grow earnings and cash flow over the long term.

Now it's important to know that the basis we have provided is in no way a prediction of the future market environment. And further, it's not used as a justification of our investments. As we have said many times, our investments are tested to ensure they are robust across a range of prices and market scenarios. When we first communicated the growth potential of our business back in 2018, the intent was to demonstrate the structural improvements underway that would increase the earnings and cash generation capacity of the business relative to the price and margin environment in 2017. Now with the passage of time, and as prices and margins have moved through the cycles, using that specific point in time as a reference for future growth has become less relevant.

So we are updating how we communicate the potential of our business in 2 important ways. First, we are updating the price and margin basis to reflect 5-year historical averages, which we believe are more

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Case 3:21-cv-00194-N    Document 124    Filed 01/08/24    Page 249 of 256    PageID 2830

indicative of the commodity cycles that we typically experience. And second, we are providing ranges of potential for each of our businesses using the high and low points over the past 5 years. And then we've also indicated what we would expect results to be if 2019 market conditions persist. Now the key takeaway from all of this is there is no change in the underlying business improvements that we communicated to you 2 years ago.

The next 2 pages show how the previous price and margin basis compare to the 5-year averages, again, as well as the high and low points that we've used to illustrate the ranges of potential. We've included additional information in the supplement for your reference.

And with that, it's now my pleasure to introduce Mr. Darren Woods, Chairman and CEO of ExxonMobil.

### Darren W. Woods
*Chairman & CEO*

Thank you, Neil. Good morning, everyone. Good morning, everyone. Come on now, a little bit of energy here. It's really good to be back to share some plans with you today. And I appreciate all of you joining us here. And for those viewing remotely, as Neil said, today is -- event coincides with our 100 years of ExxonMobil's listing on the New York Stock Exchange. That, I think, is a noteworthy accomplishment and really a great backdrop for the discussion we're going to have today. I think also, though, it's important context for viewing the current challenges that we see in today's market. You all know, today, oversupply is driven by industry investments and some of these growth markets have exceeded demand, and we've got a very challenging short-term margin environment, which is now being compounded by the growing economic impact to the coronavirus that we're seeing around the world. And that is creating a lot of uncertainty, particularly in the near term, and I would say, particularly here in Wall Street. However, the longer-term horizon is clear. And today, our focus is on that horizon and the future. And I'm providing all of you an update on the progress we've made on our long-term plans to structurally grow our earnings and cash flow while improving returns.

We're going to spend some time this morning highlighting the advantages we expect to gain from really leaning into this market when others have pulled back, and while saying that, remain very mindful of the challenges of the current market environment. And we'll show how we're leveraging the flexibility of our plans to adjust the pace of development. Also, I'm going to highlight how our plans are built around supporting societies' dual challenge, meeting the increasing demand for energy, while lowering carbon emissions to address the risk of climate change. And the full management committee is going to share our perspective. Neil and Jack are going to provide updates on the progress we're making across each of our businesses. And Andy will show how all that translates into our financial results across a wide range of price scenarios.

We're also going to devote some time to describing how 2 of our key competitive advantages, project execution and technology, are driving value today and ensuring that we remain well positioned for success in the future. And then, as Neil said, after that, we will take some time to address your questions.

So what's our discussion going to focus on? A few key themes. I'll cover the fundamentals, how growing global populations and increasing prosperity are driving a corresponding increase in energy demand, which supports our investments and the industry's investments in oil, natural gas and chemicals. We'll also discuss how consumer demand is evolving towards cleaner and higher-value products and how those changes are driving our investments in refining and technology.

Two years ago, we laid out a plan to expand our earnings and cash flow potential of our businesses. And today, we are reaffirming those plans. They're supported by our advantaged investments, projects, a very robust portfolio of investments, a favorable cost environment and the opportunities created by the industry underinvesting. As Neil covered in his opening remarks, the nature of our capital-intensive commodity businesses result in price and margin cycles, which really underscore the importance of investment flexibility and the advantages we have to successfully manage through that flexibility. Today, we'll cover some of the adjustments that we've made while preserving the advantages and the value of our projects. We'll provide an overview of some very important R&D work that further strengthens our

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Always looking for. And that's -- again, one of the reasons why you've seen us pull back. So from an NPV standpoint, the projects that we're pursuing are robust, the environment that we're in today and across the board. So we don't have any concerns about those projects and getting those in place. Sooner rather than later, brings that NPV 4, and there's value proposition there. And yet you heard us today talk about pacing and slowing some of that down. Why are you doing? If the value proposition is as high as it is, is we want to make sure that we're preserving some flexibility on the balance sheet in anticipation of or maintaining the optionality of, if something comes into the radar that we think is a unique value proposition that we want to be in a position to act on that.

