**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Action No.: 3:21-cv-00194-N ) |
| v. | ) CLASS ACTION ) |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND, | ) ) ) |
| Defendants. | ) ) ) ) ) |

**[PROPOSED] ORDER**

This matter having come before the Court on LEAD PLAINTIFFS' MOTION TO COMPEL RESPONSES TO LEAD PLAINTIFFS' REQUESTS FOR PRODUCTION 1-7 AND MEMORANDUM OF LAW IN SUPPORT OF THE MOTION, and having found good cause, Lead Plaintiffs' Motion is hereby granted. Accordingly, Defendants are ordered to respond to Lead Plaintiffs' Document Requests Nos. 1-7, search for documents using search terms and custodians to be agreed upon by the Parties, and to complete production no later than March 15, 2024.

IT IS SO ORDERED this _____ day of _____, 2024, in Dallas, Texas.

_____
Hon. David C. Godbey
United States District Court Judge