**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No.: 3:21-cv-00194-N<br>)<br>)   <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**APPENDIX IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO COMPEL**
**RESPONSES TO LEAD PLAINTIFFS' REQUESTS FOR PRODUCTION 1-7**

Lead Plaintiffs Amalgamated Bank and State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island, submit the following documents in support of their Motion to Compel Reponses to their Requests for Production 1-7.

| Exhibit | Description | Pages |
|---|---|---|
| A | Lead Plaintiffs' First Request for Production of Documents to Defendants Exxon Mobil Corp. and Melissa Bond | A-01-A-13 |
| B | Email chain between the parties dated December 11-12, 2023 | A-14-A-15 |
| C | Christopher M. Matthews, *Exxon Used to Be America's Most Valuable Company. What Happened?*, The Wall Street Journal, September 13, 2020 (available at: https://www.wsj.com/articles/exxon-used-to-be-americas-most-valuable-company-what-happened-oil-gas-11600037243) | A-16-A-25 |
| D | Defendants Exxon Mobil Corporation and Melissa Bond's Responses and Objections to Lead Plaintiffs' First Requests for Production of Documents | A-26-A38 |
| F | Email chain between the parties dated January 23-February 9, 2024 | A-39-A-47 |

Dated: February 16, 2024                    Respectfully submitted,

/s/ *John Rizio-Hamilton*                    /s/ *Daniel L. Berger*

John Rizio-Hamilton (pro hac vice)           Daniel L. Berger (pro hac vice)
johnr@blbglaw.com                            dberger@gelaw.com
Rebecca E. Boon (pro hac vice)               Caitlin M. Moyna (pro hac vice)
rebecca.boon@blbglaw.com                     cmoyna@gelaw.com
John J. Esmay (pro hac vice)                 Lauren J. Salamon (pro hac vice)
john.esmay@blbglaw.com                       lsalamon@gelaw.com
Thomas Sperber (pro hac vice)                GRANT & EISENHOFER PA
thomas.sperber@blbglaw.com                   485 Lexington Avenue
Stephen Boscolo (pro hac vice)               New York, New York 10017
stephen.boscolo@blbglaw.com                  Phone: (646) 722-8500
BERNSTEIN LITOWITZ BERGER &                  Fax: (646) 722-8501
GROSSMANN LLP
1251 Avenue of the Americas                  *Co-Lead Counsel for the Class and Counsel*
New York, New York 10020                     *for Co-Lead Plaintiff Amalgamated Bank*
Phone: (212) 554-1400
Fax: (212) 554-1444                          Lewis T. LeClair
                                             Texas Bar No. 12072500

*Co-Lead Counsel for the Class and Counsel for Co-Lead Plaintiff State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island*

lleclair@mckoolsmith.com
McKOOL SMITH PC
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Phone: (214) 978-4000
Fax: (214) 978-4044

*Liaison Counsel for the Class*