# EXHIBIT B

| | |
|---|---|
| **From:** | John Esmay |
| **Sent:** | Tuesday, December 12, 2023 6:11 PM |
| **To:** | Hampton, Wallis M; John Rizio-Hamilton; Rebecca Boon; Thomas Sperber; Stephen Boscolo; Preya Rodriguez; Daniel Berger; bhart@gelaw.com; Caitlin Moyna; Alex Forgione; Lauren Salamon |
| **Cc:** | Reed, Noelle M; Sheehan Davis, Abigail; Milstead, Virginia; Restey, Michael W; Hanson, Brent M; dockethouston@skadden.com |
| **Subject:** | RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194 |

Wallis,

Thank you for the email. We agree there is no need to serve new discovery requests and, without waiving our rights to seek relief under the Scheduling Order, do not object to Defendants deeming the Requests as having been served on December 11. We identify Requests 1-7 to Exxon and Bond and Requests 1-4 to Woods and Mallon as class certification Requests. Please tell us now if you intend to object to any of these identified Requests as merits requests. To the extent you are planning to make any such objections, we would like to schedule a meet and confer at the earliest date convenient to all to discuss the scope of class certification discovery.

Best,
John

**From:** Hampton, Wallis M <Wallis.Hampton@skadden.com>
**Sent:** Monday, December 11, 2023 6:58 PM
**To:** John Esmay <John.Esmay@blbglaw.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Preya Rodriguez <Preya.Rodriguez@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; bhart@gelaw.com; Caitlin Moyna <cmoyna@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Cc:** Reed, Noelle M <Noelle.Reed@skadden.com>; Sheehan Davis, Abigail <Abigail.Sheehan@skadden.com>; Milstead, Virginia <Virginia.Milstead@skadden.com>; Restey, Michael W <Michael.Restey@skadden.com>; Hanson, Brent M <Brent.Hanson@skadden.com>
**Subject:** Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

**[External]**

Counsel – On November 30, Lead Plaintiffs served (1) Lead Plaintiffs' First Request for Production of Documents to Defendants Exxon Mobil Corporation and Melissa Bond, and (2) Lead Plaintiffs' First Request for Production of Documents to Defendants Darren W. Woods and Liam M. Mallon (collectively the "Requests"). The Requests largely sought merits discovery. The Court's December 11 Class Certification Scheduling Order stays all merits discovery (¶ 3) and provides that class discovery begins as of December 11 (¶ 4(a)). In light of this order, Defendants will deem the Requests served on December 11 and will object to merits discovery requests on the ground that such discovery is stayed. Alternatively, Lead Plaintiffs can withdraw the Requests and serve new discovery that is limited to the class certification issues.

Defendants agree that the parties can serve discovery on each other by email. Please include the following people on any email:

noelle.reed@skadden.com
abigail.sheehan@skadden.com
virginia.milstead@skadden.com
wallis.hampton@skadden.com
michael.restey@skadden.com

**A-14**

brent.hanson@skadden.com
dockethouston@skadden.com

We look forward to hearing from you.

Wallis

**Wallis M. Hampton**
Counsel
**Skadden, Arps, Slate, Meagher & Flom LLP**
1000 Louisiana Street, Suite 6800 | Houston | Texas | 77002-5026
**T: +1.713.655.5116** | **F: +1.713.483.9116**
**wallis.hampton@skadden.com**

---------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

========================================================================

2

**A-15**