IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MENDI YOSHIKAWA, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.  3:21-CV-00194-N |
| | § | |
| EXXON MOBIL CORPORATION, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

It is hereby ORDERED that an expedited telephone conference is scheduled in this case on Monday, February 26, 2024, at 3:00 p.m. CST on Plaintiffs' motion to compel [127].  Defendants' response should be filed on or before Friday, February 23, 2024, at 12:00 noon.

It is further ORDERED that no reply brief will be permitted.  If the Court determines that an evidentiary hearing is needed, it will be scheduled by further order.

Call in instructions will be emailed to the parties.

Signed February 20, 2024.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE