IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION


MENDI YOSHIKAWA, et al.,                    )  3:21-CV-00194-N
                PLAINTIFF,                   )
                                             )
vs.                                          )  DALLAS, TEXAS
                                             )
EXXON MOBIL CORPORATION, et al.,             )
                DEFENDANT.                   )  February 26, 2024


**TRANSCRIPT OF MOTION TO COMPEL HEARING**

**BEFORE THE HONORABLE DAVID C. GODBEY**

**UNITED STATES DISTRICT JUDGE**

**(TAKEN TELEPHONICALLY)**


A P P E A R A N C E S:


FOR THE PLAINTIFF:        **MS. REBECCA ELLEN BOONE**
                          BERNSTEIN, LITOWITZ, BERGER &
                          GROSSMANN, LLP
                          1251 Avenue of the Americas
                          New York, New York 10020
                          rebecca.boone@blbglaw.com
                          (212) 554-1444

FOR THE DEFENDANT:          **MS. NOELLE M. REED**
                           **MS. ABIGAIL ELIZABETH DAVIS**
                           SKADDEN, ARPS, SLATE, MEAGHER & FLOM
                           1000 Louisiana Street, Suite 6800
                           Houston, Texas 77002-5026
                           noelle.reed@skadden.com
                           abigail.sheehan@skadden.com
                           (713) 655-5122

**COURT REPORTER:**          **MR. JEFF L. FOSTER, RMR, CRR**
                           United States Court Reporter
                           1100 Commerce St., Room 1504
                           Dallas, Texas 75242
                           jeff_foster@txnd.uscourts.gov
                           (214) 753-2349

        Proceedings reported by mechanical stenography and transcript produced by computer.

MOTION TO COMPEL HEARING -- FEBRUARY 26, 2024

P R O C E E D I N G S

THE COURT:  Good afternoon.

MS. BOONE:  Good afternoon, Your Honor.

MS. REED:  Good afternoon, Your Honor.

THE COURT:  We are on the record, but I don't anticipate this taking terribly long.  I should just say as an aside I was interested to see that Skadden now has a Granbury office apparently.

MS. REED:  We've actually had a Midlothian office for many, many years, Your Honor.  She just happened to move.

THE COURT:  Fair enough.  First, let me ask if anything has changed since the briefing.

MS. BOONE:  Nothing has changed, Your Honor.  This is Rebecca Boone for the Plaintiff.

THE COURT:  Okay.  Not surprising, but nonetheless it makes me sad.  I'm going to grant the Plaintiff's motion.  I think you could argue about some of them, but I think they're close enough to class related that I'm going to permit that to go forward.

With that said from me, can you-all get together and figure out an agreeable set of search terms of custodians?

MS. BOONE:  This is Rebecca from the plaintiff.  We absolutely will endeavor to do that, Your Honor.

THE COURT:  Okay.

MS. REED:  Your Honor, this is Noel Reed.  I mean, in granting every document concerning these disclosures, not just documents relating to price impact, is going to -- I mean, it's very broad discovery for class certification.

THE COURT:  Yeah, I admit it.  So how long do you think it will take to do production?

MS. REED:  I mean, if it's this broad, I don't know. We'll have to, I suppose, see the list of proposed custodians and search terms, but I can anticipate that potentially throwing off the schedule as it's currently -- as it's currently set up.

THE COURT:  Okay.  I can change schedules if I need to. Why don't you use best efforts to get production done within 30 days.  And if that's a problem, come back and let me know.

MS. REED:  Okay.  I mean, I can almost guarantee, Your Honor, that with the breadth of these requests that that will be impossible.

THE COURT:  Okay.

MS. REED:  They're very, very broad and a lot of disclosures.  So we'll be happy to come back with specific statistics on that.

And, you know, we do think, Your Honor, it would be very helpful for both parties to have a hearing on our motion for judgment on the pleadings, which I think will clarify a lot of the questions that are open here.  Not instead of or before the discovery, we're not proposing that we delay it in any way, but

we do think that that would be very helpful to the Court.

THE COURT:  Okay.  You know, I have noticed lawyers always think hearings would be helpful to the Court.  I appreciate that latitude.  I'm not sure I necessarily agree with you.  But I'll take a look at it and if it looks to me like a hearing would help I'll let you know.

MS. BOONE:  We appreciate that, Your Honor.

MS. REED:  It's an unusual -- it's an unusual issue, it's not one that arises often, and that's the reason that we made that suggestion.

THE COURT:  Okay.  I'll take a look at --

MS. BOONE:  We appreciate -- I apologize for interrupting, Your Honor.  We appreciate that.  And obviously it's Plaintiff's position that no hearing is necessary and that this doesn't present an unusual issue, but all of that is set forth in our response to their motion.

THE COURT:  Okay.  I will be sure to look at them.  Anything else constructive we can do for this afternoon?

MS. BOONE:  Not from Plaintiff's perspective, Your Honor.  Thank you very much.

MS. REED:  Not from our perspective, Your Honor.

THE COURT:  Okay.  All right.  Thank you all for your time, have a good afternoon, and we'll be in touch in due course.

MS. BOONE:  Thank you very much, Your Honor.

THE COURT:  Bye-bye.

Jeff Foster, RMR, CRR    (214) 753-2349

INDEX

Court's ruling........................................... 3

I, Jeff L. Foster, United States Court Reporter for the United States District Court in and for the Northern District of Texas, Dallas Division, hereby certify that the above and foregoing contains a true and correct transcription of the proceedings in the above entitled and numbered cause.

WITNESS MY HAND on this 14th day of March, 2024

/s/ Jeff L. Foster_____
JEFF L. FOSTER, RMR, CRR
United States Court Reporter
1100 Commerce St., Room 1504
Dallas, Texas 75242
(214) 753-2349