**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:21-cv-00194-N |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND, | ) ) ) ) ) | |
| *Defendants*. | ) ) ) ) ) ) | |

**[PROPOSED] PROTECTIVE ORDER**

On this day, the Court considered Defendants' Motion for a Protective Order (the "Motion"). After considering the Motion, the Response, and all pleadings on file with the Court, the Court has determined that the Motion is meritorious. Accordingly, the Motion is GRANTED.

It is therefore ORDERED that the production of documents from the custodial files of Defendants Darren W. Woods and Liam M. Mallon in connection with class certification discovery is prohibited.

**SO ORDERED.**

Dated: _____.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE