**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, ) ) ) )<br><br>*Plaintiff*, ) )<br><br>v. )<br><br>EXXON MOBIL CORPORATION, ) DARREN W. WOODS, NEIL A. ) CHAPMAN, JACK WILLIAMS, NEIL A. ) HANSEN, DAVID ROSENTHAL, LIAM ) M. MALLON, JEFFREY J. WOODBURY, ) and SARA N. ORTWEIN, ) )<br><br>*Defendants*. ) ) | Civil Action No. 3:21-cv-00194-N |

**APPENDIX IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER**

SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
Tel.: (713) 655-5122
Fax: (713) 483-9122

*Attorneys for Defendants Exxon Mobil Corporation, Darren W. Woods, Liam M. Mallon, and Melissa Bond*

In support of Exxon Mobil Corporation, Darren W. Woods, Liam M. Mallon, and

Melissa Bond's Motion for a Protective Order:

| Exhibit No. | Description | Page(s) |
|---|---|---|
| 1 | Declaration of Noelle M. Reed | A-1 – A-3 |
| A | Email sent by Michael Restey, counsel for Defendants, to counsel for Plaintiffs on February 28, 2024 | A-4 – A-14 |
| B | Email sent by Thomas Sperber, counsel for Plaintiffs, to counsel for Defendants on February 28, 2024 | A-15 |
| C | Attachment to the email sent by Thomas Sperber on February 28, 2024, consisting of Plaintiffs' proposed search terms | A-16 – A-17 |
| D | Email sent by Thomas Sperber to counsel for Defendants on March 12, 2024 | A-18 – A-22 |
| E | Attachment to the email sent by Thomas Sperber to counsel for Defendants on March 12, 2024, consisting of a list of Plaintiffs' proposed custodians | A-23 |
| F | Email sent by Michael Restey to counsel for Plaintiffs on March 15, 2024 | A-24 – A-28 |
| G | Attachment to the email sent by Michael Restey to counsel for Plaintiffs on March 15, 2024, consisting of Defendants' Custodian and Search Term Proposal | A-29 – A-31 |
| H | Email sent by John Esmay, counsel for Plaintiffs, to counsel for Defendants on March 20, 2024 | A-32 – A-38 |
| I | Attachment to the email sent by John Esmay to counsel for Defendants on March 20, 2024, consisting of Plaintiffs' counterproposal to Defendants' Custodian and Search Term Proposal | A-39 – A-44 |
| J | Email sent by Michael Restey to counsel for Plaintiffs on March 28, 2024 | A-45 – A-54 |
| K | Attachment to the email sent by Michael Restey to counsel for Plaintiffs on March 28, 2024, consisting of Defendants' counterproposal to Plaintiffs' Custodian and Search Term Proposal | A-55 – A-62 |
| L | Email sent by Rebecca Boon, counsel for Plaintiffs, to counsel for Defendants on March 29, 2024 | A-63 – A-74 |
| M | Attachment to the email sent by Rebecca Boon to counsel for Defendants on March 29, 2024, consisting of Plaintiff's counterproposal to Defendants' Custodian and Search Term Proposal | A-75 – A-78 |

2

| Exhibit No. | Description | Page(s) |
|---|---|---|
| N | Email sent by Thomas Sperber to counsel for Defendants on March 20, 2024 | A-79 |
| O | Attachment to the email sent by Thomas Sperber to counsel for Defendants on March 20, 2024, consisting of Plaintiff's Notice of Issuance of Subpoena upon Drs. Damian Burch and Lindsey Gulden | A-80 – A-83 |
| P | Email sent by Michael Restey to counsel for Plaintiffs on April 3, 2024 | A-84 – A-99 |

3

Dated: April 4, 2024

Respectfully submitted,

*/s/ Noelle M. Reed*

Noelle M. Reed
   State Bar No. 24044211
Abigail E. Davis (admitted *pro hac vice*)
   State Bar No. 24139564
Wallis M. Hampton
   State Bar No. 00784199
Brent M. Hanson
   State Bar No. 24106051
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, Texas 77002
Tel.: (713) 655-5122
Fax: (713) 483-9122
noelle.reed@skadden.com
abigail.sheehan@skadden.com
wallis.hampton@skadden.com
brent.hanson@skadden.com

Michelle L. Davis
   State Bar No. 24038854
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
308 Bahama Court
Granbury, Texas 76048
Tel.: (713) 655-5197
Fax: (713) 483-9197
michelle.davis@skadden.com

Michael W. Restey Jr. (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001-8602
Tel.: (212) 735-3000
Fax: (212) 735-2000
michael.restey@skadden.com

*Attorneys for Defendants Exxon Mobil Corporation, Darren W. Woods, Liam M. Mallon, and Melissa Bond*

4