# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:21-cv-00194-N |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND, | ) ) ) ) ) | |
| *Defendants*. | ) ) ) ) ) ) | |

**DECLARATION OF NOELLE M. REED**

1.      My name is Noelle M. Reed.  I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), resident in the firm's Houston office.  I am over the age of 18, of sound mind, am competent to make this declaration, and every statement herein is based upon my personal knowledge or on information provided to me and is true and correct to the best of my knowledge.  I represent Defendants Exxon Mobil Corporation, Darren W. Woods, Liam M. Mallon, and Melissa Bond ("Defendants") in the above-captioned matter.

2.      I submit this declaration in support of Defendants' Motion for a Protective Order.

3.      Attached as Exhibit A is a true and correct copy of an email sent by Michael Restey, counsel for Defendants, to counsel for Plaintiffs on February 28, 2024.

4.      Attached as Exhibit B is a true and correct copy of an email sent by Thomas Sperber, counsel for Plaintiffs, to counsel for Defendants on February 28, 2024.

A-1

5.      Attached as Exhibit C is a true and correct copy of an attachment to the email sent by Mr. Sperber on February 28, 2024, consisting of Plaintiffs' proposed search terms.

6.      Attached as Exhibit D is a true and correct copy of an email sent by Mr. Sperber to counsel for Defendants on March 12, 2024.

7.      Attached as Exhibit E is a true and correct copy of an attachment to the email sent by Mr. Sperber to counsel for Defendants on March 12, 2024, consisting of a list of Plaintiffs' proposed custodians.

8.      Attached as Exhibit F is a true and correct copy of an email sent by Mr. Restey to counsel for Plaintiffs on March 15, 2024.

9.      Attached as Exhibit G is a true and correct copy of an attachment to the email sent by Mr. Restey to counsel for Plaintiffs on March 15, 2024, consisting of Defendants' Custodian and Search Term Proposal.

10.     Attached as Exhibit H is a true and correct copy of an email sent by John Esmay, counsel for Plaintiffs, to counsel for Defendants on March 20, 2024.

11.     Attached as Exhibit I is a true and correct copy of an attachment to the email sent by Mr. Esmay to counsel for Defendants on March 20, 2024, consisting of Plaintiffs' counterproposal to Defendants' Custodian and Search Term Proposal.

12.     Attached as Exhibit J is a true and correct copy of an email sent by Mr. Restey to counsel for Plaintiffs on March 28, 2024.

13.     Attached as Exhibit K is a true and correct copy of an attachment to the email sent by Mr. Restey to counsel for Plaintiffs on March 28, 2024, consisting of Defendants' counterproposal to Plaintiffs' Custodian and Search Term Proposal.

2

A-2

14. Attached as Exhibit L is a true and correct copy of an email sent by Rebecca Boon, counsel for Plaintiffs, to counsel for Defendants on March 29, 2024.

15. Attached as Exhibit M is a true and correct copy of an attachment to the email sent by Ms. Boon to counsel for Defendants on March 29, 2024, consisting of Plaintiff's counterproposal to Defendants' Custodian and Search Term Proposal.

16. Attached as Exhibit N is a true and correct copy of an email sent by Mr. Sperber to counsel for Defendants on March 20, 2024.

17. Attached as Exhibit O is a true and correct copy of an attachment to the email sent by Mr. Sperber to counsel for Defendants on March 20, 2024, consisting of Plaintiff's Notice of Issuance of Subpoena upon Drs. Damian Burch and Lindsey Gulden.

18. Attached as Exhibit P is a true and correct copy of an email sent by Mr. Restey to counsel for Plaintiffs on April 3, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2024.

_____

Noelle M. Reed

3

A-3