# EXHIBIT A

| | |
|---|---|
| **From:** | Restey, Michael W (NYC) |
| **To:** | 'John Esmay'; 'Rebecca Boon'; 'Lauren Salamon'; Reed, Noelle M (HOU); Davis, Abby (HOU); Milstead, Virginia (LAC); Hampton, Wallis M (HOU); Hanson, Brent M (HOU); Docket, Houston (HOU); Davis, Michelle L (HOU) |
| **Subject:** | RE: [Ext] RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194 |
| **Date:** | 2/28/2024 9:57:00 AM |
| **CC:** | 'John Rizio-Hamilton'; 'Thomas Sperber'; 'Stephen Boscolo'; 'Preya Rodriguez'; 'Daniel Berger'; 'Barbara Hart'; 'Caitlin Moyna'; 'Alex Forgione'; 'Cindy Bomzer-Stein'; Restey, Michael W (NYC) |
| **BCC:** | |

**Message:**

Counsel,

Following up on the Court's February 26, 2024, order, we think it makes sense for Defendants to prepare a list of proposed custodians and date ranges for targeted ESI searches and for Plaintiffs to prepare a set of proposed search terms.  Please let us know if you are amenable to this approach.

Relatedly, on February 20, 2024, we asked if Plaintiffs intended to finalize and file the agreed-upon ESI Protocol and Protective Order, as we had understood you intended to do so based on prior email communications and the parties' meet and confers.  Let us know when you will be filing those documents.

Regards,
Mike

---

**From:** Restey, Michael W (NYC)
**Sent:** Friday, February 9, 2024 9:49 PM
**To:** 'John Esmay' <John.Esmay@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; 'Lauren Salamon' <lsalamon@gelaw.com>; Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; Milstead, Virginia (LAC) <Virginia.Milstead@skadden.com>; Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Hanson, Brent M (HOU) <Brent.Hanson@skadden.com>; Docket, Houston (HOU) <dockethouston@skadden.com>; Davis, Michelle L (HOU) <Michelle.Davis@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Preya Rodriguez <Preya.Rodriguez@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Barbara Hart <bhart@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Cindy Bomzer-Stein <Cindy.Bomzer-Stein@blbglaw.com>; Restey, Michael W (NYC) <Michael.Restey@skadden.com>
**Subject:** RE: [Ext] RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

John,

Given the scope of the information we understand from our prior meet and confer that you are seeking in Request Nos. 1-4, which as we told you goes far beyond the scope of class discovery, we are not agreeing to identify custodians or run search terms on their electronic documents at this time.

Regards,
Mike

---

**From:** John Esmay <John.Esmay@blbglaw.com>
**Sent:** Friday, February 9, 2024 3:06 PM
**To:** Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; 'Lauren Salamon' <lsalamon@gelaw.com>; Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; Milstead, Virginia (LAC) <Virginia.Milstead@skadden.com>; Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Hanson, Brent M (HOU) <Brent.Hanson@skadden.com>; Docket, Houston (HOU) <dockethouston@skadden.com>; Davis, Michelle L (HOU) <Michelle.Davis@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Preya Rodriguez <Preya.Rodriguez@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Barbara Hart <bhart@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Cindy Bomzer-Stein <Cindy.Bomzer-Stein@blbglaw.com>
**Subject:** [Ext] RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

Mike,

Thank you for the clarification with respect to Request Nos. 1-4. However, our understanding is that you still will not agree to identify custodians or run search terms on their electronic documents in order to identify additional relevant documents responsive to those requests. Please let us know if we have misunderstood.

Thanks, John

---

**From:** Restey, Michael W <Michael.Restey@skadden.com>
**Sent:** Friday, February 9, 2024 3:04 PM
**To:** John Esmay <John.Esmay@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; 'Lauren Salamon' <lsalamon@gelaw.com>; Reed, Noelle M <Noelle.Reed@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; Milstead, Virginia <Virginia.Milstead@skadden.com>; Hampton, Wallis M <Wallis.Hampton@skadden.com>; Hanson, Brent M <Brent.Hanson@skadden.com>; Docket, Houston <dockethouston@skadden.com>; Davis, Michelle L <Michelle.Davis@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Preya Rodriguez <Preya.Rodriguez@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Barbara Hart <bhart@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Cindy Bomzer-Stein <Cindy.Bomzer-Stein@blbglaw.com>; Restey, Michael W <Michael.Restey@skadden.com>
**Subject:** RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

**[External]**

---

John,

2

A-5

Your email accurately reflects our positions regarding (1) your Requests for Production of Documents to Defendants Exxon and Bond Numbers 5-7 and (2) your proposed revisions to the schedule.

