# EXHIBIT B

| | |
|---|---|
| **From:** | Thomas Sperber |
| **To:** | Reed, Noelle M (HOU); Davis, Abby (HOU); Milstead, Virginia (LAC); Hampton, Wallis M (HOU); Hanson, Brent M (HOU); Docket, Houston (HOU); Davis, Michelle L (HOU); Restey, Michael W (NYC) |
| **Subject:** | [Ext] Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194 |
| **Date:** | 2/28/2024 1:03:00 PM |
| **CC:** | John Rizio-Hamilton; Rebecca Boon; John Esmay; Stephen Boscolo; Daniel Berger; Caitlin Moyna; Lauren Salamon; Alex Forgione |
| **BCC:** | |

**Message:**

Counsel,

Plaintiffs are in receipt of your Responses and Objections to Lead Plaintiffs' First Set of Interrogatories. We note that you refused to respond to, or meet and confer concerning, Interrogatories 1-4 and 11, and otherwise merely quote or identify publicly available materials. You also repeatedly object to such interrogatories on the basis that discovery has been bifurcated. In light of the Court's bench ruling on Plaintiffs' Motion to Compel on Monday, your blanket refusal to substantively respond on the basis that our interrogatories call for responses that overlap with merits discovery is untenable. Please confirm by close of business Thursday, February 29, that you will revise your responses and objections by close of business Wednesday, March 6 to align with the Court's ruling. Otherwise, please provide your availability to meet and confer on Friday, March 1.

With regard to Plaintiffs' requests for production of documents, we agree with your proposal that Defendants prepare a list of custodians in the first instance. Plaintiffs reserve all rights to request additional custodians, including after Defendants revise their responses to Plaintiffs' interrogatories. Please provide that list today. Our proposed search terms list is attached.

We are presently finalizing the ESI stipulation and protective order for filing and will send final versions for you to review today.

Best,
Tom

Tom Sperber
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1939

**Attachments:**

Exxon - Plaintiffs' Proposed Class Certification Search Terms.docx

A-15