# EXHIBIT C

*Yoshikawa v. Exxon Mobil Corp., et al.*, **3:21-cv-00194-N**

**Plaintiffs' Proposed Search Terms for Documents Responsive to Plaintiffs' First Requests for Production**

### I.        Search Terms

The following search terms will be applied to search the email accounts and other nonsegregated custodial files for the custodians to be agreed upon by the parties, and any identified nonsegregated, noncustodial locations in connection with Plaintiffs' requests for production.

- (lie OR lying OR liar)

- "learning curve!"

- ("development plan" OR (dev! /15 plan)) AND (reserve! OR resource! OR base! OR (produc! /20 (Permian OR Delaware OR Upstream)))

- (Permian OR Delaware OR Upstream) AND produc! AND (impossible OR unachievab! OR unrealistic OR "not realistic" OR false)

- (drill! OR produc! OR learn! OR growth OR develop! OR optimiz! OR enhance) AND (plan OR forecast OR model OR perform! OR speed! OR time! OR rate! OR assum! OR curve OR (days /2 depth) OR (days /2 MD)) AND (reserve OR base OR PR OR RB OR SEC)

- (POD OR DP OR "decline curve" OR DCA) AND (reserve OR resource OR base OR PR OR RB)

- (claw! /3 back) AND (NPV OR PV OR valu!)

- (drill! OR produc! OR learn! OR growth OR develop! OR optimiz! OR enhance) AND (plan OR forecast OR model OR perform! OR speed! OR time! OR rate! OR assum! OR curve OR (days /2 depth) OR (days /2 MD)) AND (NPV OR PV OR valu! OR ((40 OR forty OR 50 OR fifty OR 60 OR sixty) /2 bil!) OR 40B OR 50B OR 60B)

- (POD OR DP OR "decline curve" OR DCA) AND (NPV OR PV OR valu! OR ((40 OR forty OR 50 OR fifty OR 60 OR sixty) /2 bil!) OR 40B OR 50B OR 60B)

- (Woods OR Permian OR Delaware OR "oil-equivalent" OR BOE! OR oebd! OR bopd OR bpd OR boepd OR barrel! OR (day /3 produc! OR valu!) OR "green blob" OR (Accelerat! /5 value) OR (aggressive /5 growth) OR plan OR forecast OR model OR perform! OR speed! OR time! OR rate! OR assum! OR curve OR (days /2 depth) OR (days /2 MD)) /50 ("1 mil!" OR "one mil!" OR "a mil!" OR 1M! OR "1 M!" OR "1,000,000")

- Unleash! /3 hounds

A-16

- Innovat* /3 "development plan"

- (Permian OR Delaware OR WSJ OR "Wall Street Journal" OR "the Journal" OR "WS Journal") AND (whistleblow! OR "whistle-blow!" OR "whistle blow!" OR WB OR Rosero OR (Chris! /5 Matthews))

- (Permian OR Delaware) AND ((journalist OR (Chris! /5 Matthews)) /25 (speak! OR spoke OR disclos! OR talk!))

- (Permian OR Delaware) AND (WSJ OR "Wall Street Journal" OR "the Journal")

- (XOM OR stock OR share! OR price!) /s (fall! OR fell! OR drop! OR declin! OR rising OR rise! OR rose OR react! OR bump! OR dip! OR move! OR change)

- Lindsey OR Gulden OR LG OR Damian OR Burch OR DB