# EXHIBIT D

| | |
|---|---|
| **From:** | Thomas Sperber |
| **To:** | Restey, Michael W (NYC); Reed, Noelle M (HOU); Davis, Abby (HOU); Milstead, Virginia (LAC); Hampton, Wallis M (HOU); Hanson, Brent M (HOU); Docket, Houston (HOU); Davis, Michelle L (HOU) |
| **Subject:** | [Ext] RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194 |
| **Date:** | 3/12/2024 2:16:00 PM |
| **CC:** | John Rizio-Hamilton; Rebecca Boon; John Esmay; Stephen Boscolo; Daniel Berger; Caitlin Moyna; Lauren Salamon; Alex Forgione |
| **BCC:** | |

**Message:**

Counsel,

It has been over two weeks since the Court granted Plaintiffs' motion to compel discovery responses and despite several requests from Plaintiffs, Defendants still have not provided a list of proposed custodians to conduct a search for responsive documents. Accordingly, Plaintiffs have compiled the attached list of document custodians. This list is subject to our right to supplement or revise it once we receive answers to Plaintiffs' first set of interrogatories. In the interim, we expect Defendants to use these custodians now to search for documents called for by our Rule 34 request and begin producing documents no later than March 26 with a substantial production.  Please also inform us when you expect Defendants' document production will be completed.

Best,
Tom

---

**From:** Restey, Michael W <Michael.Restey@skadden.com>
**Sent:** Wednesday, March 6, 2024 6:20 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Reed, Noelle M <Noelle.Reed@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; Milstead, Virginia <Virginia.Milstead@skadden.com>; Hampton, Wallis M <Wallis.Hampton@skadden.com>; Hanson, Brent M <Brent.Hanson@skadden.com>; Docket, Houston <dockethouston@skadden.com>; Davis, Michelle L <Michelle.Davis@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Restey, Michael W <Michael.Restey@skadden.com>
**Subject:** RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

**[External]**

---

Counsel,

1

A-18

We are in receipt of your email below.  As an initial matter, we disagree with your mischaracterization of Judge Godbey's comments during the February 26 hearing.  Judge Godbey asked if production within 30 days was feasible, and Defendants' counsel immediately stated that it was not.  Given this, Judge Godbey noted that he could consider extending the timeline for class-related discovery.  In any event, Defendants will work with Plaintiffs to complete their production as expediently as possible given the broad scope of the requested discovery.

With respect to ExxonMobil's responses and objections to Plaintiffs' first set of interrogatories, ExxonMobil will serve revised responses.

Finally, we will be back to you as soon as possible with proposed custodians and edits to your search terms.

Regards,
Mike

**From:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Sent:** Tuesday, March 5, 2024 1:07 PM
**To:** Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; Milstead, Virginia (LAC) <Virginia.Milstead@skadden.com>; Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Hanson, Brent M (HOU) <Brent.Hanson@skadden.com>; Docket, Houston (HOU) <dockethouston@skadden.com>; Davis, Michelle L (HOU) <Michelle.Davis@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>; Alex Forgione <aforgione@gelaw.com>
**Subject:** [Ext] RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

Counsel,

It has been nearly one week since your email below committing to propose custodians and respond to our request that Defendants amend their responses and objections to Plaintiffs' interrogatories. We note that Plaintiffs endeavored to provide proposed search terms as quickly as possible to help ensure compliance with the Court's request that Defendants complete their production 30 days after the February 26, 2024 hearing.

Please provide both your list of proposed custodians and your response regarding interrogatory R&Os by the end of the day tomorrow. We are available to meet and confer on Friday March 8 and Monday March 11.

Best,
Tom

**From:** Restey, Michael W <Michael.Restey@skadden.com>
**Sent:** Wednesday, February 28, 2024 8:13 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Reed, Noelle M <Noelle.Reed@skadden.com>;

Davis, Abby <Abigail.Sheehan@skadden.com>; Milstead, Virginia <Virginia.Milstead@skadden.com>; Hampton, Wallis M <Wallis.Hampton@skadden.com>; Hanson, Brent M <Brent.Hanson@skadden.com>; Docket, Houston <dockethouston@skadden.com>; Davis, Michelle L <Michelle.Davis@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Restey, Michael W <Michael.Restey@skadden.com>
**Subject:** RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

**[External]**

Counsel,

We are in receipt of your email.  We will provide you with our proposed custodians and ExxonMobil's response to your request that it amend its responses and objections to Plaintiffs' interrogatories, but not pursuant to your unreasonable and unilaterally imposed deadlines.

Regards,
Mike

**From:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Sent:** Wednesday, February 28, 2024 1:03 PM
**To:** Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; Milstead, Virginia (LAC) <Virginia.Milstead@skadden.com>; Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Hanson, Brent M (HOU) <Brent.Hanson@skadden.com>; Docket, Houston (HOU) <dockethouston@skadden.com>; Davis, Michelle L (HOU) <Michelle.Davis@skadden.com>; Restey, Michael W (NYC) <Michael.Restey@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>; Alex Forgione <aforgione@gelaw.com>
**Subject:** [Ext] Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

Counsel,

Plaintiffs are in receipt of your Responses and Objections to Lead Plaintiffs' First Set of Interrogatories. We note that you refused to respond to, or meet and confer concerning, Interrogatories 1-4 and 11, and otherwise merely quote or identify publicly available materials. You also repeatedly object to such interrogatories on the basis that discovery has been bifurcated. In light of the Court's bench ruling on Plaintiffs' Motion to Compel on Monday, your blanket refusal to substantively respond on the basis that our interrogatories call for responses that overlap with merits discovery is untenable. Please confirm by close of business Thursday, February 29, that you will revise your responses and objections by close of business Wednesday, March 6 to align with the Court's ruling. Otherwise, please provide your

3

availability to meet and confer on Friday, March 1.

With regard to Plaintiffs' requests for production of documents, we agree with your proposal that Defendants prepare a list of custodians in the first instance. Plaintiffs reserve all rights to request additional custodians, including after Defendants revise their responses to Plaintiffs' interrogatories. Please provide that list today. Our proposed search terms list is attached.

We are presently finalizing the ESI stipulation and protective order for filing and will send final versions for you to review today.

Best,
Tom

Tom Sperber
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1939


--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.


================================================================================
=========


--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

A-21

5

================================================================================
=========

**Attachments:**

Exxon - Custodians Proposal for Plaintiffs' RFPs (3.12.24).pdf

A-22