# EXHIBIT E

## *Yoshikawa v. Exxon Mobil Corp., et al.*, **3:21-cv-00194-N**

**Plaintiffs' Proposal re: Custodians for Plaintiffs' First Requests for Production to Defendants**

- Darren W. Woods (Named Defendant)
- Liam M. Mallon (Named Defendant)
- Melissa Bond (Named Defendant)
- Dr. Lindsey Gulden (Data Science and Optimization Team Lead, Digital Transformation, identified in Complaint)
- Dr. Damian Burch (Principal Data Scientist, identified in Complaint)
- Stephen Littleton (Vice President, Investor Relations)
- Neil Hansen (Vice President, Investor Relations)
- Ozgur Ozen (Delaware Development Planning Team supervisor)
- F. Terry Perkins (Senior Vice President of Reservoir Engineering)
- Andrew Bridwell (Senior Project Controls Manager, Contractor)
- Kaylene Tovar (Reservoir Engineer, XTO Energy)
- Afif Alafifi (Reservoir Engineer)
- Richard DuCharme (Global Reserves and Resources Group manager)
- Beth Casteel (Audit Team and Security Director; led investigation into Gulden and Burch)
- Rick McGovern (Audit Department investigator)
- Staale Gjervik (Senior Vice President, Permian Integrated Development; presently, President, ExxonMobil Supply Chain; also served as President, XTO Energy during relevant time period)

A-23