# EXHIBIT F

| | |
|---|---|
| **From:** | Restey, Michael W (NYC) |
| **To:** | 'Thomas Sperber'; Reed, Noelle M (HOU); Davis, Abby (HOU); Milstead, Virginia (LAC); Hampton, Wallis M (HOU); Hanson, Brent M (HOU); Docket, Houston (HOU); Davis, Michelle L (HOU) |
| **Subject:** | RE: [Ext] RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194 |
| **Date:** | 3/15/2024 3:46:00 PM |
| **CC:** | John Rizio-Hamilton; Rebecca Boon; John Esmay; Stephen Boscolo; Daniel Berger; Caitlin Moyna; Lauren Salamon; Alex Forgione; Restey, Michael W (NYC) |
| **BCC:** | |

**Message:**
Counsel,

Please find attached Defendants' proposed custodians, search terms, and date ranges, which reflect our review and proposed modifications to your search terms and custodians.  Defendants reserve all rights, including to supplement or modify this proposal based on further developments during the review process.  We note that, contrary to the implication in your email, Defendants have not been idle since the February 26 hearing.  Defendants have been identifying the appropriate custodians, migrating large volumes of data to the necessary databases, and testing various search terms (including Plaintiffs' proposed search terms).

As Defendants explained to both the Court, and to Plaintiffs in prior correspondence, Plaintiffs' broad requests will necessitate substantial time for document review.  By way of example, today's proposal alone will require Defendants to review tens of thousands of documents, which is no surprise given the breadth of Plaintiffs' proposed search terms.  It is for this reason that Defendants immediately explained to Judge Godbey, and Plaintiffs, that production would not be able to be completed within 30 days.  Accordingly, Defendants will not be making a substantial production by March 26.

Finally, ExxonMobil is in the process of preparing revised interrogatory responses.  We note, however, that like Plaintiffs' document requests, the interrogatories are extremely broad in scope.  For example, Interrogatories 1 and 2 seek the identity of every person involved in the creation or review of the portion of the 2019 Development Plan concerning the Delaware Basin or the learning curve assumptions used – a request touching on several different groups within the Company and a substantial number of different individuals.  ExxonMobil will provide the revised interrogatory responses as soon as they are finalized.  In addition, Defendants will not agree to run additional searches against the custodians in the attached proposal based on ExxonMobil's revised interrogatory responses.

Regards,
Mike

---

**From:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Sent:** Tuesday, March 12, 2024 2:16 PM
**To:** Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; Milstead, Virginia (LAC) <Virginia.Milstead@skadden.com>; Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Hanson, Brent M (HOU) <Brent.Hanson@skadden.com>; Docket, Houston (HOU) <dockethouston@skadden.com>; Davis, Michelle L (HOU) <Michelle.Davis@skadden.com>

**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>; Alex Forgione <aforgione@gelaw.com>
**Subject:** [Ext] RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

Counsel,

It has been over two weeks since the Court granted Plaintiffs' motion to compel discovery responses and despite several requests from Plaintiffs, Defendants still have not provided a list of proposed custodians to conduct a search for responsive documents. Accordingly, Plaintiffs have compiled the attached list of document custodians. This list is subject to our right to supplement or revise it once we receive answers to Plaintiffs' first set of interrogatories. In the interim, we expect Defendants to use these custodians now to search for documents called for by our Rule 34 request and begin producing documents no later than March 26 with a substantial production.  Please also inform us when you expect Defendants' document production will be completed.

Best,
Tom

---

**From:** Restey, Michael W <Michael.Restey@skadden.com>
**Sent:** Wednesday, March 6, 2024 6:20 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Reed, Noelle M <Noelle.Reed@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; Milstead, Virginia <Virginia.Milstead@skadden.com>; Hampton, Wallis M <Wallis.Hampton@skadden.com>; Hanson, Brent M <Brent.Hanson@skadden.com>; Docket, Houston <dockethouston@skadden.com>; Davis, Michelle L <Michelle.Davis@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Restey, Michael W <Michael.Restey@skadden.com>
**Subject:** RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

**[External]**

---

Counsel,

We are in receipt of your email below.  As an initial matter, we disagree with your mischaracterization of Judge Godbey's comments during the February 26 hearing.  Judge Godbey asked if production within 30 days was feasible, and Defendants' counsel immediately stated that it was not.  Given this, Judge Godbey noted that he could consider extending the timeline for class-related discovery.  In any event, Defendants will work with Plaintiffs to complete their production as expediently as possible given the broad scope of the requested discovery.

