# EXHIBIT G

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

### *Yoshikawa v. Exxon Mobil Corp., et al.*, 3:21-cv-00194-N

## Defendants' Custodian and Search Term Proposal

Defendants propose that the following search terms will be applied to search the email accounts and other nonsegregated custodial files for the identified custodians. Defendants reserve all rights, including to add or remove custodians or propose further modifications to the search terms based on their review of documents responsive to this proposal.

1. **Request No. 6**

    (a) **Custodian(s)**

        (i) Casey Norton

    (b) **Search Terms**

        (i) Lindsey OR Gulden OR Damian OR Burch

        (ii) (Permian OR Delaware OR WSJ OR "Wall Street Journal" OR "the Journal" OR "WS Journal") AND (whistleblow* OR OR "whistle blow*" OR Rosero OR (Chris* w/5 Matthews))

        (iii) (Permian OR Delaware) AND (WSJ OR "Wall Street Journal" OR "the Journal")

        (iv) (Permian OR Delaware) AND ((journalist OR (Chris* w/5 Matthews)) w/25 (speak* OR spoke OR disclos* OR talk*))

    (c) **Date Range**

        (i) August 1, 2020 – January 15, 2021

2. **Request Nos. 1, 3, 5, 7**

    (a) **Custodian(s)**

        (i) Melissa Bond

        (ii) Neil Hansen

        (iii) Stephen Littleton

        (iv) Rich DuCharme

        (v) Kirsten Bannister

        (vi) Elizabeth Hay

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

 (vii) Sam Wiley

 (b) **Search Terms**

  (i) "learning curve*" AND ("development plan" OR (dev* w/5 plan)

  (ii) ("development plan" OR (dev* w/5 plan)) w/50 (reserve* OR resource* OR (produc* w/20 (Permian OR Delaware OR Upstream)))

  (iii) (Permian OR Delaware OR Upstream) AND produc* AND (impossible OR unachievab* OR unrealistic OR "not realistic" OR false)

  (iv) (drill! OR produc* OR learn* OR growth OR develop* OR optimiz* OR enhance) AND (plan OR forecast OR model OR perform* OR speed* OR time* OR rate* OR assum* OR curve OR (days w/2 depth) OR (days w/2 MD)) AND (reserve OR "resource base")

  (v) (POD OR DP OR "decline curve" OR DCA) AND (reserve OR "resource base")

  (vi) (Permian OR Delaware) AND (drill* OR produc* OR learn* OR growth OR develop* OR optimiz* OR enhance) AND (plan OR forecast OR model OR perform* OR speed* OR time* OR rate* OR assum* OR curve OR (days w/2 depth) OR (days w/2 MD)) AND (NPV OR PV OR valu*

  (vii) (Permian OR Delaware) AND (POD OR DP OR "decline curve" OR DCA) AND (NPV OR PV OR valu*)

  (viii) (Woods OR Permian OR Delaware OR "green blob" OR (Accelerat* w/5 value) OR (aggressive w/5 growth) w/30 ("1 mil*" OR "one mil*" OR "a mil*" OR 1M or "1 M" OR "1,000,000")

  (ix) Unleash* w/3 hounds

  (x) Innovat* w/3 "development plan"

 (c) **Date Range**

  (i) March 1, 2019 – June 1, 2020

3. **Request Nos. 2, 4**

 (a) **Custodian(s)**

  (i) Neil Hanson

  (ii) Stephen Littleton

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

(b)    **Search Terms**

    (i)    (XOM OR stock OR share* OR price*) /25 (fall* OR fell* OR drop* OR declin* OR rising OR rise* OR rose OR increase* OR react* OR bump* OR dip* OR move* OR change)

(c)    **Date Range**

    (i)    Two weeks before and after each alleged misstatement and corrective disclosure identified in Plaintiffs' RFPs

3

A-31