# EXHIBIT I

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

***Yoshikawa v. Exxon Mobil Corp., et al.*, 3:21-cv-00194-N**

~~Defendants'~~ **Plaintiffs' Custodian and Search Term Proposal**

~~Defendants~~ Plaintiffs propose that the following search terms will be applied to search the email accounts and other ~~nonsegregated~~ custodial files for the identified custodians, including files stored on custodial PCs, laptops, tablets, and smartphones, as well as relevant network folders and applications, including chat, instant messaging, or file sharing programs. ~~Defendants~~ The Parties reserve all rights, including to add or remove custodians or propose further modifications to the search terms based on their review of documents responsive to this proposal.

1. **Request No. 6**

    (a) **Custodian(s)**

      (i) Darren Woods (Named Defendant)

      (ii) Liam Mallon (Named Defendant)

      (iii) Melissa Bond (Named Defendant)

      (iv) Dr. Lindsey Gulden (Data Science and Optimization Team Lead, Digital Transformation, identified in Complaint)

      (v) Dr. Damian Burch (Principal Data Scientist, identified in Complaint)

      (iv) Casey Norton (Identified by Defendants as having responsibility for the investigation into Gulden and Burch)

      (vii) Beth Casteel (Audit Team and Security Director; led investigation into Gulden and Burch)

      (viii) Rick McGovern (Audit Department investigator)

    (b) **Search Terms**

      (i) Lindsey OR Gulden OR Damian OR Burch[1]

      (ii) (Permian OR Delaware OR WSJ OR "Wall Street Journal" OR "the Journal" OR "WS Journal") AND (whistleblow* OR "whistle-blow*" OR "whistle blow*" OR Rosero OR (Chris* w/5 Matthews))

      (iii) (Permian OR Delaware) AND (WSJ OR "Wall Street Journal" OR "the Journal")

---

[1] These terms will not be applied to the custodial files of Gulden and Burch.

A-39

(iv)    (Permian OR Delaware) AND ((journalist ~~OR (Chris\* w/5 Matthews))~~ w/25 (speak\* OR spoke OR disclos\* OR talk\*))

(c)    **Date Range**

(i)    August 1, 2020 – January 15, 2021

2.    **Request Nos. 1, 3, 5, 7**

(a)    **Custodian(s)**

(i)    Darren Woods (Named Defendant)

(ii)    Liam Mallon (Named Defendant)

(iii)    Melissa Bond (Named Defendant)

(iv)    Dr. Lindsey Gulden (Data Science and Optimization Team Lead, Digital Transformation, identified in Complaint)

~~(i)~~(v)    Dr. Damian Burch (Principal Data Scientist, identified in Complaint)

~~(ii)~~(vi)    Neil Hansen (Vice President, Investor Relations)

~~(iii)~~(vii)    Stephen Littleton (Vice President, Investor Relations)

~~(iv)~~(viii)    Rich DuCharme (Global Reserves and Resources Group manager)

~~(v)~~(ix)    Kirsten Bannister (Engineer identified by Defendants)

~~(vi)~~(x)    Elizabeth Hay (Engineer identified by Defendants)

(xi)    Sam Wiley (Engineer identified by Defendants)

**Additional Engineers to be Discussed by the Parties**

(xii)    Ozgur Ozen (Delaware Development Planning Team supervisor)

(xiii)    Afif Alafifi (Reservoir Engineer for the Permian Basin)

(xiv)    F. Terry Perkins (Senior Vice President of Reservoir Engineering)

(xv)    Andrew Bridwell (Senior Project Controls Manager, Contractor)

(xvi)    Kaylene Tovar (Reservoir Engineer, XTO Energy)

~~Afif Alafifi (Reservoir Engineer)~~

~~(vii)~~

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

(b)    **Search Terms**

~~lie OR lying OR liar~~

(i)    "learning curve\*" AND (~~"development plan" OR~~ (dev\* w/5 plan)

(ii)    (~~"development plan" OR~~ (dev\* w/5 plan)) w/50 (reserve\* OR resource\* OR base\* OR (produc\* w/20 (Permian OR Delaware OR Upstream)))

(iii)    (Permian OR Delaware OR Upstream) AND produc\* AND (impossible OR unachievab\* OR unrealistic OR "not realistic" OR false)

(iv)    (drill\*~~!~~ OR produc\* OR learn\* OR growth OR develop\* OR optimiz\* OR enhance) AND (plan OR forecast OR model OR perform\* OR speed\* OR time\* OR rate\* OR assum\* OR curve OR (days w/2 depth) OR (days w/2 MD)) AND (reserve\* OR "resource\* OR base"\*)

(v)    (POD OR DP OR "decline curve" OR DCA) AND (reserve OR "resource\* OR base\*")
~~(v)~~(vi)   (claw\* /3 back) AND (NPV OR PV OR valu\*)

~~(vi)~~(vii)    (Permian OR Delaware) AND (drill\* OR produc\* OR learn\* OR growth OR develop\* OR optimiz\* OR enhance) AND (plan OR forecast OR model OR perform\* OR speed\* OR time\* OR rate\* OR assum\* OR curve OR (days w/2 depth) OR (days w/2 MD)) AND (NPV OR PV OR valu\*)

~~(vii)~~(viii)    (Permian OR Delaware) AND (POD OR DP OR "decline curve" OR DCA) AND (NPV OR PV OR valu\*)

~~(viii)~~(ix)    (Woods OR Permian OR Delaware OR "green blob" OR (Accelerat\* w/5 value) OR (aggressive w/5 growth) w/30 ("1 mil\*" OR "one mil\*" OR "a mil\*" OR 1M or "1 M" OR "1,000,000")

~~(ix)~~(x)  Unleash\* w/3 hounds

(xi)    Innovat\* w/3 "development plan"

~~(x)~~(xii) "This is a Lie" OR "Please_do_not_turn_this_into_a_lie~~.xlsx~~" OR lie OR lying OR liar

(c)    **Date Range**

(i)    ~~March 1, 2019~~January 1, 2019 – ~~June 1, 2020~~April 15, 2021

A-41

3.    **Request Nos. 2, 4**

    (a)    **Custodian(s)**

        (i)    Darren Woods (Named Defendant)

        (ii)    Liam Mallon (Named Defendant)

        (iii)    Melissa Bond (Named Defendant)

        ~~(i)~~(iv)    Neil Hanson (Vice President, Investor Relations)

        ~~(ii)~~(v)    Stephen Littleton (Vice President, Investor Relations)

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

    **(b)**    **Search Terms**

        (i)    (XOM OR stock OR share* OR price*) /25 (fall* OR fell* OR drop* OR declin* OR rising OR rise* OR rose OR increase* OR react* OR bump* OR dip* OR move* OR change)

    **(c)**    **Date Range**

        (i)    Two weeks before and after each alleged misstatement and corrective disclosure identified in Plaintiffs' RFPs

3