# EXHIBIT K

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

*Yoshikawa v. Exxon Mobil Corp., et al.*, 3:21-cv-00194-N

~~Plaintiffs~~

**Defendants'** Custodian and Search Term Proposal

Defendants believe that Plaintiffs' proposed custodians, search terms, and date ranges will almost exclusively elicit merits-related discovery rather than class certification-related discovery. Nevertheless, in the interest of compromise, Defendants propose that the following search terms will be applied to search the email accounts and other custodial files for the identified custodians~~, including files stored on custodial PCs, laptops, tablets, and smartphones, as well as relevant network folders and applications, including chat, instant messaging, or file sharing programs.~~ .  Defendants will review any documents or communications hitting on these search terms for responsiveness and privilege prior to their production.  In proposing or agreeing to any of the below custodians, Defendants are not conceding that those custodians have documents or information relevant to class certification.

The Parties reserve all rights, including to add or remove custodians or propose further modifications to the search terms based on their review of documents responsive to this proposal.

1.    **Request No. 6**

     (a)    **Custodian(s)**

          ~~(i) Darren Woods (Named Defendant)~~

          ~~(ii) Liam Mallon (Named Defendant)~~

          ~~(iii) Melissa Bond (Named Defendant)~~

          ~~(iv) Dr. Lindsey Gulden (Data Science and Optimization Team Lead, Digital Transformation, identified in Complaint)~~

          ~~(v) Dr. Damian Burch (Principal Data Scientist, identified in Complaint)~~

          (~~iv~~i)    Casey Norton (~~Identified by Defendants as having responsibility for the investigation into Gulden and Burch~~Corporate Media Manager)

          ~~(vii) Beth Casteel (Audit Team and Security Director; led investigation into Gulden and Burch)~~

          ~~(viii) Rick McGovern (Audit Department investigator)~~

     (b)    **Search Terms**

Redline Plaintiffs Proposal for Redlining 2404163v1 and Revised Custodian and Search Term Proposal 2403282v2 03/28/2024 9:08:29 PM

A-55

      (i)      Lindsey OR Gulden OR Damian OR Burch[1]

      (ii)      (Permian OR Delaware OR WSJ OR "Wall Street Journal" OR "the Journal" OR "WS Journal") AND (whistleblow* OR ~~"whistle-blow*"~~ OR "whistle blow*" OR Rosero OR (Chris* w/5 Matthews))[1]

      (iii)      (Permian OR Delaware) AND (WSJ OR "Wall Street Journal" OR "the Journal")

      (iv)      (Permian OR Delaware) AND (journalist w/25 (speak* OR spoke OR disclos* OR talk*))

(c)  **Date Range**

      (i)      August 1, 2020 – January 15, 2021

2.  **Request Nos. 1, 3, 5, 7**

(a)  **Custodian(s)**

      (i)      ~~Darren Woods (Named Defendant)~~Staale Gjervik[2]

      ~~(ii)~~      ~~Liam Mallon (Named Defendant)~~

      (~~iii~~ii)      Melissa Bond (~~Named Defendant~~Delaware Development Manager)

      (~~iv~~iii)      Dr. Lindsey Gulden (Data Science and Optimization Team Lead, Digital Transformation~~, identified in Complaint~~)

      (~~v~~iv)      Dr. Damian Burch (Principal Data Scientist~~, identified in Complaint~~)

      (~~vi~~v)      Neil Hansen (Vice President, Investor Relations)

      (~~vii~~vi)      Stephen Littleton (Vice President, Investor Relations)

      (~~viii~~vii)      Rich DuCharme (~~Global ~~Reserves ~~and Resources Group manager~~Manager)

      (~~ix~~viii)  Kirsten Bannister (~~Engineer identified by Defendants~~Team Lead – STP Advisor)

---

[1] ~~These terms will not be applied to the custodial files of Gulden and Burch.~~

[1] Plaintiffs added the search term "whistle-blow*", but is unnecessary as hyphens are treated as spaces within the database, making the search term duplicative of the already-included "whistle blow*".

[2] Defendants are agreeing to add Staale Gjervik as a custodian only if Plaintiffs agree to drop Woods and Mallon.

Redline Plaintiffs Proposal for Redlining 2404163v1 and Revised Custodian and Search Term Proposal 2403282v2 03/28/2024 9:08:29 PM

(~~x~~ix)    Elizabeth Hay (~~Engineer identified by Defendants~~Global Reserves & Resources Supervisor – STP-A)

(~~xi~~x)    Sam Wiley (~~Engineer identified by Defendants~~Staff Engineers Regional Coordinator)

**~~Additional Engineers to be Discussed by the Parties~~**

(~~xii~~xi)    Ozgur Ozen (Delaware Development Planning Team supervisor)

(~~xiii~~xii)    Afif Alafifi (Reservoir Engineer for the Permian Basin)

(~~xiv~~xiii)    F. Terry Perkins (Senior Vice President of Reservoir Engineering)

(~~xv~~xiv)    Andrew Bridwell (Senior Project Controls Manager, Contractor)

