# EXHIBIT M

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

### *Yoshikawa v. Exxon Mobil Corp., et al.*, 3:21-cv-00194-N

**~~Defendants'~~ Custodian and Search Term Proposal for Defendants' Documents**

~~Defendants believe that Plaintiffs' proposed custodians, search terms, and date ranges will almost exclusively elicit merits-related discovery rather than class certification-related discovery. Nevertheless, in the interest of compromise, Defendants propose that the following search terms will be applied to search the email accounts and other custodial files for the identified custodians. Defendants will review any documents or communications hitting on these search terms for responsiveness and privilege prior to their production. In proposing or agreeing to any of the below custodians, Defendants are not conceding that those custodians have documents or information relevant to class certification.~~

The Parties reserve all rights, including to add or remove custodians or propose further modifications to the search terms based on their review of documents responsive to this proposal.

1.  **Request No. 6**

    (a)  **Custodian(s)**

        (i)    Casey Norton (Corporate Media Manager)

        (ii)   Darren Woods

        ~~(i)~~(iii)  Liam Mallon

    (b)  **Search Terms**

        (i)    Lindsey OR Gulden OR Damian OR Burch

        (ii)   (Permian OR Delaware OR WSJ OR "Wall Street Journal" OR "the Journal" OR "WS Journal") AND (whistleblow* OR OR "whistle blow*" OR Rosero OR (Chris* w/5 Matthews))[1]

        (iii)  (Permian OR Delaware) AND (WSJ OR "Wall Street Journal" OR "the Journal")

        (iv)   (Permian OR Delaware) AND (journalist w/25 (speak* OR spoke OR disclos* OR talk*))

    (c)  **Date Range**

        (i)    August 1, 2020 – January 15, 2021

---

[1]  Plaintiffs added the search term "whistle-blow*", but is unnecessary as hyphens are treated as spaces within the database, making the search term duplicative of the already-included "whistle blow*".

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

2. **Request Nos. 1, 3, 5, 7**

    (a) **Custodian(s)**

        (i) ~~Staale Gjervik~~[2]Darren Woods

        ~~(i)~~(ii) Liam Mallon

        ~~(ii)~~(iii) Melissa Bond (Delaware Development Manager)

        ~~(iii)~~(iv) Dr. Lindsey Gulden (Data Science and Optimization Team Lead, Digital Transformation)

        ~~(iv)~~(v) Dr. Damian Burch (Principal Data Scientist)

        ~~(v)~~(vi) Neil Hansen (Vice President, Investor Relations)

        ~~(vi)~~(vii) Stephen Littleton (Vice President, Investor Relations)

        ~~(vii)~~(viii) Rich DuCharme (Reserves Manager)

        ~~(viii)~~(ix) Kirsten Bannister (Team Lead – STP Advisor)

        ~~(ix)~~(x) Elizabeth Hay (Global Reserves & Resources Supervisor – STP-A)

        ~~(x)~~(xi) Sam Wiley (Staff Engineers Regional Coordinator)

        ~~(xi)~~(xii) Ozgur Ozen (Delaware Development Planning Team supervisor)

        ~~(xii)~~(xiii) Afif Alafifi (Reservoir Engineer for the Permian Basin)

        ~~(xiii)~~(xiv) F. Terry Perkins (Senior Vice President of Reservoir Engineering)

        ~~(xiv)~~(xv) Andrew Bridwell (Senior Project Controls Manager, Contractor)

        ~~(xv)~~(xvi) Kaylene Tovar (Reservoir Engineer, XTO Energy)

        ~~(xvi)~~(xvii) Kendal Decker (Permian Drilling Manager)

    (b) **Search Terms**

        (i) "learning curve*" AND ( (dev* w/5 plan) OR "CP19" OR "19CP")

        (ii) ((dev* w/5 plan) OR "CP19" OR "19CP") w/50 (reserve* OR resource* OR base* OR (produc* w/20 (Permian OR Delaware OR Upstream)))

---

[2] ~~Defendants are agreeing to add Staale Gjervik as a custodian only if Plaintiffs agree to drop Woods and Mallon.~~

2

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

(iii)   (Permian OR Delaware OR Upstream) AND produc* AND (impossible OR unachievab* OR unrealistic OR "not realistic" OR false)

(iv)   (drill* OR produc* OR learn* OR growth OR develop* OR optimiz* OR enhance) AND (plan OR forecast OR model OR perform* OR speed* OR time* OR rate* OR assum* OR curve OR (days w/2 depth) OR (days w/2 MD)) AND (reserve* OR resource* OR base*)

(v)   (POD OR DP OR "decline curve" OR DCA) AND (reserve OR resource* OR base*)

(vi)    (claw* /3 back) AND (NPV OR PV OR valu*)

(vii)   (Permian OR Delaware) AND (drill* OR produc* OR learn* OR growth OR develop* OR optimiz* OR enhance) AND (plan OR forecast OR model OR perform* OR speed* OR time* OR rate* OR assum* OR curve OR (days w/2 depth) OR (days w/2 MD)) AND (NPV OR PV OR valu*)

(viii)   (Permian OR Delaware) AND (POD OR DP OR "decline curve" OR DCA) AND (NPV OR PV OR valu*)

(ix)   (Woods OR Permian OR Delaware OR "green blob" OR (Accelerat* w/5 value) OR (aggressive w/5 growth) w/30 ("1 mil*" OR "one mil*" OR "a mil*" OR 1M or "1 M" OR "1,000,000")

(x)   Unleash* w/3 hounds

(xi)   Innovat* w/3 "development plan"

(xii)   "This is a Lie" OR "Please_do_not_turn_this_into_a_lie" OR ((Lie OR Lying OR liar) AND ("learning curve*" OR (dev* w/5 plan) OR reserve* OR resource* OR base* OR (million /5 barrels) OR produc* OR data OR Permian OR Delaware OR drill* OR SEC OR file OR doc*))

(c)   **Date Range**

(i)   March 1, 2019 – June 1, 2020

3. **Request Nos. 2, 4**

(a)   **Custodian(s)**

(i)   Darren Woods

(ii)   Liam Mallon

(i)(iii)   Neil Hanson

3

A-77

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

(ii)(iv) Stephen Littleton

(b) **Search Terms**

(i)    (XOM OR stock OR share* OR price*) /25 (fall* OR fell* OR drop* OR declin* OR rising OR rise* OR rose OR increase* OR react* OR bump* OR dip* OR move* OR change)

(c) **Date Range**

(i)    February 19, 2019 – March 19, 2019

(ii)    April 12, 2019 – May 10, 2019

(iii)    June 4, 2019 – July 2, 2019

(iv)    August 21, 2019 – September 18, 2019

(v)    January 17, 2020 – March 19, 2020

(vi)    April 17, 2020 – May 15, 2020

(vii)    January 1, 2021 – January 29, 2021

A-78