# EXHIBIT N

| | |
|---|---|
| **From:** | Thomas Sperber |
| **To:** | Restey, Michael W (NYC); Reed, Noelle M (HOU); Davis, Abby (HOU); Milstead, Virginia (LAC); Hampton, Wallis M (HOU); Hanson, Brent M (HOU); Docket, Houston (HOU); Davis, Michelle L (HOU) |
| **Subject:** | [Ext] Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194 - Notice of Subpoena |
| **Date:** | 3/20/2024 7:05:00 PM |
| **CC:** | John Rizio-Hamilton; Rebecca Boon; John Esmay; Stephen Boscolo; Daniel Berger; Caitlin Moyna; Lauren Salamon; Alex Forgione |
| **BCC:** | |

**Message:**

Counsel,

Please see the attached notice of subpoena.

Best,
Tom

Tom Sperber
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1939

**Attachments:**

2024-03-20 Notice of Subpoena.pdf
Subpoena - Burch.pdf
Subpoena - Gulden.pdf

1

A-79