# EXHIBIT O

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Action No.: 3:21-cv-00194-N ) |
| v. | ) <u>CLASS ACTION</u> ) |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND, | ) ) ) ) |
| Defendants. | ) ) |

**<u>PLAINTIFFS' NOTICE OF ISSUANCE OF SUBPOENA</u>**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Lead Plaintiffs Amalgamated Bank and State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island (collectively "Plaintiffs"), by and through their undersigned counsel, will cause the attached subpoenas to be served on the following non-parties for testimony and the production of documents that are in their possession, custody, or control, as described in the Subpoenas and Schedules (served herewith) on or before the date, at the time, and at the location specified in the subpoenas.

| Witness | Date & Time | Location |
|---|---|---|
| Damian Burch | April 10, 2024 at 10:00 a.m. | JW Marriott Houston Downtown 806 Main Street, Houston, TX 77002 |
| Lindsey Gulden | April 11, 2024 at 10:00 a.m. | Boston Marriott Long Wharf 296 State St, Boston, MA 02109 |

These depositions will be conducted on the date, at the time, and location specified in the

1

subpoenas, or at some other time, date, and location agreed upon by the parties and the witness. The depositions may be conducted remotely using videoconference technology. The depositions will be taken before a notary public or some other person authorized by law to administer oaths pursuant to Fed. R. Civ. P. 28(a) and will be recorded by stenographic means and videotape.

A true and correct copy of the subpoenas are attached to this notice.

Dated: March 20, 2024

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ *Rebecca E. Boon*
John Rizio-Hamilton (pro hac vice)
johnr@blbglaw.com
Rebecca E. Boon (pro hac vice)
rebecca.boon@blbglaw.com
John J. Esmay (pro hac vice)
john.esmay@blbglaw.com
Thomas Sperber (pro hac vice)
thomas.sperber@blbglaw.com
Stephen Boscolo (pro hac vice)
stephen.boscolo@blbglaw.com
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 554-1400
Fax: (212) 554-1444

*Co-Lead Counsel for the Class and Counsel for Co-Lead Plaintiff State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island*

**GRANT & EISENHOFER PA**

/s/ *Daniel L. Berger*
Daniel L. Berger (pro hac vice)
dberger@gelaw.com
Caitlin M. Moyna (pro hac vice)
cmoyna@gelaw.com
Lauren J. Salamon (pro hac vice)
lsalamon@gelaw.com

2

485 Lexington Avenue
New York, New York 10017
Phone: (646) 722-8500
Fax: (646) 722-8501

*Co-Lead Counsel for the Class and Counsel
for Co-Lead Plaintiff Amalgamated Bank*

**McKOOL SMITH PC**

Lewis T. LeClair
Texas Bar No. 12072500
lleclair@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Phone: (214) 978-4000
Fax: (214) 978-4044

*Liaison Counsel for the Class*

3

A-82

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of March, 2024, I served the foregoing Plaintiffs' Notice of Subpoena, via electronic mail to all counsel of record in the above-captioned action.

<u>*/s/ Thomas Sperber*</u>
Thomas Sperber

A-83