## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| *Plaintiff*, | ) ) ) | Civil Action No. 3:21-cv-00194-N |
| v. | ) ) | |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND, | ) ) ) ) | |
| *Defendants*. | ) ) | |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Northern District of Texas Local Rule 56.7, Defendants Exxon Mobil Corporation, Darren W. Woods, Liam M. Mallon, and Melissa Bond (collectively, "Defendants") respectfully request leave to file the attached notice of supplemental authority (the "Notice," Exhibit A) in support of their Motion for Judgment on the Pleadings [Dkt. No. 123]. Defendants' proposed Notice informs the Court of a recent decision of the United States District Court of the Southern District of Ohio, *In re: Washington Prime Group, Inc. Securities Litigation*, No. 2:21-cv-2757, 2024 WL 1307103 (S.D. Ohio Mar. 27, 2024) (Exhibit B), which is relevant to their motion. Defendants respectfully request that the Court grant leave to file the attached Notice.

DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

Dated: April 11, 2024                        Respectfully submitted,

                                             */s/ Noelle M. Reed*
                                             Noelle M. Reed
                                                State Bar No. 24044211
                                             Abigail E. Davis
                                                State Bar No. 24139564
                                             Wallis M. Hampton
                                                State Bar No. 00784199
                                             Brent M. Hanson
                                                State Bar No. 24106051
                                             SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP
                                             1000 Louisiana Street, Suite 6800
                                             Houston, Texas 77002
                                             Tel.: (713) 655-5122
                                             Fax: (713) 483-9122
                                             noelle.reed@skadden.com
                                             abigail.sheehan@skadden.com
                                             wallis.hampton@skadden.com
                                             brent.hanson@skadden.com

                                             Michelle L. Davis
                                                State Bar No. 24038854
                                             SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP
                                             308 Bahama Court
                                             Granbury, Texas 76048
                                             Tel.: (713) 655-5197
                                             Fax: (713) 483-9197
                                             michelle.davis@skadden.com

                                             Michael W. Restey Jr. (admitted *pro hac vice*)
                                             SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP
                                             One Manhattan West
                                             New York, New York 10001-8602
                                             Tel.: (212) 735-3000
                                             Fax: (212) 735-2000
                                             michael.restey@skadden.com

                                             *Attorneys for Defendants Exxon Mobil
                                             Corporation, Darren W. Woods, Liam M.
                                             Mallon, and Melissa Bond*

---

DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL         PAGE 2
AUTHORITY

## CERTIFICATE OF CONFERENCE

Counsel for Defendants has conferred with counsel for the Plaintiffs by email concerning the Motion. Plaintiffs are not opposed to the Motion.

*/s/ Noelle M. Reed*
Noelle M. Reed

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel who have registered with this Court.

*/s/ Noelle M. Reed*
Noelle M. Reed