IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MENDI YOSHIKAWA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.  3:21-CV-00194-N |
| | § | |
| EXXON MOBIL CORPORATION, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

It is hereby ordered that an expedited telephone conference is scheduled in this case on Monday, April 22, 2024, at 3:00 p.m. on Defendants' Motion for Protective Order [140]. Plaintiffs' response should be filed on or before April 19, 2024, at 12:00 noon.

It is further ordered that no reply brief will be permitted.  If the Court determines that an evidentiary hearing is needed, it will be scheduled by further order.

Signed April 12, 2024.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE