## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated,

      Plaintiff,

      v.

EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.: 3:21-cv-00194-N

### RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE
### NOTICE OF SUPPLEMENTAL AUTHORITY

Lead Plaintiffs Amalgamated Bank and State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island (together, "Lead Plaintiffs") hereby respond to Defendants' Motion for Leave to File Notice of Supplemental Authority in Support of Motion for Judgment on the Pleadings ("Motion") (ECF No. 144) and attached Notice (ECF No. 144-1).

As Defendants represented in the Motion, Plaintiffs informed Defendants that they would not oppose a motion to submit *In re Washington Prime Group, Inc. Securities Litigation* as supplemental authority. However, Defendants did not provide Plaintiffs with a draft of the Notice as-filed, and Plaintiffs do not adopt or agree with the assertions contained therein. Specifically, Defendants state in the Motion that Plaintiffs "failed to allege that the false information was conveyed to investors or other outsiders." Mot. at 2. That is untrue. Lead Plaintiffs do allege, as

the Court previously concluded, that false information was transmitted to investors via materially false or misleading public statements that did "maintain or increase the desirability of the company's securities in the eyes of investors." *In re Washington Prime Grp., Inc. Sec. Litig*., 2024 WL 1307103, at *27 (S.D. Ohio Mar. 27, 2024); *see also* Second Amended Class Action Complaint for Violations of the Federal Securities Laws, ¶¶122-30 (ECF No. 92); Memorandum Opinion and Order, at 20-21 (ECF No. 112); Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Judgment on the Pleadings, at 13-16 (ECF No. 125).

Dated: April 15, 2024

Respectfully submitted,

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (*pro hac vice*)
johnr@blbglaw.com
Rebecca E. Boon (*pro hac vice*)
rebecca.boon@blbglaw.com
John J. Esmay (*pro hac vice*)
john.esmay@blbglaw.com
Thomas Z. Sperber (*pro hac vice*)
thomas.sperber@blbglaw.com
Stephen Boscolo (*pro hac vice*)
stephen.boscolo@blbglaw.com
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 554-1400
Fax: (212) 554-1444

*Co-Lead Counsel for the Class and Counsel for Co-Lead Plaintiff State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island*

*/s/ Daniel L. Berger*
Daniel L. Berger (*pro hac vice*)
dberger@gelaw.com
Barbara J. Hart (*pro hac vice*)

2

bhart@gelaw.com
Caitlin M. Moyna (*pro hac vice*)
cmoyna@gelaw.com
Lauren Salamon (*pro hac vice*)
lsalamon@gelaw.com
**GRANT & EISENHOFER PA**
485 Lexington Avenue
New York, New York 10017
Phone: (646) 722-8500
Fax: (646) 722-8501

*Co-Lead Counsel for the Class and Counsel
for Co-Lead Plaintiff Amalgamated Bank*