IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION


MENDI YOSHIKAWA, et al.,            ) 3:21-CV-00194-N
          PLAINTIFF,                )
                                    )
vs.                                 ) DALLAS, TEXAS
                                    )
EXXON MOBIL CORPORATION, et al.,    )
          DEFENDANT.                ) April 22, 2024


**TRANSCRIPT OF MOTION HEARING**

**BEFORE THE HONORABLE DAVID C. GODBEY**

**UNITED STATES DISTRICT JUDGE**

**(TAKEN TELEPHONICALLY)**


A P P E A R A N C E S:


FOR THE PLAINTIFF:        **MS. CAITLIN MARIE MOYNA**
                          GRANT & EISENHOFER, PA
                          485 Lexington Avenue, 29th Floor
                          New York, New York 10017
                          cmoyna@gelaw.com
                          (646) 722-8513


Jeff Foster, RMR, CRR    (214) 753-2349

FOR THE DEFENDANT:          **MS. NOELLE M. REED**
                           SKADDEN, ARPS, SLATE, MEAGHER & FLOM
                           1000 Louisiana Street, Suite 6800
                           Houston, Texas 77002-5026
                           noelle.reed@skadden.com
                           (713) 655-5122

**COURT REPORTER:**             **MR. JEFF L. FOSTER, RMR, CRR**
                           United States Court Reporter
                           1100 Commerce St., Room 1504
                           Dallas, Texas 75242
                           jeff_foster@txnd.uscourts.gov
                           (214) 753-2349

          Proceedings reported by mechanical stenography and transcript produced by computer.

MOTION HEARING -- APRIL 22, 2024

P R O C E E D I N G S

THE COURT:  Hello.

MS. MOYNA:  Good afternoon, Your Honor.

MS. REED:  Good afternoon.

THE COURT:  I just spent a week of quality time with some ExxonMobil lawyers.

MS. REED:  Well, I'm sure it was quality time, then, Your Honor.

THE COURT:  It was a long week, let me tell you.  So I have looked at this and what I want Exxon to do is add Woods and Mallon to the March 28th proposal.  So how long is it going to take to produce documents?

MS. REED:  Your Honor, we anticipate we would have to add two to three weeks, I believe, at our current pace looking at -- in order to complete that.

Your Honor -- Your Honor, may I at least make a record on some of what this includes?  Because it really is --

THE COURT:  You may.  The problem is we're not on the record.

MS. REED:  Well, even with you, Your Honor, I mean, 18,000 documents of the 50,000 picked, are just from searches for price rise or fall and you're talking about the CEO and chairman of the company, who discusses that every single day, not just in connection with Exxon stock, but oil prices.

I would suggest that at a minimum we revisit the search terms, because it's just -- and let me just tell you, Your Honor, right now we have a 14 percent responsiveness rate on the documents we've reviewed to date using the search terms proposed by Plaintiffs.  It's a very low responsiveness rate and it really is quite an expensive exercise for my clients.

THE COURT:  All good points.  Nonetheless, that's what I would like y'all to do.  Are you producing on a rolling basis?

MS. REED:  Yes, Your Honor, we certain will.  We have reviewed approximately $50,000 documents at this point.  It's requiring 30 to 35 reviewers and, as I said, we have about a 14 percent responsiveness rate.

MS. MOYNA:  Your Honor, this is Caitlin Moyna from the Plaintiffs.  I'll just -- I just want to note in response to your question about whether we're getting documents on a rolling basis, we haven't actually begun to receive any documents yet.  I do hope that Exxon will produce -- be producing soon on a rolling basis.

MS. REED:  Your Honor, I think your question was whether we would produce on a rolling basis and we certainly will.  We have to get a critical mass before we do so and this is a very, very broad search collection and review.

THE COURT:  Okay.  As soon as reasonably practical, let's produce a tranche like the end of next week.  And I'm just --

MS. REED:  Yes, I think we can do that, Your Honor.  It will take several days to package it up, but we will package up what we have.

THE COURT:  Okay.  Good.  Anything else for today?

MS. MOYNA:  Your Honor, would you like us to submit a revised schedule?  We had submitted a schedule, but I -- Ms. Reed is now saying it will take an additional couple of weeks, so we can bust the dates out?

THE COURT:  I'm happy for y'all to extend the dates a couple of weeks.  Consider that officially blessed.

MS. MOYNA:  Thank you, Your Honor.

THE COURT:  Anything else for today?

MS. REED:  No, Your Honor.  Thank you.

MS. MOYNA:  No.  Thank you, Your Honor.

THE COURT:  Okay.  Thanks.  Bye-bye.

Jeff Foster, RMR, CRR    (214) 753-2349

INDEX

Court's ruling........................................ 3

I, Jeff L. Foster, United States Court Reporter for the United States District Court in and for the Northern District of Texas, Dallas Division, hereby certify that the above and foregoing contains a true and correct transcription of the proceedings in the above entitled and numbered cause.

WITNESS MY HAND on this 6th day of June, 2024

/s/ Jeff L. Foster_____
JEFF L. FOSTER, RMR, CRR
United States Court Reporter
1100 Commerce St., Room 1504
Dallas, Texas 75242
(214) 753-2349