# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| *Plaintiff,* | ) ) ) | Civil Action No. 3:21-cv-00194-N |
| v. | ) ) | |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND, | ) ) ) ) | |
| *Defendants.* | ) ) ) | |

## ORDER

Defendants Exxon Mobil Corporation, Darren W. Woods, Liam M. Mallon, and Melissa Bond's ("Defendants") Unopposed Motion to Withdraw Counsel and Terminate Electronic Notices is GRANTED and Brent Hanson is withdrawn as counsel for Defendants. The Clerk of Court is directed to terminate electronic delivery of notices to Brent Hanson in this case.

Signed July 19, 2024.

David C. Godbey
Chief United States District Judge

4