**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>   v.<br><br>EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND,<br><br>            Defendants. | Civil Action No.: 3:21-cv-00194-N |

## <u>JOINT STIPULATION REGARDING LEAD PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND RELATED BRIEFING SCHEDULE</u>

WHEREAS the Court entered its Memorandum Opinion and Order granting in part and denying in part Defendants Motion to Dismiss on August 24, 2023 (ECF No. 112).

WHEREAS the Court entered the Class Certification Scheduling Order on December 11, 2023 (ECF No. 122).

WHEREAS the Court approved the parties' Joint Stipulation to Extend the Class Certification Schedule on June 11, 2024 (ECF No. 154), in which the parties agreed that: (1) the deadline for substantial completion for document production will be July 8, 2024; (2) Lead Plaintiffs will designate rebuttal experts, if any, by July 22, 2024; (3) the Completion of Class Certification discovery, excluding the deposition of Defendants' expert, will be on August 22, 2024; (4) Defendants will serve their Opposition to Lead Plaintiffs' Motion for Class Certification, including all supporting evidence and supporting brief on Plaintiffs August 22; 2024; (5) the deadline to take the deposition of Defendants' expert will be September 27, 2024; (6) Lead

1

Plaintiffs' Reply, including rebuttal evidence, if any, and supporting brief, will be served on Defendants on October 4, 2024; and (7) the Parties will file the Motion for Class Certification, Defendants' Opposition, and Lead Plaintiffs' Reply with the Court by October 21, 2024.

WHEREAS Lead Plaintiffs served their Motion for Class Certification on Defendants on January 4, 2024.

WHEREAS the Court entered its Memorandum Opinion and Order denying Defendants' Motion for Judgment on the Pleadings on August 12, 2024 (ECF No. 157).

WHEREAS Lead Plaintiffs plan to move for leave to amend the Second Amended Class Action Complaint filed on October 31, 2022 (ECF No. 92).

WHEREAS the parties have met and conferred in good faith and agreed on a briefing schedule for Lead Plaintiffs' forthcoming Motion for Leave to Amend. The parties, by their undersigned Counsel, hereby agree to the following:

1. The deadline for Lead Plaintiffs to file their Motion for Leave to Amend will be September 13, 2024;

2. Defendants shall oppose or otherwise respond to Lead Plaintiffs' Motion for Leave to Amend by October 11, 2024;

3. Lead Plaintiffs' reply shall be filed by October 25, 2024.

4. Class Certification discovery and briefing will be stayed pending resolution of Lead Plaintiffs' Motion for Leave to Amend. Following the Court's decision on Lead Plaintiffs' Motion, the parties will meet and confer as soon as practicable regarding a schedule for any motions, supplemental briefing or Class Certification-related discovery, if any, which the parties will submit to this Court for approval.

Dated: August 20, 2024

Respectfully submitted,

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (*pro hac vice*)
johnr@blbglaw.com
Rebecca E. Boon (*pro hac vice*)
rebecca.boon@blbglaw.com
John J. Esmay (*pro hac vice*)
john.esmay@blbglaw.com
Thomas Z. Sperber (*pro hac vice*)
thomas.sperber@blbglaw.com
Stephen Boscolo (*pro hac vice*)
stephen.boscolo@blbglaw.com
**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 554-1400
Fax: (212) 554-1444

*Co-Lead Counsel for the Class and Counsel
for Co-Lead Plaintiff State of Rhode Island,
Office of the General Treasurer, on behalf of
the Employees' Retirement System of Rhode
Island*

*/s/ Daniel L. Berger*
Daniel L. Berger (*pro hac vice*)
dberger@gelaw.com
Barbara J. Hart (*pro hac vice*)
bhart@gelaw.com
Caitlin M. Moyna (*pro hac vice*)
cmoyna@gelaw.com
Lauren J. Salamon (*pro hac vice*)
lsalamon@gelaw.com
**GRANT & EISENHOFER PA**
485 Lexington Avenue
New York, New York 10017
Phone: (646) 722-8500
Fax: (646) 722-8501

*Co-Lead Counsel for the Class and Counsel
for Co-Lead Plaintiff Amalgamated Bank*

3

/s/ Noelle M. Reed
Noelle M. Reed
   State Bar No. 24044211
Abigail E. Davis
   State Bar No. 24139564
Wallis M. Hampton
   State Bar No. 00784199

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, Texas 77002
Tel.: (713) 655-5122
Fax: (713) 483-9122
noelle.reed@skadden.com
abigail.sheehan@skadden.com
wallis.hampton@skadden.com

Michelle L. Davis
   State Bar No. 24038854
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
308 Bahama Court
Granbury, Texas 76048
Tel.: (713) 655-5197
Fax: (713) 483-9197
michelle.davis@skadden.com

Michael W. Restey Jr. (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001-8602
Tel.: (212) 735-3000
Fax: (212) 735-2000
michael.restey@skadden.com

*Attorneys for Defendants Exxon Mobil
Corporation, Darren W. Woods, Liam M.
Mallon, and Melissa Bond*

Signed August 23, 2024.

David C. Godbey
United States District Judge

4