## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No.: 3:21-cv-00194-N<br>)<br>)  <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

This matter having come before the Court on **LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED CLASS ACTION COMPLAINT AND MOTION FOR RECONSIDERATION**, and having found good cause and that Plaintiffs' have otherwise satisfied the requirements of Rules 16(b) and 54(b) of the Federal Rules of Civil Procedure, Lead Plaintiffs' Motion is hereby granted. Pursuant to Local Rule 15.1(b), the Clerk of the Court is directed to file Plaintiffs' Proposed Amendment, ECF No. __, as the operative complaint in this matter, which is deemed filed as of the date of this Order. Further, the Court reconsiders its Memorandum Opinion and Order dated August 24, 2023 (ECF No. 112) and dismissal with prejudice of Lead Plaintiffs' claims against Defendants Darren Woods and Liam Mallon under Section 10(b) of the Exchange Act and Rule 10b-5(b), and Lead Plaintiffs' claim under Rule 10b-5(a) and (c) against Defendant Mallon. Those claims are hereby reinstated.

IT IS SO ORDERED this _____ day of _____, 2024, in Dallas, Texas.

Hon. David C. Godbey
United States District Court Judge