**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND,<br><br>*Defendants*. | Civil Action No. 3:21-cv-00194-N |

**[PROPOSED] ORDER GRANTING DEFENDANTS'**
**MOTION TO ENFORCE PROTECTIVE ORDER**

On this day, the Court considered Defendants Exxon Mobil Corporation, Darren W. Woods, Liam M. Mallon, and Melissa Bond's Motion to Enforce Protective Order (the "Motion"). After considering the Motion, the Response, and all pleadings on file with the Court, the Court has determined that the Motion is meritorious. Accordingly the Motion is GRANTED.

It is therefore ORDERED that:

1. Plaintiffs violated the Court's Protective Order entered on March 4, 2024 (ECF 138);

2. Plaintiffs shall provide Defendants a full accounting of all Exxon Mobil Corporation Confidential Information that was disclosed to Damian Burch, pursuant to Plaintiffs' obligations under Paragraph 12 of the Protective Order;

3.      Plaintiffs shall provide Defendants with any notes or memoranda from their *ex parte* interview of Damian Burch;

4.      Defendants are awarded reasonable attorneys' fees and costs incurred as a result of Plaintiffs' violation of the Protective Order plus any additional fees Defendants are forced to incur in preparing a reply brief and appearing at a hearing to prosecute this motion.

**SO ORDERED.**

Dated:  _____.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE