IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MENDI YOSHIKAWA, *et al.*,          §
                                    §
        Plaintiffs,                 §
                                    §
v.                                  §          Civil Action No. 3:21-CV-194-N
                                    §
EXXON MOBILE CORP., *et al.*,       §
                                    §
        Defendants.                 §

## **ORDER**

This Order addresses Defendants Exxon Mobile Corporation ("Exxon"), Darren W. Woods, Liam M. Mallon, and Melissa Bond's motion to enforce the protective order [172]. Because the plain language of the protective order does not restrict the sharing of confidential information with former employees to formal testimony, the Court finds that Plaintiffs did not violate the protective order in their disclosure to Dr. Burch. Therefore, the Court denies the motion. If Defendants wish for Paragraph 11 of the protective order to be limited to formal testimony, they may seek amendment of the protective order.

Signed March 19, 2025.

David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE