**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) | Civil Action No.: 3:21-cv-00194-N |
| v. | ) ) ) | |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND, | ) ) ) ) | |
| Defendants. | ) ) ) ) ) ) ) | |

**PLAINTIFFS' EMERGENCY MOTION FOR EXPEDITED BRIEFING AND BRIEF IN SUPPORT**

Plaintiffs respectfully submit this Emergency Motion for Expedited Briefing and Brief in Support with regards to Plaintiffs' Motion to Extend Page Limits of their Brief in Further Support of Plaintiffs' Motion for Class Certification (the "Motion to Extend"), filed concurrently herewith. Plaintiffs' Brief in Further Support of Plaintiffs' Motion for Class Certification (the "Reply Brief") is currently due on August 6, 2025. Pursuant to Local Rule 7.1(e), Defendants' opposition to the Motion to Extend would therefore be due on August 4, 2025. Even if Plaintiffs then filed their reply on the following day, August 5, 2025, that would only afford the Court one day to rule on the motion. Plaintiffs respectfully request that the Court expedite briefing so that Defendants' opposition to the Motion to Extend is due on July 17, 2025, and Plaintiffs' reply is due on July 21, 2025.

1.    On February 9, 2022, November 9, 2022, and December 9, 2022, Defendants filed

1

motions to extend the page limits for briefing. *See* ECF Nos. 76, 97, 104. Out of professional courtesy, Plaintiffs did not oppose any of these motions. *Id.*

2.    On July 7, 2025, Plaintiffs informed Defendants of their intention to move for additional pages for the Reply Brief. On July 8, 2025, Defendants informed Plaintiffs that they would oppose the motion.

3.    On July 10, 2025, Plaintiffs requested that Defendants agree to expedite briefing on the Motion to Extend so that Defendants' opposition to the Motion to Extend would be due on July 17, 2025, and Plaintiffs' reply would be due on July 21, 2025. Defendants responded that the earliest they would agree to file their opposition would be fourteen days after Plaintiffs filed their Motion to Extend.

4.    Plaintiffs filed their Motion to Extend on July 11, 2025. Under Defendants' proposed timeline for briefing on the Motion to Extend, Defendants would not file their opposition to the Motion to Extend until July 25, 2025.

5.    Under Defendants' proposed schedule, even if Plaintiffs filed their reply in further support of their Motion to Extend three business days later, on July 30, 2025, that would only provide one week for the Court to rule on the Motion to Extend and for Plaintiffs to adjust their Reply in Further Support of Plaintiffs' Motion for Class Certification in accordance with the Court's ruling.

6.    As explained in the Motion to Extend, the class certification discovery record in this case includes approximately 27,000 documents totaling nearly 215,000 pages. The vast majority of these documents were unavailable to Plaintiffs prior to their initial deadline to serve Defendants with their Motion for Class Certification on January 4, 2024. Additionally, after Plaintiffs served Defendants with their Renewed Motion for Class Certification on February 7,

2025, but prior to Defendants serving their Opposition to the Motion for Class Certification, the parties conducted depositions of five fact witnesses and two of Plaintiffs' representatives. Further, Plaintiffs are scheduled to depose Defendants' expert on July 18, 2025. Accordingly, Plaintiffs' forthcoming Reply is the first opportunity for them to address the complete class certification discovery record and to respond to the excerpts Defendants selected from the record. *See, e.g.*, *Ramirez v. Exxon Mobil Corp.*, No. 3:16-cv-031110, ECF No. 96 (N.D. Tex., Apr. 15, 2023) (granting motion for 30-page reply brief); *Erica P. John Fund, Inc. v. Halliburton Co.*, No. 3:02-CV-01152, ECF Nos. 571-72 (N.D. Tex. Sept. 8, 2014) (ordering supplemental briefing and granting the parties 28 pages each to address the issue of price impact). Given the complexity of the issues and the voluminous case record, Plaintiffs do not believe that the deadlines proposed by Defendants are reasonable.

7.      Plaintiffs therefore respectfully request that the Court adopt their proposed schedule for briefing the Motion to Extend and order Defendants to file their opposition by July 17, 2025 and Plaintiffs to file their reply by July 21, 2025. Plaintiffs request this expedited briefing schedule not for purposes of imposing hardship on Defendants, but rather to allow them sufficient time to craft their Reply in Further Support of Plaintiffs' Motion for Class Certification following the Court's ruling.

Dated: July 11, 2025                                Respectfully submitted,

/s/ *John Rizio-Hamilton*                           /s/ *Caitlin M. Moyna*

John Rizio-Hamilton (*pro hac vice*)        Barbara J. Hart (*pro hac vice*)
johnr@blbglaw.com                               bhart@gelaw.com
Rebecca E. Boon (*pro hac vice*)              Caitlin M. Moyna (*pro hac vice*)
rebecca.boon@blbglaw.com                      cmoyna@gelaw.com
John J. Esmay (*pro hac vice*)                Lauren J. Salamon (*pro hac vice*)
john.esmay@blbglaw.com                        lsalamon@gelaw.com
Thomas Sperber (*pro hac vice*)              **GRANT & EISENHOFER PA**
thomas.sperber@blbglaw.com                   485 Lexington Avenue

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 554-1400
Fax: (212) 554-1444

*Co-Lead Counsel for the Class and
Counsel for Co-Lead Plaintiff State of
Rhode Island, Office of the General
Treasurer, on behalf of the Employees'
Retirement System of Rhode Island*

New York, New York 10017
Phone: (646) 722-8500
Fax: (646) 722-8501

*Co-Lead Counsel for the Class and
Counsel for Co-Lead Plaintiff
Amalgamated Bank*

Lewis T. LeClair
Texas Bar No. 12072500
lleclair@mckoolsmith.com
**McKOOL SMITH PC**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Phone: (214) 978-4000
Fax: (214) 978-4044

*Liaison Counsel for the Class*

4

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing documents was served on all counsel of record via the Court's CM/ECF system per Local Rule 5.1(e) on July 11, 2025.

/s/ *John Rizio-Hamilton*
John Rizio-Hamilton

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b), counsel certifies that it has complied with the meet and confer requirement in Local Rule 7.1(a) and made a good-faith effort to resolve the matter presented herein.  Counsel for the parties met and conferred on July 10, 2025 regarding this relief, and counsel for Defendants indicated that they oppose the relief sought in this motion.

/s/ *John Rizio-Hamilton*
John Rizio-Hamilton