**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No.: 3:21-cv-00194-N<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR EXPEDITED BRIEFING**

On this day, the Court considered Plaintiffs' Emergency Motion for Expedited Briefing (the "Motion"). After considering the Motion, the Court has determined that the Motion should be GRANTED. It is therefore ORDERED that Defendants' Opposition to Plaintiffs' Motion to Extend Page Limits of their Brief in Further Support of Plaintiffs' Motion for Class Certification be filed on or before July 17, 2025, and Plaintiffs reply be filed on or before July 21, 2025.

SIGNED this _____ day of July, 2025.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

1