IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MENDI YOSHIKAWA, *et al.*,    §
                             §
    Plaintiffs,          §
                             §
v.                           §    Civil Action No. 3:21-CV-194-N
                             §
EXXON MOBIL CORPORATION, *et al.*,  §
                             §
    Defendants.          §

## ORDER

    This Order addresses the Plaintiffs' motion for expedited briefing [187].  The Court grants the motion and sets an expedited briefing schedule on the Plaintiffs' motion to extend page limits [186].  The Court orders the parties to file any opposition to the motion to extend page limits by July 17, 2025.  Any response will be due by July 21, 2025.

    Signed July 14, 2025.

David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE