**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:21-cv-00194-N |

**ORDER GRANTING DEFENDANTS'**
**MOTION TO EXCLUDE THE DECLARATION OF D. RANDALL WRIGHT, P.E.**

On this day, the Court considered Defendants' Motion to Exclude the Declaration of D. Randall Wright, P.E. and Brief in Support (the "Motion"). After considering the Motion, the Response, and all pleadings on file with the Court, the Court has determined that the Motion should be GRANTED.

It is therefore ORDERED that the Declaration of D. Randall Wright, P.E. and all of its attached exhibits are excluded from the class certification record.

SIGNED this _____ day of September, 2025.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE