**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:21-cv-00194-N |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND, | ) ) ) ) ) | |
| *Defendants*. | ) ) ) ) ) ) | |

**ORDER GRANTING DEFENDANTS'**
**EMERGENCY MOTION FOR EXPEDITED BRIEFING**

On this day, the Court considered Defendants' Emergency Motion for Expedited Briefing and Brief in Support (the "Motion"). After considering the Motion, the Response, and all pleadings on file with the Court, the Court has determined that the Motion should be GRANTED.

It is therefore ORDERED that:

1.     Plaintiffs shall file their Opposition to Defendants' Motion to Exclude the Declaration of D. Randall Wright, P.E. (the "Motion to Exclude") no later than September 5, 2025; and

2.     Defendants shall file their Reply in support of the Motion to Exclude no later than September 12, 2025.

2

SIGNED this _____ day of August, 2025.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE