**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> EXXON MOBIL CORPORATION, DARREN W. WOODS, NEIL A. CHAPMAN, JACK WILLIAMS, NEIL A. HANSEN, DAVID ROSENTHAL, LIAM M. MALLON, JEFFREY J. WOODBURY, and SARA N. ORTWEIN, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00194-N |

**APPENDIX IN SUPPORT OF**
**DEFENDANTS' EMERGENCY MOTION FOR EXPEDITED BRIEFING**

In support of Defendants' Emergency Motion for Expedited Briefing, attached is a true and

correct copy of the following document:

| Exhibit No. | Description | Page(s) |
|---|---|---|
| 1 | Email thread between counsel for Defendants and counsel for Plaintiffs, dated July 24-30, 2025 | A-1 – A-9 |

1

Dated: August 22, 2025

Respectfully submitted,

/s/ Noelle M. Reed
Noelle M. Reed
    State Bar No. 24044211
Abigail E. Davis
    State Bar No. 24139564
Wallis M. Hampton
    State Bar No. 00784199
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, Texas 77002
Tel.: (713) 655-5122
Fax: (713) 483-9122
noelle.reed@skadden.com
abigail.sheehan@skadden.com
wallis.hampton@skadden.com

Michelle L. Davis
    State Bar No. 24038854
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
308 Bahama Court
Granbury, Texas 76048
Tel.: (713) 655-5197
Fax: (713) 483-9197
michelle.davis@skadden.com

Michael W. Restey Jr. (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Tel.: (212) 735-3000
Fax: (212) 735-2000
michael.restey@skadden.com

*Attorneys for Defendants*
*Exxon Mobil Corporation, Darren W. Woods,*
*Liam M. Mallon, and Melissa Bond*

2

# EXHIBIT 1

| | |
|---|---|
| **From:** | Rebecca Boon <Rebecca.Boon@blbglaw.com> |
| **Sent:** | Wednesday, July 30, 2025 2:27 PM |
| **To:** | Reed, Noelle M (HOU) |
| **Cc:** | Thomas Sperber; Hampton, Wallis M (HOU); Restey, Michael W (NYC); Davis, Abby (HOU); John Rizio-Hamilton; John Esmay; Caitlin Moyna; Lauren Salamon |
| **Subject:** | [Ext] RE: Exxon - Wright Deposition |

Noelle,

The record is clear that we have disclosed this expert to you repeatedly since July 24, 2024.  On July 24, consistent with the Court-ordered schedule, we said that "Plaintiffs designate Dr. Matthew D. Cain as a rebuttal expert. In addition, Plaintiffs may employ Paul Parsons of University of Texas and/or Randall Wright of Wright & Company as rebuttal experts if necessary to rebut evidence Defendants submit supporting their opposition to Plaintiffs' motion for class certification."

We have not misled the Court at any time. The schedule expressly allows for Lead Plaintiffs to submit "rebuttal evidence" with our reply brief, and for Defendants to depose "any rebuttal expert submitted with Lead Plaintiffs' Reply" during the period of August 6 through August 20, 2025.  We have already scheduled rebuttal expert Dr. Cain's deposition for August 15. We proactively reached out to you as a courtesy to try to secure a deposition date for Mr. Wright because scheduling during the summer months can be difficult.

As provided in the schedule, we will serve Mr. Wright's report on August 6. At that point, you will see the report and if you want to seek to strike/exclude it, we would be happy to discuss a briefing schedule and any necessary modification of the existing deposition schedule.

We do not believe that any motion on this issue at this point in time is necessary or appropriate.

Regards,
Rebecca


Rebecca Boon
**Bernstein Litowitz Berger & Grossmann LLP**
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 554-1594
Fax: (212) 554-1444

---

**From:** Reed, Noelle M <Noelle.Reed@skadden.com>
**Sent:** Wednesday, July 30, 2025 2:31 PM
**To:** Rebecca Boon <Rebecca.Boon@blbglaw.com>
**Cc:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Hampton, Wallis M <Wallis.Hampton@skadden.com>; Restey, Michael W <Michael.Restey@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** RE: Exxon - Wright Deposition

A-1

**[This message is from an external sender]**

Rebecca,

Your email, in which you continue to describe the "topic" of your new expert opinion only as some unspecified "new" arguments and evidence in our Opposition (putting aside the disingenuousness of calling responsive arguments in an Opposition brief "new"), confirms for the fourth time in this email chain that your plan is to present in your reply expert opinions (1) on issues **on which you bore the burden** in your opening Motion (but failed to carry that burden, and in many instances, failed to even try), and/or (2) on fact issues that have not been the subject of expert testimony and are not subject to rebuttal.  You first disclosed this plan to us on July 24, a full month after you reviewed our Opposition brief, in an email demanding that we depose this new expert on topics raised in your opening Motion on August 13, which will be just seven days after we receive your reply brief.  You also misleadingly failed to disclose this plan in your recently filed motion to extend the page limits in your reply.

