**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Action No.: 3:21-cv-00194-N |
| v. | ) CLASS ACTION |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND, | ) ) ) ) ) |
| Defendants. | ) ) ) ) ) ) |

**APPENDIX IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS'**
**MOTION FOR EXPEDITED BRIEFING**

Lead Plaintiffs State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island, and Amalgamated Bank submit the following documents in support of our opposition to Defendants' Motion for Expedited Briefing.

| No. | Description | Pages |
|---|---|---|
| A | Declaration of John Rizio-Hamilton in Support of Lead Plaintiffs' Opposition To Defendants' Motion for Expedited Briefing | A-1-A-2 |
| B | Email thread between counsel for Plaintiffs and counsel for Defendants, dated July 24, 2025 through August 13, 2025 | A-3-A-17 |
| C | Email from counsel for Plaintiffs to counsel for Defendants, dated July 22, 2024 | A-18 |
| D | Email thread between counsel for Plaintiffs and counsel for Defendants, dated April 29, 2025 | A-19-A-22 |

Dated: August 24, 2025                    Respectfully submitted,


                                          /s/ John Rizio-Hamilton
                                          John Rizio-Hamilton (*pro hac vice*)
                                          johnr@blbglaw.com
                                          Rebecca E. Boon (*pro hac vice*)
                                          rebecca.boon@blbglaw.com
                                          John Esmay (*pro hac vice*)
                                          john.esmay@blbglaw.com
                                          Thomas Z. Sperber (*pro hac vice*)
                                          thomas.sperber@blbglaw.com
                                          **BERNSTEIN LITOWITZ BERGER
                                           & GROSSMANN LLP**
                                          1251 Avenue of the Americas
                                          New York, New York 10020
                                          Phone: (212) 554-1400
                                          Fax: (212) 554-1444

                                          *Counsel for Plaintiffs, Lead Counsel for the
                                          Class and proposed Class Counsel*

                                          Caitlin M. Moyna
                                          cmoyna@gelaw.com
                                          Lauren J. Salamon
                                          lsalamon@gelaw.com
                                          **GRANT & EISENHOFER PA**
                                          485 Lexington Avenue

New York, New York 10017
Phone: (646) 722-8500
Fax: (646) 722-8501

*Co-Lead Counsel for Co-Lead Plaintiff*
*Amalgamated Bank*

Lewis T. LeClair
Texas Bar No. 12072500
lleclair@mckoolsmith.com
**McKOOL SMITH PC**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Phone: (214) 978-4000
Fax: (214) 978-4044

*Liaison Counsel for the Class*

2

# Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND,<br><br>Defendants. | Civil Action No.: 3:21-cv-00194-N |

**DECLARATION OF JOHN RIZIO-HAMILTON IN SUPPORT OF**
**LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR**
**EXPEDITED BRIEFING**

**A-1**

I, John Rizio-Hamilton, declare as follows:

1.      I, John Rizio-Hamilton, am an attorney licensed to practice law in the State of New York and I am admitted *pro hac vice* before this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"), who together with Grant & Eisenhofer P.A. ("G&E"), are Lead Counsel for Lead Plaintiffs State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement Systems of Rhode Island ("Rhode Island") and Amalgamated Bank ("Amalgamated") (together, "Lead Plaintiffs").

2.      I submit this declaration in support of Lead Plaintiffs' Opposition to Defendants' Motion for Expedited Briefing.

3.      Attached as Exhibit B is a true and correct copy of an email thread between counsel for Plaintiffs and counsel for Defendants, dated July 24, 2025 through August 13, 2025.

4.      Attached as Exhibit C is a true and correct copy of an email from counsel for Plaintiffs to counsel for Defendants, dated July 22, 2024.

5.      Attached as Exhibit D is a true and correct copy of an email thread between counsel for Plaintiffs and counsel for Defendants, dated April 29, 2025.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this August 24, 2025.

