**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, *Plaintiff*, v. EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND, *Defendants*. | Civil Action No. 3:21-cv-00194-N |

## ORDER

Before the Court is Defendants' Unopposed Motion to Modify Class Certification Schedule (the "Motion"). Having reviewed the Motion, IT IS ORDERED that the Motion is hereby GRANTED. The class certification schedule is modified as follows:

1. Mr. Wright's deposition, if necessary, will take place no later than 21 days after this Court's decision on Defendants' Motion to Exclude the Declaration of D. Randall Wright, P.E. (the "Motion to Exclude"); and

2. Defendants' Sur-Reply in Opposition to Plaintiffs' Renewed Motion for Class Certification shall be served on Plaintiffs no later than 21 days after the deposition of Mr. Wright if the Motion to Exclude is denied, or 21 days after the decision on the Motion to Exclude if the Motion to Exclude is granted.

Signed this 26th day of August, 2025.

David C. Godbey
United States District Judge

2