**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, DARREN W. WOODS, DARREN W. WOODS, NEIL A. CHAPMAN, JACK WILLIAMS, NEIL A. HANSEN, DAVID ROSENTHAL, LIAM M. MALLON, JEFFREY J. WOODBURY and SARA N. ORTWEIN,<br><br>Defendants. | Civil Action No.: 3:21-cv-00194-N<br><br>Hon. David C. Godbey |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Came on to be heard the Unopposed Motion of Co-Lead Plaintiff State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island ("Rhode Island") to withdraw Stephen Boscolo as counsel of record for Rhode Island in this matter.

The Motion is GRANTED.

Signed September 15, 2025.

_____
David. C. Godbey
United States District Judge