**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Action No.: 3:21-cv-00194-N ) |
| v. | ) CLASS ACTION ) |
| EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND, | ) ) ) ) |
| Defendants. | ) ) ) ) ) ) |

**APPENDIX IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS'**
**MOTION TO EXCLUDE THE DECLARATION OF D. RANDALL WRIGHT, P.E.**

Lead Plaintiffs State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island and Amalgamated Bank, submit the following documents in support of their Opposition to Defendants' Motion to Exclude the Declaration of D. Randall Wright, P.E.

| Exhibit | Description | Pages |
|---|---|---|
| A | Declaration of John Rizio-Hamilton in Support of Lead Plaintiffs' Opposition to Defendants' Motion to Exclude the Declaration of D. Randall Wright, P.E. | A-1-A-4 |
| B | Email thread between counsel for Plaintiffs and counsel for Defendants, dated April 29, 2025 | A-5-A-8 |
| C | Email from counsel for Plaintiffs to counsel for Defendants, dated July 22, 2024 | A-9 |
| D | Confidential Expert Report of Matthew D. Cain, dated February 7, 2025 | A-10-A-70 |
| E | Confidential Rebuttal Declaration of Matthew D. Cain, dated August 6, 2025 | A-71-A-163 |
| F | Excerpts of the Confidential Transcript of Lindsey Gulden held on May 9, 2025 | A-164-A-166 |

Dated: September 12, 2025

Respectfully submitted,

/s/ *John Rizio-Hamilton*

John Rizio-Hamilton (pro hac vice)
johnr@blbglaw.com
Rebecca E. Boon (pro hac vice)
rebecca.boon@blbglaw.com
John J. Esmay (pro hac vice)
john.esmay@blbglaw.com
Thomas Sperber (pro hac vice)
thomas.sperber@blbglaw.com
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 554-1400
Fax: (212) 554-1444

*Co-Lead Counsel for the Class and Counsel for Co-Lead Plaintiff State of Rhode Island,*

*Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island*

Caitlin M. Moyna (pro hac vice)
cmoyna@gelaw.com
Lauren J. Salamon (pro hac vice)
lsalamon@gelaw.com
GRANT & EISENHOFER PA
485 Lexington Avenue
New York, New York 10017
Phone: (646) 722-8500
Fax: (646) 722-8501

*Co-Lead Counsel for the Class and Counsel for Co-Lead Plaintiff Amalgamated Bank*

Lewis T. LeClair
Texas Bar No. 12072500
lleclair@mckoolsmith.com
McKOOL SMITH PC
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Phone: (214) 978-4000
Fax: (214) 978-4044

*Liaison Counsel for the Class*

# Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND,<br><br>Defendants. | Civil Action No.: 3:21-cv-00194-N |

**DECLARATION OF JOHN RIZIO-HAMILTON IN SUPPORT OF**
**LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE**
**DECLARATION OF D. RANDALL WRIGHT, P.E.**

A-1

I, John Rizio-Hamilton, declare as follows:

1.      I, John Rizio-Hamilton, am an attorney licensed to practice law in the State of New York and I am admitted *pro hac vice* before this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"), who together with Grant & Eisenhofer P.A. ("G&E"), are Lead Counsel for Lead Plaintiffs State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island ("Rhode Island") and Amalgamated Bank ("Amalgamated") (together, "Lead Plaintiffs").

2.      I submit this declaration in support of Lead Plaintiffs' Opposition to Defendants' Motion to Exclude the Declaration of D. Randall Wright. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

3.      On December 11, 2023, the Court entered its initial Class Certification Scheduling Order and ordered that "All discovery except regarding class certification is stayed." ECF No. 122. In light of the Court's bifurcation of discovery into class certification and merits phases, full merits discovery has not occurred.

4.      On February 11, 2025, the Court so-ordered the Joint Stipulation Regarding the Class Certification Schedule (the "Schedule"). ECF No. 181. The Schedule provided:

> "The deadline for Lead Plaintiffs' Renewed Motion for Class Certification to be served on Defendants is February 7, 2025; The deadline for the completion of Class Certification discovery, excluding the deposition of Plaintiffs' and Defendants' expert, is June 6, 2025; Defendants' Opposition, including all supporting evidence and supporting brief, will be served on Plaintiffs on June 23, 2025; The deadline to take the deposition of Defendants' expert is July 23, 2025; Lead Plaintiffs' Reply, including rebuttal evidence, if any, and supporting brief, will be served on Defendants on August 6, 2025; The deadline to take the deposition of any expert submitted with Lead Plaintiffs' Reply will be August 20, 2025; Defendants' Sur-Reply addressing only issues on which Defendants bear the burden, including rebuttal evidence, if any, and a supporting brief, will be served on Lead Plaintiffs on September 2, 2025."

