**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |
|---|---|
| MENDI YOSHIKAWA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, DARREN W. WOODS, LIAM M. MALLON, and MELISSA BOND,<br><br>Defendants. | Civil Action No.: 3:21-cv-00194-N |

## JOINT STIPULATION AND ORDER TO EXTEND THE CLASS CERTIFICATION SCHEDULE

WHEREAS the Court previously entered the Class Certification Scheduling Order on December 11, 2023 (ECF No. 122) (the "Class Certification Schedule").

WHEREAS on April 10, 2024 and April 24, 2024, the parties submitted Joint Stipulations extending the Class Certification Schedule. (ECF Nos. 143, 150.)

WHEREAS on June 11, 2024 and February 11, 2025, the Court further extended the Class Certification Schedule. (ECF Nos. 154, 181.)

WHEREAS on August 26, 2025, the Court granted Defendants' Unopposed Motion to Modify the Schedule. (ECF No. 202.) The Order provided in part that "Mr. Wright's deposition … will take place no later than 21 days after th[e] Court's decision on Defendants' Motion to Exclude the Declaration of D. Randall Wright, P.E." and "Defendants' Sur-Reply in Opposition

to Plaintiffs' Renewed Motion for Class Certification shall be served on Plaintiffs no later than 21 days after the deposition of Mr. Wright if the Motion to Exclude is denied." *Id.*

WHEREAS on February 25, 2026, the Court released its Memorandum Opinion and Order denying Defendants' Motion to Exclude the Declaration of D. Randall Wright, P.E. (ECF No. 218.)

WHEREAS under the Class Certification Schedule, Mr. Wright's deposition currently must take place no later than March 18, 2026.

WHEREAS Mr. Wright suffered a death in his family and is unavailable from March 5 to March 13, and is also scheduled for a medical procedure on March 17, 2026.

WHEREAS the parties have met and conferred in good faith and Defendants do not oppose a short extension of the deadline for Mr. Wright's deposition.  The parties, by their undersigned Counsel, agree to the following extension of the Class Certification Schedule:

1.      The deposition of D. Randall Wright will take place no later than April 1, 2026;

2.      Defendants shall serve their Sur-Reply no later than 21 days after Mr. Wright's deposition; and

3.      The Parties will file with the Court Lead Plaintiffs' Renewed Motion for Class Certification, Defendants' Opposition, Lead Plaintiffs' Reply, and Defendants' Sur-Reply, together with all supporting evidence and briefs, no later than 23 days after deposing Mr. Wright.

Dated: March 9, 2026                                        Respectfully submitted,

                                                            */s/ Rebecca E. Boon*
                                                            John Rizio-Hamilton (*pro hac vice*)
                                                            johnr@blbglaw.com
                                                            Rebecca E. Boon (*pro hac vice*)
                                                            rebecca.boon@blbglaw.com
                                                            John J. Esmay (*pro hac vice*)

john.esmay@blbglaw.com
Thomas Z. Sperber (*pro hac vice*)
thomas.sperber@blbglaw.com
**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 554-1400
Fax: (212) 554-1444

*Co-Lead Counsel for the Class and Counsel
for Co-Lead Plaintiff State of Rhode Island,
Office of the General Treasurer, on behalf of
the Employees' Retirement System of Rhode
Island*

/s/ *Karin E. Fisch*
Karin E. Fisch (*pro hac vice*)
kfisch@gelaw.com
Barbara J. Hart (*pro hac vice*)
bhart@gelaw.com
Lauren Salamon (*pro hac vice*)
lsalamon@gelaw.com
**GRANT & EISENHOFER PA**
485 Lexington Avenue
New York, New York 10017
Phone: (646) 722-8500
Fax: (646) 722-8501

*Co-Lead Counsel for the Class and Counsel
for Co-Lead Plaintiff Amalgamated Bank*

3

/s/ Noelle M. Reed
Noelle M. Reed
   State Bar No. 24044211
Abigail E. Davis
   State Bar No. 24139564
Wallis M. Hampton
   State Bar No. 00784199

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
845 Texas Ave., Suite 2300
Houston, Texas 77002
Tel.: (713) 655-5122
Fax: (713) 483-9122
noelle.reed@skadden.com
abigail.sheehan@skadden.com
wallis.hampton@skadden.com

Michelle L. Davis
   State Bar No. 24038854
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
308 Bahama Court
Granbury, Texas 76048
Tel.: (713) 655-5197
Fax: (713) 483-9197
michelle.davis@skadden.com

Michael W. Restey Jr. (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Tel.: (212) 735-3000
Fax: (212) 735-2000
michael.restey@skadden.com

*Attorneys for Defendants Exxon Mobil
Corporation, Darren W. Woods, Liam M.
Mallon, and Melissa Bond*

Signed March 13 2026.

David C. Godbey
Senior United States District Judge

4