**Paul Benedict Sankey**
*Mizuho Securities USA LLC, Research Division*

Neil, if I could follow-up on Phil's question. Can you talk about the Midland inventory because it appears that your 20% producing was the produced -- I'm sorry, developed, was the slide, which, again, would suggest a pretty short inventory life there. Could you go back over the 250 wells, 6,000 while inventory was for Delaware? And then could you talk about the Midland?

**Neil A. Chapman**
*Senior Vice President*

Yes. Your question is not on the Delaware, on the Midland, Paul?

**Paul Benedict Sankey**
*Mizuho Securities USA LLC, Research Division*

Yes, I think so, because I think what you were talking about was 250 wells a year in the Delaware only. Is that correct with the 6,000 inventory? At that point, could you do the same for the Midland because...

**Neil A. Chapman**
*Senior Vice President*

No, our Midland inventory, as you know, is much smaller, and it's more developed, and we have more of those resources in production. But it doesn't mean to say that it's produced, as I made that distinction earlier on. It's in production. And so I think we have -- Darren, maybe you can correct me if I had the numbers wrong here. I think we have 600 wells in production. Maybe I'll just look at the data. At over 2,100 inventory, something like that. The inventory is much larger, much larger in the Delaware than it is in the Midland.

**Neil A. Hansen**
*VP of Investor Relations & Secretary*

Ryan, could you get Roger?

**Roger David Read**
*Wells Fargo Securities, LLC, Research Division*

Roger Read, Wells Fargo. One question, just to follow-up on the Permian since we're all trying to have a better feel on that. As we look at -- I think it's Page 47, the production performance in the Delaware Basin. I know you showed a tremendous amount of effort on delineation as opposed to production. But the sort of lack of performance improvement over the years is in contrast to some of your competitors. And I was curious, is that what we're seeing there and that will improve? Or you would just simply say your well design was so advanced that, I mean, this is what the Delaware Basin is going to be?

**Neil A. Chapman**
*Senior Vice President*

Yes. I was making the point. We've been in delineation drilling. I mean we've been drilling best wells, best benches. We've been looking for those opportunities. And the point I was making when I rolled over and showed you what the advantages have been, what the performance improvement have been in the Delaware, that's because we've been in development drilling. So we can model very, very clearly where we think where we will get to in the Delaware, and I was trying to lead you to -- we'll have something

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

analogous of that continuous improvement. I -- we've been quoting these numbers before. I was really making the point that it reflects the type of drilling we've been doing over the 3 years on delineation. You will see a significant improvement as we drive forward on development drilling.

**Darren W. Woods**
*Chairman & CEO*

And the Midland example that he transitioned to is what he's referring to.

**Roger David Read**
*Wells Fargo Securities, LLC, Research Division*

All right. And then on the overall goal to get to 5 million barrels of productive capacity by 2025, you've got an M&A or a disposition program ongoing. Typically, as you brought on -- or this would even be true across the industry. As you bring on the new projects thinking what will come on in Mozambique, what will come on in Guyana and obviously, the growth in the Permian, typically, it's hard to -- for the other projects to compete as much, and they should be sold. So is 5 million a day something that's aspirational? Something we should actually think about putting in a model? As Neil knows, we all like to do aggressive modeling or something in between. I'm just -- I'd like to think about how you're looking at it. You talked about flexibility earlier if things go the other way. What's the flexibility if you're able to actually dispose of more and thinking of that as moving towards maybe accelerating shareholder cash returns?

**Neil A. Chapman**
*Senior Vice President*

Yes. Let me be crystal clear. Volume is not a target for us. And I said that 2 years ago, and I said it last year, and I'll repeat it. Volume is not a target for us. Volume is an outcome of our value growth plan. And the growth plan between now and 2025, which is the time range horizon we're talking about, the large elements of growth come from those 2 developments, from the Permian and from Guyana, and that's the most significant part of that volume increase. But not all volumes are equal. I was making the point earlier on today that we've pared back on unconventional dry gas. And we're down to, what I would call, leasehold maintenance right now. Because you can build that into your -- what we're currently producing at 4 million oil equivalent barrels, but obviously, that's a lot lower value than other barrels we have in our portfolio. And that's why I think it's really important to don't focus on a total volume target. It's an outcome. But to go back to where the 5 million comes from. 5 million comes from primarily the increases in getting up to 1 million barrels a day in the Permian and getting up to our 45% share of the 750,000 barrels a day in Guyana.