With respect to Requests for Production of Documents to Defendants Exxon and Bond Numbers 1-4, we did not limit it to readily accessible prepared documents that relate to investor relations.  As explained on our call, we are willing to produce readily accessible documents prepared in connection with the disclosures containing the alleged misstatements and corrective disclosures – we did not limit our position solely to investor relations documents.

Regards,
Mike

**From:** John Esmay <John.Esmay@blbglaw.com>
**Sent:** Thursday, February 8, 2024 5:27 PM
**To:** Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; 'Lauren Salamon' <lsalamon@gelaw.com>; Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; Milstead, Virginia (LAC) <Virginia.Milstead@skadden.com>; Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Hanson, Brent M (HOU) <Brent.Hanson@skadden.com>; Docket, Houston (HOU) <dockethouston@skadden.com>; Davis, Michelle L (HOU) <Michelle.Davis@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Preya Rodriguez <Preya.Rodriguez@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Barbara Hart <bhart@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Cindy Bomzer-Stein <Cindy.Bomzer-Stein@blbglaw.com>
**Subject:** [Ext] RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

Dear Counsel,

This email is intended to memorialize our meet and confer that occurred today, February 8, 2024, and reflect our understanding of your positions.

In response to our schedule proposal, you agree that we can take depositions of your experts after the submission of your opposition brief on May 13. However, you do not agree to our proposal to establish a deadline of March 15 for the completion of document discovery.

In response to our Requests for Production of Documents to Defendants Exxon and Bond Numbers 1-4, your position is that you are willing to produce readily accessible prepared documents that relate to investor relations. However, you will not agree to identify custodians or run search terms on their electronic documents in order to identify additional relevant documents.

In response to our Requests for Production of Documents to Defendants Exxon and Bond Numbers 5-7, your position is that these requests relate to merits discovery and you will not produce any documents.

Please let us know if we have misunderstood any of your positions.

Thank you,

3

John

---

**From:** John Esmay
**Sent:** Wednesday, February 7, 2024 5:55 PM
**To:** Restey, Michael W <Michael.Restey@skadden.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; 'Lauren Salamon' <lsalamon@gelaw.com>; Reed, Noelle M <Noelle.Reed@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; Milstead, Virginia <Virginia.Milstead@skadden.com>; Hampton, Wallis M <Wallis.Hampton@skadden.com>; Hanson, Brent M <Brent.Hanson@skadden.com>; Docket, Houston <dockethouston@skadden.com>; Davis, Michelle L <Michelle.Davis@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Preya Rodriguez <Preya.Rodriguez@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Barbara Hart <bhart@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Cindy Bomzer-Stein <Cindy.Bomzer-Stein@blbglaw.com>
**Subject:** RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

Mike,

We reiterate our request that Defendants provide their positions on what they are willing to produce with respect to Plaintiffs' document requests in advance of our call. As we explained on January 17, the requests are relevant to class certification and you have now had our position for more than three weeks. Please provide yours in advance of the call so we do not waste additional time.

In addition, we would like to propose a change to the current discovery schedule. Given the discovery cut off of April 29, the schedule currently could be read as not allowing for depositions, including expert depositions, following the submission of Defendants' opposition on May 13. To give the parties adequate opportunity to conduct discovery, we proposed eliminating the April 29 close of discovery and agreeing to the following schedule:

1. March 15 – completion of document discovery
2. May 13 – Defendants file their opposition (unchanged)
3. June 5 – close of discovery, including depositions
4. June 12 – Plaintiffs file their reply (unchanged)

All other dates would remain the same. Please be prepared to discuss the schedule on our call.

Thanks, John

---

**From:** John Esmay
**Sent:** Tuesday, February 6, 2024 1:01 PM
**To:** Restey, Michael W <Michael.Restey@skadden.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; 'Lauren Salamon' <lsalamon@gelaw.com>; Reed, Noelle M <Noelle.Reed@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; Milstead, Virginia <Virginia.Milstead@skadden.com>; Hampton, Wallis M <Wallis.Hampton@skadden.com>; Hanson, Brent M <Brent.Hanson@skadden.com>; Docket, Houston <dockethouston@skadden.com>; Davis, Michelle L <Michelle.Davis@skadden.com>

4

A-7

**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Preya Rodriguez <Preya.Rodriguez@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Barbara Hart <bhart@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Cindy Bomzer-Stein <Cindy.Bomzer-Stein@blbglaw.com>
**Subject:** RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

Mike, 3:30CT/4:30ET Thursday works for us. I'll circulate a dial in now.