A-25

With respect to ExxonMobil's responses and objections to Plaintiffs' first set of interrogatories, ExxonMobil will serve revised responses.

Finally, we will be back to you as soon as possible with proposed custodians and edits to your search terms.

Regards,
Mike

---

**From:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Sent:** Tuesday, March 5, 2024 1:07 PM
**To:** Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; Milstead, Virginia (LAC) <Virginia.Milstead@skadden.com>; Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Hanson, Brent M (HOU) <Brent.Hanson@skadden.com>; Docket, Houston (HOU) <dockethouston@skadden.com>; Davis, Michelle L (HOU) <Michelle.Davis@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>; Alex Forgione <aforgione@gelaw.com>
**Subject:** [Ext] RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

Counsel,

It has been nearly one week since your email below committing to propose custodians and respond to our request that Defendants amend their responses and objections to Plaintiffs' interrogatories. We note that Plaintiffs endeavored to provide proposed search terms as quickly as possible to help ensure compliance with the Court's request that Defendants complete their production 30 days after the February 26, 2024 hearing.

Please provide both your list of proposed custodians and your response regarding interrogatory R&Os by the end of the day tomorrow. We are available to meet and confer on Friday March 8 and Monday March 11.

Best,
Tom

---

**From:** Restey, Michael W <Michael.Restey@skadden.com>
**Sent:** Wednesday, February 28, 2024 8:13 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Reed, Noelle M <Noelle.Reed@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; Milstead, Virginia <Virginia.Milstead@skadden.com>; Hampton, Wallis M <Wallis.Hampton@skadden.com>; Hanson, Brent M <Brent.Hanson@skadden.com>; Docket, Houston <dockethouston@skadden.com>; Davis, Michelle L <Michelle.Davis@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Daniel Berger <dberger@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon

3

<lsalamon@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Restey, Michael W
<Michael.Restey@skadden.com>
**Subject:** RE: Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

**[External]**

---

Counsel,

We are in receipt of your email.  We will provide you with our proposed custodians and ExxonMobil's
response to your request that it amend its responses and objections to Plaintiffs' interrogatories, but not
pursuant to your unreasonable and unilaterally imposed deadlines.

Regards,
Mike

---

**From:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Sent:** Wednesday, February 28, 2024 1:03 PM
**To:** Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>; Davis, Abby (HOU)
<Abigail.Sheehan@skadden.com>; Milstead, Virginia (LAC) <Virginia.Milstead@skadden.com>;
Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Hanson, Brent M (HOU)
<Brent.Hanson@skadden.com>; Docket, Houston (HOU) <dockethouston@skadden.com>; Davis,
Michelle L (HOU) <Michelle.Davis@skadden.com>; Restey, Michael W (NYC)
<Michael.Restey@skadden.com>
**Cc:** John Rizio-Hamilton <Johnr@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; John
Esmay <John.Esmay@blbglaw.com>; Stephen Boscolo <Stephen.Boscolo@blbglaw.com>; Daniel Berger
<dberger@gelaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon
<lsalamon@gelaw.com>; Alex Forgione <aforgione@gelaw.com>
**Subject:** [Ext] Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

Counsel,

Plaintiffs are in receipt of your Responses and Objections to Lead Plaintiffs' First Set of Interrogatories.
We note that you refused to respond to, or meet and confer concerning, Interrogatories 1-4 and 11, and
otherwise merely quote or identify publicly available materials. You also repeatedly object to such
interrogatories on the basis that discovery has been bifurcated. In light of the Court's bench ruling on
Plaintiffs' Motion to Compel on Monday, your blanket refusal to substantively respond on the basis that
our interrogatories call for responses that overlap with merits discovery is untenable. Please confirm by
close of business Thursday, February 29, that you will revise your responses and objections by close of
business Wednesday, March 6 to align with the Court's ruling. Otherwise, please provide your
availability to meet and confer on Friday, March 1.

With regard to Plaintiffs' requests for production of documents, we agree with your proposal that
Defendants prepare a list of custodians in the first instance. Plaintiffs reserve all rights to request
additional custodians, including after Defendants revise their responses to Plaintiffs' interrogatories.
Please provide that list today. Our proposed search terms list is attached.

4

We are presently finalizing the ESI stipulation and protective order for filing and will send final versions for you to review today.

Best,
Tom

Tom Sperber
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1939

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================================
=========

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================================
=========

**Attachments:**

Search Term and Custodian Proposal.pdf

5

A-28