(~~xvi~~xv)    Kaylene Tovar (Reservoir Engineer, XTO Energy)

(xvi)    Kendal Decker (Permian Drilling Manager)

Redline Plaintiffs Proposal for Redlining 2404163v1 and Revised Custodian and Search Term Proposal 2403282v2 03/28/2024 9:08:29 PM

A-57

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

(b)    **Search Terms**

(i)    "learning curve*" AND ( (dev* w/5 plan) OR "CP19" OR "19CP")

(ii)    ((dev* w/5 plan) OR "CP19" OR "19CP") w/50 (reserve* OR resource* OR base* OR (produc* w/20 (Permian OR Delaware OR Upstream)))

(iii)    (Permian OR Delaware OR Upstream) AND produc* AND (impossible OR unachievab* OR unrealistic OR "not realistic" OR false)

(iv)    (drill* OR produc* OR learn* OR growth OR develop* OR optimiz* OR enhance) AND (plan OR forecast OR model OR perform* OR speed* OR time* OR rate* OR assum* OR curve OR (days w/2 depth) OR (days w/2 MD)) AND (reserve* OR resource* OR base*)

(v)    (POD OR DP OR "decline curve" OR DCA) AND (reserve OR resource* OR base*)

(vi)    (claw* /3 back) AND (NPV OR PV OR valu*)

(vii)    (Permian OR Delaware) AND (drill* OR produc* OR learn* OR growth OR develop* OR optimiz* OR enhance) AND (plan OR forecast OR model OR perform* OR speed* OR time* OR rate* OR assum* OR curve OR (days w/2 depth) OR (days w/2 MD)) AND (NPV OR PV OR valu*)

(viii)    (Permian OR Delaware) AND (POD OR DP OR "decline curve" OR DCA) AND (NPV OR PV OR valu*)

(ix)    (Woods OR Permian OR Delaware OR "green blob" OR (Accelerat* w/5 value) OR (aggressive w/5 growth) w/30 ("1 mil*" OR "one mil*" OR "a mil*" OR 1M or "1 M" OR "1,000,000")

(x)    Unleash* w/3 hounds

(xi)    Innovat* w/3 "development plan"

(xii)    "This is a Lie" OR "Please_do_not_turn_this_into_a_lie" OR lie OR lying OR liar

(c)    **Date Range**

(i)    JanuaryMarch 1, 2019 – April 15June 1, 20212020

3.    **Request Nos. 2, 4**

Redline Plaintiffs Proposal for Redlining 2404163v1 and Revised Custodian and Search Term Proposal 2403282v2 03/28/2024 9:08:29 PM

4

A-58

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

(a)     **Custodian(s)**

    (i)      ~~Darren Woods (Named Defendant)~~Neil Hanson

    (ii)     ~~Liam Mallon (Named Defendant)~~Stephen Littleton

    (iii)    ~~Melissa Bond (Named Defendant)~~

    (iv)     ~~Neil Hanson (Vice President, Investor Relations)~~

    (v)      ~~Stephen Littleton (Vice President, Investor Relations)~~

(b)     **Search Terms**

    (i)      (XOM OR stock OR share* OR price*) /25 (fall* OR fell* OR drop* OR declin* OR rising OR rise* OR rose OR increase* OR react* OR bump* OR dip* OR move* OR change)

(c)     **Date Range**

Redline Plaintiffs Proposal for Redlining 2404163v1 and Revised Custodian and Search Term Proposal 2403282v2 03/28/2024 9:08:29 PM

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

(i)    ~~Two weeks before and after each alleged misstatement and corrective disclosure identified in Plaintiffs' RFPs~~

(i)    February 19, 2019 – March 19, 2019

(ii)    April 12, 2019 – May 10, 2019

(iii)    June 4, 2019 – July 2, 2019

Redline Plaintiffs Proposal for Redlining 2404163v1 and Revised Custodian and Search Term Proposal 2403282v2 03/28/2024 9:08:29 PM

6

A-60

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

(iv)    August 21, 2019 – September 18, 2019

(v)    January 17, 2020 – March 19, 2020

(vi)    April 17, 2020 – May 15, 2020

(vii)    January 1, 2021 – January 29, 2021

Redline Plaintiffs Proposal for Redlining 2404163v1 and Revised Custodian and Search Term Proposal 2403282v2 03/28/2024 9:08:29 PM

A-61

| Summary report: Litera Compare for Word 11.4.0.111 Document comparison done on 3/28/2024 9:08:29 PM | |
|---|---|
| **Style name:** #Skadden (Strikethrough, Double Score, No Moves) | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** dm://NYCSR03A/2404163/1 | |
| **Description:** Plaintiffs Proposal for Redlining | |
| **Modified DMS:** dm://NYCSR03A/2403282/2 | |
| **Description:** Revised Custodian and Search Term Proposal | |
| **Changes:** | |
| Add | 51 |
| Delete | 55 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 116 |
| **Total Changes:** | 222 |

Redline Plaintiffs Proposal for Redlining 2404163v1 and Revised Custodian and Search Term Proposal 2403282v2 03/28/2024 9:08:29 PM

A-62