We will ask the Court to compel you to disclose the actual topics in which you now plan to add expert testimony ("the new arguments and evidence in your brief" is not an expert topic, and you have refused to answer this simple question multiple times in this chain now and refused to confirm that you are not impermissibly attempting to present new evidence on topics on which you bore the burden), preclude you from supplementing your Motion now with new expert testimony on any issue on which you bore the burden, and extend the schedule for class cert briefing so this issue can be resolved before discovery closes and before we have to incur the unnecessary expense of taking the deposition of an impermissible expert.  As I have now said multiple times, the basis for expedition is the same as the basis you asserted for your recent motion to expedite.

I will attach this email chain to our motion and let the Court draw its own conclusions about your positions.

Regards,
NMR

**From:** Rebecca Boon <Rebecca.Boon@blbglaw.com>
**Sent:** Wednesday, July 30, 2025 9:49 AM
**To:** Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>
**Cc:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** [Ext] RE: Exxon - Wright Deposition

Noelle,

We have repeatedly told you that our expert is rebutting the new (and incorrect) arguments and evidence you put in your opposition papers for the first time.  That of course includes a declaration that you submitted from an Exxon employee after the close of discovery, as well as Professor Ferrell's report, as part of your 1000-page submission.

You have still refused to tell us what motion you are purporting to file, or on what basis, or why you believe expedited briefing is necessary, or why any motion on a report you have not seen would not be premature. We reiterate our request that you provide this basic information so that we can consider it.  Your refusal to do so violates the ND Texas

2

A-2

rules requiring a conference. You certainly may not unilaterally declare or represent to the Court our position on any motions that you have not even identified.

Regards,
Rebecca


Rebecca Boon
**Bernstein Litowitz Berger & Grossmann LLP**
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 554-1594
Fax: (212) 554-1444

---

**From:** Reed, Noelle M <Noelle.Reed@skadden.com>
**Sent:** Tuesday, July 29, 2025 9:52 PM
**To:** Rebecca Boon <Rebecca.Boon@blbglaw.com>
**Cc:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Hampton, Wallis M <Wallis.Hampton@skadden.com>; Restey, Michael W <Michael.Restey@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** Re: Exxon - Wright Deposition

**[This message is from an external sender]**

---

Rebecca -

As you well know, we did not present any new argument in our opposition other than Dr Ferrell's price impact report.  The remainder of our brief addresses only the points on which you bore the burden.  You also know very well that you are not entitled to present a new expert opinion on matters for which you bore the burden (or if you don't, I strongly recommend you review NDTX case law on this point), nor can you file an expert report to rebut fact issues.  The schedule specifically does <u>not</u> allow this.  That we get a surreply on matters for which we bear the burden does not let you amend or supplement your motion in a reply.  And of course if it did, you would not be afraid to tell us precisely what topic your expert will address.

Because you've confirmed your new expert is not rebutting anything on which we bear the burden, but you have refused to say on what permissible topic your new expert will opine, we will bring this matter to the court and you can explain to the court why you refuse to make this disclosure.  We will of course have to file the motion and response as exhibits.

The basis for expediting is the same as your basis for expediting your motion on page limits, so I assume you do not oppose expedition.

NMR


On Jul 29, 2025, at 8:34 PM, Rebecca Boon <Rebecca.Boon@blbglaw.com> wrote:

3

A-3

Hi Noelle,

We have told you that Mr. Wright is a rebuttal expert who will be responding to the new arguments you put in your opposition papers.  The schedule expressly allows for this, as we recently briefed before the Court. You have known that we may be submitting a reply report from Mr. Wright for a year, and you will see his report when we serve it on August 6.  Please help us understand why you think you are entitled to a preview of his report? We still don't have any clarity on what you are proposing to file at this time.  Once we serve his report, you can make any motion you believe is appropriate, but we do not understand what you are proposing to file before you have seen his report.

Thanks so much,
Rebecca

---

**From:** Reed, Noelle M <Noelle.Reed@skadden.com>
**Sent:** Tuesday, July 29, 2025 7:06 PM
**To:** Rebecca Boon <Rebecca.Boon@blbglaw.com>
**Cc:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Hampton, Wallis M <Wallis.Hampton@skadden.com>; Restey, Michael W <Michael.Restey@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** Re: Exxon - Wright Deposition

**[This message is from an external sender]**

---

Rebecca -

Please respond to my request from five days ago that you specify what opinions your new reply expert will provide.