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton

**A-2**

# Exhibit B

| | |
|---|---|
| **From:** | Reed, Noelle M <Noelle.Reed@skadden.com> |
| **Sent:** | Wednesday, August 13, 2025 5:27 PM |
| **To:** | Rebecca Boon |
| **Cc:** | Restey, Michael W; Thomas Sperber; Hampton, Wallis M; Davis, Abby; John Rizio-Hamilton; John Esmay; Caitlin Moyna; Lauren Salamon |
| **Subject:** | RE: Exxon - Wright Deposition |

**[This message is from an external sender]**

Rebecca,

You may recall that when we asked for a briefing schedule that allowed us more than two business days to brief, you rejected it.  We have made three briefing schedule proposals, and we will now go to the court and ask for relief so that your tactics do not further delay class cert briefing.  We will advise the court that you object for the reason you stated below.

Thanks-
NMR

**From:** Rebecca Boon <Rebecca.Boon@blbglaw.com>
**Sent:** Wednesday, August 13, 2025 4:22 PM
**To:** Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>
**Cc:** Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** [Ext] Re: Exxon - Wright Deposition

Noelle,

We are just trying to work out a reasonable schedule with you. We would be fine with 21-14. What schedule are you planning to propose to the court?

Regards,
Rebecca

> On Aug 13, 2025, at 4:56 PM, Reed, Noelle M <Noelle.Reed@skadden.com> wrote:

**[This message is from an external sender]**

Rebecca –

We offered to file our motion on a more expedited basis.  20 days is not an expedited schedule, and we would be permitted 14 days to reply under the ordinary rules.  We can go ahead and propose our schedule to the court.

1

**A-3**

Thanks –
NMR

**From:** Rebecca Boon <Rebecca.Boon@blbglaw.com>
**Sent:** Wednesday, August 13, 2025 3:37 PM
**To:** Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>
**Cc:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** [Ext] RE: Exxon - Wright Deposition

Mike, Assuming you are proposing that we file 14 days after August 22, you would be giving yourself 16 days and us 14 days where at least half of our response time would fall over a holiday week and weekend.  We would be fine with you filing August 22, and us filing 20 days after (September 11) to account for people being out of the office.

**From:** Restey, Michael W <Michael.Restey@skadden.com>
**Sent:** Wednesday, August 13, 2025 3:36 PM
**To:** Rebecca Boon <Rebecca.Boon@blbglaw.com>; Reed, Noelle M <Noelle.Reed@skadden.com>
**Cc:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Hampton, Wallis M <Wallis.Hampton@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>; Restey, Michael W <Michael.Restey@skadden.com>
**Subject:** RE: Exxon - Wright Deposition

**[This message is from an external sender]**

Thanks, Rebecca.  To address your concern, we can agree to file on August 22, which provides both parties with the same amount of time for the opening and opposition briefing and would also put your opposition due after Labor Day.

**From:** Rebecca Boon <Rebecca.Boon@blbglaw.com>
**Sent:** Wednesday, August 13, 2025 2:35 PM
**To:** Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>
**Cc:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** [Ext] RE: Exxon - Wright Deposition

Thanks, Mike.  The issue is that this would make our brief due over Labor Day, when a lot of people are out of the office.  How about 20 days for the opposition and 10 for reply?

**From:** Restey, Michael W <Michael.Restey@skadden.com>
**Sent:** Wednesday, August 13, 2025 2:25 PM
**To:** Rebecca Boon <Rebecca.Boon@blbglaw.com>; Reed, Noelle M <Noelle.Reed@skadden.com>

2

**A-4**

Cc: Thomas Sperber <Thomas.Sperber@blbglaw.com>; Hampton, Wallis M <Wallis.Hampton@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>; Restey, Michael W <Michael.Restey@skadden.com>
**Subject:** RE: Exxon - Wright Deposition

**[This message is from an external sender]**

Thanks, Rebecca.  We can do 14 days for an opposition and 7 days on a reply.  We anticipate filing either by the end of this week or early next week.  Let us know if this works and we can prepare a stipulation.