*Id.*

A-2

5.      In accordance with the Schedule, Plaintiffs took the depositions of Melissa Bond on April 30, 2025, Staale Gjervik on May 6, 2025, Damian Burch on May 16, 2025, and Liam Mallon on June 5, 2025. Shawn Janzen, an associate of Wright & Co., attended each deposition and was identified either prior to the deposition or on the record. 113 exhibits were entered on the record during these four depositions. Plaintiffs also took the deposition of Lindsey Gulden on May 9, 2025, during which another 15 exhibits were entered on the record. Defendants took Rule 30(b)(6) depositions of Amalgamated and Rhode Island on May 14, 2025, and June 3, 2025, respectively.

6.      Because class certification discovery continued for several months after the deadline for Plaintiffs to serve their Renewed Motion for Class Certification, Plaintiffs did not have the opportunity to address the fully developed class certification discovery record in their opening submission.

7.      In accordance with the schedule, Plaintiffs took the deposition of Defendants' expert Allen Ferrell on July 18, 2025.

8.      Attached as Exhibit B is a true and correct copy of an email thread between counsel for Plaintiffs and counsel for Defendants, dated April 29, 2025.

9.      Attached as Exhibit C is a true and correct copy of an email from counsel for Plaintiffs to counsel for Defendants, dated July 22, 2024.

10.     Attached as Exhibit D is a true and correct copy of the Expert Report of Matthew D. Cain dated February 7, 2025. Exhibit D is designated confidential under the Protective Order.

11.     Attached as Exhibit E is a true and correct copy of the Rebuttal Declaration of Matthew D. Cain dated August 6, 2025. Exhibit E is designated confidential under the Protective Order.

A-3

12.    Attached as Exhibit F is a true and correct copy of excerpts of the Transcript of Lindsey Gulden held on May 9, 2025. Exhibit F is designated confidential under the Protective Order.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this September 11, 2025.

/s/ John Rizio-Hamilton
John Rizio-Hamilton

**A-4**

# Exhibit B

| | |
|---|---|
| **From:** | Thomas Sperber |
| **Sent:** | Tuesday, April 29, 2025 12:40 PM |
| **To:** | Hampton, Wallis M; John Esmay |
| **Subject:** | Re: Final Confirmation - 4/30/2025 - Melissa Bond - Mendi Yoshikawa, et al v. Exxon Mobil Corp., et al |

Yes, Tubbs is from Everest. Shawn is from Wright & Company.

---

**From:** Hampton, Wallis M
**Sent:** Tuesday, April 29, 2025 11:53:33 AM
**To:** John Esmay ; Thomas Sperber
**Subject:** RE: Final Confirmation - 4/30/2025 - Melissa Bond - Mendi Yoshikawa, et al v. Exxon Mobil Corp., et al
**[This message is from an external sender]**

---

Thanks, John. Which firm is Shawn with?

Tom, we've received one box from Bernstein. Your breakout room tomorrow is the small conference room, so I'll move it over there at the end of the day.
**Wallis M. Hampton**
**Counsel**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**1000 Louisiana Street, Suite 6800 | Houston | Texas | 77002-5026**
**T: +1.713.655.5116 | F: +1.713.483.9116**
**wallis.hampton@skadden.com**



**From:** John Esmay <John.Esmay@blbglaw.com>
**Sent:** Tuesday, April 29, 2025 10:15 AM
**To:** Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Subject:** [Ext] Re: Final Confirmation - 4/30/2025 - Melissa Bond - Mendi Yoshikawa, et al v. Exxon Mobil Corp., et al
Shawn is. Not sure about Tubbs.
Tom, do you know who that is? Someone from Everest?

---

**From:** Hampton, Wallis M <Wallis.Hampton@skadden.com>
**Sent:** Tuesday, April 29, 2025 11:11:46 AM
**To:** John Esmay <John.Esmay@blbglaw.com>
**Subject:** FW: Fw: Final Confirmation - 4/30/2025 - Melissa Bond - Mendi Yoshikawa, et al v. Exxon Mobil Corp., et al
**[This message is from an external sender]**

---

**A-4**

Thanks, John. We already had Michael Johnson on the list and will add Joey Hancock. We also had Shawn Janzen and Donald Tubbs on the list. Are they still attending and, if so, which firm(s) are they with?

**Wallis M. Hampton**
Counsel

**Skadden, Arps, Slate, Meagher & Flom LLP**
**1000 Louisiana Street, Suite 6800 | Houston | Texas | 77002-5026**
**T: +1.713.655.5116 | F: +1.713.483.9116**
**wallis.hampton@skadden.com**



**From:** John Esmay <John.Esmay@blbglaw.com>
**Sent:** Tuesday, April 29, 2025 9:28 AM
**To:** Hampton, Wallis M (HOU) <Wallis.Hampton@skadden.com>
**Subject:** [Ext] Fw: Final Confirmation - 4/30/2025 - Melissa Bond - Mendi Yoshikawa, et al v. Exxon Mobil Corp., et al

Hi Wallis, see below for the names of the court reporters for security. Thanks, John

**From:** Theresa Guido <TGuido@everestdepo.com>
**Sent:** Tuesday, April 29, 2025 10:23 AM
**To:** Cindy Bomzer-Stein <Cindy.Bomzer-Stein@blbglaw.com>; Preya Rodriguez <Preya.Rodriguez@blbglaw.com>; John Esmay <John.Esmay@blbglaw.com>
**Cc:** Everest Case Mgmt <cm@everestdepo.com>
**Subject:** Final Confirmation - 4/30/2025 - Melissa Bond - Mendi Yoshikawa, et al v. Exxon Mobil Corp., et al
**[This message is from an external sender]**

Good morning,

At your convenience, would you kindly advise if tomorrow's in-person hybrid deposition, beginning at 10:00am Central has been confirmed? For your convenience, the reporting team will be Micheal Johnson and Joey Hancock for the building's security.