**Darren W. Woods**
*Chairman & CEO*

And it has risk divestments in it. So in terms of the program that we've thought about, that's included in it. Now like Norway, as Neil mentioned, that happened sooner than we anticipated. So there is a reconciling item. And so who knows how that divestment program will go. Or -- and the other point that Neil made is we've got more in the market than we've -- we expect to transact on because of this value drive. If -- so it could go either way, less or more. So I think all those will play into that. But that 5 million barrels is not aspirational. It is an outcome of the plans that we've put together and our best assessment of how we've risked investments and how all that fits together.

**Neil A. Chapman**
*Senior Vice President*

Yes.

**Neil A. Hansen**
*VP of Investor Relations & Secretary*

Russell, could you get Neil Mehta?

**Neil Singhvi Mehta**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

A-225

Case 3:21-cv-00194-N   Document 124   Filed 01/08/24   Page 252 of 256   PageID 2833

*Goldman Sachs Group Inc., Research Division*

Neil Mehta here from Goldman Sachs. The first question is around carbon intensity, and some of your peers have put out explicit carbon targets. I was curious on Exxon's view of whether it makes sense to put out a carbon target and what form it would look like.

## Darren W. Woods
*Chairman & CEO*

Sure. Yes, this is an area there's a lot of discussion on, frankly. I think just -- let's talk about our approach to this more broadly. We're very focused on making sure that we're managing the emissions of our business and our operations. And so you saw that we've put out a target to reduce methane emissions by 15% this year from 16 to 20 and reduce flaring by 25%. And we've been working that, making good progress in our expectations that we will hit that this year. We're also developing products to help consumers reduce their emissions. That's another key element of looking at this bigger climate change risk and how do we help the world solve this problem. Let's help our customers do that as well. And then you heard Andy talk about the third leg of that is looking at what other solutions are needed to enable society to meet its aspiration, which is the technology program, and focusing on solution sets in those 3 primary areas that represent the largest portion of greenhouse gas emissions that today don't have an adequate solution set. And then the fourth area I'd say we're focused on is engaging with policymakers all around the world as to the best way to approach this lowest cost to society to get the benefits that they're looking for. And so that's the broader portfolio of how we're working it and very focused on and driving the organization to get more efficient and less emissions within our base operation.

What I would say, we're not -- we don't think is a good idea and one of the challenges in looking at individual targets is we think about this on a global scale. Individual companies hitting targets and then selling assets to another company, so that their portfolio has a different carbon intensity has not solved the problem for the world. It hasn't made a dent in it. And in some cases, if you're moving to a less effective operator, you've actually made the problem worse. We're not motivated to do that. We're trying to stick to what is going to make a difference when you draw the circle around the globe, which is what this challenge is. This is not a company challenge. This is a global challenge. So how best to address that from a global standpoint. So that's the way we're thinking about it. And I think this idea of moving things in and out of the portfolio from one company to the other actually isn't getting us any closer to a solution in this space.

The last point I'll make on that is there's been a lot of discussion around going after the supply side of the equation. Companies like ourselves, ExxonMobil and other IOCs, which are high-profile companies, I understand why people are targeting on that. I think the point that I would make there, though, is changing our supply in whatever direction we're talking about here doesn't change the demand. And if you don't have a viable alternative set, all you're doing is moving out from 1 company or 1 country to someplace else. And again, doesn't solve the problem. So we're very focused on trying to make sure that we're talking about this holistically and actually taking steps to solve the problem for society as a whole. And not to try to get into a beauty match, beauty competition around who sheet looks like what. We're going to try to get our emissions down as best as we can. We're going to try to solve our customers' issues as best as we can, find new solutions, advocate for the right policy and then think globally about this, what else we can do to contribute.

## Neil A. Chapman
*Senior Vice President*

Yes. And to be clear there, Darren, the demand is not changing. So if one company drops out of supply, someone else is going to fill it in. I mean that's the point you're making.