Thanks, John

---

**From:** Restey, Michael W <Michael.Restey@skadden.com>
**Sent:** Monday, February 5, 2024 7:36 PM
**To:** John Esmay <John.Esmay@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; 'Lauren Salamon' <lsalamon@gelaw.com>; Reed, Noelle M <Noelle.Reed@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; Milstead, Virginia <Virginia.Milstead@skadden.com>; Hampton, Wallis M <Wallis.Hampton@skadden.com>; Hanson, Brent M <Brent.Hanson@skadden.com>; Docket, Houston <dockethouston@skadden.com>; Davis, Michelle L <Michelle.Davis@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Preya Rodriguez <Preya.Rodriguez@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Barbara Hart <bhart@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Cindy Bomzer-Stein <Cindy.Bomzer-Stein@blbglaw.com>; Restey, Michael W <Michael.Restey@skadden.com>
**Subject:** RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

**[External]**

---

John,

We have two edits to your proposed changes to the protective order, which are reflected in the attached word version and redline. If those are acceptable, we are fine with your getting it on file. With respect to a follow-up meet and confer, we are available on Thursday, Feb 8 3-6pm CT and Friday 3-5pm CT. We note that, contrary to the assertions in your email, we were not "unprepared to discuss" your requests during our January 17 meet and confer. As we explained in our Responses and Objections and during the meet and confer, your so-called class certification document requests were substantially overbroad on their face and as drafted called for merits discovery, despite the Court having explicitly stayed such discovery. As a result, as explained during the meet and confer, we needed to understand what you were purporting to seek through those requests that actually related to class certification (rather than merits discovery) to even begin considering what categories of material would be potentially responsive. We can discuss categories of potentially responsive documents during our next meet and confer this week.

Thanks,
Mike

5

A-8

**From:** John Esmay <John.Esmay@blbglaw.com>
**Sent:** Friday, February 2, 2024 5:07 PM
**To:** Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; 'Lauren Salamon' <lsalamon@gelaw.com>; Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; Milstead, Virginia (LAC) <Virginia.Milstead@skadden.com>; Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Hanson, Brent M (HOU) <Brent.Hanson@skadden.com>; Docket, Houston (HOU) <dockethouston@skadden.com>; Davis, Michelle L (HOU) <Michelle.Davis@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Preya Rodriguez <Preya.Rodriguez@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Barbara Hart <bhart@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Cindy Bomzer-Stein <Cindy.Bomzer-Stein@blbglaw.com>
**Subject:** [Ext] RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

Mike,

Defendants' responses and objections to our RFPs were due January 10, but they did not indicate whether you would produce a single document and instead stated that you were only willing to meet and confer on the scope of the requests. We promptly asked for such conference and you agreed to have one on January 17. However, you were unprepared to discuss the requests at that time, and after we provided our positions and answered your questions, you committed to getting back to us promptly with your positions. Nevertheless, we still have not received your positions, and we have now been asking for a follow-up conference for nearly two weeks and cannot even get your availability for a call.

As you know, class certification discovery currently closes on April 29, and Defendants' delay is prejudicing our ability to timely receive documents, conduct a meaningful review, and follow up on missing material as needed. Please provide your availability for a meet and confer on Monday or Tuesday. We ask that you provide your positions in advance of the call so that we do not waste any additional time. We do not want to burden the Court with a discovery dispute but your delay is unfortunately pushing us toward that outcome.

We are fine with your changes to the ESI protocol and will finalize for filing. We have reviewed your proposed confidentiality order, and have some additional proposed changes. Please see attached and let us know on our next call whether you have any additional changes or would like to discuss.

Thank you,

John

**From:** Restey, Michael W <Michael.Restey@skadden.com>
**Sent:** Wednesday, January 31, 2024 8:05 PM
**To:** Rebecca Boon <Rebecca.Boon@blbglaw.com>; 'Lauren Salamon' <lsalamon@gelaw.com>; Reed, Noelle M <Noelle.Reed@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; Milstead, Virginia <Virginia.Milstead@skadden.com>; Hampton, Wallis M <Wallis.Hampton@skadden.com>; Hanson, Brent M <Brent.Hanson@skadden.com>; Docket, Houston <dockethouston@skadden.com>; Davis, Michelle L <Michelle.Davis@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Thomas

Sperber <Thomas.Sperber@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Preya Rodriguez <Preya.Rodriguez@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Barbara Hart <bhart@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Cindy Bomzer-Stein <Cindy.Bomzer-Stein@blbglaw.com>; Restey, Michael W <Michael.Restey@skadden.com>
**Subject:** RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

**[External]**

---

Rebecca – we are not available this week but will be back to you with open windows for next week.

Regards,
Mike

---

**From:** Rebecca Boon <Rebecca.Boon@blbglaw.com>
**Sent:** Tuesday, January 30, 2024 3:47 PM
**To:** Restey, Michael W (NYC) <Michael.Restey@skadden.com>; 'Lauren Salamon' <lsalamon@gelaw.com>; Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; Milstead, Virginia (LAC) <Virginia.Milstead@skadden.com>; Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Hanson, Brent M (HOU) <Brent.Hanson@skadden.com>; Docket, Houston (HOU) <dockethouston@skadden.com>; Davis, Michelle L (HOU) <Michelle.Davis@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Preya Rodriguez <Preya.Rodriguez@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Barbara Hart <bhart@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Cindy Bomzer-Stein <Cindy.Bomzer-Stein@blbglaw.com>
**Subject:** [Ext] RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

Counsel: Please provide your availability this week for a meet and confer call this week. On that call, we need to discuss your document production, the timing of it, and the schedule for class certification expert depositions in this case.