> On Jul 29, 2025, at 6:04 PM, Rebecca Boon <Rebecca.Boon@blbglaw.com> wrote:
>
> Hi Noelle,
>
> I'm so sorry for the delay, I have been out of town preparing for and arguing a motion in another case.  Can you please clarify what you are proposing to file and why you think expedited briefing is necessary so that we can consider your request and discuss with our clients?
>
> Thanks so much,
> Rebecca
>
> Rebecca Boon
> **Bernstein Litowitz Berger & Grossmann LLP**
> 1251 Avenue of the Americas
> New York, NY 10020
> Phone: (212) 554-1594

A-4

Fax: (212) 554-1444

---

**From:** Reed, Noelle M <Noelle.Reed@skadden.com>
**Sent:** Tuesday, July 29, 2025 4:25 PM
**To:** Rebecca Boon <Rebecca.Boon@blbglaw.com>; Thomas Sperber
<Thomas.Sperber@blbglaw.com>
**Cc:** Hampton, Wallis M <Wallis.Hampton@skadden.com>; Restey, Michael W
<Michael.Restey@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; John
Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>;
'Caitlin Moyna' <cmoyna@gelaw.com>; 'Lauren Salamon' <lsalamon@gelaw.com>
**Subject:** RE: Exxon - Wright Deposition

**[This message is from an external sender]**

Rebecca or one of the five other plaintiff's counsel on this email chain-

Please promptly and specify what issues precisely you intend to designate
Mr. Wright on in reply so we can address this with the Court.   We trust you do
not object to expedited briefing on the same ground that you sought
expedition of your page limit extension request.

Thank you
NMR

**Noelle M. Reed**
Partner
Skadden, Arps, Slate, Meagher & Flom LLP
1000 Louisiana, Suite 6800 | Houston | Texas | 77002-5026
**T: +1.713.655.5122** | **F: +1.713.483.9122**
**noelle.reed@skadden.com**

Skadden

---

**From:** Reed, Noelle M (HOU)
**Sent:** Friday, July 25, 2025 2:42 PM
**To:** 'Rebecca Boon' <Rebecca.Boon@blbglaw.com>; Thomas Sperber
<Thomas.Sperber@blbglaw.com>
**Cc:** Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Restey, Michael W
(NYC) <Michael.Restey@skadden.com>; Davis, Abby (HOU)
<Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John
Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren
Salamon <lsalamon@gelaw.com>
**Subject:** RE: [Ext] RE: Exxon - Wright Deposition

Rebecca –

As you know, you are not permitted in the NDTX to submit evidence or new
expert opinions in reply on issues for which you bear the burden.   The only

permissible rebuttal expert testimony would be rebutting Dr. Ferrell's price impact report.  Please specify what issues precisely you intend to designate Mr. Wright on in reply so we can address this with the Court.


Thanks so much –
NMR

---

**From:** Rebecca Boon <Rebecca.Boon@blbglaw.com>
**Sent:** Friday, July 25, 2025 2:22 PM
**To:** Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Cc:** Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** [Ext] RE: Exxon - Wright Deposition

Noelle,

Mr. Wright will be rebutting several incorrect assertions Defendants made in their opposition submission, addressing the full discovery record that closed after Plaintiffs served their papers.  Dr. Cain will submit his own rebuttal report in which he will do the same.  On July 22, 2024, Plaintiffs disclosed that they may employ Mr. Wright as a rebuttal expert in addition to Dr. Cain.

Regards,
Rebecca


Rebecca Boon
**Bernstein Litowitz Berger & Grossmann LLP**
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 554-1594
Fax: (212) 554-1444

---

**From:** Reed, Noelle M <Noelle.Reed@skadden.com>
**Sent:** Friday, July 25, 2025 2:15 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Cc:** Hampton, Wallis M <Wallis.Hampton@skadden.com>; Restey, Michael W <Michael.Restey@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** RE: Exxon - Wright Deposition

**[This message is from an external sender]**

Tom –

6

A-6

I have not seen a response to this.  Please confirm today that Mr. Wright's report will be a rebuttal on price impact and that you will not be relying on Cain on reply so that we can discuss depositions.

Thanks –
NMR

---

**From:** Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>
**Sent:** Thursday, July 24, 2025 6:51 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Cc:** Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; Esmay John <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** Re: [Ext] Exxon - Wright Deposition

Tom -

I take it this is a rebuttal report and Wright will be your expert on price impact instead of Cain.   Please confirm.

Thanks
NMR

> On Jul 24, 2025, at 5:58 PM, Thomas Sperber <Thomas.Sperber@blbglaw.com> wrote:
>
>
> Counsel,
>
> We will be submitting an expert report from Randy Wright with our reply brief.  In the event that you want to depose Mr. Wright, he is available on August 13 in New York.  Given summer schedules, we would like to lock down a date.
>
> Thanks,
> Tom
>
> Tom Sperber
> **BLB&G**
> Bernstein Litowitz Berger & Grossmann LLP
> 1251 Avenue of the Americas
> New York, NY 10020
> (212) 554-1939

7

A-7

--------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=============================================================================

--------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=============================================================================

--------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===============================================================================

--------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and

8

A-8

may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==============================================================================

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==============================================================================

A-9