**From:** Rebecca Boon <Rebecca.Boon@blbglaw.com>
**Sent:** Tuesday, August 12, 2025 5:19 PM
**To:** Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>
**Cc:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** [Ext] RE: Exxon - Wright Deposition

Counsel,

We are willing to agree to a briefing schedule for your motions as to the Wright Rebuttal, and to adjust the schedule for your sur-reply and the Wright deposition accordingly.  However, we do not see the need for such an expedited briefing schedule as the one you proposed, because you are proposing to postpone the date for your sur-reply, Dr. Cain's deposition is on Friday, and your anticipated motions are considerably more complex than a request for a page extension.

To help us assess your request, please let us know when you propose to file your motions as to the Wright Rebuttal.

We obviously disagree with your characterizations below.

Regards,
Rebecca

Rebecca Boon
**Bernstein Litowitz Berger & Grossmann LLP**
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 554-1594
Fax: (212) 554-1444

**From:** Restey, Michael W <Michael.Restey@skadden.com>
**Sent:** Tuesday, August 12, 2025 2:47 PM
**To:** Rebecca Boon <Rebecca.Boon@blbglaw.com>; Reed, Noelle M <Noelle.Reed@skadden.com>
**Cc:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Hampton, Wallis M

3

**A-5**

<Wallis.Hampton@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>; Restey, Michael W <Michael.Restey@skadden.com>

**Subject:** RE: Exxon - Wright Deposition

**[This message is from an external sender]**

Counsel – we have now had a chance to review your reply submission, including the purported Wright rebuttal declaration and the over 3,000 pages of supporting material (three times larger than Defendants' opposition submission). As expected, the Wright declaration is not a rebuttal declaration at all but is, in fact, a belated attempt to put in new evidence on reply. Accordingly, Defendants intend to move to exclude the Wright declaration on this basis, as well as on the basis that it is unreliable and irrelevant pursuant to Federal Rule of Evidence 702. We trust that you will not oppose an expedited briefing schedule on that motion consistent with briefing schedule the Court approved regarding your motion to extend your reply page limit – 7 days to oppose and 5 days to reply.

In addition, given the anticipated motion to exclude Mr. Wright's declaration (which would obviate the need to take his deposition or respond to his assertions in our sur-reply), coupled with the voluminous nature of your submission, Defendants also intend to request an extension of the time to take Mr. Wright's deposition (if necessary) and to serve their sur-reply: 21 days and 28 days from the Court's decision on the motion to exclude. Please let us know your position on this request.

Regards,
Mike

**From:** Rebecca Boon <Rebecca.Boon@blbglaw.com>
**Sent:** Wednesday, July 30, 2025 3:27 PM
**To:** Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>
**Cc:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** [Ext] RE: Exxon - Wright Deposition

Noelle,

The record is clear that we have disclosed this expert to you repeatedly since July 24, 2024. On July 24, consistent with the Court-ordered schedule, we said that "Plaintiffs designate Dr. Matthew D. Cain as a rebuttal expert. In addition, Plaintiffs may employ Paul Parsons of University of Texas and/or Randall Wright of Wright & Company as rebuttal experts if necessary to rebut evidence Defendants submit supporting their opposition to Plaintiffs' motion for class certification."

We have not misled the Court at any time. The schedule expressly allows for Lead Plaintiffs to submit "rebuttal evidence" with our reply brief, and for Defendants to depose "any rebuttal expert submitted with Lead Plaintiffs' Reply" during the period of August 6 through August 20, 2025. We have already scheduled rebuttal expert Dr. Cain's deposition for August 15. We proactively reached out to you as a courtesy to try to secure a deposition date for Mr. Wright because scheduling during the summer months can be difficult.