Thank you!

**Everest Court Reporting LLC**
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
Telephone: 215-341-3616

**CONFIRMATION**

| Job No. | 39720 | Scheduled Date | 4/3/2025 |
|---------|-------|----------------|----------|
| Attn | Preya Rodriguez | Attorney | John Rizio-Hamilton |

A-5

| Firm | Bernstein Litowitz Berger & Grossmann LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Phone: 212.554.1400 |
|---|---|

This email is being sent as confirmation of the following scheduled deposition:

| Case Name | Mendi Yoshikawa, et al v. Exxon Mobil Corp., et al | | |
|---|---|---|---|
| Witness(es) | Melissa Bond | | |
| Deposition Date | 4/30/2025 | Time | 10:00AM - 5:00PM |

| Location | Skadden, Arps, Slate, Meagher & Flom LLP<br>1000 Louisiana Street<br>Suite 6800<br>Houston, TX 77002 |
|---|---|
| Client Requests | Start Time: 10:00 AM Central<br><br>- Court Reporter / In-Person (Micheal Johnson)<br>- Realtime<br>- Rough Draft<br>- Regular Delivery<br>- Videographer / In-Person (Joey Hancock)<br>- Sync Video Copy<br>- Everest Exhibit Technician<br>- Remote Connection<br>- Equipment Rental - 3 monitors<br><br>Videoconference Information<br>- Link: https://everestdepo.zoom.us/j/86032781315<br>- Dial-in: 929-205-6099<br>- Meeting ID: 860-3278-1315<br>- Passcode: 648620 |

We will confirm this assignment the business day prior to the scheduled time. The terms and conditions listed below will be deemed as acceptable unless notice is given to Everest Court Reporting LLC at 215-341-3616 upon receipt of this facsimile or a different arrangement has been made in advance.

**Cancellation Policy**: A minimum fee of $175 (pending location and services requested) may apply for all assignments cancelled after 4:00 pm EST the business day before the scheduled date.

**Billing**: The party identified above is the contracting party unless agreed to in writing prior to the rendering of services. The party and/or firm is entirely responsible for the complete payment of fees incurred as described above (except services ordered by other parties' counsel).

**Payment Terms**: Payment is due upon receipt of invoice. All accounts become past due after 30 days of invoice date and are subject to a late charge of 5% per month. If Everest Court Reporting LLC deems it necessary to pursue legal action on any and all invoices, accumulated interest, any and all court costs

**A-6**

and/or attorney's fees may be sought. This contract is entered into and governed by the State of Pennsylvania.

-----------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===========================================================================

-----------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===========================================================================

A-7

# Exhibit C

| | |
|---|---|
| **From:** | John Esmay |
| **Sent:** | Monday, July 22, 2024 5:39 PM |
| **To:** | 'Restey, Michael W'; 'Caitlin Moyna' |
| **Cc:** | Rebecca Boon; Thomas Sperber; John Rizio-Hamilton; Stephen Boscolo; 'Daniel Berger'; 'Lauren Salamon'; 'Alex Forgione'; 'Reed, Noelle M'; 'Davis, Abby'; 'Milstead, Virginia'; 'Hampton, Wallis M'; 'Hanson, Brent M'; 'Docket, Houston'; 'Davis, Michelle L' |
| **Subject:** | Yoshikawa v. Exxon Mobil Corp., No. 21-cv-00194 |

Counsel,

In accordance with the parties' Joint Stipulation to Extend the Class Certification Schedule, endorsed by Judge Godbey on June 11, 2024 (ECF No. 154), Plaintiffs designate Dr. Matthew D. Cain as a rebuttal expert. In addition, Plaintiffs may employ Paul Parsons of University of Texas and/or Randall Wright of Wright & Company as rebuttal experts if necessary to rebut evidence Defendants submit supporting their opposition to Plaintiffs' motion for class certification.

Regards, John

John Esmay  |  **BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, New York 10020
tel: 212-554-1283 | fax: 212-554-1444

1

A-8

# Exhibit D

## Filed Under Seal Pursuant
## to Amended Protective Order
## ECF No. 184

# Exhibit E

**Filed Under Seal Pursuant
to Amended Protective Order
ECF No. 184**

# Exhibit F

## Filed Under Seal Pursuant
## to Amended Protective Order
## ECF No. 184