## Neil Singhvi Mehta
*Goldman Sachs Group Inc., Research Division*

Okay. Great. The follow-up question is around the return on capital employed target or goal in 2025 to 12%. Just to be clear, that's based on a real price versus a nominal price at 60. Can you just talk about how that number would look and what the inflator that you're using that underpins that assumption?

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# EXHIBIT 22



# 2020
# INVESTOR DAY
New York Stock Exchange | 03.05.20

**ExxonMobil**

A-227

# CAUTIONARY STATEMENT

**FORWARD-LOOKING STATEMENTS.** Outlooks, projections, goals, estimates, discussions of potential, descriptions of business plans, drilling plans and strategies, growth and capital plans, resource potential, market expectations, energy market evolution, time for technology adoption, and other statements of future events or conditions in this presentation or the subsequent discussion period are forward-looking statements. Actual future results, including future earnings, cash flows, returns, margins, asset sales and related proceeds, and other areas of financial and operating performance; demand growth and energy mix; ExxonMobil's production growth, volumes, development and mix; the amount and mix of capital expenditures; future distributions; proved reserves and other resource volumes; reserve and resource additions and recoveries; asset carrying values and future impairments; business and project plans, completion dates, timing, costs, and capacities; efficiency gains; operating costs and cost savings; integration benefits; product sales and mix; production rates and capacities; and the impact of technology, including to increase capital efficiency and production and to reduce greenhouse gas emissions, could differ materially due to a number of factors. These include global and regional changes in the demand, supply, prices, differentials or other market conditions affecting oil, gas, petroleum, petrochemicals and feedstocks; financing sources; population growth and global economic growth; reservoir performance and depletion rates; the outcome of exploration projects and the timely completion of development and construction projects; regional differences in product concentration and demand; war, trade agreements, shipping blockades or harassment and other political, public health or security concerns; changes in law, taxes or regulation, including environmental regulations, taxes, and political sanctions and international treaties; the timely granting of government permits; the resolution of contingencies and uncertain tax positions; the impact of fiscal and commercial terms and the outcome of commercial negotiations; opportunities for regulatory approval of potential investments or divestments; the actions of competitors and customers; the capture of efficiencies between business lines; unexpected technological developments; general economic conditions, including the occurrence and duration of economic recessions; unforeseen technical or operating difficulties; the ability to bring new technologies to commercial scale on a cost-competitive basis, including large-scale hydraulic fracturing projects; and other factors discussed here, in *Item 1A. Risk Factors* in our Form 10-K for the year ended December 31, 2019 and under the heading "Factors Affecting Future Results" in the *Investors* section of our website at *www.exxonmobil.com*. The forward-looking statements and dates used in this presentation are based on management's good faith plans and objectives as of the March 5, 2020 date of this presentation, unless otherwise stated. We assume no duty to update these statements as of any future date and neither future distribution of this material nor the continued availability of this material in archive form on our website should be deemed to constitute an update or re-affirmation of these figures as of any future date. Any future update of these figures will be provided only through a public disclosure indicating that fact.

**SUPPLEMENTAL INFORMATION.** See the Supplemental Information included on pages 157 through 162 of this presentation for additional important information required by Regulation G for non-GAAP measures as well as definitions of terms used in the materials, including earnings excluding effects of U.S. tax reform enactment and impairments, return on average capital employed (ROCE), operating costs, returns, unit cash operating costs, base asset cash, net cash margin, free cash flow, and resources.  Supplemental Information also includes information on the assumptions used in these materials, including assumptions on future crude oil prices and product margins used to develop outlooks regarding future potential outcomes of current management plans .

# AGENDA

| | | | |
|---|---|---|---|
| 8:00 | Welcome | Neil Hansen | Vice President |
| | Overview | Darren Woods | Chairman and CEO |
| | Upstream | Neil Chapman | Senior Vice President |
| | Downstream | Jack Williams | Senior Vice President |
| ~9:45 | Break | | |
| | Chemical and Global Projects | Jack Williams | Senior Vice President |
| | Technology, Investment and financial plan | Andrew Swiger | Senior Vice President |
| | Closing | Darren Woods | Chairman and CEO |
| ~11:15 | Open discussion | Management Committee | |
| ~12:00 | Lunch | Management Committee | |
| 1:00 | Adjourn | | |