Regards,
Rebecca


Rebecca Boon
**Bernstein Litowitz Berger & Grossmann LLP**
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 554-1594
Fax: (212) 554-1444

A-10

**From:** Restey, Michael W <Michael.Restey@skadden.com>
**Sent:** Tuesday, January 30, 2024 11:49 AM
**To:** 'Lauren Salamon' <lsalamon@gelaw.com>; Reed, Noelle M <Noelle.Reed@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; Milstead, Virginia <Virginia.Milstead@skadden.com>; Hampton, Wallis M <Wallis.Hampton@skadden.com>; Hanson, Brent M <Brent.Hanson@skadden.com>; Docket, Houston <dockethouston@skadden.com>; Davis, Michelle L <Michelle.Davis@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Preya Rodriguez <Preya.Rodriguez@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Barbara Hart <bhart@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Cindy Bomzer-Stein <Cindy.Bomzer-Stein@blbglaw.com>; Restey, Michael W <Michael.Restey@skadden.com>
**Subject:** RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

**[External]**

Lauren,

With respect to the ESI Protocol, we accepted your edits but have just a few minor additional edits of our own, reflected in the attached version in track changes.  If those edits are acceptable then we are signed off for filing.

On the protective order, we think it makes sense to start with Judge Godbey's form order and make changes as appropriate.  Attached here is a draft with our proposed revisions in track changes.  Please let us know if you have any questions or comments.

Finally, we will be back to you with times for a follow up meet and confer.

Best,
Mike

**From:** Lauren Salamon <lsalamon@gelaw.com>
**Sent:** Tuesday, January 30, 2024 9:44 AM
**To:** Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; Milstead, Virginia (LAC) <Virginia.Milstead@skadden.com>; Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Hanson, Brent M (HOU) <Brent.Hanson@skadden.com>; Docket, Houston (HOU) <dockethouston@skadden.com>; Davis, Michelle L (HOU) <Michelle.Davis@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Preya Rodriguez <Preya.Rodriguez@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Barbara Hart <bhart@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Cindy Bomzer-Stein <Cindy.Bomzer-Stein@blbglaw.com>
**Subject:** [Ext] RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

A-11

Hi Mike,

I'm following up on my email from last week. Please provide us with a date by which we can expect to receive Defendants' comments to the draft ESI protocol and protective order, as well as answers to the issues we discussed during our meet and confer. We still would like to set up a follow-up meet and confer this week.

We appreciate your prompt reply.

Lauren

**Lauren J. Salamon | Associate**
Grant & Eisenhofer, P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
Office: 347.841.8815

LSalamon@gelaw.com

**From:** Lauren Salamon
**Sent:** Tuesday, January 23, 2024 12:03 PM
**To:** Restey, Michael W <Michael.Restey@skadden.com>; Reed, Noelle M <Noelle.Reed@skadden.com>; Sheehan Davis, Abigail <Abigail.Sheehan@skadden.com>; Milstead, Virginia <Virginia.Milstead@skadden.com>; Hampton, Wallis M <Wallis.Hampton@skadden.com>; Hanson, Brent M <Brent.Hanson@skadden.com>; dockethouston@skadden.com; michelle.davis@skadden.com
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; 'John Esmay' <John.Esmay@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Preya Rodriguez <Preya.Rodriguez@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Barbara Hart <bhart@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Cindy Bomzer-Stein <Cindy.Bomzer-Stein@blbglaw.com>
**Subject:** Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

Dear Mike,

This email is intended to memorialize our meet and confer with you on January 17, 2024. Following our call, our understanding is that you intend to revert the draft ESI protocol and protective order to us promptly. Can you please provide a date as to when we can expect to see those items?

You also agreed to get back to us on several pending issues related to the RFPs, including whether or not Defendants will refuse to respond to any of the RFPs in their entirety and whether or not Defendants agree to Woods and Mallon serving as custodians for the RFPs issued to Exxon and Bond.

In order to follow up on these issues, we would like to suggest another meet and confer this week. Please provide us with your availability.

A-12

Regards,

Lauren

**Lauren J. Salamon | Associate**
Grant & Eisenhofer, P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
Office: 347.841.8815

LSalamon@gelaw.com

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=========================================================================================

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=========================================================================================

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the

A-13

original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=================================================================================

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=================================================================================

A-14