**A-6**

As provided in the schedule, we will serve Mr. Wright's report on August 6. At that point, you will see the report and if you want to seek to strike/exclude it, we would be happy to discuss a briefing schedule and any necessary modification of the existing deposition schedule.

We do not believe that any motion on this issue at this point in time is necessary or appropriate.

Regards,
Rebecca

Rebecca Boon
**Bernstein Litowitz Berger & Grossmann LLP**
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 554-1594
Fax: (212) 554-1444

---

**From:** Reed, Noelle M <Noelle.Reed@skadden.com>
**Sent:** Wednesday, July 30, 2025 2:31 PM
**To:** Rebecca Boon <Rebecca.Boon@blbglaw.com>
**Cc:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Hampton, Wallis M <Wallis.Hampton@skadden.com>; Restey, Michael W <Michael.Restey@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** RE: Exxon - Wright Deposition

**[This message is from an external sender]**

---

Rebecca,

Your email, in which you continue to describe the "topic" of your new expert opinion only as some unspecified "new" arguments and evidence in our Opposition (putting aside the disingenuousness of calling responsive arguments in an Opposition brief "new"), confirms for the fourth time in this email chain that your plan is to present in your reply expert opinions (1) on issues **on which you bore the burden** in your opening Motion (but failed to carry that burden, and in many instances, failed to even try), and/or (2) on fact issues that have not been the subject of expert testimony and are not subject to rebuttal. You first disclosed this plan to us on July 24, a full month after you reviewed our Opposition brief, in an email demanding that we depose this new expert on topics raised in your opening Motion on August 13, which will be just seven days after we receive your reply brief. You also misleadingly failed to disclose this plan in your recently filed motion to extend the page limits in your reply.

We will ask the Court to compel you to disclose the actual topics in which you now plan to add expert testimony ("the new arguments and evidence in your brief" is not an expert topic, and you have refused to answer this simple question multiple times in this chain now and refused to confirm that you are not impermissibly attempting to present new evidence on topics on which you bore the burden), preclude you from supplementing your

5

**A-7**

Motion now with new expert testimony on any issue on which you bore the burden, and extend the schedule for class cert briefing so this issue can be resolved before discovery closes and before we have to incur the unnecessary expense of taking the deposition of an impermissible expert.  As I have now said multiple times, the basis for expedition is the same as the basis you asserted for your recent motion to expedite.

I will attach this email chain to our motion and let the Court draw its own conclusions about your positions.

Regards,
NMR

---

**From:** Rebecca Boon <Rebecca.Boon@blbglaw.com>
**Sent:** Wednesday, July 30, 2025 9:49 AM
**To:** Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>
**Cc:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** [Ext] RE: Exxon - Wright Deposition

Noelle,

We have repeatedly told you that our expert is rebutting the new (and incorrect) arguments and evidence you put in your opposition papers for the first time.  That of course includes a declaration that you submitted from an Exxon employee after the close of discovery, as well as Professor Ferrell's report, as part of your 1000-page submission.

You have still refused to tell us what motion you are purporting to file, or on what basis, or why you believe expedited briefing is necessary, or why any motion on a report you have not seen would not be premature. We reiterate our request that you provide this basic information so that we can consider it.  Your refusal to do so violates the ND Texas rules requiring a conference. You certainly may not unilaterally declare or represent to the Court our position on any motions that you have not even identified.

Regards,
Rebecca


Rebecca Boon
**Bernstein Litowitz Berger & Grossmann LLP**
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 554-1594
Fax: (212) 554-1444

---

**From:** Reed, Noelle M <Noelle.Reed@skadden.com>
**Sent:** Tuesday, July 29, 2025 9:52 PM
**To:** Rebecca Boon <Rebecca.Boon@blbglaw.com>
**Cc:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Hampton, Wallis M

6

**A-8**

<Wallis.Hampton@skadden.com>; Restey, Michael W <Michael.Restey@skadden.com>; Davis, Abby
<Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay
<John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon
<lsalamon@gelaw.com>
**Subject:** Re: Exxon - Wright Deposition

**[This message is from an external sender]**

Rebecca -

As you well know, we did not present any new argument in our opposition other than Dr
Ferrell's price impact report.  The remainder of our brief addresses only the points on
which you bore the burden.  You also know very well that you are not entitled to present a
new expert opinion on matters for which you bore the burden (or if you don't, I strongly
recommend you review NDTX case law on this point), nor can you file an expert report to
rebut fact issues.  The schedule specifically does <u>not</u> allow this.  That we get a sureply on
matters for which we bear the burden does not let you amend or supplement your motion
in a reply.  And of course if it did, you would not be afraid to tell us precisely what topic your
expert will address.

Because you've confirmed your new expert is not rebutting anything on which we bear the
burden, but you have refused to say on what permissible topic your new expert will opine,
we will bring this matter to the court and you can explain to the court why you refuse to
make this disclosure.  We will of course have to file the motion and response as exhibits.

The basis for expediting is the same as your basis for expediting your motion on page limits,
so I assume you do not oppose expedition.

NMR

> On Jul 29, 2025, at 8:34 PM, Rebecca Boon <Rebecca.Boon@blbglaw.com>
> wrote:
>
>
> Hi Noelle,
>
> We have told you that Mr. Wright is a rebuttal expert who will be responding to the
> new arguments you put in your opposition papers.  The schedule expressly allows
> for this, as we recently briefed before the Court. You have known that we may be
> submitting a reply report from Mr. Wright for a year, and you will see his report when
> we serve it on August 6.  Please help us understand why you think you are entitled to
> a preview of his report? We still don't have any clarity on what you are proposing to
> file at this time.  Once we serve his report, you can make any motion you believe is
> appropriate, but we do not understand what you are proposing to file before you
> have seen his report.
>
> Thanks so much,
> Rebecca

**A-9**

**From:** Reed, Noelle M <Noelle.Reed@skadden.com>
**Sent:** Tuesday, July 29, 2025 7:06 PM
**To:** Rebecca Boon <Rebecca.Boon@blbglaw.com>
**Cc:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Hampton, Wallis M <Wallis.Hampton@skadden.com>; Restey, Michael W <Michael.Restey@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** Re: Exxon - Wright Deposition

**[This message is from an external sender]**

---

Rebecca -

Please respond to my request from five days ago that you specify what opinions your new reply expert will provide.

> On Jul 29, 2025, at 6:04 PM, Rebecca Boon <Rebecca.Boon@blbglaw.com> wrote:
>
>
> Hi Noelle,
>
> I'm so sorry for the delay, I have been out of town preparing for and arguing a motion in another case. Can you please clarify what you are proposing to file and why you think expedited briefing is necessary so that we can consider your request and discuss with our clients?
>
> Thanks so much,
> Rebecca
>
>
> Rebecca Boon
> **Bernstein Litowitz Berger & Grossmann LLP**
> 1251 Avenue of the Americas
> New York, NY 10020
> Phone: (212) 554-1594
> Fax: (212) 554-1444
>
>
> ---
>
> **From:** Reed, Noelle M <Noelle.Reed@skadden.com>
> **Sent:** Tuesday, July 29, 2025 4:25 PM
> **To:** Rebecca Boon <Rebecca.Boon@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>
> **Cc:** Hampton, Wallis M <Wallis.Hampton@skadden.com>; Restey, Michael W <Michael.Restey@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; 'Caitlin Moyna' <cmoyna@gelaw.com>; 'Lauren Salamon'

8

**A-10**

<lsalamon@gelaw.com>
**Subject:** RE: Exxon - Wright Deposition

**[This message is from an external sender]**

Rebecca or one of the five other plaintiff's counsel on this email chain-

Please promptly and specify what issues precisely you intend to designate Mr. Wright on in reply so we can address this with the Court.   We trust you do not object to expedited briefing on the same ground that you sought expedition of your page limit extension request.

Thank you
NMR

**Noelle M. Reed**
**Partner**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**1000 Louisiana, Suite 6800 | Houston | Texas | 77002-5026**
**T: +1.713.655.5122 | F: +1.713.483.9122**
**noelle.reed@skadden.com**

Skadden

**From:** Reed, Noelle M (HOU)
**Sent:** Friday, July 25, 2025 2:42 PM
**To:** 'Rebecca Boon' <Rebecca.Boon@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Cc:** Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** RE: [Ext] RE: Exxon - Wright Deposition

Rebecca –

As you know, you are not permitted in the NDTX to submit evidence or new expert opinions in reply on issues for which you bear the burden.   The only permissible rebuttal expert testimony would be rebutting Dr. Ferrell's price impact report.  Please specify what issues precisely you intend to designate Mr. Wright on in reply so we can address this with the Court.

Thanks so much –

9

**A-11**

NMR

---

**From:** Rebecca Boon <Rebecca.Boon@blbglaw.com>
**Sent:** Friday, July 25, 2025 2:22 PM
**To:** Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Cc:** Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** [Ext] RE: Exxon - Wright Deposition

Noelle,

Mr. Wright will be rebutting several incorrect assertions Defendants made in their opposition submission, addressing the full discovery record that closed after Plaintiffs served their papers. Dr. Cain will submit his own rebuttal report in which he will do the same. On July 22, 2024, Plaintiffs disclosed that they may employ Mr. Wright as a rebuttal expert in addition to Dr. Cain.

Regards,
Rebecca


Rebecca Boon
**Bernstein Litowitz Berger & Grossmann LLP**
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 554-1594
Fax: (212) 554-1444

---

**From:** Reed, Noelle M <Noelle.Reed@skadden.com>
**Sent:** Friday, July 25, 2025 2:15 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Cc:** Hampton, Wallis M <Wallis.Hampton@skadden.com>; Restey, Michael W <Michael.Restey@skadden.com>; Davis, Abby <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** RE: Exxon - Wright Deposition

**[This message is from an external sender]**

Tom –

**A-12**

I have not seen a response to this.  Please confirm today that Mr. Wright's report will be a rebuttal on price impact and that you will not be relying on Cain on reply so that we can discuss depositions.

Thanks –
NMR

**From:** Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>
**Sent:** Thursday, July 24, 2025 6:51 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Cc:** Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Restey, Michael W (NYC) <Michael.Restey@skadden.com>; Davis, Abby (HOU) <Abigail.Sheehan@skadden.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; Rebecca Boon <Rebecca.Boon@blbglaw.com>; Esmay John <John.Esmay@blbglaw.com>; Caitlin Moyna <cmoyna@gelaw.com>; Lauren Salamon <lsalamon@gelaw.com>
**Subject:** Re: [Ext] Exxon - Wright Deposition

Tom -

I take it this is a rebuttal report and Wright will be your expert on price impact instead of Cain.   Please confirm.

Thanks
NMR

On Jul 24, 2025, at 5:58 PM, Thomas Sperber <Thomas.Sperber@blbglaw.com> wrote:

Counsel,

We will be submitting an expert report from Randy Wright with our reply brief.  In the event that you want to depose Mr. Wright, he is available on August 13 in New York.  Given summer schedules, we would like to lock down a date.

Thanks,
Tom

Tom Sperber
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1939

11

**A-13**

--------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

====================================================================================

--------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

====================================================================================

--------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

12

**A-14**

===============================================================
=================

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=========================================================================
=====

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=========================================================================
=====

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=========================================================================
=====

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are

13

**A-15**

not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================================

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================================

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================================

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be

14

**A-16**

provided upon request.

==============================================================================

15

**A-17**

# Exhibit C

**From:**         John Esmay
**Sent:**         Monday, July 22, 2024 5:39 PM
**To:**           'Restey, Michael W'; 'Caitlin Moyna'
**Cc:**           Rebecca Boon; Thomas Sperber; John Rizio-Hamilton; Stephen Boscolo; 'Daniel Berger';
                  'Lauren Salamon'; 'Alex Forgione'; 'Reed, Noelle M'; 'Davis, Abby'; 'Milstead, Virginia';
                  'Hampton, Wallis M'; 'Hanson, Brent M'; 'Docket, Houston'; 'Davis, Michelle L'
**Subject:**      Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194

Counsel,

In accordance with the parties' Joint Stipulation to Extend the Class Certification Schedule, endorsed by Judge Godbey on June 11, 2024 (ECF No. 154), Plaintiffs designate Dr. Matthew D. Cain as a rebuttal expert. In addition, Plaintiffs may employ Paul Parsons of University of Texas and/or Randall Wright of Wright & Company as rebuttal experts if necessary to rebut evidence Defendants submit supporting their opposition to Plaintiffs' motion for class certification.

Regards, John

John Esmay  |  **BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, New York 10020
tel: 212-554-1283 | fax: 212-554-1444

1

**A-18**

# Exhibit D

| | |
|---|---|
| **From:** | Thomas Sperber |
| **Sent:** | Tuesday, April 29, 2025 12:40 PM |
| **To:** | Hampton, Wallis M; John Esmay |
| **Subject:** | Re: Final Confirmation - 4/30/2025 - Melissa Bond - Mendi Yoshikawa, et al v. Exxon Mobil Corp., et al |

Yes, Tubbs is from Everest. Shawn is from Wright & Company.

---

**From:** Hampton, Wallis M
**Sent:** Tuesday, April 29, 2025 11:53:33 AM
**To:** John Esmay ; Thomas Sperber
**Subject:** RE: Final Confirmation - 4/30/2025 - Melissa Bond - Mendi Yoshikawa, et al v. Exxon Mobil Corp., et al
**[This message is from an external sender]**

---

Thanks, John. Which firm is Shawn with?

Tom, we've received one box from Bernstein. Your breakout room tomorrow is the small conference room, so I'll move it over there at the end of the day.
**Wallis M. Hampton**
**Counsel**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**1000 Louisiana Street, Suite 6800 | Houston | Texas | 77002-5026**
**T: +1.713.655.5116 | F: +1.713.483.9116**
**wallis.hampton@skadden.com**



**From:** John Esmay <John.Esmay@blbglaw.com>
**Sent:** Tuesday, April 29, 2025 10:15 AM
**To:** Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Subject:** [Ext] Re: Final Confirmation - 4/30/2025 - Melissa Bond - Mendi Yoshikawa, et al v. Exxon Mobil Corp., et al
Shawn is. Not sure about Tubbs.
Tom, do you know who that is? Someone from Everest?

---

**From:** Hampton, Wallis M <Wallis.Hampton@skadden.com>
**Sent:** Tuesday, April 29, 2025 11:11:46 AM
**To:** John Esmay <John.Esmay@blbglaw.com>
**Subject:** FW: Fw: Final Confirmation - 4/30/2025 - Melissa Bond - Mendi Yoshikawa, et al v. Exxon Mobil Corp., et al
**[This message is from an external sender]**

---

1

**A-19**

Thanks, John. We already had Michael Johnson on the list and will add Joey Hancock. We also had Shawn Janzen and Donald Tubbs on the list. Are they still attending and, if so, which firm(s) are they with?

**Wallis M. Hampton**
Counsel
**Skadden, Arps, Slate, Meagher & Flom LLP**
**1000 Louisiana Street, Suite 6800 | Houston | Texas | 77002-5026**
**T: +1.713.655.5116 | F: +1.713.483.9116**
**wallis.hampton@skadden.com**



**From:** John Esmay <John.Esmay@blbglaw.com>
**Sent:** Tuesday, April 29, 2025 9:28 AM
**To:** Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>
**Subject:** [Ext] Fw: Final Confirmation - 4/30/2025 - Melissa Bond - Mendi Yoshikawa, et al v. Exxon Mobil Corp., et al

Hi Wallis, see below for the names of the court reporters for security. Thanks, John

---

**From:** Theresa Guido <TGuido@everestdepo.com>
**Sent:** Tuesday, April 29, 2025 10:23 AM
**To:** Cindy Bomzer-Stein <Cindy.Bomzer-Stein@blbglaw.com>; Preya Rodriguez <Preya.Rodriguez@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>
**Cc:** Everest Case Mgmt <cm@everestdepo.com>
**Subject:** Final Confirmation - 4/30/2025 - Melissa Bond - Mendi Yoshikawa, et al v. Exxon Mobil Corp., et al

**[This message is from an external sender]**

---

Good morning,

At your convenience, would you kindly advise if tomorrow's in-person hybrid deposition, beginning at 10:00am Central has been confirmed? For your convenience, the reporting team will be Micheal Johnson and Joey Hancock for the building's security.

Thank you!

|  | **Everest Court Reporting LLC** |
| --- | --- |
| **CONFIRMATION** | 100 N. 18th St<br>Suite 2001<br>Philadelphia, PA 19103<br>Telephone: 215-341-3616 |



| Job No. | 39720 | Scheduled Date | 4/3/2025 |
| --- | --- | --- | --- |
| Attn | Preya Rodriguez | Attorney | John Rizio-Hamilton |

A-20

| Firm | Bernstein Litowitz Berger & Grossmann LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Phone: 212.554.1400 |

This email is being sent as confirmation of the following scheduled deposition:

| Case Name | Mendi Yoshikawa, et al v. Exxon Mobil Corp., et al | | |
|---|---|---|---|
| Witness(es) | Melissa Bond | | |
| Deposition Date | 4/30/2025 | **Time** | 10:00AM - 5:00PM |
| Location | Skadden, Arps, Slate, Meagher & Flom LLP<br>1000 Louisiana Street<br>Suite 6800<br>Houston, TX 77002 | | |
| Client Requests | Start Time: 10:00 AM Central<br><br>- Court Reporter / In-Person (Micheal Johnson)<br>- Realtime<br>- Rough Draft<br>- Regular Delivery<br>- Videographer / In-Person (Joey Hancock)<br>- Sync Video Copy<br>- Everest Exhibit Technician<br>- Remote Connection<br>- Equipment Rental - 3 monitors<br><br>Videoconference Information<br>- Link: https://everestdepo.zoom.us/j/86032781315<br>- Dial-in: 929-205-6099<br>- Meeting ID: 860-3278-1315<br>- Passcode: 648620 | | |

We will confirm this assignment the business day prior to the scheduled time. The terms and conditions listed below will be deemed as acceptable unless notice is given to Everest Court Reporting LLC at 215-341-3616 upon receipt of this facsimile or a different arrangement has been made in advance.

**Cancellation Policy**: A minimum fee of $175 (pending location and services requested) may apply for all assignments cancelled after 4:00 pm EST the business day before the scheduled date.

**Billing**: The party identified above is the contracting party unless agreed to in writing prior to the rendering of services. The party and/or firm is entirely responsible for the complete payment of fees incurred as described above (except services ordered by other parties' counsel).

**Payment Terms**: Payment is due upon receipt of invoice. All accounts become past due after 30 days of invoice date and are subject to a late charge of 5% per month. If Everest Court Reporting LLC deems it necessary to pursue legal action on any and all invoices, accumulated interest, any and all court costs

A-21

and/or attorney's fees may be sought. This contract is entered into and governed by the State of Pennsylvania.

-------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==============================================================================

-------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==============================================================================

**A-22**